UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mohammed Amin Kakeh
7050 Leestone Street
Springfield, VA 222151

    *Plaintiff*

v.

United Planning Organization, Inc.
301 Rhode Island Avenue, N.W.
Washington, DC 20001

    *Defendant*

Civil Action No._____

CASE NUMBER 1:05CV01271

JUDGE: Gladys Kessler

DECK TYPE: Employment Discrimination

DATE STAMP: 06/24/2005

*JURY ACTION*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a), Defendant United Planning Organization, Inc. ("UPO") gives notice of the removal of Civil Action No. 2005-CA-004101-B, pending in the Civil Division of the Superior Court of the District of Columbia, to the United States District Court for the District of Columbia on the following grounds:

1.    Plaintiff filed a Complaint against Defendant UPO in the Civil Division of the Superior Court of the District of Columbia, Civil Action No. 2005-CA-004101-B, on May 31, 2005. The Complaint named UPO as the only Defendant. Defendant UPO was served on June 6, 2005.

2.    Plaintiffs' Complaint alleges, *inter alia*, that UPO: violated the D.C. Whistleblower Statute in connection with Plaintiff's former employment with UPO; wrongfully discharged Plaintiff; and retaliated against Plaintiff.

3.    Plaintiff is a resident of Virginia. Compl., p.1. Defendant UPO is a District of Columbia corporation, with its principal place of business in the District of Columbia. Compl.,

¶ 3. The acts complained of in the Complaint took place in the District of Columbia. *See, e.g.,* Compl., ¶ 5. Therefore, diversity of citizenship exists between Plaintiff and Defendant.

4.  In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within twenty (20) days of service upon Defendant UPO.

5.  The "wherefore" clauses following paragraphs 41, 46, and 51 of Plaintiff's Complaint read:

> WHEREFORE, Plaintiff requests the following relief: (a) reinstatement to his former position *with back pay and benefits*, (b) such compensatory damages as a jury might award; (c) such punitive damages as a jury might award; (d) such economic damages as a jury might award; (e) such other damages as a jury might award; and (f) attorney's fees and costs.

Emphasis added. Plaintiff was employed by UPO as its Controller, and Plaintiff's employment with UPO was terminated pursuant to a reduction-in-force, effective June 30, 2004. Plaintiff's annual salary at that time was $87,549.93. Decl. of Henry Kanagbou, ¶ 3, attached hereto as Exhibit A. The amount in controversy, therefore, exceeds $75,000.00.

6.  This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, which grants federal courts original jurisdiction over actions which involve diversity of citizenship between the plaintiff and defendant and an amount in controversy in excess of $75,000.00. Removal is, therefore, proper pursuant to 28 U.S.C. § 1441(a).

7.  True and accurate copies of all process, pleadings, and orders served upon Defendant are attached hereto as Exhibit B and filed herewith in accordance with 28 U.S.C. § 1446(a).

8.  As evidenced by the signatures below, counsel for Defendant UPO hereby certifies to the Court that a Notice of Filing Notice of Removal and a copy of this Notice of Removal have been filed contemporaneously herewith in the office of the Clerk of the Civil Division of the Superior Court of the District of Columbia, where this case has been pending,

and have been served upon Plaintiff's attorney. A true and accurate copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit C.

9. The filing fee of $250.00 is attached hereto.

10. WHEREFORE, Defendant UPO prays that the above-styled civil action be removed from the Civil Division of the Superior Court of the District of Columbia and proceed in this Court.

Dated: this 24th day of June, 2005            Respectfully submitted,

By: *David A. Rosenberg*
David A. Rosenberg
D.C. Bar No. 433405

By: *Kevin M. Kraham*
Kevin M. Kraham
D.C. Bar No. 459077

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
Tel (202) 719-2000
Fax (202) 719-2077

*Counsel for Defendant United Planning Organization, Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he served a copy of the foregoing NOTICE OF REMOVAL to the following via U.S. Mail, postage prepaid, on June 24, 2005:

Omar Vincent Melehy, Esq.
ZIPIN & MELEHY, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

_____
Kevin M. Kraham

DC:55190.1