UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Amin Kakeh<br>7050 Leestone Street<br>Springfield, Virginia 222151<br><br>*Plaintiff*<br><br>v.<br><br>United Planning Organization, Inc.<br>301 Rhode Island Avenue, NW<br>Washington, DC 20001-1826<br><br>*Defendant* | Civil Action No._____<br><br><br>REMOVED FROM THE CIVIL DIVISION OF THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA<br>Civil Action No. 05CA0004101 |

### DECLARATION OF HENRY KANAGBOU

I, Henry Kanagbou, make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am over eighteen (18) years of age, have personal knowledge of the facts set forth herein, am competent to so testify, and state that said facts are true.

2. I am employed by United Planning Organization, Inc. ("UPO"). I hold the position of Payroll Accountant at UPO.

3. Plaintiff Mohammad Amin Kakeh ("Plaintiff") was employed by UPO as its Controller. Plaintiff's employment with UPO was terminated pursuant to a reduction-in-force, effective June 30, 2004. Plaintiff's annual salary at that time was $87,549.93.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of June, 2005, in Washington, District of Columbia.

*[signature]*
HENRY KANAGBOU

DC:55193.1

**FILED**
JUN 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT