SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Mohammed Amin Kakeh<br><br>Plaintiff,<br><br>v.<br><br>United Planning Organization, Inc.<br><br>Defendant. | Civil Action No. 2005-CA-004101-B<br><br>Judge: John M. Campbell<br><br>Calendar #:   12<br><br>Next Event:   Initial Conference<br>9/2/05 at 9:30 a.m. |

### NOTICE OF FILING NOTICE OF REMOVAL

TO:   Omar Vincent Melehy
       ZIPIN & MELEHY, LLC
       8403 Colesville Road, Suite 610
       Silver Spring, MD 20910

Please take notice that Defendant United Planning Organization, Inc. is filing a Notice of Removal with the Office of the Clerk in the United States District Court for the District of Columbia, and, pursuant to 28 U.S.C. § 1446(d), a true and accurate copy of the Notice of Removal is attached hereto as Exhibit 1 for filing with the Office of the Clerk of the Civil Division of the Superior Court of the District of Columbia.



FILED

JUN 2 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dated: this 24th day of June, 2005      Respectfully submitted,

By: *David A. Rosenberg*
David A. Rosenberg
D.C. Bar No. 433405

By: *Kevin M. Kraham*
Kevin M. Kraham
D.C. Bar No. 459077

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
Tel (202) 719-2000
Fax (202) 719-2077

*Counsel for Defendant United Planning Organization, Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he served a copy of the foregoing NOTICE OF FILING NOTICE OF REMOVAL to the following via U.S. Mail, postage prepaid, on June 24, 2005:

Omar Vincent Melehy, Esq.
ZIPIN & MELEHY, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

*Kevin M. Kraham*
Kevin M. Kraham

- 2 -