

FILED

JUN 2 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Mohammad Amin Kakeh | ) | CASE NUMBER 1:05CV01271 |
| vs  Plaintiff | ) Civ | JUDGE: Gladys Kessler |
| United Planning Organization, Inc. | ) | DECK TYPE: Employment Discrimination |
| Defendant | ) | DATE STAMP: 06/24/2005 |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __United Planning Organization, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __United Planning Organization, Inc.__ which have any outstanding securities in the hands of the public:

none.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

459077
BAR IDENTIFICATION NO.

Kevin M. Kraham
Print Name

Ford & Harrison LLP, 1300 19th St. NW, Ste. 700
Address

Washington, DC          20036
City         State      Zip Code

(202) 719-2016
Phone Number

