AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Mohammed Amin Kakeh

      Plaintiff(s)      )
      )  **APPEARANCE**
      )
      vs.      )  CASE NUMBER   Civil 05-1271 (GK)
United Planning Organization, Inc.  )
      Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   David A. Rosenberg   as counsel in this
      (Attorney's Name)

case for:   United Planning Organization, Inc.
      (Name of party or parties)

June 28, 2005
Date

*[Signature: David A. Rosenberg]*
Signature

433405
BAR IDENTIFICATION

David A. Rosenberg
Print Name

Ford & Harrison LLP, 1300 19th St, Ste 700
Address

Washington, DC   20036
City    State    Zip Code

(202) 719-2012
Phone Number

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he served a copy of the foregoing APPEARANCE to the following via U.S. Mail, postage prepaid, on June 28, 2005:

Omar Vincent Melehy, Esq.
ZIPIN & MELEHY, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD  20910


                                       /s/
                                    Kevin M. Kraham