# IN THE DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD AMIN KAKEH : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 05-1271** |
| : | |
| UNITED PLANNING ORGANIZATION, INC.: | **JUDGE: Kessler, J.** |
| : | |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

Please enter the appearance of Omar Vincent Melehy, and the law office of Zipin & Melehy LLC as counsel for Plaintiff, Mohammad Amin Kakeh, in the above-captioned case.

 __/s/_____
 Omar Vincent Melehy
 Zipin & Melehy LLC
 8403 Colesville Road, Suite 610
 Silver Spring, Maryland 20910
 Phone: (301) 587-6364
 Fax: (301) 587-6308
 Counsel for Plaintiff

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of June, 2005, a copy of the foregoing Entry of Appearance was sent by regular mail to:

Kevin M. Kraham, Esquire
Ford & Harrison LLP
1300 19th Street NW
Washington, D.C. 20036

Attorney for Defendant

_____
Omar Vincent Melehy