IN THE DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD AMIN KAKEH : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION NO. 05-1271 (GK) |
| UNITED PLANNING ORGANIZATION, INC.: | JUDGE: Kessler, J. |
| Defendant. : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THE PARTIES' JOINT MOTION FOR POSTPONEMENT OF INITIAL
CONFERENCE AND SUPPORTING MEMORANDUM**

The plaintiff and defendant, by their undersigned counsel, jointly request postponement of the initial conference which is now scheduled for July 15, 2005 at 9:30 a.m. In support of this motion, the parties state as follows:

1. The Order setting the initial conference in this case was issued on June 27, 2005, three days prior to the filing of the defendant's answer on June 30, 2005.

2. Due to the trial calendars of plaintiff's and defendant's counsel, they will be unable to fulfill their obligations of meeting and conferring and reporting back to the court by July 12, 2005, 72 hours prior to the initial conference.

3. Additionally, due to counsels' trial calendars and vacation schedules, the first mutually agreeable date for the initial conference is August 25, 2005.

WHEREFORE, the parties respectfully request that the court postpone the initial conference from July 15, 2005 at 9:30 a.m. to August 25, 2005 at 9:30 a.m. A proposed order is attached.

| | |
|---|---|
| __/s/_____ | _____/s/_____ |
| Omar Vincent Melehy | David A. Rosenberg |
| D.C. Bar No.: 415849 | D.C. Bar No.: 433405 |
| Zipin & Melehy LLC | Ford & Harrison LLP |
| 8403 Colesville Road, Suite 610 | 1300 19th Street, N.W. Suite 700 |
| Silver Spring, Maryland 20910 | Washington, D.C. 20036 |
| Phone: (301) 587-6364 | Phone: (202) 719-2000 |
| Fax: (301) 587-6308 | Fax:    (202) 719-2077 |
| Counsel for Plaintiff | Counsel for Defendant |

IN THE DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD AMIN KAKEH : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 05-1271 |
| : | |
| UNITED PLANNING ORGANIZATION, INC.: | JUDGE: Kessler, J. |
| : | |
| Defendant. : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

After consideration of the parties' Joint Motion for Postponement of Initial Conference, it is this _____ day of July, 2005,

ORDERED that the Motion is hereby granted; and it is

FURTHER ORDERED that the Initial Conference is rescheduled for August 25, 2005 at 9:30 p.m.

_____
Gladys Kessler
United States District Court Judge

Copies to:

Omar Vincent Melehy
Zipin & Melehy LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910

David A. Rosenberg
Ford & Harrison LLP
1300 19th Street, N.W. Suite 700
Washington, D.C. 20036