IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD AMIN KAKEH : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | CIVIL ACTION NO. 05-1271 |
| : | |
| UNITED PLANNING ORGANIZATION, INC.: | JUDGE: Kessler, J. |
| : | |
| Defendant. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO ENTER APPEARANCE *PRO HAC VICE*

The plaintiff, by his counsel, hereby requests that the Court enter an appearance *pro hac vice* of Andrew J. Perlmutter, of the law office of Zipin & Melehy LLC, as counsel for Plaintiff, Mohammad Amin Kakeh, in the above-captioned case pursuant to Local Court Rules 83.2(c)(1) and 83.2(d). In support of this motion, the plaintiff incorporates the attached declaration of Andrew J. Perlmutter.

WHEREFORE, the plaintiff respectfully requests that the Court permit Andrew J. Perlmutter to enter an appearance *pro hac vice* in the above-captioned case. A proposed order is attached.

\_\_/s/_____
Omar Vincent Melehy
Zipin & Melehy LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Phone: (301) 587-6364
Fax: (301) 587-6308
Counsel for Plaintiff

## **DECLARATION**

I, Andrew J. Perlmutter, hereby declare that the following statements are true and correct to the best of my knowledge:

1.  My full name is Andrew John Perlmutter,

2.  My office address is 8403 Colesville Road, Suite 610, Silver Spring, MD 20910, and my office telephone number is (301) 587-6364,

3.  Presently, I have been admitted to the Maryland Bar and the District of Columbia Bar, and have not been admitted to the bar of any federal court,

I hereby certify that I have never been disciplined by any bar, have not been admitted *pro hac vice* in this Court at any time within the last two years, and that I do not engage in the practice of law from an office located in the District of Columbia.

\_\_/s/_____
Andrew J. Perlmutter

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, 2005, a copy of the foregoing Motion to Enter Appearance *Pro Hac Vice* was sent by regular mail to:

>David A. Rosenberg, Esquire
>Ford & Harrison LLP
>1300 19th Street NW
>Washington, D.C. 20036
>
>Attorney for Defendant

>__/s/_____
>Omar Vincent Melehy

IN THE DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMAD AMIN KAKEH | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 05-1271 |
| UNITED PLANNING ORGANIZATION, INC. | : | JUDGE: Kessler, J. |
| Defendant. | : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

After consideration of the plaintiff's Motion to Enter Appearance *Pro Hac Vice* and any Opposition, it is this _____ day of _____, 2005,

ORDERED that the Motion is hereby granted.

_____
Gladys Kessler
United States District Court Judge

Copies to:

Omar Vincent Melehy
Zipin & Melehy LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910

David A. Rosenberg
Ford & Harrison LLP
1300 19th Street, N.W. Suite 700
Washington, D.C. 20036