A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Mohammad Amin Kakeh

        Plaintiff(s)     )
                                   )    **APPEARANCE**

           vs.         )    CASE NUMBER   Civil 05-1271 (GK)
United Planning Organization, Inc.  )

       Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Alison N. Davis__ as counsel in this
                                     (Attorney's Name)

case for: __United Planning Organization, Inc.__
             (Name of party or parties)

August 30, 2005
Date

*(signature)*
Signature

Alison N. Davis
Print Name

429700
BAR IDENTIFICATION

Ford & Harrison LLP, 1300 19th St. NW, Ste. 700
Address

Washington, DC  20036
City         State        Zip Code

(202) 719-2017
Phone Number