## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED PLANNING ORGANIZATION, INC.,<br><br>    Defendant. | Civil Action No. 05-1271 (GK/JMF) |

## ORDER

All settlement discussions held before the Magistrate Judge are confidential. It is, therefore, hereby,

**ORDERED** that any participant who discloses what occurred during those discussions will be held in contempt of court and may be punished by a fine or imprisonment or both. It is further, hereby,

**ORDERED** that counsel who breach the confidentiality of settlement discussions will be immediately referred for disciplinary action.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

September 1, 2005