UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

  v.

United Planning Organization, Inc.,

    *Defendant*.

Civil Case No. 1:05-cv-1271

**PLAINTIFF'S MOTION FOR LEAVE TO FILE HIS FIRST AMENDED COMPLAINT AND STATEMENT OF POINTS AND AUTHORITIES**

Plaintiff, Mohammad Amin Kakeh, by and through his undersigned counsel, Zipin & Melehy, LLC hereby moves this Court for leave to file his proposed First Amended Complaint against Defendant, United Planning Organization, Inc. pursuant to Rule 15(a). In support of this motion, Plaintiff states as follows:

1. On May 31, 2005, Plaintiff filed a complaint in the District of Columbia Superior Court alleging retaliation in violation of the Employees of District Contractors and Instrumentality Whistleblower Protection provisions set forth at DC ST §§ 2-223.01 through 2-223.07, common law wrongful discharge and retaliation for engaging in protected activity in violation of the District of Columbia Human Rights Act of 1977, as amended, DC ST § 2-1402.11(a)(1). These claims are alleged in Counts I through III of the original complaint.

2. On June 24, 2005, Defendant removed this case to the United States District Court for the District of Columbia pursuant to 28. U.S.C. §1441.

3. On August 25, 2005, the Court issued a Scheduling Order. Discovery is scheduled to be completed by April 1, 2005.

4.	Plaintiff's attorneys have conducted further research and investigation into Plaintiff's potential claims. Based on facts previously alleged in the original Complaint, Plaintiff's counsel has determined that Plaintiff has claims for violations of the anti-retaliation provisions of the federal False Claims Act (31 U.S.C. §3729(h)) and the District of Columbia False Claims act (DC ST §2-308.16). Plaintiff wishes to add these claims to his existing complaint.

5.	Plaintiff has alleged violations of the above-mentioned provisions in Counts IV-V of this proposed First Amended Complaint. Additionally, in his First Amended Complaint, Plaintiff made other non-substantive changes.

6.	Leave to amend a complaint "shall be freely given if justice so requires." FRCP 15(a). Plaintiff's proposed amended complaint contains allegations and claims arising out of the same incidents and transactions that provide the basis for the claims in his original complaint. Justice requires that the Plaintiff be permitted to file his proposed First Amended Complaint.

## CONCLUSION

For the reasons stated above, Plaintiff hereby respectfully requests that this Court enter an order granting Plaintiff leave to file his proposed First Amended Complaint.

Respectfully Submitted,

_/s/_____
Omar Vincent Melehy, Esq.
D.C. Bar No. 415849
Andrew J. Perlmutter
D.C. Bar No. 489601
Zipin & Melehy, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:    (301) 587-6308
Email: ovmelehy@zmdlaw.com
         aperlmutter@zmdlaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of October, 2005, a copy of the foregoing Motion for Leave to File an Amended Complaint and Statement of Points and Authorities was sent by facsimile and regular mail to:

>    Kevin M. Kraham, Esquire
>    Ford & Harrison LLP
>    1300 19th Street NW
>    Washington, D.C. 20036
>
>    Attorney for Defendant

_/s/_____
Omar Vincent Melehy