UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

v.

United Planning Organization, Inc.,

    *Defendant*.

Civil Action No.
004101-05 (GK)

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Leave to File his First Amended Complaint, and any opposition thereto, it is this _____ day of _____, 2005, by the United States District Court for the District of Columbia,

**ORDERED**, that Plaintiff's Motion is hereby GRANTED; and it is further,

**ORDERED**, that Plaintiff is hereby granted leave to file his First Amended Complaint.

_____
JUDGE