IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION,<br><br>    Defendant. | CIVIL ACTION NO. 1:05-cv-1271 (GK/JF) |

## JOINT MOTION FOR EXTENSION OF TIME FOR WRITTEN DISCOVERY REQUESTS AND TO EXCHANGE WITNESS LISTS

Plaintiff Mohammed Amin Kakeh and Defendant United Planning Organization, by and through their attorneys, respectfully move for an enlargement of the time for written discovery requests and for the exchange of witness lists on the following grounds:

1. On May 31, 2005, Plaintiff filed this lawsuit in which he alleged three causes of action: (1) retaliation under the District of Columbia Employees of District Contractors and Instrumentality Whistleblower Protection Act of 1998, (2) common law wrongful discharge, and (3) retaliation under the District of Columbia Human Rights Act of 1977, as amended.

2. The parties have begun discovery in accordance with the Court's August 25, 2005 Scheduling Order.

3. On October 3, 2005, Defendant served its First Requests for Production of Documents and First Set of Interrogatories to Plaintiff.

4. On October 14, 2005, Plaintiff served his First Set of Interrogatories and First Request for Production of Documents to Defendant.

5. On October 21, 2005, Plaintiff served his First Requests for Admission.

6. On Thursday, October 27, 2005, Plaintiff filed a motion for leave to file his first amended complaint so that he may add two (2) new causes of action under the federal and District of Columbia False Claims Acts.

7. On October 31, 2005, Plaintiff served his Second Set of Interrogatories and Second Request for Production of Documents to Defendant.

8. Under the current Scheduling Order, the parties must serve all written discovery by November 1, 2005.

9. In light of the Plaintiff's motion, Defendant will need extra time to determine whether it needs to propound additional written discovery and to identify witnesses.

10. Plaintiff does not object to an extension of time.

11. Defendant therefore requests that the Court extend the deadline for written discovery requests from November 1, 2005 to 30 days after the date upon which the Court rules on Plaintiff's motion for leave to amend his Complaint, and the exchange of lists of witnesses from December 1, 2005 to 60 days from the date upon which the Court rules on Plaintiff's motion for leave to amend his Complaint.

12. The parties have not requested a previous modification of the Scheduling Order. The granting of this motion will not impact other deadlines.

A proposed order reflecting the foregoing is attached hereto.

Dated: October 31, 2005                                        Respectfully submitted,

By: **/s/** *by permission*                                    By: _____
   Omar Vincent Melehy,                                    David A. Rosenberg
   D.C. Bar No. 415849                                     D.C. Bar No. 433405
   Andrew J. Perlmutter                                     Alison Nadine Davis
   D.C. Bar No. 489601                                     D.C. Bar No. 429700
                                                           Kevin M. Kraham
   ZIPIN & MELEHY, LLC                                     D.C. Bar No. 459077
   8403 Colesville Rd, Suite 610.
   Silver Spring, MD  20910                                FORD & HARRISON LLP
   (301) 587-6364                                          1300 19th Street, N.W., Suite 700
   (301) 587-6308(Facsimile)                               Washington, DC  20036
   ovmelehy@zmdlaw.com                                     (202) 719-2000
                                                           (202) 719-2077(Facsimile)
   Attorneys for Plaintiff Mohammed                         drosenberg@fordharrison.com
   Amin Kakeh
                                                           Attorneys for Defendant United Planning
                                                           Organization

DC:57175.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION,<br><br>　　　　Defendant. | CIVIL ACTION NO. 1:05-cv-1271 (GK/JF) |

### [PROPOSED] ORDER

Upon consideration of the Joint Motion For Extension Of Time for Written Discovery Requests and to Exchange Witness Lists filed by Plaintiff Mohammed Amin Kakeh and Defendant United Planning Organization, it is this _____ day of _____, 2005, hereby:

**ORDERED** that the Joint Motion is GRANTED; and it is further

**ORDERED** that the deadlines established in the Scheduling Order are modified as follows:

1.　The deadline for written discovery requests is extended from November 1, 2005 to 30 days after the date upon which the Court rules on Plaintiff's motion for leave to amend his Complaint, and

2.　The deadline for the parties to exchange witness lists is enlarged from December 1, 2005 to 60 days after the date upon which the Court rules on Plaintiff's motion for leave to amend his Complaint.

_____
Gladys Kessler, Judge
U.S. District Court for the District of Columbia

- 2 -

Copies to:

Omar Vincent Melehy
Andrew J. Perlmutter
Zipin & Melehy, LLC
8403 Colesville, Rd., Suite 610
Silver Spring, MD  20910
ovmelehy@zmdlaw.com

David A. Rosenberg
Alison N. Davis
Kevin M. Kraham
FORD & HARRISON LLP
1300 19th Street, N.W.
Suite 700
Washington, DC 20036
drosenberg@fordharrison.com

DC:57178.1