IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION,<br><br>Defendant. | CIVIL ACTION NO. 1:05-cv-1271<br>(GK/JF)<br><br><br>Next Event: Status Conference<br>April 3, 2006 |

**DEFENDANT UNITED PLANNING ORGANIZATION'S RESPONSE TO
PLAINTIFF'S MOTION FOR LEAVE TO FILE HIS FIRST AMENDED COMPLAINT**

Pursuant to Local Rule 7.1(b) of the Rules of the United States District Court for the District of Columbia, Defendant, United Planning Organization ("UPO"), by and through its counsel, hereby responds to Plaintiff's Motion For Leave To File His First Amended Complaint ("Motion"), and states as follows:

On October 27, 2005, Plaintiff filed a motion seeking leave to amend his Complaint. (Document No. 16). Prior to filing his Motion, Plaintiff failed to confer with counsel for UPO. Accordingly, Plaintiff's Motion does not comply with Local Rule 7.1(m).

Nevertheless, despite Plaintiff's failure to comply with Local Rule 7.1(m) and paragraph 6 of the August 25, 2005 Scheduling Order, Defendant does not oppose the Court granting Plaintiff's Motion. By consenting to this Motion, Defendant does not waive any defenses which it may have to Plaintiff's amended Complaint. In accordance with Rule 15(a) of the Federal Rules of Civil Procedure and Local Rule 15.1, Defendant will file its response to the amended Complaint ten (10) days from the date upon which the Court enters the Order granting Plaintiff's Motion. Pursuant to Local Rule 7.1(c), a proposed order is included herewith.

Dated: this 7th day of November, 2005     Respectfully submitted,

By: _____
David A. Rosenberg
D.C. Bar No. 433405
drosenberg@fordharrison.com
Alison Nadine Davis
D.C. Bar No. 429700
adavis@fordharrison.com
Kevin M. Kraham
D.C. Bar No. 459077
kkraham@fordharrison.com

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC  20036
(202) 719-2000
(202) 719-2077

Attorneys for Defendant United Planning Organization

## CERTIFICATE OF SERVICE

The undersigned, Alison N. Davis, hereby certifies that she served a copy of the foregoing DEFENDANT UNITED PLANNING ORGANIZATION'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE HIS FIRST AMENDED COMPLAINT to the following counsel of record via electronic court filing on November 7, 2005:

Omar Vincent Melehy,
D.C. Bar No. 415849
Andrew J. Perlmutter
D.C. Bar No. 489601

ZIPIN & MELEHY, LLC
8403 Colesville Rd, Suite 610.
Silver Spring, MD   20910
(301) 587-6364
(301) 587-6308(Facsimile)
ovmelehy@zmdlaw.com

Attorneys for Plaintiff Mohammed Amin Kakeh

_____
Alison N. Davis

DC:57283.1