IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION,<br><br>Defendant. | CIVIL ACTION NO. 1:05-cv-1271<br>(GK/JF) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion For Leave To File His First Amended Complaint and Defendant United Planning Organization's response thereto, it is this _____ day of _____, 2005, hereby:

**ORDERED** that Plaintiff's Motion For Leave To File His First Amended Complaint is GRANTED; and it is further

**ORDERED** that Defendant is to file its response to Plaintiff's First Amended Complaint ten (10) days from the date upon which this Order is entered.

_____
Gladys Kessler, Judge
U.S. District Court for the District of Columbia

Copies to:

Omar Vincent Melehy
Andrew J. Perlmutter
Zipin & Melehy, LLC
8403 Colesville, Rd., Suite 610
Silver Spring, MD  20910
ovmelehy@zmdlaw.com

David A. Rosenberg
Alison N. Davis
Kevin M. Kraham
FORD & HARRISON LLP
1300 19th Street, N.W.
Suite 700
Washington, DC 20036
drosenberg@fordharrison.com


DC:57286.1