**Bernstein & Bernstein**

2610 University Boulevard West  Wheaton, MD  20902
301-593-8700

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
~~XXXXXXXXXXXXXXXXXX OF MARYLAND FOR XXXXXXXXXXXXXXXX~~

Case No. 4101-05 (GK)

Trial Date December 9, 2005

Mohammed Kakeh                          VS.        United Planning Organization
                                                   TO: COR United States Attorney's
                                                              Office
           Plantiff(s)                                              Defendant(s)

The undersigned hereby certifies as follows:

1. That I am a competent private person over 18 years of age and not a party to the above action.
2. That I served upon __Lori Cox-Authorized to accept__

   Description: Race __blk__ Sex __female__ Hgt __5'6"__ Wgt __100__ Approx. Age __30__

   On the __8th__ day of __November, 2005__ ~~xxxx~~ at __2:50__ ~~XXX~~/PM.

   At      __501 -3rd St. N.W.   Washington, DC__

By delivering and leaving with the person served a copy of each of the following:

☐ The writ of summons Issued in the above case
☐ Statement of claims and all supporting papers
☒ Other    Subpoena in a Civil Case, Schedule A and Complaint

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

RECEIVED

NOV 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

                                                               Gary Dean

Notice to Court:  Should any additional information be needed please contact our office at the phone number listed above.