**Bernstein & Bernstein**

2610 University Boulevard West  Wheaton, MD 20902
301-593-8700

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Case No. 4101-05 (GK)

Trial Date December 9, 2005

Mohammed Kakeh                          VS.        United Planning Organization
                                                   TO: COR Walker & Company

            Plantiff(s)                                        Defendant(s)

The undersigned hereby certifies as follows:

1. That I am a competent private person over 18 years of age and not a party to the above action.
2. That I served upon __Angela Duretta-Authorized to accept__

   Description: Race __blk__ Sex __female__ Hgt __5'8"__ Wgt __180__ Approx. Age __55__

   On the __8th__ day of __November, 2005__ at __12:50__ PM.

   At __4200 Wisconsin Ave. N.W. Washington, D.C.__

By delivering and leaving with the person served a copy of each of the following:

- ☐ The writ of summons issued in the above case
- ☐ Statement of claims and all supporting papers
- ☒ Other    Subpoena in a Civil Case, Schedule A and Complaint

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

                                                        _____
                                                            Gary Dean

Notice to Court: Should any additional information be needed please contact our office at the phone number listed above.