**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Mohammed Amin Kakeh,

     *Plaintiff,*

v.

United Planning Organization, Inc.,

     *Defendant.*

Civil Action No.
1:05-CV-1271

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Leave to File his Second Amended

Complaint, and any opposition thereto, it is this _____ day of _____, 2005,

by the United States District Court for the District of Columbia,

    **ORDERED**, that Plaintiff's Motion is hereby GRANTED; and it is further,

    **ORDERED**, that Plaintiff is hereby granted leave to file his Second Amended

Complaint.

_____
JUDGE