UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

v.

United Planning Organization, Inc.,

    *Defendant*.

Civil Case No. 1:05-cv-1271

## MOTION TO ENTER APPEARANCE *PRO HAC VICE*

The plaintiff, by his counsel, hereby requests that the Court enter an appearance *pro hac vice* of Kate McFarland, of the law office of Zipin & Melehy LLC, as counsel for Plaintiff, Mohammad Amin Kakeh, in the above-captioned case pursuant to Local Court Rules 83.2(c)(1) and 83.2(d). In support of this motion, the plaintiff incorporates the attached declaration of Kate McFarland.

WHEREFORE, the plaintiff respectfully requests that the Court permit Kate McFarland to enter an appearance *pro hac vice* in the above-captioned case. A proposed order is attached.

                                                               __/s/_____
                                                               Omar Vincent Melehy
                                                               Zipin & Melehy LLC
                                                               8403 Colesville Road, Suite 610
                                                               Silver Spring, Maryland 20910
                                                               Phone: (301) 587-6364
                                                               Fax: (301) 587-6308
                                                               Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December, 2005, a copy of the foregoing Motion to Enter Appearance *Pro Hac Vice* was sent via facsimile to:

Alison Davis, Esquire
Kevin M. Kraham, Esquire
Ford & Harrison LLP
1300 19th Street NW
Washington, D.C. 20036

Attorneys for Defendant

_/s/_____
Omar Vincent Melehy