UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

v.

United Planning Organization, Inc.,

    *Defendant*.

Civil Case No. 1:05-cv-1271

## DECLARATION

I, Kate McFarland, hereby declare that the following statements are true and correct to the best of my knowledge:

1. My full name is Katherine Marquis McFarland,

2. My office address is 8403 Colesville Road, Suite 610, Silver Spring, MD 20910, and my office telephone number is (301) 587-6364,

3. Presently, I have been admitted to the Maryland Bar and have not been admitted to the bar of any federal court,

I hereby certify that I have never been disciplined by any bar, have not been admitted *pro hac vice* in this Court at any time within the last two years, and that I do not engage in the practice of law from an office located in the District of Columbia.

                                        /s/_____
                                        Kate McFarland