UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

v.

United Planning Organization, Inc.,

    *Defendant*.

Civil Case No. 1:05-cv-1271

## ORDER

After consideration of the plaintiff's Motion to Enter Appearance *Pro Hac Vice* and any Opposition, it is this _____ day of _____, 2005,

ORDERED that the Motion is hereby granted.

_____
Gladys Kessler
United States District Court Judge