UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff,*

v.

United Planning Organization, Inc.,

    *Defendant.*

Civil Case No. 1:05-cv-1271(GK/JF)
Next Event: Settlement Conference
March 14, 2006

## JOINT MOTION FOR EXTENSION OF TIME TO EXCHANGE WITNESS LISTS

Plaintiff Mohammed Amin Kakeh and Defendant United Planning Organization, Inc., by and through their attorneys, respectfully move for enlargement of the time for the exchange of witness lists on the following grounds:

1.    On May 31, 2005, Plaintiff filed this lawsuit in which he alleged three causes of action: (1) retaliation under the District of Columbia Employees of District Contractors and Instrumentality Whistleblower Protection Act, (2) common law wrongful discharge, and (3) retaliation under the District of Columbia Human Rights Act, as amended.

2.    The parties began discovery in accordance with the Court's August 25, 2005 Scheduling Order. On October 3, 2005, Defendant Served its First Request for Production of Documents and First Set of Interrogatories to Plaintiff. On October 14, 2005, Plaintiff served his First Set of Interrogatories and First Request for Production of Documents to Defendant.

3.    On October 27, 2005, Plaintiff filed a Motion for Leave to File his First Amended Complaint. In the First Amended Complaint, Plaintiff alleged two new causes of action: (1) violation of the anti-retaliation provisions of the federal False Claims Act (31 U.S.C. §3729(h)), and (2) violation of the anti-retaliation provisions of the District of Columbia False Claims Act (DC Code §2-308.16). On November 14, 2005, this Court granted Plaintiff's Motion.

4.  On December 9, 2005, Plaintiff filed a Motion for Leave to File his Second Amended Complaint. In the Second Amended Complaint, Plaintiff clarifies the First Amended Complaint by making clear that his claim is based in part on retaliation for making protected disclosures to supervisors and that Plaintiff is seeking damages in the form of front-pay under all Counts. On December 12, 2005, this Court granted Plaintiff's Motion.

5.  On December 12, 2005, Defendant served its Second Set of Interrogatories and Second Request for Production of Documents on Plaintiff.

6.  Plaintiff awaits Defendant's response to Plaintiff's First Request for Production of Documents, Plaintiff's First Set of Interrogatories, Plaintiff's Second Request for Production of Documents, and Plaintiff's Second Set of Interrogatories. The deadline for these responses is December 23, 2005.

7.  In light of the Plaintiff's Second Amended Complaint and numerous outstanding discovery requests from both Plaintiff and Defendant, both parties will need extra time to identify witnesses.

8.  Plaintiff and Defendant therefore request that the Court extend the deadline for the exchange of witness lists from January 13, 2006 until January 27, 2006. The granting of this Motion will not impact other deadlines. The Court has not set a deadline for the close of discovery.

Respectfully Submitted,

| __/s/_____ | __/s/ *with permission*_____ |
|---|---|
| Omar Vincent Melehy, Esq. | Alison Davis, Esq. |
| Zipin & Melehy LLC | Ford & Harrison, LLP |
| 8403 Colesville Road, Suite 610 | 1330 19th Street, NW #700 |
| Silver Spring, Maryland 20910 | Washington, DC 20036 |
| Phone: (301) 587-6364 | Phone: (202) 719-2000 |
| Fax: (301) 587-6308 | Fax: (202) 719-2077 |
| Counsel for Plaintiff | Counsel for Defendant |

2