UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff,*

v.

United Planning Organization, Inc.,

    *Defendant.*

Civil Case No. 1:05-cv-1271

**ORDER**

After consideration of the Joint Motion for Extension of Time to Exchange Witness Lists, it is this _____ day of _____, 2005,

ORDERED that the Motion is hereby granted.

_____
Gladys Kessler
United States District Court Judge