# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

     *Plaintiff,*

    v.

United Planning Organization, Inc.,

     *Defendant.*

Civil Action No.
1:05-cv-1271

## STIPULATION

Pursuant to Local Rule 16.6, Plaintiff and Defendant, by and through their undersigned attorneys, hereby stipulate to the following modification of Plaintiff's Second Amended Complaint:

1.    Plaintiff's reference to 31 U.S.C. § 3729(h) in Paragraph 2 of Plaintiff's Second Amended Complaint is struck and 31 U.S.C. § 3730(h) is substituted.

2.    Each reference to 31 U.S.C. § 3729(h) in Paragraphs 16-21, 23, 25, 32-36, 38, 40 and 58 of Plaintiff's Second Amended Complaint is struck and 31 U.S.C. §3730 is substituted.

3.    Each reference to DC ST § 2-308.16 in Paragraphs 16-21, 23, 25, 32-36, 38 and 40 of Plaintiff's Second Amended Complaint is struck and DC ST § 2-308.15 is substituted.

4.    Plaintiff's reference to DC ST § 2-308.14 in Paragraph 65 of Plaintiff's Second Amended Complaint is struck and DC ST § 2-308.16 is substituted.

5.    By agreeing to this Stipulation, Defendant does not admit that it has violated 31 U.S.C. § 3730 or DC ST §§ 2-308.15 to 2-308.16, or otherwise wronged Plaintiff.

Respectfully Submitted,

__/s/_____
Omar Vincent Melehy, Esq.

Kate McFarland, Esq.
Zipin & Melehy LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Phone: (301) 587-6364
Fax: (301) 587-6308
Counsel for Plaintiff

_/s/_____
Alison Davis, Esq.
David Rosenberg, Esq.
Kevin Kraham, Esq.
Ford & Harrison, LLP
1330 19th Street, NW #700
Washington, DC 20036
Phone: (202) 719-2000
Fax: (202) 719-2077
Counsel for Defendant