UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

  *Plaintiff*,

 v.

United Planning Organization, Inc.,

  *Defendant*.

Civil Case No. 1:05-cv-1271(GK/JF)
Next Event: Settlement Conference
March 14, 2006

## PLAINTIFF'S PRELIMINARY WITNESS LIST

  Plaintiff, Mohammad Amin Kakeh, by and through his undersigned counsel, pursuant to Federal Rule 26(a) and this Court's August 25, 2005 Scheduling Order hereby submits his Preliminary Witness List:

**Witnesses Plaintiff Expects to Present**

1.  Tunde Eboda
   District of Columbia Department of Human Services
   Community Services Block Grant Program
   64 New York Avenue, NE
   Washington, DC 20001

2.  Richard Edelman
   8515 Whittier Boulevard
   Bethesda, MD 20817-6816
   (301) 469-9575

3.  Shirley Fisher
   United Planning Organization
   301 Rhode Island Ave. NW
   Washington, DC 20001-1829
   (202) 238-4600

4.  Dana Jones
   United Planning Organization
   301 Rhode Island Ave. NW
   Washington, DC 20001-1829
   (202) 238-4600

5. Amin Kakeh

6. Toni Kakeh
   7050 Leestone Street
   Springfield, VA 22151
   (703) 642-8921

7. Gladys Mack
   United Planning Organization
   301 Rhode Island Ave. NW
   Washington, DC 20001-1829
   (202) 238-4600

8. Kenneth Marty
   United States Department of Health and Human Service
   Office of the Inspector General
   One Massachusetts Avenue, NW, Suite 4800
   Washington, DC, 20001
   (202) 357-3609

9. Susan Price
   Burke Medical Center
   5900 Burke Commons Road
   Burke, VA 22015
   (703) 249-7700

10. Dennis Ramprashad
    Thompson Cobb Bazilio and Associates
    1101 15th Street, #400
    Washington, DC 20005

11. Dr. Christopher P. Ryan
    Burke Medical Center
    5999 Burke Commons Road
    Burke, VA  22015
    703-249-7700

12. Sheila Shears
    *Address Unknown at This Time*

13. Doris Stashenko
    United Planning Organization
    301 Rhode Island Ave. NW
    Washington, DC 20001-1829
    (202) 238-4600

14. Ronald Walker
    Walker & Company, LLC
    4200 Wisconsin Avenue
    Suite #300
    Washington, DC 20016

**Witnesses Plaintiff May Call if the Need Arises**

1. Monica Beckham
   United Planning Organization
   301 Rhode Island Ave. NW
   Washington, DC 20001-1829
   (202) 238-4600

2. Daisy Bellamy
   United Planning Organization
   301 Rhode Island Ave. NW
   Washington, DC 20001-1829
   (202) 238-4600

3. William Hughey
   United Planning Organization
   301 Rhode Island Ave. NW
   Washington, DC 20001-1829
   (202) 238-4600

4. Stuart Moore
   Burke Medical Center
   5900 Burke Commons Road
   Burke, VA 22015
   (703) 249-7700

5. Sharon Smith
   United Planning Organization
   301 Rhode Island Ave. NW
   Washington, DC 20001-1829
   (202) 238-4600

Plaintiff respectfully reserves the right to amend this Preliminary Witness List in light of ongoing discovery.

                            Respectfully Submitted,

                            /s/_____
                            Omar Vincent Melehy, Esq.
                            Kate McFarland, Esq.
                            Zipin & Melehy, LLC
                            8403 Colesville Rd., Suite 610
                            Silver Spring, MD 20910
                            Phone: (301) 587-6364
                            Fax:   (301) 587-6308
                            Email: ovmelehy@zmdlaw.com

                            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of January, 2006, a copy of the foregoing Plaintiff's Preliminary Witness List was sent via facsimile to:

    Alison Davis, Esquire
    Kevin M. Kraham, Esquire
    Ford & Harrison LLP
    1300 19th Street NW
    Washington, D.C. 20036

    Attorneys for Defendant

                            __/s/_____
                            Kate McFarland