IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH, <br><br> Plaintiff, <br><br> v. <br><br> UNITED PLANNING ORGANIZATION INC., <br><br> Defendant. | CIVIL ACTION NO. 1:05-CV-1271 (GK/JF) <br><br><br> NEXT EVENT: Settlement Conference <br> March 14, 2006 |

## DEFENDANT UNITED PLANNING ORGANIZATION INC'S WITNESS LIST

Pursuant to this Court's August 25, 2005 Scheduling Order and November 1, 2005 Minute Order, which amended such Order, Defendant United Planning Organization Inc. ("UPO"), by and through its counsel, lists the following individuals whom it may call at trial in this matter.

1. Ralph Bazilio
   Thompson, Cobb, Bazilio & Associates, P.C.
   1101 15th Street, N.W.
   Suite 400
   Washington, D.C. 20005
   (202) 737-2684

2. Dennis Ramprashad
   Thompson, Cobb, Bazilio & Associates, P.C.
   1101 15th Street, N.W.
   Suite 400
   Washington, D.C. 20005
   (202) 737-2684

3. Ronald P. Walker
   Walker & Company
   4200 Wisconsin Avenue, N.W.
   Suite 300
   Washington, D.C. 20016
   (202) 363-9300

4. Roy Layne
   Walker & Company
   4200 Wisconsin Avenue, N.W.
   Suite 300
   Washington, D.C. 20016
   (202) 363-9300

5. Rachel Locus
   F.S. Taylor & Associates
   927 15th Street, N.W.
   Suite 200
   Washington, D.C. 20005
   202-898-0008

6. Gladys Mack
   United Planning Organization
   301 Rhode Island Avenue, N.W.
   Washington, D.C. 20001
   (202) 719-2000

7. Dana Jones
   United Planning Organization
   301 Rhode Island Avenue, N.W.
   Washington, D.C. 20001
   (202) 719-2000

8. Monica Beckham
   United Planning Organization
   301 Rhode Island Avenue, N.W.
   Washington, D.C. 20001
   (202) 719-2000

9. William Hughey
   United Planning Organization
   301 Rhode Island Avenue, N.W.
   Washington, D.C. 20001
   (202) 719-2000

10. Russell Simmons
    1829 Upshur Street, N.E.
    Washington, D.C. 20018
    (202) 529-5389

11. Sheila Shears
    13108 Cabinwood Drive
    Silver Spring, MD 20904
    (202) 719-2000

12. F. Alexis Roberson
    United Planning Organization
    301 Rhode Island Avenue, N.W.
    (202) 719-2000

13. Annice Wagner
    United Planning Organization
    301 Rhode Island Avenue, N.W.
    (202) 719-2000

14. Ricardo Lyles
    D.C. Department of Human Services
    2146 24th Place, N.E.
    Washington, D.C. 20018
    (202) 541-3915

15. Yvonne Gilchrist
    D.C. Department of Human Services
    2146 24th Place, N.E.
    Washington, D.C. 20018
    (202) 541-3915

16. Tunde Eboda
    D.C. Department of Human Services
    2146 24th Place, N.E.
    Washington, D.C. 20018
    (202) 541-3915

17. Magi York
    Mid-Iowa Community Action Agency
    National Services Division
    1001 S. 18th Avenue
    Marshalltown, IA 50158
    (641) 752-7162

18. Kenneth Marty
    U.S. Department of Health & Human Services
    Office of Inspector General
    One Massachusetts Avenue, N.W.
    Washington, D.C. 20001
    (202) 357-3609

19. All witnesses identified by the Plaintiff in his Witness List.

20. All expert witnesses identified by Plaintiff in accordance with the Court's Scheduling Order.

21. All expert witnesses identified by UPO in accordance with the Court's Scheduling Order.

22. All individuals identified by the Plaintiff in his responses to the Defendant's First and Second Set of Interrogatories and in any of his other discovery responses.

Defendant reserves the right to supplement this list should other individuals be identified or become known through discovery which is ongoing.

Dated: January 27, 2006                    Respectfully submitted,

By: /s/ Alison Nadine Davis
Alison Nadine Davis
D.C. Bar No. 429700
David A. Rosenberg
D.C. Bar No. 433405
Kevin M. Kraham
D.C. Bar No. 459077

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
(202) 719-2000

Attorneys for Defendant UNITED PLANNING ORGANIZATION INC.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing Defendant United Planning Organization's Witness List to be served upon the following counsel of record via electronic filing on January 27, 2006:

Omar V. Melehy
Kate McFarland
ZIPIN & MELEHY LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910
Fax: (301) 587-6308

_____
Kevin M. Kraham

DC:58510.1