IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AMIN KAKEH,

    Plaintiff,

v.

UNITED PLANNING ORGANIZATION,

    Defendant.

CIVIL ACTION NO. 1:05-cv-1271 (GK/JMF)

## CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO SERVE RULE 26(a)(2) STATEMENT

Defendant United Planning Organization, by and through its attorneys, respectfully moves for an enlargement of the time for serving its Rule 26(a)(2) statement on the following grounds:

1. On May 31, 2005, Plaintiff filed this lawsuit in which he alleged three causes of action: (1) retaliation under the District of Columbia Employees of District Contractors and Instrumentality Whistleblower Protection Act of 1998, (2) common law wrongful discharge, and (3) retaliation under the District of Columbia Human Rights Act of 1977, as amended.

2. The parties have begun discovery in accordance with the Court's August 25, 2005 Scheduling Order.

3. Plaintiff has twice amended his Complaint (Docket Nos. 19 and 23).

4. On January 10, 2006, Plaintiff served his Rule 26(a)(2) disclosure for Dr. Susan Price (psychiatrist), Stuart Moore (therapist), and Richard Edelman (economic damages expert).

5. Plaintiff consents to the extension of time sought herein.

6. Defendant therefore requests that the Court extend the deadline for Defendant to serve its Rule 26(a)(2) statement from March 1, 2006 to April 3, 2006.

7. The granting of this motion will not impact other deadlines.

8. The Court has not established a deadline for the close of discovery.

9. A proposed order reflecting the foregoing is attached hereto.

Dated: February 28, 2006                    Respectfully submitted,


By: /s/ *(with permission)*                 By: /s/
   Omar Vincent Melehy                       Alison Nadine Davis
   DC Bar No. 415849                         DC Bar No. 429700

ZIPIN & MELEHY, LLC                         FORD & HARRISON LLP
8403 Colesville Rd, Suite 610.              1300 19th Street, N.W., Suite 700
Silver Spring, MD 20910                     Washington, DC 20036
Tel (301) 587-6364                          Tel (202) 719-2000
Fax (301) 587-6308                          Fax (202) 719-2077

Attorney for Plaintiff Mohammed Amin        Attorney for Defendant United Planning
Kakeh                                       Organization


DC:59141.1