IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION,<br><br>　　　　Defendant. | CIVIL ACTION NO. 1:05-cv-1271 (GK/JMF) |

## ORDER

Upon consideration of the Consent Motion for Extension of Time for Defendant to Serve Rule 26(a)(2) Statement, it is this _____ day of _____, 2006, hereby:

**ORDERED** that the Consent Motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall serve its Rule 26(a)(2) statement on or before April 3, 2006.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Gladys Kessler
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

Copies to:

Omar Vincent Melehy
Kate McFarland
Zipin & Melehy, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

Alison N. Davis
Kevin M. Kraham
Ford & Harrison LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036

DC:59143.1