## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Amin Kakeh,<br><br>    *Plaintiff*,<br><br>v.<br><br>United Planning Organization, Inc.,<br><br>    *Defendant*. | Civil Case No. 1:05-cv-1271 (GK/JMF) |

### JOINT STATEMENT REGARDING DISCOVERY DISPUTES

Plaintiff Mohammed Amin Kakeh and Defendant United Planning Organization, Inc., by and through their attorneys, respectfully submit this Joint Statement Regarding Discovery Disputes.

First, the parties disagree as to whether Plaintiff has exceeded the 50-interrogatory limit set forth in the Court's August 25, 2005 Scheduling Order (Docket No. 12, ¶ 12). Second, the parties do not agree regarding Plaintiff's access to personnel files of third parties. Third, the parties do not agree regarding the scope of Plaintiff's request for cellular telephone records. Fourth, and finally, the parties do not agree concerning the return of documents, which were taken from Defendant by Plaintiff, to Defendant.

Respectfully Submitted,

| | |
|---|---|
| __/s/_____<br>Omar Vincent Melehy, Esq.<br>Kate McFarland, Esq.<br>Zipin & Melehy LLC<br>8403 Colesville Road, Suite 610<br>Silver Spring, Maryland 20910<br>Phone: (301) 587-6364<br>Fax: (301) 587-6308<br>Counsel for Plaintiff | _____/s/_____<br>Alison N. Davis, Esq.<br>Kevin M. Kraham, Esq.<br>David A. Rosenberg, Esq.<br>Ford & Harrison LLP<br>1300 19th Street, NW, Suite 700<br>Washington, DC 20036<br>Phone: (202) 719-2000<br>Fax: (202) 719-2077<br>Counsel for Defendant |