UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
MOHAMMED AMIN KAKEH,          :
                              :
         Plaintiff,           :
                              :
     v.                       :   Civil Action No. 05-1271 (GK)
                              :
UNITED PLANNING ORGANIZATION, :
         INC.                 :
                              :
         Defendant.           :
```

### O R D E R

On March 17, 2006, a telephone conference was held with both parties to resolve certain outstanding discovery disputes. Upon consideration of the parties' submissions regarding the discovery disputes and the representations made during the telephone conference, it is hereby

**ORDERED** that Defendant must respond to all of Plaintiff's interrogatories; it is further

**ORDERED** that Defendant must produce to Plaintiff all existing business cellular records responsive to Plaintiff's discovery requests; it is further

**ORDERED** that, to the extent is has not already done so, Defendant is required to produce those documents within employees' (including high level officials) personnel files which are responsive to Plaintiff's narrowly tailored requests; and it is further

**ORDERED** that Plaintiff is not required to return to Defendant certain documents he obtained through the course of his employment with Defendant.

March 17, 2006

/s/
Gladys Kessler
United States District Judge

**Copies to**: **attorneys of record via ECF**