IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.<br><br>Defendant. | CIVIL ACTION NO. 1:05-cv-1271<br>(GK/JF) |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Mohammad Amin Kakeh and Defendant United Planning Organization, Inc., by and through their attorneys, respectfully move for an enlargement of the time for Defendant to comply with Rule 26(a)(2) on the following grounds:

1. On May 31, 2005, Plaintiff filed this lawsuit in which he alleged three causes of action: (1) retaliation under the District of Columbia Employees of District Contractors and Instrumentality Whistleblower Protection Act of 1998, (2) common law wrongful discharge, and (3) retaliation under the District of Columbia Human Rights Act of 1977, as amended.

2. On November 14, 2005, Plaintiff filed his First Amended Complaint to assert two new claims under the federal and District of Columbia False Claims Acts. Plaintiff subsequently amended his Complaint a second time to allege additional facts relating to his pending claims.

3. The parties have begun discovery in accordance with the Court's August 25, 2005 Scheduling Order.

4. On January 10, 2006, Plaintiff served his Rule 26(a)(1) disclosure for Dr. Susan Price (psychiatrist) and Stuart Moore (therapist), and Rule 26(a)(2) disclosure for Richard Edelman (economic damages expert).

5.  On March 1, 2006, the Court extended the deadline for Defendant to serve its Rule 26(a)(2) statement to April 3, 2006.

6.  The parties are in the process of scheduling an examination of the Plaintiff by Defendant's expert and believe that it can be scheduled and completed in the next few weeks.

7.  The parties therefore request that the Court extend the deadline for Defendant to serve its Rule 26(a)(2) statement from April 3, 2006 to April 24, 2006.

8.  The granting of this motion will not impact other deadlines.

9.  The Court has not established a deadline for the close of discovery.

10. A proposed order reflecting the foregoing is attached hereto.

Dated: March 31, 2006                    Respectfully submitted,

By: /s/
Omar Vincent Melehy
DC Bar No. 415849
Kate McFarland, *Pro Hac Vice*

ZIPIN & MELEHY, LLC
8403 Colesville Rd, Suite 610.
Silver Spring, MD 20910
Tel (301) 587-6364
Fax (301) 587-6308

Attorney for Plaintiff Mohammed Amin Kakeh

By: /s/
Alison N. Davis
D.C. Bar No. 429700
Kevin M. Kraham
D.C. Bar No. 459077
David A. Rosenberg
D.C. Bar No. 433405

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
(202) 719-2000

Attorneys for Defendant United Planning Organization

DC:59633.1