IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION,<br><br>Defendant. | CIVIL ACTION NO. 1:05-cv-1271 (GK/JF) |

## [PROPOSED] ORDER

Upon consideration of the Joint Motion to Modify Scheduling Order, it is this _____ day of _____, 2006, hereby:

**ORDERED** that the Joint Motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall serve its Rule 26(a)(2) statement on or before April 24, 2006; and its is further

_____
Gladys Kessler
U.S. District Judge

Copies to:
Omar Vincent Melehy
Kate McFarland
Zipin & Melehy, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD  20910

Alison N. Davis
Kevin M. Kraham
Ford & Harrison LLP
1300 19th Street, N.W., Suite 700
Washington, DC  20036

DC:59634.1