UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AMIN KAKEH,            :
                                :
        Plaintiff,              :
                                :
    v.                          :  Civil Action No. 05-1271 (GK)
                                :
UNITED PLANNING ORGANIZATION,   :
        INC.                    :
                                :
        Defendant.              :

**O R D E R**

A status conference was held in the above-captioned case on April 3, 2006.  It is hereby

**ORDERED** that discovery shall close on **July 1, 2006**; it is further

**ORDERED** that dispositive motions must be filed by **July 15, 2006**; and it is further

**ORDERED** that a pre-trial conference will be held on **November 3, 2006** at 4:15 p.m..


April 3, 2006                   /s/
                                Gladys Kessler
                                United States District Judge


**Copies to: attorneys of record via ECF**