IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AMIN KAKEH,

      Plaintiff,

      v.

UNITED PLANNING ORGANIZATION,

      Defendant.

CIVIL ACTION NO. 1:05-cv-1271
(GK/JF)

Next Scheduled Deadline:
Pretrial Conference
November 3, 2006

## CONSENT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DEADLINE FOR DEFENDANT'S COMPLIANCE WITH RULE 26(a)(2)

Defendant United Planning Organization, Inc., by and through its attorneys, respectfully moves for an enlargement of the time for Defendant to comply with Rule 26(a)(2) on the following grounds:

1.      On May 31, 2005, Plaintiff filed this lawsuit in which he alleged three causes of action: (1) retaliation under the District of Columbia Employees of District Contractors and Instrumentality Whistleblower Protection Act of 1998, (2) common law wrongful discharge, and (3) retaliation under the District of Columbia Human Rights Act of 1977, as amended. On November 14, 2005 and December 12, 2005, Plaintiff filed his First and Second Amended Complaints respectively.

2.      On March 1, 2006, the Court extended the deadline for Defendant to serve its Rule 26(a)(2) statement to April 3, 2006.

3.      On April 3, 2006, the Court extended the deadline for Defendant to serve its Rule 26(a)(2) statement to April 24, 2006.

4.      The parties agreed that Plaintiff's independent medical examination would occur on April 12, 2006. Due to a scheduling conflict, Plaintiff was no longer available on that date.

The next date on which both Plaintiff and the forensic psychiatrist are available is April 24, 2006. Accordingly, Defendant requests that the deadline for its compliance with Rule 26(a)(2) be extended to May 12, 2006.

5.    Discovery in this matter is not scheduled to close until July 1, 2006.

6.    The granting of this motion will not impact other deadlines.

7.    Plaintiff consents to this motion.

7.    A proposed order reflecting the foregoing is attached hereto.

Dated: April 19, 2006                    Respectfully submitted,


By:/s/ _____

    Alison N. Davis
    D.C. Bar No. 429700
    Kevin M. Kraham
    D.C. Bar No. 459077
    David A. Rosenberg
    D.C. Bar No. 433405

    FORD & HARRISON LLP
    1300 19th Street, N.W., Suite 700
    Washington, DC  20036
    (202) 719-2000
    (202) 719-2077

    Attorneys for Defendant United Planning
    Organization, Inc.

DC:59940.1