IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION,<br><br>Defendant. | CIVIL ACTION NO. 1:05-cv-1271<br>(GK/JF) |

### [PROPOSED] ORDER

Upon consideration of the Consent Motion to Modify Scheduling Order to Extend Deadline for Defendant's Compliance with Rule 26(a)(2), it is this _____ day of _____, 2006, hereby:

**ORDERED** that the Consent Motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall serve its Rule 26(a)(2) statement on or before May 12, 2006.

_____
Gladys Kessler
U.S. District Judge

Copies to:
Omar Vincent Melehy
Kate McFarland
Melehy & Associates
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

Alison N. Davis
Kevin M. Kraham
David Rosenberg
Ford & Harrison LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036

DC:59942.1