## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Amin Kakeh,<br><br>    *Plaintiff*,<br><br>v.<br><br>United Planning Organization, Inc.,<br><br>    *Defendant*. | Civil Action No.<br>004101-05  (GK) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's Motion to Exceed the Deposition Limit, and any opposition thereto, it is this _____ day of _____, 2006, by the United States District Court for the District of Columbia,

**ORDERED**, that Plaintiff's Motion is hereby GRANTED; and it is further,

**ORDERED**, that Plaintiff is hereby granted leave to conduct thirteen total depositions.

_____
JUDGE