UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

v.

United Planning Organization, Inc.,

    *Defendant*.

Civil Case No. 1:05-cv-1271 (GK/JF)

**MOTION TO RECONSIDER MINUTE ORDER DATED MAY 4, 2006**

Plaintiff, by and through his undersigned counsel, hereby moves this Court to reconsider the Minute Order issued on May 4, 2006 directing the parties to meet and confer about an issue related to witness tampering. In support of this Motion, Plaintiff states as follows:

1.    On April 26, 2006, Plaintiff obtained evidence that one of the witnesses in this case was directed or pressured to alter testimony and in fact did so. The evidence obtained by Plaintiff's counsel is that the witness now wishes change prior testimony.

2.    Plaintiff is concerned that if Plaintiff's counsel and Defendant's counsel meet and confer prior to a conference with the Court and further details related to the witness tampering are disclosed to defense counsel, additional tampering may occur. For ethical reasons, Plaintiff's counsel wishes to discuss the evidence of witness tampering with the Court and seek direction from the Court on the appropriate and ethical steps that Plaintiff's counsel may take to investigate the witness tampering and to take corrective action to prevent damage to Plaintiff's case.

3. While the issue that Plaintiff's counsel seeks to bring to this Court's attention arguably involves a discovery matter, it is not a matter that Plaintiff's counsel would characterize as a discovery dispute. As such, Local Rule 7(m) does not apply and no amount of meeting and conferring will resolve the issue. On the contrary, if Plaintiff is required to share information about the witness tampering prior to the conference call, the purpose of the conference call – to maintain the status quo and prevent any additional influence of a witness's testimony – will be thwarted.

For the reasons stated above, Plaintiff requests that this Court reconsider its May 4, 2006 Minute Order and permit the Plaintiff's counsel to discuss the witness tampering matter with the Court prior to being required to confer with defense counsel about it.

Respectfully Submitted,

/s/
Omar Vincent Melehy, Esq.
D.C. Bar No. 415849
Kate McFarland, Esq.
*Pro Hac Vice*
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:   (301) 587-6308
Email: ovmelehy@zmdlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of May, 2006, a copy of the foregoing Motion to Reconsider was sent via facsimile to:

Alison Davis, Esquire
Kevin M. Kraham, Esquire
Ford & Harrison LLP
1300 19th Street NW
Washington, D.C. 20036

Attorneys for Defendant

_/s/_
Omar Vincent Melehy