UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Amin Kakeh,<br><br>*Plaintiff*,<br><br>v.<br><br>United Planning Organization, Inc.,<br><br>*Defendant*. | Civil Case No. 1:05-cv-1271 (GK/JF) |

**PROPOSED ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Reconsider Minute Order Dated May 4, 2006, and any opposition thereto, it is this _____ day of May, 2006, by the United States District Court for the District of Columbia,

**ORDERED**, that Plaintiff's Motion is hereby GRANTED; and it is further,

**ORDERED**, that the parties are not required to meet and confer prior to the May 8, 2006 conference call.

_____
JUDGE