UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED AMIN KAKEH,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 05-1271 (GK) |
| : | |
| **UNITED PLANNING ORGANIZATION,** : | |
| **INC.,** : | |
| : | |
| **Defendant.** : | |

### ORDER

Plaintiff requested a conference call with the Court in order to discuss what was represented to be a discovery problem. That request was granted, and the Court set the conference call for 10:00 a.m. on Monday, May 8, 2006. Plaintiff has refused to discuss the substance of the issue in dispute with Defendant's counsel. Understandably, Defendant's counsel has objected, does not want to be "blind sided" during the call, and wants to be prepared to respond to issues Plaintiff may raise. On May 4, 2006, the Court entered a Minute Order directing the parties to meet and confer so that Defendant's counsel would know the subject matter of the call and therefore be prepared to respond. Plaintiff's counsel has filed a Motion to Reconsider the Minute Order. It is hereby

**ORDERED** that the Motion to Reconsider is **denied**; and it is further

**ORDERED** that after counsel have conferred, Defendant's counsel shall not discuss the content of their conversation with any employee, former employee, or representative of the Defendant.

May 5, 2006                                /s/
                                           Gladys Kessler
                                           United States District Judge