IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PLANNING ORGANIZATION, INC.<br><br>　　　　Defendant. | CIVIL ACTION NO. 1:05-cv-1271 (GK/JF)<br><br>Next Scheduled Deadline:<br>Pretrial Conference<br>November 3, 2006 |

### DECLARATION OF MONICA BECKHAM

I, Monica Beckham, make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am over eighteen (18) years of age, have personal knowledge of the facts set forth herein, am competent to so testify, and state that said facts are true.

2. I am employed by United Planning Organization, Inc. ("UPO"). I hold the position of General Counsel at UPO.

3. At all times and periods relevant to the case at hand, I acted in my capacity as General Counsel for UPO providing legal advice in any discussions or meetings regarding the reduction-in-force of Mohammed Amin Kakeh ("Plaintiff").

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of May, 2006, in Washington, District of Columbia.

　　　　　　　　　　　　　　　　　　　　　　/s/ Monica Beckham
　　　　　　　　　　　　　　　　　　　　MONICA BECKHAM

DC:60281.1