29

1  well, that you wanted to eliminate management in
2  the finance office that was your plan, as well,
3  rephrase.
4      I think that you said you made a decision
5  in late May to outsource the management of the
6  finance office?
7   A. Correct.
8   Q. So basically, your decision was you were
9  going to replace services of management with an
10 independent contractor who would perform those
11 functions. Is that right?
12  A. Correct.
13  Q. And in late May, how did you decide you
14 were going to accomplish that?
15  A. Through a reduction of force of the
16 management personnel.
17  Q. Did you decide, at some point, who you
18 were going to eliminate or who you were going to
19 RIF, I should say?
20  A. Yes.
21  Q. When did you decide who you were going to

30

1  RIF?
2   A. Late May.
3   Q. Did you put together any written
4  communications or memo concerning who you had
5  identified for a RIF?
6   A. No, I don't recall doing that.
7   Q. Did you discuss it with anybody?
8   A. Yes.
9   Q. Who did you discuss it with?
10  A. I discussed it with the general counsel,
11 the human resources director, and the ad hoc
12 management committee.
13  Q. There was no email communications
14 regarding that RIF, that proposed RIF between you
15 and anybody else?
16  A. I doubt seriously that there is.
17  Q. Did you announce to the staff there would
18 be a reduction in force?
19  A. Yes.
20  Q. When did you do that?
21  A. I can't recall. Soon after the decision

31

1  was made, I recall telling the entire staff we were
2  considering outsourcing and when we made the
3  decision to move forward, I remember speaking to
4  staff. Precisely when I can't tell you.
5   Q. Are you saying that you announced it after
6  the RIF letters were sent out?
7   A. I don't recall, but it was, I don't recall
8  the exact sequence of when the announcement was
9  made.
10     I do know, prior to the announcement, I
11 shared with them that we were considering
12 outsourcing the department.
13  Q. You never did outsource the department.
14 Right?
15  A. Correct.
16  Q. So did you tell your staff anything else
17 besides you were considering outsourcing the
18 department?
19  A. No.
20  Q. When you told your staff you were
21 considering outsourcing the department, was that

32

1  before you had made the decision not to outsource
2  the department?
3   A. Yes.
4   Q. At some point, you said in May, in late
5  May, you made a decision to eliminate certain
6  positions?
7   A. Yes.
8   Q. What positions did you decide to
9  eliminate?
10     MS. DAVIS: Objection.
11     Asked and answered.
12     BY MR. MELEHY:
13  Q. Actually eliminate as opposed to?
14  A. What is your question?
15  Q. What positions did you actually decide to
16 eliminate?
17  A. The positions I referred to earlier.
18  Q. You actually decided to eliminate
19 Ms. Shears' position, Mr. Kakeh's position,
20 Mr. Quashie's position, Bill Issacs' position and
21 Nona McLean's position. Correct?

Page 37

1  A. No.
2  Q. Was your decision to eliminate members of
3  management a result of a decision to eliminate any
4  particular members of management for poor
5  performance?
6  A. No, I had no assessment of anybody's
7  performance.
8  Q. Did you actually issue RIF letters to
9  anybody?
10 A. Yes.
11 Q. Did you issue RIF letters to Mr. Kakeh,
12 Mr. Quashie, Bill Issacs and Ms. Nona McLean?
13 A. I believe so, yes.
14 Q. Did you do it all on the same day?
15 A. I don't recall, but I would think I did.
16 Q. Was there any break in the continuity of
17 Mr. Quashie's or Mr. Issacs' employment following
18 their receipt of the RIF letter?
19 A. I doubt there was because we were, the
20 reorganization took place and the timing in which
21 the Walker firm came and identified who was going

Page 38

1  to work with them.
2  Q. The Walker firm identified what?
3  A. Who they wanted to work with.
4  Q. The Walker firm told you who they wanted
5  to work with?
6  A. Yes.
7  Q. When did the Walker firm tell you who they
8  wanted to work with?
9  A. I don't know, sometime after June 1, they
10 came in and we had agreed upon an organizational
11 structure and what positions we would fund them
12 for.
13    And they indicated they wanted to talk to
14 staff persons to see if, in fact, they could fill
15 any positions they had vacancies in, and they
16 talked to the staff and made decisions.
17 Q. Made decisions about who they wanted to
18 work with?
19 A. Yes.
20 Q. Was that after the RIF letters had been
21 sent or delivered to people who were being RIFed?

Page 39

1  A. I can't recall the sequence, but it was
2  all about the same time, it would have been within
3  the same week probably.
4  Q. When you issued the RIF letters to various
5  people, did you know, at that time, who Walker &
6  Company wanted to work with?
7  A. No.
8  Q. So you didn't know who Walker & Company
9  wanted to work with until after you issued the RIF
10 letters?
11 A. Correct.
12 Q. Based on what Walker told you about who
13 Walker wanted to work with, you made the decision
14 to reassign a number of the RIFed people. Correct?
15 A. Yes.
16 Q. So you made the decision where, if at all,
17 to reassign some of the RIFed people after the RIF
18 letters were sent out?
19 A. Correct.
20 Q. Who did Walker & Company say they wanted
21 to work with?

Page 40

1  A. Quashie and Bill Issacs I recall in
2  particular.
3     And they had a different organizational
4  structure and a number of people were assigned
5  different titles than they had previously.
6     The revenue chief's name is Simlock.
7  Q. You didn't consider Mr. Simlock a member
8  of the management of the Office of Finance?
9  A. No.
10 Q. Did Walker & Company indicate to you why
11 it wanted to work with Mr. Issacs and Mr. Quashie?
12 A. They talked to them and felt that they had
13 knowledge they could work with and they could train
14 them to do what they needed to do.
15 Q. Did Mr. Quashie continue to perform some
16 of the same functions he performed as deputy
17 controller in his new position?
18 A. Yes.
19 Q. Did he perform substantially the same
20 functions he had performed previously when he was
21 reassigned to the position of director of

10 (Pages 37 to 40)