**INTERROGATORY NO. 17:** Identify all agents, representatives, employees, and officers of Defendant who were aware that Plaintiff had made "protected disclosures", and describe how and when that person became aware of Plaintiff's "protected disclosures."

**SUPPLEMENTAL ANSWER:** *See* General Objections No. 4 *supra*. Subject to and without waiving General Objections, On February 19, 2004 Tunde Eboda met with Sheila Shears and discussed Plaintiff's disclosures. On April 1, 2004, Plaintiff sent a memorandum to Alexis Robertson and Eboda describing the fraud, waste and abuse. On April 7, 2004, Dana Jones sent a memorandum to Plaintiff and Eboda acknowledging receipt of this protected disclosure. On April 29, 2004, Plaintiff sent a memorandum to Defendant's Board members and managers again disclosing fraud, waste and abuse. All recipients of that letter are aware that Plaintiff made protected disclosures to government officials. Plaintiff discussed his disclosures with William Huey, Shirley Fisher and Doris Stashenko at various points beginning in March 2004.