IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.<br><br>Defendant. | CIVIL ACTION NO. 1:05-cv-1271 (GK/JF) |

### [PROPOSED] ORDER

Upon consideration of the Plaintiff's Motion to Extend Deposition Limit and Defendant's Opposition thereto, it is this _____ day of _____, 2006, hereby:

**ORDERED** that the Plaintiff's Motion is **DENIED**.

_____
Gladys Kessler
U.S. District Judge

Copies to:
Omar Vincent Melehy
Kate McFarland
Melehy & Associates
8403 Colesville Road, Suite 610
Silver Spring, MD  20910

Alison N. Davis
Kevin M. Kraham
David Rosenberg
Ford & Harrison LLP
1300 19th Street, N.W., Suite 700
Washington, DC  20036