UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff,*

v.

United Planning Organization, Inc.,

    *Defendant.*

Civil Case No. 1:05-cv-1271 (GK/JF)

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT
FOR PLAINTIFF'S FIRST MOTION TO COMPEL
DISCOVERY AND SUPPORTING MEMORANDUM**

Plaintiff moves this Court to allow him to extend the page limit of 10 pages for his First Motion to Compel Discovery and the supporting memorandum by three pages. In support of this Motion, Plaintiff states as follows:

1. The scheduling order in this case limits the length of a motion to compel discovery to 10 pages. The motion and memorandum together are 13 pages.

2. The majority of space in the memorandum is taken up with a verbatim reproduction of the interrogatory or document request at issue and a verbatim reproduction of the objection related to that interrogatory or document request.

Based on the above Plaintiff requests that this Court issue an Order permitting Plaintiff to file a motion to compel discovery and for sanctions together with a supporting memorandum that exceeds the 10-page limit by three pages.

Respectfully Submitted,

/s/
Omar Vincent Melehy, Esq.
D.C. Bar No. 415849
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:    (301) 587-6308
Email: ovmelehy@zmdlaw.com

*Attorneys for Plaintiff*