UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff,*

v.

United Planning Organization, Inc.,

    *Defendant.*

Civil Case No. 1:05-cv-1271 (GK/JF)

**PLAINTIFF'S FIRST MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS**

Pursuant to Federal Rules of Civil Procedure 37 and Paragraph 10 of the Court's Scheduling Order, Plaintiff hereby moves this Court to compel answers to Interrogatory Nos. 11, 12, 13, 17, 30, 31, 32, and 33, and to compel production of documents in response to No. 9 of Plaintiff's document requests and for sanctions for failing answer the interrogatories and produce documents requested in No. 9, as ordered by the Court on March 17, 2006. In support of this Motion, Plaintiff relies upon the attached Statement of Points and Authorities, the Certificate of Good Faith Efforts to Resolve Discovery Dispute filed along with this Motion and the attached Exhibits.

WHEREFORE, Plaintiff respectfully requests this Court to order Defendant to do the following: (1) produce all documents responsive to Plaintiff's First Request for Production of Documents No. 9, without objection by an appropriate date certain; (2) fully and completely answer Plaintiff's Interrogatories Nos. 11, 12, 13, 17, 30, 31, 32, and 33 by a date certain; and (3) that the Defendant pay the counsel fees incurred by the Plaintiff in filing and prosecuting this motion.

Respectfully Submitted,


\_/s/_____
Omar Vincent Melehy, Esq.
D.C. Bar No. 415849
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:    (301) 587-6308
Email: ovmelehy@zmdlaw.com

*Attorneys for Plaintiff*