UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

*Plaintiff,*

v.

United Planning Organization, Inc.,

*Defendant.*

Civil Case No. 1:05-cv-1271 (GK/JF)

**ORDER**

Upon consideration of the Plaintiff's First Motion to Compel Discovery and For Sanctions and Defendant's Opposition, it is this _____ day of _____, hereby

ORDERED the Motion is Granted; and it is

FURTHER ORDERED that no later than 10 days following the date of this Order, Defendant shall fully answer Plaintiff's Interrogatory numbers 11, 12, 13, 17, 30, 31, 32, and 33; and it is

FURTHER ORDERED that no later than 10 days following the date of this Order, the Defendant shall produce the following documents that are responsive to Plaintiff's Document Request No. 9: for David Quashie, William Isaac and Nona McLean, all documents showing the date of hire, dates positions were held, the salaries paid, the dates and nature of any personnel actions affecting the terms and conditions of their employment, whether or not they were reassigned or subject to a reduction in force, including the dates of those actions and the reasons for them; and it is

FURTHER ORDERED that the Defendant shall pay the attorney's fees incurred by the Plaintiff in prosecuting this motion.

_____
JUDGE