UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff,*

v.

United Planning Organization, Inc.,

    *Defendant.*

Civil Case No. 1:05-cv-1271 (GK/JF)

**ORDER**

After consideration of the Plaintiff's Motion to Exceed the Page Limit for Plaintiff's First Motion to Compel Discovery and Supporting Memorandum, it is hereby

ORDERED that the motion is granted; and it is

FURTHER ORDERED that Plaintiff is permitted to file his first motion to compel discovery and supporting memorandum which together are 13 pages in length, three pages beyond the 10-page limit.

_____
JUDGE