UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AMIN KAKEH,           :
                               :
          Plaintiff,           :
                               :
     v.                        :   Civil Action No. 05-1271 (GK)
                               :
UNITED PLANNING ORGANIZATION,  :
          INC.                 :
                               :
          Defendant.           :

### O R D E R

On May 22, 2006, a telephone conference was held with both parties to resolve an outstanding discovery dispute involving a non-party witness, Gunde Eboda, who contacted Plaintiff's counsel and informed them that he wished to supplement or change his previous deposition testimony.

It is hereby

**ORDERED** that within 24 hours of the issuance of this Order, Defendant's counsel shall provide Plaintiff's counsel with the citations to the ethics opinions they deem relevant to this discovery dispute; it is further

**ORDERED** that if Plaintiff's counsel decides, based on the relevant authority, that it is permissible to contact Mr. Eboda:

   a) they shall do so by **May 30, 2006;** and

   b) the other parties involved shall not contact Mr. Eboda until **May 31, 2006,** at the earliest; and

      c) Plaintiff's counsel shall make clear to Mr. Eboda that he has the right to have counsel represent him during his conversations regarding this discovery dispute, but that he is not required to do so; and

      d) Plaintiff's counsel shall discern as soon as possible during their conversation with Mr. Eboda whether the information he wishes to provide changes his prior deposition testimony, or merely supplements that testimony.  If Mr. Eboda wishes to change his testimony, Plaintiff's counsel shall inform him that telling an untruth on the record could subject him to prosecution for perjury, and that therefore it may be prudent for him to consult with counsel.  It is further

    **ORDERED** that if Plaintiff's counsel decides that it is improper to contact Mr. Eboda, they shall file a Praecipe with the Court informing it of that decision.


May 22, 2006
                                    /s/
                                    Gladys Kessler
                                    United States District Judge


**Copies to**: **attorneys of record via ECF**