UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Amin Kakeh,<br><br>    Plaintiff,<br><br>v.<br><br>United Planning Organization, Inc.,<br><br>    Defendant. | Civil Action No. 05-1271 (GK/JMF) |

**DEFENDANT UNITED PLANNING ORGANIZATION, INC.'S
FIRST SUPPLEMENTAL RESPONSES & OBJECTIONS TO PLAINTIFF'S
INTERROGATORIES**

COMES NOW Defendant United Planning Organization, Inc. ("Defendant"), by and through its counsel, and, pursuant to Rule 33 of the Federal Rules of Civil Procedure and the Local Civil Rules, provides its first supplemental responses and objections to Plaintiff's Interrogatories as follows:

**PRELIMINARY STATEMENT**

1. The subject matter of this litigation is not yet complete and is continuing. Therefore, the information supplied in response to Plaintiff's Interrogatories may not be exhaustive. If and when additional discoverable information becomes available, Defendant will supplement and amend these responses in a timely fashion in accordance with the applicable Federal Rules of Civil Procedure and Local Civil Rules.

2. The defenses which Defendant raised in its Answer to Plaintiff's Amended Complaint were asserted before discovery in this case had commenced and were asserted in order to preserve Defendant's rights and defenses under the law. Hence, given the fact that discovery has not closed and is ongoing, Defendant's responses to Plaintiff's

but which were assigned to another employee, independent contractor or firm following his termination; the reasons the duties were reassigned; the identity of the person or persons who made the decision to reassign said duties; the identity of all persons who provided input in the decision, discussed the issue or made recommendations about the assignment of said duties; the facts relied upon in reaching any decision.

**RESPONSE:**

Defendant objects to this Interrogatory on the basis that it is vague, confusing and compound. Defendant further objects to this Interrogatory to the extent that it seeks information and/or documents which are already known to and/or possessed by Plaintiff. Defendant further objects to this Interrogatory on the basis that it is overly broad, unduly burdensome, seeks to obtain information that is not relevant to this action, and is not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Interrogatory to the extent that it seeks information which may be derived or ascertained from the business records of Defendant and for which the burden of deriving or ascertaining a response from said documents is substantially the same for Plaintiff as for Defendant. Defendant further objects to this Interrogatory to the extent it seeks the provision of information protected from disclosure by the attorney-client and/or work product privileges.

Subject to and without waiver of the foregoing General and Specific Objections, Defendant states that, acting on the recommendation of Dana M. Jones, then-Interim Executive Director, the Board of Trustees voted to outsource the management of the Office of Finance and retain Walker & Company.

extent that it seeks information and/or documents which are already known to and/or possessed by Plaintiff. Defendant further objects to this Interrogatory to the extent that it seeks information which may be derived or ascertained from the business records of Defendant and for which the burden of deriving or ascertaining a response from said documents is substantially the same for Plaintiff as for Defendant. Defendant further objects to this Interrogatory on the basis that it is overly broad, unduly burdensome, seeks to obtain information that is not relevant to this action, and is not reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiver of the foregoing General and Specific Objections, Defendant states that the response to this Interrogatory may be derived or ascertained from the responsive, relevant and non-privileged documents produced herewith. *See* Bates Nos. MAK 0356-1721.

Dated: this 4th day of April, 2006        As to objections only,

By: _____
Alison N. Davis, DC Bar No. 429700
Kevin M. Kraham, DC Bar No. 459077
FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
(202) 719-2000

*Counsel for Defendant United Planning Organization, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing DEFENDANT UNITED PLANNING ORGANIZATION, INC.'S FIRST SUPPLEMENTAL RESPONSES & OBJECTIONS TO PLAINTIFF'S INTERROGATORIES to be served upon the following counsel via facsimile on April 4, 2006:

Omar V. Melehy
Andrew J. Perlmutter
Kate McFarland
ZIPIN & MELEHY LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910
Fax (301) 587-6308

_____
Kevin M. Kraham

DC:59620.1