IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.<br><br>Defendant. | CIVIL ACTION NO. 1:05-cv-1271 (GK/JF)<br><br>Next Scheduled Deadline:<br>Pretrial Conference<br>November 3, 2006 |

### ORDER

Upon consideration of Plaintiff's Motion to Compel, Defendant's opposition thereto, and the entire record herein, it is this _____ day of _____ , 2006, hereby

**ORDERED** that Plaintiff's Motion to Compel is **DENIED**.

Date:_____

_____
United States District Judge

Copies to:

Omar Vincent Melehy, Esq.
ZIPIN & MELEHY, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

Alison N. Davis, Esq.
Kevin M. Kraham, Esq.
David A. Rosenberg, Esq.
FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036

DC:60600.1