UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

*Plaintiff*,

v.

United Planning Organization, Inc.,

*Defendant*.

Civil Action No.
004101-05 (GK)

### ORDER

UPON CONSIDERATION of Plaintiff's Motion to Modify Scheduling Order Regarding Designation of Rebuttal Expert Witness, and any opposition thereto, it is this _____ day of _____, 2006, hereby,

**ORDERED**, that Plaintiff's Motion is hereby GRANTED; and it is further,

**ORDERED**, that Plaintiff is hereby granted to leave to designate Dr. Thomas Goldman as a rebuttal expert witness pursuant to Rule 26(a)(2).

_____
JUDGE