IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.<br><br>Defendant. | CIVIL ACTION NO. 1:05-cv-1271 (GK/JMF)<br><br><br>Next Scheduled Deadline:<br>Pretrial Conference<br>November 3, 2006 |

**DEFENDANT UNITED PLANNING ORGANIZATION, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER REGARDING DESIGNATION OF REBUTTAL EXPERT WITNESS**

Defendant, United Planning Organization, Inc. ("UPO"), by and through its counsel, hereby responds to Plaintiff's Motion to Modify Scheduling Order Regarding Designation of Rebuttal Expert Witness, and states as follows:

On June 5, 2006, Plaintiff filed a motion seeking to modify the Court's Scheduling Order of August 25, 2006, and permit Plaintiff to designate a forensic psychiatrist to rebut opinions rendered by Defendant's forensic psychiatrist, Dr. John Henderson.

After additional consideration of the Court's Scheduling Order and applicable case law, Defendant does not oppose the Court granting Plaintiff's Motion. By consenting to Plaintiff's Motion, Defendant reserves the right to depose Plaintiff's rebuttal expert in accordance with any applicable Federal Rules and Court Orders. Pursuant to Local Civil Rule 7(c), a proposed order is included herewith.

Dated: this 13th day of June, 2006       Respectfully submitted,

By: __/s/ Alison N. Davis_____
    Alison N. Davis, DC Bar No. 429700
    Kevin M. Kraham, DC Bar No. 459077

    FORD & HARRISON LLP
    1300 19th Street, N.W., Suite 700
    Washington, DC  20036
    Tel  (202) 719-2000
    Fax  (202) 719-2077

    Attorneys for Defendant United Planning
    Organization, Inc.

**CERTIFICATE OF SERVICE**

The undersigned, Alison N. Davis, hereby certifies that she served a copy of the foregoing DEFENDANT UNITED PLANNING ORGANIZATION INC.'S RESPONSE TO PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER REGARDING DESIGNATION OF REBUTTAL EXPERT WITNESS to the following counsel of record via electronic court filing on June 13, 2006:

Omar Vincent Melehy
MELEHY & ASSOCIATES, LLC
8403 Colesville Rd, Suite 610.
Silver Spring, MD  20910
(301) 587-6364
(301) 587-6308(Facsimile)
ovmelehy@zmdlaw.com

Attorneys for Plaintiff Mohammed Amin Kakeh


/s/ Alison N. Davis_____
Alison N. Davis

DC:60765.1