IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.<br><br>Defendant. | CIVIL ACTION NO. 1:05-cv-1271 (GK/JMF)<br><br><br>Next Scheduled Deadline:<br>Pretrial Conference<br>November 3, 2006 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Modify Scheduling Order Regarding Designation of Rebuttal Expert Witness and Defendant United Planning Organization, Inc.'s Response thereto, it is this _____ day of _____, 2006, hereby:

**ORDERED** that Plaintiff's Motion to Modify Scheduling Order Regarding Designation of Rebuttal Expert Witness is GRANTED.

_____
Gladys Kessler, Judge
U.S. District Court for the District of Columbia

- 2 -

Copies to:

Omar Vincent Melehy
Melehy & Associates, LLC
8403 Colesville, Rd., Suite 610
Silver Spring, MD 20910
ovmelehy@zmdlaw.com

Alison N. Davis
Kevin M. Kraham
FORD & HARRISON LLP
1300 19th Street, N.W.
Suite 700
Washington, DC 20036
adavis@fordharrison.com
kkraham@fordharrison.com


DC:60767.1