IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.<br><br>Defendant. | CIVIL ACTION NO. 1:05-cv-1271 (GK/JF) |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Mohammad Amin Kakeh and Defendant United Planning Organization, Inc., by and through their attorneys, respectfully move for an enlargement of the time for the parties to complete discovery and file dispositive motions on the following grounds:

1. On May 31, 2005, Plaintiff filed this lawsuit in which he alleged three causes of action: (1) retaliation under the District of Columbia Employees of District Contractors and Instrumentality Whistleblower Protection Act of 1998, (2) common law wrongful discharge, and (3) retaliation under the District of Columbia Human Rights Act of 1977, as amended.

2. On November 14, 2005, Plaintiff filed his First Amended Complaint to assert two new claims under the federal and District of Columbia False Claims Acts. Plaintiff subsequently amended his Complaint a second time to allege additional facts relating to his pending claims.

3. On April 3, 2006, the Court set July 1, 2006, as the deadline for the parties to complete discovery and July 15, 2006, as the date by which dispositive motions must be filed.

4. The parties have diligently engaged in discovery. Further, although the parties have noticed depositions in a timely manner, due to scheduling conflicts and religious observances, the parties will not be able to complete the depositions by July 1, 2006.

5. The parties therefore request that the Court extend the deadline for the parties to complete discovery from July 1, 2006, to August 1, 2006. The parties have not requested previously an extension of the time period for discovery.

6. The parties also request that the Court extend the deadline for filing dispositive motions from July 15, 2006, to September 15, 2006, and set October 16, 2006, as the deadline for filing oppositions, and October 31, 2006, for filing replies.

7. The pretrial conference in this case is set for November 3, 2006. The parties therefore respectively request that the Court reset the pretrial conference in accordance with the requested extensions of time.

8. A proposed order reflecting the foregoing is attached hereto.

Dated: June 15, 2006                                Respectfully submitted,


By: /s/ *by permission*                             By: /s/ Alison N. Davis
   Omar Vincent Melehy                              Kevin M. Kraham
   DC Bar No. 415849                                D.C. Bar No. 459077
   Andrew Perlmutter                                David A. Rosenberg
   D.C. Bar No. 489601                              D.C. Bar No. 433405
                                                    Alison N. Davis
   MELEHY & ASSOCIATES                              D.C. Bar No. 429700
   8403 Colesville Rd, Suite 610.
   Silver Spring, MD 20910                          FORD & HARRISON LLP
   Tel (301) 587-6364                               1300 19th Street, N.W., Suite 700
   Fax (301) 587-6308                               Washington, DC 20036
                                                    (202) 719-2000
   Attorney for Plaintiff Mohammed
   Amin Kakeh                                       Attorneys for Defendant United Planning
                                                    Organization, Inc.

DC:60889.1