IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.<br><br>Defendant. | CIVIL ACTION NO. 1:05-cv-1271 (GK/JF) |

**[PROPOSED] ORDER**

Upon consideration of the Joint Motion to Modify Scheduling Order to extend deadline for completion of discovery and the briefing schedule for dispositive motions, it is this _____ day of _____, 2006, hereby:

**ORDERED** that the Joint Motion is **GRANTED**; it is further

**ORDERED** that discovery shall close on August 1, 2006; it is further

**ORDERED** that dispositive motions must be filed by September 15, 2006; oppositions shall be filed by October 16, 2006, and replies shall be filed by October 31, 2006; and it is further

**ORDERED** that a pretrial conference will be held on _____ at _____.

_____
Gladys Kessler
U.S. District Judge

Copies to:
Omar Vincent Melehy
Andrew Perlmutter
Melehy & Associates
8403 Colesville Road, Suite 610
Silver Spring, MD  20910

- 2 -

Alison N. Davis
Kevin M. Kraham
David Rosenberg
Ford & Harrison LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036


DC:60891.1