**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Mohammed Amin Kakeh,

  *Plaintiff,*

  v.

United Planning Organization, Inc.,

  *Defendant.*

Civil Case No. 1:05-cv-1271 (GK/JF)

## PLAINTIFF'S MOTION TO QUASH THE SUBPOENA FOR THE DEPOSITION OF NABEELAH KAKEH AND FOR PROTECTIVE ORDER

Pursuant to Federal Rules of Civil Procedure 26(c), Plaintiff hereby moves this Court to quash Defendant's subpoena for the deposition of Nabeelah Kakeh, a non-party minor child of Plaintiff who has no knowledge of any issues relevant to this case, and issue a protective order on the grounds that such deposition will cause annoyance, embarrassment, oppression, or undue burden or expense to the minor child. In support of this Motion, Plaintiff relies upon the attached memorandum.

WHEREFORE, Plaintiff respectfully requests this Court to grant Plaintiff's motion to quash the subpoena for the deposition of Nabeelah Kakeh and issue a protective order precluding the Defendant from deposing her. A proposed order is attached.

Respectfully Submitted,

_/s/_____
Omar Vincent Melehy, Esq.
D.C. Bar No. 415849
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:    (301) 587-6308
Email: ovmelehy@zmdlaw.com

*Attorneys for Plaintiff*