UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

v.

United Planning Organization, Inc.,

    *Defendant*.

Civil Action No.
1:05-cv-1271 (GK/JF)

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Quash the Subpoena for the Deposition of Nabeelah Kakeh and for Protective Order, and any opposition thereto, it is this _____ day of _____, 2006, hereby,

**ORDERED**, that Plaintiff's Motion is hereby GRANTED; and it is further,

**ORDERED**, that Plaintiff is hereby granted a protective order pursuant to Rule 26(c) and Defendant is hereby precluded from deposing Nabeelah Kakeh.

_____
JUDGE