IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 05-1271 (GK) |

## NOTICE OF DEPOSITION OF NABEELAH KAKEH

PLEASE TAKE NOTICE that, on June 29, 2006, beginning at 9:00 a.m., Defendant United Planning Organization, Inc., by and through its counsel, will take the deposition of Nabeelah Kakeh, upon oral examination and pursuant to Rule 30 of the Federal Rules of Civil Procedure, at the offices of Ford & Harrison LLP, 1300 19th Street, Suite 700, Washington, DC 20036. This deposition will be recorded by stenographic means and will continue day to day until completed.

Respectfully submitted,

By: _____
Alison N. Davis, DC Bar No. 429700
Kevin M. Kraham, DC Bar No. 459077
David A. Rosenberg, DC Bar No. 433405

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
(202) 719-2000

Attorneys for Defendant United Planning Organization, Inc.

DC:60496.1

EXHIBIT 1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing Notice of Deposition to be served upon the following counsel of record via fax and U.S. Mail, postage prepaid, on May 24, 2006:

Omar V. Melehy
MELEHY & ASSOCIATES, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910
Fax (301) 587-6308

Kevin M. Kraham

- 2 -