UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

v.

United Planning Organization, Inc.,

    *Defendant*.

Civil Case No. 1:05-cv-1271 (GK/JF)

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO SERVE DEFENDANT WITH A RULE 26(a)(2) DISCLOSURE FOR RUBUTTAL
EXPERT THOMAS GOLDMAN**

Pursuant to Fed.R.Civ.P 26(a)(2), Plaintiff moves for an extension of time to serve Defendant with a Rule 26(a)(2) disclosure of rebuttal expert Dr. Thomas Goldman, who the Court has permitted Plaintiff to designate as a rebuttal expert. Dr. Goldman's report will be ready for submission to Defendant by August 1, 2006. In support of this Motion, Plaintiff relies upon the attached memorandum and Exhibits. Defendant does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests this Court to grant Plaintiff an extension of time until August 1, 2006 to serve the Defendant with a Rule 26(a)(2) disclosure of rebuttal expert Dr. Thomas Goldman, including Dr. Goldman's report. A proposed order is attached.

Respectfully Submitted,

/s/
Omar Vincent Melehy, Esq.
D.C. Bar No. 415849
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:   (301) 587-6308
Email: ovmelehy@zmdlaw.com

*Attorneys for Plaintiff*