UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

*Plaintiff*,

v.

United Planning Organization, Inc.,

*Defendant.*

Civil Case No. 1:05-cv-1271 (GK/JF)

## STATEMENT OF POINTS AND AUTHORTIES IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT WITH A RULE 26(a)(2) DISCLOSURE FOR DR. THOMAS GOLDMAN

### STATEMENT OF FACTS

On January 10, 2006, Plaintiff served his Rule 26(a)(2) disclosures for Dr. Susan Price, Plaintiff's treating psychiatrist and Stuart Moore, Plaintiff's treating therapist. On May 12, 2006, Defendant served Plaintiff with its Rule 26(a)(2) disclosure for Dr. John Henderson, which included his 58-page report. On June 5, 2006, Plaintiff filed his Motion to Modify Scheduling Order Regarding Designation of Rebuttal Expert Witness. On June 16, 2006, the Court granted Plaintiff's motion and gave Plaintiff leave to designate Dr. Thomas Goldman as a rebuttal expert witness in this case. On June 30, 2006, Plaintiff contacted Defendant's counsel regarding the filing of this Motion and Defendant has agreed not to oppose it.

### REASONS TO GRANT THE PLAINTIFF AN EXTENSION OF TIME TO SUBMIT DR. GOLDMAN'S REPORT

On June 5, 2006, undersigned counsel began making arrangements to secure the services of Dr. Goldman and to set up an appointment for him to meet with Plaintiff. On June 6, 2006, undersigned counsel contacted Dr. Goldman several times to determine his earliest availability to meet with Plaintiff. Because of Dr. Goldman's busy schedule, the earliest date in which Dr. Goldman could meet with Plaintiff was June 22, 2006. In order to perform a complete

evaluation of Plaintiff, Dr. Goldman required the raw data used by Dr. Henderson in his assessment of Plaintiff. In addition, it has recently come to Plaintiff's attention that Dr. Goldman will need the raw data relied upon by Dr. Henderson in order to provide his independent interpretation of that information. Plaintiff's counsel has contacted Defendant's counsel in order to obtain the raw data from The Minnesota Multiphasic Personality Inventory-2 examination administered by Dr. Henderson. Defendant's counsel has agreed to contact Dr. Henderson, but, indicated that it may take some time to obtain that information. Finally, Dr. Goldman has requested a meeting with Plaintiff's wife, Toni Kakeh in order to fully rebut Dr. Henderson's statements. Unfortunately, Dr. Goldman had plans to be out of town from approximately June 29, 2006, to July 10, 2006. Because he had no other available times to meet with Plaintiff's wife, the second meeting between Plaintiff's wife and Dr. Goldman could only be scheduled for July 17, 2006. This was Dr. Goldman's earliest availability in July, following his vacation. Following this meeting with Plaintiff's wife on July 17, 2006, Dr. Goldman will be able to draft his report and have it ready for submission to Defendant by July 31, 2006. Plaintiff has agreed not oppose any efforts by Defendant to depose Dr. Goldman after the discovery cutoff date of August 1, 2006.

## CONCLUSION

For the reasons stated above, the Court should grant Plaintiff an extension of time until August 1, 2006 to serve Defendant with a Rule 26(a)(2) disclosure of Dr. Thomas Goldman.

Respectfully Submitted,

/s/
Omar Vincent Melehy, Esq.
D.C. Bar No. 415849
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:    (301) 587-6308
Email: ovmelehy@zmdlaw.com

*Attorney for Plaintiff*

3