UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

*Plaintiff*,

v.

United Planning Organization, Inc.,

*Defendant*.

Civil Case No. 1:05-cv-1271 (GK/JF)

## ORDER

UPON CONSIDERATION of Plaintiff's Unopposed Motion for Extension of Time to Serve Defendant with a Rule 26(a)(2) Disclosure for Rebuttal Expert Thomas Goldman, it is this _____ day of _____, 2006, hereby,

**ORDERED**, that Plaintiff's Motion is hereby GRANTED; and it is further,

**ORDERED**, that Plaintiff is hereby granted an extension of time to serve Defendant with a Rule 26(a)(2) disclosure for rebuttal expert Dr. Thomas Goldman by August 1, 2006.

_____
JUDGE