UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

v.

United Planning Organization, Inc.,

    *Defendant*.

Civil Action No.
004101-05 (GK)

## PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

### GENERAL OBJECTIONS

1.    Plaintiff objects to each interrogatory to the extent that it seeks information which is not relevant to the subject matter of this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

2.    Plaintiff objects to each interrogatory to the extent that it requests confidential and proprietary information.

3.    Plaintiff objects to each interrogatory to the extent that it requests information which is subject to the attorney/client privilege, the work product privilege and any other privileges or which is material prepared in anticipation of litigation or for trial.

4.    Plaintiff objects to each interrogatory to the extent that it requests that Plaintiff obtain information from persons over whom Plaintiff has no control on the grounds that such interrogatories exceed the permissible scope of discovery.



**INTERROGATORY NO. 20:** Set forth in detail all facts which you believe support and/or relate to your allegations that Plaintiff "suffered humiliation, embarrassment, loss of self esteem and has otherwise been damaged psychologically and emotionally by the Defendant's actions.

**ANSWER:** *See* General Objections Nos. 5, 6 *supra*. Subject to and without waiving General Objections, Plaintiff refers Defendant to the Complaint. Plaintiff has been treated for depression, situational stress, weight fluctuations, difficulty sleeping, hypertension, tightness in the chest, constipation, diarrhea, and dizziness. Plaintiff has suffered increase difficulty in interacting with his family members, participating in family life, and coping with normal stresses. Plaintiff is still under the care of a psychiatrist to help him cope with the continued stress and humiliation caused by Defendant.

23



I hereby affirm under penalty of perjury that the above is true and correct.

*[signature]*

M. Amin Kakeh
Plaintiff

As to form and legal sufficiency of answers,

*[signature]*

Omar Vincent Melehy, Esq.
Zipin & Melehy, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:    (301) 587-6308
Email: ovmelehy@zmdlaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of November, 2005, a copy of the foregoing Plaintiff's Answer to the Defendant's First Set of Interrogatories was transmitted via messenger to:

*[signature]*

Omar Vincent Melehy

36