11/10/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Amin Kakeh,<br><br>   *Plaintiff,*<br><br>   v.<br><br>United Planning Organization, Inc.,<br><br>   *Defendant.* | Civil Action No.<br>004101-05 (GK) |

## PLAINTIFF'S ANSWERS TO DEFENDANT'S SECOND SET OF INTERROGATORIES

### GENERAL OBJECTIONS

1. Plaintiff objects to each interrogatory to the extent that it seeks information which is not relevant to the subject matter of this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

2. Plaintiff objects to each interrogatory to the extent that it requests confidential and proprietary information.

3. Plaintiff objects to each interrogatory to the extent that it requests information which is subject to the attorney/client privilege, the work product privilege and any other privileges or which is material prepared in anticipation of litigation or for trial.

4. Plaintiff objects to each interrogatory to the extent that it requests that Plaintiff obtain information from persons over whom Plaintiff has no control on the grounds that such interrogatories exceed the permissible scope of discovery.

5. Plaintiff objects to each interrogatory to the extent that it is vexatious, unduly burdensome and/or designed solely to harass Plaintiff.



1

**INTERROGATORY NO. 1:** Identify by name, address, home and work telephone number all individuals whom you believe have personal knowledge of and/or are aware of any facts pertaining to the claims or events described in the First Amended Complainant and/or your answers to these interrogatories, whether relating to liability or damages, and describe in detail the knowledge held by each person.

**ANSWER:** See General Objections Nos. 4, 6 *supra*. Subject to and without waiving General Objections, the following people have personal knowledge of and/or are aware of Plaintiff's disclosures to government bodies and supervisors, Plaintiff's acts taken in furtherance of a claim to be filed under 31 U.S.C.A. §3730 and D.C. Code §2-308.15, and Defendant's fraud, misuse, and mismanagement of government funds: Gladys Mack, Darlene Booker, Daisy Bellamy, Thelma Brown, Sheila Shears. William Hughey, Ganna Grinshpun, Theresa Jones, Henry Kanagbo, Christine Lattimore, Nona McLean, Geraldine Price, Iris Smith, Francis Odu-Thomas, Doris Stashenko, Richard Hamilton, Dennis Ramprashad, Nuhaylatta Idrisu, Dana Jones, Russell Simons, Monica Beckham, All UPO Board members and managers, Tunde Eboda, David Catania, Kenneth L. Marty, Agent Duncan, Agent Hans Martin, Debra Long-Doyle, Junius Nottingham, Clarence Carter, Carol Schwartz, Bridnetta Williams, Olivia Shay-Byrne, Ben Jennings, Terry Tyler, Sylvia Moreno, Dan Keating. The following individuals have personal knowledge and/or are aware of Plaintiff's health and mental state during the relevant period: Toni Kakeh, Mohammad Kakeh (7050 Leestone Street, Springfield, VA 22151, 703-642-8921), Susan L. Price (Psychiatrist, 5999 Burke Commons Road, Burke, VA 22015, (703) 249-7700), Stuart Moore (Therapist, 5999 Burke Commons Road, Burke, VA 22015, (703) 249-7700).



I hereby affirm under penalty of perjury that the above is true and correct.

_____
M. Amin Kakeh
Plaintiff

As to form and legal sufficiency of answers,

_____
Omar Vincent Melehy, Esq.
Kate McFarland, Esq.
Zipin & Melehy, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:   (301) 587-6308
Email: ovmelehy@zmdlaw.com
       kmcfarland@zmdlaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2006 a copy of the foregoing Plaintiff's Answer to the Defendant's Second Set of Interrogatories was transmitted via First Class Mail to:

    Alison Davis, Esquire
    Kevin M. Kraham, Esquire
    David Rosenberg, Esquire
    Ford & Harrison LLP
    1300 19th Street NW
    Washington, D.C. 20036
    Attorneys for Defendant

_____
Omar Vincent Melehy