# WARRANT OF ARREST–MISDEMEANOR (STATE)

Fairfax County CITY OR COUNTY

VA CODE §§ 19.2-71, -72

General District Court ☐ Criminal ☐ Traffic ☐
☒ Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about ....10/23/2004...... did unlawfully in violation of Section
DATE
...18.2-57.2............., Code of Virginia:

assault and batter his daughter, Nabeelah Kakeh who is a family or household member.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Ofc. Jackson, J.D. #2539 FxCo ........................., Complainant.

Execution by summons ☐ permitted at officer's discretion. ☒ not permitted.

10/24/2004      03:52 PM
DATE AND TIME ISSUED

Vanna Lam, #005, Magistrate
☐ CLERK  ☒ MAGISTRATE  ☐ JUDGE

**SUMMONS** (If authorized above and by serving officer)
You are hereby commanded to appear before this court located at ..............................
on ............................., at ..............., for ..........................

I promise to appear in accordance with this Summons and certify that my mailing address as shown at right is correct. **CCRE May be Required**

.................................... ACCUSED

**WARNING TO ACCUSED:** You may be tried and convicted in your absence if you fail to appear in response to this Summons. Willful failure to appear is a separate offense. SIGNING THIS NOTICE DOES NOT CONSTITUTE AN ADMISSION OF GUILT.

FORM DC-314 9/94 PC   (1143-010 8/03)

---

CASE NO. JA333589-01-01

ACCUSED: KAKEH, MOHAMMAD AMIN
LAST NAME, FIRST NAME, MIDDLE NAME
7050 LEESTONE STREET
ADDRESS/LOCATION
SPRINGFIELD, VA

To be completed upon service as Summons
Mailing address ☐ Same as above

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | MO. | DAY | YR. | FT. | IN. | WGT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| W | M | 06 | 28 | 44 | 5 | 07 | | BR | BR |

SSN 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

Commonwealth of Virginia
**WARRANT OF ARREST**
CLASS 1  MISDEMEANOR

☒ EXECUTED by arresting the Accused named above on this day.
☐ EXECUTED by summoning the Accused named above on this day.
☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

10-24-04   1555
DATE AND TIME OF SERVICE

2539      FFX COUNTY POLICE
BADGE NO., AGENCY AND JURISDICTION

J.D. Jackson
ARRESTING OFFICER

Attorney for the Accused: ......P6/P/6/......
                              SHERIFF

---

HEARING DATE AND TIME

10/25/04 — Waived counsel
Hr: 12/9/04 — 11:00am chm F
No Bond cont
KPagarer
11-5-2004
Bond motion
$10,000 P.R.
Not contest hrg
Obj by
CM

FO4-116

ASL-1315-M1

War/Sum 059JA-FF20435790
12.12.05
Dismiss

The Accused was this day:
[ ] tried in absence
[ ] present

[✓] PROSECUTING ATTORNEY PRESENT (NAME)
[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
[ ] NO ATTORNEY
[ ] ATTORNEY WAIVED
[ ] If convicted, no jail sentence will be imposed
[ ] Translator/Interpreter present: _____ NAME

Plea of Accused:
[ ] not guilty  [ ] witnesses sworn
[ ] nolo contendere
[ ] guilty
[✓] Plea Bargain  [ ] Plea and Recommendation

And was TRIED and FOUND by me:
[ ] not guilty
[ ] guilty as charged
[✓] guilty of _____
[ ] facts sufficient to find guilt but defer adjudication /disposition and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2. Costs imposed upon defendant.

And was FOUND by me to be:
[ ] driving a commercial motor vehicle
[ ] carrying hazardous materials

[ ] I ORDER a nolle prosequi on prosecution's motion
[ ] I ORDER the charge dismissed
[ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
[ ] conditioned upon payment of costs and successful completion of traffic school § 16.1-69.48:1
[ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2

12/9/04
DATE

FORM DC-314 (REVERSE) REVISED 7/03

---

I impose the following Sentence:
[ ] FINE [ ] CIVIL PENALTY of $ _____
[ ] JAIL sentence of _____ with _____ suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs. Pursuant to § 53.1-187, credit is granted for pre-trial detention.
[ ] Serve jail sentence beginning _____
    [ ] on weekends only
[ ] Work release  [ ] authorized if eligible  [ ] required
                  [ ] not authorized
[ ] Public Workforce authorized
[ ] on PROBATION for _____
[ ] VASAP [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended _____
[ ] Restricted Driver's License per attached order
[ ] Ignition Interlock for _____
[ ] RESTITUTION of $ _____ payable to _____ due by _____ with interest thereon from _____
    [ ] as condition of suspended sentence
[ ] _____ hours of community service to be performed for _____
[ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[✓] Other: Enter 12 mo. Anger Mgt
[ ] Remanded for CCRE Report
[ ] Bail on Appeal $ _____

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTION ARE NOT PAID. Va. Code § 46.2-395

_____
JUDGE

| | |
|---|---|
| **FINE** | $ _____ |
| **COSTS** | |
| 461 FIXED MISD FEE | |
| 462 FIXED DRUG MISD FEE | |
| 113 WITNESS FEE | |
| 113 IGNITION INTERLOCK FEE | |
| 113 DUI FEE | |
| 113 | |
| 120 CT. APPT. ATTY | |
| 121 TRIAL IN ABSENCE FEE | |
| 125 WEIGHING FEE | |
| 133 BLOOD TEST FEE | |
| 137 TIME TO PAY | |
| 234 JAIL ADMISSION FEE | |
| 243 LOCAL TRAINING ACADEMY FEE | |
| 244 COURTHOUSE SECURITY FEE | |
| OTHER (SPECIFY) | |
| **TOTAL** | $ _____ |

FAIRFAX COUNTY JUVENILE & DOMESTIC RELATIONS DISTRICT COURT
I, the undersigned Deputy Clerk of the above-named Court, certify pursuant to Va. Code § 8.01-391(C) that this document to which this authentication is affixed is a true copy of a record in the Court dated 4/4/06 in performance of my official duties.

4/4/06
DATE                 DEPUTY CLERK