IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.<br><br>Defendant. | CIVIL ACTION NO. 1:05-cv-1271 (GK/JMF)<br><br>Next Scheduled Deadline:<br>Pretrial Conference<br>November 3, 2006 |

## ORDER

Upon consideration of Plaintiff's Motion to Quash the Subpoena For the Deposition of Nabeelah Kakeh and For Protective Order, Defendant's opposition thereto, and the entire record herein, it is this _____ day of _____, 2006, hereby

**ORDERED** that Plaintiff's Motion to Quash is **DENIED**.

Date:_____

_____
United States District Judge

Copies to:

Omar Vincent Melehy, Esq.
MELEHY & ASSOCIATES, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

Alison N. Davis, Esq.
Kevin M. Kraham, Esq.
David A. Rosenberg, Esq.
FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036

DC:61255.1