AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Mohammed Amin Kakeh )
)
    Plaintiff(s) )  **APPEARANCE**
)
)
    vs. ) CASE NUMBER   Civil 05-1271 (GK)
United Planning Organization, Inc. )
)
    Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Jeffrey J. Sun  as counsel in this
                                    (Attorney's Name)

case for: United Planning Organization, Inc.
             (Name of party or parties)

July 18, 2006
Date

*/s/ Jeffrey J. Sun*
Signature

Jeffrey J. Sun
Print Name

491274
BAR IDENTIFICATION

Ford & Harrison LLP, 1300 19th St., Suite 700
Address

Washington, D.C. 20036
City    State    Zip Code

(202) 719-2054
Phone Number