UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

v.

United Planning Organization, Inc.,

    *Defendant*.

Civil Case No. 1:05-cv-1271 (GK/JF)

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff Mohammad Amin Kakeh and Defendant United Planning Organization, Inc., by and through their attorneys, respectfully move for an enlargement of time for the parties to complete discovery and file dispositive motions; and for an enlargement of time for the Plaintiff to serve Defendant with a Rule 26(a)(2) disclosure of rebuttal expert Dr. Thomas Goldman, to and including, August 7, 2006; and for leave to designate psychologist Dr. Lenny Moldauer, who will be working with Dr. Thomas Goldman to interpret the test results relied upon by Defendant's forensic psychiatrist Dr. John Henderson, who conducted an independent medical examination of the Plaintiff. In support of this motion, the parties state as follows:

1. On April 3, 2006, the Court set July 1, 2006, as the deadline for the parties to complete discovery and July 15, 2006, as the date by which dispositive motions must be filed.

2. On June 15, 2006, Plaintiff and Defendant filed a Joint Motion to Modify Scheduling Order to extend the discovery deadline to August 1, 2006, and extend the deadline for filing dispositive motions from July 15, to September 15, 2006, and set October 16, 2006, as the deadline for filing oppositions, and October 31, 2006 for filing replies.

3. On June 16, 2006, the Court granted the Joint Motion to Modify Scheduling Order and set the deadline for discovery as August 1, 2006, the deadline for dispositive motions as September 15,

2006, response to dispositive motions due by October 16, 2006, and reply to dispositive motions due by October 31, 2006.

4. On June 30, 2006, Plaintiff first contacted opposing counsel in an effort to obtain the raw data relied upon by Dr. Henderson in his administration of The Minnesota Multi-phasic Personality Inventory-2 ("MMPI-2") examination, which Dr. Goldman and Dr. Moldauer needed to review and re-score for the purposes of rebutting Dr. Henderson's statements.

5. Due to legal and ethical restrictions on the release of psychological data, Dr. Moldauer only received the raw score sheets on Friday, July 21, 2006, and Dr. Moldauer requires at least three days to review and score the answers to the 567 questions included in the examination.

6. Although Dr. Goldman has already begun drafting the report, he cannot finish the report without consulting with Dr. Moldauer about his findings. Therefore, Dr. Goldman will be unable to finish his report and submit it to Defendant by August 1, 2006.

7. The parties have diligently engaged in discovery. However, due to conflicts in schedules and illness, the parties will be unable to complete depositions by August 1, 2006.

8. On Friday, July 21, 2006, Plaintiff was unable to take his deposition of Defendant's corporate designee pursuant to Rule 30(b)(6) because the corporate designee, Dana Jones, had a last-minute emergency and cancelled the deposition.

9. Due to a debilitating back injury, Plaintiff's counsel had to cancel the deposition of Alexis Roberson scheduled for Tuesday, July 25, 2006, and the deposition of Toni Kakeh, scheduled for Monday, July 24, 2006.

10. The parties were able to reschedule the deposition of Toni Kakeh, which occurred on Wednesday, July 26, 2006.

11. The four fact depositions which remain are those of Mohammad Amin Kakeh, the 30(b)(6)

corporate designee, Alexis Roberson, and Nabeelah Kakeh.

12. The deposition of Nabeelah Kakeh will take place on Thursday, July 27, 2006.

WHEREFORE, the parties respectfully request (a) that the Court extend the deadline for the parties to complete discovery from August 1, 2006, to September 22, 2006; (b) that the Court extend the deadline for filing dispositive motions from September 15, 2006, to November 10, 2006, and set December 11, 2006, as the deadline for filing oppositions, and set December 27, 2006, for filing replies; (c) that the Court reset the pretrial conference in accordance with the requested extension of time; (d) that the Court grant leave to Plaintiff to designate Dr. Lenny Moldauer as a rebuttal expert in this case; (e) that the Court extend the deadline for Plaintiff to serve Defendant with a Rule 26(a)(2) disclosure of rebuttal expert Dr. Thomas Goldman and Dr. Lenny Moldauer from August 1, 2006, to August 7, 2006. A proposed order is attached.

Respectfully Submitted,

__/s/_____
Omar Vincent Melehy, Esq.
D.C. Bar No. 415849
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:    (301) 587-6308
Email: ovmelehy@zmdlaw.com

*Attorneys for Plaintiff*


_/s/ Alison N. Davis_____
Kevin M. Kraham
Federal Bar No. 26220
Alison N. Davis
Federal Bar No. 27987
Jeffrey J. Sun
Federal Bar No. 491274
Email: adavis@fordharrison.com

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036
(202) 719-2000

*Attorneys for Defendant United Planning Organization, Inc*