UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Amin Kakeh,<br><br>*Plaintiff*,<br><br>v.<br><br>United Planning Organization, Inc.,<br><br>*Defendant*. | Civil Action No. 1:05-cv-1271 (GK/JF) |

### ORDER

UPON CONSIDERATION of the Joint Motion to Modify Scheduling Order, it is this _____ day of _____, 2006, hereby,

**ORDERED**, that the Joint Motion is hereby GRANTED; and it is further,

**ORDERED**, that discovery shall close on September 22, 2006; and it is further,

**ORDERED**, that dispositive motions must be filed by November 10, 2006, oppositions must be filed by December 11, 2006, and replies must be filed by December 27, 2006; and it is further

**ORDERED**, that a pretrial conference will be held on _____, at _____; and it is further,

**ORDERED**, that Plaintiff may designate Dr. Lenny Moldauer as a rebuttal expert in this case; and it is further,

**ORDERED**, that Plaintiff serve Defendant with a Rule 26(a)(2) disclosure of rebuttal expert Dr. Thomas Goldman and Dr. Lenny Moldauer by August 7, 2006.

_____
JUDGE