UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff,*

v.

United Planning Organization, Inc.,

    *Defendant.*

Civil Case No. 1:05-cv-1271 (GK/JMF)

## PLAINTIFF'S STATEMENT REGARDING DISCOVERY DISPUTES

On October 14, 2005, Plaintiff served Defendant with document request (50), including any electronic documents deleted and undeleted. Defendant responded to the request and supplemented it. Plaintiff attempted to learn discover information about the search for electronic documents by noting a corporate designee deposition on July 7, 2006. The notice requested testimony about who searched, dates of search, the specific acts performed and computers searched, the computers that were not searched and the reasons why, an identification of each document recovered, and each document which existed as of January 1, 2004 but which ceases to exist. Defendant produced Dana Jones on August 8, 2006 and he could not answer the question of how the search was conducted or the dates on which *it was* conducted. Jones as designee identified Ganna Ghinsphun as the employee with such knowledge. Defendant agreed to produce a person knowledgeable about the search. On September 18, 2006, Defendant produced Stephen Paul Lewis who was a computer consultant. He testified that between May, 2006 and June, 2006, he searched and recovered electronic data from the hard drives of the computers of Plaintiff, Dana Jones, Sheila Shears and Gladys Mack and he searched and retrieved email documents from server back up tapes

maintained by Defendant. Lewis could not identify any of the documents recovered nor could he determine which if any documents were destroyed. Defendant failed for 3-4 months to supplement its document production response at any time after April 4, 2006 or to until September 18, 2006 of its retrieval of a substantial number of electronic documents until September 18, 2006. Plaintiff reqests an order compelling production of any documents uncovered during the search which were not previously produced, a timetable for production that production, an order compelling identification of destroyed documents and an extension of discovery to address this issue specifically and any other ruling this Court deems appropriate under the circumstances.

                                                Respectfully Submitted,

                                                __/s/_____
                                                Omar Vincent Melehy, Esq.
                                                Andew Perlmutter, Esq.
                                                Melehy & Associates, LLC
                                                8403 Colesville Road, Suite 610
                                                Silver Spring, Maryland 20910
                                                Phone: (301) 587-6364
                                                Fax: (301) 587-6308
                                                Counsel for Plaintiff