UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

*Plaintiff*,

v.

United Planning Organization, Inc.,

*Defendant*.

Civil Case No. 1:05-cv-1271 (GK/JMF)

## PLAINTIFF'S CORRECTED STATEMENT REGARDING DISCOVERY DISPUTES

On October 14, 2005, Plaintiff served Defendant with document request (50), requesting, *inter alia*, any electronic documents deleted or undeleted. Defendant responded to the request and supplemented it several times. Plaintiff attempted to discover information about the search for electronic documents by noting a corporate designee deposition on July 7, 2006. The notice requested testimony about who searched, dates of search, the specific *acts* performed and computers searched, the computers that were not searched and the reasons why, an identification of each document recovered in the search, and an identification of each document which existed as of January 1, 2004 but which ceases to exist. Defendant produced Dana Jones as its designee on August 8, 2006 and he could not answer the question of how the search was conducted or identify the dates on which it was conducted. Jones identified Ganna Ghinsphun as the employee with such knowledge. Defendant later agreed to produce a person knowledgeable about the search. On September 18, 2006, Defendant produced Stephen Paul Lewis who was a computer consultant. He testified that between May, 2006 and June, 2006, he searched and recovered electronic data from the hard drives of the computers of Plaintiff, Dana Jones, Sheila Shears and Gladys Mack and he searched and

retrieved email documents from server back up tapes maintained by Defendant. Lewis could not identify any of the documents recovered nor could he determine which if any documents were destroyed. Defendant failed to supplement its response to Plaintiff's request for production of documents at any time after April 4, 2006 or to inform Plaintiff of its retrieval of a substantial number of electronic documents until September 18, 2006. Plaintiff requests an order compelling production of any documents uncovered during the search which were not previously produced, a timetable for production that production, an order compelling identification of destroyed documents and an extension of discovery to address this issue specifically and any other ruling this Court deems appropriate under the circumstances.

                              Respectfully Submitted,

                              __/s/_____
Omar Vincent Melehy, Esq.
Andew Perlmutter, Esq.
Melehy & Associates, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Phone: (301) 587-6364
Fax: (301) 587-6308
Counsel for Plaintiff