IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.<br><br>    Defendant. | CIVIL ACTION NO. 1:05-cv-1271<br>(GK/JF) |

## JOINT MOTION TO EXTEND THE FILING DEADLINE FOR DISPOSITIVE MOTIONS

Plaintiff Mohammad Amin Kakeh (Plaintiff or Kakeh) and Defendant United Planning Organization, Inc. (Defendant or UPO), by and through their attorneys, respectfully move for an enlargement of the time for the parties to file dispositive motions, oppositions thereto, and replies on the following grounds:

1.  On April 3, 2006, the Court set July 15, 2006, as the date by which dispositive motions must be filed.

2.  On June 15, 2006, Plaintiff and Defendant filed a Joint Motion to Modify Scheduling Order to extend the deadline for filing dispositive motions from July 15, 2006, to September 15, 2006. The Court granted the Joint Motion to Modify Scheduling Order on June 16, 2006.

3.  On July 26, 2007, Plaintiff and Defendant filed a Joint Motion to Modify Scheduling Order to extend the deadline for filing dispositive motions from September 15, 2006, to November 10, 2006.

4.  On July 27, 2007, the Court granted the Joint Motion to Modify Scheduling Order and set the following deadlines: dispositive motions filed by November 10, 2006; response to

dispositive motions filed by December 11, 2006; and reply to dispositive motions filed by December 27, 2006.

5. In the interim, a dispute arose concerning Plaintiff's entitlement to review electronically stored information (ESI). After a conference call with the Court, the parties resolved the dispute concerning ESI and Defendant will produce certain ESI to Plaintiff. Prior to producing such ESI, Defendant must review and analyze the ESI to ensure that privileged and work product data is not disclosed. This review and analysis is time-consuming and has taken longer than Defendant initially anticipated.

6. Granting this Motion will allow the Defendant to complete its review and analysis of the referenced ESI, and will provide Plaintiff the opportunity to review the ESI prior to responding to a dispositive motion.

7. The parties therefore request that the Court extend the deadline for the parties to file dispositive motions from November 10, 2006, to November 27, 2006; set January 12, 2007, as the deadline for filing oppositions; and January 29, 2007, as the deadline for filing replies.

8. The pretrial conference in this case is set for February 22, 2007. The parties therefore respectively request that the Court reset the pretrial conference, if necessary, in accordance with the requested extensions of time.

9. A proposed order granting the relief sought herein is attached hereto.

Dated: November 7, 2006                                           Respectfully submitted,

By: /s/ Omar Vincent Melehy

    Omar Vincent Melehy
    DC Bar No. 415849
    Andrew Perlmutter
    DC Bar No. 489601

    MELEHY & ASSOCIATES, LLC
    8403 Colesville Road, Suite 610
    Silver Spring, MD  20910
    Tel (301) 587-6364
    Fax (301) 587-6308

    Attorneys for Plaintiff Mohammed Amin Kakeh

By: /s/ Alison N. Davis

    Alison N. Davis
    DC Bar No. 429700
    Kevin M. Kraham
    DC Bar No. 459077
    David A. Rosenberg
    DC Bar No. 433405

    FORD & HARRISON LLP
    1300 19th Street, N.W., Suite 700
    Washington, DC  20036
    Tel (202) 719-2000
    Fax (2020 719-2077

    Attorneys for Defendant United Planning Organization, Inc.

DC:63005.1