UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.,<br><br>Defendant. | CIVIL ACTION NO. 05-1271 (GK/JMF)<br><br>NEXT SCHEDULED EVENT: PRETRIAL CONFERENCE MARCH 6, 2007 @ 4:00PM |

**DEFENDANT UNITED PLANNING ORGANIZATION, INC.'S**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant United Planning Organization, Inc. ("UPO"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 56(b) and Local Civil Rule 56.1, files this motion for summary judgment. UPO is concurrently filing a separate statement of undisputed material facts and memorandum of points and authorities in support of its motion for summary judgment. Based upon the pleadings, declarations, depositions, and all other undisputed facts, UPO moves for summary judgment as to Plaintiff Mohammed Amin Kakeh's ("Plaintiff" or "Kakeh") claims. The basis for UPO's motion is more fully set forth in the memorandum of points and authorities in support of this motion.

As there is no genuine issue as to any material fact, UPO respectfully requests that this Court enter an order granting summary judgment in its favor against Plaintiff on all of his claims.

Dated: this 27th day of November, 2006    Respectfully submitted,

By: _____
Alison N. Davis, DC Bar No. 429700
Kevin M. Kraham, DC Bar No. 459077

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
(202) 719-2000
(202) 719-2077 (Fax)

Attorneys for Defendant United Planning
Organization, Inc.