UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AMIN KAKEH,

      Plaintiff,

  v.

UNITED PLANNING ORGANIZATION, INC.,

      Defendant.

CIVIL ACTION NO. 05-1271 (GK/JMF)

NEXT SCHEDULED EVENT: PRETRIAL
CONFERENCE MARCH 6, 2007 @ 4:00PM

## DEFENDANT'S APPENDIX TO STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE

Exhibit 1      Deposition Transcript of Tunde Eboda

Exhibit 2      Deposition Transcript of Gladys Mack

Exhibit 3      Deposition Transcript of Sheila D. Shears

Exhibit 4      Deposition Transcript of  Davidson Samuel Quashie

Exhibit 5      Deposition Transcript of William D. Hughey

Exhibit 6      Deposition Transcript of Dana Jones

Exhibit 7      Deposition Transcript of Roy Layne

Exhibit 8      Deposition Transcript of Alexis Roberson

Exhibit 9      Deposition Transcript of William Muller Isaac

Exhibit 10     Deposition Transcript of Monica Beckham

Exhibit 11     Deposition Transcript of Mohammed Amin Kakeh

Exhibit 12     Deposition Transcript of Doris Stashenko

Exhibit 13     Declaration of Monica Scott Beckham

Exhibit 14     Declaration of Dana Jones

Exhibit 15    Declaration of Gladys Mack

Exhibit 16    Plaintiff's Response to Defendant's First Request for Production of
Documents

Exhibit 17    Defendant United Planning Organization Inc.'s Supplemental Responses
to Plaintiff Mohammed Amin Kakeh's First, Second and Third Requests
for Production of Documents

Exhibit 18    Amendment to Complaint

DC:63315.1