# EXHIBIT 3

COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - -x

MOHAMMED AMIN KAKEH,            :

       Plaintiff,      :

   vs.                          : Case No.

UNITED PLANNING ORGANIZATION,   : 1:05-CV-1271

INC.,                           :

       Defendant.      :

- - - - - - - - - - - - - - -x


      Pursuant to notice, VOLUME I of the

deposition of SHEILA D. SHEARS was taken on

Thursday, April 13, 2006, commencing at 10:15 a.m.,

at the offices of Melehy & Associates, 8403

Colesville Road, Suite 610, Silver Spring, Maryland

20910, before Judith D. Van Vliet, CSR and Notary

Public.



Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

COPY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------------x

MOHAMMED AMIN KAKEH,                x

        Plaintiff,                x Civil Case No.

        v.                        x 1:05-CV-1271

UNITED PLANNING ORGANIZATION, INC., x

        Defendant.                x

------------------------------------ x

                Tuesday, May 2, 2006

                Silver Spring, Maryland

Volume 2

The deposition of SHEILA D. SHEARS called for examination by counsel for Plaintiff in the above-titled matter, pursuant to notice, in the Offices of Melehy & Associates, 8403 Colesville Road, Silver Spring, Maryland, 20910, before Jonell Easton, notary public, at 10:31 a.m., when were present on behalf of respective parties:



Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

DEPOSITION OF SHEILA D. SHEARS
Conducted on April 13, 2006

8

1  actually went to work at Fort Lincoln in August,

2  not September.

3     Q    Okay. When in August?

4     A    Probably around the first. I took the

5  month of July off.

6     Q    So your last day of work at UPO was June

7  30th, 2004?

8     A    Correct.

9     Q    Did you do any work for UPO after June

10 30th, 2004?

11    A    No.

12    Q    And you were not a consultant for UPO

13 after June 30th, 2004?

14    A    No.

15    Q    Okay. Why did you leave UPO?

16    A    Well, when I went to UPO as a full-time

17 employee, my commitment to them was to stay for a

18 year. And I was well beyond my year, and it had

19 gotten very contentious in the organization. It

20 was just time to go.

21    Q    So you started with UPO when?

DEPOSITION OF SHEILA D. SHEARS
Conducted on April 13, 2006

9

1   A   Around April of 2003.

2   Q   Who hired you?

3   A   Ben Jennings.

4   Q   Did he seek you out or did you apply
5   through the normal process?

6   A   When I came on as a consultant?

7   Q   For UPO?

8   A   Mm-hmm.

9   Q   When were you a consultant for UPO?

10  A   Probably from around October of '02 to
11  April of '04.

12  Q   What were your duties as a consultant?

13  A   What Ben had asked me to do was to take
14  a look at the accounting structure, the
15  organization, to make recommendations about any
16  changes that would help the organization perform
17  more efficiently. He was concerned that he wasn't
18  getting reports on time and that the reports that
19  he was getting did not give him sufficient
20  information to manage the organization. So I was
21  asked to take a look at how that was functioning,

DEPOSITION OF SHEILA D. SHEARS
Conducted on April 13, 2006

10

1  make any recommendations about changes.  They
2  also --
3      Q    That was during your consulting period
4  of October 2002 to April 2004?
5      A    Mm-hmm.
6      Q    Okay.  And did you work with Amin Kakeh
7  during that period, October --
8      A    I did.
9      Q    Okay.  And did you do all those things?
10     A    Yes.
11     Q    Okay.  What was the result of what you
12 did?  Did you make any changes?
13     A    I made a recommendation.
14     Q    Okay.
15     A    A working recommendation.
16     Q    What was that recommendation?
17     A    The recommendation was to reorganize the
18 staff and to look at a new computer system,
19 accounting system.
20     Q    What was that accounting system?
21     A    I do not remember at the time.  To be

DEPOSITION OF SHEILA D. SHEARS
Conducted on April 13, 2006

14

1  number of organization -- number of iterations, and
2  at one point I probably agreed with a previous
3  recommendation that the accounting be outsourced.
4  There had been a recommendation by another
5  accounting CPA firm.
6      Q    You made this recommendation in spring
7  of 2003 that the accounting department be
8  outsourced?
9      A    Yes.
10     Q    Who made the previous recommendation
11 that the accounting department be outsourced?
12     A    I think it was TCPA.
13     Q    Who is that?
14     A    Thompson, Cobb, Bazilio.
15     Q    Okay, Thompson, Cobb.  That's enough.
16 When did Thompson, Cobb make that recommendation?
17     A    I believe that was in -- it was way
18 before I got there.  I'm going to say 2001, but I
19 don't know the exact date on that.
20     Q    And that was never carried out, correct?
21     A    No.

