# EXHIBIT 4

COPY

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

MOHAMMED AMIN KAKEH,            )
      Plaintiff,              )
          v.                   )   No. 1:05-cv-1271
UNITED PLANNING                 )
ORGANIZATION, INC.,             )
      Defendant.              )

Silver Spring, Maryland

Tuesday, June 20, 2006

The Deposition of

DAVIDSON SAMUEL QUASHIE,

called for oral examination by Counsel for the Plaintiff, pursuant to notice, held in the Law Offices of MELEHY & ASSOCIATES, LLC, 8403 Colesville Road, Suite 610, Silver Spring, Maryland, beginning at 1:09 p.m., before Cheryl A. Lord, RPR, CRR, a Notary Public in and for the State of Maryland, when were present:



Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

DEPOSITION OF DAVIDSON SAMUEL QUASHIE
Conducted on June 20, 2006

5

1  necessarily the one you intended.

2       A.   Yes.

3       Q.   So if you need a break at any time, let me

4  know, and it won't be a problem.

5       A.   Okay.

6       Q.   Is there any reason why today you can't

7  give truthful and accurate testimony?

8       A.   None that I know of.

9       Q.   Okay.  Are you currently employed by UPO?

10      A.   Yes, I am.

11      Q.   Okay.  Are you represented by counsel?

12      A.   No.

13      Q.   No?

14           MS. DAVIS:  Yes, he is.

15      A.   Yes.

16           Sorry.

17 BY MR. MELEHY:

18      Q.   Well, it's interesting to note the

19 differences of opinion on that.

20      A.   Okay.

21      Q.   How long have you been employed by UPO?

DEPOSITION OF DAVIDSON SAMUEL QUASHIE
Conducted on June 20, 2006

6

1     A.    Approximately 31 -- 31 years.

2     Q.    And what capacity have you been employed?

3     A.    At the moment or during my tenure?

4     Q.    During your tenure.

5     A.    I've been employed as a general accountant,
6  an external auditor, chief accountant.

7     Q.    External auditor?

8     A.    Right.

9     Q.    Okay. What comes after external auditor?

10    A.    Chief accountant.

11    Q.    What comes after that?

12    A.    Deputy controller and accounting director.

13    Q.    And the deputy controller and accounting
14  director, are those essentially the same position
15  with a different name?

16    A.    They're different positions, probably
17  equate to the same level.

18    Q.    How are they different?

19    A.    Which one?

20          The deputy controller?

21    Q.    And accounting director.

DEPOSITION OF DAVIDSON SAMUEL QUASHIE
Conducted on June 20, 2006

11

1   A.   I think you're mixing them up somehow.

2   Q.   I'm trying to understand what role you

3 played in the preparing of the financial statement

4 and the general ledger reconciliation when you were

5 deputy controller.

6   A.   I played integral part in the preparation

7 of the financial statement.

8   Q.   Okay.

9   A.   The controller had the ultimate

10 responsibility of like checking out for me or making

11 full adjustments that he sees fit, because he was

12 basically my supervisor.

13   Q.   So as deputy controller, you were

14 responsible for accounts payable, accounts

15 receivable, payroll, and preparing for the controller

16 a financial statement and a general ledger

17 reconciliation.

18   A.   As what position?

19   Q.   Deputy controller.

20   A.   Yes, I would say that.

21   Q.   And the difference between the deputy

DEPOSITION OF DAVIDSON SAMUEL QUASHIE
Conducted on June 20, 2006

19

1   A.   My position was abolished and I was
2   reassigned to another position.
3   Q.   And were you satisfied with the
4   reassignment?
5   A.   Yes, I was.
6   Q.   Did the salary change?
7   A.   No, the salary didn't change.
8   Q.   Were you present when Mr. Kakeh was let go?
9   A.   Physically present?
10  Q.   Yes.
11  A.   No.
12  Q.   Where were you?
13  A.   I was at work I guess.
14       I don't know when he was let go.  I'm not
15  privy to that information.
16  Q.   But you sit next to him, don't you --
17  didn't you?
18  A.   I don't sit next to him.  I sit in another
19  office.
20  Q.   Well, when you were -- when he was there,
21  you sat near him?

DEPOSITION OF DAVIDSON SAMUEL QUASHIE
Conducted on June 20, 2006

29

1   questions. If he doesn't recall, he doesn't

2   remember. It has been over 2 years.

3   BY MR. MELEHY:

4       Q.   When did you start your employment at UPO?

5       A.   September 1974.

6       Q.   Were you a permanent employee at that time?

7       A.   Yes.

8       Q.   Were you interviewed -- do you remember the

9   CSBG team?

10      A.   Which CSBG team?

11      Q.   The CSBG team from department of human

12  services.

13      A.   I remember a CSBG team coming in about 3

14  years ago, yeah.

15      Q.   3 years ago?

16           Was it in 2004 they came in?

17      A.   I don't remember the year they came in, but

18  somewhere around there.

19      Q.   Was Tunde Eboda part of that team?

20      A.   Yes.

21      Q.   Did you provide any information to