# EXHIBIT 5

COPY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------------x

MOHAMMED AMIN KAKEH,                 x

        Plaintiff,           x Civil Case No.

        v.                   x 1:05-CV-1271

UNITED PLANNING ORGANIZATION, INC.,x

        Defendant.          x

------------------------------------ x

                 Tuesday, April 4, 2006

                 Washington, D.C.

The deposition of WILLIAM D. HUGHEY called for

examination by counsel for Plaintiff in the

above-titled matter, pursuant to notice, in the

Offices of Zipin & Melehy, 8403 Colesville Road,

Silver Spring, Maryland, before Jonell Easton,

notary public, at 1:20 p.m., when were present on

behalf of respective parties:



*Precise Reporting Services*
(301) 210-5092
*Serving MD, D.C. & VA*

DEPOSITION OF WILLIAM HUGHEY
Conducted on April 4, 2006

29

1    you remember Head Start coming in and doing a

2    review?

3         A.    Just the date of March 15.

4         Q.    You don't remember anybody from Head Start

5    coming in from March 15 to April 20?

6         A.    The review date takes place in March, the

7    April 20 is documenting that they were on site

8    during March 15 through 19, prior to that, they

9    were not on site.

10        Q.    Did you talk to them when they were on

11   site?

12        A.    Of course.

13        Q.    Did they have knowledge of the financial

14   condition?

15        A.    The purpose of the review was to review

16   both program and finance, they were going to make

17   findings based on what they see at that time.

18        Q.    Did they have knowledge of the financial

19   condition before they came in?

20        A.    I wouldn't know about that.  I wouldn't

21   know anything.