# EXHIBIT 8

COPY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------------x

MOHAMMED AMIN KAKEH,                 x

       Plaintiff,             x Civil Case No.

       v.                     x 1:05-CV-1271

UNITED PLANNING ORGANIZATION, INC., x

       Defendant.             x

------------------------------------ x

                          Thursday, June 15, 2006

                          Silver Spring, Maryland

The deposition of ALEXIS ROBERSON called for examination by counsel for Plaintiff in the above-titled matter, pursuant to notice, in the Offices of Melehy & Associates, 8403 Colesville Road, Silver Spring, Maryland, before Jonell Easton, notary public, at 12:18 p.m., when were present on behalf of respective parties:



Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

DEPOSITION OF ALEXIS ROBERSON
Conducted on June 15, 2006

38

1   Q.   When?

2   A.   I don't know the date.

3   Q.   What did he present?

4   A.   A plan for outsourcing some of the duties
5   and outsourcing--

6   Q.   Which duties did he propose to outsource
7   in the finance office?

8   A.   I would have to look to see because that
9   was presented to the board for the board to vote
10  on, so it is a part of the record.

11  Q.   Which record?

12  A.   The board meetings, I am sure it is in
13  there.

14  Q.   Board meeting minutes?

15  A.   Minutes, would be in there.

16  Q.   Did the board agree with that plan?

17  A.   The board agreed with the plan, yes.
18  Otherwise, it wouldn't have happened.

19  Q.   Did anybody tell you, at any time, that in
20  this revamping process Mr. Kakeh's employment was
21  going to be terminated?

PRECISE REPORTING SERVICES
(301) 210-5092 (877) 4 A STENO

DEPOSITION OF ALEXIS ROBERSON
Conducted on June 15, 2006

39

1  A.   I am sure that did come up with the team
2  that would be effecting it.
3       He was not singled out.  It was part of
4  the whole plan, people who would have to be
5  downsized or RIF'd.
6  Q.   Was it your understanding that employees
7  in the finance department besides Mr. Kakeh were
8  also going to have their employment terminated as
9  part of a reduction in force?
10 A.   I don't remember specifically.  We
11 accepted the plan and the plan was to outsource and
12 outsourcing some of those entailed taking over some
13 duties and responsibilities that were there,
14 whatever that plan was is what we agreed to do.
15 Q.   What plan?  Did you look at a written
16 plan?
17 A.   Walker & Company proposals.
18      I am not sure of the name, I am not sure
19 of the name.  I have see board minutes, but the
20 plan that went into place is the plan we agreed
21 upon and voted on and put into place, outsourcing,

40

1  knowing that some people would be downsized.
2      Who those people were, I cannot sit here
3  and tell you exactly who they are, we knew that we
4  agreed that going in that direction was the fastest
5  way to get UPO back on the right track.
6      And my mission to was to do it as fast as
7  we could and as reasonably as we possibly could.
8      MR. MELEHY:  It is now approximately 1:15
9  and the witness has indicated she has to leave by
10 1:15.  I will suspend the proceedings.
11     And counsel, I will look forward to
12 receiving proposed dates to continue.
13     MS. DAVIS:  Do you know how much more time
14 you will need?
15     MR. MELEHY:  Now I estimate longer than
16 two hours, I would say two to three hours.  I can't
17 guarantee, but it will be limited.
18     (Signature having not been waived, the
19 deposition was concluded at 1:14 p.m.)
20
21