# EXHIBIT 9

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

MOHAMMED AMIN KAKEH,        )
                            )
     Plaintiff,             )
                            )
     v.                     )   No. 1:05-cv-1271
                            )
UNITED PLANNING             )
                            )
ORGANIZATION, INC.,         )
                            )
     Defendant.             )

            Silver Spring, Maryland

            Tuesday, June 20, 2006

The Deposition of

            WILLIAM MULLER ISAAC,

called for oral examination by Counsel for the

Plaintiff, pursuant to notice, held in the Law

Offices of MELEHY & ASSOCIATES, LLC, 8403 Colesville

Road, Suite 610, Silver Spring, Maryland, beginning

at 11:30 a.m., before Cheryl A. Lord, RPR, CRR, a

Notary Public in and for the District of Columbia,

when were present:



Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

DEPOSITION OF WILLIAM MULLER ISAAC
Conducted on June 20, 2006

11

1   Q.  Position eliminated?

2   A.  Not eliminated, no.

3       I was transferred to Nona McLean's
4   position.

5   Q.  That was a step down for you, wasn't it?

6   A.  Yeah.

7       That's why I resigned.

8   Q.  Okay. But let me understand:  To your
9   knowledge, was Mr. Quashie -- was Mr. Quashie's
10  position eliminated?

11  A.  No.

12  Q.  Quashie's position was not eliminated and
13  he was not terminated to your knowledge?

14  A.  Right.

15  Q.  And he wasn't transferred to your
16  knowledge?

17  A.  No.

18  Q.  What happened to Nona McLean?

19      Was she terminated, or what was your
20  understanding?

21  A.  She was terminated.

DEPOSITION OF WILLIAM MULLER ISAAC
Conducted on June 20, 2006

21

1   Q. How did you know about that?

2   A. That's a common understanding, and he was

3   xeroxing. Sharon Smith knows it. He asked her for

4   the records of those things.

5   Q. How soon after you got back from vacation

6   were you given this letter?

7       It's dated June 19th, 2004.

8   A. That's not the right date -- I got this

9   letter one week earlier than this.

10  Q. It's not the right date?

11  A. No.

12      That's the date of the letter, but I got

13  the letter one week earlier to that date.

14      MR. MELEHY: So let's have this marked as

15  exhibit 1.

16      (DEPOSITION EXHIBIT NO. 1

17      was marked for identification.)

18  BY MR. MELEHY:

19  Q. All right. Mr. Isaac, I showed you what's

20  been marked as Isaac number 1, which is a letter

21  dated -- the date at the top is June 9th, 2004.

PRECISE REPORTING SERVICES
(301) 210-5092 (877) 4 A STENO

DEPOSITION OF WILLIAM MULLER ISAAC
Conducted on June 20, 2006

22

1    It's a letter to you reassigning you to the
2    position of procurement manager effective June 9th,
3    2004.
4         Correct?
5    A.   Yeah.
6    Q.   You indicated earlier, did you not, that
7    you received this letter on June 2nd?
8    A.   Okay.
9    Q.   Are you absolutely sure you received it on
10   June 2nd?
11   A.   I'm sure.
12   Q.   Okay. Was that the same day Mr. Kakeh
13   received his?
14   A.   June 2nd -- what day was it? Okay.
15        One week earlier.
16   Q.   How did you receive the letter?
17   A.   Geri Price brought it to me.
18   Q.   Who?
19   A.   Geri Price delivered to me.
20   Q.   Delivered it to you at work?
21   A.   At work.



# UNITED PLANNING ORGANIZATION
DC COMMUNITY ACTION
301 Rhode Island Avenue, NW ■ Washington, DC 20001-1826

June 9, 2004

Mr. William Isaac
422 Lincoln Avenue
Takoma Park, MD 20912



RE: Specific Notice of Reduction-In-Force

Dear Mr. Isaac:

In accordance with the provisions of UPO Administrative Memorandum No. E-107 dated July 22, 1985, (Part 5, Notice to Employees, 5.2. General and Specific Notice); UPO Administrative Memorandum NO. E-119 dated November 8, 1989; UPO Administrative Memorandum NO. E-124 dated July 11, 1990 and UPO Administrative Memorandum No. E-125 dated August 2, 1990; I am herewith notifying you that your current employment in the position Sr. External Auditor with the Office of Finance, United Planning Organization will be adversely affected effective the close of business on **June 24, 2004.** This means that as of that date, you will be released from your current competitive level by separation from employment. The reason for this action is that the United Planning Organization is forced to declare a Reduction-In-Force affecting, five employees in Office of Finance which is made necessary due to the reorganization and the abolishment of positions in the Office of Finance.

Further, you are advised that **effective June 9, 2004, you are hereby reassigned to the position of Procurement Manager, Office of Finance. You will be acting in this position until filled.**

The competitive area affected is the Office of Finance.

The competitive levels which control the agreed upon scope of competition in this Reduction-In-Force are those grouping of positions by funding source, which are so similar in all important Aspects that an employee can move from one position to another within that funding source without significant training and without undue interruption of the work program. All positions in the same competitive level are characterized by a similarity of duties, functions, responsibilities and pay schedules. Job titles and job

descriptions are indicative, but not conclusive, in determining the composition of competitive levels. A competitive level may consist of only one job when that job is so nearly unique that it is not interchangeable with similar jobs. The principal guide to determining competitive levels in each office shall be the job classification grouping.

Thus, for purposes of the Reduction-In-Force, your competitive level is that group of jobs which fall within the job family grouping in Group III of UPO's Office of Finance Job Family Grouping List (See Attachment A). For purposes of this Reduction-In-Force, your entrance on duty date (EOD) August 1, 1967, a date which was established by your Job Family Grouping by reason of (see reason checked below):

    __X__    Your initial dates of employment by the United Planning Organization;

    _____    Your length of creditable service as an employee based on your current employment service, plus allowance for your prior years of service resulting from your previous employment with UPO, minus any time disallowed for lose of seniority or minus any periods of temporary employment.

This action therefore is being taken based on the number of jobs available in the Office of Finance to be filled in the Office of Finance Grouping III and your relative standing among other UPO Office of Finance employees in the Job Family Grouping, based on your allowable length of creditable service.

The Official UPO Retention Register, which is available for your inspection in the UPO Office of Human Resources during normal duty hours, documents a listing of all competing employees within your Job Family Grouping (your competitive level) in the order of their seniority as indicated by their length of allowable UPO creditable service. You are urged to examine this Retention Register so that you can ascertain the correctness of your retention standing relative to all other competing UPO Office of Executive Director employees in the order of their seniority within your Job Family Grouping.

UPO Administrative Memorandum NO. E-107, Part 6, Subsection 6.1 thru 6.6 (see Attachment B) governs all appeals from this action. You are encouraged to examine the attached appeal provisions and fully utilize same should you determine that any one or more of the enumerated grounds for appeals is applicable to you. Should you decide to appeal this reduction-in-force action taken against you, it is emphasized that your notice of appeal must set forth specific reasons for believing the action is improper. The UPO Office of Human Resources is available to assist you in

perfecting your appeal or to answer any questions you may have concerning these appeal provisions.

Sincerely,

Dana M. Jones
Interim Executive Director

Attachment(s)
    A - Job Family Grouping List
    B - UPO Administrative Memorandum Nos. E-107, E-119, E-124 & E-125
    C - Group Health Continuation Coverage Under Cobra

DMJ/dlb

cc:  Office of Executive Director
    General Counsel
    Office of Finance
    Office of Human Resources
    File