# EXHIBIT 12

COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - -x

MOHAMMED AMIN KAKEH,            :

       Plaintiff,         :

    vs.                         : Civil Case No.

UNITED PLANNING ORGANIZATION,   : 1:05-CV-1271

INC.,                           :

       Defendant.         :

- - - - - - - - - - - - - - -x

    Pursuant to notice, the deposition of DORIS STASHENKO was taken on Tuesday, February 28, 2006, commencing at 1:04 p.m., at the offices of Zipin & Melehy, LLC, 8403 Colesville Road, Suite 610, Silver Spring, Maryland 20910, before Judith D. Van Vliet, CSR and Notary Public.



Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

Case 1:05-cv-01271-GK   Document 73-16   Filed 11/27/2006   Page 3 of 5

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

43

1  of an audit team.

2     Q     Did anybody ever interview you from any

3  of these agencies as a part of the audit?

4     A     The -- I do remember the CSBG team that

5  came in.  There were two people that interviewed

6  me, and it was just like an information-gathering.

7  They asked what I did.  And I believe I gave them

8  some documents, copies of our individual monitoring

9  reports for the previous year.  I gave them our

10 outcome report.  I believe I gave them the CSBG

11 plan for, must have been for '04.  I don't know

12 where '03.

13    Q     Do you remember when this was?

14    A     That was the time that they were in --

15 that was the team, I believe, that was part of

16 Tunde's group that came in.

17    Q     Do you remember meeting in person with

18 Tunde Eboda at any point during that financial

19 audit?

20    A     No, he didn't.  He didn't interview me.

21 I was interviewed by these two team members.  And

PRECISE REPORTING SERVICES
(301) 210-5092 (877) 4 A STENO

44

1 again it was a programmatic and a financial audit.

2     Q    Do you recall Tunde Eboda ever coming to
3 your office at UPO during that financial audit for
4 any reason?

5     A    Might have stopped by to say hi on his
6 way to the men's room or going down the elevator.
7 My office sits directly across from the elevator so
8 a lot of people stop in all day long while they're
9 waiting.

10     Q    Do you remember having any meeting in
11 your office at UPO with Tunde Eboda and Amin Kakeh
12 during that financial audit?

13     A    No.

14     Q    Were you aware Amin Kakeh was meeting
15 with Tunde Eboda during the course of this audit?

16     A    No.

17     Q    Were you aware that Amin Kakeh was
18 meeting with Tunde Eboda before the financial audit
19 started?

20     A    No.

21     Q    Were you aware that Amin Kakeh was

51

1  him about any of these people that were at UPO?

2     A    No.

3     Q    Did you ever ask any --

4     A    He was also interviewed by the team.

5     Q    Which team?

6     A    The team from the -- the CSBG team that

7  came in to assist with the monitoring and fiscal

8  audit.

9     Q    Did you have a conversation with Mark

10 Koiwai about William Isaac leaving?

11    A    No.

12    Q    Or about Amin Kakeh leaving?

13    A    No.

14         MS. McFARLAND:  Short break.

15         (A recess is taken.)

16 BY MS. McFARLAND:

17    Q    I have just a couple more questions

18 about things I'm not sure we're clear on yet.  We

19 talked about Sheila Shears.  You said she started

20 consulting for UPO?

21    A    I believe she was a consultant