# EXHIBIT 18

**DISTRICT OF COLUMBIA**
**OFFICE OF HUMAN RIGHTS**

IN THE MATTER OF:

| | |
|---|---|
| M. Amin Kakeh ) | |
| ) | **Amendment to Complaint:** |
| **Complainant** ) | |
| ) | |
| -v- ) | **Docket No.:04-204-P (CN)** |
| ) | |
| United Planning Organization ) | |
| ) | |
| ) | |
| **Respondent** ) | |
| ) | |

The Complaint referred to above is hereby amended to include retaliation. The allegations shall read as follows:

> On June 3, 2004, I was informed that my employment was being terminated, effective June 30, 2004, as part of a reduction-in-force.

M. Amin Kakeh, being duly sworn, deposes and says: that he is the Complainant herein; that he has read the foregoing amended complaint and knows the contents thereof; that the same is true of his own knowledge, except as to the matters therein stated on information and belief; and that as to these matters he believes the same to be true.

_____
(Signature of Complainant)

SUBSCRIBED AND SWORN to before me this 18th day of June, of 2004.

_____
Notary Signature

My Commission Expires: _____

Aurelia L. Spann
Notary Public, District of Columbia
My Commission Expires 12-14-2008