# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AMIN KAKEH,

      Plaintiff,

      v.

UNITED PLANNING ORGANIZATION,

      Defendant.

CIVIL ACTION NO. 1:05-CV-1271
(GK/JF)

## DECLARATION OF MONICA SCOTT BECKHAM

I, Monica Scott Beckham, make the following declaration under penalty of perjury pursuant to 28 U.S.C §1746 and declare that the following is true and correct:

1.      I am over the age of 18, am under no legal disability, and make this declaration based upon my personal knowledge.

2.      I am employed with the United Planning Organization, Inc. ("UPO") as the General Counsel.

3.      UPO limits access to its headquarters. UPO does not permit visitors to enter the premises without them signing in with security and a UPO employee being notified that a visitor has arrived.

4.      As General Counsel, I am kept apprised of internal complaints of harassment and discrimination. In October 2003, Mohammed Amin Kakeh complained that Gladys Mack, then UPO Deputy Executive Director, and Sheila Shears, then UPO Chief Financial Officer, had harassed and discriminated against him. Mr. Kakeh's complaint was promptly investigated, but no fact was uncovered to substantiate his complaint.

5.    On April 7, 2004, UPO received notice that Mr. Kakeh had filed a discrimination complaint with the District of Columbia Office of Human Rights in which he alleged discrimination based on race (White), national origin (Syrian), sex (male), color (light skinned) and religion (Muslim).

6.    As General Counsel, when UPO decides to lay employees off, I work with the Office of Human Resources to ensure the reduction-in-force ("RIF") is carried out in accordance with our policy.

7.    One of the requirements of the RIF policy is that Human Resources prepare a retention register, which shows the job groupings for the employees in the office or program who will be impacted by the RIF.

8.    When it became evident in March 2004 that UPO would be outsourcing the management of the Finance Office, I worked with Robert Richardson, Director, Human Resources to carry out the RIF.

9.    On April 15, 2004, Human Resources sent a retention register for the entire Finance Office to me with the job family groupings. *See* Exhibit A

10.    The RIF policy required UPO to place employees, based upon their tenure, on the retention register with the person with the most years of service placed at the top of their particular grouping and all other employees in that grouping listed in declining seniority order.

11.    The employees in the Finance Office were in the indirect cost pool, which means that the funding for the operations of the Office was funded across grants which permitted the payment of administrative overhead costs.

responsibilities and pay schedule. This meant that either individual was capable of performing the other's job without significant training or undue interruption in the work of the Office.

12.     Mr. Quashie had been employed by UPO for almost 30 years. Mr. Kakeh was employed by UPO for less than six (6) years.

13.     Mr. Quashie was listed at the top of the competitive level above Mr. Kakeh.

14.     On or about Thursday, May 27, 2004, Human Resources and I finalized the RIF notices. Because of schedules, it was decided that the employees should receive their RIF notices on June 2, 2004. William Isaac was on vacation so we held onto his RIF notice until June 9, 2004.

I declare under the penalty of perjury that the contents of the foregoing Declaration are true and correct.

Executed this 27th day of November, 2006.


_____
Monica Scott Beckham

DC 63292 1

- 3 -

# EXHIBIT A

## MEMORANDUM

TO:        Monica Scott Beckham
           General Counsel

FROM:      Robert L. Richardson, Sr.
           Director, Human Resources

DATE:      April 15, 2004

SUBJ:      Family Grouping List and Retention Register
           RE:    Controller

Per your request today, I have attached the requested Family Grouping List and Retention Register for the Office of Controller, which includes the bargaining and non-bargaining unit employees for your review.

Attachment(s)

# Non-Bargaining Unit Employees Retention Register

## Office of Controller

### Group Classification

### Group I

| Name | Title | Salary | EOD |
|------|-------|--------|-----|
| Sylvia Hogue | Revenue Acct | $52,000 | 02/20/01 |

### Group II

| Name | Title | Salary | EOD |
|------|-------|--------|-----|
| William Isaac | Sr. External Auditor | $55,194 | 08/01/67 |

### Group III

| Name | Title | Salary | EOD |
|------|-------|--------|-----|
| Francia Odu-Thomas | Chief, Budget | $52,494 | 05/22/68 |
| Arthur Gray | Chief, Payroll | $41,617 | 07/29/71 |
| Badri Simlote | Chief, Cash Reports | $53,168 | 07/20/81 |

### Group IV

| Name | Title | Salary | EOD |
|------|-------|--------|-----|
| Nona McLean | Facilities/IS Manager | $56,844 | 01/05/99 |

### Group V

| Name | Title | Salary | EOD |
|------|-------|--------|-----|
| Davidson Quashie | Atg Deputy Controller | $78,232 | 09/23/74 |
| M. Amin Kakeh | Controller | $87,550 | 06/29/98 |

### Group VI

| Name | Title | Salary | EOD |
|------|-------|--------|-----|
| Sheila Shears | Chief Financial Officer | $100,500 | 04/01/03 |

Bargaining Unit Employees Family Grouping List

Office of Controller

## Number of Positions in each group

### Group I

| Name | Title | Salary | EOD |
|------|-------|--------|-----|
| 1 | Driver | $21,606 | 11/08/93 |

### Group II

| Name | Title | Salary | EOD |
|------|-------|--------|-----|
| 1 | Special Project Asst | $32,638 | 10/30/66 |
| 1 | Office Asst | $23,780 | 05/03/99 |

### Group III

| Name | Title | Salary | EOD |
|------|-------|--------|-----|
| 1 | Asst Inst Svc Officer | $26,131 | 01/28/74 |
| 1 | Procurement Officer | $33,000 | 10/14/76 |

### Group IV

| Name | Title | Salary | EOD |
|------|-------|--------|-----|
| 1 | Voucher Auditor Service Officer | $36,635 | 03/10/66 |

### Group V

| Name | Title | Salary | EOD |
|------|-------|--------|-----|
| 1 | General Leadger Acct | $35,120 | 03/18/85 |
| 1 | General Accountant | $35,872 | 08/14/87 |

## Bargaining Unit Employees Retention Register

## Office of Controller

Group Classification

### Group I

| Name | Title | Salary | EOD |
|---|---|---|---|
| Joseph Edwards | Driver | $21,606 | 11/08/93 |

### Group II

| Name | Title | Salary | EOD |
|---|---|---|---|
| Sharon Smith | Special Project Asst | $32,638 | 10/30/66 |
| Christine Lattimore | Office Asst | $23,780 | 05/03/99 |

### Group III

| Name | Title | Salary | EOD |
|---|---|---|---|
| Alice Wilkes | Asst Inst Svc Officer | $26,131 | 01/28/74 |
| Margo Reed | Procurement Officer | $33,000 | 10/14/76 |

### Group IV

| Name | Title | Salary | EOD |
|---|---|---|---|
| Daisy Bellamy | Voucher Auditor Service Officer | $36,635 | 03/10/66 |

### Group V

| Name | Title | Salary | EOD |
|---|---|---|---|
| Elahe Madani | General Leadger Acct | $35,120 | 03/18/85 |
| Henry Kanagbou | General Accountant | $35,872 | 08/14/87 |