UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AMIN KAKEH,

    Plaintiff,

v.

UNITED PLANNING ORGANIZATION, INC.,

    Defendant.

CIVIL ACTION NO. 05-1271 (GK/JMF)

NEXT SCHEDULED EVENT: PRETRIAL CONFERENCE MARCH 6, 2007 @ 4:00PM

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On consideration of Defendant's motion for summary judgment, Plaintiff's opposition thereto, Defendant's reply, and the entire record herein, it is this _____ day of _____, 2007:

**ORDERED** that Defendant's motion for summary judgment is hereby **GRANTED**.

 

GLADYS KESSLER
United States District Judge

Copies to counsel of record via ECF