UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOHAMMED AMIN KAKEH,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-1271 (GK/JF) |
| | : | |
| **UNITED PLANNING ORGANIZATION,** | : | |
| | : | |
| Defendant. | : | |

## MEMORANDUM ORDER

Upon consideration of Plaintiff's First Motion to Compel Discovery and for Sanctions, the opposition thereto, and the record in this case, the Court concludes that the Motion should be **granted in part and denied in part** for the following reasons.

1. As to Plaintiff's Interrogatory No. 11, the Motion to Compel is **granted**. In his papers, Plaintiff has adequately explained that he seeks this information in order to determine if his termination, which is the issue in this lawsuit, was consistent with Defendant's established practices and procedures.

2. As to Plaintiff's Interrogatory No. 12, it is far too broad and seeks information that would not be relevant to this lawsuit nor reasonably calculated to lead to the discovery of admissible evidence. Therefore, the Motion to Compel is **denied**.

3. As to Interrogatory No. 13, the Motion to Compel is **granted**. Given the fact that the hiring of Sheila Shears involved some major changes in the structure of Defendant's Financial Department, where Plaintiff had been the highest ranking employee until Ms. Shears was hired, the

information sought in the interrogatory is both relevant and may well lead to discovery of admissible evidence.

4.   As to Interrogatory No. 17, the Motion is **denied without prejudice**. Defendant maintains -- and will be held to the representation -- that it has provided Plaintiff with all of the information requested, and that any other relevant information on this subject must be provided by Walker & Company.

5.   As to Interrogatory Nos. 30, 31, 32 and 33, once again Defendant has represented -- and will be held to this representation -- that it has provided all such information and has responded fully to these interrogatories. Therefore, the Motion to Compel is **denied**.

6.   As to Document Request No. 9, the Motion to Compel is **denied without prejudice** as it would appear that all responsive documents have been or are being provided.

7.   The request for sanctions is **denied**.


December 15, 2006                                /s/
                                                  Gladys Kessler
                                                  United States District Judge

**Copies via ECF to all counsel of record**