IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 1:05-cv-1271 (GK/JF)<br><br>NEXT SCHEDULED EVENT: PRETRIAL CONFERENCE MARCH 6, 2007 @ 4:00 P.M. |

**JOINT MOTION TO EXTEND THE FILING DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S DISPOSITIVE MOTION AND TO EXTEND DEFENDANT'S TIME TO FILE A REPLY**

Plaintiff Mohammad Amin Kakeh ("Plaintiff" or "Kakeh") and Defendant United Planning Organization, Inc. ("Defendant" or "UPO"), by and through their attorneys, respectfully move for an enlargement of the time for Plaintiff to file his Opposition to Defendant's Motion for Summary Judgment, for an enlargement of the time for any replies thereto and for the rescheduling of the pre-trial conference, on the following grounds:

1. On April 3, 2006, the Court set July 15, 2006, as the date by which dispositive motions were to be filed.

2. On June 15, 2006, Plaintiff and Defendant filed a Joint Motion to Modify Scheduling Order to extend the deadline for filing dispositive motions from July 15, 2006, to September 15, 2006. The Court granted the Joint Motion to Modify Scheduling Order on June 16, 2006.

3. On July 26, 2006, Plaintiff and Defendant filed a Joint Motion to Modify Scheduling Order to extend the deadline for filing dispositive motions from September 15, 2006, to November 10, 2006. The Court granted the Joint Motion to Modify Scheduling Order on July 27, 2006.

4.     On November 7, 2006, Plaintiff and Defendant filed a Joint Motion to Modify Scheduling Order to extend the deadline for filing dispositive motions from November 10, 2006, to November 27, 2006.

5.     On November 8, 2006, the Court granted the Joint Motion to Modify Scheduling Order and set the following deadlines: dispositive motions filed by November 27, 2006; response to dispositive motions filed by January 12, 2007; and reply to dispositive motions filed by January 29, 2007.

6.     Defendant filed its Motion for Summary Judgment on November 27, 2006.

7.     In the interim, on December 15, 2006, the Court granted in part and denied in part Plaintiff's First Motion to Compel Discovery and for Sanctions. Defendant is currently in the process of complying with the Court's Memorandum Order and UPO anticipates that it will comply with the order by producing the responsive information to Plaintiff by January 15, 2007.

8.     Plaintiff is still in the process of reviewing a voluminous amount of electronically stored information (ESI) which Defendant voluntarily produced to Plaintiff as a compromise after a discovery conference call with the Court. On November 14, 2006, Defendant produced to Plaintiff a disc containing approximately 65,000 files of ESI. The review and analysis of the ESI is time-consuming and has taken Plaintiff longer than initially anticipated. Plaintiff's attorneys also anticipate that they will require some time to review and digest Defendant's responses to the interrogatories which the court directed it to answer in its Memorandum Order.

9.     Granting this Motion will allow Plaintiff to complete his review and analysis of the referenced ESI prior to responding to Defendant's dispositive motion. Granting this motion will also permit the Plaintiff to review Defendant's supplemental answers to the interrogatories, any documents that are produced and any incidental document review that is necessary.

10.     The parties therefore request that the Court extend the deadlines and set February 26, 2007, as the deadline for filing Plaintiff's opposition, and March 15, 2007, as the deadline for filing Defendant's reply thereto.

11.     The pretrial conference in this case is currently set for March 6, 2007. The parties therefore respectively request that the Court reset the pretrial conference, in accordance with the requested extensions of time.

12.     A proposed order granting the relief sought herein is attached hereto.

Dated: January 11, 2007                                                  Respectfully submitted,

By: /s/ Omar Vincent Melehy                                 By: /s/ Alison N. Davis
    Omar Vincent Melehy                                        Alison N. Davis
    DC Bar No. 415849                                             DC Bar No. 429700
    Andrew J. Perlmutter                                            Kevin M. Kraham
    DC Bar No. 489601                                             DC Bar No. 459077
                                                                                        David A. Rosenberg
    MELEHY & ASSOCIATES, LLC                         DC Bar No. 433405
    8403 Colesville Road, Suite 610
    Silver Spring, MD 20910                                     FORD & HARRISON LLP
    Tel (301) 587-6364                                                1300 19th Street, N.W., Suite 700
    Fax (301) 587-6308                                               Washington, D.C. 20036
                                                                                        Tel (202) 719-2000
    Attorneys for Plaintiff Mohammed Amin           Fax (202) 719-2077
    Kakeh
                                                                                        Attorneys for Defendant United Planning
                                                                                        Organization, Inc.