IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.<br><br>Defendant. | CIVIL ACTION NO. 1:05-cv-1271 (GK/JF) |

## ORDER

Upon consideration of the Joint Motion to Extend the Filing Deadline for Plaintiff' Opposition to Defendant's Dispositive Motion and to Extend Defendant's Time to File a Reply and the entire record herein, it is, this ___ day of _____, 2007, hereby:

**ORDERED** that the Joint Motion is **GRANTED**.

Date:_____          _____
                                                United States District Judge

Copies to:

Omar Vincent Melehy, Esq.
MELEHY & ASSOCIATES, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD  20910

Alison N. Davis, Esq.
Kevin M. Kraham, Esq.
FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC  20036

DC:64080.2