UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.,<br><br>　　　　Defendant. | Civil Action No. 05-1271 (GK/JMF)<br><br>Next Scheduled Event: Pretrial Conference, April 11, 2007, at 4:15 pm |

**ERRATA TO EXHIBIT 13 OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Page 4 of 9 of Document No. 73-22 (Exhibit 13 of Defendant's Motion for Summary Judgment) is incorrect and incomplete. A correct, complete page 4 of 9 of Document No. 73-22 is provided herewith. Defendant brings this to the Court's attention to avoid any confusion this matter might have caused. Undersigned counsel provided Plaintiff's counsel with the correct, complete page at issue by facsimile on February 21, 2007, after Plaintiff's counsel brought the matter to Defendant's attention on that date.

Dated: this 22nd day of February, 2007

Respectfully submitted,

By:  /s/ Kevin M. Kraham
　　　Alison N. Davis, DC Bar No. 429700
　　　Kevin M. Kraham, DC Bar No. 459077
　　　FORD & HARRISON LLP
　　　1300 19th Street, N.W., Suite 700
　　　Washington, DC  20036
　　　Tel  (202) 719-2000
　　　Fax  (202) 719-2077
　　　adavis@fordharrison.com
　　　kkraham@fordharrison.com

　　　Attorneys for Defendant United Planning Organization, Inc.

DC:64739.1