12. Davidson Quashie, then acting Deputy Controller, and Mr. Kakeh were in the same job family grouping based upon their job duties, functions, responsibilities and pay schedule. This meant that either individual was capable of performing the other's job without significant training or undue interruption in the work of the Office.

13. Mr. Quashie had been employed for almost 30 years. Mr. Kakeh was employed for less than six (6) years.

14. Mr. Quashie was placed at the top of the competitive level above Mr. Kakeh.

15. On or about Thursday, May 27, 2004, Human Resources and I finalized the RIF notices. Because of schedules, it was decided that the employees should receive their RIF notices on June 2, 2004. William Isaac was on vacation so we held onto his RIF notice until June 9, 2004.

I declare under the penalty of perjury that the contents of the foregoing Declaration are true and correct.

Executed this 27th day of November, 2006.

_____
Monica Scott Beckham

DC 63292 1