UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

v.

United Planning Organization, Inc.,

    *Defendant*.

Civil Case No. 1:05-cv-1271 (GK/JMF)

Next Scheduled Event:
Pretrial Conference
April 11, 2007, 4:15 P.M.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME AND TO EXCEED PAGE LIMIT FOR PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORTIES IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff moves this Court to allow him to extend the page limit of 45 pages for his Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment and the supporting memorandum by 4 pages, and further requests leave to file said Memorandum, as well as Plaintiff's Statement of Material Facts and Genuine Issues and the respective exhibits thereto notwithstanding the present filing deadline for the same. In support of this Motion, Plaintiff states as follows:

1.     This Court's Local Rule of Civil Procedure 7(e) limits the length of a memorandum of points and authorities in opposition to a motion to 45 pages absent leave of Court. Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment is 49 pages, excluding exhibits.

2.     Pursuant to the Minute Order of this Court of January 12, 2007 in the above-captioned matter, the deadline for Plaintiff to file a response to Defendant's Motion for Summary Judgment was set as on or before February 26, 2007.

3.     On or about February 22, 2006, counsel for Plaintiff Omar Vincent Melehy contracted an illness which left him fully debilitated for roughly 24 hours and

severely enervated for several days thereafter, materially precluding or limiting his ability to assist in representation of Plaintiff in the instant matter.

4. In light of counsel's medical situation, counsel for Plaintiff Andrew J. Perlmutter contacted counsel for Defendant on the morning of Monday, February 26, 2007 to query whether Defendant would consider abstention from opposition to a possible motion by Plaintiff to request a 24 hour extension of the Court's February 26 filing deadline. Defendant refused, indicating its intent to oppose any such motion.

5. Despite good faith efforts, Plaintiff's ability to file his Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment, his Statement of Material Facts and Genuine Issues and the respective exhibits thereto was further impeded by technical difficulties in counsel for Plaintiff's computer equipment which occurred on February 26, 2007.

6. In light of the proportionally marginal excess of pages beyond the specified page limit, the complexity of the instant record in light of the multifarious pending claims against Defendant, the dispositive and material importance of the Defendant's Opposition given the present context of a motion for summary judgment, and the disparate advantage afforded to Defendant pursuant to Local Rule of Civil Procedure 7(e) with respect to page limits for memoranda, Plaintiff believes that good cause exists for this Court to grant Plaintiff leave to file his Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment notwithstanding the page limit specified in Local Rule of Civil Procedure 7(e). Plaintiff further believes that Defendant will not be materially prejudiced by any such grant of leave under the instant circumstances.

7. In light of the above-noted circumstances outside of the control of Plaintiff, Plaintiff believes that good cause exists for this Court to grant Plaintiff leave to file his Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment, with all associated statements and exhibits thereto, notwithstanding the deadline specified in this Court's Minute Order of January 12, 2007. Plaintiff believes that Defendant will not be materially prejudiced thereby, as Defendant will have received a full copy of Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment, with all associated statements and exhibits thereto, on or before the start of business of counsel for Defendant by ordinary operation of this Court's electronic filing system.

Based on the above, Plaintiff respectfully requests that this Court issue an Order granting Plaintiff leave to file his Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment with all associated statements and exhibits thereto on or before 5:00AM on February 27, 2007, and further granting Plaintiff leave to file his Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment notwithstanding the page limit specified in Local Rule of Civil Procedure 7(e). A proposed Order is attached.

Respectfully Submitted,

/s/
Omar Vincent Melehy, Esq.
D.C. Bar No. 415849
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:    (301) 587-6308
Email: ovmelehy@zmdlaw.com

*Attorneys for Plaintiff*