UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Amin Kakeh,<br><br>*Plaintiff,*<br><br>v.<br><br>United Planning Organization, Inc.,<br><br>*Defendant.* | Civil Case No. 1:05-cv-1271 (GK/JF) |

### ORDER

UPON CONSIDERATION of Plaintiff's Motion for Leave to File Out of Time and to Exceed Page Limit for Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment and any opposition thereto, it is this _____ day of _____, 2007, hereby,

**ORDERED**, that Plaintiff's Motion is hereby GRANTED; and it is,

**ORDERED**, that Plaintiff is hereby granted leave *nunc pro tunc* to file his Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment with all associated statements and exhibits thereto on or before 5:00AM on February 27, 2007; and it is further

**ORDERED** that Plaintiff is hereby granted leave *nunc pro tunc* to file his Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment notwithstanding the page limit specified in Local Rule of Civil Procedure 7(e).

_____
JUDGE