# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.,<br><br>Defendant. | CIVIL ACTION NO. 1:05-CV-1271 (GK/JF)<br><br>NEXT EVENT: Pretrial Conference<br>March 6, 2007 |

## DEFENDANT UNITED PLANNING ORGANIZATION, INC.'S REVISED LOG OF DOCUMENTS WITHHELD FOR PRIVILEGE AND/OR AS WORK PRODUCT

| DATE OF DOCUMENT | CATEGORY OF INFORMATION OR DOCUMENTS WITHHELD | AUTHORITY FOR WITHHOLDING |
|---|---|---|
| Various | Conferences between United Planning Organization, Inc.'s ("UPO's") counsel, Monica Scott Beckham, General Counsel, and Dana Jones, UPO's Chief Executive Officer during which Plaintiff's allegations were discussed and any documentation of those conferences. | Attorney client privilege/work product doctrine |
| Various | Documents created by UPO's counsel or at the request of UPO's counsel in preparation of its defense of Plaintiff's administrative charge and lawsuit. | Work product doctrine |
| Various | Draft copies of pleadings and other filings and letters or notes transmitting same to Monica Scott Beckham, UPO's General Counsel. | Attorney client privilege/work product doctrine |

DC:63137.1

| DATE OF DOCUMENT | CATEGORY OF INFORMATION OR DOCUMENTS WITHHELD | AUTHORITY FOR WITHHOLDING |
|---|---|---|
| Various | Correspondence between UPO's counsel and Monica Scott Beckham, UPO's General Counsel in which Plaintiff's various allegations are discussed. | Attorney client privilege/work product doctrine |
| Various | UPO's counsel's notes of conferences between counsel and Monica Scott Beckham, UPO's General Counsel, and employees of UPO for the purpose of the preparation of UPO's defense wherein Plaintiff's various allegations were discussed and documentation of those conferences. | Work product doctrine |
| January 4, 2006 | Letter from Bonnie Sullivan, UPO's Associate General Counsel, to John Schoenecker, UPO counsel regarding Benjamin Jennings lawsuit. | Attorney client privilege/work product doctrine |
| January 12, 2006 | E-mail from John Schoenecker, UPO counsel, to Kevin Kraham, UPO counsel regarding documents | Work product doctrine |
| February 23, 2006 | Letter from Monica Scott Beckham, UPO's General Counsel to David Rosenberg, UPO's counsel regarding documents (Bates No. 5600) | Work product doctrine |
| Various | Electronically stored information relating to communications between Monica Scott Beckham, UPO's General Counsel and UPO Board of Trustees relating to D.C. Department of Human Services monitoring review. | Attorney client privilege |
| Various | Electronically stored information relating to communications between Bonnie Sullivan, UPO's Associate General Counsel and UPO employees regarding potential litigation. | Attorney client privilege/work product doctrine |

- 2 -

DC:63137.1

| DATE OF DOCUMENT | CATEGORY OF INFORMATION OR DOCUMENTS WITHHELD | AUTHORITY FOR WITHHOLDING |
|---|---|---|
| Various | Electronically stored information relating to communications between Bonnie Sullivan, UPO's Associate General Counsel and UPO employees regarding draft communications. | Attorney client privilege |
| Various | Electronically stored information relating to communications between Monica Scott Beckham, UPO's General Counsel and UPO employees regarding draft communications. | Attorney client privilege |
| Various | Electronically stored information relating to communications between Monica Scott Beckham, UPO's General Counsel and UPO employees regarding potential litigation. | Attorney client privilege/work product doctrine |
| Various | Electronically stored information relating to communications between UPO's counsel and UPO Board of Trustees relating to D.C. Department of Human Services monitoring review. | Attorney client privilege |
| Various | Electronically stored information relating to communications between Bonnie Sullivan, UPO's Associate General Counsel and UPO employees regarding corporate compliance issues. | Attorney client privilege |
| Various | Electronically stored information relating to communications between Monica Scott Beckham, UPO's General Counsel and UPO employees regarding corporate compliance issues. | Attorney client privilege |
| Various | Electronically stored information relating to communications between Monica Scott Beckham, UPO's General Counsel and UPO employees regarding contract negotiations. | Attorney client privilege |

- 3 -

DC:63137.1

| DATE OF DOCUMENT | CATEGORY OF INFORMATION OR DOCUMENTS WITHHELD | AUTHORITY FOR WITHHOLDING |
|---|---|---|
| Various | Electronically stored information relating to communications between Monica Scott Beckham, UPO's General Counsel and UPO employees regarding employee relations issues. | Attorney client privilege |

Dated: November 28, 2006

Respectfully submitted,

By: /s/ Alison Nadine Davis
Alison Nadine Davis, DC Bar No. 429700
Kevin M. Kraham, DC Bar No. 459077

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
(202) 719-2000

Attorneys for Defendant UNITED PLANNING ORGANIZATION, INC.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused a copy of the foregoing Defendant United Planning Organization, Inc.'s Privilege Log to be served upon the following counsel of record via U.S. Mail, on November 28, 2006:

Omar V. Melehy
Andrew J. Perlmutter
MELEHY & ASSOCIATES LLC
8403 Colesville Road, Suite 610
Silver Spring, MD  20910
Telephone: (301) 587-6364

_____
Alison N. Davis



RECEIVED
NOV 3 0 2006
MELEHY & ASSOCIATES LLC
ATTORNEYS AT LAW

DC:63137.1