# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| MOHAMMED AMIN KAKEH, | |
|---|---|
| Plaintiff, | CIVIL ACTION NO. 1:O5-CV-1271 (GK/JF) |
| v. | |
| UNITED PLANNING ORGANIZATION, INC., | NEXT EVENT: Pretrial Conference April 11, 2007 |
| Defendant. | |

## DEFENDANT UNITED PLANNING ORGANIZATION, INC.'S REVISED LOG OF DOCUMENTS WITHHELD FOR PRIVILEGE AND/OR AS WORK PRODUCT

| DATE OF DOCUMENT | CATEGORY OF INFORMATION OR DOCUMENTS WITHHELD | AUTHORITY FOR WITHHOLDING |
|---|---|---|
| Various | Conferences between United Planning Organization, Inc.'s ("UPO's") counsel, Monica Scott Beckham, General Counsel, and Dana Jones, UPO's Chief Executive Officer during which Plaintiff's allegations were discussed and any documentation of those conferences. | Attorney client privilege/work product doctrine |
| Various | Documents created by UPO's counsel or at the request of UPO's counsel in preparation of its defense of Plaintiff's administrative charge and lawsuit. | Work product doctrine |
| Various | Draft copies of pleadings and other filings and letters or notes transmitting same to Monica Scott Beckham, UPO's General Counsel. | Attorney client privilege/work product doctrine |

DC:64287.2

| DATE OF DOCUMENT | CATEGORY OF INFORMATION OR DOCUMENTS WITHHELD | AUTHORITY FOR WITHHOLDING |
|---|---|---|
| Various | Correspondence between UPO's counsel and Monica Scott Beckham, UPO's General Counsel in which Plaintiff's various allegations are discussed. | Attorney client privilege/work product doctrine |
| Various | UPO's counsel's notes of conferences between counsel and Monica Scott Beckham, UPO's General Counsel, and employees of UPO for the purpose of the preparation of UPO's defense wherein Plaintiff's various allegations were discussed and documentation of those conferences. | Work product doctrine |
| January 4, 2006 | Letter from Bonnie Sullivan, UPO's Associate General Counsel, to John Schoenecker, UPO counsel regarding Benjamin Jennings lawsuit. | Attorney client privilege/work product doctrine |
| January 12, 2006 | E-mail from John Schoenecker, UPO counsel, to Kevin Kraham, UPO counsel regarding documents | Work product doctrine |
| February 23, 2006 | Letter from Monica Scott Beckham, UPO's General Counsel to David Rosenberg, UPO's counsel regarding documents (Bates No. MAK 5601) | Work product doctrine |
| Various | Electronically stored information relating to communications between Monica Scott Beckham, UPO's General Counsel and UPO Board of Trustees relating to D.C. Department of Human Services monitoring review. | Attorney client privilege |

DC:64287.2

| DATE OF DOCUMENT | CATEGORY OF INFORMATION OR DOCUMENTS WITHHELD | AUTHORITY FOR WITHHOLDING |
|---|---|---|
| Various | Electronically stored information relating to communications between Bonnie Sullivan, UPO's Associate General Counsel and UPO employees regarding potential litigation. | Attorney client privilege/work product doctrine |
| Various | Electronically stored information relating to communications between Bonnie Sullivan, UPO's Associate General Counsel and UPO employees regarding draft communications. | Attorney client privilege |
| Various | Electronically stored information relating to communications between Monica Scott Beckham, UPO's General Counsel and UPO employees regarding draft communications. | Attorney client privilege |
| Various | Electronically stored information relating to communications between Monica Scott Beckham, UPO's General Counsel and UPO employees regarding potential litigation. | Attorney client privilege/work product doctrine |
| Various | Electronically stored information relating to communications between UPO's counsel and UPO Board of Trustees relating to D.C. Department of Human Services monitoring review. | Attorney client privilege |
| Various | Electronically stored information relating to communications between Bonnie Sullivan, UPO's Associate General Counsel and UPO employees regarding corporate compliance issues. | Attorney client privilege |
| Various | Electronically stored information relating to communications between Monica Scott Beckham, UPO's General Counsel and UPO employees regarding corporate compliance issues. | Attorney client privilege |

- 3 -

| DATE OF DOCUMENT | CATEGORY OF INFORMATION OR DOCUMENTS WITHHELD | AUTHORITY FOR WITHHOLDING |
|---|---|---|
| Various | Electronically stored information relating to communications between Monica Scott Beckham, UPO's General Counsel and UPO employees regarding contract negotiations. | Attorney client privilege |
| Various | Electronically stored information relating to communications between Monica Scott Beckham, UPO's General Counsel and UPO employees regarding employee relations issues. | Attorney client privilege |
| July 14, 2004 | Memorandum from Monica Scott Beckham, UPO's General Counsel to Dana Jones, Interim Executive Director regarding Mohammad Amin Kakeh's appeal. (Bates Nos. MAK 5483-5485) | Attorney client privilege |
| July 21, 2004 | Communications between Monica Scott Beckham, UPO's General Counsel and UPO Board of Trustees relating to governance issues (Bates Nos. MAK 8859, 8860) | Attorney client privilege |
| July 21, 2004 | Communications between Monica Scott Beckham, UPO's General Counsel and UPO Board of Trustees relating to litigation and investigations (Bates Nos. MAK 8865-66) | Attorney client privilege |
| April 1, 2004 | Communications between Monica Scott Beckham, UPO's General Counsel and UPO Board of Trustees relating to corporate governance and CSBG regulations (Bates No. MAK 5895) | Attorney client privilege |

