UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Amin Kakeh,<br><br>*Plaintiff,*<br><br>v.<br><br>United Planning Organization, Inc.,<br><br>*Defendant.* | Civil Case No. 1:05-cv-1271 (GK/JMF)<br><br>Next Scheduled Event:<br>Pretrial Conference<br>April 11, 2007, 4:15 P.M. |

**FEDERAL RULE OF CIVIL PROCEDURE 56(f)
DECLARATION OF ANDREW J. PERLMUTTER**

I, ANDREW J. PERLMUTTER, make the following declaration under penalty of perjury pursuant to 28 U.S.C. §1746 and declare that the following is true and correct:

1. I am over the age of 18, am under no legal disability, and make this declaration based upon my personal knowledge.

2. I am counsel *pro hac vice* for Plaintiff in the above-captioned matter.

3. I hereby incorporate by reference and restate herein the factual assertions contained within part II of Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment in the above-captioned matter. Said factual assertions are true and correct to the best of my information, knowledge and belief.

I declare under the penalty of perjury that the contents of the foregoing Declaration are true and correct. Executed on this 26th day of February, 2007.

_____
Andrew J. Perlmutter

1