UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Amin Kakeh,<br><br>*Plaintiff*,<br><br>v.<br><br>United Planning Organization, Inc.,<br><br>*Defendant*. | Civil Case No. 1:05-cv-1271 (GK/JMF) |

## ORDER

UPON CONSIDERATION of Defendant's Motion for Summary Judgment and Plaintiff's Opposition thereto, it is this _____ day of _____, 2007, hereby,

**ORDERED**, that Defendant's Motion is hereby **DENIED**.

_____
JUDGE