# EXHIBIT 1




## Organization Information

**DCRA HOME**

**SERVICES**
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review
  Status
Permits

**INFORMATION**

**ONLINE SERVICE REQUESTS**

### Online Organization Registration
Search Registered Organizations

**Organization Details - Step** 1 2 3



To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| Organization | | Registered Agent |
|---|---|---|
| **Organization Name:** | UNITED PLANNING ORGANIZATION | Washington, DC |
| **State:** | DC | |
| **Status:** | OLD ACT | |
| **Initial Date of Registration:** | 12/10/1962 | |
| **File No.:** | 620722 | |
| **Organization Type:** | DOMESTIC NON PROFIT CORPORATION | |

[<< Back to Main Page]   [< Return To Search Results]   [Print Results]   [New Search]

For more information, contact the Corporation Division at (202) 442-4400 or email us.

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies |
DC Council | Search | Elected Officials
Feedback | Translation | Accessibility |
Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004