# EXHIBIT 2



**UNITED PLANNING ORGANIZAT[ION]**
COMMUNITY ACTION AGENCY for WASHINGTON, DC
301 Rhode Island Avenue, NW • Washington, DC 20001-1[...]
202.238.4600 • General FAX 202.588.0170 • E-Mail: info@up[o.org]

United Planning Organization is a nonprofit 501(c)(3) corporation that conducts initiatives d[esigned to]
provide human services to Washington, DC residents. Established December 10, 1962 to plan for W[ashington,]
DC area human services, UPO has evolved into one of the nation's premiere community action [agencies...]

February 24 - 26, 2007

ABOUT UPO    CORPORATE    HISTORY    QUICKLIST    REPORTER    PROGRAMS

## Fantastic Employment Opportunities with UPO
### Click here for details...

Grab your copy of **UPO's BROCHURE** where you will find topical facts about the **United Planning Organization.** Click on graphic to download .pdf version.



Click here to grab **January 2007** edition of UPO's Information Booklet - Adobe Acrobat required.



More than 900 attend UPO's 23rd Annual

## Martin Luther King, Jr. Memorial Breakfast
### Details are here



## UPO Hall of Fame
### Click here to visit Hall of Fame page
### and be sure to watch the video presentation



George E. Holland    Carol Randolph    Patricia G. Shannon    James G. Banks    Ralph Waldo "Petey" Greene



SEVEN UPO HEROES



Click on graphic to reach the ON-THE-AIR section and
learn about some of UPO's dedicated heroes!

Click here to view photos from this year's Walk for Homeless

## UPO WEBCASTS

*UPO ON-THE-AIR*
*UPO Scholarship*
*Awards Program*

*UPO ON-THE-AIR*
*WashingtonSeniors*
*Wellness Center*
*Grand Reopening*.

UPO Awards **$27,000** in Scholarships under its Joseph A. Beavers Scholarship Program
Click here for UPO Scholarship page.
Click here for UPO Martin Luther King, Jr. Memorial Breakfast page.

Three New Board Members Join UPO's Team

**UPO Customer and Volunteer Service**

UPO Corporate Information / UPO INFORMATION BOOKLET - October 2006 (.pdf) / UpdatedUPO Citywide Network (non .pdf direct link)



UPO Reporter Newsletter
March 2006 Issue.
Click here to reach **UPO PUBLICATIONS**.

UPO Senior Citizens Services Update

**Click here for UPO Employment Opportunities**

UPO Citywide Elections Held.
Winners announced and installed.

Thinking about a Rewarding Career in Human Services?
Checkout UPO's Employment Opportunities!

**UPO's 22nd Annual Martin Luther King Jr. Memorial Breakfast**
Click here or on photo for information

UPO/Joseph A. Beavers Scholarship Fund

Visit the UPO Corporate Page
for latest listing of Board Members and Executive Staff

**Click here to reach UPO's Publication Page.**
**You'll find UPO printed materials available for download.** *Adobe Acrobat required.*

---

### UPO's Citywide Service



Click here to visit the UPO Network page. To get your printable copy of UPO's network listing, click here or on map (Adobe Acrobat required).

### UPO Early Childhood Development Programs



Child oriented educational programs for preschool age children and younger include Head Start and other early childhood development programs. Click here or on graphic for UPO's Childcare page.

### UPO TANF (Futures-In-Work)

### UPO Aging Services



A comprehensive program that assists individuals who receive public assistance to move toward independence Provided are job referrals, case management, work experience, educational referrals, and other transition tools.Click here or on graphic to learn more about UPO's TANF/Futures-In-Work activities.





UPO Aging Services conducts activities designed to enhance quality of life for DC senior citizens. Programs include the Washington Senior Wellness Center, Senior Weekend Nutrition, Project KEEN, Senior Services Program, and the Foster Grandparents program. Click here or on graphic to learn more about UPO Senior Citizens activities.



Click here for info on the UPO/Joseph A. Beavers Scholarship Fund

UPO Shelter Hotline Information

UPO Programs and Services

## UPO EMPLOYMENT OPPORTUNITIES

Click here to learn about rewarding employment with the
United Planning Organization, now in its 43rd year of service.
**For additional information, send e-mail to:
upojobs@upo.org
or call (202) 238-4618**

## ------ UPO QUICK INFO ------

UPO Headquarters & Neighborhood Centers

UPO's rich history dates back to 1962.

UPO's Mission Statement,
its Board of Trustees, and senior staff.

Learn about the UPO Joseph A. Beavers Scholarship Program.

Click here for UPO Legacy page

UPDATED Click here for brief listing of
UPO personnel with E-Mail Addresses.

**UPO LINKS**
www.communityactionpartnership.com
www.swhouse.org (Southwest Community Development)
www.mhcdo.org (Marshall Heights Community Development)

For more information, send Email to
Harvey N. Johnson III Public Awareness Director:
info@upo.org

UPO Main - About UPO? - Corporate - Communications - UPO Programs - UPO Network - Special Activities

**UPO ONLINE**
Written, designed, and maintained by the UPO Public Awareness Office,
Harvey N. Johnson III, Public Awareness Director - Email: hjohnson@upo.org
For additional Information, call (202) 238-4600, ext. 696 or write to UPO at the below listed address.

**UNITED PLANNING ORGANIZATION**
301 Rhode Island Avenue, NW
Washington, DC 20001-1826
Ms. F. Alexis H. Roberson - Chair, Board of Directors
Mr. Dana Jones - Chief Executive Officer



Copyright 1996 - 2007 United Planning Organization. All Rights Reserved. Legal and Privacy Notices.



