# EXHIBIT 3

# UNITED PLANNING ORGANIZATION
## CORPORATE AND MISSION

UPO Main - What is UPO? - Corporate - Communications - UPO Programs - UPO Network - Special Activities

The United Planning Organization was established on December 10, 1962 to plan and implement social services for the entire Metropolitan Washington, D.C. area. With the advent of 1965's War on Poverty, the United Planning Organization became the designated community action agency for the District of Columbia and certain other localities in the area. Click here to learn more about UPO's rich history.

Today, UPO is governed by a 30-member volunteer Board of Trustees made up of representatives of the poor, representatives of elected officials, and representatives of major groups and interests.

## UPO Mission Statement

*The United Planning Organization (UPO) is the Community Action Agency for the District of Columbia, responsible for providing leadership, support and advocacy to advance the welfare of the residents of Washington, D.C. toward self-sufficiency and self-determination.*

*In cooperation with its delegate agency network, other community businesses and governmental agencies, UPO plans and implements social service programs to assist community residents.*

*UPO will do this with an emphasis on forming partnerships that can assist in reducing the incidence of poverty. Services provided by UPO, its delegate agencies and partners to meet this end are targeted toward: Economic Development, Employment, Education, Housing, Health and Nutrition, Self-Sufficiency, Emergency Services, Community Organization, Consumer Affairs, and Environmental Development.*
--UPO 1995

---

## UPO BOARD OF DIRECTORS

### OFFICERS
Stanley J. Mayes, Esq., Chair
Keenan R. Keller, Esq, Vice Chair
Sherry Hobbs Newman, Treasurer
Maria T. Wilson, Secretary

### MEMBERS
Neil O. Albert
Tamika Bradshaw
Renee Burr

Agnes Chase
Nanette Cothran
Alfreda V. Davis
Shirley A. Higuchi, Esq.
Nathaniel Howard
Cosby Hunt
Patricia Jenkins
Brenda J. Kelly
Carrolena M. Key
John Leftwich
Iweogo Okechuku
Maria E. Olivas
F. Alexis H. Roberson
Paul Trantham
Gustavo F. Velasquez
Juanita Vines
Rhonda White

## UPO SENIOR STAFF

### EXECUTIVE STAFF
Chief Executive Officer
Dana M. Jones

Chief Operating Officer
Gladys W. Mack

Deputy Executive for Preschool and Day Care
William D. Hughey

General Counsel
Monica Scott Beckham

Chief Financial Officer
Erik Boas

Customer & Volunteer Service
Cynthia Y. Johnson

Grants Specialist
Dr. Larry DeNeal

Evaluation Manager
Doris Stashenko

Public Awareness Director
Harvey N. Johnson III

Director, Office of Technology
Ganna Grinsphun

Director, Organization Development & Assessment
Vanessa Rawls

Director, Office of Human Resources

Nnenna J. Ugorji
Director, Office of Business Support
Wayne Thompson

Director, Transportation Division
Lester Monica Wynn

Director, Asset Development Division
Sheila Strain

Director, Aging Services Division
Dianna Guinyard

Click here for additional UPO staff.

---

UPO Main - What is UPO? - Corporate - Communications - UPO Programs - UPO Network - Special Activities

E-Mail: info@upo.org

UNITED PLANNING ORGANIZATION
301 Rhode Islane Avenue, NW
Washington, DC 20001-1826