# EXHIBIT 4

# UNITED PLANNING ORGANIZATION

COMMUNITY ACTION AGENCY for WASHINGTON, DC



INFORMATION



BOOKLET

JANUARY 2007

**UNITED PLANNING ORGANIZATION**
301 Rhode Island Avenue, NW
Washington, DC 20001-1826
(202) 238-4600
www.upo.org

## UPO's MISSION

The United Planning Organization (UPO), the designated community action agency for the District of Columbia, provides leadership, support, and advocacy for residents of Washington, DC helping them move toward self-sufficiency and self-determination.

In cooperation with its network of delegate agencies, community organizations, and both DC and federal governments, UPO plans and implements human service programs specifically for residents and neighborhoods.

Information about the programs and services of the United Planning Organization (UPO), DC Community Action, serving Washington, DC since 1962. Prepared by the United Planning Organization's Public Awareness Office with assistance from Customer and Volunteer Services and Evaluation/Monitoring

UPO is a member of the
Community Action Partnership
*Helping People. Changing Lives.*



UNITED PLANNING ORGANIZATION, INC.
301 Rhode Island Avenue, NW
Washington, DC 20001-1826
(202) 238-4600 FAX (202) 588-1479
E-Mail: info@upo.org
UPO Online: www.upo.org



# TABLE OF CONTENTS

**UPO Information, Services, and Outcomes**

| | |
|---|---|
| UPO Mission | Inside Cover |
| Board of Trustees/Senior Staff | 4 |
| Introduction | 5 |
| Public Funding Sources and Impacted Programs | 6 |
| Funding Sources and Amounts FY 05/06 | 7 |
| Selected UPO Programs & Services | 8 |
| Measurable Outcomes for FY 2005 | 9 |
| UPO Snapshot | 10 |
| UPO Programmation Information | 11, 12 |
| UPO Programs by Ward | 13, 14 |

**PART B: UPO Network, Administration, and History**

| | |
|---|---|
| Citywide Network Description | 15 |
| UPO NDCs | 16 |
| UPO Delegate Agencies | 17, 18 |
| Community & Faith-Based Initiatives | 19 - 21 |
| Head Start Funded Agencies | 22, 23 |
| UPO Early Childhood Dev. Ctrs. | 24 |
| Services To Seniors | 25 |
| UPO Operated Programs | 26 |
| UPO Administrative Offices | 27, 28 |

# UPO Public Funding Sources and Programs Impacted

UPO is multi-funded, receiving grants and contracts for the agency's 25 programs and services. Community Services Block Grant funding accounts for 28-percent of total agency resources. UPO also receives funding for its Head Start, day care, energy conservation, and welefare-to-work activities. Other programmatic funding activities include homeless services, aging programs, and substance abuse treatment/counseling.

**U.S. Department of Health and Human Services**
UPO Head Start Program
Community Service Block Grant (CSBG)

**Corporation for National Community Services**
Foster Grandparents Program

**DC Department of Employment Services**
Passport-To-Work

**DC Department of Environment**
DC REACH Project
Residential Energy Conservation

**DC Department of Health**
Comprehensive Treatment Program
Emergency Housing Program for Persons with AIDS (U.S. Dept. HUD)

**DC Department of Human Services**
Community Services Block Grant (CSBG)
Electronic Benefits Transfer (EBT)
Fatherhood Initiative
Preschool and Day Care Services
Temporary Assistance for Needy Familes (TANF)

**DC Public Schools/USDA**
Child Care Food Program
Commodity Food Program (Food Bank)

**DC Office on Aging**
Senior Services Network
Call -n- Ride Program
Geriatric Day Care
Medicaid Ombudsman
Project KEEN
Senior Citizens Weekend Nutrition
Washington Elderly Handicapped Transportation Service
Washington Seniors Wellness Center

