# EXHIBIT 6



# UPO Preschool and Day Care

UPO Main - What is UPO? - Corporate - Communications - UPO Programs - UPO Network - Special Activities



The United Planning Organization is a major Head Start grantee in the Nation's Capital. In fact, UPO was a testing ground for Head Start in the early 1960s, at the on-set of what would ultimately become the community action agency movement. Today, the United Planning Organization enrolls children at Head Start and day care sites throughout the District of Columbia in facilities either operated directly by UPO or by UPO funded Head Start delegate agencies. UPO directly operates seven child care centers and provides funding to six Head Start delegate agencies.

UPO Head Start is funded by the U.S. Department of Health and Human Service's Administration for Children Youth and Families, while other day care services receive funding from the D.C. Department of Human Services. Head Start not only provides excellent education for children from lower income families, but also allows parents to train for or work at meaningful and gainful employment. These centers provide services to more than 2000 children citywide.

UPO is a member of the National Head Start and Region III Head Start Associations.

## UPO POLICY COUNCIL

### OFFICERS
Iweogu Okechukwu - Chairperson
Margaret Lee 2nd Vice - Chairperson
Sharron Willis - Secretary
Shanique Ballard - Assistant Secretary
Cynthia Oladapo - Treasurer
Linda Holmes - Assistant Treasurer
James Bullock - Parliamentarian

### ADVISORS

Vanessa Fields-Addison
Elva Worthington *
Denise Hickman
Bontivia Ben

## MEMBERS

**Nation's Capital Child and Family Development Representatives**
Shanique Ballard
Grace Green
Denise Marshall
Marjorie Love
Pamela Mack

**Edward C. Mazique Parent Child Center Representatives**
Yvonne Taylor
Sharron Wills
Dana Brown
Natalie Hill
Maxine Ashford

**DC Department of Parks and Recreation Representatives**
Keona Davis
Marvena Alston
Merci Cowser
Brittney Williams
Betty Purcell

**DC Public Schools Head Start Representatives**
James Bullock
Tiffany McLaurin-Smallwood
Castina Vives
Alicia Davis
Cutina Rajah
Betty Dixon-Johnson

**Rosemount Representatives**
Cynthia Oladapo
Karla Barrera
Hyacinth Daniels

**Bright Beginnings Representatives**
Jennifer Robinson
Michael Fennell
Nyree Cohen

**Friendship House Representatives**
Isis Kelly
June Taylor

**Matthews Memorial Representatives**
Angela Grant
Jacqueline Leonard

**Catholic Charities Representatives**
Orinika Smith
Joanne Hutcheson

**Community Representatives**
Nina Rollins
Margaret Lee
Linda Lyles
Carl McFadgion
Rene Saunders
Linda Holmes
Tiyika Mason
Jacqueline Hughes

**UPO ECDC Representatives**
Iweogu Okechukwu
Lionnel Taylor
Mayra Bonilla
Lawanda Spence
Matilda Robinson
Myrtle Jackson
Evelyn Jones
Madeline Pepe
Jacqueline Burrell

* Denotes Member, UPO Board of Trustees .

## UPO Centers and Senior Preschool Saff

William D. Hughey

Director of UPO's Office of Preschool and Day Care:
(202) 238-4678
bill@upo.org

Delores Lawrence
Budget and Grants Management
(202) 238-4689
dlawrence@upo.org

Eulalia Ross
Early Childhood Dev. Center Division
(202) 238-4681
eross@upo.org

Bonnie Wise
Family Support Services Branch
(202) 238-4685
bwise@upo.org

Theresa M. Shivers
Health Maintenance & Special Needs Branch
(202) 238-4680
tshivers@upo.org

## UPO HEAD START EARLY CHILDHOOD DEVELOPMENT SITES
### Head Start Delegate Agencies
**Bright Beginnings**
128 M Street, N.W. Washington, D.C. 20001
(202) 842-9090 - FAX (202) 842-9095
Dr. Betty Jo Gaines, Executive Director

**Catholic Charities**
1125 Neal Street, NE Washington, DC 20002
(202) 396-8100 - FAX (202) 396-1307
Rudy Hutchison, Executive Director

**D.C. Public Schools
Consolidated Head Start**
12th & Jasper Place, S.E. Washington, D.C. 20020
(202) 645-3707 - FAX (202) 645-3699
Celestine Diggs-Smith, Acting Executive Director

**D.C. Recreation Head Start**
4301 Connecticut Ave., N.W.-Washington, D.C., 20008 Ste. 250
(202) 282-0710 - FAX (202)282-0790
Brenda Galloway, Administrator

**Edward C. Mazique Parent Child Center**
1719 13th Street, N.W. Washington, D.C. 20009
(202) 462-3375 - FAX (202) 939-8696
Leslie A. Johnson, Executive Director

**Friendship House Child Care Center**
619 D Street, SE
Washington, DC 20003
(202) 675-9050 - FAX (202) 546-3080
Theresa Hawkins, Center Director

**Mathews Memorial Child Center**
2601 MLK Ave., SE
Washington, DC 20020
(202) 889-3709
Gloria Kearney, Executive Director

**Nation's Capital Child and Family Development Center**
1501 Benning Road, N.E.Washington, D.C. 20002
(202) 397-3800 - FAX (202) 399-2666
Travis A. Hardmon, Executive Director

**Rosemount Day Care Center**
2000 Rosemount Avenue, N.W. Washington, D.C. 20010
(202) 265-9885 - FAX (202) 265-2636
Marsha E. Boveja, Ph.D, Executive Director

**UPO Early Childhood Development Centers**
**UPO ECDC #1**
1288 Upshur Street, N.W.Washington, D.C. 20011
(202) 723-0609
, Center Director

**UPO ECDC #2**
2200 Champlain Street, N.W.Washington, D.C. 20009
(202) 234-5852
Priscilla Thompson, Center Supervisor

**UPO ECDC #3**
Potomac Job Corps Center
No. 1 D.C. Village Lane, S.W.Washington, D.C. 20032
(202) 574-5066
Lorranie Humphey, Center Director

**UPO ECDC #4**
1130 Vermont Avenue, N.W.Washington, D.C. 20005
(202) 462-0503
Lizzie Harrell, Center Director

**UPO ECDC #5 UDC**
4200 Connecticut Ave., NW Washington, DC 20008
(202) 274-5213
Carolene E. Charles, Interim Center Director

**UPO ECDC #6**
53rd and Ames Street, N.E.Washington, D.C. 20019
(202) 398-1344
Evelyn Hill, Center Supervisor

**UPO ECDC #8**
625 H Street, N.E.Washington, D.C. 20002
(202) 547-0280
, Center Director

**UPO ECDC #9**
825 North Capitol Street, NE Washington, D.C. 20002
(202) 842-0522
, Center Director

UPO Main - What is UPO? - Corporate - Communications - UPO Programs - UPO Network - Special Activities

E-Mail: info@upo.org

**UNITED PLANNING ORGANIZATION**
301 Rhode Island Avenue, NW
Washington, DC 20001-1826