# EXHIBIT 8

UNITED PLANNING



ORGANIZATION

# UPO REPORTER

Volume 18, Number 1

MARCH 2006

Washington, D.C.

# Fathers' Role Key To Families' Triumphs

Who would have thought District of Columbia men, working together to shift, tweak, and rework old attitudes, could make a major difference in the lives of their children. These positive effects of good fathering are evident each week when DC males of all ages converge on UPO in their quest to become what many secretly have always desired to become-a great father to their children.

In a scene repeated every Wednesday and Saturday, fathers from all walks of life are skillfully guided through intense personal exercises, all designed to help them become even better parents, thereby helping their families and especially the children to avoid the pittfalls seen far too often in urban environments.

Funded by the DC Department of Human Services, Fatherhood Initiative, this unique activity is now in its third year of operation having served nearly 225 DC fathers.

UPO's Kim Williams, Fatherhood's program director, says the activity provides skills development and training. "The Fatherhood Initiative encourages responsible parenting and facilitates good relationships between the father, mother, children, and other family members," she adds.

According to Ms. Williams, several cycles have completed, with fathers now "moving on to newer and better things" that benefit their families and especially the children, many of whom for the first time now have a



UPO FAMILY SUPPORT PROGRAMS... ...HELP SMOOTH PARENTS' PATHS



UPO Fatherhood case manager Charles Pyatt, at left, and Woodrow J. Sheffield, mentorship director, display newly awarded credentials certifying them as substance abuse counselors.



Small group of fathers gather at UPO with staff for support and to discuss issues relative to their situations during recent Saturday session under auspices of the Fatherhood Initiative.

'real' father at home." Currently, 25 fathers are enrolled in the eight week cycle with more expected in the second quarter of 2006.

A major element of the Fatherhood Initiative is its training option whereby men who want to move forward and improve their lives along with the lives of their children, can do so with UPO's help.

One example is the recent graduation of five UPO Fatherhood Initiative participants from Pre-Apprenticeship Carpentry classes at the Mid Atlantic Regional Council of Carpentry lo-

cated in Upper Marlboro, Maryland. The comprehensive 16-week course guarantees graduates union employment with starting salaries ranging from $12 to $18 per hour provided they continue the intership process. Not bad for fathers who, in some cases, were previously unemployed or severely underemployed. Five UPO Fatherhood Initiative customers graduated. Take down their names for future reference; Juan Adams, Teddy Keith, Rashard Pennington, Lonnie Shepard, and Rodwick Moss. These will be the men who, in the future,

Please see "Families ..." on page 2

# Family Support Key Element of UPO Initiatives

Continued from page 1

may provide you with first rate carpentry work on your home or place of business.

One noteworthy Fatherhood Initiative success story belongs to James Hall, then a young, single father of a one-year old daughter who joined the program in 2003. Early on he decided to fully care for his daughter, literally by any and all means. After the intense UPO training sessions, which occurred Wednesdays and Saturdays, Hall enrolled into the University of the District of Columbia majoring in Criminal Justice. Now in his second year at UDC, Mr. Hall plans to continue his studies for the express benefit of his daughter, Jamya, now 3.

The Fatherhood Initiative is only one of many Family Support activities carried out by UPO. Strengthening families is a signaficant part of the agency's overall goal. UPO operates a Family Strengthening activity at its Ralph Waldo "Petey" Greene Community Service Center located in the heart of the city's Ward 8 community.

Funded by the District of Columbia's Department of Human Services, Family Strengthening enhances the family structure by way of day and evening activities designed to promote academic achievement, career development, case management, parenting support, and other enrichment programs. According to Sheilia Strain, director of UPO's Asset Development Division, the UPO component under which Family Strengthening falls, the program targets low-income residents residing within certain neighborhoods located in Ward 8. Currently, nearly 30 individuals participate regularly in Family Strengthening.

The District of Columbia is fortunate to have still other unique activities available to its citizens. Shelter Plus Care is a federally funded permanent housing program geared toward homeless DC families who are in recovery for substance abuse and who may also be HIV/AIDS certified.

