# EXHIBIT 9



Related ACF Sites: OCS Home |
About OCS

OFFICE OF COMMUNITY SERVICES   Increasing the Capacity of Individuals, Families and Communities



Community
Services
Block
Grant

## TERMS AND CONDITIONS

### STATES, TERRITORIES, AND TRIBAL GRANTEES FY 2005

The following terms and conditions are applicable to the Community Services Block Grant Program:

- All eligible entities, currently in good standing within the State, shall receive its proportionate share of the increase in Community Services Block funds. The proportionate share increase is to be applied to the 90 percent funds distributed by the State to all eligible entities.
- Grantees are required to submit annual financial status reports, SF-269A's (Short Form), for this program. The first report is due 90 days after the end of first year, ie. December 30, 2005. Final reports are due December 30, 2006. Failure to submit reports on time may be the basis for withholding financial assistance payments, suspension or termination of funding.

  Forms should be mailed to :

  Reasmy Norin

  Financial Management Specialist

  Administration for Children and Families

  Office of Administration

  Office of Grants Management

  Division of Mandatory Grants

  370 L'Enfant Promenade, S.W.

  Washington, D.C. 20447

- Funds are available for expenditure in accordance with Title VI of Public Law 97-35 as amended by P.L. 106-113, 45 CFR Part 96, OMB Circular A-87, and the laws and procedures applicable to the Community Service Block Grant Program.
- Payments to grantees from their allotment for any fiscal year shall be expended by the grantee in such fiscal year or in the succeeding fiscal year, Section 678(b)(42 U.S.C. 9907).
- Grantees shall adhere to the nondiscrimination provisions outlined in Section 677 (42 U.S.C. 9906).
- Grantees shall adhere to the Limitations on Use of Grants for Construction outlined in Section 680 (42 U.S.C. 9909).
- Each grantee receiving an allotment for a fiscal year shall adhere to the Application and Requirement Assurances set forth in Section 675, including Section 675(c)(2)(B), 675 (c)(2)(A) and Section 675(c)(5).

- Grantees shall adhere to a provision of law which requires that to the extent FY 2005 CSBG funds are distributed by a State to an eligible entity, and have not been expended by such eligible entity, they shall remain with such eligible entity for carryover and expenditure into the next fiscal year. If FY 2005 funds are carried forward by such eligible entity into FY 2006, those funds must be fully expended on or before September 30, 2006.
- Grantees shall adhere to the provisions of 678D which addresses the grantees responsibilities for fiscal control, fund accounting and audit procedures.
- The expenditure of funds under this program is subject to the annual audit requirements under the Single Audit Act of 1984 (P.L. 98-502) and the Office of Management and Budget Circular 133 (Audits of State and Local Governments, Institutions of Higher Education and Other Non-Profit Organizations.
- Grantees under Section 678D (a)(1)(B) shall adhere to cost and accounting standards of the Office of Management and Budget Circulars A-110 (Administrative Standards for Grants and Cooperative Agreements to Non-Profit Organizations), codified at 45 CFR Part 74, and A-122 (Cost Principles for Non-Profit Organizations).
- As stated in Section 507 of Public Law 103-333 it is the sense of Congress that, to the extent practicable, all equipment and products purchased with funds made available in this Act should be American made.
- As stated in Section 508 of Public Law 103-333, statements, press releases, requests for proposals, bid solicitations and other documents describing projects or programs funded in whole or in part with Federal money, all grantees receiving Federal funds, including but not limited to State and local governments and recipients of Federal research grants, shall clearly state (1) the percentage of the total costs of the program or project which will be financed with Federal money, (2) the dollar amount of Federal funds for the project or program, and (3) percentage and dollar amount of the total costs of the project or program that will be financed by nongovernmental sources.
- DHHS regulations codified in Title 45 of the Code of Federal Regulations are applicable:

> Part 16 - Department Grant Appeals Board
>
> Part 30 - Claims Collection
>
> Part 76 - Debarment and Suspension from Eligibility for
>
> Financial Assistance.
>
> Subpart F. Drug-Free Workplace
>
> Part 93 - New restrictions on lobbying
>
> Part 96 - Block grants
>
> Part 97 - Consolidation of grants to the insular areas

- Grantees must comply with Public Law 103-227, Part C - Environmental Tobacco Smoke, also known as the Pro-Children Act of 1994 (Act). This Act requires that smoking not be permitted in any portion of any indoor facility owned or leased or contracted by an entity and used routinely or regularly for the provision of health, day care, education, or library services to children under the age of 18, if the services are funded by Federal programs either directly or through State or local governments. Federal programs include grants, cooperative agreements, loans or loan guarantees, and contracts. The law does not apply to children's services provided in private residences, facilities funded solely by Medicare or Medicaid funds, and portions of facilities used for inpatient drug and alcohol treatment.
- The grantee further agrees that the above language will be included in any subawards which contain provisions for children's services and that all subgrantees shall certify compliance accordingly. Failure to comply with the provisions of this law may result in

the imposition of a civil monetary penalty of up to $1000 per day.

NOTE: For your information, the U.S. General Accounting Office maintains a toll free telephone number, (800) 424-5454, for receiving information concerning fraud, waste or abuse under grants and cooperative agreements. Such reports are kept confidential, and callers may decline to give their names if they choose to remain anonymous.