# EXHIBIT 10

Case 1:05-cv-01271-GK    Document 78-21    Filed 02/27/2007    Page 1 of 6

# DEPARTMENT OF HEALTH AND HUMAN SERVICES (DHHS)
# ADMINISTRATION FOR CHILDREN AND FAMILIES (ACF)

## STANDARD TERMS AND CONDITIONS -- DISCRETIONARY GRANTS

The attached Financial Assistance Award is subject to Federal legislation and to DHHS and ACF regulations and policies. These include the following:

1. For institutions of higher education, hospitals, other non-profit organizations, and commercial (for-profit) organizations, Title 45 of the Code of Federal Regulations (45 CFR) Part 74, *"Uniform Administrative Requirements for Awards and Subawards to Institutes of Higher Education, Hospitals, Other Non-Profit Organizations; and Commercial Organizations; and Certain Grants and Agreements with States, Local Governments and Indian Tribal Governments."* [http://www.hhs.gov/progorg/grantsnet/adminis/cfr45.html]

2. For States, local governments and Federally recognized Indian Tribes, 45 CFR Part 92, *"Uniform Administrative Requirements for Grants and Cooperative Agreements to State and Local Governments."* [http://www.hhs.gov/progorg/grantsnet/adminis/cfr45.html]

3. Other DHHS regulations codified in Title 45 of the Code of Federal Regulations [http://www.hhs.gov/progorg/grantsnet/adminis/cfr45.html]:

   | | |
   |---|---|
   | Part 16 - | Procedures of the Departmental Grant Appeals Board |
   | Part 30 - | Claims Collection |
   | Part 46 - | Protection of Human Subjects |
   | Part 76 - | Governmentwide Debarment and Suspension (Non-Procurement) and Governmentwide Requirements for Drug-Free Workplace (Grants) |
   | Part 80 - | Nondiscrimination Under Programs Receiving Federal Assistance through the DHHS Effectuation of Title VI of the Civil Rights Act of 1964 |
   | Part 81 - | Practice and Procedure for Hearings Under Part 80 of This Title |
   | Part 84 - | Nondiscrimination on the Basis of Handicap in Programs and Activities Receiving Federal Financial Assistance |
   | Part 86 - | Nondiscrimination on the Basis of Sex in Education Programs and Activities Receiving or Benefiting From Federal Financial Assistance |
   | Part 91 - | Nondiscrimination on the Basis of Age in HHS Programs or Activities Receiving Federal Financial Assistance |
   | Part 93 - | New Restrictions on Lobbying |
   | Part 100 - | Intergovernmental Review of DHHS Programs and Activities |

   For Head Start Programs    [http://www2.acf.dhhs.gov/programs/hsb/html/regulations.html]

   | | |
   |---|---|
   | Part 1301 - | Head Start Grants Administration |
   | Part 1302 - | Policies and Procedures for Selection, Initial Funding, and Refunding of Head Start Grantees, and for Selection of Replacement Grantees |
   | Part 1303 - | Appeal Procedures for Head Start Grantees and Current or Prospective Delegate Agencies |
   | Part 1304 - | Program Performance Standards for the Operation of Head Start Programs by Grantee and Delegate Agencies |
   | Part 1305 - | Eligibility, Recruitment, Selection, Enrollment and Attendance in Head Start |
   | Part 1306 - | Head Start Staffing Requirements and Program Operations |
   | Part 1308 - | Head Start Program Performance Standards on Services for Children with Disabilities |
   | Part 1309- | Head Start Facilities Purchase |
   | Part 1310- | Head Start Transportation |
   | Part 1311- | Head Start Fellows Program |

CONFIDENTIAL
MAK 1684

12. Public Law 103-227, Part C - Environmental Tobacco Smoke, also known as the Pro-Children's Act of 1994 requires that smoking not be permitted in any portion of any indoor facility owned or leased or contracted for by an entity and used routinely or regularly for the provision of health, day care, education, or library services to children under the age of 18, if the services are funded by Federal programs either directly or through State or local governments, by Federal grant, contract, loan, or loan guarantee. The law does not apply to children's services provided in private residences, facilities funded solely by Medicare or Medicaid funds, and portions of facilities used for inpatient drug or alcohol treatment. [http://www.ed.gov/legislation/GOALS2000/TheAct/sec1043.html]

13. For purposes of this award each item of equipment with an acquisition cost of less than $5,000 is included under supplies, is allowable as a direct cost of this project, and does not require prior approval of the Grants Officer. Conversely, an item of equipment with an acquisition cost of $5,000 or more is NOT considered an allowable project cost without prior written approval of the Grants Officer.

