# EXHIBIT 15

# DEPARTMENT OF HEALTH AND HUMAN SERVICES (DHHS)
# ADMINISTRATION FOR CHILDREN AND FAMILIES (ACF)

## STANDARD TERMS AND CONDITIONS -- DISCRETIONARY GRANTS

The attached Financial Assistance Award is subject to Federal legislation and to DHHS and ACF regulations and policies. These include the following:

1. For institutions of higher education, hospitals, other non-profit organizations, and commercial (for-profit) organizations, Title 45 of the Code of Federal Regulations (45 CFR) Part 74, "*Uniform Administrative Requirements for Awards and Subawards to Institutes of Higher Education, Hospitals, Other Non-Profit Organizations; and Commercial Organizations; and Certain Grants and Agreements with States, Local Governments and Indian Tribal Governments.*" [http://www.hhs.gov/progorg/grantsnet/adminis/cfr45.html]

2. For States, local governments and Federally recognized Indian Tribes, 45 CFR Part 92, "*Uniform Administrative Requirements for Grants and Cooperative Agreements to State and Local Governments.*" [http://www.hhs.gov/progorg/grantsnet/adminis/cfr45.html]

3. Other DHHS regulations codified in Title 45 of the Code of Federal Regulations [http://www.hhs.gov/progorg/grantsnet/adminis/cfr45.html]:

    Part 16 -     Procedures of the Departmental Grant Appeals Board
    Part 30 -     Claims Collection
    Part 46 -     Protection of Human Subjects
    Part 76 -     Governmentwide Debarment and Suspension (Non-Procurement) and Governmentwide Requirements for Drug-Free Workplace (Grants)
    Part 80 -     Nondiscrimination Under Programs Receiving Federal Assistance through the DHHS Effectuation of Title VI of the Civil Rights Act of 1964
    Part 81 -     Practice and Procedure for Hearings Under Part 80 of This Title
    Part 84 -     Nondiscrimination on the Basis of Handicap in Programs and Activities Receiving Federal Financial Assistance
    Part 86 -     Nondiscrimination on the Basis of Sex in Education Programs and Activities Receiving or Benefiting From Federal Financial Assistance
    Part 91 -     Nondiscrimination on the Basis of Age in HHS Programs or Activities Receiving Federal Financial Assistance
    Part 93 -     New Restrictions on Lobbying
    Part 100 -    Intergovernmental Review of DHHS Programs and Activities

    ### For Head Start Programs   [http://www2.acf.dhhs.gov/programs/hsb/html/regulations.html]

    Part 1301 -   Head Start Grants Administration
    Part 1302 -   Policies and Procedures for Selection, Initial Funding, and Refunding of Head Start Grantees, and for Selection of Replacement Grantees
    Part 1303 -   Appeal Procedures for Head Start Grantees and Current or Prospective Delegate Agencies
    Part 1304 -   Program Performance Standards for the Operation of Head Start Programs by Grantee and Delegate Agencies
    Part 1305 -   Eligibility, Recruitment, Selection, Enrollment and Attendance in Head Start
    Part 1306 -   Head Start Staffing Requirements and Program Operations
    Part 1308 -   Head Start Program Performance Standards on Services for Children with Disabilities
    Part 1309-    Head Start Facilities Purchase
    Part 1310-    Head Start Transportation
    Part 1311-    Head Start Fellows Program

CONFIDENTIAL
MAK 1712

For Runaway and Homeless Youth Programs

Part 1351 -    Runaway and Homeless Youth Program

4. 37 CFR Part 401 - Rights to Inventions Made by Nonprofit Organizations and Small Business Firms Under Government Grants, Contracts, and Cooperative Agreements.
[http://www.access.gpo.gov/nara/cfr/waisidx/37cfr401.html]

5. The recipient organization must carry out the project according to the application as approved by the Administration for Children and Families (ACF), including the proposed work program and any amendments, all of which are incorporated by reference in these terms and conditions.

6. If this is a multi-year project and it is not the final budget period, the grantee is advised that future awards for continuation of this project will be dependent upon the availability of Federal funds, satisfactory progress by the grantee, and ACF's determination that continued funding is in the best interest of the Federal government.

