# EXHIBIT 16

# CHARGE OF DISCRIMINATION

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ FEPA | 04-234-P(CN) |
| ☐ EEOC | 10CA400173 |

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

**D.C. Office Of Human Rights** _____ and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.)
Mr. M. Amin Kakeh

**HOME TELEPHONE** (Include Area Code)
(703) 642-8921

**STREET ADDRESS** — **CITY, STATE AND ZIP CODE**
7050 Leestone Street, Springfield, VA 22151

**DATE OF BIRTH**
06/28/1944

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**
United Planning Organization

**NUMBER OF EMPLOYEES, MEMBERS**
Cat C (201-500)

**TELEPHONE** (Include Area Code)
(202) 238-4600

**STREET ADDRESS** — **CITY, STATE AND ZIP CODE**
301 Rhode Island Avenue, N.W., Washington, DC 20001

**COUNTY**
001

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))

☒ RACE   ☒ COLOR   ☒ SEX   ☒ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST 04/01/2003    LATEST 03/11/2004
☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

I believe I have been subjected to unlawful discrimination and harassment based on my race (White), national origin (Syrian), sex (male), color (light-skinned) and religion (Muslim) in the terms, conditions and privileges of my employment due to the following:

On April 1, 2003, Respondent denied me the opportunity to be promoted to the position of Chief Financial Officer (CFO). The individual who filled the position (Black/U.S./female/dark-skinned/Christian) did not meet the position's qualifications for which I was qualified. Respondent's Executive Director (Black/U.S./male/dark-skinned/Christian) was responsible for hiring the CFO.

On June 6, 2003, Respondent's Deputy Director (Black/U.S./female/dark-skinned/Christian) officially stripped me of my duties in a manager's meeting. Specifically, she stated that all contact and correspondence must be with the CFO and not with the Controller.

On October 3, 2003, I wrote a memorandum to the Executive Director explaining in detail how the communication between management and myself has ceased since the position of CFO was created. Specifically, my department was not afforded any help from the CFO as previously promised; I have not been invited to any financial meetings since

** Text is Continued on Attached Sheet(s) **

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. I declare under penalty of perjury that the foregoing is true and correct.

Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)
03-31-04

MY COMMISSION EXPIRES: 02-28-2007

OC FORM 5 (Rev. 07/99)

**CHARGING PARTY COPY**

## AFFIDAVIT (cont.)

my department was not afforded any help from the CFO as previously promised; I have not been invited to any financial meetings since the CFO position was filled; my name has been taken off the distribution list; and I have been stripped of my authority and duties as Controller, though I still maintain the title, to work in a more clerical capacity.

On October 14, 2003, I was called a "liar" by the CFO for not submitting financial statements, which had previously been submitted to her.

On October 15, 2003, the CFO told me that I had a "problem" and that I "should close the door and say some prayers for myself."

On October 16, 2003 and October 20, 2003, I wrote memorandums to the Executive Director reporting this harassment. Included in this report was a comment from the Deputy Director who stated that I "had no rights" when I asked for a counselor to be present at a meeting on October 15, 2003 to discuss the memorandum I had submitted on October 3, 2003.

On October 20, 2003, Respondent's General Counsel (Black/U.S./female/dark-skinned/Christian) began an investigation into my harassment claims. However, I have not been apprised of any results and the harassment continues.

I charge Respondent with an unlawful discriminatory practice on the bases of my race, national origin, sex, religion and color in violation of the D.C. Human Rights Act of 1977, as amended, and Title VII of the Civil Rights Act of 1964, as amended. I have not commenced any action, civil, criminal or administrative based on the above allegations, other than the following: CROSS FILED WITH THE EEOC.

I have read and had an opportunity to correct this Affidavit consisting of 2 typed [X] pages and swear that these facts are true and correct to the best of my knowledge and belief. handwritten [ ]

Subscribed and sworn to before me this 31st day of March 2004.

MY COMMISSION EXPIRES: 02-28-2007

00000

C AFF-B (08/89)