# EXHIBIT 19

PERSONNEL ACTION

No. 51633

[X] New Hire  [ ] Salary Increase  [ ] Voluntary Termination  [ ] Change-Benefits

[ ] Transfer  [ ] Salary Decrease  [ ] Involuntary Termination  [ ] Change-Name/Address

NAME KAKEH, Mohammad Amin  SOCIAL SECURITY No. 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  Effective DATE 6/29/98

ADDRESS 7050 Leestone St  TELEPHONE No. (703) 642-8921  ID No. 6823
        Springfield, VA  22151

| CURRENT POSITION | NEW POSITION |
|---|---|
| Title Controller ___ Func. ___ | Title ___ Func. ___ |
| Office Controller | Office |
| Division | Division |
| Office Director | Office Director |
| Division Head | Division Head |
| Salary $65,520 -- $33.60 p.h. cc#8909B2 | Salary $ ___ -- $ ___ p.h. cc# |
| Person to Sign Time Card Gladys Mack | Person to Sign Time Card |
| EOD Date 6/29/98 | Effective Date |
| Address of Employment 401 M St. SW | Address of Employment |
| Telephone Number (202) 289-9100 | Telephone Number (202) |

|  | TERMINATION |
|---|---|
| Tenure Code ___ Organization Code ___ | Title ___ Func. ___ |
| XXX Six Months Term Appointment | Office |
| XXX Full Time  ___ Part Time | Division |
| ___ Permanent  ___ Temporary | Office Director |
| XXX 4 Hours  XXX 6 Hours | Division Head |
|  | Salary |
| Medical Kaiser -D  Date 7-12-98 | Effective Date |
| Life Ins. yes  Date 6/29/98 | Reason |
| Pension yes  % Date 12/29/98 | Forwarding Address |
| LTD yes  Date 6/29/98 |  |
| Marital Status married |  |

| CONTROLLER | HUMAN RESOURCES |
|---|---|
| Annual Leave Taken (hrs.) | UPO Properties |
| Annual Leave Owed to Employee | Petty Cash |
| Annual Leave Owed to UPO | Outstanding Exp. Vouch. |
| Sick Leave Taken | ID Card |
| Sick Leave Owed to UPO | Attachment to Pension |
| Final Salary Covers Through |  |
| Approved | CONFIDENTIAL |
| Office of Controller | MAK 0042 |

6/29/98

APPROVAL _____

Office of Human Resources

CONTROLLER

Revised 4/96