# EXHIBIT 20

TITLE: Controller

REPORTS TO: Executive Director

SUPERVISES: Personnel Responsible for the Accounting Revenue and Budget Grants

BASIC FUNCTION: Oversees, Administers and supervises the funanceial accounting, budgeting, reporting functions.

DUTIES AND REPONSIBILITIES: The Comptroller is generally responsible for the management of all fiscal transactions along with their related accounting and bookkeeping functions within the Finance Division. He/She will be responsible for overall budget managment including disbursements, creation and maintenance of complete accounting an dbookkeeping systems in accordance with UPO and funding surce guidelines, and the preparation of all financial reports and related documentation for UPO and its ventures in accordance with funding source guidelines and requirements. The Comptroller is also expected to act as chief financial advisor to the Executive Director regarding fiscal resources and outlays, superivse the financial operations and activities of the agency and its ventures or subsidiaries under the direction of the Executive Director. Administer the preparation and disbursement of checks and the recording and accounting of all transactions in accordance with UPO and funding source guidelines. Coordinate with the other Divisions in the preparation and management of operating budgets and the allocation of fiscal resources for development programs and activities. Establish, implement, and maintain effective accounting/bookkeeping systems controls UPO. Prepare monthly, quarterly, semi-annual, and annual financial

CONFIDENTIAL
MAK 0013

ts as required by the Executive Director including balance sheets, profit-and-loss statement, income statements, trial balances, worksheets, and master budgets. Prepare financial documentation as required by funding sources in accordance with applicable guidelines and requirements. Oversee the maintenance of all records involving financial transactions. Coordinate with outside auditors in the performance of regular special audits of the UPO's books. Advise the Executive Director regarding the financeial and accounting aspects of actual and/or proposed venture or program related outlays. Performs other duties as assigned.

**WORKS CLOSELY WITH:** Executive Director and other Office Directors, Executive Staff of Delegate Agencies and staff of funding agencies and audit firms.

**QUALIFICATION CRITERIA:** CPA and BS in Accounting/Finance, 10 years experience in accounting and budgeting, 5 years experience in a similar position for a non-profit organization perferred. Must have prior automation and supervisory experience.

**CLASSIFICATION:** Professional

**GRADE:**

CONFIDENTIAL
MAK 0014