# EXHIBIT 21

[ORIGINAL]

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---------------------------------------x

MOHAMMED AMIN KAKEH,                    x

          Plaintiff,          x Civil Case No.

          v.                  x 1:05-CV-1271

UNITED PLANNING ORGANIZATION, INC., x

          Defendant.          x

--------------------------------------- x

                              Tuesday, April 4, 2006

                              Washington, D.C.

The deposition of WILLIAM D. HUGHEY called for examination by counsel for Plaintiff in the above-titled matter, pursuant to notice, in the Offices of Zipin & Melehy, 8403 Colesville Road, Silver Spring, Maryland, before Jonell Easton, notary public, at 1:20 p.m., when were present on behalf of respective parties:



Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

DEPOSITION OF WILLIAM HUGHEY
Conducted on April 4, 2006

12

1  I am not privy, I have heard he is no longer with

2  the agency. I don't know the conditions associated

3  with that.

4      Q.   How about any rumors?

5      A.   I stay clear of rumors.

6      Q.   Have you heard anything?

7      A.   When people say things, I may be polite,

8  but I move on.

9      Q.   You tune out?

10     A.   Yes.

11     Q.   What about Nona McLean, do you know about

12  her departure?

13     A.   No, I worked with her, she was

14  institutional services chief.

15     Q.   Did she live with Ben Jennings?

16     A.   I would have no idea.

17     Q.   Did you have any discussion with Amin

18  Kakeh about Sue Brown, consultant Sue Brown?

19     A.   Any discussions with Amin about Sue Brown,

20  as much as I can recall, as with any vendor, there

21  might have been discussion about payment,

1   explanation of invoices.

2   Q.   Do you remember any discussion with him

3   about Sue Brown?

4   A.   There was one time when I asked for some

5   cost sharing between cost centers, who was

6   responsible for cost centers in other parts of the

7   agency and working that out with his and my

8   superiors to share costs, I think I wrote a letter

9   to that effect.

10   Q.   Cost sharing between which centers?

11   A.   Between Head Start and other cost centers,

12   probably, as I recall, that contractor did things

13   with Head Start and other components with the

14   agency, there was discussion with sharing the cost

15   and I wrote a letter to ask for consideration of

16   costs to be assumed by another party based on our

17   cost analysis.

18   MR. MELEHY:   Is this the letter?

19   Let me have that marked as the first

20   exhibit.

21

14

1            (Hughey Deposition Exhibit No. 1 was
2    marked for identification.)
3            BY MR. MELEHY:
4       Q.   I am showing you Exhibit 1.
5       A.   Yes, this is the letter.
6       Q.   For the record, the letter indicates, It
7    is requested that consideration be given to
8    re-allocation of most or all costs for the Sue
9    Brown Associates contract for FY 2002-2003 to a non
10   Head Start cost center. This request is based upon
11   the actual time, days and hours, devoted to Head
12   Start and child development related tasks as
13   opposed to other assigned tasks. We have already
14   re-allocated current year costs for this contract
15   to a non Head Start cost center.
16           Thank you for expediting this request.
17           You may direct any questions to me or Ms.
18   Delores Lawrence, Head, Budgets and Grants
19   Management Division.
20           Is that what it says?
21      A.   Correct.

DEPOSITION OF WILLIAM HUGHEY
Conducted on April 4, 2006

15

1    Q.   This is a memo to Amin Kakeh from you
2  dated March 31, 2004.  Is that correct?
3    A.   Correct.
4    Q.   Did that letter proceed or follow talks
5  you had with Amin?
6    A.   That letter followed some analysis Ms.
7  Lawrence and I had and as well as talks with Amin
8  and discussion of how we felt, I think closing in
9  the last quarter of the year March 31, about that
10 time of year, looking at cost allocations for the
11 previous year and we felt, as we were looking to
12 plan a budget in Head Start, if those non Head
13 Start cost centers--the last sentence, first
14 paragraph, I am referring to cost centers in my
15 department and the first part of the paragraph
16 refers to cost centers in other parts of the
17 agency.
18   Q.   Why was it best to share the cost in other
19 cost centers?
20   A.   We were looking at tasks and going over
21 cost allocations.

DEPOSITION OF WILLIAM HUGHEY
Conducted on April 4, 2006

16

1  Q.   Head Start wasn't paying for all of the
2  Sue Brown Associates costs?
3  A.   Not all of that because we were moving
4  costs off of Head Start, the last sentence is child
5  care related cost centers, I am responsible for, we
6  used for some of that, looking at how the costs
7  could be shared across the agency, right.
8  Q.   You cc'd this memo to Sheila Shears.
9  Right?
10 A.   Right.
11 Q.   Who is Delores Lawrence?
12 A.   Head of Budgets and Grants Management
13 Division within the office of pre-schools and day
14 care in my office.
15 Q.   She is below you?
16 A.   Right, she reported to me.
17 Q.   Did Ms. Shears ask you not to deal with
18 Mr. Kakeh on this?
19 A.   No.
20 Q.   Never?
21 A.   No.

DEPOSITION OF WILLIAM HUGHEY
Conducted on April 4, 2006

17

1  Q.  Did you have any discussion with Ms.
2  Shears prior to writing this memorandum to Mr.
3  Kakeh?
4  A.  I don't recall.
5  Q.  Did you have any discussion with Mr. Kakeh
6  after writing this memo?
7  A.  I don't recall.  I know the adjustments
8  were made and his department handled it.
9       After that, once it was agreed upon it
10 would be done, I moved on and let his department
11 take care of it.
12 Q.  Did he did reallocate the cost?
13 A.  Best of my recollection, yes.
14 Q.  How did you find that out?
15 A.  There is an annual and monthly expense
16 reports that comes out that show expenses, I can't
17 recall the details.  I am certain it did happen.
18 Like I said, budget expense reports monthly and to
19 close out the audit.
20 Q.  Did Mr. Kakeh talk to you about his
21 discussions with federal regulators?

DEPOSITION OF WILLIAM HUGHEY
Conducted on April 4, 2006

25

1  have been there and may have gotten it.
2       Did he get a copy?
3  A.  Automatically, that position would have to
4  get a copy of everything around that, I cannot
5  swear to the timing when he left, I know it was
6  somewhere in there.
7  Q.  Did he attend any of these meetings?
8  A.  Not as far as I can recall, not to my best
9  memory.
10 Q.  Was Roy Lane from Walker & Company?
11 A.  Yes.
12 Q.  Do you recall having any discussion, at
13 all, with Mr. Kakeh about this April 20, 2004
14 letter from Head Start?
15 A.  I do not.
16 Q.  Why is it that the controller would be
17 present at these team meetings?
18 A.  Because of his position in the
19 organization.
20 Q.  What benefit would the controller be?
21 A.  Looking at financial systems and I would

26

glean input from that person on our financial systems.

Q. Do you know why you didn't talk to Mr. Kakeh about the April 20, 2004 letter?

A. As far as I can recall, my best memory is he departed, it was somewhere in there.

Q. His departure was approximately June 2, 2004.

A. June 2, okay, I couldn't explain that. I don't recall him being involved in the initial meeting, even though our meetings went well beyond June 2, we started it during the month of May, our work was--

Q. What did you do in May?

A. Work on the quality improvement plan.

Q. You worked on which quality improvement plan?

A. In response to the April 20 letter, I think we did at least two drafts to the region, I can't recall, maybe two drafts.

Q. The quality improvement plan is something