# EXHIBIT 22

[ORIGINAL]

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------------x

MOHAMMED AMIN KAKEH,                 x

       Plaintiff,            x Civil Case No.

       v.                    x 1:05-CV-1271

UNITED PLANNING ORGANIZATION, INC., x

       Defendant.            x

------------------------------------ x

Thursday, June 15, 2006

Silver Spring, Maryland

The deposition of ALEXIS ROBERSON called for examination by counsel for Plaintiff in the above-titled matter, pursuant to notice, in the Offices of Melehy & Associates, 8403 Colesville Road, Silver Spring, Maryland, before Jonell Easton, notary public, at 12:18 p.m., when were present on behalf of respective parties:



*Precise Reporting Services*
(301) 210-5092
Serving MD, D.C. & VA

DEPOSITION OF ALEXIS ROBERSON
Conducted on June 15, 2006

15

1   and that was to put a plan in place to turn the
2   organization around.
3       Q.   Who appointed you to be chair of the
4   management committee?
5       A.   Chairman of the board, he was a banker, I
6   can get you the name.
7       Q.   I should know, but we can get that
8   information.  We don't have to hold the deposition
9   up because of that.
10          MS. DAVIS:  Russell Simmons.
11          BY MR. MELEHY:
12      Q.   What position did you hold with the board
13  in 2004?
14      A.   I was just a board member.
15      Q.   A board member elected or appointed?
16      A.   Appointment by the mayor.
17      Q.   Were you on any committees in 2004?
18      A.   No, I have never been on a committee until
19  I was asked to take a leadership role in the
20  management committee to turn the organization
21  around and that happened the week of the report

1   A.   Yes.

2   Q.   So is it fair to say you became involved,
3   heavily involved, as of sometime in March of 2004?

4   A.   Yes.

5   Q.   Do you know when, in March, that would
6   have been?

7   A.   Probably March 11, when we received the
8   report, that was about the time I was asked to be
9   the management, chair of the management committee
10  to come up with strategy to turn the agency around.

11  Q.   Was that the day that Ben Jennings was let
12  go or suspended?

13  A.   He was put on admin leave.

14  Q.   That day?

15  A.   That day, that evening.

16  Q.   When did you assume the chairmanship?

17  A.   I am not quite sure.

18  Q.   March or April?

19  A.   That was the next year, it was in '05.

20  Q.   You are still sure it was 2005?

21  A.   Yes, because we had an acting chair,

DEPOSITION OF ALEXIS ROBERSON
Conducted on June 15, 2006

19

1  Russell Simmons continued to be the chair for a
2  while and we had an acting chair until we had an
3  election.
4          I believe the election, I want to say the
5  elections are usually in November, probably was
6  November of 2005, but maybe--I am not quite sure.
7      Q.  We will reserve that for now.
8      A.  Because I was head of the management
9  committee for a long period of time and the
10 acting--we had an acting chair until it was time
11 for the regular election of officers of the board
12 whatever, there is a timeframe for that.
13         I don't know exactly.  I don't know why I
14 keep thinking November.
15     Q.  What, if any, role did you play in the
16 appointment or selection of Dana Jones as executive
17 director or president of UPO?
18     A.  I played a big role in it.
19     Q.  What role?  Can you explain?
20     A.  I recommended him to the committee.  He
21 was recommended to us from leadership, Mr. Eboda is

DEPOSITION OF ALEXIS ROBERSON
Conducted on June 15, 2006

20

1  the one who actually let me know about him, didn't

2  know he was available to come, but that he had a

3  national recognition in the community action

4  community, that he was a strong manager and we

5  really were seeking him as interim until--to help

6  us find a permanent director.

7     Q.  Did you have any communications with

8  Sheila Shears?

9     A.  Very limited, on occasions, I do believe

10 she was called to come in to some board meetings.

11    Q.  What was your understanding of her

12 position at UPO?

13    A.  She was in finance.  I believe she was a

14 consultant, was she not, I believe she was a

15 consultant in finance.  I believe she was called in

16 for that.  I don't know.

17    Q.  Do you know who hired her?

18    A.  Not sure, I don't know.

19    Q.  Would it have been Ben Jennings?

20    A.  Probably.

21    Q.  How long have you known Ben Jennings?

28

1  that to him.

2  He was trying to explain to me that there
3  was overspending in certain areas, but he couldn't
4  really substantiate that because my question was
5  why would you allow it, you are controller.

6  I was agitated. Anybody who let the
7  agency get to that point, you are in a key
8  position--that is the controller.

9  By rights, you are not to let this happen.
10 If you show me this after the fact, that is not
11 right.

12 Q.  Did he tell you Mr. Jennings was not
13 cooperating in providing information that would
14 have allowed him to determine the deficit?

