# EXHIBIT 25

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF HUMAN SERVICES



Family Services Administration

**June 1, 2004**

F. Alexis H. Roberson
Chairperson
Ad Hoc Management Committee
Board of Trustees
United Planning Organization
301 Rhode Island Ave., NW
Washington, D.C. 20001

Dear Ms. Roberson:

My office received a facsimile copy of your letter dated May 12, 2004 on May 18, 2004. Two representatives of the UPO Board and the Interim Executive Director presented the request in-person to officials in my office on Thursday, May 27, 2004. I must seize this opportunity to commend your efforts and those of your fellow volunteer Board members. Since the March 11, 2004 preliminary monitoring report presentation by my office to the UPO Board, your hard work and commitment to reform is worthy of note. To position UPO in the best possible accountable posture moving forward, it is necessary that there be complete and full disclosure of areas where UPO erred. A tri-partite board composition with diverse skills and talents can require this and is in-fact, the hallmark of the CSBG program.

Approximately nine months into fiscal year 2004, the UPO Board is requesting a retroactive modification of the fiscal year 2003 CSBG budget in the amount of $1,030,072. This request is unprecedented and was only forthcoming after a CSBG Review Team from my office detailed misappropriation of CSBG funds and other improper management practices. In that context, it would be highly inappropriate for my office to endorse, after the fact, a modification that does not match the agency's budget submission to the CSBG office, does not match the billing statements for that period, and does not reflect accurately the expenditure and financial position of the agency for FY 2003, notwithstanding your claim that these are allowable expenses. While my office verbally requested more data in support of your request, no additional information has been forthcoming. It is clear that no actual CSBG funds remain to be spent, and no direct services shortchanged, my office is compelled to deny your request.

The CSBG office is open to working with you in a manner that is responsible, holds accountable elements within UPO with culpability in the improprieties and the mismanagement of the agency.

2146 24th Place N.E., Washington, D.C. 20018   Tel (202) 541-3915   Fax (202) 541-3964

Letter to F. Alexis H. Roberson
Page 2

Should you have any questions or require additional information, please feel free to contact me at (202) 279-6843.

Sincerely,

Tunde Eboda, Ph.D.
Program Manager

TE/te

cc:   Dana Jones
      Interim Executive Director

      Gladys Mack
      Deputy Executive Director

      Sheila Shears
      Chief Financial Officer

      M. Amin Kakeh
      Controller

      Monica Scott-Beckham, Esq.
      General Counsel

      Dennis Ramprashad, CPA
      Principal
      Thompson, Cobb, Bazilio & Associates, PC
      (Independent Auditor)

00171