# EXHIBIT 32

# THOMPSON, COBB, BAZILIO & ASSOCIATES, PC
*Certified Public Accountants and Management Systems and Financial Consultants*

■ Main Office:
1101 15th Street, N.W,
Suite 400
Washington, DC 20005
(202) 737-3300
(202) 737-2684 Fax

☐ Regional Office:
100 Pearl Street
14th Floor
Hartford, CT 06103
(860) 249-7246
(860) 275-6504 Fax

☐ Regional Office:
21250 Hawthorne Boulev
5th Floor
Torrance, CA 90503
(310) 792-7001
(310) 792-7004 Fax

January 17, 2004

Mr. Benjamin Jennings
Executive Director
United Planning Organization
301 Rhode Island Avenue, NW
Washington, DC 20001

Dear Mr. Jennings:

The following is the status of the audit of United Planning Organization and Delegate Agencies for the year ended September 30, 2003 as of January 17, 2004.

## UPO Financial Statements

We started the audit fieldwork on December 17, 2003 and have received significant information requested for the audit. To date we have audited the following areas:

Completed our audit planning procedures

Payroll testing- complete

Cash Disbursement -80 % complete

Cash Receipts-90% complete

Cash- 90% complete

Investments – 90% complete

Accounts Receivable – 60% complete

Prepaids and Other Assets – 90% complete

Advances to Delegate Agencies – 70% complete

Fixed Assets – 80% complete

*A Professional Corporation*
www.tcba.com

CONFIDENTIAL
MAK 5819

Mr. Benjamin Jennings
January 17, 2004
Page 2

Search for Unrecorded liabilities - 90% complete

Revenue/ Receivable and Deferred Revenue – 50%

### Issues Pending

Board approval for new bank accounts opened during the year

Operating and payroll accounts were not properly reconciled.

Client need to posts journal entries and provide us with a new trial balance

Explanation for Headstart receivable of $364,141

Explanation for FY 2002 receivables still not collected - UDC $106,939, DCPS $68,777

Supporting documentation for purchase of Boat has not been provided to us (title, purchase agreement, loan documents, etc.).

Agreement and payment terms for loan issued to DC Prevention Partnership

A reconciliation of occupancy costs from the statement of functional expenses to the allocation plan prepared by FS Taylor.

Support for travel advances (invoices to support expenses)

CSBG and Headstart budget, grant agreement and/or proposal

Detail and explanation for suspense account

Contract agreements for the following contractors:

   Watkins Security (security services)
   Unlimited Janitorial (Janitorial services)
   Total Management (Management services)
   Coviello and Associated (Consultants for proposal development)

### Single Audit

Two programs tested this year, Headstart and CSBG. We have completed 80% of the testing for both programs.

CONFIDENTIAL
MAK 5820

## Issues Pending

SF 272's and 269's reports do not agree to trial balance expenditures for Headstart (same issue as prior year).

SF 269's have not been filed for CSBG as required per the grant agreement.

## Delegate Agencies

We started the audit of the following delegates as scheduled

### Bureau of Rehabilitation
- Completed

### Friendship House Association
- The following outstanding issues/requests are still pending:
    1. UPO cash reconciliation not provided
    2. Need invoices/backups for four disbursements tested
    3. No information received for compliance test work

### Preventive Child Abuse
- Fieldwork completed
- Preparing draft financial statements

### Peoples Involvement Corporation
- Fieldwork completed except for compliance testwork. Waiting on client to provide information

### Marshall Heights
- Fieldwork completed except for compliance testing. Waiting on client to provide information

### DC Public Schools
- Cash disbursement and compliance testwork to be completed

CONFIDENTIAL
MAK 5821

Rosemont Center

- Audit started on 2/13/04

EUFOLA

- Audit starts on 2/17/04

Council of Latino Agencies

- Audit starts on 2/20/04

Center City Community Corporation

- Audit starts on 2/23/04

Edward Mazique, Parent Child Center and National and Capital & Family Development

- Unable to schedule the audit start date

The pending issues need to be resolved as soon as possible in order for us to complete the field work and the draft financial statement and OMB Circular report by February 28, 2004.

If you have any questions please call me at 202-778-3416.

Sincerely,

Dennis D. Ramprashad, CPA
Principal

CONFIDENTIAL
MAK 5822