# EXHIBIT 33

COUNCIL OF THE DISTRICT OF COLUMBIA

WASHINGTON, D.C. 20004

(202) 724-7772



DAVID A. CATANIA
Councilmember-At-Large

APR 28 PM 7:(

April 27, 2004

Dana Jones
Interim Executive Director
United Planning Organization
301 Rhode Island Avenue, NW
Washington, DC 20001-1826

Dear Mr. Jones,

    On April 19, the Washington Post published a story, "Report Alleges Fiscal Abuses at D.C. Aid Agency," regarding the Federal and D.C. Department of Human Services investigation of the United Planning Organization. The story raised serious allegations of misappropriation of funds. The Committee on Public Services, which I chair, has oversight of the management of federal grants in the District of Columbia and as U.P.O. receives significant funds in the form of federal grants, the committee would be remiss if it did not investigate these serious allegations. Accordingly, I request that you provide the Committee on Public Services with the following information:

1) A list of personnel and salaries including the salary and any other compensation paid to Mr. Benjamin Jennings from his date of hire to his termination and the source(s) of those funds.

2) A complete list of services offered by U.P.O. and the number of individuals who utilize each service.

3) U.P.O.'s budget for the past four years, including the source(s) of all funds available to U.P.O. and the source(s) of funds for all programs offered by U.P.O.

4) A complete list of all <u>federal grants</u> applied for and received by U.P.O., including the purpose of each grant, an itemized breakdown of the expenditures made with the money from each grant (i.e. amounts received by intended recipients, amount of grant money spent administering the grant, etc.) and the quantity and quality of services provided by each grant.

5) A list of all reports U.P.O. is required to prepare as a condition for receiving federal grants as well as copies of the reports prepared for the last four years.

6) Copies of U.P.O.'s annual audits for the last four years, including a list of who performed the audits, their fees and the source(s) of the funds used to pay the fees.

7) U.P.O.'s financial procedures and guidelines to ensure appropriate, legal expenditures of funds.

00157

8) A copy of U.P.O.'s bylaws or other governing documents.
9) A copy of U.P.O.'s procurement procedures.
10) A copy of the report prepared by the federal program monitors at the request of the D.C. Department of Human Services.
11) A copy of the 2003 U.P.O. audit conducted by Thompson, Cobb, Bazilio & Associates, Inc.

The Committee also requests responses to issues raised by the April 19th Washington Post article, including:

1) "$14,000 a month in cell phone bills." Please provide us with cell phone bills charged against U.P.O. for the last 4 years, the individuals to which each phone was assigned and their relationship or position in U.P.O. and the source(s) of funds used to pay the cell phone bills.
2) "$2.9 million paid to consultants, some of whose work could not be accounted for." Please provide us with a complete list of consultants hired by U.P.O. during the last four years, including Lillian E. Jones and A. Sue Brown, the services they provided, the length of their consulting relationship with U.P.O., the amounts paid to them and the source(s) of those funds.
3) "$50,000 in 'questionable' expenditures, including parking tickets, vehicle fines, consultants and travel." Please provide us with information regarding the "questionable" expenditures cited in the aforementioned report, including a list, or copies, of parking tickets, who received them and a description of their relationship to or position in U.P.O., the automobile for which the ticket was issued and whether it was a U.P.O.-owned vehicle, the violation for which the ticket was issued, the reason why U.P.O. paid the tickets instead of the individuals who received them, the source(s) of the funds used to pay the tickets and the measures taken to recover any money improperly spent on tickets. Please also provide us with complete travel records for the last four years, including the individuals who traveled at the expense of U.P.O., the locations traveled to, purpose of travel, cost of travel and the source(s) of funds which paid for the travel.
4) "A luxury sport-utility vehicle" provided to the U.P.O. Board Chairman and "two Lincoln Town Cars" provided to Mr. Benjamin Jennings. Please provide the committee with a complete list of automobiles owned by U.P.O., their year, make, model, purchase price, current use and the individual(s) each automobile is assigned to and source(s) of funds used to purchase each automobile. In addition, please respond to the allegation that an automobile was provided to the U.P.O. Board Chairman in violation of U.P.O.'s bylaws, the status of Mr. Russell Simmons' offer to pay costs incurred from his use of the automobile, and any remedial or punitive measures that resulted from a violation of the bylaws.
5) The "purchase of the 46-foot fishing boat My Fine Lady." Please provide the committee with the purpose of this purchase, the purchase price and source(s) of funds, complete maintenance costs for the time it was owned by U.P.O. and records of its use, including who used it and their relationship to or position in U.P.O.

00158

6) "Two credit cards that Jennings used, one of which had $221,000 in charges last year." Please provide the committee with records of all credit cards charged against U.P.O., including monthly statements, a list of individuals the cards were assigned to and their relationship to or position in U.P.O. and the source(s) of funds used to pay the charges.
7) Please provide the committee with documentation regarding the no-bid contract with Watkins Security, owned by former U.P.O. Board Member Richard Hamilton, including amount of funds expended before the contract was terminated, any attempt to recover funds expended during the life of the contract, and the source(s) of those funds and the individual(s) who approved the contract. Additionally, please provide documentation detailing the $108,000 loan made to the North Capitol Area Business Association, headed by U.P.O. Board Member Therman Walker, including the process used and individuals involved with the approval of the loan, the terms of the loan, the current status of the loan, the repayment schedule and the source(s) of the funds used to make the loan.

Please also provide the Committee with information regarding any remedial or punitive measures taken in response to issues raised by the federal and D.C. Department of Human Services report, the Washington Post article or this letter.

As Chairman of the Committee on Public Services, I have made it our charge to ensure that the grants the District receives are spent in a legal, appropriate and meaningful way. As part of our ongoing effort to improve the administration and management of federal grants, the Committee has an obligation to investigate the matters brought to light by the government investigation and Washington Post article. Accordingly, as part of our normal oversight function, I request that you respond to the Committee's request for information by May 14. I appreciate that you were only recently appointed as Interim Executive Director and I hope to work with you to resolve any issues regarding U.P.O. and the federal grants it receives.

Please do not hesitate to contact my office at (202) 724-7772 if you have any questions or concerns.

Sincerely,

David A. Catania
Councilmember (At-Large)
Chairperson, Committee on Public Services

00159