# EXHIBIT 34

MEMORANDUM

TO: Ms. Alexis Roberson
Committee Chairperson

FROM: Amin Kakeh
Controller

CC: Dr. Tunde Eboda
DHS CSBG Program Manager

RE: My concerns regarding the Controller's Office and the Current Fiscal Difficulties of UPO

DATE: April 1, 2004


I have been the controller at UPO for the past six years. I am very concerned about the current fiscal situation at UPO and believe I can offer you some insight into the situation. The financial problems with UPO were caused by the actions and inaction of Gladys Mack, Benjamin Jennings, and Sheila Shears. In two memorandums from October 3, 2003, and October 20, 2003, I made urgent appeals to Gladys Mack and Benjamin Jennings regarding the projected deficit for UPO and the disruption of the flow of essential financial information to the controller. They ignored the urgency of my memorandums and chose not to address the financial issues.

I believe the crisis began with the hiring of Sheila Shears as Chief Financial Officer. Upon the naming of Sheila Shears as Chief Financial Officer, Gladys Mack and Benjamin Jennings removed my name from the essential financial document sharing which would normally be given to the controller of a company. In addition, they instructed all the managers to go only to Sheila Shears regarding matters within the controller's office. They also excluded me from every financial meeting within and outside of UPO, such as, meetings with the auditors, and meetings with the bank. Their actions were deliberate and calculated and still continue. Gladys has deliberately undermined my controller position by removal of essential communication, written and oral, in an attempt to make me a scapegoat for the inefficient and ineffective manner which she, Sheila Shears, and Benjamin Jennings conducted the financial business for UPO. In so doing they made it feasible for mismanagement of UPO funds and the allegations of corruption we are dealing with now.

Also, consultants were retained from the beginning to help Sheila Shears do her job with as many as three to five full-time individuals a day from a CPA company. Sheila Shears as the Chief Financial Officers has slowly assumed my controller responsibilities. She has stripped me of my authority and functions not as a CFO, but in an attempt to replace me as controller. However, despite these outrageous circumstances I have continued to produce essential, accurate financial reports to the best of my ability. In an email dated March 25, 2004, Gladys Mack asked that I produce a financial statement by 4:00 p.m. the same day without any written documentation justifying the changes she indicated in her email. I had told her earlier that it was impossible to make these changes at this time and a lot of time is needed to produce the financial statement.

On March 29, 2004, Gladys and Sheila Shears met with TCBA auditors. I was excluded from the meeting even though I am the one who produced all the reports for these auditors. When I saw the TCBA auditors and asked them what the plan was, they told me they have been instructed to deal with Sheila Shears only.

In order to resolve the issues regarding the financial statements I am now working with the auditors to resolve the issues regarding the following items:

- Cash transfer legality
- Travel advances legality
- Credit card charges
- Construction charges
- Consultant charges
- Cars and leasing charges
- Loans and notes receivable
- A/R for HS
- Revenues for CSBG
- Indirect cost overrun.

Moreover the TCBA auditors agreed reluctantly to issue a final draft financial statement by April 22, 2004.

Gladys Mack is attempting through her emails, telephone contacts, and other communication to imply that I am "stone walling" or dragging my feet in producing the financial statements. This is not true. She is attempting to divert attention to me or make me the cause of UPO's problems. I am requesting that the committee persuade Ms. Mack and Ms. Shears to share all financial documents and communications with me immediately so I can do my job. The boycott of information hurts only UPO.

Below is list of some of my suggestions to help resolve the fiscal problems:

- UPO executives and some managers need to stop trying to manage the controller's office.
- Fiscal policies and procedures need to be followed in order to restore the credibility of the UPO's financial operations.
- All consultants in the controller's office should be dismissed immediately.
- The authority of the controller needs to restore regarding financial decisions, financial information, financial meetings, and financial contacts.
- UPO needs more than one individual as a contact to the bank.
- All financial distributions lists should include the controller.
- Executives and all managers should make requests from the controller's office, not orders. Ben Jennings used the practice of ordering checks be cut on the spot with no documentation which eliminated the check and balance process.
- Eliminate the process by which the CFO draws the cash, transfers the cash, and pays the cash. This practice was instituted by the close relationship between the executive director and Sheila Shears and eliminates the check and balance process. This process continues now.
- The flow of the financial information to the controller must be restored via oral and written communication by inclusion in financial meetings, sharing of financial documents. **I have no financial documents for fiscal year 2004. This is outrageous.**
- The executives must stop threatening the controller to produce reports "…if you don't produce the report…someone else will…" This is not ethical. The idea of a "…gun for hire…" or a "financial consultant who will do anything for money" is not acceptable business practice or in the interest of UPO.
- The controller's office cannot be viewed as an "accounts payable only" by the executive director or any other executive to process checks regardless of the legitimacy of the payment. Everyone must follow the proper procedures.
- Qualified professionals, not friends of management should be employed by UPO.
- Standing policies within the company should be followed regarding fiscal management, hiring practices, and promotions.
- A monopoly should not exist in which an executive can mandate a decision with or without knowledge.
- The skyrocketing cost of employee health insurance needs to be reviewed.
- The COLA for 2004 needs to be considered for UPO employees.

I am committed to helping solve the problems we are encountering at UPO. I am asking for your support to do so. Thank you for your time and consideration.