# EXHIBIT 36

# MEMORANDUM

**TO:**  Amin Kakeh
         Controller

**FROM:** _[signature]_
          William D. Hughey, Director
          Office of Preschool and Day Care

**SUBJECT:** Sue Brown Associates
            Contract – FY 2003

**DATE:** March 31, 2004

It is requested that consideration be given to re-allocation of most or all costs for the Sue Brown Associates contract for FY 2002-2003 to a non-Head Start cost center. This request is based upon the actual time (days and hours) devoted to Head Start and child development related tasks as opposed to other assigned tasks. We have already re-allocated current year costs for this contract to a non-Head Start cost center.

Thank you for expediting this request. You may direct any questions to me or Ms. Delores Lawrence, Head, Budgets and Grants Management Division.

cc: Delores Lawrence
    Sheila Shears

WDH/ce

T:hughey:controllermemo-suebrown