# EXHIBIT 37

## UNITED PLANNING ORGANIZATION
## BOARD OF TRUSTEES SPECIAL MEETING

### March 11, 2004

**PRESENT:**

Rev. Dr. William Bennett
Mrs. Dorothy M. Brown
Mrs. Theresa F. Brown
Mrs. Carol Caldwell
Hon. Rafael Diaz
Ms. Janice Eichhorn
Mrs. Ruth Ellerbe
Hon. Henry F. Greene
Mr. Clyde E. Howard, Jr.
Mr. Nathaniel Howard
Erias Hyman, Esq.
Mrs. Doris V. Johnson
Ms. Brenda Kelly
Ms. Carrolena Key
Ms. H. Alexis F. Roberson
Mr. Russell D. Simmons
Hon. Annice M. Wagner
Mr. Therman Walker
Ms. Daria Winter

**ABSENT:**

Ms. S. Kathryn Allen
Rev. Frank D. Tucker
Ms. Emma Ward
Ms. Elva Worthington

Mr. Benjamin Jennings, Secretary and Executive Director

**GUESTS:**   Dr. Tunde Eboda, DHS CSBG Program Manager
Mr. Ricardo Lyles, DHS Family Services Administrator
Olivia Shay-Byrne, Esq., Reed Smith LLP
Bridnetta Edwards, Esq., Reed Smith LLP

**STAFF:**

Monica Scott-Beckham, Esq.
Mrs. Gladys W. Mack
Ms. Sheila Shears
Ms. Josephine F. Thompson

AGENDA:

      The Board of Trustees of the United Planning Organization met in Executive Session on Thursday, March 11, 2004, at 6:30 p.m., in the Russell D. Simmons Board Room at 301 Rhode Island Avenue, N.W., Washington, D.C. The UPO President, Mr. Russell D. Simmons, called the meeting to order at 7:30 p.m.

      The purpose of the meeting was to discuss the preliminary results of the onsite Review Team that was engaged by the D.C. Department of Human Services Community Services Block Grant (CSBG) Office during the week of March 1 - 5, 2004.

CONFIDENTIAL
MAK 5477

**UPO BOARD OF TRUSTEES SPECIAL MEETING**
**March 11, 2004**

Dr. Tunde Eboda, CSBG Program Manager, highlighted the results of the onsite visit. He explained that the Review Team reviewed the following areas:

<div style="margin-left:2em">

**CSGB REVIEW:**

</div>

A.  Financial Management System

    1.  Bank Reconciliations

    2.  Cash Disbursements

    3.  Financial Status of the Agency

    4.  Indirect Cost Pool

    5.  Fix Assets

    6.  Construction Projects

    7.  Vehicle Leases

    8.  Cell Phones

    9.  Transactions with Related Parties

    10.  Reporting

    11.  Management Oversight

    12.  Consultants

B.  Governance

C.  Planning and Communications

D.  Personnel

E.  Programs

Following Dr. Eboda's presentation, the Board adjourned into absolute Executive Session, requesting the legal counsel from Reed Smith LLP and UPO's General Counsel to remain to discuss legal issues, as well as Ms. Josephine Thompson, Special Assistant to the UPO President, record the actions by the Board.

**EXECUTIVE SESSION:**

During absolute Executive Session, upon motions duly made, seconded and approved, it was resolved that:

**Actions**

The Board of Trustees of the United Planning Organization approves hiring Reed Smith LLP as Legal Counsel for UPO (which in turn may hire a public relations firm to handle media inquiries), to investigate the findings by the CSBG Review Team.

The Board of Trustees of the United Planning Organization, effective immediately, places Mr. Benjamin Jennings, Executive Director, on Administrative Leave with pay, and requests Mr. Jennings to return all office keys, vehicles in his possession, credit cards, etc., pending the outcome of an investigation and a further recommendation from Counsel.

The Board of Trustees of the United Planning Organization places Mr. Therman Walker on a temporary leave of absence from the Board as a member of the Board during the pendency of the investigation and until such time as it is completed and can decide what to recommend as to his permanent

CONFIDENTIAL
MAK 5478

status.

The Board of Trustees of the United Planning Organization appoints Ms. Carrolena M. Key as Acting Treasurer, UPO

The Board of Trustees of the United Planning Organization appoints Mrs. Gladys Mack, Deputy Executive Director, as Acting Executive Director and Acting Secretary of the Board

The Board of Trustees of the United Planning Organization appoints the following board members to the Ad Hoc Management Committee to oversee the investigation into the findings as reported by the CSBG Review Team:

Ms. Alexis Roberson, Temporary Chairperson
Chief Judge Annice M. Wagner
Erias Hyman, Esq.
Mrs. Carol Caldwell
Hon. Henry F. Greene
Hon. Rafael Diaz
Ms. Brenda Kelly

The Board of Trustees of the United Planning Organization authorizes the Acting Executive Director and the Ad Hoc Management Committee to change signatures on bank accounts.

The Board of Trustees of the United Planning Organization empowers the Acting Executive Director to take all necessary steps to secure the Executive Office and all UPO property and records therein.

The Board of Trustees of the United Planning Organization instructs the Acting Executive Director to immediately issue a Request for Bid for security services.

The Board reconvened into Executive Session to obtain Mrs. Mack's agreement to serve as Acting Executive Director and to report its actions to Dr. Eboda and Mr. Lyles.

In addition to the above actions by the Board, Mr. Simmons reported that Mr. Richard Hamilton had resigned as the Marshall Heights Community Development Corporation representative to the UPO Board.

Dr. Eboda thanked the board for an opportunity to meet with them and indicated that he will work with UPO and provide some technical assistance.

There being no further business to discuss, the meeting adjourned at 12:03 a.m.

Respectfully submitted:

Gladys W. Mack, Acting Secretary

REPORTER:  Ms. Josephine F. Thompson
Special Assistant to the UPO President

CONFIDENTIAL
MAK 5479