# EXHIBIT 38

### UNITED PLANNING ORGANIZATION
### BOARD OF TRUSTEES SPECIAL MEETING

**March 18, 2004**

<table>
<tr><td><strong>PRESENT:</strong></td><td><strong>ABSENT:</strong></td></tr>
<tr><td>Mrs. Theresa F. Brown</td><td>Ms. S. Kathryn Allen</td></tr>
<tr><td>Mrs. Carol Caldwell</td><td>Rev. Dr. William Bennett</td></tr>
<tr><td>Hon. Rafael Diaz</td><td>Mrs. Dorothy M. Brown</td></tr>
<tr><td>Ms. Janice Eichhorn</td><td>Erias Hyman, Esq.</td></tr>
<tr><td>Mrs. Ruth Ellerbe</td><td>Rev. Frank D. Tucker</td></tr>
<tr><td>Hon. Henry F. Greene</td><td>Mr. Therman Walker</td></tr>
<tr><td>Mr. Clyde E. Howard, Jr.</td><td></td></tr>
<tr><td>Mr. Nathaniel Howard</td><td></td></tr>
<tr><td>Mrs. Doris V. Johnson</td><td></td></tr>
<tr><td>Ms. Brenda Kelly</td><td></td></tr>
<tr><td>Ms. Carrolena Key</td><td></td></tr>
<tr><td>Ms. H. Alexis F. Roberson</td><td></td></tr>
<tr><td>Mr. Russell D. Simmons</td><td></td></tr>
<tr><td>Hon. Annice M. Wagner</td><td></td></tr>
<tr><td>Ms. Emma Ward</td><td></td></tr>
<tr><td>Ms. Daria Winter</td><td></td></tr>
<tr><td>Ms. Elva Worthington</td><td></td></tr>
</table>

Mrs. Gladys W. Mack, Acting Secretary and Acting Executive Director

**GUESTS:**    Olivia Shay-Byrne, Esq., Reed Smith LLP
Bridnetta Edwards, Esq., Reed Smith LLP

**STAFF:**

Monica Scott-Beckham, Esq.
Ms. Sheila Shears
Ms. Josephine F. Thompson

     The Board of Trustees of the United Planning Organization met in Executive Session on Thursday, March 18, 2004, in the Russell D. Simmons Board Room at 301 Rhode Island Avenue, N.W., Washington, D.C.  The UPO President, Mr. Russell D. Simmons, called the meeting to order at 8:55 p.m.

**AGENDA:**         The Agenda was adopted as presented.

**MINUTES:**         The Minutes of the Board of Trustees meeting on March 11, 2004, were approved as submitted.

     Mrs. Alexis Roberson, Temporary Chairperson, Ad Hoc Management Committee, reported on the activities and progress of the Committee.  She reported that the Ad Hoc Management Committee had held three (3) meetings since being appointed, as well as meetings with the CSBG Program Manager, Dr. Tunde Eboda and/or Mr. Ricardo Lyles, the

MAK 8247

**REPORT OF AD HOC MANAGEMENT COMMITTEE:**

M & T Bank, and Reed Smith LLP.

Following additional discussion Mrs. Roberson's report, upon motions duly made, seconded and approved, it was resolved that:

The Board of Trustees of the United Planning Organization approves the following recommendations by the Ad Hoc Management Committee:

**Actions**

- That all necessary actions be taken to hire an Interim Executive Director with broad management experience and specific experience in crisis management. Individual will not be a candidate for the permanent position. The Management Committee will be empowered to recruit, select and hire this position. The term of this position will be 4 to 6 months. The salary will not exceed the current budgeted amount for this position, however the Management Committee will determine the salary level. This position should be filled immediately. The permanent Executive Director position will be filled in accordance with UPO's By-Laws and/or standard operating procedures.

- That all necessary actions be taken to immediately hire a CPA firm or extend the engagement and scope of services of the existing CPA firm that will work with UPO's financial department to help stabilize UPO's financial condition. The Management Committee will be empowered to select and hire the CPA firm. The Management Committee will work with the Acting Executive Director and CFO to determine the scope of work and UPO's ability to cover this cost.

- That no personnel actions or consultant contracts will be executed without consultation with the Management Committee.

- That the Executive Director be asked to resign his position immediately and return all property that belongs to UPO. If the Executive Director does not resign, UPO should terminate his employ with cause and in accordance with his contract.

- That the Management Committee be empowered to review the operations and personnel in the finance department and make the necessary changes to improve the quality of the operations.

- That the Ad Hoc Management Committee be empowered to make decisions and implement changes on behalf of the Board of Directors and ratified by the next Executive Committee Meeting.

- That the Board of Trustees relieves Reed Smith LLP, counsel to the Board of any and all responsibilities relating to the independent investigation of the United Planning Organization.

- That the Board requests that the District of Columbia Community Services Block Grant Office request that the Iowa CAP Group interview and select the team to complete an independent investigation of UPO, subject to the approval of the Ad Hoc Management Committee, with the understanding that the Committee will fully cooperate with such an investigation and direct all UPO employees to fully cooperate.

**MAK 8248**

**UPO BOARD OF TRUSTEES SPECIAL MEETING**                                    -3-
March 18, 2004

      Mrs. Gladys W. Mack, Acting Executive Director, distributed an outline of her activities since being appointed. She reported the following:

<u>MEETINGS</u>

**REPORT OF
ACTING
EXECUTIVE
<u>DIRECTOR</u>:**

- A meeting was held with M & T Bank on Tuesday, March 9, 2004

- A meeting scheduled with UPO Staff on Monday March 22, 2004

- Meeting with UPO Fee Developer and architect on Petey Greene and Anacostia facilities

FINANCIAL STATUS
- Financial Status for FY 2004 will be available by March 25, 2004
- FY 2003 Financial audit for UPO

MANAGEMENT AND FINANCIAL ISSUES
- New Policies for the following will be in place by March 23 for:
  - OUT OF TOWN TRAVEL
  - CELL PHONES
  - UTILIZATION OF VEHICLES
  - CREDIT CARDS
- Cancel Medicaid Contract for Sue Brown
- Cancel contract for fundraising
- End relationship with Watkins Security on Friday, March 26, 2004–one week notice.
- Bring- on a new firm on a month-to-month basis until new security firm can be hired competitively
- Reduce hours of security coverage to 7:00 AM to 10:00 PM Monday through Friday; 8:00 AM to 4:00 p.m. on Saturday; closed on Sunday
- Bank accounts reductions by March 25, 2004

ACTIONS COMPLETED

- Signature cards executed at bank for Acting Executive Director. Still waiting for Treasurer changes
- Benjamin Jennings credit card for M and T Bank cancelled; Bank of America card with CFO - cancellation in process.
- Letter by President to Mr. Jennings regarding administrative leave and request to

**MAK 8249**

**UPO BOARD OF TRUSTEES SPECIAL MEETING**
**March 18, 2004**

return UPO property.

- Letter to State Agency providing a list of Board actions at the meeting of March 11, 2004
- Letter to bank promising the final, Board-approved, financial report by April 25, 2004

There being no further business to discuss, the meeting adjourned at 11:12 p.m.

**ADJOURN-**
**MENT:**

Respectfully submitted:

Gladys W. Mack, Acting Secretary

REPORTER:  Ms. Josephine F. Thompson
Special Assistant to the UPO President

MAK 8250