# EXHIBIT 39

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - -x

MOHAMMED AMIN KAKEH,                    :

             Plaintiff,        :

         vs.                    : Civil Case No.

UNITED PLANNING ORGANIZATION,   : 1:05-CV-1271

INC.,                                   :

            Defendant.     :

- - - - - - - - - - - - - - -x

      Pursuant to notice, the deposition of

DORIS STASHENKO was taken on Tuesday, February 28,

2006, commencing at 1:04 p.m., at the offices of

Zipin & Melehy, LLC, 8403 Colesville Road, Suite

610, Silver Spring, Maryland 20910, before Judith

D. Van Vliet, CSR and Notary Public.



*Precise Reporting Services*
(301) 210-5092
*Serving MD, D.C. & VA*

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

16

1   Everybody knew about the boat.  Nobody knew what

2   boat.  Because there was a habit of people -- the

3   management used to go fishing a lot.  We have quite

4   a rumor mill at UPO, so it's -- you just listen and

5   then you don't listen.

6        Q     So do you remember communicating or

7   engaging in any of this gossip with Amin Kakeh at

8   the time at all?

9        A     I'm not saying it couldn't happen but I

10  don't remember any -- I don't remember any

11  specifics.  Like I said, we just -- people just

12  gossiped a lot.

13       Q     Do you know a Tunde Eboda?

14       A     Yes.

15       Q     Who is that?  Can you identify him for

16  me?

17       A     Presently he is the -- I don't know if

18  it's officially, the director of the Community

19  Services Block Grant for the state.

20       Q     Do you work often with Tunde Eboda?

21  Does your job require you to talk to him?

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

17

1      A     I did when he was the program monitor.

2    He's now the -- prior to being the state director,

3    he was the program monitor.  And there was very

4    little staff at DHS, so all the reports that were

5    required we would -- he would -- we would work

6    together.  Or I'd get assignments, you know, what

7    he needed, maybe some kind of statistics that the

8    state needed on the number of jobs, our job

9    retention.  There was a back and forth all the

10   time, basically on assignments.

11     Q     Okay.  You said you worked with him when

12   he was the program monitor.  So you --

13     A     He was in charge of also this IS survey,

14   you know, so he would -- he would get his

15   assignments from his state administrator.

16     Q     Okay.

17     A     The one who is -- yeah, I forgot.

18     Q     What he then became?

19     A     Then when he became, then he started

20   getting a staff.  And right now I work with his --

21   maybe for the past year I've been working -- or two

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

19

1    know, if -- I don't want to speculate, but I mean,

2    they would have a working relationship also because

3    Mr. Kakeh was also the controller or the finance

4    officer.  And so I don't know if they worked with

5    the monthly invoices or the quarterly invoices that

6    we would have to get our money somehow, and

7    somebody would have to prepare documents and

8    finance.  So I'm sure we discussed some things.

9    You know, something must have come up but I don't

10   know -- you know, I don't know what.

11        Q    Just to clarify.  You don't have any --

12   you don't recall any conversations between Mr.

13   Kakeh and Mr. Eboda, say in January or February of

14   2004, any specifics about any conversation?

15        A    No.  Not that I can remember.

16        Q    Do you remember giving Mr. Kakeh Mr.

17   Eboda's contact information at any time?

18        A    His contact information.  Mr. Kakeh

19   called me one time and just said to ask Dr. Eboda

20   to call him.  He said "Tunde."  Well, everybody

21   says Tunde.  We don't call him Dr. Eboda because he

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

20

1    didn't have his Ph.D. when we first met him.

2        Q      Do you remember when that was?

3        A      No, no.

4        Q      Can you give me a month?

5        A      I can't give you a month.

6        Q      Can you give me a year?

7        A      Probably in '04.  But I can't -- there's

8    no way I can give you a month.

9        Q      Early of 2004, towards the end of 2004?

10       A      Was Amin still there at the end of 2004?

11   Was he still with UPO?

12       Q      He left UPO in June of 2004.

13       A      Okay.  So he couldn't have been there at

14   the end.  So I guess I will say in the beginning.

15   No, I'm not going to speculate.

16       Q      Okay.

17       A      But I know, if he left in June, it

18   couldn't have been at the end of 2004.

19       Q      Do you remember if it would have been

20   before DHS started the on-site monitoring?

21       A      You know, I don't know when the DHS -- I

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

23

1   on the agenda.  I think that's about what I can

2   remember.  Because we don't have them anymore.  Or

3   they have them but we're not included anymore.  I'm

4   no longer included.

5       Q    Do you happen to recall if any type of

6   minutes are taken at these meetings, anybody

7   records what goes on at the meeting?

8       A    Not really.  I remember that Tunde

9   always had an agenda.

10      Q    You mentioned that Amin Kakeh called and

11  asked you to tell Tunde to call him.

