# EXHIBIT 41

**Sheila D. Shears**
*Management Consultant*
*13108 Cabinwood Drive*
*Silver Spring, MD 20904*
*301-384-4855*

## PROFESSIONAL PROFILE

- *Extensive experience developing financial strategies and managing financial resources in a corporate and in a academic environment*
- *A variety of general management skills in the areas of training & development, marketing and employee development*
- *Strong public presentation skills*
- *Successful in developing business relationships to help further business objectives*
- *Over 20 years experience in program development, fundraising and board development*
- *Creative and resourceful in generating new ideas and problem solving*

## PROFESSIONAL EXPERIENCE

### Accounting & Financial Analysis
- Chief financial officer of a $500 million regulated company, a multi-million dollar subsidiary, and a non-profit economic development company
- Established and implemented financial policies and procedures as interim University Vice President & Associate Vice President for Business & Fiscal Affairs

### Marketing & Public Relations
- As a corporate officer, lobbied the city council, and served as the official corporate representative at many community functions, business organizations and on various boards
- Started a successful retail clothing business, exceeding initial sales goal by 90%

### Training & Development
- Delivered public relations & entrepreneurship workshops
- Designed and led workshops on quality improvement, communications skills, team building, customer satisfaction, professional dressing, and board development
- Instructor of Accounting and Financial Management

### Management & Administration
- Helped build a corporate subsidiary from the ground up, including development of all administrative start-up activities and development of accounting systems and HR procedures
- Acted as a decision support analyst in re-engineering operations while maintaining a diverse, motivated and qualified workforce
- Managed work teams ranging in sizes up to 40 people

CONFIDENTIAL
MAK 8893

**EDUCATION**

**MBA,** Southern Illinois University
Edwardsville, Illinois

**B.S., Accounting,** Central State University
Wilberforce, Ohio

**Financial Management Program,** The Wharton School
University of Pennsylvania

**Executive Development Program,** Fuqua School
Duke University

Additional courses in organizational development, quality improvement, sales & Merchandising.

CERTIFIED PUBLIC ACCOUNTANT, MARYLAND, 1975

---

### EMPLOYMENT HISTORY

| | |
|---|---|
| Currently | **Chief Executive Officer**<br>SHEARS TO YOU<br>**Financial Consultant**<br>Tuskegee University<br>**Adjunct Instructor**<br>Potomac College |
| 1997-1998 | **Director - Performance Assurance**<br>Bell Atlantic |
| 1993-1997 | **Controller & Treasurer**<br>Bell Atlantic - Washington |
| 1991-1993 | **Director - Corporate Accounting & Forecasting**<br>Bell Atlantic - Washington |
| 1990-1991 | **Director - Business Planning**<br>Bell Atlantic - Washington |
| 1988-1990 | **Chief Financial Officer**<br>Bell Atlantic Services Management, Inc. |
| 1977-1988 | **Various Tax and Accounting Manager Positions**<br>Bell Atlantic (C&P Telephone) |
| 1975-1977 | MANAGER<br>LEE-BROADUS CERTIFIED PUBLIC ACCOUNTANTS |

---

### MEMBERSHIPS & BOARDS

BOARD MEMBER:
BETTER BUSINESS BUREAU OF WASHINGTON
DELTA SIGMA THETA SORORITY, INC.
ANTHONY BOWEN YMCA

MEMBER:
LEADERSHIP WASHINGTON
DC CHAMBER OF COMMERCE
JUNIOR LEAGUE OF WASHINGTON
NAWBO

CONFIDENTIAL
MAK 8894