# EXHIBIT 42

## MEMORANDUM

TO:       Benjamin Jennings
          Executive Director

FROM:     M. Amin Kakeh
          Controller

SUBJECT:  Controller's Office Status Alert

DATE:     October 03, 2003

Since the newly created position of the Chief Financial Officer was established and the sudden appointment of the ex-consultant, Ms. Sheila Shears, you did not ask me how the office is functioning nor had any meeting with me as you did previously for the last six years. All the communications have stopped....for these reasons I felt it is my responsibility to let you know about the current status in the controller's office. The situation is serious and needs immediate attention before it is too late to resolve these issues. I am going to start with the current situation and then I am going to list recommendations which I believe can help to remedy some of these problems.

### FACTS

**ONE:**
ON JUNE 23, 2003, DURING THE MANAGERS' MEETING, MS. GLADYS MACK, THE DEPUTY EXECUTIVE DIRECTOR RESIDED OVER THE MEETING WITH MS. SHEARS AT HER SIDE. MS. MACK TOLD THE MANAGERS "FROM THIS DAY ON ALL YOUR CONTACT AND CORRESPONDENCE MUST BE WITH THE CHIEF FINANCIAL OFFICER AND NOT WITH THE CONTROLLER, DO NOT SEND ANY THING TO THE CONTROLLER, EVERYTHING SHOULD BE SENT TO THE CHIEF FINANCIAL OFFICER." NOW, SOME MANAGERS ARE HAVING DIFFICULTIES EVEN TALKING TO ME BECAUSE OF THIS INSTRUCTION. THIS IS UNHEARD OF IN ANY LEGITIMATE BUSINESS IN THIS COUNTRY.

**TWO:**
BEFORE FILLING THAT POSITION YOU ASSURED ME THAT THE CFO WAS GOING TO HELP ME, UNFORTUNATELY, THAT HELP NEVER MATERIALIZED. IN FACT, I AM OVERWHELMED WITH THE AMOUNT OF WORK I HAVE TO DO, NOW MORE THAN EVER BEFORE. WE WERE SUPPOSED TO BE PARTNERS AND WORK TOGETHER. THIS HAS NOT HAPPENED. AS A MATTER OF FACT, I AM TREATED NOW AS A FINANCIAL SECRETARY TO DO ALL THE WORK.

**THREE:**
I WAS NOT INVITED TO ANY FINANCIAL MEETINGS SINCE SHE BECAME THE CFO EARLY THIS YEAR. NOR HAVE I RECEIVED ANY INFORMATION ABOUT THESE MEETINGS. I RECEIVE WORK ORDERS ONLY, NOT THE NECESSARY FINANCIAL INFORMATION TO COMPLETE THE REQUEST. I HAVE TO HUNT FOR THIS INFORMATION IN ORDER FOR ME TO DO MY WORK. THE IMPACT OF THIS PRACTICE WILL SHOW DURING THE CLOSING OF THIS YEAR AND ITS AUDIT. AS AN EXAMPLE, THE MEETING OF THE UPO BOARD OF TRUSTEES RETREAT, WHICH ALL THE MANAGERS AND SUB-MANAGERS WERE INVITED DID NOT INCLUDE ME, THE CONTROLLER. THIS OCCURRED EVEN THOUGH THE SUBJECT OF THE MEETING IS "TO REVIEW AND DISCUSS UPO'S DRAFT STRATEGIC PLAN".

**FOUR:**
MY NAME HAS BEEN TAKEN OFF THE DISTRIBUTION LIST....NOW I RECEIVE ONLY GENERAL INFORMATION THAT ALL GENERAL STAFF OF UPO RECEIVE. AS A RESULT I HAVE TO GO AND HUNT FOR THE MEMORANDUMS AND THE DOCUMENTS NEEDED FOR MY WORK AS CONTROLLER.

**FIVE:**
I AM LOOKING FOR ESSENTIAL SUPPORTING DOCUMENTS WHICH NO ONE KNOWS WHERE THESE DOCUMENTS ARE.... THIS HAS NEVER HAPPENED TO ME BEFORE.

**SIX:**
THE NEW CFO POSITION HAS TURNED INTO A "SUPERVISOR POSITION" AND MY POSITION HAS TURNED INTO A "CLERICAL POSITION". I DO NOT KNOW HOW UPO IS GOING TO BENEFIT UNDER THESE CONDITIONS.

**SEVEN:**
I HAVE BEEN STRIPPED OF MY AUTHORITY AS CONTROLLER AND ADDITIONAL TASKS HAVE BEEN ADDED TO MY RESPONSIBILITIES.

