# EXHIBIT 43

MEMORANDUM

TO:        Benjamin Jennings
           Executive Director

FROM:      M. Amin Kakeh
           Controller

RE:        Harassment and Discrimination

DATE:      October 16, 2003


This memorandum is a follow up to the problems outlined in my memorandum dated 10/3/03. My major concern is the discrimination and harassment I am suffering from Ms. Sheila Shears, CFO. The additional incidents which have occurred are as follows:

- On Tuesday, October 14, 2003, at the Managers' Meeting, Ms. Shears asked me about the financial statements. I told her that I had not finished them yet. After the meeting, I went to my office and finished the financial statements. I gave two copies to you. After an hour, Ms. Shears came to my office, uncomfortably close to me behind my desk, and called me a "liar". She said that I told her I had not finished the financial statements and that I had. She asked me why I didn't give them to her first in a threatening tone. She then said we would deal with that later. She then asked me to explain the financial statement to her.
- On Wednesday, October 15, 2003, I was in my office meeting with Gene and Henry when Ms. Shears came and asked me about a health insurance payment. I told her that I was investigating the payment. She left my office. A few minutes later she returned to my office with a note for me to call the vendor, make the payment, and report back to her by the end of the day. I read the note and went to Ms. Shear's office. I put the note on her desk and asked her to call and ask you to transfer money for the payment. She followed me back to my office and came uncomfortably close again and in a threatening tone said, "Never come to my office and throw a piece of paper on my desk!" She then went to the door using a very loud voice and said, "You have a problem....You should close the door and say some prayers for yourself." I responded that you should pray, too. She said that she prays every Sunday for God to give her guidance on how to deal with me.

Calling me a liar is verbal abuse. Asking me to pray is an insult to my religion and is harassment. Using a loud voice for all to hear is a public "put-down" and is degrading. Interacting with me in this way is unjustifiable and should stop immediately.

Your inaction on this matter is making it worse. I had one incident with Mary in which I did nothing wrong. However, you gave me a final warning with this first incident and warned me that another incident would result in my termination of employment. To date, Ms. Shears has yet to be counseled. Does UPO have a double policy? This is discrimination.

You said at the Managers' Meeting that Gladys, Sheila, you and I were going to meet. This meeting has yet to take place.

On Wednesday, October 15, 2003, at 4:45 p.m. Ms. Gladys Mack called me and said that she wanted to talk to me. I told her I had to pray and then I would see her. She called me again at 5:30 p.m. to ask about our meeting. I asked her the reason for the meeting. Ms. Mack said that it was about the memorandum I gave to you which caught me by surprise. I asked her if a third party, the General Council of UPO, could be present. Ms. Mack then asked me why she should attend. I told her that this is a sensitive subject and I have to protect myself. Ms. Mack said that I am not a union member and that I have no rights. She then said that I was refusing to meet with my employer. I said that I need a third party to be present for this sensitive subject. Ms. Mack then threatened that she would put a letter in my employee file stating that I refused to meet with her. Again, all I was asking for was a third party to be present since Ms. Mack is the executive who instructed all financial information to go to the CFO and not the controller.

This impossible situation of being harassed and discriminated against is causing me mental and physical anguish. This ordeal is an unnecessary distraction causing disruption in the operation of the controller's office. This situation warrants immediate resolution and I am asking for your assistance.

cc:    Monica Scott Beckham, General Counsel
       Robert Richardson, Director, Office of Human Resources

00119