# EXHIBIT 44

Case 1:05-cv-01271-GK    Document 78-51    Filed 02/27/2007    Page 1 of 3

MEMORANDUM

TO: Gladys Mack
Deputy Executive Director

FROM: M. Amin Kakeh
Controller

RE: Urgent Request for Budget and Financial Information

Date: October 20, 2003

This request is addressed to you because you are the head of budget and the related financial matters for UPO. Previously, I never had to request budget and financial information from you because I received financial information directly or indirectly from the managers. However, unfortunately that has all changed. You blocked all channels for financial information to come to me by demanding the managers give financial information to the CFO and not the controller. Instead of taking the opportunity to support the Controller and confirm the role of the CFO as an executive role and encouraging the managers to support the new team, you elected to make the controllership irrelevant, and replace it with the CFO. You excluded me from any financial meeting. You never invited me to any meeting with the bank to discuss financial and reporting matters. Additionally Ms. Sheila Shears, CFO, does not forward any financial information to me, only requests to do some clerical work for her. Also, the managers do not respond to my inquiries and do not volunteer informing me of the organization's financial business.

I need verification, explanation, direction and decision on the following budget and financial matters in order for me to close the fiscal year 2003, prepare the financial statements to the bank as of 9/30/03 and prepare for the external audit for fiscal year 2003:

1. Where did you budget for:
    - Construction cost, which is not covered in the bonds and paid from the general cash pool of UPO for the amount of $304,073.00.
    - Depreciation cost for the amount of $203,090.00 which can not be charged to any program or to the indirect cost.
    - UPO special operations for the amount of $224,565.00 which can not be charged to any direct or indirect cost.
    - Interest payments for the amount of $94,519.00 which can not be charged to any grants or indirect cost.

2. All these amounts totaling $826,247.00 were paid from the grants revenue which UPO must pay back to cover their grants expenses.

00147

3. What are the new projects or properties UPO is leasing or buying and where did you budget for it, since the only information of the budget comes to me from the program scope, and that statistical report does not explain any of the relevant facts.

4. The total revenue to UPO from the following sources totaled $78,139.00.
   - Rent:     $24,229.00
   - Parking   $26,660.00
   - Internet  $13,550.00
   - Others    $13,700.00
   - Total     $78,139.00

5. Total expenses     $826,247.00
   Total Revenue      $ 78,139.00
   Deficit            <$748,108.00>

6. The over run in indirect cost analysis will follow shortly.

I need this information within a week. Please let me know if you need anymore information about this and thank you for your assistance in this matter.

CC:   Benjamin Jennings, Executive Director
      Monica Scott Beckham, General Counsel
      Sheila Shears, Chief Financial Officer