# EXHIBIT 45

# United Planning Organization

## Memorandum

**Date:** October 29, 2003

**To:** Finance Staff Members

**From:** *Sheila D. Shears*
Sheila D. Shears
Chief Financial Officer

**CC:** Ben Jennings
Gladys Mack

**Re: Cash Management**

Because of the need for increased emphasis on cash flow management and to free Mr. Kakeh to focus on audit issues, effective immediately, all cash management and budget issues will be handled by me. This includes approval of accounts payable checks to be cut and released, coordination of accounts receivables and cash drawdowns, and coordination with the Executive Director regarding cash transfers and invoicing.

Mr. Kakeh & Mr. Quashie will continue to handle general ledger activity, financial statement production, tax issues, audit coordination and the day-to-day operations of the finance office.

CONFIDENTIAL
MAK 2219