# EXHIBIT 46

February 05, 2004
Thursday
*10:30 – 7:35*

*Spent most of my time with Nahilata and preparing documents for it. I spoke with her about the situation in the company, I also spoke with Tunde [illegible] and we will continue that next week.*
*The battle has begun.*

Amin Kakeh                                    2                          2/2/2004 5:33 PM
                                                                                         000667

CONFIDENTIAL
MAK 5830