# EXHIBIT 47

# EXHIBIT 47

M. AMIN KAKEH
LOG OF CONTACTS
5/27/05

2/10/04      Tunde Ebode, Program Manager, Department of Human Services, Washington DC Government.

Met with Tunde at 12:00 p.m. talked about misuse of federal funds, credit card abuse, and financial deficit at UPO. Tunde asked for an official visit to view the violations and requested a government audit.

2/12/04      Private meeting at a Moraccan restaurant with Dennis Ramprashad, Director of Audit, Thompson, Cobb, Bazilio, and Associates, PC., (UPO external auditors). Haylatta Idrisu, Dennis's colleague also attended.

Discussed the misuse of federal funds, financial status of UPO, and the violations.

2/16/04      Tunde Ebode

Called me to inform me would be coming to UPO on 2/19/04.

2/19/04      Tunde Ebode and his assistant

Came to UPO. I showed Tunde the evidence of the misuse of federal funds with explanation. He also met with Sheila Shears, CFO of UPO.

3/1/104      Tunde Ebode

Tunde and his assistant brought eight national independent auditors to UPO.

3/3/04       Tunde Ebode, eight national auditors, Dennis Ramprashad, UPO external auditors.

I distributed the financial statement showing a deficit of $3 million to Tunde, national auditors, and UPO external auditors.

3/3/04       Gladys Mack, Deputy Executive Director of UPO

Gladys requested I change the financial statement; I refused immediately.

3/17/04      Tunde Ebode, Two Headstart Auditor, Steven and Kim.

Discussed the misuse of federal funds and misuse of credit cards.

3/18/04    Tunde Ebode met with the board of UPO and gave them the result of their audit.

3/19/04    Headstart Auditors, Kim and Steven.

Showed them documents of misuse of funds with explanation.

3/24/04    I called Legal Service Plans of VA. The attorney advised me not to disclose information to The Washington Post.

4/7/04    Sylvia Moreno, Staff Writer of The Washington Post, called me and asked for a meeting.

4/8/04    Sylvia Moreno, Staff Writer, and Dan Keating, Database Editor, The Washington Post.

Met with them for one and a half hours. Discussed misuse of federal funds and misuse of credit cards, gave Sylvia documents of such.

4/15/04    Tunde Ebode

Met to discuss why he was not going to issue the report from his agency.

4/19/04    Sylvia Moreno wrote article about UPO in The Washington Post.

4/29/04    I faxed letter to The Washington Post and the Inspector General's Office of the DC government (copy in file). Letter was about shift of blame to finance staff.

5/3/04    Kenneth L. Marty, Special Agent, U. S. Dept. of Health and Human Services, Office of Inspector General, Office of Investigations.

Ken called me to tell me he had been assigned case regarding UPO.

5/4/04    FBI agent Mr. Duncan

Ken Marty called and told me to meet with Mr. Duncan. We met to discuss misuse of federal funds and whether merited investigation.

5/6/04    Kenneth Marty, Mr. Duncan, and Ms. Debra L. Long-Doyle, Assistant U.S. Attorney, FBI agent Hans

Met Ken in garage of their building. Mr. Duncan was there. They took me to meet with Ms. Long-Doyle. We met for four hours. I gave them one box of financial documents.

000647

000647

5/12/04    I called Junius Nottingham, Inspector General of DC government, to discuss misuse of funds. Ken Marty called to say he had received assignment.

5/19/04    I faxed documents to Ken Marty (see file copy).

5/25/04    I delivered more documents to Ken's office.

5/28/04    Ken Marty, FBI agent Hans

Met in Ken's office from 9:00 am-12:00 pm. Discussed how urgent it was for them to come to UPO as soon as possible. Gave them names of people to talk to in UPO. That afternoon he called and said they had decided to come on Tuesday, 6/1/04.

6/1/04    Ken Marty, FBI agent Hans, and female attorney

Ken said they wanted to come as a surprise. I let them in to UPO and took them to my office. Monica Beckham, General Counsel of UPO, was near security and saw us as we came in. She followed us to the outside of my office. I then took them and introduced them to Monica Beckham and Darlene Booker, the Executive Assistant of UPO.

Ken and the rest met with UPO management, Gladys Mack, Deputy Executive Director and Dana Jones, Interim Executive Director.

6/2/04    Ken Marty, Hans, and five other people came to UPO. I let them in. At 4:00 pm, Dana Jones, Interim Executive Director, gave me my letter of termination.

000648
000648