# EXHIBIT 48

February 10, 2004
Tuesday
*9:38 – 7:40*

*1:[00]PM – 7:26*
*After that I went to my appointment with Tunde and it was a good meeting; we agreed on the matters he would adopt and I would help them. It was a good move after which I felt that I was not alone in the battle, and that there is hope in getting help, reform, and this continued until one o'clock.*
*At work, I worked with the auditors most of the time.*


Amin Kakeh                         7                    2/2/2004 5:33 PM
                                                              000668

CONFIDENTIAL
MAK 5831