# EXHIBIT 49

March 03, 2004
Wednesday
*9:10 – 8:20*

*I distributed the amended budgets on Tunde's group, Denis, and Sheila. And we met with Tunde's group, with Denis, then with them at various and repeated times. In the evening, I met with Gladys and Sheila and they asked me to change the budgets but I refused. Ben called and asked but I refused, then he called me and listened to me and said, "There is no objection to send them a letter; write me its draft tomorrow…". After that I met with Sheila and Rachel and we talked about the issue and Rachel suggested to make the change manually for them, then it would reflect on the system after they leave. I called Ben and he said, "No… let's send them a letter according to our agreement." Thus today's play ended.*

Amin Kakeh                                    1                                    3/2/2004 10:16 AM
                                                                                                        000676

CONFIDENTIAL
MAK 5839