# EXHIBIT 50

February 16, 2004
Monday

*Holiday*

*"Tonde" called me and said that they, or actually he, will come on Thursday with two of his colleagues to begin the mission we agreed on. We talked about the topics that came up since our last meeting.*
*I pray to Almighty God to facilitate the matters to reach righteousness and to deem us victorious over them.*

Amin Kakeh                    13                    2/2/2004 5:33 PM
                                                        000670

CONFIDENTIAL
MAK 5833