# EXHIBIT 51

February 19, 2004
Thursday
*10-8*

*When I arrived at the office I found Tonde with Sheila in a meeting; I did not know about that from inside the company. I spent several hours with him and his assistant and we began preparations to begin the inspection next week.*
*A meeting with the employees.*
*And with the auditor at the same time.*
*Spent most of the day in [illegible] fax.*

Amin Kakeh                           2                           2/2/2004 5:34 PM
                                                                 000672

CONFIDENTIAL
MAK 5835