# EXHIBIT 52

February 25, 2004
Wednesday
*8:05 – 8:10*

*On the way to work in the morning, I spoke with Tonde and he told me that Gladys told him not to contact [illegible] as he is not dependable and to call Sheila.*
*That and I had met with Sheila, then with Gladys to view the rest of the things behind their backs, God willing.*
*I continued working on preparing the system to issue new budgets.*

| | | |
|---|---|---|
| Amin Kakeh | 8 | 2/2/2004 5:34 PM |
| | | 000673 |

CONFIDENTIAL
MAK 5836