# EXHIBIT 53

*03-01-04*
*8:15 – 8:30*

*At work, Tonde came with his assistant and eight people to investigate for CSBG. I was not invited to any of the meetings, but finally they reached my office and I began talking with them about the information they needed to conduct the necessary investigations.*

000674

CONFIDENTIAL
MAK 5837