# EXHIBIT 54

SHEILA D. SHEARS
13108 Cabinwood Drive
Silver Spring, MD 20904


Benjamin Jennings, Executive Director
United Planning Organization
301 Rhode Island Avenue, NW
Washington, DC 20001


Mr. Jennings,

Over the past week in our discussions concerning the financial issues raised by the CSBG review team, the question of why Amin Kakeh has been allowed to continue in his position, given his repeated acts of insubordination including the issuance of financial statements that had been significantly altered from any previously reviewed by management, has surfaced several times. Each time the question has come up your response has been a reference to his charge of harassment and discrimination lodged against me and Gladys Mack. As a result, I am tendering my resignation, effective April 30, 2004 in hopes that it will allow you to move forward with the changes needed in the finance office and to put an end to the paralysis brought about by these unfounded charges.

As you and I both know, these are critical times for UPO's financial operations and roadblocks of any kind will only be counterproductive. I hope my leaving assists you in removing a major roadblock to your continued progress toward correcting the deficiencies in the finance office.


Sincerely,

*Sheila D. Shears*

Cc: Gladys Mack

CONFIDENTIAL
MAK 2233