# EXHIBIT 55

March 11, 2004
Thursday
*9:05 – 12:30 AM*

*The Day of the Event*

*I spent the day writing a letter to Ben about Sheila and Gladys… The Board Meeting was held and they fired Ben graciously and appointed Gladys in his place. I found that out from Nouna at 3 in the morning. She said that Sheila withdrew her resignation provided that I be fired and said that it will happen the following day.*

| | | |
|---|---|---|
| Amin Kakeh | 4 | 3/2/2004 10:16 AM |
| | | 000681 |

CONFIDENTIAL
MAK 5844