# EXHIBIT 56

March 12, 2004
Friday
*11 – 8 30*

*Tunde called me in the morning and told me that Ben was fired from work and that Gladys was appointed in his place and that Sheila did not resign. I went to work and a managers' meeting was held at 11 o'clock, after that I went for Friday prayers at Mohamed mosque. After that Sheila was in a meeting with the workers in the department, and I went to visit Doris during that time. A disagreement with Sheila, then with Gladys for not submitting the amended budgets yet.*
*I met with the accountants.*

| | | |
|---|---|---|
| Amin Kakeh | 5 | 3/2/2004 10:16 AM |
| | | 000682 |

CONFIDENTIAL
MAK 5845