# EXHIBIT 57

March 17, 2004
Wednesday
*9:30 – 5:340*

*It was a day in which God saved me from their cunning, especially that of Monica for she tried to force me to go and meet the lawyers; I refused and we fought and I remained against the idea; after that Sheila came and I told her that I was not going to any meetings.*
*After lunch at around 2 o'clock Mark Koyo gave me a lift to Howard University and I met Tunde, Steve and Kim about the current issues. I also talked to Denis and he will send his letter tomorrow, God willing. I took most of the important papers and brought them home for tomorrow.*

| | | |
|---|---|---|
| Amin Kakeh | 3 | 3/2/2004 10:26 AM |
| | | 000685 |

CONFIDENTIAL
MAK 5848