# EXHIBIT 58

Case 1:05-cv-01271-GK    Document 78-65    Filed 02/27/2007    Page 1 of 3

 **UNITED PLANNING ORGANIZATION**
DC COMMUNITY ACTION
301 Rhode Island Avenue, NW ■ Washington, DC 20001-1826

RUSSELL D. SIMMONS
President

March 24, 2004

**VIA HAND DELIVERY**

Mr. Benjamin Jennings
1108 Decesaris Boulevard
Mitchellville, MD 20721

Re: <u>Termination of Employment Contract</u>

Dear Mr. Jennings:

This letter is to advise you that pursuant to paragraph 7(a) of your employment agreement dated December 1, 2000 ("Agreement") the Board of Trustees of the United Planing Organization ("UPO") has voted to terminate your employment for reasonable cause. The Board of Trustees has determined that reasonable cause exists as defined in paragraph 7(a)(1) of the Agreement for breach of the Agreement by failing to comply with UPO's policies on conflict of interests and failing to maintain a balanced budget (¶¶2 and 4 of Agreement), and reasonable cause exists under paragraph 7(a)(2) for engaging in acts of financial impropriety.

Your termination shall be effective ten (10) days from the date of this letter – April 2, 2004. In accordance with the terms of your Agreement, you will be paid the following: (i) any earned and unpaid salary; (ii) any carried over annual/vacation leave earned through December 31, 2003 not exceeding 225 hours; and (iii) accrued annual leave from January 1, 2004 through Friday, April 2, 2004. Enclosed is information regarding your rights and obligations for group health continuation coverage under COBRA. You will be notified by the Office of Human Resources as to your continuation and conversion privileges, if applicable, under the UPO medical or life insurance plans in which you are enrolled.

Please return all UPO property in your possession or control, including all automobiles, credit cards, cell phones, computers, software, computer programs and disks, copies of all management studies, business or strategic plans, budgets, notebooks and other printed, typed or written materials, documents and data of or relating to UPO or its personnel to Monica Scott Beckham, General Counsel of UPO, on or before Friday, April 2, 2004.

If you have any questions regarding the matters set forth herein, please direct any questions to Monica Scott Beckham, Esq.

Sincerely yours,

Russell Simmons, President
Board of Trustees

cc: Barry M. Johnson, Esquire

MAK 8147

Benjamin Jennings
March 24, 2004
Page 2


bcc: Gladys W. Mack
Monica Scott Beckham, Esq.
F. Alexis Roberson
Chair, Management Committee

CONFIDENTIAL    MAK 8148