# EXHIBIT 59

## Amin Kakeh

**From:** GladysMack@aol.com
**Sent:** Thursday, March 25, 2004 8:32 AM
**To:** Amin Kakeh
**Cc:** sheilashears@upo.org
**Subject:** UPO Financials

Amin:

I am at METRO this morning, or I would talk to you in person. However, it is very important that we have a final number on the financials by Friday. Mrs. Roberson and I have a meeting with Derek Harps and his Asset Managers. As you know, we are running behind our promised date, and the bank has given us new dates which cannot be compromised.

I have talked with Shelia and Rachel and they tell me that a lot of agreement has been reached on issues that were being reviewed. Accordingly, I am requesting that you book all adjustments that we are currently aware of, including restoring the CSBG revenues, allocating all indirect costs, reversing the $364k HS entry that was erroneously booked to expense, book the additional revenue identified by the F. S. Taylor analysis as due to UPO, and book any entries needed as a result of the bank reconcilations being completed.

Please also identify and book any additions or adjustments that should be made to the financials. Finally, please provide copies of the related journal entries to Sheila and to Rachel for review and signoff. Once these entries are posted, please rerun the financial statements for everyone's review and comments.

All of this must be completed no later than 4:00 today so that we can make any corrections and have reports for the meeting with Derek on Friday. If you need assistance please ask Sheila or Rachel for help. Completing this work will also enable us to give TCBA a trial balance tomorrow so that the audit can be completed. If there are further entries identified by TCBA as a result of their audit, they will be made as audit adjustments.

Amin, we are out of time. I hope you are sensitive to this. Our continued supportive relationship with the bank depends on these tasks being completed as requested.

Please confirm, by email, receipt of this email and your ability to carry out these task as soon as you receive this message. Even though I will be out of the office, I will be checking my email. I will also call you later this morning,

Thank You,
Gladys

00164

4/28/2004