# EXHIBIT 60

March 25, 2004
Thursday
*8:15 – 8:10*

*A meeting with Gladys, Monica, Sheila, and Rachel about:*
*Amending last year's budget and I refused that and will write her an answer to her mail tomorrow.*
*Categorized the mail until the end of the day.*
*Talked with Tunde about many things and found out hidden things from him.*
*Bill Huey visited me and told me that he talked with Judge Gwen about the siege imposed on Gladys and Sheila.*

| | | |
|---|---|---|
| Amin Kakeh | 4 | 3/2/2004 10:26 AM |
| | | [000]691 |

CONFIDENTIAL
MAK 5854