# EXHIBIT 61

5512d

From: Gladys Mack
Sent: Monday, April 05, 2004 2:03 PM
To: 'tunde.eboda@dc.gov'
Subject: RE: Draft Preliminary Report

Thanks!

Gladys

-----Original Message-----
From: Tunde Eboda [mailto:tunde.eboda@dc.gov]
Sent: Monday, April 05, 2004 10:42 AM
To: Gladys Mack
Subject: FW: Draft Preliminary Report

Mrs. Mack:

Per your request, please find attached the preliminary report on the monitoring exercise.

Thanks,
Tunde

-----Original Message-----
From: Tunde Eboda [mailto:tunde.eboda@dc.gov]
Sent: Thursday, March 25, 2004 3:32 PM
To: 'dana@smtccac.org'
Subject: Draft Preliminary Report

Dana:

Per our discussion, please find attached the preliminary report re: UPO.

Take care,
Tunde