# EXHIBIT 62



# UNITED PLANNING ORGANIZATION

# AD HOC MANAGEMENT COMMITTEE REPORT

DATE: April 1, 2004

REPORT TO: UPO Board of Trustees

REPORT FROM: Alexis Roberson, Temporary Chairperson

I. **Date of Meeting:** March 30, 2004          **Time:** from 6:30 p.m. to 10:05 p.m.

Other Members Attending:            Staff Attending:

Mrs. Carol Caldwell                 Mrs. Gladys Mack
Judge Rafael Diaz                   Ms. Josephine F. Thompson
Judge Henry Greene
Mr. Nathaniel Howard
Ms. Brenda Kelly
Chief Judge Annice Wagner

II. TOPIC(S) OF DISCUSSION (Agenda):

1. Opening remarks
2. Review and update of actions by Ad Hoc Management Committee
3. Update on the All UPO Staff Meeting on March 22, 2004
4. Status of contract with Interim Executive Director
5. Estimated cost of services from Reed Smith LLP and F. S. Taylor & Associates
6. Status Report of Acting Executive Director

    - FY 2003 Audit
    - Finance Division
    - Size of Deficit
    - Personnel Actions
    - Meeting with Bank
    - Executive Office Security
    - Lease Agreement with Watkins Security
    - Return of all UPO property from former Executive Director
    - Discussion of Letter from John Poulos

7. Discussion of Board vacancies
8. Discussion of Press Conference versus Press Release
9. Recommendation for next Board meeting

CONFIDENTIAL
MAK 5897