# EXHIBIT 63

UNITED PLANNING ORGANIZATION
BOARD OF TRUSTEES SPECIAL MEETING

### April 1, 2004

**PRESENT:**

Ms. S. Kathryn Allen
Mrs. Dorothy M. Brown
Mrs. Theresa F. Brown
Mrs. Carol Caldwell
Mrs. Ruth Ellerbe
Hon. Henry F. Greene
Mr. Clyde E. Howard, Jr.
Mr. Nathaniel Howard
Ms. Brenda Kelly
Ms. Carrolena Key
Mr. Russell D. Simmons
Rev. Frank D. Tucker
Hon. Annice M. Wagner
Ms. Emma Ward
Ms. Daria Winter
Ms. Elva Worthington

**ABSENT:**

Rev. Dr. William H. Bennett II
Hon. Rafael Diaz
Ms. Janice Eichhorn
Mrs. Doris V. Johnson
Ms. H. Alexis F. Roberson
Mr. Therman Walker

Mrs. Gladys W. Mack, Acting Secretary and Acting Executive Director
Mr. Dana M. Jones, Interim Executive Director

**GUESTS:**

Dr. Tunde Eboda, CSBG Program Manager
Mr. Randy German, TCBA
Mr. Dennis Ramprashad, TCBA

**STAFF:**

Ms. Sheila Shears
Ms. Josephine F. Thompson

The Board of Trustees of the United Planning Organization met at 6:30 p.m. in Executive Session on Thursday, April 1, 2004, in the Russell D. Simmons Board Room at 301 Rhode Island Avenue, N.W., Washington, D.C.  The UPO President, Mr. Russell D. Simmons, called the meeting to order at 7:02 p.m.

**AGENDA:**

The Agenda was adopted with the following amendment:  Add: Presentation of Sarbanes-Oxley Legislation by Thompson, Cobb, Bazilio and Associates.

**MINUTES:**

The Minutes of the Board of Trustees meeting on March 18, 2004, were approved as submitted.

Mr. Randy German of Thompson, Cobb, Bazilio & Associates (TCBA) distributed a synopsis of the Sarbanes-Oxley Legislation which sets required standards for companies,

CONFIDENTIAL
MAK 5891

**PRESENTA-TION BY TCBA:**

their executive officers, Board of Directors and its Audit committee, as well as the retention of and conduct of the company's certified public accountant selected by the audit committee to perform the annual audit of the financial statements of the company. He explained that most nonprofits are not required, under the provisions of this law, to comply with it. However, nonprofits will be affected by the governmental and public reaction to the many corporate and accounting misdeeds of recent years. Therefore, nonprofits will not be exempt from scrutiny as part of this process. Mr. German gave a slide presentation regarding the fiduciary duties of directors of nonprofit organizations. He explained that the law also mandates other reporting and duties by the company's executive officers, auditors and audit committees.

**(Sarbanes/Oxley Legislation)**

There was a lengthy discussion on the potential impact of the Sarbanes-Oxley Law on UPO, a nonprofit organization, its audit committee and outside auditors, disclosures and certifications and compensation issues. Mr. German explained that the Attorney General of the State of New York submitted a proposal that would bring Sarbanes-Oxley type requirements to nonprofits, or their auditors in that state. (Copies of the slide presentation and the synopsis of the legislation are attached hereto as part of these minutes.)

**AD HOC MANAGE-MENT COMMITTEE:**

**Recommendation of to Hire Interim Executive Director**

In the absence of Mrs. Alexis Roberson, Temporary Chairperson, Ad Hoc Management Committee, Chief Judge Wagner introduced Mr. Dana M. Jones, whom the Ad Hoc Management Committee interviewed for the position of Interim Executive Director. She stated that Mr. Jones has extensive experience in the field of community action and has a sterling reputation in the network of agencies like UPO. Mr. Jones is currently the Executive Director of the Southern Maryland Tri-County Community Action Committee (SMTCCAC) and is prepared to assist UPO. Therefore, the Ad Hoc Management Committee recommended that UPO enter into an agreement with the Southern Maryland Tri-County Community Action Committee, Inc., to lend its Executive Director, Mr. Dana M. Jones, to serve as the Interim Executive Director of UPO. It was noted that one of the conditions for employment is that the Interim Executive Director cannot be eligible for the permanent position. The Interim Executive Director would assist in hiring a permanent executive director.

