# EXHIBIT 68

March 31, 2004
Wednesday
*9:45 – 8:30*

*Worked with inspectors on some matters related to cash and postponed expenses.*
*Went to a meeting with "OHR" representative and this took around two and a half hours, and said that the case has a lot of discrimination and injustice, and I'm supposed to hear from them next Wednesday.*
*Worked on the mail the rest of the day.*
*Evening at home, we worked on the letter for tomorrow to give it to the head of the administrative committee and Tunde until two in the morning.*


Amin Kakeh                          4                     3/2/2004 10:24 AM
                                                                    000693

CONFIDENTIAL
MAK 5856