# EXHIBIT 69

## MEMORANDUM

| | |
|---|---|
| TO: | Ms. Alexis Roberson, Committee Chairperson |
| FROM: | Amin Kakeh, Controller |
| CC: | Mr. Dana Jones, Interim Executive Director<br>Dr. Tunde Eboda, DHS CSBG Program Manager |
| RE: | Clarification |
| DATE: | April 5, 2004 |

The fact is that who caused UPO's financial problems is not the finance department, but the upper management of UPO who mismanaged, abused, and misused the government funds.

UPO management betrayed the trust put in them by the Board of Trustees. (Even though some of the board members of UPO betrayed their own colleagues when they helped the UPO management to abuse the system.)

What happened to UPO is the result of the management's action and is not the deficiency of the finance department.

The practices and the culture of the UPO management had the ultimate responsibility in disabling the functionality of the finance department. The UPO management intended to keep the finance department disabled because it served their own purposes of corruption and misuse of government funds.

Yes, the finance department has a lot of serious problems which need to be addressed. But, the finance department, itself, never abused the funds, never committed corruption, or deceived anyone. In fact, despite all the difficulties in that department, caused by upper management and the ability of the staff, the controller always managed to produce financial statements and reports as needed.

The finance department was reflecting in records the actions of the upper management. It did not make policies or decisions. It was a record keeping department only.

The upper management of UPO is working hard to divert the attention of everyone from looking at their role in causing the "almost" bankruptcy of the organization by claiming that the finance department, in their deficiency, caused the problem.

They are trying to shift the blame and create a scapegoat to cover their impropriety, responsibility, and guilt.

Everyone in UPO knows that the budgeting, financial decisions, financial transactions, transferal of funds, making of loans, making different kinds of payments including construction payments, bank transactions, all, are generated only from the executive's office to this day.

I challenge the Deputy Executive Director and the Chief Financial Officer to produce any documents issued in writing to the Executive Director regarding overspending, deficit, or mismanagement or if they took any action to warn the board about these practices in the last year. To the contrary, they facilitated, participated, and made it possible for the previous executive director do all that he did.

Now, the Deputy Executive Director and the Chief Financial Officer are trying hard to blame everything on the finance department. By doing so, they are attempting to clear the previous executive director from any wrong doing. Clearly, the responsibility for the fiscal mismanagement of UPO lies with the previous Executive Director, the Deputy Executive Director and the Chief Financial Officer.