# EXHIBIT 70

April 05, 2004
Monday
*9:10 – 7:30*

*Worked to prepare for today's meeting, and talked with the inspectors about the budget and the amendments, and a disagreement with Sheila about that topic...*
*A meeting with Dena, Alexis, and Tunde. Alexis's talk was insulting and biased as if I was talking with the two enemies, and she was defending them; I found that strange from someone in her position. I learned that they are all the same...*
*I stayed at the office for a while thinking... as for Dena, it was normal, and tomorrow I will know more when I meet with him and Sheila.*

| | | |
|---|---|---|
| Amin Kakeh | 1 | 3/31/2004 11:17 AM |
| | | [000]696 |

CONFIDENTIAL
MAK 5859