# EXHIBIT 71

April 06, 2004
Tuesday
*9:20 – 8:30*

*A meeting in the morning with Dena, Gladys, Sheila, Rachel, Latania and Tanis about the investigation and budget. I talked with Tunde about the topic yesterday, and he comforted me, and advised me to be patient as many things were not finished yet.*
*A meeting with the inspectors, Sheila, and Rachel about the same topic. I worked all day on preparing to issue the final draft of the budget, and after comparisons, I gave copies of the budgets between 98 – 03 to Dena and Alexis.*

| Amin Kakeh | 2 | 3/31/2004 11:17 AM |
| | | 000697 |

CONFIDENTIAL
MAK 5860