# EXHIBIT 72

PART 74 - FINANCIAL AND PROGRAM MANAGEMENT
74.21 Standards for financial management systems.
(b) Recipients' financial management systems shall provide for the following:
(1) Accurate, current and complete disclosure of the financial results of each HHS-sponsored project or program in accordance with the reporting requirements set forth in Sec. 74.52. If the HHS awarding agency requires reporting on an accrual basis from a recipient that maintains its records on other than an accrual basis, the recipient shall not be required to establish an accrual accounting system. These recipients may develop such accrual data for their reports on the basis of an analysis of the documentation on hand.

HEAD START AND EARLY HEAD START
In a review of financial data it was determined that the programs financial management system did not provide up-to-date and complete information for Head Start program staff, finance staff, and the Board of Trustees. A review of the general ledger and trial balance indicated they did not balance. Failure to reconcile to the general ledger was cited in the September 30, 2002 audit. The accounts payable transaction report had double entries. The Chief Financial Officer, Controller, General Ledger Accountant, Chief Revenue and Report Accountant, and other finance staff reported that reports generated by the accounting system were difficult to understand. This difficulty lead to unnecessary additional calculations to complete financial reports such as the SF 269. A review of the UPO General Ledger, which detailed deposits to and payments from the UPO bank accounts were lacking in source of deposit, or explanation of the withdrawal. The period covered by the documentation provided was from 9/26/2002 through 09/08/2003. Undocumented as to source of funds deposits totalled
$97,935.88. Undocumented source or reason for payment totalled $169,354.86

74.21 Standards for financial management systems.
(b) Recipients' financial management systems shall provide for the following:
(3) Effective control over and accountability for all funds, property and other assets. Recipients shall adequately safeguard all such assets and assure they are used solely for authorized purposes.

HEAD START AND EARLY HEAD START
In a review of financial records, it was determined that the accounting system did not have effective and sufficient controls over its funds, property and other assets. This was confirmed in an interview with the CFO, finance staff, and a direct examination fiscal documents. Due to the lack of an adequate accounting software system, it was not possible to determine if the cost allocation on an agency-wide level was appropriate. Also, it was not possible to determine if expenditures are being paid from Head Start funds only and if Head Start funds are used only for Head Start expenditures. Undocumented expenditures for agency expenses could not be identified. A consultant contract to develop a Medicaid reporting system was charged $183,221 to Head Start in 2003 without documentation or approval by Head Start. Interviews with the CFO and the review of financial documents revealed that internal controls designed to manage cash drawdowns were bypassed; payments to contracts were made without source documentation showing benefits accruing to the Head Start program and indirect charges in excess of the allowable rate may have been charged to the federal grants. This latter finding was developed in the absence of any direct relationship

between charges reported in the UPO general ledger and those charges reported on the SF 269's provided to the Regional Office.

**74.26 Non-Federal audits.**
(a) Recipients and subrecipients that are institutions of higher education or other non-profit organizations (including hospitals) shall be subject to the audit requirements contained in the Single Audit Act Amendments of 1996 (31 U.S.C. 7501-7507) and revised OMB Circular A-133, ``Audits of States, Local Governments, and Non-Profit Organizations.''

HEAD START AND EARLY HEAD START
The grantee did not ensure that all audit deficiencies had been corrected. A prior year audit deficiency still existed. During interviews with the CFO and the Controller along with a review of the general ledger and trial balance indicated they did not balance. Failure to reconcile to the general ledger was cited in the September 30, 2002 audit.

**74.51 Monitoring and reporting program performance.**
(b) The HHS awarding agency will prescribe the frequency with which the performance reports shall be submitted. Except as provided in paragraph (f) of this section, performance reports will not be required more frequently than quarterly or, less frequently than annually. Annual reports shall be due 90 calendar days after the award year; quarterly or semi-annual reports shall be due 30 days after the reporting period. The HHS awarding agency may require annual reports before the anniversary dates of multiple year awards in lieu of these requirements. The final performance reports are due 90 calendar days after the expiration or termination of the award.

HEAD START AND EARLY HEAD START
The respective SF 269 and PSC 272 reports reviewed were not submitted at the prescribed times. Quarterly and semi-annual reports are due 30 days after the reporting period. The current SF 269 and PSC 272, the final SF 269 for the previous program year, and the previous five (5) PSC 272 reports were submitted after the prescribed date which was confirmed by the Chief Financial Officer and Chief Revenue and Report Accountant. SF-269's have been consistently one(1) to two(2) months late for the past two years. Development of a final 269 for the program year ending 7/31/03 has not yet occurred.

