# EXHIBIT 73

**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Administration for Children and Families, Region III

Suite 864
150 S. Independence Mall West
Philadelphia, PA 19106-3499

APR 2 6 2004

Mr. Russell Simmons, Board Chairperson
United Planning Organization
301 Rhode Island Avenue, N.W.
Washington, DC 20001

                  Reference: Head Start/Early Head Start
                  Grant No.: 03CH0380

Dear Mr. Simmons:

The purpose of this letter is to inform you of my decision to designate the United Planning Organization (UPO) as a high-risk grantee, effective with the date of this correspondence. A high-risk organization is one whose management practices raise serious questions about its ability to assure proper financial stewardship of grant funds. I am taking this action in accordance with 45 CFR Parts 74.20-74.28, Financial and Program Management and 45 CFR 74.50-74.53, Reports and records.

Grantees must meet all the financial management standards at 45 C.F.R. Part 74.20-74.28 and 45 C.F.R. 74.50-74.53, Reports and Records, including those related to (1) accounting records, (2) internal control, (3) budgetary control, (4) allowable costs, allocable costs, and (5) source documentation. The inability of UPO to meet the standards noted above demonstrates that financial management systems have failed to implement adequate internal controls to adequately safeguard federal funds.

Our onsite PRISM review during the week of March 15-19, 2004 revealed a complete absence of senior management and Board accountability relative to the management of and financial charges to the Head Start program. To the extent that the Director and staff of the Head Start program had authority over expenditures, this lack of accountability was not evident at the Head Start program level. Internal controls designed to manage cash drawdowns were bypassed by UPO executive management; payments to contracts were made without source documentation showing benefits accruing to the Head Start program; and indirect charges in excess of the allowable rate may have been charged to the federal grants. This latter finding was developed in the absence of any direct relationship between charges reported in the UPO general ledger and those charges reported on the SF 269's provided to the Regional Office.

CONFIDENTIAL
MAK 0178

The high-risk status and the heightened reporting requirements will remain in effect until I am assured that appropriate internal control has been established to safeguard federal funds, and systems have been implemented to prevent recurrence of this situation. You must also demonstrate that UPO has an accounting system that is certified as capable of safeguarding federal funds.

As a result of your high-risk designation this office will closely monitor your grant activities. Our staff can assist you in reviewing progress and providing information regarding Federal regulations and guidelines. In addition, the resources of the Region III Head Start Technical Assistance System are available to assist with corrective action. Please let us know if you require technical assistance in addressing these issues.

My decision to designate UPO as High Risk, effective immediately is final. However, within 30 calendar days after the date of this letter, you may submit by certified mail a written request for reconsideration. This request should state why UPO should not be classified as high-risk, and include sufficient documentation to support your position. A final decision on such a request will be made within fifteen (15) days of receipt of your request.

Meeting these additional reporting requirements **does not** eliminate your responsibility to resolve the findings requiring corrective action that resulted from your March 15-19, 2004 Head Start PRISM review.

I urge you to contact Burma Paige Stokes, Head Start Program Specialist, at (215) 861-4042 or Ed Wisniewski, Financial Operations Specialist, at (215) 861-4003.

Sincerely,

David J Lett
Regional Administrator

cc: Ms. Alexis Robeson, Oversight Committee Chairperson

CONFIDENTIAL
MAK 0179