# EXHIBIT 74

**From:** Meseret Degefu
**Sent:** Tuesday, August 09, 2005 10:05 AM
**To:** David Quashie
**Subject:** FW: Updated financial statements and A-133 report.
**Attachments:** FinancialStatement2004Update06272005rev.xls; NotestoFinancialStatements2004UPO8805.doc; UPO2004A-133SEFAandNFRs18805.doc

-----Original Message-----
**From:** RLayneGLEN@aol.com [mailto:RLayneGLEN@aol.com]
**Sent:** Monday, August 08, 2005 7:17 AM
**To:** agibbs@gkacpa.com
**Cc:** Meseret Degefu; Dana Jones; Gladys Mack; jmensah@gkacpa.com
**Subject:** Updated financial statements and A-133 report.

Alpha,

See documents for changes. In the A-133 report, we recommend listing the findings once as shown. We believe, as was previously discussed, that the monitoring finding should be removed and maybe put in a management letter. The highlighted area in the A-133 should be deleted.

Call me if any questions.

Roy

# UNITED PLANNING ORGANIZATION

## FINANCIAL STATEMENTS AND INDEPENDENT AUDITOR'S REPORT THEREON

### FOR THE YEAR ENDED SEPTEMBER 30, 2004

### (WITH COMPARATIVE TOTALS FOR 2003 – AUDITED BY OTHER AUDITORS)

## TABLE OF CONTENTS

| | Page |
|---|---|
| Independent Auditor's Report | 1 |
| Statement of Financial Position | 2 |
| Statement of Activities | 3 |
| Statement of Functional Expenses | 4 |
| Statement of Cash Flows | 5 |
| Notes to the Financial Statements | 6 |

Deleted: iscal

## NOTE 1: ORGANIZATION

The United Planning Organization (UPO) is a private, non-profit corporation whose major functions are to plan, coordinate and implement human service programs in the District of Columbia.

The agency was founded in 1962 as a charitable and educational organization. Following passage of the Economic Opportunity Act of 1964, UPO was designated as the Community Action Agency (CAA) for the Washington metropolitan area. Today, as the designated CAA for the District of Columbia, UPO is responsible for providing leadership, support and advocacy to low-income residents as a means of attaining and maintaining self-sufficiency. These services are provided through community service and preschool and day care networks.

The community service network includes seven community-based delegate agencies, four recurring contract agencies, three neighborhood development centers, and approximately thirty contractors in Latino Community-based and Youth program initiatives. UPO works with community organizations, businesses and governmental agencies to plan and implement Community Services Block Grant (CSBG) programs. These programs are designed to have an influence on the quality of life for low income residents in the areas of education, housing, income management, emergency services, nutrition, self sufficiency, health, and coordination and linkages to other UPO, private and government support services. Programs are complemented by CSBG supported senior citizen services, homeless programs and services, youth and community outreach and advocacy programs.

Deleted: ;
Deleted: ;
Deleted: ;
Deleted: ;
Deleted: ;
Deleted: ;

UPO's comprehensive Preschool and Day Care network includes six Head Start delegate agencies and nine Early Childhood Development Centers (ECDCs). UPO's Head Start program was initiated in 1964 and was one of the first pilot programs in the country. UPO continues to support a rapidly expanding Head Start operation and is the District of Columbia's largest service provider for day care programs. In District of Columbia neighborhoods where poverty is most highly concentrated, these delegate agencies and ECDC centers provide children ages five and under with child care services, age-appropriate, curriculum-based educational programs, health screenings, and nutritional meals. Parents participate in the parent policy council, parenting classes and as center volunteers. Coordination and linkages to other UPO, private and governmental support services are also provided.

Deleted: ;
Deleted: ;

A significant portion of UPO's programs is included in a category called Special Emphasis. These programs are funded by the District of Columbia and the Federal government. They include the "Residential Conservation and Home Preservation", D.C. Reach, Temporary Assistance to Needy Families (TANF), CHORES, UPO In-School Youth Program, the Youth Opportunity Initiative and the year round Passport to Work Program.

Deleted: are

Deleted: 13

Deleted: iscal

UPO is also a primary provider of services for the elderly and handicapped population in the District of Columbia. These programs include Washington Elderly and Handicapped Transportation Services (WEHTS), a city-wide transportation network; a Weekend Nutrition and Transportation Program; Senior Citizens Home Delivered Meals Program; Senior Citizens Wellness Center; and a number of congregate meal sites in Wards 7 and 8.

All non-management employees are employed in accordance with the terms of UPO's collective bargaining agreement with the Communications Workers of America (CWA), Local 2336.

## NOTE 2: SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

The significant accounting policies applied in the preparation of the accompanying financial statements are as follows:

Basis of Accounting- The accompanying financial statements are prepared on the accrual basis of accounting; whereby, revenues are recognized when earned and expenses when incurred, without regard to the date of receipt or payment of cash.

Basis of Presentation - UPO's financial statement presentation follows the recommendations of the Financial Accounting Standards Board in its Statement of Financial Accounting Standards (SFAS) No. 117, Financial Statements of Not-for-Profit Organizations. Under SFAS No. 117, UPO is required to report information regarding its financial position and activities according to three classes of net assets: unrestricted net assets, temporarily restricted net assets, and permanently restricted net assets, as applicable.

Contributions - Contributions received are recorded as unrestricted, temporarily restricted or permanently restricted support depending on the existence and or nature of any donor-imposed restrictions. Contributions received with temporary restrictions that are met during the year are recorded as unrestricted.

Deleted: which

Contracts and Grants - Contract and grant funds, which are restricted as to their use, are recognized as revenue only to the extent that expenditures incurred satisfy their restricted purposes. Receipts in excess of expenditures are included in the financial statements as deferred contracts and grants revenue. Reimbursable expenditures, incurred for which payment has not been received as of the financial statement date are recorded as contracts and grants receivable.

Cash - Includes all cash, both unrestricted and restricted, held in financial institutions for use by UPO.

Deleted: and Cash Equivalents

Deleted: and money market funds with maturity of 90 days or less from the original date of purchase.

Deleted: 13

Deleted: Fiscal

Property and Equipment - Property and equipment in excess of $5,000 are recorded at acquisition cost or estimated fair market value, if donated. Assets purchased with federal funds are subject to appropriate federal and local government regulations regarding their acquisition and disposition. Depreciation of assets is calculated using the straight-line method over the estimated useful lives of the assets as follows:

Deleted: :

| | |
|---|---|
| Buildings | 25 to 30 years |
| Equipment | 5 years |

Use of Estimates - The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect certain reported amounts and disclosures. Accordingly, actual results could differ from those estimates.

Income Taxes - UPO is exempt from Federal income tax in accordance with Internal Revenue Code, section 501(c)(3). Accordingly, no provision for income taxes has been included in the accompanying financial statements.

