# EXHIBIT 75

May 03, 2004
Monday
*9:00 – 7*

*Met with all the employees for two hours and we put a joint plan and agreed to unite for that objective….*
*Ken Masty of the Justice Department called me, after Judy Holt transferred him, and he told me that they will commence an investigation next Thursday, God willing.*
*I started working on the final budget and the first report is that the loss has reached three million dollars.*

| | | |
|---|---|---|
| Unknown | 1 | 5/3/2004 9:58 PM |
| | | 000713 |

CONFIDENTIAL
MAK 5876