# EXHIBIT 76

# MEMORANDUM

TO:       Russell Simmons,
          Chairman, UPO Board of Trustees

FROM:     The Finance Department Staff

RE:       Outsourcing of the Finance Department

CC:       All UPO Board Members
          All UPO Managers
          Tunda, Eboda, CSGB DHS
          Carter, Clarence, Director OCS, DHHS
          Thomas Davis, Chairperson House District Committee
          Carol Schwartz, Councilmember

Date:     April 29, 2004


We, of the Finance Department, feel betrayed by the United Planning Organization. Combined we have approximately 400 years experience at UPO. To begin with, we first heard of the outsourcing of the Finance Department by rumor. Then Mr. Dana Jones called an impromptu meeting to address the rumors and, indeed, confirmed that we were losing our jobs. Comments were made as if it was our fault that UPO financial problems. We have always been loyal to UPO and to be betrayed in this manner adds insult to injury.

We the staff of the Finance Department are being unjustly penalized for the fiscal mismanagement committed by United Planning Organization's upper management and its board of directors. We are being used as scapegoat, and sacrificial lambs for inappropriate spending. None of us is authorized to sign a check or transfer a single dime of funds. That authorization rests exclusively with the executive director, deputy executive director, and the chief financial officer. The Finance Department is a recording department that maintains the information which reflects the financial decisions of upper management. The $3.2 million deficit UPO is facing is due to overspending, poor budgeting, and fiscal mismanagement. We provided reports alerting Senior Management to United Planning Organization's financial problems. Management chose to ignore these reports. Now, rather than rectifying the problems, they are attempting to cover up the evidence by outsourcing our Department.

None of us took a trip to Hawaii. None of us went on a lavish fishing trip on a boat. None of us bought liquor, jewelry, or had groceries delivery to our home using UPO credit cards. None of us was given an SUV or leased a Lincoln Continental. None of us took a trip to New Orleans, Puerto Rico, Las Vegas, California, or anywhere for personal benefit. None of us took out a loan from UPO. None of us has a company provided cellular telephone with a bill of over $14,000 a year.

However, we know who did. We have the documents to prove it. Only UPO's upper management and members of the Board benefited from all of these questionable uses of grants funds. The time has come for management to step up and take full responsibility.

We are demanding that a full inquiry be conducted by an official government agency to identify the true parties responsible. It is a crime, this conspiring to cover up the fiscal mismanagement, by causing us to lose our jobs. Justice must be done. Moreover, we are demanding an immediate meeting with the Board of Trustees to stop the outsourcing of the Finance Department and the destruction of UPO.

We have the financial documents to precisely identify who authorized the use of these funds and, exactly, who benefited from them. The entire District of Columbia metropolitan community would benefit from knowing who spent grants fund and who benefited from that spending.

It is our belief that an official inquiry would better serve the community and is the only action which will arrive at real justice. Moreover, the outsourcing of the Finance Department should stop immediately and an immediate meeting between the Finance Department and the Board of Trustee should take place. We await your response to this urgent matter.