# EXHIBIT 77

**U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES**
**OFFICE OF INSPECTOR GENERAL**
**OFFICE OF INVESTIGATIONS**

KENNETH L. MARTY
SPECIAL AGENT

ONE MASS. AVE., NW
SUITE 4800
WASHINGTON, DC 20001

FAX: (202) 357-3613                TEL: (202) 357-3609
E-MAIL: KMarty@oig.hhs.gov              (202) 357-3614

*Kenneth Marty*

cell 202.437.1237

U.S. Department of Justice

**DEBRA L. LONG-DOYLE**
Assistant United States Attorney

United States Attorney's Office
District of Columbia                Tel (202) 305-0634
555 4th Street, N.W.                Fax (202) 514-8782
Washington, DC 20530         Debra.Long-Doyle@usdoj.gov

00201