# EXHIBIT 78

May 04, 2004
Tuesday
*9:00 – 6:30*

*I met with the three unnamed persons to discuss the budget issue.*
*I went to the FBI and met Duncan to inform them of the problems of the institution.*
*He took me to their place and Henry brought me back.*
*I started by preparing the documents for Thursday's meeting with the US Attorney General.*

[cut off]n Kakeh                                  1                              5/4/2004 5:45 PM
                                                                                         000663

CONFIDENTIAL
MAK 5826