# EXHIBIT 79

*Fax*

To: Mr. Ken Marty

Telephone #: 202-357-3613

From: Amin Kakeh

Date: 5/7/04

# of pages 6.

TRANSMISSION VERIFICATION REPORT

```
                                        TIME: 05/07/2004  01:52
                                        NAME: AMIN KAKEH
                                        FAX : 703-642-8921
                                        TEL : 703-642-8921


    DATE,TIME              05/07 01:49
    FAX NO./NAME           2023573613
    DURATION               00:03:02
    PAGE(S)                06
    RESULT                 OK
    MODE                   STANDARD
```

00196

*Fax*

To: Mr. Ken Marty

Telephone #: 202-357-3613

From: Amin Kakeh

Date: 5/10/04

# of pages: 4

Attached are the latest circulation

TRANSMISSION VERIFICATION REPORT

TIME: 05/10/2004 07:27
NAME: AMIN KAKEH
FAX : 703-642-8921
TEL : 703-642-8921

| | |
|---|---|
| DATE,TIME | 05/10 07:25 |
| FAX NO./NAME | 2023573613 |
| DURATION | 00:01:29 |
| PAGE(S) | 04 |
| RESULT | OK |
| MODE | STANDARD |

00197

# FAX

To: Mr. Ken Marty

Telephone #: 202-357-3613

From: Mr. Amin Kakeh

Date: 5/10/04

# of pages: ~~10~~ 9
    error

UPO circulation info. & outsourcing

& documents.

```
           TRANSMISSION VERIFICATION REPORT

                                         TIME: 05/12/2004  12:18
                                         NAME: AMIN KAKEH
                                         FAX : 703-642-8921
                                         TEL : 703-642-8921


    DATE,TIME                 05/12 12:13
    FAX NO./NAME              2023573613
    DURATION                  00:04:45
    PAGE(S)                   11
    RESULT                    OK
    MODE                      STANDARD
```

00198

To: Mr. Ken Martz

Telephone #: 202-357-3613

From: Amin Kakeh

Date: 5-19-04

# of pages: 6

Recent items for your review.

```
              TRANSMISSION VERIFICATION REPORT

                                          TIME: 05/19/2004  05:54
                                          NAME: AMIN KAKEH
                                          FAX : 703-642-8921
                                          TEL : 703-642-8921


    DATE,TIME              05/19 05:51
    FAX NO./NAME           2023573613
    DURATION               00:03:39
    PAGE(S)                06
    RESULT                 OK
    MODE                   STANDARD
```

00199

To: Mr. Ken Marty fax

Telephone #: 202-357-3613

From: Amin Kakeh

Date: 5/25/04

# of pgs: 8

Recent items for your review.

```
          TRANSMISSION VERIFICATION REPORT

                                    TIME: 05/25/2004 08:47
                                    NAME: AMIN KAKEH
                                    FAX : 703-642-8921
                                    TEL : 703-642-8921


   DATE,TIME              05/25 08:43
   FAX NO./NAME           2023573613
   DURATION               00:03:09
   PAGE(S)                08
   RESULT                 OK
   MODE                   STANDARD
```

00200



**U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES**
**OFFICE OF INSPECTOR GENERAL**
**OFFICE OF INVESTIGATIONS**

KENNETH L. MARTY
SPECIAL AGENT

ONE MASS. AVE., NW
SUITE 4800
WASHINGTON, DC 20001

FAX: (202) 357-3613
E-MAIL: KMarty@oig.hhs.gov

TEL: (202) 357-3609
(202) 357-3614

*Kenneth Marty* (signature)

cell 202.437.1237

U.S. Department of Justice

**DEBRA L. LONG-DOYLE**
Assistant United States Attorney

United States Attorney's Office
District of Columbia
555 4th Street, N.W.
Washington, DC 20530

Tel (202) 305-0634
Fax (202) 514-8782
Debra.Long-Doyle@usdoj.gov

00201