# EXHIBIT 80

May 19, 2004
Wednesday

*Sick Leave*

*I called Ken and the news was good. I sent him some information by fax and he said he was going to meet Shirley Fischer that day.*
*Tony called Sharon the following day to tell her I was sick.*
*We called the doctor, and called Mary and I talked to her about what I was suffering from.*
*Heaviness in the head, and a dire need to sleep. Unable to stand for a short time, and a need to relax on the bed, nothing more.*

Amin Kakeh                                3                          5/4/2004 5:45 PM
                                                                    000721

CONFIDENTIAL
MAK 5884