# EXHIBIT 81

May 28, 2004
Friday

*Now:*
*Monica Becham*
*Darleen Pokr*
*Carol Smith*
*Daisy [illegible]*
*Shirley Hill*
*Nouna Malkeen*
*On the investigation list for what took place in the institution.*
*This took place today after I gave them those names*

*I learned from Tunde when we were talking, after he took a call from Dena, that Russell Simmons had resigned as Chairman of the Board. The Washington Post found out and I told Tunde that Dena is the one who called them.*
*I found out from Tunde that Judge Tanis Wagner came with Dena and asked to give them the money to cover the deficit in the institution's budget.*

*Sick Leave*
*I went in the early morning and met Ken, Hans from the FBI was there, and from nine thirty until ten to twelve, I explained the situation in the institution and the need to take an immediate action to save the situation, otherwise any action taken a week later will be too late.*

*Ken called me after that and left a voice message for me saying that the Justice Department has agreed with them and there will be an emergency meeting on Tuesday to implement another alternate plan to suit the current situation.*

*I returned once again to Jefferson's garage and met Tunde and gave him a copy of the 2003 budget report, and he gave me a copy of March report. We agreed that he will send a letter to the institution on Tuesday in answer to Alexis Robertson's letter in which he'll say: we do not allow you to use CSBG's money to cover the deficit in the institution's budget, with a copy sent to me personally.*

Amin Kakeh                        5                        5/4/2004 5:45 PM
                                                                  000726

CONFIDENTIAL
MAK 5889