# EXHIBIT 83

June 01, 2004
Tuesday
*8:45 – 5:30*

|  | |
|---|---|
|  | *I called Ken and Tunde and they both said that the procedures are in effect and will be implemented this day.* <br> *Ken and his group arrived, but he called me and said that they were coming and want to get into the building without noise.* |
| *I called Tunde and told him what was going on in the office.* <br> *I called Denis and told him what was happening too.* | *I went to meet them and took them to my office. Then the lady with them went to see Monica, and the two, Ken and Hans went to see Darleen. I went upstairs with them and spoke with Darleen and comforted her and she agreed to speak with them. I later found out that Monica and Dena had joined the meeting.* <br><br> *Darleen called me in the car around six o'clock and calmed me down again, looking forward to meeting her tomorrow.* |

| Amin Kakeh | 1 | 5/25/2004 2:39 PM |
|---|---|---|
|  |  | 000727 |

CONFIDENTIAL
MAK 5890