# EXHIBIT 84

[ORIGINAL]

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

MOHAMMED AMIN KAKEH,         )

     Plaintiff,            )

         v.                 )   No. 1:05-cv-1271

UNITED PLANNING              )

ORGANIZATION, INC.,          )

     Defendant.            )

        Silver Spring, Maryland

        Tuesday, June 20, 2006

The Deposition of

        DAVIDSON SAMUEL QUASHIE,

called for oral examination by Counsel for the Plaintiff, pursuant to notice, held in the Law Offices of MELEHY & ASSOCIATES, LLC, 8403 Colesville Road, Suite 610, Silver Spring, Maryland, beginning at 1:09 p.m., before Cheryl A. Lord, RPR, CRR, a Notary Public in and for the State of Maryland, when were present:



Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

DEPOSITION OF DAVIDSON SAMUEL QUASHIE
Conducted on June 20, 2006

6

1    A.    Approximately 31 -- 31 years.

2    Q.    And what capacity have you been employed?

3    A.    At the moment or during my tenure?

4    Q.    During your tenure.

5    A.    I've been employed as a general accountant,
6  an external auditor, chief accountant.

7    Q.    External auditor?

8    A.    Right.

9    Q.    Okay.  What comes after external auditor?

10   A.    Chief accountant.

11   Q.    What comes after that?

12   A.    Deputy controller and accounting director.

13   Q.    And the deputy controller and accounting
14 director, are those essentially the same position
15 with a different name?

16   A.    They're different positions, probably
17 equate to the same level.

18   Q.    How are they different?

19   A.    Which one?

20         The deputy controller?

21   Q.    And accounting director.

15

1    Q.   Did he say specifically what the reduction

2  would be?

3    A.   No.

4    Q.   Did he just tell you in a private

5  conversation?

6    A.   I think he told us in a meeting --

7    Q.   M-hm.

8    A.   -- there was going to be a reduction in

9  force.

10   Q.   Did he use that term, reduction in force,

11 or did he say there would be changes?

12   A.   I remember "reduction in force."

13   Q.   And at that time, what did you understand

14 that to mean?

15   A.   Well, we were worried at that time -- we

16 didn't know who was going to be relieved of their

17 duties, so everybody was on edge.

18   Q.   But you understood that some people were

19 going to be let go?

20   A.   Yeah.

21   Q.   Did he say why the reduction in force was

DEPOSITION OF DAVIDSON SAMUEL QUASHIE
Conducted on June 20, 2006

30

1    Mr. Eboda?
2        A.   I probably -- not -- I can't remember
3    specifically if it's Mr. Eboda we presented the
4    information to or the inspector general.  I don't
5    know which one -- which was which, but there was a
6    set of people in there during that time asking for
7    the information.
8        Q.   Did you have any meetings with Mr. Kakeh
9    during that time?
10       A.   One-on-one or general meeting?
11       Q.   Any kind of meetings where he was present.
12       A.   We probably met, because it was like
13   impacting on the division, you know, was supposed to
14   give up these documents that were in question.  I'm
15   sure we talked or met at some time.
16       Q.   Did you provide any documents directly to
17   Mr. Eboda or any member of his team?
18       A.   No, sir.
19       Q.   Who did that to your knowledge?
20            Who provided Mr. Eboda or his team or the
21   group that came in to audit?

DEPOSITION OF DAVIDSON SAMUEL QUASHIE
Conducted on June 20, 2006

31

1     A.    Who provided them with the information?

2     Q.    M-hm.

3     A.    It was Mr. Kakeh, I'm sure myself did, you

4 know, present some information at the meeting.

5     Q.    M-hm. What information did Mr. Kakeh

6 provide?

7     A.    I can't say. I don't know.

8     Q.    Do you know if Mr. Kakeh had private

9 meetings with Mr. Eboda?

10     A.    No, I didn't know that.

11     Q.    Okay. Was it common knowledge that

12 Mr. Kakeh had provided Mr. Eboda and his team with

13 information about financial misappropriation at UPO?

14     A.    It was common knowledge -- whatever the

15 team asked for, we gave.

16     Q.    That's not answering my question,

17 Mr. Quashie.

18     A.    Well, I don't know. I can't answer that

19 question.

20     Q.    Did you meet with the FBI when the FBI

21 came?