# EXHIBIT 85

301 Rhode Island Avenue, N.W., Suite 2201
Washington, D.C. 20001
(202) 238-4702
Fax. (202) 319-3251


**UNITED PLANNING ORGANIZATION**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Shelley J. Elliott, Senior Special Agent, Office of the Inspector General, DC | **From:** | Monica Scott Beckham, General Counsel |
| **Fax:** | 202.727-0885 | **PAGES** | 10 |
| **Phone:** | 202.727-9888 | **Date:** | 01/11/05 |
| **RE** | Draft Letter to Ms. Gilchrist, Director, DCDHS in Response to "Final Report 2004 Monitoring Review of the United Planning Organization" dated December 1, 2004 | **CC:** | Hans Martin, Special Agent, Washington Field Office, FBI |

Urgent      For Review      Please Comment      Please Reply      Recycle

Attached for your review and records is a copy of the above referenced draft letter of response to the "Final Report..." issued to the United Planning Organization as we discussed today, January 11, 2005. UPO is concerned that the inaccuracies could prejudice your investigation and lead to legal recommendations based on erroneous information despite the fact that the report was forwarded to you as a "Draft".

FOR ADDITIONAL INFORMATION PLEASE CALL (202) 238-4702

CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the Attorney-Client privilege. The information is intended only for the use of the individual or


Deposition Exhibit No. 8
Beckham
6-19-06

DRAFT

December 16, 2004

Ms. Yvonne Gilchrist, Director
Department of Human Services
District of Columbia Government
64 New York Avenue, N.E.
6th Floor
Washington, D.C. 20001

Dear Ms. Gilchrist:

On December 13, 2004 I received a hand delivered letter to Chief Judge Annice Wagner, Interim Chair of the UPO Board of Directors, and a copy of your report entitled: "Final Report: 2004 Monitoring Review of the United Planning Organization," dated December 1, 2004.

UPO thanks you for your efforts over the last several months to work with us to bring needed changes to the organization. We have made a great deal of progress since March 11, 2004 and appreciate the assistance we have received from your office and the team of CSBG monitors that was assembled by the state CSBG office to review UPO's governance and management operations. UPO looks forward to working with you to address any issues that we need to correct to assure efficient and effective service delivery to the low income citizens of the District of Columbia.

I do want to raise several serious and urgent concerns UPO has at this time. Unfortunately, UPO did not have an opportunity to review the monitoring report before it was finalized. After completing our initial review, we have identified many inaccurate and erroneous statements or findings that we believe must be amended, corrected, or modified immediately. In addition, the report contains statements that comment on pending legal or confidential personnel matters that simply do not belong in a public document that will receive wide circulation.

The statements or findings that UPO is questioning are set out in this letter and its attachment. None of them address substantive issues raised in the report. We know that we will have an opportunity to comment on all aspects of the report as we work together to identify any issues UPO will need to address in the future. We strongly believe that the errors we have identified in the attachment are of sufficient concern that they should be corrected immediately. The attachment identifies the statements of concern which are correlated with the headings, sections, and pages of the review report.

I urge your immediate consideration of our request. I will be available to provide you with any additional information you may need to address these concerns. I can be reached on 202-238-4692.

                Sincerely,

                Dana M. Jones
                Chief Executive Officer

Attachment (1)

ATTACHMENT I

COMMENTS ON FINAL REPORT:
2004 MONITORING REVIEW OF THE UNITED PLANNING ORGANIZATION

ACKNOWLEDGEMENTS

Report Language Page 4

*On page four of the report there is a paragraph containing statements regarding Mr. Amin Kakeh, the former Controller of UPO. The last sentence of that paragraph reads: "The state CSBG office... regrets the manner of his separation from the agency in what appeared to be a retaliatory action by UPO management for his cooperation with the state CSBG review team."*

UPO Comment

The state CSBG office is aware that Mr. Kakeh is involved in an active legal proceeding before the District of Columbia Office of Human Rights. It is highly unusual for the State CSBG Office, representing the District of Columbia, to comment, in its report, on a legal matter that is pending in another branch of the Government. I strongly urge the office to withhold all subjective statements, and to offer no comment either for or against any parties in this legal proceeding.

BACKGROUND

Report Language, Page 5

*On page five, paragraph one, the report reads: "A preliminary report on the use of Community Services Block Grant (CSBG) funds by the United Planning Organization, the District's community action agency, was issued March 11, 2004 by the District's CSBG monitoring review team and is hereby incorporated into this interim report by reference."*

UPO Comment

I believe that the CSBG should reconsider its statement that a preliminary report was issued. The quoted language above is incorrect. A preliminary report was not issued by the monitoring review team. A "Draft" report, labeled "Confidential: Do not copy (TO be released only the CSBG Office)", was presented to the UPO Board of Trustees for

i