# EXHIBIT 86

June ~~03~~ *02*, 2004
~~Thursday~~ *Wednesday 2*
*9:30 – 7:30*

*There was a general meeting at the institution. It was a meeting full of lies and empty promises and I didn't attend it.*
*Ken and Hans came with five new members and I met them outside.*
*Dena invited me to his office at four o'clock, but he was looking for me at three o'clock and I felt that there was something bad waiting for me. After sitting for some minutes, he handed me a message ending my services at the end of the month.*

*I gathered my belongings and Hisham "the auditor" helped me move the heavy boxes to the van.*

[cut off]in Kakeh            3                    5/25/2004 2:39 PM
                                                        000664

CONFIDENTIAL
MAK 5827