# EXHIBIT 89

# UNITED PLANNING ORGANIZATION
## DC COMMUNITY ACTION
301 Rhode Island Avenue, NW ■ Washington, DC 20001-1826

June 2, 2004

Mr. Davidson Quashie
12418 Littleten St
Silver Spring, MD 20906

RE: Specific Notice of Reduction-In-Force

Dear Mr. Quashie:

In accordance with the provisions of UPO Administrative Memorandum No. E-107 dated July 22, 1985, (Part 5, Notice to Employees, 5.2. General and Specific Notice); UPO Administrative Memorandum NO. E-119 dated November 8, 1989; UPO Administrative Memorandum NO. E-124 dated July 11, 1990 and UPO Administrative Memorandum No. E-125 dated August 2, 1990; I am herewith notifying you that your current employment in the position Acting Deputy Controller with the Office of Finance, United Planning Organization will be adversely affected effective the close of business on **June 30, 2004.** This means that as of that date, you will be released from your current competitive level by separation from employment. The reason for this action is that the United Planning Organization is forced to declare a Reduction-In-Force affecting, four employees in Office of Finance which is made necessary due to the reorganization and the abolishment of positions in the Office of Finance.

Further, you are advised that effective June 2, 2004 you are hereby reassigned to the position Accounting Director, Office of Finance. You will be acting in this position until filled.

The competitive area affected is the Office of Finance.

The competitive levels which control the agreed upon scope of competition in this Reduction-In-Force are those grouping of positions by funding source, which are so similar in all important apects that an employee can move from one position to another within that funding source without significant training and without undue interruption of the work program. All positions in the same competitive level are characterized by a similarity of duties, functions, responsibilities and pay schedules. Job titles and job descriptions are indicative, but not conclusive in determining the composition of competitive levels. A competitive level may consist of only one job when that job is so nearly unique that it is not interchangeable with similar jobs. The principal guide to

**CONFIDENTIAL**
**MAK 0169**

determining competitive levels in each office shall be the job classification grouping.

Thus, for purposes of the Reduction-In-Force, your competitive level is that group of jobs which fall within the job family grouping in Group VI of UPO's Office of Finance Job Family Grouping List (See Attachment A). For purposes of this Reduction-In-Force, your entrance on duty date (EOD) September 23, 1974, a date which was established by your Job Family Grouping by reason of (see reason checked below):

    __X__    Your initial dates of employment by the United Planning Organization;

    _____    Your length of creditable service as an employee based on your current employment service, plus allowance for your prior years of service resulting from your previous employment with UPO, minus any time disallowed for lose of seniority or minus any periods of temporary employment.

This action therefore is being taken based on the number of jobs available in the Office of Finance to be filled in the Office of Finance Grouping VI and your relative standing among other UPO Office of Finance employees in the Job Family Grouping, based on your allowable length of creditable service.

The Official UPO Retention Register, which is available for your inspection in the UPO Office of Human Resources during normal duty hours, documents a listing of all competing employees within your Job Family Grouping (your competitive level) in the order of their seniority as indicated by their length of allowable UPO creditable service. You are urged to examine this Retention Register so that you can ascertain the correctness of your retention standing relative to all other competing UPO Office of Executive Director employees in the order of their seniority within your Job Family Grouping.

UPO Administrative Memorandum NO. E-107, Part 6, Subsection 6.1 thru 6.6 (see Attachment B) governs all appeals from this action. You are encouraged to examine the attached appeal provisions and fully utilize same should you determine that any one or more of the enumerated grounds for appeals is applicable to you. Should you decide to appeal this reduction-in-force action taken against you, it is emphasized that your notice of appeal must set forth specific reasons for believing the action is improper. The UPO Office of Human Resources is available to assist you in perfecting your appeal or to answer any questions you may have concerning these appeal provisions.

CONFIDENTIAL
MAK 0170

You are requested to complete a UPO Resignation/Termination Form and process it through the respective UPO components designated on the form.

Attached (see Attachment C) is information regarding your rights and obligations for group health continuation coverage under COBRA. The UPO Office of Human Resources will notify you as to your continuation and conversion privileges under the UPO medical expense/health care/life insurance plans in which you are a participant and with respect to your retirement income plan benefits.

Your final paycheck will be available for you by close of business on the next UPO workday following your date of termination. You must report to Cash and Reports Branch, UPO Office of Finance to sign for and receive your final paycheck or it will be subsequently mailed to your last forwarding address. The Cash and Reports Branch is located at the UPO Headquarters Building, 301 Rhode Island Avenue, N.W., WASHINGTON, D.C. 20001.

Please accept our appreciation for the services you rendered as an employee of the United Planning Organization.

Sincerely,

Dana M. Jones
Interim Executive Director

Attachment(s)
    A - Job Family Grouping List
    B - UPO Administrative Memorandum Nos. E-107, E-119, E-124 & E-125
    C - Group Health Continuation Coverage Under Cobra

DMJ/dlb

cc:  Office of Executive Director
    General Counsel
    Office of Finance
    Office of Human Resources
    File

CONFIDENTIAL
MAK 0171