# EXHIBIT 92

# PROPOSAL

# TO

# MANAGE THE ACCOUNTING AND FINANCE FUNCTIONS

# OF

# UNITED PLANNING ORGANIZATION



**May 19, 2004**



Walker & Company, LLP
*Assurance, Business and Advisory Services*

CONFIDENTIAL
MAK 0196

# Proposal to Manage the Accounting and Finance Functions

## of

## UNITED PLANNING ORGANIZATION

*Submitted by:*
**Walker & Company, LLP**
**4200 Wisconsin Avenue, NW**
**Suite 300**
**Washington, DC 20016**

**May 19, 2004**

CONFIDENTIAL
MAK 0197

Walker & Company, LLP
*Assurance, Business and Advisory Services*

May 19, 2004

Mr. Dana M. Jones
Interim Executive Director
United Planning Organization
301 Rhode Island Avenue, NW
Washington DC 20001

Dear Mr. Jones:

Walker & Company, LLP appreciates the opportunity to present this proposal to perform and manage the accounting and finance functions of United Planning Organization (UPO) beginning June 1, 2004 for one year. We are particularly pleased to be considered for these services to UPO because our firm's mission, in part, is to develop and analyze information that users rely on to make decisions and to serve as a catalyst for the betterment of the communities we serve.

Our proposal addresses the size and experience of our firm, the size of our non-profit accounting staff and a select team of managers and staff who will be made available to UPO. We have also included our proposed approach, management plan and cost to meet your requirements on this assignment.

We are confident that we are the best choice to serve United Planning Organization for the following reasons:

- We have proven expertise as accountants, advisors and outsourced contractors to various non-profit clients and understand the nature of the transactions in UPO as well as the methodology required to produce internal and external reports and assist in the completion of year-end audits on time and achieve the results to meet funding source expectations.
- We have, over the years, recognized that superior performance on engagements with government funded non-profit organizations is essential to our practice and have dedicated our most talented personnel to specialize in government reporting and regulatory compliance requirements and U.S. GAAP financial reporting and other government standards.
- We are prepared to focus on areas that require attention and to provide management meaningful recommendations for improvement in other areas identified during the course of the contract. We have served some of the most prominent nonprofit organizations in America successfully on similar engagements.

We view this as a critical assignment for our firm and the continuity of the United Planning Organization. We want to assure you that its financial needs during the next year or beyond will be met by Walker & Company's team. If you have any questions, please let us know.

Yours truly,

Ronald P. Walker
Walker & Company, LLP

**CONFIDENTIAL**
**MAK 0198**

UNITED PLANNING ORGANIZATION

ACCOUNTING AND FINANCE FUNCTION PROPOSAL

**Table of Contents**

Executive Summary ...................................................................................................…..................1

Our Approach and Position Descriptions.....................................................................…................2

Plan for Accounting and Finance Function...............................................................................5

Relevant Firm Experience ...........................................................................................…..............8

Firm References .............................................................................................................…..........10

Staffing Plan and Key Personnel Biographies ........................................................................…..12

Cost Proposal...................................................................................................................…..........17

Appendices ...............................................................................................................…................18

CONFIDENTIAL
MAK 0199

## EXECUTIVE SUMMARY

Walker & Company, LLP is committed to rapidly improving an accounting and finance function that serves the immediate needs of the United planning Organization (UPO). During the critical period of the next sixty days, we will utilize our experience and resources acquired in servicing not-for-profit organizations in Washington DC and throughout the United States over the last twenty years. The United Planning Organization has complex financial and grants management needs that require financial organizational leadership supported by accounting personnel that will proactively address the expectations and concerns of funding sources and governmental audit agencies over the next several months.

We will, in consultation with UPO's senior management, assess the existing accounting and finance functions, and assemble a team from existing UPO personnel and Walker & Company senior managers and professional staff that will assure accurate and timely reporting of financial and management information. Our approach to the solution of immediate problems and management of these functions over a one-year period is to focus upon UPO's strengths and eliminate weaknesses in information processing and production of accurate internal and external financial reporting. Our key personnel will transition UPO's in-house accounting and financial management to an effective contract team employing former UPO and current Walker & Company personnel to meet the specific deliverable and performance expectations of management and funding sources.

Our organization of the accounting and finance function relies upon a Chief Financial Officer with proven experience in major not-for-profit organizations supported by a Comptroller with significant grants and cost accounting experience and a Grants Management Director with strong technical knowledge of grants monitoring, documentation and compliance within an intensive program environment. These three senior executives will be expected to master the sub-functions of general ledger, payroll, billing, accounts payable and grants management such that management and external funding sources receive timely and reliable information. Personnel within these functions will be expected to meet the standards set for each process and task within the outsourced financial organization. This financial organization will obtain concurrence from the Deputy Executive Director of UPO on each of its planned actions prior to their execution.

Our plan to manage UPO's accounting and finance function focuses on five critical accounting and financial management functions. Our financial organization chart in Table 1 displays how our structuring of UPO's contracted financial organization will manage the following accounting and finance functions:

- Financial Organization Leadership
- Budget Development and Monitoring
- Internal Financial Reporting
- Cash Flow Management
- External Reporting

By necessity UPO has had complex accounting, reporting and information requirements that should be met timely and reliably within the regulatory and compliance frameworks of its funding sources. Our firm has more than sixty professional personnel and prior experience with major not-for-profit and government organizations such as the Ford Foundation, Fannie Mae Foundation, the Corporation for National and Community Service, the U.S. Department of Housing and Urban Development and others and can be rapidly configured to provide the necessary consultative services that have produced accurate, quality results as documented in our references and prior relevant experience.

