# EXHIBIT 94

# PERSONNEL ACTION

No. 55530

[ ] New Hire            [ ] Salary Increase      [ ] Voluntary Termination
[ ] Transfer            [ ] Salary Decrease      [✓] Involuntary Termination     [ ] Change-Benefits
                                                                                  [ ] Change of Information

Tellos

NAME _Kaleh M Amer_  SOCIAL SECURITY No. _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_  Effective DATE _6-20-04_
ADDRESS _____  TELEPHONE No. (___)  ID No. _6831_
                    DATE OF BIRTH _____

## CURRENT POSITION

Title _____ Func. ____
Office _____
Division _____
Office Director _____
Division Head _____
Salary $ __ -- __ $ _____ p.h.
Person to Sign Time Card _____
EOD Date _____ cc# ____
Address of Employment _____
Telephone Number (202) _____

Tenure Code _____ Organization Code _____
Six Months Term Appointment _____
__ Full Time          __ Part Time
__ Permanent          __ Temporary
__ 4.5 Hours/SL       __ 4.5 Hours/AL
__ 2.25 Hours/SL      __ 2.25 Hours/AL

Medical _____ Date _____
Life Ins. _____ Date _____
Pension _____ Date _____
TD _____ % Date _____
Marital Status _____

## NEW POSITION

Title _____ Func. ____
Office _____
Division _____
Office Director _____
Division Head _____
Salary $ __ -- __ $ _____ per hour
Person to Sign Time Card _____
Effective Date _____ cc# ____
Address of Employment _____
Telephone Number (___) _____

## TERMINATION

Title _Controller_ Func. ____
Office _D.C._
Division _____
Office Director _Sheila Sloan_
Division Head _____
Salary $ _82,550_  S. Sloan
Person to Sign Time Card _6-30-04_
Effective Date _6-30-04_
Reason _PTE_
Forwarding Address _7050 Lee Stanton Dr_
_Springfield, VA 22151_

## CONTROLLER

Annual Leave Taken (hrs.) _____
Annual Leave Owed to Employee _____
Annual Leave Owed to UPO _____
Sick Leave Taken _____
Sick Leave Owed to UPO _____
Final Salary Covers Through _____
Approved _____  Office of Controller

## HUMAN RESOURCES

CONFIDENTIAL
MAK 0015

UPO Properties _____
Petty Cash _____
Outstanding Exp. Vouch. _____
ID Card _____
Attachment to Pension _____

APPROVAL _____  6/24/04
Office of Human Resources

CONTROLLER

Revised 2/02