# EXHIBIT 95

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF HUMAN SERVICES
FAMILY SERVICES ADMINISTRATION
COMMUNITY SERVICES BLOCK GRANT PROGRAM

# FINAL REPORT:
# 2004 MONITORING REVIEW OF THE
# UNITED PLANNING ORGANIZATION

August 6, 2004



Yvonne Gilchrist
Director

Ricardo Lyles
Administrator

Tunde Eboda, Ph.D.
Program Manager



EXHIBIT 4
T. Eboda
3/23/2006

# PROGRAM REVIEW OF THE UNITED PLANNING ORGANIZATION

## Table of Contents

ACKNOWLEDGEMENTS ........ 3  
BACKGROUND ........ 5  
THE PROCESS ........ 8  
FINDINGS ........ 9  
    Financial Management ........ 9  
    Bank Reconciliation ........ 9  
    Cash Disbursement ........ 10  
    Indirect Cost Pool ........ 10  
    Construction Projects ........ 11  
    Vehicle Leases ........ 13  
    Travel Advances ........ 13  
CONCLUSIONS ........ 16  
RECOMMENDATIONS ........ 18  
NEXT STEPS ........ 19

# ACKNOWLEDGEMENTS

The District of Columbia Community Services Block Grant (CSBG) office wishes to acknowledge many individuals, groups, offices, and partners involved in this effort for their on-site contributions, technical assistance, expertise, and support. Particularly worthy of note is the Mid-Iowa Community Action Agency (MICA), National Services Executive Director, Magi York and her team, for their unparallel knack for compliance monitoring thoroughness and a dedication to the mission of community action. Their contribution cannot be overemphasized.

The combined experience of state CSBG Directors across the country also proved highly invaluable during this process of review. The leadership provided by their representative group, the National Association for State Community Services Programs (NASCSP) was essential to the successful undertaking of this effort. The District of Columbia's CSBG office owes a debt of gratitude to the NASCSP Executive Director and the Director of Technical Assistance, Tim Warfield and Ramsey Alwin respectively for the research and technical assistance that they afforded the CSBG office. We also wish to acknowledge the national efforts of the Community Action Partnership, Inc. and the National Community Action Foundation that is focused on community action efficiency and national relevance. The leadership, direction and technical assistance of the federal Office of Community Services under Mr. Clarence Carter, Director and Dr. Margaret Washnitzer, Division Director are also acknowledged and appreciated. Without these dedicated professionals, the mission of community action would be hard to accomplish.

The District of Columbia Department of Human Services (DHS), through its senior management team has re-emphasized the importance of outcome measures, monitoring and accountability in all program operations. This atmosphere has been useful in assisting the CSBG office as it moved to implement its statutory mandate of compliance monitoring and evaluation of sub-grantee organizations. The support and leadership of the DHS Director, Ms. Yvonne Gilchrist, and the Administrator of the Family Services Administration, Mr. Ricardo Lyles, are very much appreciated. The CSBG office staff has worked diligently and conscientiously throughout this extended period of program review. They have proved to be an asset to the Department and to public service.

The United Planning Organization (UPO) volunteer Board is credited for making the effort since March 11, 2004, the date of the release of the preliminary report by DHS, to address issues identified in the report. To correct operational deficiencies, reestablish improved processes at the organization, and change the agency's permissible culture that contributed to the breakdown of management systems, more action must take place. The Interim Executive Director, Mr. Dana Jones, through his commitment to community action, has offered his expertise, acumen, and energy to seeing that UPO evolve as a strong and viable entity in the future. These efforts are apparent and appreciated. Many staff members continue to quietly but competently do a good job under what are clearly

difficult circumstances. We particularly wish to commend the UPO Controller, Mr. Amin Kakeh for his forthrightness and commitment to do the right thing during the on-site review and thereafter, even at peril of losing his job. The on-site monitoring review team found him both knowledgeable and credible and regrets that he appeared to be the unfair target of a "reduction in force" action by the agency.

Tunde Eboda
Program Manager
Community Services Block Grant