# EXHIBIT 96

# TABLE OF CONTENTS

ACKNOWLEDGEMENTS ............................................................................ 3

BACKGROUND ......................................................................................... 5

THE PROCESS ........................................................................................... 8

FINDINGS ................................................................................................ 10

    Governance ....................................................................................... 10

    Planning and Communications ........................................................... 14

    Personnel .......................................................................................... 14

    Programming .................................................................................... 15

    Automation ....................................................................................... 17

    Financial Management ...................................................................... 17

    Bank Reconciliation .......................................................................... 17

    Cash Disbursement ........................................................................... 17

    Indirect Cost Pool ............................................................................. 19

    Operations ........................................................................................ 19

    Cost Containment .............................................................................. 20

    Accounting System ............................................................................ 21

    Construction Projects ........................................................................ 22

    Debt Management ............................................................................. 23

NEXT STEPS ........................................................................................... 24

ADDITIONAL ISSUES ............................................................................. 25

CONCLUSIONS ....................................................................................... 26

# ACKNOWLEDGEMENTS

The District of Columbia Community Services Block Grant (CSBG) office wishes to acknowledge many individuals, groups, offices, and partners involved in this effort for their on-site contributions, technical assistance, expertise, and support. Particularly worthy of note is the combined experience of state CSBG Directors across the country that proved highly invaluable during this process. The leadership provided by their representative group, the National Association for State Community Services Programs (NASCSP) was essential to the successful undertaking of this effort. The District of Columbia's CSBG office owes a debt of gratitude to the NASCSP Executive Director and the Director of Technical Assistance, Tim Warfield and Ramsey Alwin respectively, for the research and technical assistance that they afforded the CSBG office.

The Mid-Iowa Community Action Agency (MICA), National Services Division led by Magi York, Executive Director, and her team provided unparalleled expertise in the areas of compliance monitoring and program management. Their contribution cannot be overemphasized. We also wish to acknowledge the broad national efforts of the Community Action Partnership, Inc. and the National Community Action Foundation that are focused on community action efficiency and innovation. These help to advance the mission of community action in the country and elevate its relevance in public policy. The leadership, direction and technical assistance through the federal Office of Community Services under Mr. Clarence Carter, Director, and Dr. Margaret Washnitzer, Division Director, are also acknowledged and appreciated. Without these dedicated professionals, the mission of community action would be hard to accomplish.

The District of Columbia Department of Human Services (DHS), through its senior management team, has re-emphasized the importance of outcome measures, monitoring and accountability in all program operations. This atmosphere has been useful in assisting the CSBG office as it moved to implement its statutory mandate of fiscal and program oversight of the use of CSBG by sub-grantee organizations. The support and leadership of the DHS Director, Ms. Yvonne Gilchrist, and the Administrator of the Family Services Administration, Mr. Ricardo Lyles, are very much appreciated. The CSBG office staff members have worked diligently and conscientiously throughout this extended period of program review. They have proved to be an asset to the Department and to public service.

The United Planning Organization (UPO) volunteer Board is credited for agreeing to serve in that capacity and for making the effort since March 11, 2004, the date of the release of the preliminary report by DHS, to address issues identified in the report. To correct operational deficiencies, reestablish improved processes at the organization, and change the agency's permissible culture that contributed to the breakdown of management systems, more action must take place. The Interim Executive Director, Mr. Dana Jones, through his commitment to community action, has offered his expertise, acumen, and energy to seeing that UPO evolve as a strong and viable entity in the future.

These efforts are apparent and appreciated. Many staff members continue to quietly but competently do a good job under what are clearly difficult circumstances. We particularly wish to commend the former UPO Controller, M. Amin Kakeh for his forthrightness, high ethical convictions, professionalism, and commitment to his duties during the 2004 on-site monitoring exercise. The state CSBG office found him both knowledgeable and credible and regrets the manner of his separation from the agency in what appeared to be a retaliatory action by UPO management for his cooperation with the state CSBG review team.

Tunde Eboda, Ph.D.
Program Manager
Community Services Block Grant Program
Family Services Administration
D.C. Department of Human Services
Washington, D.C.

4

## BACKGROUND

A preliminary report on the use of Community Services Block Grant (CSBG) funds by the United Planning Organization, the District's community action agency, was issued March 11, 2004 by the District's CSBG monitoring review team and is hereby incorporated into this interim report by reference. The preliminary report included significant findings of problems in the use of the grant by the United Planning Organization (UPO). The report further suggested that there is a need for a major overhaul of the operations of the United Planning Organization.

