# EXHIBIT 98

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Office of Human Rights



| | |
|---|---|
| **Judiciary Square Office**<br>441 4th Street, NW Suite 570N<br>Washington, DC 20001<br>Phone: (202) 727-4559 • Fax:(202) 727-9589 | **Penn Branch Office**<br>3220 Pennsylvania Avenue, SE, 1st Fl.<br>Washington, DC 20020<br>Phone: (202) 727-4559 • Fax:(202) 645-6390 |

**Kenneth L. Saunders**
Director

April 4, 2005

*Certified/Regular Mail*

Zipin & Melehy, LLC
Attn: Charles H. Henderson
c/o M. Amin Kakeh
8403 Colesville Road
Suite 610
Silver Spring, MD 20910



Reference:   <u>M. Amin Kakeh vs. United Planning Organization</u>
             Docket No. 04-204-P (CN)
             EEOC No. 10CA400173

Dear Mr. Kakeh:

On March 30, 2005, you voluntarily withdrew your Complaint of discrimination in the above referenced matter. Therefore, in accordance with the District of Columbia Human Rights Act of 1977 (D.C. Code, Title I, Chapter 25, et seq.), your Complaint has been closed administratively with no finding being made on the merits of the allegations.

Sincerely,

Kenneth L. Saunders
Director

cc:   Ford & Harrison
      Attn: David A. Rosenberg
      c/o United Planning Organization, Inc.
      1300 19th Street, N.W., Suite 700
      Washington, D.C. 20036

00233