UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOHAMMED AMIN KAKEH,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 05-1271 (GK) |
| | : | |
| **UNITED PLANNING ORGANIZATION,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Defendant has requested an opportunity to file an Opposition to Plaintiff's Motion for Leave to File Out of Time and to Exceed Page Limit for Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment. The Court read that Motion carefully and thought it well justified. Defendant is given permission to file an Opposition with the knowledge that sanctions may be imposed if the Opposition is thought to be frivolous.

**SO ORDERED**.


February 28, 2007                                         /s/
                                                          Gladys Kessler
                                                          United States District Judge


**Copies via ECF to all counsel of record**