IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH, | CIVIL ACTION NO. 1:05-cv-01271 (GK/JF) |
| Plaintiff, | |
| | NEXT SCHEDULED EVENT: |
| v. | PRETRIAL CONFERENCE APRIL 11, 2007 @ 4:15 P.M. |
| UNITED PLANNING ORGANIZATION, INC., | |
| Defendant. | |

**JOINT MOTION TO EXTEND THE FILING DEADLINE FOR DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S DISPOSITIVE MOTION**

Plaintiff Mohammad Amin Kakeh ("Plaintiff" or "Kakeh") and Defendant United Planning Organization, Inc. ("Defendant" or "UPO"), by and through their attorneys, respectfully move for an enlargement of the time for Defendant to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and for the rescheduling of the pre-trial conference, on the following grounds:

1.     On November 8, 2006, the Court set the following deadlines: dispositive motions filed by November 27, 2006; response to dispositive motions filed by January 12, 2007; and reply to dispositive motions filed by January 29, 2007.

2.     Defendant filed its Motion for Summary Judgment on November 27, 2006.

3.     On January 12, 2007, the Court set the following deadlines: response to dispositive motions filed by February 26, 2007, and reply to dispositive motions filed by March 15, 2007.

4.     Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment was filed on February 27, 2007.

5.     On February 28, 2007, the Court granted Plaintiff's Motion for Leave to File Excess Pages and to File Out of Time.

6.      Plaintiff's Opposition to Defendant's Motion for Summary Judgment and the accompanying exhibits are quite voluminous, spanning over one thousand pages.  Granting this Motion will allow Defendant adequate time to analyze Plaintiff's Opposition and to prepare its reply.

7.      The parties therefore request that the Court extend the deadlines by which Defendant must file its reply in support of its Motion for Summary Judgment and set March 29, 2007, as Defendant's new reply deadline.

8.      The pretrial conference in this case is currently set for April 11, 2007.  The parties therefore request that the Court reset the pretrial conference for May 11, 2007, or an alternate date of the Court's choosing.

9.      A proposed order granting the relief sought herein is attached hereto.


Dated: March 9, 2007                                Respectfully submitted,


By: /s/ Omar Vincent Melehy                   By: /s/ Alison N. Davis
　　Omar Vincent Melehy                            Alison N. Davis
　　DC Bar No. 415849                               DC Bar No. 429700
　　Andrew J. Perlmutter                             Kevin M. Kraham
　　DC Bar No. 489601                               DC Bar No. 459077
                                                            David A. Rosenberg
　　MELEHY & ASSOCIATES, LLC            DC Bar No. 433405
　　8403 Colesville Road, Suite 610
　　Silver Spring, MD 20910                      FORD & HARRISON LLP
　　Tel (301) 587-6364                               1300 19th Street, N.W., Suite 700
　　Fax (301) 587-6308                              Washington, D.C. 20036
                                                            Tel (202) 719-2000
　　Attorneys for Plaintiff Mohammed Amin     Fax (202) 719-2077
　　Kakeh
                                                            Attorneys for Defendant United Planning
                                                            Organization, Inc.