DEPOSITION OF SHEILA D. SHEARS
Conducted on April 13, 2006

16

1   A   Probably.

2   Q   Did Mr. Kakeh's duties change at all
3 while you were in a consulting position with United
4 Planning Organization?

5   A   Yeah, to some extent. Because at one
6 point when the auditors were in, Ben had asked that
7 I be the coordinator with the auditor, which was
8 probably something that Amin had been doing.

9   Q   Anything else that changed with regard
10 to Mr. Kakeh's duties during the period you were a
11 consultant?

12   A   Not that I can recall.

13   Q   And when were these meetings with
14 auditors, what year, what month?

15   A   Well, the auditors would have been
16 performing their year-end audit between January and
17 March of '03.

18   Q   Okay. And were you a full-time employee
19 then?

20   A   No. I was a consultant.

21   Q   Oh, you were still a consultant. Were

DEPOSITION OF SHEILA D. SHEARS
Conducted on April 13, 2006

20

1  time at UPO after the --

2  A    You mean from being a consultant to
3  being an employee?

4  Q    (Nods head.)

5  A    When I had come there, Ben said that
6  they had been trying to fill a VP -- a CFO
7  position.  Apparently they had a guy named Bill
8  somebody who had been in that position previously,
9  and the position had been vacant I think for a
10 couple of years.  And they had been interviewing,
11 they had tried to find someone to fill the position
12 but were unable to do so --

13 Q    Did you say CFO position?

14 A    Mm-hmm.  Mm-hmm.

15 Q    But had been unable to do so?

16 A    Yeah, had been unable to fill the
17 position.  And what he said was that they had been
18 unable to fill the position because they either
19 found people or interviewed people who were not
20 qualified for the position or they couldn't afford
21 the people that they thought were.

DEPOSITION OF SHEILA D. SHEARS
Conducted on April 13, 2006

21

1  Q    When did you have that discussion with
2  Ben Jennings?
3  A    Probably when I began or before I began
4  as a consultant, in the discussion of that,
5  consulting.
6  Q    Was there talk between you and him of
7  hiring you as a full-time employee prior to the
8  time you became a consultant?
9  A    No. Because I was clear that that
10 wasn't what I was interested in.
11 Q    What were you interested in at that
12 time?
13 A    I was interested in being a consultant
14 where I controlled my time, my comings, my goings.
15 Q    So Mr. Jennings hired you as a
16 consultant?
17 A    Correct.
18 Q    Okay. During the time you were a
19 consultant, did he talk to you anymore about hiring
20 you as a full-time employee?
21 A    Not until the spring of '03, when I

DEPOSITION OF SHEILA D. SHEARS
Conducted on April 13, 2006

22

1   actually did come on.
2       Q    Okay.  And what conversations did you
3   have in the spring of '03?
4       A    It was a conversation about the fact
5   that they really needed somebody full time.
6       Q    He told you that they needed somebody,
7   UPO needed somebody, full time?
8       A    (Nods head.)
9       Q    To do what?
10      A    To do the CFO job, which is to manage
11  the finance organization.
12      Q    Why did Mr. Jennings say they needed
13  somebody full time?
14           MS. DAVIS:  Objection to form.  You can
15  answer.
16      Q    You can answer the question.
17      A    I'm sorry.
18      Q    Why did Mr. Jennings say that UPO needed
19  somebody full time to do the CFO job?
20      A    Because they had been trying to fill
21  that position full time.