DC:64287.2

| DATE OF DOCUMENT | CATEGORY OF INFORMATION OR DOCUMENTS WITHHELD | AUTHORITY FOR WITHHOLDING |
|---|---|---|
| April 20, 2004 | Communications between Monica Scott Beckham, UPO's General Counsel and UPO's Ad Hoc Management Committee regarding Benjamin Jennings lawsuit. (Bates Nos. MAK 5898-5899, 5906, 5907) | Attorney client privilege/work product doctrine |
| April 20, 2004 | Communications between Monica Scott Beckham, UPO's General Counsel and UPO's Ad Hoc Management Committee regarding "My Fine Lady". (Bates No. MAK 5899) | Attorney client privilege/work product doctrine |
| April 20, 2004 | Communications between Monica Scott Beckham, UPO's General Counsel and UPO's Ad Hoc Management Committee regarding pending discrimination litigation. (Bates No. MAK 5900) | Attorney client privilege/work product doctrine |
| April 20, 2004 | Communications between Monica Scott Beckham, UPO's General Counsel and UPO's Ad Hoc Management Committee regarding restructuring of and reduction-in-force in Finance Office. (Bates No. MAK 5900) | Attorney client privilege |
| April 20, 2004 | Communications between Monica Scott Beckham, UPO's General Counsel, UPO's Ad Hoc Management Committee and Dana Jones, UPO's Interim Executive Director regarding reduction-in-force (Bates No. MAK 5904) | Attorney client privilege |
| April 27, 2004 | Communications between UPO's Ad Hoc Management Committee and Monica Scott Beckham, UPO's General Counsel regarding Benjamin Jennings lawsuit and potential litigation. (Bates Nos. MAK 5908, 5910) | Attorney client privilege/work product doctrine |

- 5 -

| DATE OF DOCUMENT | CATEGORY OF INFORMATION OR DOCUMENTS WITHHELD | AUTHORITY FOR WITHHOLDING |
|---|---|---|
| May 6, 2004 | Communications between UPO counsel and Ad Hoc Management Committee regarding Benjamin Jennings lawsuit, Councilman David Catania's request for information, and restructuring of Finance Office. (Bates Nos. MAK 5921-22) | Attorney client privilege/work product doctrine |
| May 6, 2004 | Communications between Monica Scott Beckham, UPO's General Counsel and Dana Jones, UPO's Interim Executive Director regarding outsourcing Finance Office. (Bates No. MAK 5923) | Attorney client privilege |
| May 6, 2004 | Communications between Monica Scott Beckham, UPO's General Counsel and Dana Jones, UPO's Interim Executive Director regarding former Board Member's request for information. (Bates No. MAK 5924) | Attorney client privilege |
| May 26, 2004 | Communications between UPO's counsel and Dana Jones, UPO's Interim Executive Director regarding pending litigation. (Bates Nos. MAK 5929, 5930) | Attorney client privilege/work product doctrine |
| May 27, 2004 | Communications between Monica Scott Beckham, UPO's General Counsel and UPO Board of Trustees relating to former Board member's request for information (Bates Nos. MAK 8279-8280) | Attorney client privilege/work product doctrine |

DC:64287.2

| DATE OF DOCUMENT | CATEGORY OF INFORMATION OR DOCUMENTS WITHHELD | AUTHORITY FOR WITHHOLDING |
|---|---|---|
| May 27, 2004 | Communications between Monica Scott Beckham, UPO's General Counsel and Dana Jones, UPO's Interim Executive Director regarding restructuring Finance Office. (Bates No. MAK 8287) | Attorney client privilege |
| May 27, 2004 | Communications between UPO counsel and UPO Board of Trustees regarding Councilman David Catania's request for information. (Bates No. MAK 8289) | Attorney client privilege/work product doctrine |
| May 27, 2004 | Communications between UPO counsel and UPO Board of Trustees regarding Benjamin Jennings litigation. (Bates No. MAK 8289) | Attorney client privilege/work product doctrine |

Dated: February 19, 2007

Respectfully submitted,

By: /s/ 
Alison Nadine Davis, DC Bar No. 429700
Kevin M. Kraham, DC Bar No. 459077

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036
(202) 719-2000

Attorneys for Defendant
UNITED PLANNING ORGANIZATION, INC.

- 7 -

DC:64287.2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused a copy of the foregoing Defendant United Planning Organization, Inc.'s Revised Privilege Log to be served upon the following counsel of record via U.S. Mail, first class, postage prepaid, and facsimile on February 19, 2007:

Omar V. Melehy
Andrew J. Perlmutter
MELEHY & ASSOCIATES LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910
Telephone: (301) 587-6364

_____
Alison N. Davis