**DC Community Partnership for Prevention of Homelessness**
Shelter Hotline
Shelter Plus Care



# UPO FUNDING
## FISCAL YEARS 2005/2006
*(Dollars In Thousands)*

| SERVICE AREA | FY 2005 | FY 2006 | NET CHANGE |
|---|---|---|---|
| Community Service Block Grant (CSBG) | 9,447 | 9,911 | 464 |
| Head Start | 15,235 | 15,220 | (15) |
| Day Care & Related | 2,339 | 3,454 | 1115 |
| Aging Programs | 4,737 | 5,087 | 350 |
| Energy & Home Preservation | 807 | 744 | (63) |
| Special Emphasis | 4,013 | 4,101 | 88 |
| Other Grants | 69 | 67 | (2) |
| Private Funds | 200 | 25 | (175) |
| TOTAL | 36,847 | 38,609 | 1,762 |



FY 2006 Operating Budget by Program Categories
$38,609,000

- CSBG — 26%
- Head Start — 39%
- Day Care & Related — 9%
- Aging Programs — 13%
- Energy — 2%
- Special Emphasis — 11%
- Other Grants
- Private

7

# SELECTED UPO PROGRAMS and SERVICES

UPO programs and services are primarily funded by the federal Community Service Block Grant (CSBG) through the District of Columbia Department of Human Services. Childcare programs are funded by the U.S. Department of Health and Human Services and DC Department of Human Services. Other programs are funded through a variety of local, federal, and private funding souces.

**COMMUNITY BASED INITIATIVES**
Activities impacting directly upon DC neighborhoods through various community-based programs and organizations. Funding: CSBG.

**COMPREHENSIVE TREATMENT PROGRAM**
A unique comprehensive medically-based substance abuse education and treatment activity designed to curb addiction and develop the entire family. Funding: DC Dept. of Health, Addiction Prevention and Recovery Administration.

**DC REACH PROGRAM**
Designed to help lower income DC residents become more energy efficient by participating in a series of specially designed concentrated activities. Funding: DC Energy Office.

**ELECTRONIC BENEFITS TRANSFER PROGRAM (EBT)**
A system to allow easy access to government benefits using automation including ATM cards and other commonly used tools for banking and retail transactions. Operated under contract with J.P. Morgan Financial Services with overall funding from the DC Department Human Services.

**FAMILY STRENGTHENING**
Unique program designed to enhance family structure using day/evening programs that promote academic achievement, career development, case management, parenting support, and other enrichment activities. Program targets low-income residents residing within certain neighborhoods in DC's Ward 8 community. Funding: DC Department of Human Services.

**FATHERHOOD INITIATIVE**
*(Always On Saturday)*
Provides skills development and training to fathers. Enourages responsible parenting and facilitates good relationships between father, mother, children, and other family members. Funding: DC Department of Human Services, Fatherhood Initiative.

**FOSTER GRANDPARENTS PROGRAM**
An activity designed to motivate senior volunteers to provide interaction with children and youth with special needs. Funding: Corporation for National and Community Service.

**GERIATRIC DAY CARE PROGRAM**
Specialized programs for senior citizens who are at-risk of losing their independent lifestyle, predisposing them to expensive institutional care. Included services are supervised care, counseling, caregiver respite, transportation, hot lunches/snacks, and other socialization services. Funding: CSBG; meal provided by DC Office On Aging.

**HEAD START / EARLY HEAD START / EARLY CHILDHOOD DEVELOPMENT**
Child oriented educational programs for preschool age children that provide comprehensive and intensive educational, nutritional, health, and recreational activities. Head Start helps children with their cognitive, social, and emotional skills. Funding: U.S. Dept. Health and Human Services; DC Dept. Human Services; CSBG.

**LATINO-BASED INITIATIVES**
Programs that serve DC's multi-cultural communities especially those neighborhoods comprising Adams-Morgan, Columbia Heights, Mt. Pleasant, and Shaw communities. Programs range from health clinics, senior citizens activities, youth programs, immigration naturalization services, economic development, substance abuse abatement, and housing/community development. Funding: CSBG.