According to Program Coordinator JoAnn Graves Featherson, MSW, families are referred to UPO by the Community Partnership for the Prevention of Homelessness, a local homeless prevention program. Participants receive housing placements and supportive services to assure their self-sufficiency and quality of life improvement.



Fatherhood Initiative participant Juan Adams, holding his daughter, is surrounded by family and friends following his receipt of the Certificate of Completion in the carpentry program.



James Hall, who has received national recognition, is one of many success stories emanating from UPO's Fatherhood Initiative.



UNITED PLANNING ORGANIZATION REPORTER

Published by the United Planning Organization, 301 Rhode Island Avenue, NW, Washington, DC 20001-1826, expressly for persons interested in the programs and activities of the organization. All letters or comments are welcome.

Chair, UPO Board of Directors
F. ALEXIS H. ROBERSON

UPO Chief Executive Officer
DANA M. JONES

Public Awareness Director
HARVEY N. JOHNSON III

For more information on programs described in this issue of the
UPO REPORTER
or on any other UPO activity, call (202) 238-4696
or FAX to (202) 588-1479
or Email to: info@upo.org
UPO's web site: www.upo.org

# UPO Community Elections...
## ...Demonstrate Dedication to DC Democracy





Paul Trantham, elected Board representative from Ward-5, signs agreement following Board of Directors installation ceremony.

Voter casts ballot in the District's Ward-1 quadrant during UPO's groundbreaking community elections.

To insure impartiality and fairness, UPO solicited assistance from the League of Women Voters to monitor the process and count ballots.

The United Planning Organization's Board of Directors formally welcomed 10 new members to its body, all of whom were elected, representing specific wards located throughout the District of Columbia.

The group joined the Board in an effort to accord more customer input into the overall governance of UPO, thus affording to the city's neighborhoods more input in agency programs and services.

The group's seating followed the announcement of results from the unprecedented citywide elections recently held by the United Planning Organization. The League of Women Voters served as monitoring authority with election results certifications handled by the accounting firm of F.S. Taylor and Associates.

The overall election process was hammered out by the UPO Board of Director's By-Laws Committee, headed by member Shirley A. Higuchi, Esq., which crafted the new guidelines calling for the ward by ward elections. This process eliminated the system whereby agencies receiving the bulk of UPO grants appointed representatives to the governing body.



Initial group of newly elected Board members are sworn-in. From left, Tamika Bradshaw, Ward 8; Renee Burr, Ward 8; Maria T. Wilson, Wards 3 and 4; John Leftwich, Ward 2; Honorable Annice M. Wagner, UPO Board of Directors Vice Chair; and Agnes Chase, Ward 7. Other new members were sworn-in during this and subsequent meetings.

The action marked the first time in more than three decades that UPO board members were seated following a comprehensive community-based citywide electorial process.

Newly elected members were on-hand and formally installed at a special fall 2005 meeting called in part to welcome the group and to serve as an orientation/training session for all Board members. Additional elected members were installed during subsequent Board meetings where they immediately began the process of governing the $38 million community action agency.

Remarking on the new direction the Board is now taking, Chair F. Alexis H. Roberson said, "This is such an outstanding evening as we install our 10 new Board members," adding "UPO has become a much stronger organization."

Please see "Elections ..." on page 7

# UPO's 22nd Annual Martin Luth

## Spotlight Shines on UPO/Joseph A

Expectations were especially high as UPO's annual Martin Luther King, Jr. Memorial Breakfast approached for the 22nd time. This time the event would highlight its main purpose; to raise monies for the agency's Joseph A. Beavers Scholarship Fund, a program that has awarded numerous scholarships since its inception in 1990.

While previous events provided only a fleeting look at scholarship recipients, the 2006 Breakfast, would for the first time, formally present them to the DC stage. By all accounts, both the scholarship recipients and Breakfast attendees were elated.

UPO's staff and management were likewise ecstatic when nearly 1000 agency supporters attended, declaring their ongoing support for the District of Columbia's premier community action agency, a service organization now in its 43rd year of operation.

DC Congresswoman Eleanor Holmes Norton keynoted the event, praising UPO for its many activities conducted throughout the city. "UPO is an indispensable part of the District of Columbia" she noted adding "We all have a special respect for UPO because of its work."