14. The Grantee shall comply with all provisions of OMB Circular A-133 (revised June 24, 1997), "*Audits of States, Local Governments and Non-Profit Organizations.*" [http://www.whitehouse.gov/WH/EOP/OMB/html/circulars/a133/a133.html]   Grantees that expend a total of $300,000 or more in federal funds are required to submit an annual audit within nine months after the end of the audit period. The Reporting Package should include: 1) SF-SAC-Data Collection Form for Reporting on Audits of States, Local Governments and Non-Profit Organizations [http://harvester.census.gov/sac/mstempl.html]; 2) Summary of prior audit findings; 3) Auditors reports; and 4) Corrective action plans. Copies of this Reporting Package are to be sent to: Single Audit Clearinghouse, Bureau of the Census, 1201 E. 10th Street, Jeffersonville, Indiana  47132. The Grantee is requested to send a courtesy copy of the Reporting Package with a copy of any management letters issued by the auditor to: Michael Rolish, ACF Grants Officer, Administration for Children and Families, 150 S. Independence Mall West, Suite 864, Philadelphia, PA 19106-3409.

15. Grantees shall comply with the particular set of federal cost principles that applies in determining allowable costs. Allowability of costs shall be determined in accordance with the cost principles applicable to the entity incurring the costs:

    - The allowability of costs incurred by State, local or federally-recognized Indian tribal governments is determined in accordance with the provisions of OMB Circular A-87, "*Cost Principles for State and Local Governments.*" [http://www.whitehouse.gov/WH/EOP/OMB/html/circulars/a087/a087-all.html]
    - The allowability of costs incurred by nonprofit organizations (except for those listed in Attachment C of Circular A-122) is determined in accordance with the provisions of OMB Circular A-122, "*Cost Principles for Nonprofit Organizations*" and paragraph (b) of 45 CFR §74.27. [http://www.whitehouse.gov/WH/EOP/OMB/html/circulars/a122/a122.html]
    - The allowability of costs incurred by institutions of higher education is determined in accordance with the provisions of OMB Circular A-21, "*Cost Principles for Educational Institutions*: [http://www.whitehouse.gov/WH/EOP/OMB/html/circulars/a021/a021.html]
    - The allowability of costs incurred by hospitals is determined in accordance with the provisions of Appendix E of 45 CFR Part 74, "*Principles for Determining Costs Applicable to Research and Development Under Grants and Contracts with Hospitals.*"
    - The allowability of costs incurred by commercial organizations and those non-profit organizations listed in Attachment C to Circular A-122 is determined in accordance with the provisions of the federal Acquisition Regulation (FAR) at 48 CFR Part 31, except that independent research and development costs are unallowable.

16. The grantee must address the Secretary of the Interior's Standards for the Treatment of Historical Properties 36 CFR Part 68.
    http://www.access.gpo.gov/nara/cfr/waisdx_02/36cfr68_02.html

REVISED 2/2003

CONFIDENTIAL
MAK 1685



**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Administration for Children and Families, Region III

Suite 864
150 S. Independence Mall West
Philadelphia, PA 19106-3499

OCT 0 9 2003

Reference:  Head Start Program
Early Head Start Program

Dear Grantee:

The enclosed Financial Assistance Award provides the balance of base, COLA and quality improvement funds for the referenced programs for the current budget period. If you have any questions regarding this grant award, call your fiscal contact in the Regional Office.