7. Grantees shall liquidate all obligations incurred under the award not later than 90 days after the end of the project period. The only exceptions to this rule are the basic Head Start grants with an indefinite project period. For these grants, liquidation of obligations should occur not later than 90 days after each budget period. In either case, an unobligated balance from a prior budget period does not authorize a grantee to obligate funds in excess of the total federally approved budget reflected on the FAA for the current budget period.

8. The DHHS Inspector General maintains a toll free number, **800-HHS-TIPS** (800-447-8477), for receiving information concerning fraud, waste or abuse under grants and cooperative agreements. Such reports are kept confidential, and callers may decline to give their names if they choose to remain anonymous. [http://www.dhhs.gov/progorg/oei/hotline/hhshot.html]

9. The grantee will take all necessary affirmative steps to ensure that small, minority and woman-owned business firms are utilized when possible as sources of supplies, services, equipment and construction. To the extent practicable, all equipment and products purchased with funds made available through this award should be American-made.

10. Failure to submit reports (i.e., financial, progress, or other required reports) on time may be the basis for withholding financial assistance payments, suspension, termination or denial of refunding. A history of such unsatisfactory performance may result in designation of "high risk" status for the recipient organization and may jeopardize potential future funding from DHHS.

11. Under Section 508 of Public Law 103-333, the following condition is applicable to all Federal awards:

"When issuing statements, press releases, requests for proposals, bid solicitations and other documents describing projects or programs funded in whole or in part with Federal money, all grantees receiving Federal funds, including but not limited to State and local governments and recipients of Federal research grants shall clearly state (1) the percentage of the total costs of the program or project which will be financed with Federal money, (2) the dollar amount of Federal funds for the project or program, and (3) the percentage and dollar amount of total costs of the project or program that will be refinanced by nongovernmental sources."

CONFIDENTIAL
MAK 1713

12. Public Law 103-227, Part C - Environmental Tobacco Smoke, also known as the Pro-Children's Act of 1994 requires that smoking not be permitted in any portion of any indoor facility owned or leased or contracted for by an entity and used routinely or regularly for the provision of health, day care, education, or library services to children under the age of 18, if the services are funded by Federal programs either directly or through State or local governments, by Federal grant, contract, loan, or loan guarantee. The law does not apply to children's services provided in private residences, facilities funded solely by Medicare or Medicaid funds, and portions of facilities used for inpatient drug or alcohol treatment. [http://www.ed.gov/legislation/GOALS2000/TheAct/sec1043.html]

13. For purposes of this award each item of equipment with an acquisition cost of less than $5,000 is included under supplies, is allowable as a direct cost of this project, and does not require prior approval of the Grants Officer. Conversely, an item of equipment with an acquisition cost of $5,000 or more is NOT considered an allowable project cost without prior written approval of the Grants Officer.

14. The Grantee shall comply with all provisions of OMB Circular A-133 (revised June 24, 1997), "*Audits of States, Local Governments and Non-Profit Organizations.*" [http://www.whitehouse.gov/WH/EOP/OMB/html/circulars/a133/a133.html] Grantees that expend a total of $300,000 or more in federal funds are required to submit an annual audit within nine months after the end of the audit period. The Reporting Package should include: 1) SF-SAC-Data Collection Form for Reporting on Audits of States, Local Governments and Non-Profit Organizations [http://harvester.census.gov/sac/mstempl.html]; 2) Summary of prior audit findings; 3) Auditors reports; and 4) Corrective action plans. Copies of this Reporting Package are to be sent to: Single Audit Clearinghouse, Bureau of the Census, 1201 E. 10th Street, Jeffersonville, Indiana 47132. The Grantee is requested to send a courtesy copy of the Reporting Package with a copy of any management letters issued by the auditor to: Michael Rolish, ACF Grants Officer, Administration for Children and Families, 150 S. Independence Mall West, Suite 864, Philadelphia, PA 19106-3409.