15 A.  Not much, like I said, it was, the meeting
16 was not really--it was--I don't know, I don't
17 remember that meeting being meaningful.

18 Q.  Did he did have a response--when you said,
19 How did you let that happen, what was his response?

20 A.  Probably he did not have the information.

21 To me, having fixed many organizations,

DEPOSITION OF ALEXIS ROBERSON
Conducted on June 15, 2006

30

1    obligated to follow.  Correct?

2        A.    No, he was not and neither was
3    Mr. Jennings in a position to give him directions
4    to do anything that was not financially sound and
5    being a controller, he cannot do that.

6        Q.    Once Mr. Kakeh told you all this about the
7    financial situation?

8        A.    That was after March 11, the whole world
9    knew, The Washington Post and everybody.

10       Q.    Once he told you that, did you talk to
11   Sheila Shears or Gladys Mack?

12       A.    I didn't talk to Sheila Shears.

13       Q.    Did you talk to Gladys Mack?

14       A.    I probably talked to Gladys Mack.

15             Also, by then we had, in April, we brought
16   on Dana Jones.

17       Q.    Right.

18             At the time this happened, Sheila Shears
19   was the chief financial officer.  Correct?

20       A.    Yes.

21       Q.    If Mr. Kakeh was talking to you, strike.

DEPOSITION OF ALEXIS ROBERSON
Conducted on June 15, 2006

32

1  meeting, maybe she was in the meeting with Amin
2  Kakeh, no.
3      Q.  He asked to see you privately?
4      A.  Yes, he did, then there were two meetings.
5          Did I see him another time with Mr. Jones
6  when he came on board?
7      Q.  That was in April that Mr. Jones came on
8  board.
9      A.  Yes.
10     Q.  You met with Mr. Kakeh, Mr. Jones and
11 anybody else?
12     A.  I believe, trying to, I think Gladys Mack,
13 could have been Gladys Mack, I am not sure, I have
14 to look at the minutes, to see the notes.
15     Q.  You have notes?
16     A.  We probably have some somewhere, someone
17 can remember, I am not quite sure who, I am not
18 sure who was in that meeting.
19         MS. DAVIS:  We have never been provided
20 any notes.
21         THE WITNESS:  Because I say we have

DEPOSITION OF ALEXIS ROBERSON
Conducted on June 15, 2006

33

1 notes--we probably don't.
2        BY MR. MELEHY:
3    Q.   Were notes taken?
4    A.   I didn't take any. I don't remember
5 whether they were or not, I don't believe, so you
6 know the reason that meeting was such a non meeting
7 it was nothing, again.
8    Q.   Which meeting?
9    A.   With Amin.
10   Q.   You mean your meeting?
11   A.   Amin Kakeh, I never met with him by
12 myself.
13   Q.   Break this down.
14        The first meeting with Amin Kakeh after
15 March 11, who was in that meeting?
16   A.   I am not sure.
17   Q.   You know you and him, maybe someone else?
18   A.   Yeah.
19   Q.   Sheila Shears?
20   A.   Maybe it was, but I am not sure.
21   Q.   The second meeting you had with Dana

DEPOSITION OF ALEXIS ROBERSON
Conducted on June 15, 2006

35

1   Q.   You did not follow up, do an investigation
2   following your meeting with Mr. Kakeh?
3   A.   I did not follow up?
4   Q.   Yes.
5   A.   We did a lot of looking at the finances,
6   trying to get to the bottom of what is in this
7   report, not addressed to any person.
8         I was looking at issues and trying to get
9   them corrected.
10  Q.   Did you recommend that Mr. Jennings be
11  placed on admin leave?
12  A.   Did I?
13  Q.   Yes.
14  A.   Yes, the whole board did.
15  Q.   Did you vote?
16  A.   I am sure I did.
17  Q.   Did you vote to place Mr. Jennings on
18  admin leave?
19  A.   Yes.
20  Q.   Did you vote to terminate Mr. Jennings at
21  some point in time?

DEPOSITION OF ALEXIS ROBERSON
Conducted on June 15, 2006

36

1    A.    Yes.

2    Q.    Why did you vote to place him on admin
3    leave?

4    A.    Because the allegations were so serious in
5    this report and he was at the top and we were
6    depending on him to give us accurate information.

7    Q.    Did you believe he was providing accurate
8    information up until the report?

9    A.    I certainly did.

10   Q.    After you received the report of March of
11   2004 from Mr. Eboda, did you believe Mr. Jennings
12   had been providing accurate information to the
13   board?

14   A.    Maybe that could be answered by what he
15   reported might have been accurate, but he just
16   didn't report everything.

17         I certainly didn't know about the boat.

18         I certainly didn't know about transferring
19   all this money from different places.

20         You can, he had, you can leave things out
21   and don't report.