12      A    To relay a message, mm-hmm.

13      Q    And did you?

14      A    Yeah.  That's not unusual for me.

15  People ask me for that man's telephone number or a

16  label or something all the time.

17      Q    Did you think it was strange that he was

18  asking you to tell Tunde to call him as opposed to

19  just asking for his phone number?

20      A    No.  Hmh-mm.  Not at UPO.  And I believe

21  he was busy.

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

24

1     Q     He, being?

2     A     Amin.

3     Q     Do you remember calling Tunde and asking

4   him to call Amin?

5     A     Just relayed the message and that was

6   it.

7     Q     You don't remember Tunde asking why?

8     A     No.

9     Q     Anything?

10    A     Hmh-mm.

11    Q     This gossip rumor mill you were talking

12  about earlier, do you remember anything coming out

13  of that about towards the end of the DHS monitoring

14  review?  Did you ever have a conversation with any

15  other employees about the results of that review?

16    A     No.  I never saw the results of the

17  review.  That's why I'm saying it was just in draft

18  form.

19    Q     So you never -- did you ever become

20  aware of whether the review turned out well for UPO

21  or --

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

25

1    A    I'm getting ready for retirement and

2   I'll tell the truth, I didn't even care.  I don't.

3   At one point you just get tired, you know?  Yeah,

4   that's fine.  If they did a review, fine.  It

5   wasn't going to impact me.  The only thing we ever

6   heard I think was in a meeting, Mr. Jones said it

7   wasn't programmatic.  I mean there were no

8   programmatic problems cited, so.

9    Q    Do you remember when Mr. Jennings left

10  UPO?

11   A    No.  I know that he left, and they just

12  packed him up after a board meeting or something.

13  Again, that was just like somebody said he's gone.

14  You come to work the next day and they said he's

15  gone.

16   Q    Were you ever given a reason why?

17   A    No, not really.  I mean the words that

18  the manage -- the words that people used were like

19  mismanagement.

20   Q    Were you at all surprised that he was

21  let go for things like mismanagement?

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

26

1      A      No, not really.

2      Q      Why didn't it surprise you?

3      A      Well, maybe because of all the rumors.

4  By that time the rumors got, you know, heavier.  It

5  was more than the boat; then people were talking

6  about credit cards and travel and -- you know,

7  there were rumors all the time about his travel and

8  the number of people that went on travel with him.

9      Q      Did you ever find in this time, in 2004,

10  February, March 2004, that -- did you see evidence

11  of these types of --

12      A      No --

13      Q      -- rumors in the CSBG?

14      A      -- absolutely.  There would be no way

15  that I would see any, see anything.

16      Q      So you didn't feel that your

17  responsibilities for evaluating a program,

18  evaluating CSBG, were affected by this

19  mismanagement?

20      A      No.

21      Q      Did you at any point become aware of any

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

27

1    plans to outsource the finance department?

2         A    Yeah, that was one time, I don't know,

3    when we were still at, what is it, M Street, prior

4    to moving to our new headquarters, there was

5    discussion.  Jennings would lay it on the table in

6    the managers' meetings, but, you know, staff didn't

7    have any input.  I mean he would lay it out and ask

8    for comments, but it didn't mean anything, you

9    know.  People could stay stuff.  He still had the

10   ultimate decision.  And I don't know.  Did they?  I

11   don't even remember.  Did they finally outsource?

12   There were so many people that were, you know, in

13   and out of finance, that were -- and one day, you

14   know, this person is here and the next day somebody

15   else is here and this person is gone.

16        Q    You said that they were talking about

17   outsourcing --

18        A    Mm-hmm.

19        Q    -- when they were still at the M Street

20   location?

21        A    Mm-hmm.

30

1    was under her.  I'm not sure.  I think his name was

2    Larry, Larry something.  I don't know.

3         Q    Do you know Amin Kakeh started in the

4    controller position?

5         A    No.  I think he came when we were at 401

6    M Street.

7         Q    So that would have been at least three

8    years according -- because you said you'd be in the

9    new position three years this spring; is that

10   right?

11        A    Say it again?  I'd been in my new --

12        Q    You've been in the new location three

13   years?

14        A    Mm-hmm.

15        Q    Do you know how long David Kwashi

16   (phonetic) worked in the finance department?

17        A    A long time, I think.  He's an old-timer

18   like me.

19        Q    Do you remember a Nona McLean working in

20   the finance department?

21        A    She wasn't in finance.  She was -- I

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

31

1    think she was supervised by the finance, but she

2    was like administrative services.

3         Q    I realize it's not your position but can

4    you tell me what administrative services is, what

5    she did there?