00150

**EIGHT:**
I HAVE BEEN TREATED LATELY WITH DISRESPECT, HUMILIATED IN FRONT OF MY STAFF, AND HAVE BEEN YELLED AT MANY TIMES IN FRONT OF STAFF AND OTHERS BY MS SHEILA SHEARS, THE CHIEF FINANCIAL OFFICER. THE INCIDENTS OF THIS UNPROFESSIONAL BEHAVIOR ARE AS FOLLOWS:

- ON 5/7/03, DURING THE CONTROLLER'S OFFICE STAFF MEETING, MS. SHEARS SCREAMED AT ME IN FRONT OF ALL THE STAFF BECAUSE I DID NOT RESPOND TO AN EMAIL SHE HAD SENT.
- ON 7/22/03, IN MY OFFICE, NONA, CHRISTINE, AND I WERE WAITING TO MEET WITH MS. SHEARS WHO WAS ON THE TELEPHONE. SHE CAME TO MY OFFICE AND STARTED YELLING AT ME BECAUSE WE WERE LATE FOR THE MEETING.
- ON 7/22/03, IN MS. SHEARS OFFICE, SHE AGAIN SCREAMED AT ME IN FRONT OF NONA, ALICE, AND SYLVIA AND HER SCREAMING WAS SO LOUD THE ENTIRE STAFF HEARD HER.
- ON 9/11/03, IN MS. SHEARS' OFFICE SHE YELLED AT ME REGARDING THE JULY, 2003, FINANCIAL STATEMENT.

**NINE:**
A PAYMENT FOR $7,897.44 WAS SIGNED BY MS. SHEARS TO PAY A PENALTY TO THE INSURANCE COMPANY IN MY ABSENCE. I HAD TO ARGUE FIERCELY WITH THE INSURANCE COMPANY TO RECOVER THIS PAYMENT. SINCE UPO RECEIVES GOVERNMENT FUNDING, WE ARE NOT AUTHORIZED TO PAY FINES. PAYING THE PENALTY WAS A MISTAKE.

**TEN:**
SINCE MS. MACK INSTRUCTED THAT ALL CORRESPONDENCE BE SENT TO THE CHIEF FINANCIAL OFFICER AND NOT THE CONTROLLER, FINANCIAL AND OTHER DOCUMENTS ARE MISSING, UNAVAILABLE, LOST, OR NO ONE KNOWS ABOUT THEM.

**ELEVEN:**
MS. SHEARS VOLUNTARILY OBLIGATES THE CONTROLLER'S OFFICE TO NON-REQUESTED TASKS WHICH PUTS TREMENDOUS PRESSURE ON ME RESULTING IN THE ABANDONMENT OF MAJOR TASKS WE ARE REQUIRED TO DO. I ASKED MS. SHEARS MANY TIMES TO DISCUSS THESE MATTTERS WITH ME PRIOR TO MAKING THESE COMMITTMENTS. SHE HAS YET TO DO SO.

00151

**CLARIFICATIONS OF THE FOLLOWING CONCERNS ARE REQUESTED:**

- WHAT IS MY POSITION NOW?
- WHAT ARE MY RESPONSIBILITIES NOW?
- WHAT IS MY JOB DESCRIPTION NOW?
- WHO IS REPORTING TO WHOM?
- WHAT IS THE JOB DESCRIPTION FOR THE CHIEF FINANCIAL OFFICER?
- WHO IS RESPONSIBLE FOR THE LEGALITY OF THE FINANCIAL OPERATIONS IN THIS OFFICE?
- HOW CAN I DO MY JOB SINCE I HAVE BEEN DISCONNECTED FROM ALL THE MAJOR DEPARTMENTS AND MANAGERS?
- HOW CAN I DETERMINE WHAT IS MISSING IF I AM NOT INFORMED ABOUT THE BUSINESS OF THE ORGANIZATION?
- HOW COME STAFF UNDER ME IN MY OFFICE ARE STILL ON THE DISTRIBUTION LISTS AND I HAVE BEEN TAKEN OFF?
- HOW CAN I FUNCTION IF I AM NOT INFORMED OF THE ACTIONS OF THE ORGANIZATION AND THESE ACTIONS NEED TO BE ENTERED INTO THE FINANCIAL SYSTEM AND THE RELATED DOCUMENTS OF THESE ACTIONS NEED TO BE FILED AS SUPPORT DOCUMENTS?
- HOW CAN I ISSUE FINANCIAL STATEMENTS ON A MONTHLY BASIS UNDER THESE IMPOSSIBLE CONDITIONS?
- THIS OFFICE IS FULL OF "CHIEFS" AND THAT MAY HAVE WORKED WHEN WE PRODUCED ONLY ONE FINANCIAL STATEMENT A YEAR. NOW, I CAN'T GUARANTEE THE MONTHLY FINANCIAL STATEMENTS WITHOUT HAVING TWO MORE NEW ACCOUNTANTS TO HELP US TO MEET THE MONTHLY DEADLINES.