Mr. Jones stated that he was honored to be considered for the position of Interim Executive Director. He stated that he has been in this industry for 29 years and provided an employment history ranging from youth counselor to administrator. Since 1981, he has been the Executive Director of the Southern Maryland Tri-County Community Action Committee, which is a regional nonprofit entity that runs programs in Calvert, Charles and St. Mary's Counties, including very much the same programs that UPO operates, as well as a number of training employment programs, where SMTCCAC is one of Maryland's largest nonprofit housing developers.

CONFIDENTIAL
MAK 5892

**UPO BOARD OF TRUSTEES SPECIAL MEETING**
April 1, 2004

**AD HOC MANAGE-MENT COMMITTEE (Cont'd):**

Mr. Jones stated that the issue at hand is that UPO, which has enjoyed a fine reputation, needs someone to help right some issues, by coming to a collective process on how to identify the processes, and determine what needs to be done. He said that he intends to immediately start to delve into the issues that have been identified in terms of compliance. He explained that the compliance issues would not have taken place if financial control policies had been in place and that no one person, regardless of his or her title or position, can assume responsibility for what went wrong. He added that in order to safeguard UPO in the future, there are financial matters that have to be immediately addressed because there are both internal and external customers that need immediate responses.

**Recommendation to Hire Interim Executive Director**

Mr. Jones stated that if the Board chooses to accept his response this evening, he will move forward very diligently and is prepared to start on Monday morning, April 5, 2004. He stressed that there are some radical changes that need to be made and the Board needs the indulgence to make it happen. He stressed that there are some pressing financial matters that have to be addressed by the end of April in order to really deal with other issues. He said he is willing to work diligently to address those matters and to work with people to make it happen.

With respect to community services programs, Mr. Jones stated that there is no approved federal legislation at this point and there are proposed cuts as much as $150 million, which would result in up to a third cut in CSBG funds. He said that he believes in what UPO does and believes it must be done well. In addition, he said that he is very protective of what is known as public trust and that one thing about that process is that the transparency in public trust is such that we need to be in a situation as an organization here at UPO where we are sought out by others to entrust their money with us. He felt that to be the important point to understand--back where you want to be, not in a situation where you have to defend yourself, but in a situation where people want to be a part of UPO. He said the reality of that is that there are people who find UPO's programmatic efforts to be stellar and its management practices to be questionable. And UPO needs to change that and give the employees who work in UPO everyday the comfort level that the organization is as effectively managed as they run the programs. Mr. Jones said that he believes the situation is fixable and fixable in short order.

Mr. Jones was asked to step out while the members discussed the contract.

**(Agreement with SMTCCAC)**

Following a detailed discussion on the proposed agreement with The Southern Maryland Tri-County Community Action Committee, Inc., including the salary and benefits for Mr. Jones, upon motion duly made, seconded and approved, it was resolved that:

The Board of Trustees of the United Planning Organization approves the recommendation by the Ad Hoc Management Committee that UPO enter into an interagency agreement with the Southern Maryland Tri-County Community Action Committee, Inc. (SMTCCAC), to retain SMTCCAC's Executive

CONFIDENTIAL
MAK 5893

UPO BOARD OF TRUSTEES SPECIAL MEETING
April 1, 2004

Director, Mr. Dana M. Jones, as the Interim Executive Director of UPO to provide the direction, overall management, coordination and operational control of UPO and serve as administrative liaison between the Board of Trustees for a period of four (4) months, with the possibility of two one-month extensions, not to exceed six (6) months, beginning Monday, April 5, 2004.