**74.52 Financial reporting.**
(a) The following forms are used for obtaining financial information from recipients:
(1) SF-269 or SF-269A, Financial Status Report.
(iv) Recipients shall submit the SF-269 and SF-269A (an original and two copies) no later than 30 days after the end of each specified reporting period for quarterly and semi-annual reports, and 90 calendar days for annual and final reports. Extensions of reporting due dates may be approved by the HHS awarding agency upon request of the recipient.

HEAD START AND EARLY HEAD START
The SF 269 reports reviewed were not submitted at the prescribed time. The current SF 269 and the final SF 269 for the previous program year were submitted after the due date which was confirmed in an interview with the CFO and Chief Revenue and Report Accountant. The current SF 269 and PSC

272, the final SF 269 for the previous program year, and the previous five (5) PSC 272 reports were submitted after the prescribed date which was confirmed by the Chief Financial Officer and Chief Revenue and Report Accountant. SF-269's have been consistently 1 to 2 months late for the past two years. Development of a final 269 for the program year ending 7/31/03 has not yet occurred.

### Eligibility, Recruitment, Selection, Enrollment, and Attendance

PART 1305--ELIGIBILITY, RECRUITMENT, SELECTION, ENROLLMENT AND ATTENDANCE IN HEAD START
1305.6 Selection process.
(c) At least 10 percent of the total number of enrollment opportunities in each grantee and each delegate agency during an enrollment year must be made available to children with disabilities who meet the definition for children with disabilities in Sec. 1305.2(a). An exception to this requirement will be granted only if the responsible HHS official determines, based on such supporting evidence as he or she may require, that the grantee made a reasonable effort to comply with this requirement but was unable to do so because there was an insufficient number of children with disabilities in the recruitment area who wished to attend the program and for whom the program was an appropriate placement based on their Individual Education Plans (IEP), with services provided directly by Head Start or in conjunction with other providers.

HEAD START
The grantee did not meet the required ten percent enrollment of children with disabilities. A review of 9 files and a review of the disabilities tracking information indicated that there were 21 children who had IEP's. Interviews with staff at site #4 and site #8, the Disabilities Coordinator, and the Chief of Health Maintenance confirmed while some children were actually receiving therapy only 21 children with disabilities had an actual IEP. The program has 310 funded enrollment slots requiring a 10% disabilities population of 31 children.

1305.7 Enrollment and reenrollment.
(b) A Head Start grantee must maintain its funded enrollment level. When a program determines that a vacancy exists, no more than 30 calendar days may elapse before the vacancy is filled. A program may elect not to fill a vacancy when 60 calendar days or less remain in the program's enrollment year.

HEAD START
The program did not maintain its funded enrollment. UPO is funded to provide direct services for 310 pre-school children. Interviews with the Head Start Director, the Family Services Branch Manager and the review of classroom rosters and monthly ERSEA data verified full enrollment was not achieved in the following months: September 2003 - 288; October 2003 - 263; November 2003 - 282; December 2003 - 290; January 2004 - 297; February 2004 - 306; at the time of the review March 2004 - 315.

### Facilities, Materials, Equipment, and Transportation

PART 1304 - PROGRAM PERFORMANCE STANDARDS FOR OPERATION OF HEAD

START PROGRAMS BY GRANTEES AND DELEGATE AGENCIES
1304.53 Facilities, Materials, and Equipment.
(a) Head Start Physical Environment and Facilities
(7) Grantee and delegate agencies must provide for the maintenance, repair, safety, and security of all Early Head Start and Head Start facilities, materials and equipment

HEAD START
An area leading to a set of stairs did not contain a barrier to prevent children from falling. The inspection of the Friendship House site by the review team member and the program's Family Service Manager revealed an unsafe area with no physical barriers leading to the stairway located between the two levels of the Head Start classrooms. This was found to be in violation of the District of Columbia Public Welfare Code 330.7 requiring barriers to be equipped to prevent falls by children and infants.

1304.53 Facilities, Materials, and Equipment.
(a) Head Start Physical Environment and Facilities
(9) Outdoor play areas at center-based programs must be arranged so as to prevent any child from leaving the premises and getting into unsafe and unsupervised areas. Enroute to play areas, children must not be exposed to vehicular traffic without supervision.

HEAD START
An inspection of the outdoor playground equipment at the Friendship House revealed the area to be unsafe for use by the children. Duirng an inspection by the review team member and the Family Service Manager it was observed that a chain link gate on one side of the playground was left open allowing access, by children, to cars parked at the entrance to the playground. It was also observed that the gate at the rear side of the playground had broken hinges that could allow children to leave the playground and enter into the street.



————End of Report————