Comparative Totals- The amounts presented for the fiscal year ended September 30, 2003, are for comparative purposes only and are not intended to present all disclosures required for a fair presentation in accordance with generally accepted accounting principles. Certain 2003 amounts have been reclassified to conform to the 2004 presentation.

## NOTE 3: CONCENTRATION OF CREDIT RISK

Some of UPO's bank accounts had balances in excess of the Federal Deposit Insurance Corporation (FDIC) insured limit of $100,000. This includes $804,425 held in a trust account at M&T Bank (see Note 4). Additionally, cash on deposit at Independence Federal Saving Bank in excess of the FDIC limit, totaling $567,618 and $400,410 at September 30, 2004 and 2003, respectively, is collaterized by mortgage-backed securities.

## NOTE 4: CASH - RESTRICTED

Cash-restricted represents proceeds from the sale of Enterprise Zone Facility Revenue Bonds (EZ Bonds) issued in 2001 to fund the purchase of UPO's headquarters property at 301 Rhode Island Avenue, NW and construction of two community service centers at 2907-2913 Martin Luther King, Jr. Avenue, S.E. and 1647-1649 Good Hope Road, S.E. These funds are currently held in trust at M&T Bank.

Deleted: 13

Deleted: fiscal

## NOTE 5: CONTRACTS AND GRANTS RECEIVABLE

Contracts and grants receivable consist of the following:

| | 2004 | 2003 |
|---|---|---|
| U.S. Department of Health and Human Services | $ 655,587 | $ 1,568,809 |
| D.C. Office on Aging | 580,016 | 678,594 |
| D.C. Department of Human Services | 83,448 | 398,196 |
| D.C. Department of Health | 361,437 | 165,364 |
| U.S. Department of Housing and Urban Development | 136,051 | 98,050 |
| D.C. Department of Employment Services | 55,996 | 348,376 |
| U.S. Department of Labor | - | 115,418 |
| U.S. Department of Agriculture | - | 68,364 |
| D.C. Department of Energy | 83,389 | 130,252 |
| Other | 365,966 | 212,277 |
| Total | $ 2,321,890 | $ 3,783,700 |

## NOTE 6: DELEGATE AGENCY ADVANCES AND EXPENSES

The Statement of Activities includes expenses incurred by delegate agencies. Advances to delegate agencies represent unearned grant funds in excess of the delegate agencies' reported expenses. Accrued delegate agency expenses represent delegate agency expenses to be reimbursed.

## NOTE 7: PROPERTY AND EQUIPMENT

Property and equipment consist of the following:

| | 2004 | 2003 |
|---|---|---|
| Land | $ 1,295,520 | $ 1,295,520 |
| Buildings | 11,194,417 | 8,608,166 |
| Construction-in-progress | 2,440,181 | 3,190,873 |
| Capitalized Interest | 242,191 | 242,191 |
| Furniture and equipment | 467,411 | 465,290 |
| Leasehold improvements | 426,158 | 426,158 |
| Total | 16,065,878 | 14,228,198 |
| Less accumulated depreciation | (1,632,867) | (1,214,913) |
| Property and equipment, net | $ 14,443,011 | $ 13,013,285 |

Included in buildings are four properties acquired with HUD grant funds of $108,182 in 1989 and 1990 and $769,000 in 2003. These buildings are restricted as to disposition and use for a period of 20 years.

Deleted: 13

Deleted: fiscal

Depreciation expense for the fiscal year ended September 30, 2004 and 2003 was $417,949 and $466,806, respectively.

## NOTE 8: DEFERRED CONTRACTS AND GRANTS REVENUE

Deferred contract and grants revenue consist of the following:

| | 2004 | 2003 |
|---|---|---|
| Community Services Block Grant | $ 632,187 | $ 697,977 |
| Headstart | - | 128,315 |
| Special Emphasis | - | 204,879 |
| DCDHS Homeless Programs | - | 10,232 |
| Other | 10,064 | 234,094 |
| Total | $ 642,251 | $ 1,275,497 |

## NOTE 9: COMMITMENTS AND CONTINGENCIES

Amounts received or receivable from grantor agencies are subject to audit and audits of government contracts and grants. Adjustments by such agencies, principally the United States Government and the District of Columbia Government and any disallowed claims, including amounts already collected, may constitute a liability of the applicable funds. The amount, if any, of expenditures that may be disallowed by the grantor cannot be determined at this time.

Deleted: which

Lease Commitments - UPO rents several other properties on a month-to-month basis. Even though UPO expects to continue with these rentals, they are not listed on the schedule of lease commitments because there is no long-term commitment.

Line-of-Credit - M&T Bank provided UPO with a $3,000,000 working capital line-of-credit. The line-of-credit, which bears interest at a rate of prime plus 2.00%, is collateralized by a first deed of trust on three UPO properties with an appraised market value of $12.240 million as of October 25, 2004 (see Notes 7 and 11) and restricted certificates of deposit totaling $1 million held at Industrial, Independence and M&T Banks. The line-of-credit matured on April 30, 2004 (see Note 13). The outstanding balance on the line of credit was $1,266,379 and $1,815,718 at September 30, 2004 and 2003, respectively.

Deleted: .

Deleted: S

UPO was required to maintain the following minimum debt to net assets ratios by M&T Bank for the $3 million line of credit:

Not greater than 4.25: 1 for fiscal year ended September 30, 2003;
Not greater than 2.75: 1 for fiscal year ending September 30, 2004;
Not greater than 2.50: 1 for each fiscal year ending thereafter.

Deleted: 1

Deleted: 1

Deleted: 1

Deleted: )3

Deleted: fiscal

As of September 30, 2003, UPO's debt to net assets ratio was' greater than 4.25: 1. In May 2004, M&T Bank declared UPO in default on the terms of the line-of-credit. In accordance with a negotiated forbearance agreement, the line of credit was subsequently curtailed by the $1 million cash collateral and extended by M&T Bank to January 31, 2005 (see Note 13). Notwithstanding, the bank agreed to make additional advances under the line-of-credit towards the completion of the Petey Green Community Center

Deleted: the line-of-credit was

Bank of America has provided UPO with a $200,000 line of credit bearing interest at the prime rate. The outstanding balance at September 30, 2004 and 2003 was $175,000.

**Pending Litigation** - The former Executive Director has filed a lawsuit against UPO stemming from his separation from employment. Also, four other employees who were terminated by UPO have filed discrimination claims against UPO with the DC Office of Human Rights. It is management's position that UPO will prevail in the lawsuits and that any resolutions will not have a significant financial impact on UPO's financial position.

**NOTE 10: ACCRUED ANNUAL LEAVE**

In accordance with UPO's collective bargaining agreement with CWA and its policy for management personnel, annual leave is accrued at the rate of 156 hours per year for each full-time employee. UPO's policy allows an employee to carry forward a maximum of 225 hours. Accordingly, an accrual is not made for vacation hours in excess of 225 hours.