We have a solid foundation of service and enjoy the confidence of many federal agencies, D.C. and private sector funding sources. We look forward to using this experience and our many relationships to serve UPO and its communities.

CONFIDENTIAL
MAK 0200

## OUR APPROACH AND POSITION DESCRIPTIONS

We will manage the accounting and finance functions with a staff of ten professionals led by the Chief Financial Officer with heavy reliance on the Comptroller and a Grants Management Director. We will segregate the Comptroller's responsibilities and reporting lines from those of the Grants Management Director's to emphasize the need for internal and external financial reporting and control to be complementary to the equally important task of grants compliance, monitoring and reporting. Continuous communication and interface with program managers is expected from the Grants Management Director. The Comptroller will be expected to interface with UPO management on financial reporting matters and related financial information and to keep the Deputy Executive Director and CFO abreast of cash flow and key organization wide budget developments.

These positions are shown within our proposed financial organization Chart shown on Table 1. Brief descriptions of these and other supporting positions follow:

### Chief Financial Officer

The Chief Financial Officer (CFO) will lead UPO's financial organization supported by the Comptroller and a Grants Management Director, with a structure designed to deliver monthly executive management reports to the Executive and Deputy Director. He/she will make funds decisions and possess strong management and leadership qualities. He/she will be responsible for ensuring that a sound financial structure is operating effectively. The CFO will be the first point of contact between legal counsel, independent accountants and government officials responsible for fiscal oversight of grant awards. He/she will through the Grants Management Director oversee compliance with federal and District of Columbia grant financial requirements. The CFO will coordinate with the Deputy Executive Director and Executive Director, the preparation and use of UPO's budget and oversee revisions and communication of needed management attention to significant variance issues.

### Comptroller

The UPO Comptroller will report directly to the CFO and manage the accounting operations staff. He will prepare recurring and special financial and other information reports as required. He will prepare interim and year-end financial statements. The Comptroller will provide relevant and timely information to managers to enable them to make informed decisions. He will manage payroll, accounts payable, billing and receivables and general ledger accounts in the processing of routine transactions and preparation of reports. He will devise and implement a system of cash flow reporting and monitoring on a daily basis and prepare cash forecasts necessary to ensure cash stability.

### Grants Management Director

The Grants Management Director will be in charge of all grant funds and programs and will provide managers and department heads with the information required to monitor and achieve program targets and ensure that program budgets are developed and monitored. The Grants Management Director will be responsible for control of all UPO sub-grantees/recipients financial reporting and will ensure that they comply with grant provisions in accordance with UPO established policies and procedures. The Grant Management Director will monitor sub-recipients using action plans and checklist tools and supervisory approval of expenses or payment requests prior to disbursement of funds.

CONFIDENTIAL
MAK 0201

### Accounts Payable Accountant

The two accounts payable accountants will report to the Comptroller and be responsible for coding and recording transactions of all inventory, supplies, program and other expenses and purchases of equipment for UPO. The accounts payable staff will evaluate vendors and assist in determining the best value for UPO. Accounts payable

2

staff will work closely with the grants management team to ensure that proper control procedures are followed and only valid and authorized payment requests are recorded and payments are made only in accordance with grant provisions or when services are delivered. Accounts payable staff will provide an aged report from the Solomon IV software and submit a "bills to pay" report to the Comptroller weekly.

## Billing and Receivables Accountant

The Billing and Receivables accountant will bill and process all grant receipts from federal and DC government agencies and other contributors in accordance with UPO's cash receipts procedure. He/she will generate an aged listing as determined by the Comptroller and process grant receipts for payment in a timely manner. He/she will prepare a report of all grants received and together with the Grants Management Director, reconcile and report program fund balances to the Comptroller on a regular basis for input into cash forecasts.

## General Ledger Accountant

The General Ledger Accountant will perform all general ledger accounting activities and prepare monthly financial statements for the organization as well as the program and grant activities as requested by the Comptroller. The General Ledger Accountant will prepare bank reconciliations for all bank accounts. He will periodically review the chart of accounts structure and make code changes as directed by the Comptroller.

## Payroll Accountant

The Payroll Accountant will be responsible for all payroll records of UPO and process all checks and provide the Comptroller with payroll reports each pay period for review and approval. The Payroll Accountant will inform the Comptroller of cash requirements for payroll in a timely manner to ensure that employee salaries are met on due dates. The Payroll Accountant will interface with the human resources department and ensure that all fringe benefits are timely paid.

## Administrative Assistant

The Administrative Assistant will support the grants management function and report directly to the Grants Management Director. He/she will be responsible for performing a variety of administrative, office and clerical functions and will assist and coordinate activities in the department.

## Budget Monitoring Accountant

The Budget Monitoring Accountant will assist the Grants Management Director with the planning of current and future grant revenues and expenditures for UPO. He will monitor actual grant costs versus budgeted grant costs and will support the Grants Management Director, Comptroller and Chief Financial Officer in preparing the annual budget and revisions thereto and support the review of cost/benefit information for specific programs.

We plan to have this approach and the positions noted above cover the preparation of the nineteen (19) Statements, Schedules, and Other Pertinent Information listed under Background Information in the request to contract in addition to the other duties and responsibilities of UPO's accounting and finance functions. From our experience with large and small nonprofit organizations and our knowledge of UPO's operations structure and its immediate needs, we have developed a Plan for Accounting and Finance Function. This Plan forms the framework for rapid improvement of UPO's ability to generate required external and internal reports, reconcile grant financial information to ledger accounts, more proactively and closely monitor grants financial activity and manage cash flow. Our plan focuses on the five most important specific functions that we consider critical to effective operation of a financial organization to perform the overall accounting and finance functions of UPO.