The program review was conducted in compliance with requirements under the federal Community Services Block Grant. Section 678B of the Community Services Block Grant Act requires that a state conduct the following reviews of eligible entities:

1. *Conduct a full on-site review of each eligible entity at least once during each 3-year period.*

2. *Conduct follow-up review including prompt return visits to eligible entities and their programs that fail to meet the goals, standards and requirements established by the State.*

3. *Conduct other reviews, as appropriate, including reviews of entities with programs that have had other Federal, State or local grants terminated for cause.*

The District's CSBG office meets or exceeds this statutory standard. Planning for the fiscal year 2004 compliance monitoring review was at least six months in development. This effort was conducted with involvement from the sub-grantee organization, UPO, with advance notification of intent, time and possible areas of review. The entrance interview was conducted with the UPO management on February 18, 2004, and the monitoring review commenced. Faced with concerns over unavailable documents requested for review, contradictory statements made by management and staff, incomplete and untimely reporting, the monitoring team decided to suspend the review exercise and to seek assistance from an expanded review team composed of experts with specified skills.

The state CSBG office assembled such a team and resumed its review exercise on March 1, 2004. Work continued through March 5, 2004, with an exit interview with UPO Executive Director and management staff on March 10, 2004. The on-site review included an analysis of program and financial reports, reviews of training and outcome reports and reviews of minutes of Board meetings. The CSBG office employed the services of experts in the area of finance, board governance and program operations. Information collected by the District's CSBG office during the preceding year suggested that the area of focus would be financial management. The National Association for State Community Services Programs (NASCSP) and the Mid-Iowa Community Action

Agency (MICA) proved useful as the District endeavored to structure a team with the requisite financial and community action expertise.

The review team was composed of the following professionals:

- Tunde Eboda, Team Leader, D.C. CSBG Program Manager
- B.C. Tan, D.C. CSBG Program Analyst
- Magi York, Certified Community Action Agency Practitioner & Executive Director, Mid-Iowa Community Action Agency (MICA), National Services Division
- Dan Miller, Certified Public Accountant (CPA)
- Neil Phillips, CPA
- Phil Jarred, CPA
- Jareld Knox, CPA
- Dan Chargo, Accountant
- Bob Carlton, Accountant
- Steve Burnett, Accountant (Trained Head Start Program Reviewer)
- Mary Twitty, Management Specialist (Board Governance & Head Start Program Specialist)
- David Tucker, Management Specialist (former state CSBG Director)
- Owen Heiserman, Management Specialist

The state's record of regular contact and monitoring of the agency is clear and exceeds the minimum statutory standard. The style of monitoring was one of partnership, support, compliant-driven, and trust, neither adversarial nor heavy-handed. In order for this approach to be successful, it must be met with a corresponding openness and candor. Where problems have been found in the past, recommendations and technical assistance resources have been provided to abate such situations. In the period fiscal year 1998 through fiscal year 2003, $800,000 was awarded to UPO in technical assistance grants in addition to the mandated pass-through funds. Additionally, approximately $200,000 was devoted to training during the same period.

It is never the prescribed role of a routine monitoring exercise to uncover fraud, mismanagement, or misuse of funds. The premise of this style of monitoring is heavily reliant on competent management, commitment to duties, accountability-focused, readily available records, trust and good faith. High relevance is placed on the notion that governance bodies perform their oversight functions regularly and hold management responsible for measurable outcomes; and very importantly, upon an independent audit that is professional, timely, thorough, clear, and free of undue influence and conflicts of interest. Monitoring, to be effective, cannot be a *"got you"* exercise, it must not be adversarial, but instead, respectful and conducted in a cooperative atmosphere. These are tenets that the state CSBG office upholds.

The state CSBG office could not have a successful program monitoring review exercise if other necessary dynamics had not been in place. Some of these elements included:

1. The oversight agency (regulator) must be stable.
2. The oversight agency must possess a set of priorities that derive from a strategic outcomes approach.
3. Monitoring staff must be equipped with the technical capacity and direction.
4. Relationships and trust between sub-grantee and the oversight agency had to be developed.
5. Data had to be collected over time and analyzed.
6. Training and other intermediate measures had to have been tried and given a chance to work.

All of these components were present in advance of the fiscal year 2004 monitoring review exercise. At the District's initiative and direction, the routinely scheduled review uncovered areas of concern that led to a more in-depth review by the team of professionals assembled by the state CSBG office.