DEPOSITION OF SHEILA D. SHEARS
Conducted on April 13, 2006

23

1  Q    Well, you're not understanding my
2  question.  I understand they had been trying to
3  fill the position full time.  What were the needs
4  of UPO that Mr. Jennings conveyed to you that
5  required somebody to fill the CFO position?
6  A    They needed someone to manage the
7  accounting organization, to, you know, increase the
8  efficiency of the organization.
9  Q    Mr. Jennings had that conversation with
10 you after the audit?
11 A    Yes.
12 Q    After the audit was completed?
13 A    (Nods head.)
14 Q    Is that right?
15 A    Yes.
16 Q    Did Mr. Kakeh participate in that audit?
17 A    Yes.
18 Q    And to what degree did he participate?
19 And we're talking about the audit in February,
20 March of 2003?
21 A    Correct.

PRECISE REPORTING SERVICES
(301) 210-5092 (877) 4 A STENO

DEPOSITION OF SHEILA D. SHEARS
Conducted on April 13, 2006

56

1  complaint he filed after his termination?

2  A    No. Not until this.

3  Q    When you met with Mr. Eboda, did he ask
4  you about the boat? This is in February 2004.

5  A    I don't think he did.

6  Q    Did he ask you about the cell phone
7  charges?

8  A    Nope.

9  Q    Did he ask you about the bank transfers?

10 A    Nope. When I met with Mr. Eboda, it was
11 like the entrance conference to his team coming in.

12 Q    The entrance interview is what he called
13 it?

14 A    Yeah, right. And at that time he said,
15 you know, "Here are the kind of things that we're
16 going to be looking for. We're looking for
17 policies and procedures. We want to make sure that
18 you have followed all the procedures, so we'll be
19 checking to see that you followed your own
20 procedures. We need a copy of certain documents."

21 Q    What documents did he ask for?

DEPOSITION OF SHEILA D. SHEARS
Conducted on April 13, 2006

57

1  A     As I can recall, he asked for our chart
2  of accounts, he asked for a general ledger.  You
3  know, the sort of things that any audit team or
4  review team would need to begin their review.
5      Q     Okay.  Now, was this with his audit
6  team?
7      A     At the time that I met with him?  It was
8  just him and one young lady that works for him.
9      Q     Okay.  And what was your understanding
10 of what -- of why Mr. Eboda and his group came to
11 UPO to do a review in February?
12     A     That that was his job, that he had not
13 done --
14     Q     That was preplanned?
15     A     Mm-hmm.  That he had not done a
16 financial review since he had been there, or
17 something like that, and that, you know, for the
18 first time they were going to do a financial
19 review, and that was part of his responsibility as
20 the administrator of the CSBG contract.
21     Q     Okay.  Did the nature of his review

DEPOSITION OF SHEILA D. SHEARS
Conducted on April 13, 2006

75

1    Q    Okay. Now, you indicate -- just for the
2  record, Mr. Jennings was not present after March
3  11th, 2004; that's the day he was terminated?
4    A    Correct.
5    Q    Did you talk to him about Mr. Kakeh
6  after March 11th?
7    A    I never spoke to Mr. Jennings after
8  March 11th. About anything. To this day.
9    Q    Okay.
10    A    But I did give Mr. Jennings on
11  March 11th a letter of resignation.
12    Q    He was terminated after an evening
13  meeting with the board, right?
14    A    That's correct.
15    Q    So he was around on March 11th?
16    A    Right. And that morning I had given him
17  a resignation letter in which I indicated that, in
18  order for the accounting and finance organization
19  to move on, I was resigning, because the contention
20  between me and Kakeh was preventing the
21  organization from functioning.

CONTINUED DEPOSITION OF SHEILA D. SHEARS
Conducted on May 2, 2006

127

1    April 30?

2        A.   Probably not.

3        Q.   Before April 30?

4        A.   Well, the board asked me to stay on, no,

5    it probably wasn't before April 30.  It was

6    probably May 1, in that timeframe.

7        Q.   Who, when you revised your, the effective

8    date of your resignation to May 16, 2004, who did

9    you communicate that to?

10       A.   Mr. Jones.

11       Q.   Why did you revise your resignation date?

12       A.   At the original date, as you are probably

13   aware, there was some events that took place after

14   I resigned with regard to Mr. Jennings' resignation

15   and the board, the person who was running it, I

16   can't recall what her position was, called.

17            They asked that I stay on until they had

18   an opportunity to find a replacement and get all

19   the audit stuff completed.

20       Q.   Alexis Roberson?

21       A.   Yes.