**NEIGHBORHOOD CENTERS**
Community-based centers located in neighborhoods throughout Washington, DC that provide direct services to customers. UPO directly operates three centers and funds six delegate agencies. CSBG.

**RESIDENTIAL ENERGY CONSERVATION ASSISTANCE**
Assists qualified low-income District of Columbia residents in attaining greater residential energy savings by coordinating the installation of recommended weatherization measures. Funding: DC Energy Office; CSBG.

**SHELTER HOTLINE**
A special hotline that transports the homeless to shelters. Provides food and blankets when temperatures fall to freezing. Funding: DC Community Partnership for the Prevention of Homelessness; CSBG.

**SHELTER PLUS CARE**
Provides permanent housing placement, case management, and supportive services to homeless families where at least one adult member is currently in recovery for substance abuse or is HIV/AIDS certified. Funding: DC Community Partnership for the Prevention of Homelessness; CSBG.

**TEMPORARY ASSISTANCE FOR NEEDY FAMILIES (TANF)**
A comprehensive program assisting individuals who receive public assistance to move toward independence by providing case management, job referrals, work experience, educational referrals, and other transition tools. Funding: DC Department of Human Service.

**UPO AGING SERVICES**
Specialized activities designed to enhance life for DC senior citizens. Programs include the **Washington Senior Wellness Center, Senior Citizens Weekend Nutrition, Project KEEN, Geriatric Day Care, Senior Services Program**, and **Foster Grandparents**. Collectively, programs provide a wide array of unique activities from daily nutrition, exercise/fitness, and socialization. Funding: DC Office on Aging; CSBG.

**YOUTH PROGRAMS**
*(COMMUNITY BASED)*
Combines education, career exploration, and cultural enrichment activities with employment and training opportunities in order to influence the positive development of low-income youth. Funding: CSBG.

**WASHINGTON ELDERLY HANDICAPPED TRANSPORTATION SERVICE (WEHTS)**
Provides safe, reliable, and specialized services to elderly and handicapped residents. Services include medical and other basic life-support transportation, pickup and delivery, shopping and security escorts. **Call-n-Ride** is a specialized activity that offers DC senior citizens taxicab service at reduced rates. **Homebound Delivered Meals** prepares and delivers hot nutritious midday meals to elderly individuals especially those who are shut-in. Funding: DC Office on Aging; CSBG.



# A Look at Major UPO Programs
## for Fiscal Year 2005

### ■ HEAD START AND DAY CARE

UPO, the grantee for the majority of the Head Start services in the District of Columbia, served more than **2,604** Head Start, Early Head Start children and their families in 2005.

Approximately **250** infants and toddlers ranging in age from 6-weeks through two years are served mainly via City funded Day Care services.

Child care services are provided through nine early childhood development centers operated directly by UPO; three slot purchase centers; and other day care centers operated by six delegate agencies totaling nearly 80 centers in the UPO DC wide network.

UPO partners with the District of Columbia in the sponsorship of subsidized child care services at the Juanita Thornton Center, Marie Reed Learning Center, Union Square, University of the District of Columbia, and the Potomac Job Corps Center.

### ■ COMMUNITY SERVICES BLOCK GRANT NETWORK

The CSBG grant is the foundation for the UPO network, a network that includes numerous programs, services, and community-based organizations located throughout the city. In 2005, the CSBG grant provided co-funding for most of UPO's major focus areas including Head Start, day care, and aging services, thereby allowing these important programs to expand their reach to more customers.

UPO has a presence in every Ward in the District of Columbia as well as in all neighborhoods where there is a high level of poverty. In Fiscal year 2005, UPO served more than **76,000** of the District of Columbia's low income population.

More than **5,000** households had higher buying power because of CSBG's assistance.

A total of **943** individuals were placed into jobs.

Nearly **1,113** individuals progressed toward literacy or earned a G.E.D.

Nearly **2,057** youth increased educational/vocational skills via UPO's youth programs.