Erick Littleford became the first scholarship recipient to speak before the group. A graduate of Washington, DC's Roosevelt Senior High School, Littleford received the UPO/Joseph A. Beavers Scholarship in 1999 and subsequently attended the Rochester Institute of Technology where he received a Bachelors degree in public policy.

Currently studying for his Masters, Littleford spoke before the group thanking UPO for his earlier scholarship. He then described his journey from Kennedy Street, NW to attending a university urging other recipients to "stress ideas just as Dr. King did," adding "UPO is instilling you with ideas," urging future scholarship recipients to make the most of their awards. Littleford then introduced those scholarship recipients present.



More than 1000 UPO supporters celebrated Dr. King during the 22nd annual Breakfast held to raise scholarship funds and recommit to values championed by the civil rights leader.



Holding the Martin Luther King, Jr. Community Service Award on behalf of his group is Dr. Charles Murphy, Board Chair, Thurgood Marshall Center Trust, Inc. With him are, from left, UPO Board Member Stanley J. Mayes; F. Alexis H. Roberson, UPO Board Chair; UPO Chief Executive Officer, Dana M. Jones; Dr. Murphy; and the Honorable Eleanor Holmes Norton.

DC Council Chair Linda Cropp brought greetings on behalf of the Council observing that partnerships are as important than ever. "We need to have partnerships with organizations such as UPO," she noted.

Board Chair F. Alexis H. Roberson acknowledged UPO's

# er King, Jr. Memorial Breakfast
## A. Beavers' Scholarship Recipients



Beaming with pride immediately following the Breakfast are from left, Dana M. Jones, F. Alexis H. Roberson, ; Elema Boru, 2004 scholarship recipient; Reina Arevalo, 2005 scholarship recipient; Dexter Edwards, 2001 scholarship recipient; Erick Littleford; Renee Bennaugh, 2005 scholarship recipient; and Chymaria Ball, 2005 scholarship recipient.



Honorable Eleanor Holmes Norton, D-DC, delivers a stirring, thought provoking keynote address.



Erick Littleford, a 1999 UPO/Joseph A. Beavers Scholarship recipient and recent Public Policy graduate from Rochester Institute of Technology, became the first scholarship recipient to speak before the gathering.



Arthur P. Scandrett, recipient of the Mildred Claypoole Community Service Award.



City Administrator Robert Bobb addressed the audience on behalf of the District of Columbia Government.

many accomplishments during 2005 bringing attention to the recent citywide elections held for UPO board members - see article page 3. She then acknowledged that Dana Jones joined UPO as Chief Executive Officer in August 2005 adding "UPO maintains a strong plan for fiscal accountability." Ms. Roberson told the gathering that the agency that UPO will serve more than 62,000 DC residents in 2006 in many areas including Head Start, early childhood development, neighborhood development, senior citizens programs, youth activities and others.

UPO 23rd Annual Martin Luther King, Jr. Memorial Breakfast occurs Monday, January 15, 2007.

Please see "UPO's 22nd Annual..." on page 8

UPO/Joseph A. Beavers
Scholarship Application
submission deadline is
April 17, 2006 at 5:00 PM.
Call (202) 238-4629
E-Mail to: cjohnson@upo.org

# UPO's Aging Programs Enrich Lifestyles

Seldom does one find a group more deserving of the unique services provided by UPO than the District of Columbia's large population of elderly residents.

Deservingly, the city's senior population participates in numerous activities operated by UPO and funded mainly by the District of Columbia's Office on Aging, the federal Community Services Block Grant, and others. Seniors participate on a daily and/or weekly basis thanks to a cadre of dedicated staff who, more often than not, receive a very sincere "thank you" from elderly program participants.

The United Planning Organization's programs for seniors encompass a wide array of activities geared toward the special needs of its customer base, according to Dianna Guinyard, director of UPO's Aging Services Division, the component responsible for six diverse programs spread throughout the city.

Three programs, Washington Elderly Handicapped Transportation Service (WEHTS), Home Delivered Meals, and Call -N- Ride are operated by UPO's Transportation Division. According to Lester Monica Wynn, the division's director, WEHTS daily transports an estimated 125 seniors via its fleet of busses while Home Delivered Meals daily reach more than 1,500 DC senior citizens.