Sincerely,

*Robert Sullivan*

Robert Sullivan
Grants Officer

OCT 14 PM 3:42

Enclosure

CONFIDENTIAL
MAK 1686

| | 1. RECIPIENT | SAI NUMBER: |
|---|---|---|
| **DEPARTMENT OF HEALTH AND HUMAN SERVICES**<br>ADMINISTRATION FOR CHILDREN AND FAMILIES<br>**FINANCIAL ASSISTANCE AWARD** | OCT 1 0 2003 | PMS DOCUMENT NUMBER:<br>03CH0380/39 |

| 1. AWARDING OFFICE:<br>Region III Office for Children and Families | 2. ASSISTANCE TYPE:<br>Discretionary Grant | 3. AWARD NO.:<br>03CH0380/39 | 4. AMEND. NO.:<br>5 |
|---|---|---|---|
| 5. TYPE OF AWARD:<br>SERVICE | 6. TYPE OF ACTION:<br>Supplement | 7. AWARD AUTHORITY:<br>42 USC 9801 ET SEQ | |
| 8. BUDGET PERIOD:<br>08/01/2003 THRU 07/31/2004 | 9. PROJECT PERIOD:<br>INDEFINITE | 10. CAT NO:<br>93600 | |
| 11. RECIPIENT ORGANIZATION:<br>UNITED PLANNING ORGANIZATION<br>PRESCHOOL AND DAY CARE DIVISION<br>301 Rhode Island Avenue, N.W.<br>WASHINGTON DC 20001<br>Benjamin Jennings, Executive Director | | 12. PROJECT / PROGRAM TITLE:<br>HS & EHS Programs | |
| 13. COUNTY:<br>DIST OF COLUMBIA | 14. CONGR. DIST:<br>1 | 15. PRINCIPAL INVESTIGATOR OR PROGRAM DIRECTOR:<br>Mr. William Hughey, Head Start Director | |

| 16. APPROVED BUDGET: | | 17. AWARD COMPUTATION: | | |
|---|---|---|---|---|
| Personnel.................. | $ 1,545,900 | A. NON-FEDERAL SHARE........... $ | 3,592,555 | 20.00 % |
| Fringe Benefits........... | $ 468,326 | B. FEDERAL SHARE................. $ | 14,370,219 | 80.00 % |
| Travel.......................... | $ 1,500 | | | |
| Equipment................... | $ 0 | 18. FEDERAL SHARE COMPUTATION: | | |
| Supplies...................... | $ 55,375 | A. TOTAL FEDERAL SHARE............... $ | | 14,370,219 |
| Contractual................. | $ 10,943,293 | B. UNOBLIGATED BALANCE FEDERAL SHARE....... $ | | |
| Facilities/Construction....... | $ 0 | C. FED. SHARE AWARDED THIS BUDGET PERIOD. $ | | 14,370,219 |
| Other........................... | $ 808,081 | 19. AMOUNT AWARDED THIS ACTION: | $ | 8,442,268 |
| Direct Costs............... | $ 13,822,475 | 20. FEDERAL $ AWARDED THIS PROJECT PERIOD: | $ | |
| Indirect Costs............<br>At ___ % of $ ___ | $ 547,744 | 21. AUTHORIZED TREATMENT OF PROGRAM INCOME:<br>ADDITIONAL COSTS | | |
| In Kind Contributions........... | $ 0 | 22. APPLICANT EIN: | 23. PAYEE EIN: | 24. OBJECT CLASS: |
| Total Approved Budget(**).. | $ 14,370,219 | 1-520788987-A1 | 1-520788987-A1 | 41.51 |

25. FINANCIAL INFORMATION:

| ORGN | DOCUMENT NO. | APPROPRIATION | CAN NO. | NEW AMT. | UNOBLIG. | NONFED % |
|---|---|---|---|---|---|---|
| R03 | 03CH038039 | 75-4-1536 | 2004 G034122 | $8,442,268 | | |

26. REMARKS:

Client Population: 2005.
Number of Delegates : 6.
This grant is paid by the Payment Management System (PMS) See attached payment info.
All previous terms and conditions remain in effect.(**)Reflects only federal share of approved budget.
This action awards the balance of base, COLA and quality improvement funds for the Head Start
portion of your program for the current program year.