15. Grantees shall comply with the particular set of federal cost principles that applies in determining allowable costs. Allowability of costs shall be determined in accordance with the cost principles applicable to the entity incurring the costs:

    - The allowability of costs incurred by State, local or federally-recognized Indian tribal governments is determined in accordance with the provisions of OMB Circular A-87, "*Cost Principles for State and Local Governments.*" [http://www.whitehouse.gov/WH/EOP/OMB/html/circulars/a087/a087-all.html]
    - The allowability of costs incurred by nonprofit organizations (except for those listed in Attachment C of Circular A-122) is determined in accordance with the provisions of OMB Circular A-122, "*Cost Principles for Nonprofit Organizations*" and paragraph (b) of 45 CFR §74.27. [http://www.whitehouse.gov/WH/EOP/OMB/html/circulars/a122/a122.html]
    - The allowability of costs incurred by institutions of higher education is determined in accordance with the provisions of OMB Circular A-21, "*Cost Principles for Educational Institutions*: [http://www.whitehouse.gov/WH/EOP/OMB/html/circulars/a021/a021.html]
    - The allowability of costs incurred by hospitals is determined in accordance with the provisions of Appendix E of 45 CFR Part 74, "*Principles for Determining Costs Applicable to Research and Development Under Grants and Contracts with Hospitals.*"
    - The allowability of costs incurred by commercial organizations and those non-profit organizations listed in Attachment C to Circular A-122 is determined in accordance with the provisions of the federal Acquisition Regulation (FAR) at 48 CFR Part 31, except that independent research and development costs are unallowable.

16. The grantee must address the Secretary of the Interior's Standards for the Treatment of Historical Properties 36 CFR Part 68.
    http://www.access.gpo.gov/nara/cfr/waisdx_02/36cfr68_02.html

REVISED 2/2003

CONFIDENTIAL
MAK 1714

# MEMORANDUM

To: William Hughey
Delores Lawrence

From: *[signature]*
Benjamin Jennings, Executive Director

Date: September 8, 2003

Re: FY 03/04 Head Start/Early Head Start Program Grant Award

Attached, for your information and use, is the FY 03/04 Head Start continuation and supplemental funding grant totaling $14,727,105 to serve 1,873 preschool age children and 132 infants and toddlers and families in D.C. through July 31, 2004. Funds awarded this action total $5,831,488 through September 31, 2003.

Also, note UPO's waiver request for COLA and Program Improvement funds to be used for fringe benefit increases for Head Start and Early Head Start staff has been approved. Please work with Monica Beckham to prepare a notification to CWA Local 2336 for my signature. Work with F.S. Taylor and Associates to enter the 03/04 budgets into the Solomon system.

Keep up the good work.


Attachments


cc: Gladys Mack
    Monica Beckham
    Sheila Shears
    Amin Kakeh
    Badri Simlote
    Odu Thomas

BJ/yil

CONFIDENTIAL
MAK 1715



**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Administration for Children and Families, Region III

Mr. Benjamin Jennings
Executive Director
United Planning Organization
Preschool and Day Care Division
301 Rhode Island Avenue, N.W.
Washington, D.C. 20001

Suite 864
150 S. Independence Mall West
Philadelphia, PA 19106-3499

AUG - 7 2003

Reference: Head Start/Early Head Start Progra
Grant Number: 03CH0380/39
Budget Period: 08/01/2003-07/31/2004

Dear Mr. Jennings:

The enclosed Financial Assistance Award (FAA) authorizes Fiscal Year 2003 continuation and supplemental funding for the above referenced Head Start/Early Head Start grant. Continuation funds included in this grant award are as follows:

|  | FY 2003 Funding | Awarded This Action |
|---|---|---|
| Head Start Base (PA22) | $12,733,431 | $4,456,700 (35%) |
| Early Head Start Base (PA 25) | $ 1,536,775 | $1,152,581 (75%) |
| TOTAL | $14,270,206 | $5,609,281 |

FY 2003 supplemental funds are also included in this award notice. Head Start (PA 22) supplemental funds, as included in Amendment # 1, are awarded as follows:

|  | FY 2003 Funding | Awarded This Action |  |
|---|---|---|---|
| Cost of Living Award (COLA) | $ 191,001 | $ 66,850 | (35%) |
| Quality Improvement (HS Teachers) | $ 31,834 | $ 11,141 | (35%) |
| Other Quality (NRS) | $ 31,834 | $ 11,141 | (35%) |
| T/TA Award (HS) | $ 133,075 | $ 133,075 | (100%) |
| TOTAL | $ 387,744 | $ 222,207 |  |