6         A    In charge of the building.  Xerox room,

7    the telephone, inventory, I guess.  The parking,

8    like general services type things for like General

9    Services Administration, whatever.

10        Q    Now, back to that, do you remember how

11   long she was there in that position?

12        A    No.  I think she showed up when we were

13   at 401, too.  I can't even remember how long we

14   were at 401.  We've moved so many times.

15        Q    Did you ever hear any rumors that she

16   had a relationship with Ben Jennings outside of a

17   professional one?

18        A    Everybody at UPO would tell you yes.

19        Q    Were you aware if they ever lived

20   together?

21        A    (Shakes head.)  No.

34

1    why Amin Kakeh left?

2         A    I think the reason that they said was a

3    reorganization.  But they kept telling us all the

4    time they were going to reorganize, so it took them

5    a long time to get their reorganization together.

6         Q    Have they finished the reorganization as

7    of now at this point?  Did you think they

8    accomplished the reorganization?

9         A    Yeah, they have it pretty much on the

10   chart and people in the right boxes.

11        Q    Do you remember an outside company ever

12   coming in to handle the finances of UPO?

13        A    I do, I think.

14        Q    Do you remember the name of that

15   company?

16        A    No.

17        Q    Do you remember about when this company

18   came on?

19        A    No.

20        Q    Do you remember about how long they were

21   there or if they still are?

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

36

1    BY MS. McFARLAND:

2        Q    I just wanted to go over a couple of

3    more things with you in a little bit more detail.

4    First of all, when you were talking about William

5    Isaac leaving and you said management indicated

6    that he wanted to retire, do you remember who

7    specifically at management was the one relaying the

8    information about him leaving?

9        A    I believe I talked to Mr. Jones, Dana

10   Jones.

11       Q    Do you remember if this was a private

12   conversation?

13       A    Yeah.

14       Q    Who initiated the conversation?

15       A    Me.  I just asked him why is Mr. Isaac

16   leaving.

17       Q    What made you go to Mr. Jones and ask

18   him instead of asking Mr. Isaac himself?

19       A    Just because I work on the second floor

20   and I have -- I see a lot of Mr. Jones a lot more.

21   And then when I heard through the rumor mill that

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

37

1  he had, I just saw him and took the opportunity to

2  ask him.

3       Q     On that point with this rumor mill, what

4  employees at UPO were you hearing these rumors

5  from?

6       A     A lot.

7       Q     Did you hear any rumors from Amin Kakeh?

8       A     No.  I mean -- no.  I don't know.  I

9  don't think so.  Because I didn't talk to him that

10 much.  So they might have come -- no, I don't think

11 so.  He'd never call me and say I have a rumor or

12 something like that.  No.  We talked so little, so.

13      Q     Okay.  Again, so you said there were

14 rumors about a boat --

15      A     Right.

16      Q     -- is that right?

17      A     Mm-hmm.

18      Q     And you said that it was the UPO

19 purchased a boat?

20      A     No, I didn't say that they purchased a

21 boat.  I said there were rumors about a boat

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

38

1    because management went fishing at least once a

2    week.

3         Q    So what was said about the boat?  What

4    was the content of these rumors?

5         A    Oh, I stand corrected.  They would say

6    that UPO is buying a boat, but we never saw a boat,

7    so.  Or we're invited to go on a boat.

8         Q    You said that they said UPO is buying a

9    boat.  Do you remember who these people are they

10   were talking --

11        A    Just general.  I mean the regular work

12   crew, the people who work there, everyone knew

13   about a boat.  No one knew where it was.

14        Q    Well, you said that you didn't hear

15   about it from -- did you hear about it from Gladys

16   Mack?

17        A    No.

18        Q    Did you hear it about it from Ben

19   Jennings?

20        A    No.

21        Q    Did you hear about it from Sheila

42

1     Q     Did you hear anything in this rumor mill

2   about the results of the financial audit?

3     A     No.  Again, the final report I never had

4   access to and never had a desire to go look for it.

5     Q     Were you aware of any investigations of

6   UPO's finances by any other D.C. or federal agency?

7     A     We have federal audits all the time.

8     Q     By what agency?

9     A     Head Start people.  Office on Aging

10  people come, for our senior programs.  All your

11  grants have to be audited.

12    Q     Were you aware of any investigations of

13  financial mismanagement?

14    A     No.

15    Q     Were you aware of any investigators from

16  the Office of the Inspector General, Department of

17  Health and Human Services coming to UPO?

18    A     There were a lot of people coming in but

19  I don't know exactly where they were from.

20    Q     Do you know why they were coming in?

21    A     Assuming the audit, that they were part

1    of an audit team.

2        Q    Did anybody ever interview you from any

3    of these agencies as a part of the audit?

4        A    The -- I do remember the CSBG team that

5    came in.  There were two people that interviewed

6    me, and it was just like an information-gathering.