**AD HOC MANAGE-MENT COMMITTEE (Cont'd):**

Chief Judge Wagner referred to the Ad Hoc Management Committee report that was distributed at the meeting. She reported on the following topics of discussion at the Committee's meeting held on March 30, 2004:

a.   Review and update of actions by Ad Hoc Management Committee

b.   Update on the All UPO Staff Meeting on March 22, 2004

c.   Status of contract with Interim Executive Director

d.   Estimated cost of Reed Smith LLP services to date for Management Review

e.   Status of estimated cost of F. S. Taylor & Associates to date or services associated with the Management Review

**(Report of Activities)**

f.   Discussion of Reed Smith services

g.   Status Report on Acting Executive Director

•   Status of FY 2003 Audit

•   Status of Finance Division and actions taken to date

•   Size of Deficit

•   Personnel Actions taken or recommended

•   Report on meeting with Bank

•   Status of locks being changed to secure necessary offices after the change of security service

•   Status of termination of Watkins' lease agreement

•   Return of all UPO property from former Executive Director

•   Discussion of Letter from John Poulos, boat owner

Chief Judge Wagner stated that one of the critical matters discussed at the Committee meeting on March 30, 2004, was the status of the Fiscal Year 2003 audit. Mrs. Gladys W. Mack, Acting Executive Director, reported that the FY 2003 Audit in final draft will be completed by April 22, 2004, ready for submission to M & T Bank, which is the trustee for the tax bonds. She stated that this is necessary because UPO's $3 million line of credit expires April 30, 2004, and the bank wants to review the audit as part of the consideration for renewing the line of credit.

**(Recommenda-tions)**

Chief Judge Wagner listed the following Ad Hoc Management Committee recommendations:

•   That a press release be prepared as opposed to holding a press conference.

•   That the UPO President name a new Chairperson of the Nominating Committee, with a request that the Nominating Committee meet to discuss

CONFIDENTIAL
MAK 5894

**UPO BOARD OF TRUSTEES SPECIAL MEETING**                                      -5-
April 1, 2004

**AD HOC MANAGE-MENT COMMITTEE (Cont'd):**

vacancies on the Board, primarily under Major Groups & Interests.

- That letters be sent to delegate agencies with vacancies
- That a letter be sent to the Mayor regarding his appointments to the Board

In addition, the Ad Hoc Management Committee made the following staff assignments in order to assist it in completing its assigned task:

1. That the Acting Executive Director obtain figures/costs of services by Reed Smith LLP and F. S. Taylor & Associates.
2. That pro bono legal services be investigated.
3. That the Committee be provided an update on the FY 2003 Audit

**(Staff Assignments)**

4. That a response to Mr. Poulos' letter be prepared by General Counsel
5. That the expense-to-budget report be analyzed and explained at the next committee meeting
6. That regular financial reports be made to the Ad Hoc Management Committee and the Board of Trustees.
7. Provide an update on the progress of the RFP for security services.

(A copy of the Committee report is attached hereto as part of these minutes.)

With respect to the board vacancies, Mr. Simmons appointed Ms. Brenda Kelly to chair the Nominating Committee with Judge Henry Greene and Ms. S. Kathryn Allen serving as members, to review the vacancies on the UPO Board. The Nominating Committee will focus primarily on the vacancies under the category of Major Groups and Interests - Elected by the UPO Board.

**(Nominating Committee)**

The board members were asked to recommend nominees to fill vacancies.

Mrs. Mack reported the following:

**(Staff Report)**

1. A cell phone plan has been completed that will substantially reduce the monthly bill and a strict policy will be enforced. Other plans will be reviewed in order to further reduce the cost of cell phones.
2. The number of bank accounts has been reduced from 26 to 14 and further review of the balance will be made in an effort to further reduce the total number of accounts.
3. UPO is now using B&B Security Service on a month-to-month basis until the responses to the Request for Bid have been reviewed and a new security service is selected.

Dr. Eboda thanked the Board for its efforts in taking corrective actions and that he will continue to work with UPO.

Mr. Jones thanked the Ad Hoc Management Committee, as well as the board

CONFIDENTIAL
MAK 5895

**UPO BOARD OF TRUSTEES SPECIAL MEETING**
-6-
April 1, 2004

members for their vote of confidence and thanked Mrs. Mack for her assistance to him.

Board members thanked Mrs. Mack and the members of the Ad Hoc Management Committee for all the hard work it has accomplished to date.

There being no further business to discuss, the meeting adjourned at 11:12 p.m.

**ADJOURN-MENT:**

Respectfully submitted:

Gladys W. Mack, Acting Secretary

Attachments

REPORTER: Ms. Josephine F. Thompson
Special Assistant to the UPO President

CONFIDENTIAL
MAK 5896