Deleted: the Communication Workers Association (

Deleted: )

**NOTE 11: BONDS PAYABLE**

On December 19, 2001, UPO borrowed $10,480,000 through the issuance of Enterprise Zone Facility Revenue Bonds (EZ Bonds) by the District of Columbia on UPO's behalf. The bond proceeds were used to purchase UPO's headquarters property at 301 Rhode Island Avenue, NW. under a turnkey agreement and also to construct two new community service centers at 2907-2913 Martin Luther King, Jr. Avenue, SE, and 1647-1649 Good Hope Road, SE. Interest payments are made monthly to the bond trustee who pays the bond investors directly. Monthly principal payments to a sinking fund began in February 2003 to be paid to investors annually beginning in January 2004. The bonds have a maturity date of January 1, 2026.

Deleted: December

Deleted: )

M&T Bank (the Bank) provided a 5-year direct pay letter of credit in the amount of $10,480,000, used by UPO as credit enhancement for the variable rate demand bond issue. The cost of the letter of credit is 1 % per annum of the outstanding bond debt and is secured by a first deed of trust on the properties. UPO is required to hedge at least 75 percent of the variable interest rate exposure to effect a fixed rate of 4.13 percent in order to stabilize the cash flow requirements for the debt service. The Bank will cross collateralize the hedge transactions with the First Deed of Trust. The hedging activity is accounted for as a "cash flow" hedge in accordance with SFAS No. 133, Accounting for Derivative Instruments and Hedging Activities. Additionally, to support daily operations, M&T Bank provided a $3,000,000 working capital line-of-credit collateralized by a first

Deleted: See Note 17.

Deleted: ,

Deleted: 13

Deleted: iscal

deed of trust on the three properties and restricted certificates of deposit (see Note 9 and 13).

M&T Bank informed UPO of its intention not to renew its letter of credit in connection with its bond issuance when it expires in December 2006.

Deleted: The three properties that collateralized the bonds had a total appraised market value of $12,240,000 at October 25, 2004. In addition, UPO defaulted on its line-of-credit which matured on April 30, 2004, and M&T Bank exercised its right against the $1 million cash collateral (see Note 9). Notwithstanding, the bank agreed to make additional advances under the line-of-credit towards the completion of the Petey Green Community Center

Deleted: The line-of-credit was extended by M&T Bank to January 31, 2005 (see Note 13).¶

The following is a schedule of the bond maturities and sinking fund requirements for the next five calendar years and thereafter.

| Year Ending | Required Sinking Fund Principal Payments | Interest and Other Fees | Total |
|---|---|---|---|
| 01/01/2005 | $ 300,000 | $ 526,700 | $ 826,700 |
| 01/01/2006 | 310,000 | 511,178 | 821,178 |
| 01/01/2007 | 320,000 | 495,425 | 815,425 |
| 01/01/2008 | 335,000 | 479,069 | 814,069 |
| 01/01/2009 | 350,000 | 462,029 | 812,029 |
| Thereafter | 8,580,000 | 4,993,674 | 13,573,674 |
| | $ 10,195,000 | $ 7,468,075 | $ 17,663,075 |

**NOTE 12: PENSION PLAN**

UPO has a 403(b) defined contribution pension plan. All full-time employees with more than six months of service are eligible to participate. UPO contributes five and one-half percent of an employee's basic earnings and employees have the option to contribute up to ten percent of their salary. UPO contributed $537,778 and $567,435 for the fiscal years ended September 30, 2004 and 2003 respectively.

Deleted: UFO

In addition, UPO has a voluntary Tax Sheltered Annuity Plan (TSA) in accordance with Section 403(b) of the Internal Revenue Code. All employees with less than 15 years of service can contribute up to $13,000. Participants with more than 15 years of service may contribute in excess of this amount. UPO does not contribute to this plan. Employees age 50 and over may contribute a catch-up amount up to $1,000.

Deleted: UFO

Deleted: UFO

UPO has a 457(b) Deferred Compensation Plan for management or higher compensated employees. Participation is voluntary.

Deleted: UFO

**NOTE 13: BOARD DESIGNATED, NET ASSETS**

Board designated net assets of $152,312 represents cash set aside from the Martin Luther King, Jr. Breakfast to award scholarships to students in need.

**NOTE 14: OTHER AND SUBSEQUENT EVENTS**

Deleted: 13

Deleted: 13

Deleted: fiscal

External Reviews - During fiscal year 2004, several major funding agencies, including the U.S. Departments of Health and Human Services and Housing and Urban Development, the D.C. Office on Aging, the Corporation for National and Community Service, and the D.C. Office of Inspector General conducted investigative reviews into UPO's use of their funds. Based on preliminary verbal feedback on these investigations received by UPO, it is management's position that the financial outcome of these investigations will not have a material effect on UPO's financial position and the results of its operation.

Internal Action - UPO has initiated a quality improvement plan to strengthen its organizational and operational controls. It has improved its governance through changes in its Board membership, revisions to its by-laws, and the restructuring of standing committees, one of which is the Audit & Finance Committee.

Real Estate Appraisal – UPO is currently seeking to refinance its long-term debt and lines of credit with another financial institution. As of April 20, 2005, the three properties of UPO used as collateral for the M&T line of credit had an appraised value of $18.16 million. These properties are being offered as collateral in the current refinancing.

Deleted:

Deleted: 13

Deleted: ¶

# NOTICE OF FINDINGS AND RECOMMENDATIONS

Deleted: 1¶

Deleted: _ _

Deleted: ¶
WORKING DRAFT – FOR DISCUSSION PURPOSES ONLY

Deleted: ¶
1

United Planning Organization
SCHEDULE OF EXPENDITURES OF FEDERAL AWARDS
For the Year Ended September 30, 2004