CONFIDENTIAL
MAK 0202

3

Table 1

United Planning Organization
Financial Organization Chart



CONFIDENTIAL
MAK 0203

## PLAN FOR ACCOUNTING AND FINANCE FUNCTION

### Financial Organization Leadership

United Planning Organization's program activities require the support of a financial organization that complements program managers' operational oversight and allow management to make informed decisions on the commitment and use of fiscal resources. The accounting function of UPO is a foundation of its financial organization that, with effective leadership, will produce timely financial reporting and management information in a suitable control environment. We will operate UPO's accounting and finance functions under a Chief Financial Officer who uses proven organizational and financial management expertise and experience to provide direction and guidance to financial organization personnel.

Our Chief Financial Officer's team will include a Comptroller and a Grants Management Director to manage two separate functions within UPO's financial organization. The accounting and grants management functions will be two separate lines of responsibility reporting to the CFO. As depicted in Table 1 this financial organization structure will have all accounting, financial reporting and cash management activities performed by the Comptroller's staff and all grants management, monitoring, and interface with program management on grant matters performed by the Grants Management Director and his/her staff. Financial reporting, cash drawdowns and grant compliance are key financial controls needed to meet the expectations of UPO's management and the external funding sources. Interim financial reports, budget monitoring and cash projections will be used by our CFO to improve internal financial management.

Our Grants Management Director will be responsible for oversight of all grants and their modification and closeout. A Budget Monitoring Accountant will assist the Grants Management Director in keeping program managers focused on financial compliance and budgets variations for each UPO grant award. This will enable UPO to take corrective action in a timely manner to avoid grant overruns or deviation from planned program outcomes.

In the sixty days beginning June 1, our senior personnel, working with UPO, will expand the organization's capacity to assure continuance of existing federal funding by bringing all grant reporting up to date as a first priority.

We believe that the success of this outsourcing contract will be assured through recruitment of a highly qualified and experienced Chief Financial Officer who is an effective communicator sensitive to the complexities and realities of UPO's programs, operations and personnel and who will in turn manage a strong Comptroller and an experienced Grants Management Director who together will build effective teams to manage UPO's finances. Ronald P. Walker, CPA and Roy G. Layne, CPA, managing partner and partner in charge of audits respectively at Walker & Company, will jointly fill the CFO's position at contract commencement until, in consultation with UPO's management, we assign a permanent CFO. Messrs. Walker and Layne will address the needs and concerns of funding sources and will immediately form the teams needed to effectively operate the accounting and finance functions.

### Budget Development and Monitoring

A UPO control environment that will make management confident with its decision-making and clear about its direction will include a flexible annual budget that program and financial managers endorse and use to track variances from projections. We will improve the budget format to make it clear and useful to the broadest group of managers at UPO. We have significant experience with budget formats that encourage conformity to relevant program and overhead cost categories. Our Comptroller will enter the adopted budget into the Solomon IV system for use in comparing monthly grant, functional and natural expenses classifications to budgeted amounts.

CONFIDENTIAL
MAK 0204

5

The Grants Management Director, with support from the Budget Monitoring Accountant, will continually assess by grant and UPO program function, the extent to which program managers are meeting or deviating from budget. The Budget Monitoring Accountant will track and assure the accuracy of current budget vs. actual information and be responsible for execution of budget revisions and modifications. We will encourage constant interaction between the Grants Management Director, the Budget Monitoring Accountant and program/project directors to promote program accountability and adherence to grant budgets. Significant emphasis will be placed upon the Budget Monitoring Accountant's monitoring of sub-grantees/sub-recipients financial reporting and compliance with grant provisions.

Development of UPO's annual budget for the year ending September 30, 2005 will be a cooperative effort between program managers and the Chief Financial Officer with support from the Comptroller and the Grants Management Director. This shared responsibility will further encourage program managers to take responsibility for their portion of annual budget objectives.

**Internal Financial Reporting**

We will analyze needs and assemble reliable and consistent internal financial reports that will facilitate better decisions by program and financial managers. Timely, relevant financial reports generated monthly or quarterly from the Solomon system enhanced by Excel spreadsheet templates will provide UPO officials with management information that strengthens cost controls. Our experience in the use of Solomon IV reports for management information will allow us to rapidly determine how the general ledger account structure of UPO and Solomon IV's report writer module will produce interim financial reports for activities within Head Start, Special Emphasis, Senior Citizens and other grant programs that are important to program and financial managers.

Our goal will be to improve UPO's critical financial decision-making processes through development and use of internal financial reports in condensed formats and presentations that are easily understood and accepted by users. We plan to design these reports with input and approval from the Deputy Executive Director. We will test their acceptability with program managers and develop procedures for their use by UPO managers and decision makers. Our objective will be to develop a limited number of useful, concise, relied-upon reports to assist management in tracking budgets, cash flow and financial performance at various program and organizational levels.

**Cash Flow Management**

Consolidated cash flow at UPO is affected by many controllable and uncontrollable factors such as billing and collections and timing of disbursements. Since UPO has multiple bank accounts, restrictions on use of certain cash and high volumes of transactions, accurate production of daily cash position and projected cash flow depends upon reconciliation of bank to book information consolidating banking and accounting information. Cash flow management is a time and expertise intensive effort that will require the CFO and Comptroller to concur on preparation methods and procedures for the production of accurate daily cash reports. We have produced daily and monthly cash position and projection reports in a number of complex organizations and will quickly analyze UPO's cash position and flows. We will then produce for the Executive and Deputy Executive Directors a single, simple daily cash position report and a thirty-day cash projection. This report will alert the CFO and senior management to impending cash flow problems. The Comptroller will have primary responsibility for cash flow management. The General Ledger Accountant will produce cash reports.