UPO's newest senior citizen activity is the Geriatric Day Care program located in the heart of city's Ward 8 community. Headed by Angela Fields, the unit commenced operations in September 2005 inside UPO's sparkling new Ralph Waldo "Petey" Greene Community Service Center located along Martin Luther King, Jr. Avenue in the southeast section of Washington, DC. The program serves seniors residing in Wards 6, 7, and 8, east of the Anacostia River.

Providing a comprehensive array of services designed to enhance the lives of seniors, the program goes a long way toward helping prevent premature institutionalization, thus allowing seniors to continue living in their homes while at the same time remaining active in their respective communities.

Services include supervised care, counseling, transportation, socialization, and special activities. Others are hot lunches and snacks, medical consultations, nursing care, and nutrition/dietician services.

Cited among the service qualities are reduced or delayed admission to nursing homes and reduction in overall health care costs.


Seniors study health issues from local newspaper *The Senior Beacon* as part of their daily line-up of activities at UPO's Geriatric Program.


It's family participation at the UPO Geriatric program as Mrs. Maggie B. Williams, 86, and a 22-year cancer survivor, spends time at the center with her husband, Mr. C. Fredrick Williams, 85. They've been married 52 years.


Geriatric Day Care staff, from left, Reginald Harris, driver/bus monitor; Markesha Stancil, program aide; Patricia Trim, activity coordinator; and Angela Fields, program director. Not shown is Lucille Grimes, senior aide from the DC Department of Employment Services.

---

**UPO SENIOR CITIZENS ACTIVITIES**

Foster Grandparents Program (Citywide)

Geriatric Day Care (Wards 6, 7, & 8)

Project KEEN
(Keeping Elderly Eating Nutritiously) (Ward 7)

UPO Senior Services (Ward 6)

UPO Senior Citizens
Weekend Nutrition (Citywide)

Washington Elderly
Handicapped Transportation
(Wards 1,2,4,5,6,7,8);

Home Delivered Meals (Citywide);

Call -N- Ride (Citywide)

Washington Seniors
Wellness Center (Ward 7)

# UPO Child Care '06 Rolls On To Record Achievements





Children gather in group writing skills session at UPO's Early Childhood Development Center # 2. The teacher is Ms. Celestina Ogu-Egbuhuo, a recent graduate from the University of the District of Columbia.



Children at an Early Childhood Development Center are thrilled to hear readings from the UPO's Chief Executive Officer Dana M. Jones.

Upon learning that UPO was one of the initial test sites for what was then called the *great Head Start experiment* nearly 42 years ago, most react with astonishment. Well, what a test it was! Head Start turned out to be one of the most successful and sensational childhood educational programs in history. In fact, Head Start is one of the most emulated programs the world over as demonstrated by the highly successful Sure Start program now operating in the United Kingdom.

But Head Start remains key to the educational and health development of children throughout the United States. Funded by the U.S. Department of Health and Human Service's Administration for Children and Families, along with the District of Columbia's Department of Human Services, UPO's Office of Preschool and Day Care enrolls a combined 2200 children in Head Start, Early Head Start, and early childhood education programs in eight early childhood development centers located throughout the city. Moreover, UPO funds 10 Head Start delegate agencies and slot purchase centers providing quality educational opportunities to numerous children citywide.

According to UPO's William D. Hughey, deputy executive for Preschool and Day Care, Head Start's curriculum is individualized and features educational programs that include emergent literacy, physical/health and safety, nutrition, disabilities intervention, transitional services and others. The total family is stressed throughout the child's Head Start career.

Meanwhile, UPO recently received an incentive grant from DC Department of Human Service Office of Early Childhood Development to implement a pilot demonstration project to determine how best to prepare children for school.

## *Elections Signal New Age in Agency Governance*

Continued from page 3

The new members, representing customers receiving services from UPO, join a Board of Directors that normally consists of 30-members, in what is termed a "tripartite" style governance. In this system, one-third of the membership is appointed by the Mayor of Washington, DC; one-third represents major groups of interest such as business, labor, education; and now one-third elected by their peers to represent the community's interests.