CONFIDENTIAL
MAK 1687

| 27. SIGNATURE - ACF GRANTS OFFICER | DATE: | 28. SIGNATURE(S) CERTIFYING FUND AVAILABILITY |
|---|---|---|
| *Robert J. Sullivan* (signed) | 10/9/2003 | |

| 29. SIGNATURE AND TITLE - PROGRAM OFFICIAL(S) | DATE: |
|---|---|
| Edward L. Vreeswyk, Head Start/DD Br Chief | |

DGCM-3-785 (Rev. 86)

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
ADMINISTRATION FOR CHILDREN AND FAMILIES
**FINANCIAL ASSISTANCE AWARD**

1. RECIPIENT

OCT 1 0 2003

SAI NUMBER:

PMS DOCUMENT NUMBER:
03CH0380/39

| 1. AWARDING OFFICE: Region III Office for Children and Families | 2. ASSISTANCE TYPE: Discretionary Grant | 3. AWARD NO.: 03CH0380/39 | 4. AMEND. NO.: 6 |
|---|---|---|---|
| 5. TYPE OF AWARD: SERVICE | 6. TYPE OF ACTION: Supplement | 7. AWARD AUTHORITY: 42 USC 9801 ET SEQ. | |
| 8. BUDGET PERIOD: 08/01/2003 THRU 07/31/2004 | 9. PROJECT PERIOD: INDEFINITE | 10. CAT NO.: 93600 | |

**11. RECIPIENT ORGANIZATION:**
UNITED PLANNING ORGANIZATION
PRESCHOOL AND DAY CARE DIVISION
301 Rhode Island Avenue, N.W.
WASHINGTON DC 20001
Benjamin Jennings, Executive Director

**12. PROJECT / PROGRAM TITLE:**
HS & EHS Programs

| 13. COUNTY: DIST OF COLUMBIA | 14. CONGR. DIST: 1 | 15. PRINCIPAL INVESTIGATOR OR PROGRAM DIRECTOR: Mr. William Hughey, Head Start Director |
|---|---|---|

**16. APPROVED BUDGET:**
- Personnel............ $ 1,597,402
- Fringe Benefits........ $ 483,863
- Travel................ $ 1,500
- Equipment............ $ 0
- Supplies............. $ 56,000
- Contractual.......... $ 11,243,978
- Facilities/Construction... $ 0
- Other................ $ 810,878
- Direct Costs......... $ 14,193,621
- Indirect Costs....... $ 568,477
  At     % of $
- In Kind Contributions...... $ 0
- Total Approved Budget(**).. $ 14,762,098

**17. AWARD COMPUTATION:**
- A. NON-FEDERAL SHARE...... $ 3,690,525   20.00 %
- B. FEDERAL SHARE.......... $ 14,762,098   80.00 %

**18. FEDERAL SHARE COMPUTATION:**
- A. TOTAL FEDERAL SHARE............ $ 14,762,098
- B. UNOBLIGATED BALANCE FEDERAL SHARE...... $
- C. FED. SHARE AWARDED THIS BUDGET PERIOD. $ 14,762,098

**19. AMOUNT AWARDED THIS ACTION:** $ 391,879

**20. FEDERAL $ AWARDED THIS PROJECT PERIOD:** $

**21. AUTHORIZED TREATMENT OF PROGRAM INCOME:** ADDITIONAL COSTS

| 22. APPLICANT EIN: 1-520788987-A1 | 23. PAYEE EIN: 1-520788987-A1 | 24. OBJECT CLASS: 41.51 |
|---|---|---|

**25. FINANCIAL INFORMATION:**

| ORGN | DOCUMENT NO. | APPROPRIATION | CAN NO. | NEW AMT. | UNOBLIG. | NONFED % |
|---|---|---|---|---|---|---|
| R03 | 03CH038039 | 75-4-1536 | 2004 G034125 | $391,879 | | |

**26. REMARKS:**
Client Population: 2005.
Number of Delegates: 6.
This grant is paid by the Payment Management System (PMS) See attached payment info.
All previous terms and conditions remain in effect.(**)Reflects only federal share of approved budget.
This action awards the balance of base, COLA and quality improvement funds for the Early Head Start portion of your program for the current program year.

**CONFIDENTIAL**
**MAK 1688**

| 27. SIGNATURE - ACF GRANTS OFFICER *Robert J. Sullivan* | DATE: 10/9/2003 | 28. SIGNATURE(S) CERTIFYING FUND AVAILABILITY |
|---|---|---|

**29. SIGNATURE AND TITLE - PROGRAM OFFICIAL(S)**      DATE:

Edward L. Vreeswyk, Head Start/DD Br Chief

DGCM-3-785 (Rev. 86)