Supplemental PA 25 Early Head Start funds included in Amendment #2 are as follows:

|  | FY 2003 Funding | Awarded This Action |  |
|---|---|---|---|
| Cost of Living Award (COLA) | $ 23,052 | $ 17,289 | (75%) |
| Quality Improvement (EHSTeachers) | $ 3,842 | $ 2,881 | (75%) |
| Other Quality (Teacher training) | $ 3,842 | $ 2,881 | (75%) |
| T/TA Award (EHS) | $ 38,419 | $ 38,419 | (100%) |
| TOTAL | $ 69,155 | $ 61,470 |  |

In accordance with Program Instructions ACYF-PI-HS-03-01, your waiver request for COLA and Program Quality Improvements Funds will be used for fringe benefit increases for all Head Start and Early Head Start staff. Funds authorized in this award notice support the provision of Head Start/Early

CONFIDENTIAL
MAK 1716

Page Two - Mr. Jennings

Head Start services to 1,873 preschool age children and 132 infants and toddlers in Washington, D. C., which in accordance with 45 CFR 1305.3 is your approved service area. The balance of your remaining funds will be awarded in October 2003.

Please read the enclosed documents carefully, as they delineate the terms and conditions of the award.

Should you have questions regarding this grant award, you may contact Burma Paige-Stokes, Head Start Developmental Disabilities Program Specialist at (215) 861-4042, or Ed Wisniewski, Financial Management Specialist at (215) 861-4003.

Please share this award notice with your Board of Directors, the Policy Council, your six (6) delegate agencies, the Head Start Director and the Head Start/Early Head Start staff.

Sincerely,

Edward L. Vreeswyk
Head Start/ Developmental Disabilities Branch Chief

Enclosure

CONFIDENTIAL
MAK 1717

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## ADMINISTRATION FOR CHILDREN AND FAMILIES
### FINANCIAL ASSISTANCE AWARD

1. RECIPIENT

AUG - 7 2003

SAI NUMBER:

PMS DOCUMENT NUMBER: 03CH0380/39

| | | | |
|---|---|---|---|
| **1. AWARDING OFFICE:** Region III Office for Children and Families | **2. ASSISTANCE TYPE:** Discretionary Grant | **3. AWARD NO.:** 03CH0380/39 | **4. AMEND. NO** |
| **5. TYPE OF AWARD:** SERVICE | **6. TYPE OF ACTION:** Non-competing Continuation | **7. AWARD AUTHORITY:** 42 USC 9801 ET SEQ. | |
| **8. BUDGET PERIOD:** 08/01/2003 THRU 07/31/2004 | **9. PROJECT PERIOD:** INDEFINITE | **10. CAT NO.:** 93600 | |

**11. RECIPIENT ORGANIZATION:**
UNITED PLANNING ORGANIZATION
PRESCHOOL AND DAY CARE DIVISION
301 Rhode Island Avenue, N.W.
WASHINGTON DC 20001
Benjamin Jennings, Executive Director

**12. PROJECT / PROGRAM TITLE:**
HS & EHS Programs

**13. COUNTY:** DIST OF COLUMBIA

**14. CONGR. DIST:** 1

**15. PRINCIPAL INVESTIGATOR OR PROGRAM DIRECTOR:**
Mr. William Hughey, Head Start Director

### 16. APPROVED BUDGET:
| | |
|---|---|
| Personnel | $ 641,493 |
| Fringe Benefits | $ 177,844 |
| Travel | $ 525 |
| Equipment | $ 0 |
| Supplies | $ 20,600 |
| Contractual | $ 4,334,692 |
| Facilities/Construction | $ 0 |
| Other | $ 201,988 |
| Direct Costs | $ 5,377,142 |
| Indirect Costs  At ___% of $ ___ | $ 232,139 |
| In Kind Contributions | $ 0 |
| Total Approved Budget(**) | $ 5,609,281 |

### 17. AWARD COMPUTATION:
| | | |
|---|---|---|
| A. NON-FEDERAL SHARE | $ 1,402,320 | 20.00 % |
| B. FEDERAL SHARE | $ 5,609,281 | 80.00 % |