7    They asked what I did.  And I believe I gave them

8    some documents, copies of our individual monitoring

9    reports for the previous year.  I gave them our

10   outcome report.  I believe I gave them the CSBG

11   plan for, must have been for '04.  I don't know

12   where '03.

13       Q    Do you remember when this was?

14       A    That was the time that they were in --

15   that was the team, I believe, that was part of

16   Tunde's group that came in.

17       Q    Do you remember meeting in person with

18   Tunde Eboda at any point during that financial

19   audit?

20       A    No, he didn't.  He didn't interview me.

21   I was interviewed by these two team members.  And

44

1    again it was a programmatic and a financial audit.

2        Q    Do you recall Tunde Eboda ever coming to

3    your office at UPO during that financial audit for

4    any reason?

5        A    Might have stopped by to say hi on his

6    way to the men's room or going down the elevator.

7    My office sits directly across from the elevator so

8    a lot of people stop in all day long while they're

9    waiting.

10        Q    Do you remember having any meeting in

11    your office at UPO with Tunde Eboda and Amin Kakeh

12    during that financial audit?

13        A    No.

14        Q    Were you aware Amin Kakeh was meeting

15    with Tunde Eboda during the course of this audit?

16        A    No.

17        Q    Were you aware that Amin Kakeh was

18    meeting with Tunde Eboda before the financial audit

19    started?

20        A    No.

21        Q    Were you aware that Amin Kakeh was

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

45

1    having conversations with Tunde Eboda?

2         A    Well, I assumed -- well, I can't say I

3    assumed because I did pass on the telephone

4    message, so I don't know what they wanted to

5    discuss.

6         Q    Did Amin Kakeh ever come back to you and

7    discuss his phone calls with Tunde Eboda?

8         A    No.

9         Q    You said you recall one conversation in

10   which Amin Kakeh asked you to have Mr. Eboda call

11   him.  Is that the only conversation you remember

12   having with Amin Kakeh about Tunde Eboda?

13        A    Yes.  And it was a telephone call that

14   he -- it wasn't a conversation.  It was a telephone

15   call.  He called me and asked me to relay to Tunde

16   that he wanted to talk to him.

17        Q    And Mr. Kakeh never called you back or

18   had a face-to-face conversation about his

19   interactions with Tunde Eboda?

20        A    Not that I can recall.

21        Q    Going back again, you said you went to

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

46

1    Dana Jones and asked why William Isaac was leaving

2    UPO.  And he was the one that told you it was

3    because he was retiring?

4         A     That he wanted to retire.  He had things

5    to do and he wanted to retire.

6         Q     You said the reason you were told by

7    management that Amin Kakeh was leaving was for a

8    reorganization.  Do you remember who told you that?

9         A     No, I don't.

10        Q     Do you remember if it was in a private

11   conversation or in a large group?

12        A     No, I don't recall which one it was.

13        Q     Are you sure it was done by management

14   or it went through the rumor mill?

15        A     No, I'm not sure.

16        Q     And again do you remember -- I actually

17   don't remember your testimony.  Did you say you

18   recall when Nona McLean left?

19        A     No, I don't.  I think I said -- I

20   wouldn't know.  I don't remember when she left.

21        Q     Do you know why she left?

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

49

1    Q    Did Mr. Kakeh ever --

2    A    I don't know if it was a reduction in

3    force.  I don't know how they severed him.

4    Q    Mr. Kakeh never shared with you his

5    thoughts on why he might have been let go from UPO;

6    is that right?

7    A    No.

8    Q    You mentioned earlier that Ben Jennings

9    had mentioned reorganizing and outsourcing the

10   financial department as early as when you were at M

11   Street?

12   A    Mm-hmm.

13   Q    Why do you think they decided to do it

14   when they did, given they had been thinking about

15   it for so long?

16   A    I can't speak for management.  I don't

17   know.

18   Q    Did you speak to any other employees

19   about why they were trying to do it at that time?

20   A    No.

21   Q    Did you ever speak to Tunde Eboda about

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

53

1    responsibilities of the finance department?

2        A      No, I don't remember.   Because I don't

3    know when they came.

4        Q      Again back to the conversation with Dana

5    Jones about William Isaac leaving.   You said that

6    Dana Jones said it was because William Isaac wanted

7    to retire?

8        A      (Nods head.)

9        Q      During the course of that conversation,

10   do you remember Dana Jones ever saying anything to

11   you about a reduction in force?

12       A      Hmh-mm.   (Shakes head.)

13       Q      Do you remember Dana Jones at any point

14   talking to you about a reduction in force?

15       A      No.

16       Q      Do you remember Gladys Mack ever talking

17   to you about a reduction in force?

18       A      No.

19       Q      Do you remember any other managers at

20   UPO mentioning reduction in force?

21       A      No.