| Federal Grantor/Pass through Grantor/ Program Title | Grant Period | CFDA Number | Grant Number | Expenditures |
|---|---|---|---|---|
| **U.S. Dept. of Health and Human Services** | | | | |
| Direct | | | | |
| Head Start | 08/03 – 07/04 | 93.600 | 03CH0380/39 | $13,549,032 |
| Head Start | 08/04 – 07/05 | 93.600 | 03CH0380/40 | 1,740,787 |
| CAA Capacity Building | 10/03 – 09/04 | 93.570 | 90EQ0044/05 | 50,000 |
| *Total Direct* | | | | 15,339,819 |
| **Pass-Through:** | | | | |
| **D.C. Dept. of Human Services** | | | | |
| Community Services Block Grant | 10/03 – 09/04 | 93.569 | JA-FSA-00-0011-C-04 | 8,976,422 |
| Temporary Assistance to Needy Family | 10/03 – 09/04 | 93.558 | 8G00.30 | 470,488 |
| *Subtotal* | | | | 9,446,910 |
| **D.C. Office on Aging** | | | | |
| Washington Elderly and Handicapped Transportation Home Delivery Meals | 10/03 – 09/04 | 93.045 | UPO-22-E | 418,310 |
| Project Keen | 10/03 – 09/04 | 93.044 | UPO-22-C | 52,500 |
| Senior Services | 10/03 – 09/04 | 93.044 | UPO-22-G | 92,000 |
| Weekend Nutrition | 10/03 – 09/04 | 93.044 | UPO-22-I | 5,000 |
| Wellness Center | 10/03 – 09/04 | 93.044 | UPO-22-D | 36,166 |
| *Subtotal* | | | | 603,976 |
| Total pass-through | | | | 10,050,936 |
| **Total U.S. Dept. of Health and Human Services** | | | | 25,390,755 |
| **U.S. Dept. of Agriculture** | | | | |
| Childcare Food-Home | 10/03 – 09/04 | 10.558 | V44-I | 103,303 |
| Childcare Food-Centers | 10/03 – 09/04 | 10.558 | V44 | 142,601 |
| *Total U.S. Dept. of Agriculture* | | | | 245,904 |
| Corporation for National and Community Services | | | | |
| Foster Grant Parents | 01/04 – 12/04 | 94.011 | 334-5026/12 | 778,774 |

Deleted: 8
Deleted: 8
Deleted: 40,040
Deleted: Subtotal
Deleted: 2
Deleted: 60
Deleted: 7
Deleted: 880
Deleted: 3
Deleted: 694
Deleted: 8
Deleted: 351
Deleted: 1
Deleted: 182
Formatted
Deleted: 7
Deleted: 4
Deleted: 8
Deleted: 285
Deleted: 6
Deleted: 97
Deleted: 018
Formatted
Formatted
Deleted: 1¶
Deleted: . .
Deleted: ¶
WORKING DRAFT – FOR DISCUSSION PURPOSES ONLY
Deleted: ¶
1

United Planning Organization
SCHEDULE OF EXPENDITURES OF FEDERAL AWARDS
For the Year Ended September 30, 2004

| Federal Grantor/Pass through Grantor/ Program Title | Grant Period | CFDA Number | Grant Number | Expenditures |
|---|---|---|---|---|
| **U.S. Dept. of Housing and Urban Development** | | | | |
| **Pass-Through:** | | | | |
| **D.C. Dept. of Housing Community Development** | | | | |
| Shelter Plus Care | 10/03 – 09/04 | 14.231 | 72SPC0024.3 | 85,469 |
| Shelter Hotline | 10/03 – 09/04 | 14.231 | 84DHS0024.5 | 543,348 |
| *Total* U.S. Dept. of Housing and Urban Development | | | | 628,817 |
| **U.S. Dept. of Energy** | | | | |
| **Pass-Through:** | | | | |
| **D.C. Energy Office** | | | | |
| Weatherization Assistance for Low Income Persons | 10/03 – 09/04 | 81.042 | N/A | 325,856 |
| **U.S. Dept. of Labor** | | | | |
| **Pass-Through:** | | | | |
| **D.C. Dept. of Employment Services** | 07/03 – 08/04 | 17.263 | SO3UPOY | 736,163 |
| **Total Federal Awards** | | | | $ 28,106,269 |

Deleted: ¶

Deleted: D

Deleted: D

Deleted: 08/02 - 06/03

... [1]

Deleted: 7

Deleted: ,09

Deleted: 00

Deleted: 70

Deleted: 311

Deleted: 532

Deleted: 1¶

Deleted: . .

Deleted: ¶
WORKING DRAFT – FOR DISCUSSION PURPOSES ONLY

Deleted: ¶
1

United Planning Organization
NOTES TO SCHEDULE OF EXPENDITURES OF FEDERAL AWARDS
For the Year Ended September 30, 2004

Deleted: 1¶

Deleted: . .

Deleted: ¶
WORKING DRAFT – FOR DISCUSSION PURPOSES ONLY

Deleted: ¶
1

United Planning Organization
NOTES TO SCHEDULE OF EXPENDITURES OF FEDERAL AWARDS
For the Year Ended September 30, 2004

**Note 1- Federal Assistance**

The accompanying Schedule of Expenditures of Federal Awards (the Schedule) includes federal grant activity of the United Planning Organization (UPO). The information in this Schedule is presented in accordance with requirements of OMB Circular A-133, *Audits of States, Local Governments, and Non-Profit Organizations*. Therefore, some amounts presented in the Schedule may differ from amounts presented in, or used in the preparation of the financial statements.

**Note 2- Basis of Accounting**

The Schedule is prepared on the accrual basis of accounting. Allowability is determined according to the principles contained in the U.S. Office of Management and Budget (OMB) Circular A-122, "Cost Principles for Nonprofit Organizations". Under those cost principles, certain types of expenditures are not allowable or are limited as to reimbursement.

**Note 3- Reconciliation of Budget Year to Fiscal Year Expenditures for the Head Start Program**

The Head Start budget year runs from August 1, 2003 to July 31, 2004. UPO's fiscal year runs from October 1, 2003 to September 30, 2004. The reconciliation of the expenditures reported for the two separate periods is as follows:

| Grant Number | Period | Expenditure Amount |
|---|---|---|
| 03CH0380/39 | 08/01/03 – 07/31/04 | $ 14,996,273 |
| Less: | | |
| Grant Period outside FY 04 | 08/01/03 – 09/30/03 | (1,447,241) |
| Total Per 03CH0380/39 for FY 04 | 10/01/03 – 07/31/04 | 13,549,032 |
| 03CH0380/40 | 08/01/04 – 08/31/04 | 948,420 |
| 03CH0380/40 | 09/01/04 – 09/30/04 | 792,367 |
| Total Expenditures Per SEFA | 10/01/03 – 09/30/04 | $ 15,289,819 |

Deleted: 1

Deleted: 20

Deleted: 1¶

Deleted: . .

Deleted: ¶
WORKING DRAFT – FOR DISCUSSION PURPOSES ONLY

Deleted: ¶
1

## SECTION II: FINANCIAL STATEMENT FINDINGS

**2004.1 Reconcile General Ledger Balances to Subsidiary Ledgers and Related Support on a Monthly Basis.**

Finding:

We noted that several adjusting entries had to be made to correctly state the balances for many accounts at year-end. We recognize that this was as a result of the cumulative effect of delinquent or inaccurate reconciliation. This condition increases the possibility that irregular transactions will be undetected. This will defeat the goal of managing program performance and financial management performance.