CONFIDENTIAL
MAK 0205

**External Reporting**

We will analyze and document the existing process of preparing GAAP compliant financial statements at UPO and establish an improved process to produce such statements. In preparation for the year ending September 30, 2004, we will produce March 31 and June 30 interim financial statements to test and perfect our production process. We will target August 31, 2004, subject to mutual agreement with the Deputy Director, as a deadline for June 30, 2004 financial statements to be produced. Our objective is to assure ability to produce financial statements for audit by independent accountants for the year ending September 30, 2004 no later than December 31, 2004. We will encourage the independent accountants to perform "preliminary" work prior to the end of the calendar year to improve on delivery dates for UPO's annual audit, OMB Circular A-133 report and IRS Form 990.

We will direct our Grants Management Director and Comptroller in how to reconcile Standard Forms 269 and 272 to UPO's general ledger accounts. Based on our experience in performing this process, we will assign permanent responsibility for Forms 269 and 272 to either the General Ledger Accountant or the Grants Management Director (or his/her designee) for these important reports. We consider the preparation and acceptability of Forms 269 and 272 to be critical tasks in need of resolution within sixty days of our appointment as contractor to manage the accounting and finance functions of UPO.

Preparation of all grants related external reports other than Forms 272 and 269, such as interim and final financial reports to federal and District of Columbia government entities, will be the responsibility of the Grants Management Director.

CONFIDENTIAL
MAK 0206

## RELEVANT FIRM EXPERIENCE

### History of our Firm

Founded in 1985 in Washington, DC, Walker & Company, LLP is a multi-service accounting and consulting firm, with 65 professional personnel serving clientele throughout the United States. The firm provides quality professional services in assurance, accounting, tax and information systems consulting and emphasizes the use of information technology in the improvement of client operations and management control.

We serve on significant engagements across America and we have an excellent reputation for our work in serving the public and private sectors within a variety of nonprofit, governmental and for-profit business organizations. Amongst our clients are the Corporation for National and Community Service, the National Congress for Community Economic Development and the Federal Transit Administration. Other clients served range from small to medium sized businesses and include federal and local government agencies, health care providers, venture capitalists, churches and professional associations.

The selected client experience below represents engagements relevant to the proposed outsourcing contract. Our three references, which include two current outsourcing contracts, follow in the section headed "References."

### National Congress for Community Economic Development (NCCED)

NCCED's program services are designed to support the field of community economic development and Community Development Corporations (CDCs) through the use of policy research, information, technical assistance and training to advance professional and local leadership development and the capacity of its member CDCs. Funding for these services are provided by grants from major foundations; the Department of Health and Human Services; Department of Justice; and the Department of Housing and Urban Development (HUD); and contributions from its members and the general public. During our eight years of service to NCCED, we first developed financial policies and procedures manual and assisted in building in-house capacity to run a comptrollers operation. We subsequently became its independent auditor and have provided financial management support to senior executives of NCCED, trained staff in accounting systems and program monitoring and reporting. With an annual budget ranging from $4 to $7 million in recent years, NCCED's programs involve reporting grant expenditures under Community Capacity Building and Leadership Development Programs and Family Strengthening Awards Programs. These programs together with HUD technical assistance contracts and Community Development Block Grants require continuing indirect cost rate development and analysis from Walker & Company. We ensure proper expense classification through correct coding of its general ledger as well as timely reporting to grantors under federal reporting regulations.

### Wheeler Creek Estates Community Development Corporation

Wheeler Creek Estates Community Development Corporation (Wheeler Creek) is a District of Columbia 501(c)(3) not-for-profit entity. It was incorporated in 1997 to redevelop the SkyTower and Valley Green housing developments in Southeast, Washington, DC and has expanded from a less than $1 million annual budget to more than $2 million per annum presently. Recently Wheeler Creek was awarded a $5 million Hope VI grant by HUD. Wheeler Creek provides construction apprenticeship training, home ownership and mortgage financing training. Walker & Company has advised Wheeler Creek since its inception on its accounting and management structures. Our involvement with the organization includes

providing them with technical support and as auditors, ensuring timely reporting of grant funds for their new and future developments.

## A Prominent D.C. Litigation Law Firm

Walker & Company was engaged by a DC law firm to provide litigation support in a large bankruptcy case. In determining whether deterioration of the financial condition of the company was caused by management of the defendant law firm, we reconstructed the accounting records and statements from basic source documents for five years, which included canceled checks, banking records and other numerous company records. We gathered, reviewed and analyzed documents, eventually piecing together the financial position, operating results and cash flows of the company. This assignment lasted twelve months, during which time we created financial models using Excel spreadsheets to develop income statements and balance sheets for the company that formed the basis for economic loss assumptions. In deposition, Walker & Company's testimony proved that the company's present and future market value had been lost by its management's business and financial acts rather than a breach of fiduciary duty by a defendant law firm, thus winning the case for our clients and saving millions of dollars in the settlement agreement.