A new member who could be described as a very dedicated neighborhood worker is Paul Trantham, elected by his neighbors in the District's Ward 5 community. Mr. Trantham says many issues confront his constituents including (the need for) literacy training, crime prevention, homelessness, and affordable housing. "I believe I have the ability (to serve on UPO's Board) because I know how to help people see the whole picture through my own life experiences growing-up in DC," he notes.

Another new Board member describes specific needs in her community. "I saw this [running for UPO Board membership] as an opportunity to do something more than just 'belly ache' and complain about the issues and concerns that plague my community," said Rhonda White one of two new members representing DC's Ward 7. Ms. White, who readily acknowledges "this won't be my last electoral run," says that many issues confront residents in her ward.

Among them, White says are poor family structures and the lack of sound foundations, abandoned and distressed properties, as well as the lack of affordable housing. She wants to use her UPO Board membership to help correct ills in her community and in the city at-large.

| UPO BOARD of DIRECTORS as of FEBRUARY 2006 |  |
|---|---|
| F. Alexis H. Roberson, Chair | |
| Honorable Annice M. Wagner, Vice Chair | |
| Carrolena M. Key, Treasurer | |
| Nathaniel Howard, Secretary | |
| Tamika Bradshaw * | Brenda J. Kelly |
| Renee Burr * | John Leftwich * |
| Carol W. Caldwell | Stanley J. Mayes, Esq. |
| Agnes Chase * | Sherry Hobbs Newman |
| Nanette Cothran * | Paul Trantham * |
| Alfreda V. Davis | Rev. Frank D. Tucker |
| Denise Hickmon | Gustavo F. Velasquez |
| Shirley A. Higuchi, Esq. | Juanita Vines * |
| Clyde E. Howard, Jr. | Rhonda White * |
| Cosby Hunt | Maria T. Wilson * |
| Patricia Jenkins * | Anne Witt |
| * denotes newly elected members | |

# UPO's 22nd Annual Martin Luther King, Jr. Memorial Breakfast

Continued from page 5

Continued from page 5





Receiving surprise Special Recognition Awards are, from left, Carol W. Caldwell, UPO Board member and Robert Durham, UPO staff member. Both are longtime Co-Chairs of the Martin Luther King, Jr. Memorial Committee. Joining them are CEO Dana M. Jones, Board Chair F. Alexis H. Roberson, and Honorable Eleanor Holmes Norton.

Holding the George H.R. Barney Ross Memorial Award on behalf of STRIVE DC, is Ms. Christine Hart-Wright, the group's executive director, along with the Honorable Eleanor Holmes Norton, center, and UPO Board member Brenda J. Kelly, at right.







Gladys W. Mack, UPO's chief operating officer, greets many in the audience during break in program.

Master of Ceremonies Jerry Phillips, at left, takes a moment to greet an old friend, DC Ward 8 Councilmember Marion Barry Jr.

Local television reporter Jan Fox of WUSA TV-9, conducts interviews with UPO/Joseph A. Beavers Scholarship recipient Elema Boru and Fatherhood Initiative participant Rodrick Moss during Breakfast.

# UPO Unleashes New Corporate Logo

You may have noticed something different on pages 1 and 2 of this issue of the UPO Reporter. For a close-up view, take a look at the design contained within this article.

Yes, it's the United Planning Organization's new corporate logo. It's been 20-years since the previous revision; another 13-years prior to that. In fact, many believe it incredulous a revision was so long in coming.

However, in late 2005, UPO decided to take a bold step and redefine its operational model; consequently the new logo was required to define



the agency's current thrusts.

"This logo demonstrates UPO's close ties to District of Columbia residents and their neighborhoods" noted Dana M. Jones, the organization's chief operating officer, who officially took the agency's helm in August 2005, adding, "our new look better reflects 21st Century ideas and ideals."

Board of Directors Chair, F. Alexis H. Roberson, noting the distinctive DC map contained within, said "The logo has a great psychological effect on all who view it."

Jones concluded "this change is designed to enhance our visibility and at the same time demonstrate UPO's value as a District of Columbia institution."