### 18. FEDERAL SHARE COMPUTATION:
| | |
|---|---|
| A. TOTAL FEDERAL SHARE | $ 5,609 |
| B. UNOBLIGATED BALANCE FEDERAL SHARE | $ |
| C. FED. SHARE AWARDED THIS BUDGET PERIOD | $ 5,609 |

**19. AMOUNT AWARDED THIS ACTION:** $ 5,609

**20. FEDERAL $ AWARDED THIS PROJECT PERIOD:** $

**21. AUTHORIZED TREATMENT OF PROGRAM INCOME:** ADDITIONAL COSTS

| 22. APPLICANT EIN: | 23. PAYEE EIN: | 24. OBJECT CLASS: |
|---|---|---|
| 1-520788987-A1 | 1-520788987-A1 | 41.51 |

### 25. FINANCIAL INFORMATION:
| ORGN | DOCUMENT NO. | APPROPRIATION | CAN NO. | NEW AMT. | UNOBLIG. | NONFED % |
|---|---|---|---|---|---|---|
| R03 | 03CH038039 | 75-3-1536 | 2003 G034122 | $4,456,700 | | |
| R03 | 03CH038039 | 75-3-1536 | 2003 G034125 | $1,152,581 | | |

### 26. REMARKS: (Continued on separate sheets)

Client Population: 2005.
Number of Delegates: 6.
This grant is paid by the Payment Management System (PMS) See attached payment info.
Attached are terms and conditions, reporting requirements, and payment instructions.
Initial expenditure of funds by the grantee constitutes acceptance of this award.
This award is subject to ACF regulations codified at 45 CFR 1301, 1302, 1303, 1304, 1305, 1306 and 1308.
(**)Reflects only federal share of approved budget.
This action awards 35% of Head Start base PA 22 funding for PY 39 (35% of $12,733,431 = $4,456,700)

**27. SIGNATURE - ACF GRANTS OFFICER**
Robert J. Sullivan
DATE: 8/4/2003

**28. SIGNATURE(S) CERTIFYING FUND AVAILABILITY**

**29. SIGNATURE AND TITLE - PROGRAM OFFICIAL(S)**
Edward L. Vreeswyk, Head Start/DD Br Chief
DATE: 7/31/03

DGCM-3-785 (Rev. 86)

CONFIDENTIAL
MAK 1718

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## ADMINISTRATION FOR CHILDREN AND FAMILIES
## FINANCIAL ASSISTANCE AWARD

1. RECIPIENT
AUG - 7 2003

SAI NUMBER:

PMS DOCUMENT NUMBER: 03CH0380/39

| 1. AWARDING OFFICE: Region III Office for Children and Families | 2. ASSISTANCE TYPE: Discretionary Grant | 3. AWARD NO.: 03CH0380/39 | 4. AMEND. NO: 1 |
|---|---|---|---|
| 5. TYPE OF AWARD: SERVICE | 6. TYPE OF ACTION: Supplement | 7. AWARD AUTHORITY: 42 USC 9801 ET SEQ. | |
| 8. BUDGET PERIOD: 08/01/2003 THRU 07/31/2004 | 9. PROJECT PERIOD: INDEFINITE | 10. CAT NO.: 93600 | |

**11. RECIPIENT ORGANIZATION:**
UNITED PLANNING ORGANIZATION
PRESCHOOL AND DAY CARE DIVISION
301 Rhode Island Avenue, N.W.
WASHINGTON DC 20001
Benjamin Jennings, Executive Director

**12. PROJECT / PROGRAM TITLE:**
HS & EHS Programs

| 13. COUNTY: DIST OF COLUMBIA | 14. CONGR. DIST: 1 | 15. PRINCIPAL INVESTIGATOR OR PROGRAM DIRECTOR: Mr. William Hughey, Head Start Director |
|---|---|---|

### 16. APPROVED BUDGET:

| | | |
|---|---|---|
| Personnel | $ | 641,493 |
| Fringe Benefits | $ | 188,763 |
| Travel | $ | 525 |
| Equipment | $ | 0 |
| Supplies | $ | 20,600 |
| Contractual | $ | 4,401,764 |
| Facilities/Construction | $ | 0 |
| Other | $ | 346,204 |
| Direct Costs | $ | 5,599,349 |
| Indirect Costs  At ___ % of $ | $ | 232,139 |
| In Kind Contributions | $ | 0 |
| Total Approved Budget(**) | $ | 5,831,488 |