*Recommendation:*

Management should strengthen oversight of inputs and outputs of the general ledger through monthly reconciliations to subsidiary ledgers and related supporting documentation. Established internal control procedures should be followed regarding the initiation, recording and processing of transactions and related output. These controls should include review and approval of source documents prior to input to the accounting system. Reviews of outputs should be performed by comparing outputs to source documents and reconciling financial reports to source documents to ensure existence and completeness.

*Management Response:*

*UPO contracted an accounting firm to manage its Finance department over a one year period to establish proper internal control and improve the effectiveness of the department. In the process of reconciling accounts and closing its books at the end of the fiscal year, many adjusting entries were made to correct prior errors and properly state account balances. A process for accurate and timely reconciliation has been implemented, and qualified staff has been employed to facilitate the reconciliation of all accounts in the Statement of Position and the monthly review of revenue and expense accounts.*

Deleted: ¶
2004.1 - Untimely Deposits of Checks Received¶
¶
Finding:¶
¶
UPO lacked adequate controls to ensure that checks received were deposited timely. OMB Circular A-110 requires that financial management systems have effective control over accountability for all funds, property and equipment; and that assets be adequately safeguarded. We noted 3 out of 13 advances of draws of federal funds from the District of Columbia were deposited after 15, 17, and 28 days, respectively. Untimely deposits increase the risk of funds being lost or misappropriated. Additionally, it increases the time elapsed between drawdown and disbursement of federal funds.¶
¶
*Recommendation:* ¶
¶
UPO should implement its policy to ensure timely deposit of checks received.¶
¶
*Management Response:* ¶

Deleted: 2

Deleted: **Improve Controls over Posting Journal Entries**¶

Deleted: most

Deleted: erroneous entries made to the system over the years without adequate data validation and editing procedures of input records.

Deleted: The output of the system is only as good as the input. If the inputs are inaccurate, it

Deleted: ,

Deleted: financial performance.

Deleted: to

Deleted: of journal entries

Deleted: *with the*

Deleted: *Walker & Company, LLP.,*

Deleted: *d*

Deleted: ¶

Deleted: ¶
¶ ... [2]

Deleted: 1¶

Deleted: _ _

Deleted: ¶
WORKING DRAFT – FOR ... [3]

Deleted: ¶
1

**SECTION III: FEDERAL AWARD FINDINGS AND QUESTIONED COSTS**

Department of Health and Human Services

A. **Community Services Block Grant Program- CFDA No. 93.569**
GA No. JA-FSA-00-0011-R-04- Year ended September 30, 2004

B. **Head Start/Early Head Start Program – CFDA No. 93.600**
GA No. 03CH0380/39- Year ended July 31, 2004
GA No. 03CH0380/40- From August 1, to September 30, 2004

Formatted: Bullets and Numbering

| Unit | Description | Questioned Costs |
|---|---|---|
| 2004.2 | **Control Procedures for Equipment Management not Followed** | $ |

UPO did not have an updated listing of all equipment purchased with grant funds. Evidence of the required biennial inventory was not provided in the form of an updated inventory listing. In addition, four computers purchased during the year had not been included on the fixed asset active list. We acknowledge that the vehicle listing had been updated. OMB Circular A-110 requires equipment records to be maintained, a physical inventory of equipment to be taken at least once every two years and reconciled to the equipment records. In addition, property records should have adequate information: description, source of funding, title holder, acquisition date and cost, percentage of Federal participation in the cost, location and condition. The periodic inventory is needed to ensure equipment amounts recorded accurately represent assets owned by UPO.

*Recommendations:*

UPO should follow established policies and procedures for equipment purchases. UPO should perform a physical count of all equipment and update its listing of equipment owned and leased. This list should be updated on a regular basis when new equipment are purchased or disposed.

*Management Response:*

*UPO has established policies and procedures related to purchase of equipment with federal funds. UPO will employ a procurement manager, who will be responsible for the inventory of the organization and the timely physical count on a bi-annual basis. The inventory records of the organization will be updated to meet federal requirements.*

Deleted: 2004.6 [4]
Deleted: 2004.62 [5]
Deleted: 3
Deleted: 7
Deleted: vehicles
Deleted: vehicle
Deleted: s
Deleted: vehicles
Deleted: of
Deleted: ¶
Deleted: *We concur.*
Deleted:
Deleted: .
Deleted: 1¶
Deleted: _ _
Deleted: ¶
WORKING DRAFT – FOR DISCUSSION PURPOSES ONLY
Deleted: ¶
1

| Unit | Description | Questioned Costs |
|---|---|---|

Deleted: 2004.4 ... [6]
Deleted: 2004.62 ... [7]

**2004.3 Required Procurement Policies were not Followed** $ 81.7

There was no evidence that UPO followed grant agreement policies to ensure that items were procured and contractors were engaged with competitive negotiations and written agreements. Per grant agreement with the D.C Department of Human Services, competitive bids are required for goods and services over $10,000 with the exception of emergency health or safety. We also noted that UPO has not established a procurement department to handle procurement activities even though a procurement manual has been developed. Some departments purchase goods and services independently and the related procurement information is not forwarded to the Finance Department. The Finance Department becomes aware of the purchases only when invoices are received for payments.

Deleted: 4
Deleted: 8
Deleted: w
Deleted: $ 14,628
Deleted: 4
Deleted: 628
Deleted: ¶
Deleted: did not
Deleted: there was no
Deleted:
Deleted: no

*Recommendations:*

UPO should enforce its procurement policies and procedures regarding competitive negotiations for goods and services. Also, written agreements should be executed with all contractors and consultants. In addition, the procurement of goods and services should be centralized and communicated to the Finance Department.

*Management Response:*

As stated above, UPO will employ a procurement manager who will be responsible for performing the procurement functions as documented in its procurement manual. UPO will determine the most effective and efficient [illegible] of processing, recording and storing information related the procurement p[illegible]

Deleted: noted
Formatted

Deleted: 1¶
Deleted: . .
Deleted: ¶
WORKING DRAFT – FOR DISCUSSION PURPOSES ONLY
Deleted: ¶
1

| Unit | Description | Questioned Costs |
|---|---|---|
| 2004.4 | **Suspension and Debarment Certifications were not Obtained** UPO failed to obtain the required debarment certifications from its contractors and delegate agencies. Failure to have secured these certifications increased the risk that UPO contracted with or provided funds to a debarred company, individual or a delegate agency. We are not aware of any of the contractors or delegate agencies being debarred, however, OMB Circular A-133 requires contractors receiving individual awards of $100,000 (prior to 11/2003), or $25,000 or more (after 11/2003) and all subrecipients to certify that the organization and its principals are not suspended or debarred. | |

*Recommendation:*

UPO should implement procedures to ensure that all required certifications from contractors and subrecipients are obtained prior to executing contracts.