## Rural School and Community Trust

Rural School and Community Trust (the Trust) is a 501(c)3 nonprofit educational organization dedicated to enlarging student learning and improving community life by strengthening relationships between rural schools and communities and engaging students in community-based public work. Founded as the Annenberg Rural Challenge in 1995, the Trust today works with more than 700 rural elementary and secondary schools in 35 states. The Trust was formed with the encouragement and financial assistance of the Annenberg Foundation, which awarded a grant to the Trust of up to $46,750,000. In 2001 the Trust made a decision to move its accounting functions from Colorado, at the same time replacing its Peachtree accounting software with BlackBaud. Walker & Company assisted the Trust in transitioning its accounting services from Colorado and provided technical support to ensure the smooth transition to the more complex but flexible software. Our work on this assignment involved checking the integrity of the transactions, assisting to map the chart of accounts migration from one software to the other, reconciling subsidiary ledgers to the general ledger and agreeing opening and closing balances. Our work was important for annual grant reporting purposes, due mainly to the size of the Annenberg award and the importance of the community service provided by the Trust. We are also independent auditors of the Trust.

CONFIDENTIAL
MAK 0208

## FIRM REFERENCES

### Corporation for National and Community Service

Walker & Company, LLP has since 1995 been contracted by the Corporation for National and Community Service (CNCS) to provide accounting and management consulting services. The firm has primary responsibility for financial management training and technical assistance for the more than 600 AmeriCorps State Commissions and National Direct Grantees located throughout the country. Assistance has been provided in the areas of: accounting system installation; financial report preparation; audit firm selection; sub grantee financial reporting; organizational problem identification; compliance with grant conditions; business management and other areas as needed. Assistance is also provided to CNCS in grantee oversight and monitoring by evaluating the grant making environment within CNCS; developing a profile of grantees; and developing a model of financial risk and vulnerability.

Walker & Company has developed a wide spectrum of comprehensive financial management services that include training and technical assistance activities and materials tailored to the needs of the Corporation. We provide custom training workshops, telephone and Internet technical assistance, on-site technical assistance, self-directed E-courses, materials development and networking opportunities to National Service programs. We understand the grant requirements of the Corporation and the compliance needs of its grantees and we use this knowledge and experience to continually customize our services to meet their needs. We present workshops to diverse groups of participants across many streams of National Service; each workshop presentation is customized based upon the needs of the participants obtained through a needs assessment. We adapt our training techniques to meet the needs of the participants and are responsive to the various learning principles of adults. Our workshops integrate a variety of adult learning techniques, including case studies, role- playing and small group interactions. We offer a variety of workshop curriculum and technical assistance options to the National Service network.

Contact Person:     Ms. Gina Fulbright Powell, Senior Training Officer
Corporation for National and Community Service
Ph: (202) 606-5000 ext. 182

---

### Community Academy Public Charter School, Inc.

Community Academy Public Charter School, Inc. (CAPCS) was incorporated in 1998 as a District of Columbia 501(c)(3) not-for-profit entity. It was created to facilitate a group of public charter schools according to subtitle B of the 1995 School Reform Act.

Walker & Company serves as outsourced contractor to Community Academy Public Charter School (CAPCS) to manage it's accounting and finance functions. CAPCS serves approximately 600 students presently and will grow to 1,000 students in August 2004. Its budget will increase form $6 million to $9 million annually during this period. CAPCS can grow up to 4,000 students and intends to grow to 2,000 students by 2005. We have developed the accounting system and budget formats for this fast growing educational institution. We resigned as independent auditors in 2003 to take on the larger task of managing CAPCS's accounting and finance function. We act as Chief Financial Officer and Comptroller and have developed financial feasibility projections for a tax-exempt bond proposal for the school. We are presently developing a cost model for expansion of CAPCS to three (3) new campuses in 2004 and

CONFIDENTIAL
MAK 0209

2005. The School must comply with Charter provisions and GAO auditing standards in addition to the provisions of several federal grant awards.

We have established a control environment that has normalized timely, reliable internal and external financial reporting and financial management practices to sustain rapid growth.

Contact Person          Mr. Kent Amos, President
                        Community Academy Public Charter School
                        (202) 723-7236

---

## National Organization of Black Law Enforcement Executives

The National Organization of Black Law Enforcement Executives (NOBLE) was established in 1976 by a group of 60 black police officials concerned about crime levels and community policing services. NOBLE has since developed into one of the leading law enforcement groups in the country, leading research on bias-based policing, domestic violence, police accountability and seat belt safety in minority communities. NOBLE is a nationwide organization with 57 state chapters and 4,300 active and a total of 8,000 members worldwide governed by an 18 member Executive Board. Working with a consortium of Chiefs of Police and the National Sheriffs Association, NOBLE manages $2 million of federal funds awarded through the U.S. Department of Community Oriented Policing Services (COPS) office.

Walker & Company manages the Comptroller's function at NOBLE. Our firm was initially engaged by the Board of Directors of NOBLE to perform a forensic audit and report on the loss of cash to NOBLE in prior years. We corrected and implemented lapses in internal control and developed procedures for its finance and accounting department. We were engaged by NOBLE to take over the day to day running of its finance and accounting department, which involves structuring the chart of accounts to meet federal reporting as well as other quasi government funding institutions, presenting management reports to the Board and managing the day to day running of the affairs of the organization. As Comptrollers, we monitor and review all transactions and prepare required schedules for monthly, quarterly and annual reporting. We also ensure the timely completion of the financial audit under OMB Circular A-133 guidelines.

During this engagement we negotiated settlement with prime grantees for NOBLE as a sub-grantee on the COPS national grant award and developed acceptable indirect cost reimbursement rates with the U.S. Department of Justice funding source. We also successfully assisted in completion of a special engagement conducted by a CPA firm retained by the Justice Department to perform due diligence and agreed upon procedures in connection with an embezzlement.