### 17. AWARD COMPUTATION:
A. NON-FEDERAL SHARE........... $ 1,457,872   20.00
B. FEDERAL SHARE................... $ 5,831,488   80.00

### 18. FEDERAL SHARE COMPUTATION:
A. TOTAL FEDERAL SHARE................................ $ 5,831,488
B. UNOBLIGATED BALANCE FEDERAL SHARE........ $
C. FED. SHARE AWARDED THIS BUDGET PERIOD. $ 5,831,488

19. AMOUNT AWARDED THIS ACTION: $ 222,207

20. FEDERAL $ AWARDED THIS PROJECT PERIOD: $

21. AUTHORIZED TREATMENT OF PROGRAM INCOME: ADDITIONAL COSTS

| 22. APPLICANT EIN: 1-520788987-A1 | 23. PAYEE EIN: 1-520788987-A1 | 24. OBJECT CLASS: 41.51 |
|---|---|---|

### 25. FINANCIAL INFORMATION:

| ORGN | DOCUMENT NO. | APPROPRIATION | CAN NO. | NEW AMT. | UNOBLIG. | NONFED % |
|---|---|---|---|---|---|---|
| R03 | 03CH03039 | 75-3-1536 | 2003 G034120 | $133,075 | | |
| R03 | 03CH03039 | 75-3-1536 | 2003 G034122 | $89,132 | | |

### 26. REMARKS:
Client Population: 2005.
Number of Delegates: 6.
This grant is paid by the Payment Management System (PMS) See attached payment info.
All previous terms and conditions remain in effect.(**)Reflects only federal share of approved budget.
This action awards 35% of Head Start COLA (35% of $191,001 = $66,850), Q1 + 2 (35% of $63,668 = $22,282) and 100% of T/TA funds ($133,075). The remaining funds will be awarded in October 2003.

27. SIGNATURE - ACF GRANTS OFFICER
Robert J. Sullivan
DATE: 8/4/2003

28. SIGNATURE(S) CERTIFYING FUND AVAILABILITY

29. SIGNATURE AND TITLE - PROGRAM OFFICIAL(S)
Edward L. Vreeswyk, Head Start/DD Br Chief
DATE: 7/31/03

DGCM-3-785 (Rev. 86)

CONFIDENTIAL
MAK 1719

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## ADMINISTRATION FOR CHILDREN AND FAMILIES
### FINANCIAL ASSISTANCE AWARD

1. RECIPIENT  
AUG – 7 2003

SAI NUMBER:

PMS DOCUMENT NUMBER: 03CH0380/39

| 1. AWARDING OFFICE: Region III Office for Children and Families | 2. ASSISTANCE TYPE: Discretionary Grant | 3. AWARD NO.: 03CH0380/39 | 4. AMEND. NO 2 |
|---|---|---|---|
| 5. TYPE OF AWARD: SERVICE | 6. TYPE OF ACTION: Supplement | 7. AWARD AUTHORITY: 42 USC 9801 ET SEQ. | |
| 8. BUDGET PERIOD: 08/01/2003 THRU 07/31/2004 | 9. PROJECT PERIOD: INDEFINITE | 10. CAT NO.: 93600 | |

**11. RECIPIENT ORGANIZATION:**  
UNITED PLANNING ORGANIZATION  
PRESCHOOL AND DAY CARE DIVISION  
301 Rhode Island Avenue, N.W.  
WASHINGTON DC 20001  
Benjamin Jennings, Executive Director

**12. PROJECT / PROGRAM TITLE:**  
HS & EHS Programs

| 13. COUNTY: DIST OF COLUMBIA | 14. CONGR. DIST: 1 | 15. PRINCIPAL INVESTIGATOR OR PROGRAM DIRECTOR: Mr. William Hughey, Head Start Director |
|---|---|---|