*Management Response:*

*When the finding was brought to UPO's attention, immediate action was taken to collect all required documents from our grantees and subcontractors relevant to all current contracts. In the future, all requested information will be collected prior to the execution of any contract and included in the respective contract files.*

Deleted: 2004.4 [... [8]]
Deleted: 2004.62 [... [9]]
Deleted: 5
Deleted: 9
Deleted: $ 115,315
Deleted: ¶
Deleted: or more
Deleted: We concur.
Deleted: UPO has
Deleted: action
Deleted: u
Deleted: 1¶
Deleted: _ _
Deleted: ¶
WORKING DRAFT – FOR DISCUSSION PURPOSES ONLY
Deleted: ¶
1

| Unit | Description | Questioned Costs |
|---|---|---|
| 2004.5 | **Performance Reporting not Done Timely** | $ |

Under the CSBG agreement, UPO is required to submit a final performance report, the Outcomes of Efforts Report, due 30 days after the end of the grant-10/31/2004. The Outcomes of Efforts Report was submitted April 25, 2005. UPO did not fully comply with the reporting requirements.

*Recommendations:*

UPO should improve internal controls over performance reporting, including regular tracking and monitoring reporting deadlines, and submit required reports in accordance with grant requirements.

*Management Response:*

UPO will work with the Office of Community Services (OCS) to determine how this requirement can best be met. Historically, the information that is required is not gathered within the 30-day period after the end of the fiscal year. OCS has informed us that it does not deem UPO to be noncompliance for filing the report within 30 days of the fiscal year end. UPO will work with OCS to amend the language in the upcoming CSBG's agreement.

Deleted: 2004.4 ... [10]
Deleted: 2004.62 ... [11]
Deleted: 6
Deleted: 10
Deleted: This condition impacts UPO's ability to assess CSBG program operations and make decisions about future funding.¶
Deleted: including
Deleted: supervisory review for accuracy and timeliness.
Deleted: We concur
Deleted:
Deleted: 1¶
Deleted: . .
Deleted: ¶
WORKING DRAFT – FOR DISCUSSION PURPOSES ONLY
Deleted: ¶
1

| Unit | Description | Questioned Costs |
|---|---|---|
| 2004.6 | **Monitoring of Delegate Agencies** | |
| | We noted that certain Delegate Agencies were not adequately monitored during the year to assure that their activities and expenditures under this grant were used for authorized purposes in compliance with laws, regulations, and the provisions of contracts and grant agreements as required by OMB Circulars A-110 and A-133. Audits of certain Delegate Agencies were not performed timely in accordance with the audit requirements for subrecipients of Federal awards. | |
| | *Recommendation:* | |
| | Delegate Agency monitoring should be enhanced to ensure delegate agencies are complying with contract requirements and the audit requirements of OMB Circular A-133. Continuous monitoring through out the year of Delegate Agency grant related financial, accounting and program activities through site visits and timely audits is highly recommended. Monitoring of Delegate Agency periodic expense reports should be enhanced to include an examination of relevant disbursement support documentation. | |
| | *Management Response:* | |
| | *UPO performs monitoring of its delegate agencies through regula communications, monthly reviews of expenditure reports, onsite re performance of annual financial and program specific audits and t review of other external audit. UPO is reviewing its current monit processes to bring consistency and timeliness to the process as dee necessary for the individual delegate agencies. Within the Finance department, UPO will strengthen its grants management and moni processes through the expansion of its staffing to achieve effectiver and efficiencies with its various programs.* | |
| **Total – Questioned Cost** | | $ 81,709 |

Deleted: 2004.4 [... 12]
Deleted: 2004.62 [... 13]
Deleted: 7
Deleted: 11
Deleted: 5
Deleted: ¶
Deleted: d
Deleted: s
Deleted: or
Deleted: were appropriate under contract terms and conditions
Deleted: UPO did not require the delegate agencies to submit supporting documentation for actual expenditures before it issued payments to reimburse or to substantiate payments made on advances
Deleted: -
Deleted: s
Deleted: they
Deleted: .
Deleted: UPO should review the accounting records of the delegates throughout the year to ensure that it is receiving services for which it has contracted
Deleted: *currently*
Deleted: *s*
Deleted: -
Deleted: Community Services
Deleted: Development
Deleted: Block Grants
Deleted: 693
Deleted: 708
Deleted: 4
Deleted: 628
Deleted: ,
Deleted: 408
Deleted: 036
Deleted: 1¶
Deleted: , ,
Deleted: ¶
WORKING DRAFT – FOR DISCUSSION PURPOSES ONLY
Deleted: ¶
1

United Planning Organization

SCHEDULE OF FINDINGS AND QUESTIONED COSTS

For the Year Ended September 30, 2004

C.   Head Start/Early Head Start Program – CFDA No. 93,600
     GA No. 03CH0380/01, Year Ended May 31, 2004
     GA No. 03CH0380/02, From August 1, to September 30, 2004

| Ref | Description | Questioned Costs |
|---|---|---|
| 2004-7 | Correct Procedures for Equipment Management not Followed | |

*(body text illegible — redacted)*

WORKING DRAFT – FOR
DISCUSSION PURPOSES ONLY

*Margin annotations:*
Formatted: Bullets and Numbering
Deleted: 3
Deleted: 2004-17A
Deleted: 2
Deleted: 13
Deleted: [14]
Deleted: §
Deleted:
Deleted: 1¶
Deleted: . .
Deleted: ¶
Deleted: ¶

United Planning Organization
SCHEDULE OF FINDINGS AND QUESTIONED COSTS
For the Year Ended September 30, 2004

| Unit | Description | Questioned Costs |
| --- | --- | --- |
| 2004-1 | **Required Procurement Policies Were not Followed** | $ [redacted] |
| | [redacted] | |
| | [redacted] | |
| | [redacted] | |
| | [redacted] | |
| 2004-2 | **Suspension and Debarment Certifications Were not Obtained** | $ [redacted] |
| | [redacted] | |

Deleted: [redacted] ... [15]

Deleted: [redacted]

Deleted: [redacted]

Deleted: [redacted]

Deleted:

Deleted: [redacted]

Deleted: [redacted]

Deleted: §

Deleted: 1¶

Deleted: , .