Contact Person:         Mr. Jesse Lee
                        National Organization of Black Law Enforcement Executives
                        4609 Pinecrest Office Park Drive
                        Suite F
                        Alexandria, VA 22312
                        (703) 658-1529

CONFIDENTIAL
MAK 0210

## STAFFING PLAN AND KEY PERSONNEL BIOGRAPHIES

On each engagement, we assign a team of professionals to execute necessary planning, fieldwork and quality control procedures to assure adherence to all quality control standards. With this in mind, we intend to assign the following individuals to perform the audit of UPO.

**Ronald P. Walker, CPA, MBA**

| | |
|---|---|
| **Managing Partner** | **Walker & Company, LLP** |
| **Position on Team** | **Acting CFO** |

Ronald P. Walker, founder and managing partner of Washington, DC-based Walker & Company, LLP, established the firm in 1985, and has since dedicated his career to setting new standards of excellence in every arena of the accounting profession. Walker & Company, a 70-person financial and management service consulting firm, specializes in developing proactive assurance and consultative services in accounting, auditing, and financial and business management to corporations, government agencies and non-profit organizations. Its clients have included healthcare facilities, foundations, professional service firms, and venture capitalists.

Prior to starting his own firm, Mr. Walker spent seven years serving as Partner-in-Charge of the Washington, DC office of Mitchell and Titus, the largest African American CPA firm in the United States. He also served as the Ford Foundation's international financial advisor. In this role, Mr. Walker was instrumental in developing and implementing the Foundation's worldwide field office accounting and grantee information systems. He also developed internal audit procedures and reporting mechanisms for Foundation management and its independent auditors. Prior to joining Mitchell and Titus, he worked, for four years, as a senior accountant at Arthur Andersen in New York City.

With more than 30 years of practical experience, Mr. Walker is considered a significant and well-respected presence in the Washington, DC auditing and accounting community. His professional contributions are evident in many federal and local government auditing success stories. From leading a 20-person team in the audit of major oil refiners for compliance with the U.S. Department of Energy's pricing regulations, to serving as Partner-in-Charge of streamlining financial and compliance audits performed to satisfy OMB regulations for U.S. Departments of Health and Human Service, Agriculture, Housing and Urban Development, and the National Endowment for the Arts, Mr. Walker has dedicated his career to finding practical solutions to financial challenges.

His professional memberships include the American Institute of Certified Public Accountants, the Greater Washington Society of Certified Public Accountants where he served as President, the New York State Society of Certified Public Accountants and the National Association of Black Accountants. He serves on the boards of several nonprofit organizations including St. John's Community Services, Calvary Bilingual Multicultural Learning Center and Nexus Health, Inc. (Ft. Washington Hospital). He has also served as Chairman of the Board of the Family Savings Bank, [currently known as One United Bank], which is now the second largest African-American owned bank in the United States. He holds a B.S. in Accounting from New York University and the M.B.A. from the Stanford Graduate School of Business and is a CPA in the District of Columbia and State of New York.

**CONFIDENTIAL**
**MAK 0211**

**Roy G. Layne. CPA, CMA**
**Audit Partner**                **Walker & Company, LLP**
**Position on Team**             **Acting CFO**

Mr. Layne, a Partner with Walker & Company since 2000, has over 18 years cumulative experience performing auditing and management consulting engagements for nonprofit, governmental and commercial enterprises in the accounting profession. As Chief Financial Officer of Pepsi-Cola of Washington, DC, LP, Mr. Layne was able to improve the financial projection and forecasting process of the company and achieve cost reductions in support functions. Prior to becoming Chief Financial Officer, Mr. Layne was the Comptroller for Pepsi-Cola of Washington, DC, LP. In this position, he was instrumental in improving the efficiency of both the internal reporting and the external audit function through better preparation and management of the data collection, recording and reporting process.

Prior to his position as Comptroller at Pepsi-Cola, Mr. Layne was an Audit Manager with Coopers & Lybrand in its Audit Services Division. His responsibilities included providing financial audit and consulting services to a variety of nonprofit organizations in the Washington, DC office including, state and local government, colleges and universities, health care institutions, national associations and certain for-profit businesses. He consulted and interacted closely with senior management on issues affecting the organization, and coordinated the involvement of various other firm disciplines in addressing client issues to ensure efficient resolution. He presented significant audit, financial and operational findings to various audit and finance committees. In his current position at Walker & Company, LLP he is responsible for our audit and business services division. Mr. Layne has extensive knowledge of colleges and universities based on his performance of audits at Georgetown University, Howard University and the University of the District of Columbia. He also was part of the first Coopers and Lybrand audit team that audited the District of Columbia. Mr. Layne has a B.S. in Accounting form the University of the District of Columbia and a Master of Science in Finance from The University of Maryland. He is a Certified Public Accountant and Certified Management Accountant.

**Dominic Owusu. CPA, MSc**
**Audit Manager**               **Walker & Company, LLP**
**Position on Team**            **Budget Monitoring Accountant**

Mr. Owusu is a certified public accountant with over fifteen years of relevant industry experience in the field of accounting, auditing, business advisory services, taxation, and management system reviews for both private and government agencies. Mr. Owusu provides expertise in the area of auditing and investigation, and internal control system development and application. He has assisted clients in the review and installation of management processes and internal controls, including financial accounting controls and reporting standards under U.S. GAAP and OMB

Mr. Owusu was a lead member for a team that identified and measured risks in various management processes of the Metropolitan Washington Airports Authority, and assisted in developing efficient remedial controls to address the identified process risks. Areas of review included the Authority's materials management, airline revenue and construction management processes. He was also a Team Supervisor with KPMG for a consulting services engagement for the verification and valuation of Union Trading Company's fixed assets, which was used in a prospectus for reporting to potential investors. During his tenure with Ernst &Young, LLP, Mr.Owusu led the audit team for more than ten years as the engagement manager, and subsequently as engagement partner, in the audit of various government

agencies and private companies. He also led a team that reviewed and recommended more effective internal control systems to the business arm of the West New Britain Provincial Government in Papua New Guinea and its subsidiaries. During his ten years of employment with Ernst &Young, Mr. Owusu provided consultancy services as a Senior/Branch Manager to the North Solomons Provincial Government. As the lead partner in the succeeding firm, he led a team on an investment advisory consultancy assignment for the West New Britain Provincial Government.