### 16. APPROVED BUDGET:

| | |
|---|---|
| Personnel | $ 641,493 |
| Fringe Benefits | $ 194,208 |
| Travel | $ 525 |
| Equipment | $ 0 |
| Supplies | $ 20,600 |
| Contractual | $ 4,416,489 |
| Facilities/Construction | $ 0 |
| Other | $ 387,504 |
| Direct Costs | $ 5,660,819 |
| Indirect Costs At    % of $ | $ 232,139 |
| In Kind Contributions | $ 0 |
| Total Approved Budget(**) | $ 5,892,958 |

### 17. AWARD COMPUTATION:
A. NON-FEDERAL SHARE........ $ 1,473,240   20.00 %  
B. FEDERAL SHARE................ $ 5,892,958   80.00 %

### 18. FEDERAL SHARE COMPUTATION:
A. TOTAL FEDERAL SHARE................ $ 5,892,958  
B. UNOBLIGATED BALANCE FEDERAL SHARE....$  
C. FED. SHARE AWARDED THIS BUDGET PERIOD.$ 5,892,958

**19. AMOUNT AWARDED THIS ACTION:** $ 61,470

**20. FEDERAL $ AWARDED THIS PROJECT PERIOD:** $

**21. AUTHORIZED TREATMENT OF PROGRAM INCOME:** ADDITIONAL COSTS

| 22. APPLICANT EIN: 1-520788987-A1 | 23. PAYEE EIN: 1-520788987-A1 | 24. OBJECT CLASS: 41.51 |
|---|---|---|

### 25. FINANCIAL INFORMATION:

| ORGN | DOCUMENT NO. | APPROPRIATION | CAN NO. | NEW AMT. | UNOBLIG. | NONFED % |
|---|---|---|---|---|---|---|
| R03 | 03CH038039 | 75-3-1536 | 2003 G034125 | $23,051 | | |
| R03 | 03CH038039 | 75-3-1536 | 2003 G031126 | $38,419 | | |

### 26. REMARKS:
Client Population: 2005.  
Number of Delegates: 6.  
This grant is paid by the Payment Management System (PMS) See attached payment info.  
All previous terms and conditions remain in effect.(**)Reflects only federal share of approved budget.  
This action awards 75% of Early Head Start COLA (75% of $23,052 = $17,289), Q1 + 2 (75% of $7,684 = $5,762) and 100% of T/TA funds ($38,419). The remaining funds will be awarded in October 2003.

**27. SIGNATURE - ACF GRANTS OFFICER**  
Robert J. Sullivan    DATE: 8/4/2003

**28. SIGNATURE(S) CERTIFYING FUND AVAILABILITY**

**29. SIGNATURE AND TITLE - PROGRAM OFFICIAL(S)**  
Edward L. Vreeswyk, Head Start/DD Br Chief    DATE: 7/31/03

DGCM-3-785 (Rev. 86)

CONFIDENTIAL
MAK 1720

| | 1. RECIPIENT | | SAI NUMBER: |
|---|---|---|---|
| **DEPARTMENT OF HEALTH AND HUMAN SERVICES** <br> **ADMINISTRATION FOR CHILDREN AND FAMILIES** <br> **FINANCIAL ASSISTANCE AWARD** | | | **PMS DOCUMENT NUMBER** <br> 03CH0380/39 |

| 1. AWARDING OFFICE: <br> Region III Office for Children and Families | 2. ASSISTANCE TYPE: <br> Discretionary Grant | 3. AWARD NO.: <br> 03CH0380/39 | 4. AMEND. N |
|---|---|---|---|
| 5. TYPE OF AWARD: <br> SERVICE | 6. TYPE OF ACTION: <br> Non-competing Continuation | 7. AWARD AUTHORITY: <br> 42 USC 9801 ET SEQ. | |
| 8. BUDGET PERIOD: <br> 08/01/2003   THRU   07/31/2004 | 9. PROJECT PERIOD: <br> THRU | 10. CAT NO.: <br> 93600 | |
| 11. RECIPIENT ORGANIZATION: <br> UNITED PLANNING ORGANIZATION, PRESCHOOL AND DAY CARE DIVISION | | | |

**26. REMARKS:**   (Continued from previous page)

and 75% of Early Head Start base PA 25 funding for PY 39 (75% of $1,536,775 = $1,152,581). The remaining funds will be awarded in October 2003.

CONFIDENTIAL
MAK 1721

DGCM-3-785 (Rev. 86)