Deleted: ¶
WORKING DRAFT – FOR DISCUSSION PURPOSES ONLY

Deleted: ¶
1

United Planning Organization
SCHEDULE OF FINDINGS AND QUESTIONED COSTS
For the Year Ended September 30, 2004

| Unit | Description | Questioned Costs |
|---|---|---|
| | [illegible] | |
| | [illegible] | |
| | [illegible] | |
| | [illegible] | |
| | [illegible] | |
| 2004-1[illegible] | **Monitoring of Delegate Agencies** [illegible] | $[illegible] |
| | [illegible] | |
| | [illegible] | |

Deleted: [illegible] ... [16]

Deleted: [illegible]

Deleted: ¶

Deleted: [illegible]

Deleted: 2

Deleted: 6

Deleted: 1¶

Deleted: _ _

Deleted: ¶
WORKING DRAFT - FOR DISCUSSION PURPOSES ONLY

Deleted: ¶
1

United Planning Organization
SCHEDULE OF FINDINGS AND QUESTIONED COSTS
For the Year Ended September 30, 2004

| Unit | Description | Questioned Costs |
|---|---|---|
| | [illegible] | |
| | [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] | |
| Total Head Start | | $ [illegible] |

Deleted: [illegible] [17]

Deleted: [illegible]

Deleted: 91

Deleted: 339

Deleted: 1¶

Deleted: _ _

Deleted: ¶
WORKING DRAFT – FOR DISCUSSION PURPOSES ONLY

Deleted: ¶
1

United Planning Organization
STATUS OF PRIOR YEAR FINDINGS
For the Year Ended September 30, 2004

03.1 **Bank Accounts Were Not Properly Reconciled**

Seven of the nineteen bank reconciliations provided to us during the audit were not properly reconciled and reviewed. The adjusted balances on the bank reconciliations did not agree with the balances on the "trial balance, indicating that either the reconciliations were not properly done, or adjustments were not posted before they were submitted to us. These reconciliations included the operating and payroll accounts.

Deleted: done

Deleted: they w

*Recommendations*

All monthly bank accounts should be reconciled by the end of the following month. Also, the Deputy Controller or Controller should review the monthly reconciliation to verify that they are accurately prepared.

Deleted: by

Deleted: the end of the

Deleted: month

*Fiscal Year 2004 Status*

All bank accounts had been reconciled for this fiscal year. This finding has been substantially addressed in FY 2004, and will not be repeated.

03.2 **Cash Disbursement Controls Were Circumvented by the Former Executive Director**

The former Executive Director made many payments, including wire transfers that were outside of the normal accounting approval process, which included some disbursements that were not allowable expenditures to grant programs. In many instances, supporting documentation for these transactions was not forwarded to the Finance Department for proper recording and account reconciliation.

*Recommendations*

All payments for goods and services, including bank wire transfers, should be processed through the Finance Department. Also, UPO should establish policies and procedures for wire-transfers. The policy should include a requirement for written request for wire transfers.

*Fiscal Year 2004 Status*

This finding has been substantially addressed in FY 2004 and will not be repeated.

Deleted: 1¶

Deleted: . .

Deleted: ¶
WORKING DRAFT – FOR DISCUSSION PURPOSES ONLY

Deleted: ¶
1

03.3 **Improve Controls Over Posting of Journal Entries**

Procedures instituted in fiscal year 2003 requiring either the Chief Financial Officer (CFO), the Controller, or the Deputy Controller to review and approve all journal entries before they posted to the general ledger were not

implemented. We noted that several expenses were posted to the wrong expense accounts; for example, trash removal and janitorial services were coded to repairs and maintenance, and landscaping and building engineering services provided by Total Management Company were incorrectly coded to management services expense account. Total Management Company provided both management services and architectural and engineering services to UPO. In addition, we noted that grant receivable balances were not reversed after the cash draw downs were made. This included $103,824 and $106,639 relating to UDC for fiscal years 2001 and 2002 expenses, respectively.

*Recommendations*

UPO should enforce its procedures over the posting of journal entries. The authority for the posting of journal entries should be limited to a few individuals and all journal entries should be explained, supported and approved prior to being posted to the general ledger. In addition, all entries above a specified amount should be approved by the Controller.

*Fiscal Year 2004 Status*

This finding has been substantially addressed in FY 2004 and will not be repeated.

03.4 **Employee Travel Advances Were Not Adjusted in a Timely Manner**

Employees had outstanding travel advances for extended periods and have not submitted travel expense vouchers to adjust the advances in a timely manner. Travel advances outstanding as of September 30, 2003 were approximately $100,000. UPO has not implemented its policy in accordance with Memorandum E-87, which requires that if an advance has been made and a proper accounting has not been received by the Finance Department within three weeks after the traveler returns, the advanced amount may be deducted from the traveler's pay.

Deleted: ¶ We noted that several adjusting entries had to be made to correctly state the balances for most accounts at year-end. Efforts are being made by UPO to rectify this issue.¶ ¶ This finding has not been adequately addressed and will be reported as a reportable condition.¶

Deleted: that

*Recommendations*

All outstanding travel advances should be adjusted as soon as possible, and management should enforce its policy as outlined in Memorandum E-87.

*Fiscal Year 2004 Status*

UPO performed a reconciliation of outstanding travel advances and related adjustments were made. Collection efforts have been instituted. This finding has been substantially addressed in FY 2004 and will not be repeated.

Deleted: ¶ ¶

Deleted: 1¶

Deleted: .

Deleted: ¶ WORKING DRAFT - FOR DISCUSSION PURPOSES ONLY

Deleted: ¶ 1

03.5 **Significant Transactions With Related Parties Were Not Disclosed**

UPO conducted transactions with related parties, which were not disclosed to the auditors. This included security services for $283,454 from a company owned by a former Board member and renting of office space by UPO to the same security company. Based on our review of these transactions, the costs appeared to have been based on fair market value and reasonable.

*Recommendations*

UPO should obtain conflict-of-interest statements from Board members and officers to determine related parties. Also, transactions with related parties should be disclosed to external auditors.

*Fiscal Year 2004 Status*

This finding has been substantially addressed in FY 2004 and will not be repeated.

03.6 **Updated Listing of Vehicles Owned or Leased Was Not Available**

UPO did not have an updated listing of vehicles purchased or leased. In addition, agreements for vehicles purchased and/or leased were not available. UPO provided a list of vehicles covered under its insurance policy; however, there was no information on purchase dates and/or the current status of the vehicles. The list included some vehicles that were disposed of and did not include some of the vehicles currently being used by UPO. In some instances, the Finance Department was unable to match invoices for vehicle maintenance and repairs with vehicle records maintained.

*Recommendations*

UPO should perform a physical count of all vehicles and update its listing of vehicle owned and leased. This list should be updated on a regular basis when new vehicles are purchased or disposed. Also, the list of vehicles insured should be updated to ensure that all vehicles are insured.

*Fiscal Year 2004 Status*

UPO updated its listing of vehicles owned and leased. However, we noted that the equipment listing was not updated to include current year purchases. Additionally, the property records did not have adequate information as required by OMB Circular A-110. This finding will be repeated in a different form as a reportable condition.

03.7 **Credit Card Charges Were Not Properly Accounted**

We noted that there were several credit card charges in which the Finance

Deleted: UPO did not

Deleted: 1¶

Deleted: _ .