Mr. Owusu holds a Master of Science degree in Management Studies with finance option from Brunel University of Uxbridge, England. He is also a Fellow of the UK-based Association of Chartered Certified Accountants (ACCA). Mr. Owusu is a Certified Public Accountant in the Commonwealth of Virginia.

**Hugh Romney, CPA**
**Walker & Company, LLP**
**Position on Team**                    **Comptroller**

Mr. Romney is a certified public accountant with over fifteen years of relevant industry experience in the field of accounting, and consulting, with particular interest in financial management and corporate accounting. His in -depth experience and extensive exposure to senior management responsibilities as Corporate/Financial Controller, and a Financial Management Consultant enables him to provide an effective solution-based, and successful hands-on professional service to his clients.

Mr. Romney managed all aspects of the financial management of the $33Million budget of Anguilla Electricity Company Limited. Among his major accomplishments includes his initiative and drive in converting a manual accounting system to a computerized system, including the development of relevant policies and guidelines. In addition, he introduced an inventory control system, which resulted in not only strengthening the internal control system and costing methods of the organization; it increased profits by 13 per cent. Mr. Romney was promoted to the position of Acting General Manager of Anguilla Electricity Company Limited (ANGLEC) for over two years. He directed the activities of up to 100 engineers, technicians, and administrative personnel while having the responsibilities for overseeing all operations of this utility that provides electricity to over 20,000 residents of the Island of Anguilla.

As the Corporate Controller/Chief Financial Officer, of Urban Service Healthcare Systems, Inc. (USHCSI), Washington, D.C. Mr. Romney managed the financial affairs of the company and its seven subsidiaries. He reorganized the accounting department to strengthen the financial management reporting capabilities through expanded computer applications and improved internal control and data processing methodologies. He successfully established corporate goals for return on investment and reporting systems to maximize capital.

As the Director of Accounting, of the Greater South East Community Hospital Management Company Mr. Romney had full responsibilities for directing and overseeing the activities of six accountants in the financial management of this community hospital in Washington DC Metro area.

He also served as a Management Consultant and directed the financial and accounting activities of client companies for the Howard University Small Business Development Center, Washington D.C. Mr. Romney is highly skilled in the use of various computer software including Oracle, People Soft, AccPac, Solomom III, MS Office Suites, QuattroPro, and Excel.

Mr. Romney was a Senior Accountant with Ernst & Young. He holds a B.S. in Accounting from Howard University and is a Certified Public Accountant.

**Kristina Tecce. B.S, MBA**
**Manager**            **Walker & Company, LLP**
**Position on Team**      **Grants Management Director**

---

As a manage at Walker & Company Ms. Tecce is responsible for providing financial management training and technical assistance to the Corporation for National Service (CNS) where she develops training materials on accounting principles and policies, financial reporting and grants compliance for state commissions as well as commission sub-grantees. Ms. Tecce was recruited due to her specific hands-on experience with the Corporation for National Service at the grantee and sub-grantee levels.

Prior to working with Ms. Tecce was the Chief Financial Officer for the Alliance, which is the State Commission for National and Community Service. She had oversight of all financial and administration functions of statewide non-profit organization that distributes $13 Million dollars in grant funds. She was a senior member of the management team. She led the financial department in the successful completion of the State Administrative Standards and a visit from the Inspector General. Areas of responsibility include Financial, Grants Management, Human Resources and Administration.

- Fiscal responsibilities include budgeting, cash management, contract management, grantee/grantor relations, oversight of all accounting activities, financial reporting and annual audit.
- Grants Management responsibilities include working with both grantee and sub-grantee level. Specific duties include: annual review process for selection of sub-grantees, contracting with over 200 individual organizations, oversight of grants officer, risk management policies, financial and compliance site visits
- Human Resources responsibilities include annual review of personnel policies, annual compensation review, job description design and review, hiring and termination policies as well as oversight for staff benefits plan.
- Administrative duties include supervision of Office Manager, oversight of computer system, purchasing and contracting with a multitude of vendors and contractors.

Ms. Tecce was an also an Adjunct Professor at Northeastern University where she was involved in the creation and design of the Non-Profit Graduate Certificate program targeted at a variety of leaders in the Non-profit field. She also taught the course in Non-Profit Financial Management. She was responsible for the development of the curriculum and identification of learning objectives for the course. Learning objectives for the course included:

- Introduction to finance, for the non-financial manager including accounting principles and practices.
- Introduction to budgeting at both the organizational and programmatic levels.
- Understanding financial statements including Statement of Financial Position, Statement of Activities and Cash Flow Statement. These were presented with the focus of gaining understanding as well as the ability to utilize them as a management tool.
- Creation and importance of internal controls for both large and small organizations.
- Review of the various types of Audits and why they are important, as well as how an organization can get the most from their annual audit

Ms. Tecce also served as Director of Administration and Finance of a community-based non-profit corporation where she had the responsibility for all fiscal activities. She implemented all internal controls and procedures as well as designed accounting system. This organization was funding over twenty different sources and had over seven major activities, one of the programs was a National Service program called AmeriCorps. Her duties included managing grant compliance and review of all contracts

and provisions, Financial reporting for State and Federal Contracts and Oversight of Accounting department responsible for payroll, AP and AR

Ms. Tecce was an Account Administrator and Contract Manager for a community college where she was responsible to track State, federal and private contracts, budgets & revenue for corporate educational programming. She was responsible for developing & monitoring budgets, reporting, billing and accounts receivable. She holds the M.B.A in Financial Management from University of Massachusetts Lowell and B.B.A. in Business Administration Salem State College.