Deleted: ¶
WORKING DRAFT – FOR DISCUSSION PURPOSES ONLY

Deleted: ¶
1

To: Vincent Melehy

From: Mohammad Amin Kakeh

2nd    Half  of  the  1st

Fax

Department was not provided with credit card statements and supporting documentation to properly account for the charges in a timely manner. Also, supporting documents for many of the credit card charges could not be located. As a result, in some instances, allowable program expenditures could not be charged to programs since adequate supporting documentation was not available.

*Recommendations*

Credit card purchases should be restricted, and to the extent possible, all purchases should be made through the normal procurement process. Adequate supporting documentation for credit card purchases should be forwarded to the Finance Department for the proper accounting of the charges.

*Fiscal Year 2004 Status*

This finding has been substantially addressed in FY 2004 and will not be repeated.

03.8 **No Written Cash Management Procedures**

UPO did not have written procedures in place to minimize the time elapsing between the drawdown of federal funds and disbursements of the funds to subrecipients (Delegate Agencies). UPO draws funds regularly to be disbursed to its subrecipients, but some of the funds were not disbursed timely due to the subrecipients not submitting their request for funds in a timely manner or not providing supporting documentation with their request.

*Recommendations*

UPO should establish written procedures to minimize the time elapsing between the drawdown and disbursements of federal funds. UPO should draw down or request federal funds only on a "as needed" basis. Funds to be disbursed to subrecipients should be drawn down only after adequate supporting documentation is obtained to disburse the funds.

*Fiscal Year 2004 Status*

UPO has written policies for cash management in its Accounting and Financial Policies and Procedures Manual. This finding has been substantially addresses in FY 2004 and will not be repeated.

**Deleted:** However, the policy was not implemented effectively because we noted certain instances where funds were not disbursed timely. This condition will be repeated in a different form as a reportable condition

**Deleted:** !¶

**Deleted:** .

**Deleted:** ¶
WORKING DRAFT – FOR DISCUSSION PURPOSES ONLY

**Deleted:** ¶
]

03.9 **Contracts Were Awarded Without Competitive Negotiation and Written Agreements**

We noted that many contractors were engaged without competitive negotiations and written agreements. UPO's procurement policies and procedures manual states that, competitive negotiations are required for goods and services over $10,000 with the exception of emergency health or safety or equipment in jeopardy. We noted that twelve contractors, who were paid a total of $1,303,172, did not have current signed contract agreements. We also noted that the procurement of goods and services was not centralized and that all purchases do not go through the procurement department. Some departments purchase goods and services independently and no information is forwarded to the Finance Department. The Finance Department becomes aware of the purchases only when invoices were received for payments.

*Recommendations*

UPO should enforce its procurement policies and procedures regarding competitive negotiations for goods and services. Also, written agreements should be executed with all contractors and consultants. In addition, the procurement of goods and services should be centralized and communicated to the Finance Department.

*Fiscal Year 2004 Status*

Deleted: (Repeated)

UPO did not follow grant agreement policies to ensure that items were procured and contractors were engaged with competitive negotiations and written agreements. Per grant agreement with the D.C Department of Human Services, competitive bids are required for goods and services over $10,000 with the exception of emergency health or safety.

UPO has developed a Purchasing System Policies Manual. However, we also noted that there was no procurement department to handle procurement activities. Some departments purchase goods and services independently and no information is forwarded to the Finance Department. The Finance Department becomes aware of the purchases only when invoices are received for payments.

This finding will be repeated as a reportable condition.

03.10 **Expenditures Were Not Supported**

UPO could not provide support for CSBG expenses totaling $77,563 and expenses charged to indirect costs of $52,532. As a result, we could not determine the propriety of these expenditures or whether they were charged to the correct program.

Deleted: 1¶

Deleted: . .

Deleted: ¶
WORKING DRAFT – FOR DISCUSSION PURPOSES ONLY

Deleted: ¶
1

*Recommendation*

UPO should follow its procedures and ensure that adequate supporting documents (invoices, contracts, etc) are maintained for all expenditures.

*Fiscal Year 2004 Status*

This finding has been substantially addressed in FY 2004 and will not be repeated.

**03.11 Monitoring of Delegate Agencies Needs Enhancing**

We noted that Delegate Agencies were not adequately monitored. Some of the delegates are not maintaining adequate accounting records on a regular basis. These delegates do not appear to have adequate accounting procedures and qualified personnel to ensure that, transactions are accounted for properly and timely. Independent audits of some Delegate Agencies, such as, Southwest Community House (SWCH) and National Child Day Care (NCDC), have not been completed timely. The last audit for SWCH and NCDC was for fiscal years 2001 and 2002, respectively.

*Recommendation*

Delegate Agency monitoring should be enhanced. UPO should review the accounting records of the Delegate Agencies throughout the year to ensure that expenditures are adequately supported and proper accounting records are maintained.

*Fiscal Year 2004 Status*

We noted that Delegate Agencies were not adequately monitored during the year to assure that their activities and expenditures were authorized under contract terms and conditions. Audits of certain Delegate Agencies were not performed timely in accordance with the audit requirements for subrecipients of Federal awards.

This finding will be repeated as a reportable condition.

**03.12 Federal Cash Transaction Reports Were Not Reconciled to the Accounting Records**

The total expenditures reported on the SF 272 "Federal Cash Transaction Report" did not reconcile to UPO's accounting records. Reconciliation is done only at the end of the grant period. In addition, the reports were not submitted in a timely manner.

*Recommendations*

Deleted: ¶ A similar finding was noted for a transfer made to the Head Start program. This condition will be repeated in a different format as a reportable condition.¶

Deleted: d

Deleted: s

Deleted: d

Deleted: s

Deleted: a

Deleted: UPO

Deleted: d

Deleted: s

Deleted: d

Deleted: s

Deleted: or

Deleted: ppropriate

Deleted: UPO did not require the delegate agencies to submit supporting documentation for actual expenditures before it issued payments to reimburse or to substantiate payments made on advances.¶

Deleted: condition

Deleted:

Deleted: ¶

Deleted: 1¶

Deleted: . .

Deleted: ¶ WORKING DRAFT – FOR DISCUSSION PURPOSES ONLY

Deleted: ¶ 1

United Planning Organization
STATUS OF PRIOR YEAR FINDINGS
For the Year Ended September 30, 2004

UPO should perform quarterly reconciliations, which should agree with the general ledger and ensure that drawdowns or requests for funds do not exceed immediate cash needs.

*Fiscal Year 2004 Status*

At the end of the grant year (July 2004), drawdowns reported on the PSC 272 ($14,996,273) agreed with the expenditures reported on the SF 269 (Financial Status Report) and UPO's general ledger and the budget.

This finding has been substantially addressed in FY 2004 and will not be repeated.

Deleted: 1¶

Deleted: . .

Deleted: ¶
WORKING DRAFT – FOR DISCUSSION PURPOSES ONLY

Deleted: ¶
1