**Joshua Agbebakun, CPA, MBA**
| | |
|---|---|
| **Accountant** | **Walker & Company, LLP** |
| **Position on Team** | **General Ledger Accountant** |

Mr. Agbebakun is a certified public accountant with seven years of relevant industry experience in the field of accounting, auditing, and consultancy. He has proven experience in assisting clients in critical analytical reviews, and a history of success for assisting them in the implementation of remedial and effective measures for improvement in the area of financial reporting.

At the Department of Corrections of the District of Columbia as Controller Mr. Agbebakun managed the budgets and assisted the agency's Chief Financial Officer and Executive Director on financial, budgetary, and information technology. He performed studies and reviews, designed and implemented changes in techniques, controls and standards for the department's budgetary system. Mr. Agbebakun's responsibilities included reviewing and certifying the department's financial reports and documents, and preparing department's quarterly and end-of-year closing packages.

While at the District of Columbia Metropolitan Police Department (MPD) Mr. Agbebakun developed, reviewed, formulated, and reprogrammed the MPD budget. He performed detailed analyses to assist the agency's Chief Financial Officer, and the Chief of Police. He reviewed, designed, and implemented changes in the techniques, controls, procedures and standards in the department's accounting systems.

Mr. Agbebakun is a graduate of Alabama A&M University with a B.S. in Accounting and holds the M.B.A. from Morgan State University. He is a Certified Public Accountant.

## COST PROPOSAL

| Position | Responsibilities | Fee |
|---|---|---|
| Chief Financial Officer | Manages the Comptroller and a Grants Management Director and makes funds management decisions. | $125,000 |
| Comptroller | Implements accounting policies and together with the Grants Management Director reports grant expenditures within federal compliance regulations. | 95,000 |
| Grants Management Director | Oversees grant funds and programs and coordinates the preparation of reports to federal and DC government agencies. | 75,000 |
| Accounts Payable (2) | Works closely with the grants management team to ensure that proper control procedures are followed and only valid and authorized invoices are recorded and paid. | 45,000 35,000 |
| Billing and Receivables Accountant | Processes all grant payments from federal and DC government agencies and other contributors in accordance with UPO's cash receipts procedure. | 60,000 |
| General Ledger Accountant | Prepares detailed monthly schedules of revenues and expenditures for review by the Comptroller and periodically reviews the chart of accounts structure. | 65,000 |
| Payroll Accountant | Processes checks ready for signature and distribution and processes payroll journals showing activity for each employee | 55,000 |
| Administrative Assistant | Supports the grants management function and reports directly to the Grants Management Director. | 35,000 |
| Budget Monitoring Accountant | Assists the Grants and Management Director with the planning of current and future grant revenues and expenditures for UPO. | 55,000 |
| | **Fee before fringe benefits, overhead and profit** | 645,000 |
| | **Fringe benefits allowance @ 25%** | 161,250 |
| | **Profit and overhead allowance** | 88,750 |
| | **Total Annual Flat Fee** | **$895,000** |

CONFIDENTIAL
MAK 0216

17

**APPENDICES**

CONFIDENTIAL
MAK 0217

18

## STATEMENTS AND REPRESENTATIONS

Walker & Company, LLP is licensed to practice as a CPA firm with the Department of Consumer and Regulatory Affairs Occupational and Professional Licensing Administration Board of Accountancy in the Government of the District of Columbia. License No. CPC162.

We have included a copy of our license to practice certificate in the proposal.

---

Walker & Company, LLP has 65 staff members, 25 of who are accountants, auditors and consultants in the non-profit practice. The work on this engagement will be monitored and supported where necessary from our offices at 4200 Wisconsin Avenue, NW, Suite 300, Washington DC 20016. Accounting transactions and recording will be performed on site at the offices of UPO at 301 Rhode Island Avenue, NW, Washington DC 20001.

---

Walker & Company, LLP is independent of the United Planning Organization as defined by generally accepted auditing standards and the U.S. Comptroller General's Government Auditing Standards.

---

Five of the six supervisory members of our team available to UPO on this assignment are Certified Public Accountants and all have a minimum of two years of experience with not-for-profit organizations in the District of Columbia.

---

Walker & Company, LLP has had no disciplinary action taken against it in the past three years, neither is there any pending disciplinary action against the firm with state regulatory bodies or professional organizations.

---

Walker & Company, LLP

Walker & Company, LLP

CONFIDENTIAL
MAK 0218

19



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**

**DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS**
**OCCUPATIONAL AND PROFESSIONAL LICENSING ADMINISTRATION**
**BOARD OF ACCOUNTANCY**
*certifies that*

**WALKER & COMPANY**
**4200 WISCONSIN AVE NW**
**SUITE 300**
**WASHINGTON DC 20016**

*has met all requirements prescribed by law and regulations and is hereby licensed as a(n):*

**C.P.A. Corp/Partnership**
**License Number: CPC162**

**ISSUE DATE: 01/01/2003**                    **EXPIRATION DATE: 12/31/2004**

_____
Director
Department of Consumer and Regulatory Affairs

Sequence Number: 1

CONFIDENTIAL
MAK 0219