IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 1:05-cv-01271 (GK/JF)<br><br>NEXT SCHEDULED EVENT: PRETRIAL CONFERENCE MAY 15, 2007 @ 4:00 P.M. |

**JOINT MOTION TO EXTEND THE FILING DEADLINE FOR DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S DISPOSITIVE MOTION**

Plaintiff Mohammad Amin Kakeh ("Plaintiff" or "Kakeh") and Defendant United Planning Organization, Inc. ("Defendant" or "UPO"), by and through their attorneys, respectfully move for an enlargement of the time for Defendant to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and for the rescheduling of the pre-trial conference, on the following grounds:

1.      On November 8, 2006, the Court set the following deadlines: dispositive motions filed by November 27, 2006; response to dispositive motions filed by January 12, 2007; and reply to dispositive motions filed by January 29, 2007.

2.      Defendant filed its Motion for Summary Judgment on November 27, 2006.

3.      On January 12, 2007, the Court set the following deadlines: response to dispositive motions filed by February 26, 2007, and reply to dispositive motions filed by March 15, 2007.

4.      Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment was filed on February 27, 2007.

5.      On February 28, 2007, the Court granted Plaintiff's Motion for Leave to File Excess Pages and to File Out of Time.

DC:65332.1

6. On March 9, 2007, Plaintiff and Defendant filed a Joint Motion To Extend the Filing Deadline for Defendant's Reply to Plaintiff's Opposition to Defendant's Dispositive Motion.

7. On March 12, 2007, the Court granted the Joint Motion To Extend the Filing Deadline and set the following deadlines: reply to dispositive motions filed by March 29, 2007; and the pretrial conference will be held on May 15, 2007, at 4:00 p.m.

8. In addition to Defendant's need for additional time to respond properly to Plaintiff's voluminous opposition brief, the parties are engaged in efforts to resolve this matter.

9. The parties therefore respectfully request that the Court extend the deadlines by which Defendant must file its reply in support of its Motion for Summary Judgment and set April 19, 2007, as Defendant's new reply deadline.

10. The pretrial conference in this case is currently set for May 15, 2007. In light of the foregoing, the parties therefore request that the Court reset the pretrial conference for June 13, 2007, or an alternate date of the Court's choosing.

11. A proposed order granting the relief sought herein is provided herewith.

-3-

Dated: March 27, 2007                                      Respectfully submitted,


By: /s/ Omar Vincent Melehy                                By: /s/ Alison N. Davis

Omar Vincent Melehy                                        Alison N. Davis
DC Bar No. 415849                                          DC Bar No. 429700
Andrew J. Perlmutter                                       Kevin M. Kraham
DC Bar No. 489601                                          DC Bar No. 459077
                                                           David A. Rosenberg
MELEHY & ASSOCIATES, LLC                                   DC Bar No. 433405
8403 Colesville Road, Suite 610
Silver Spring, MD 20910                                    FORD & HARRISON LLP
Tel (301) 587-6364                                         1300 19th Street, N.W., Suite 700
Fax (301) 587-6308                                         Washington, D.C. 20036
                                                           Tel (202) 719-2000
Attorneys for Plaintiff Mohammed Amin                      Fax (202) 719-2077
Kakeh
                                                           Attorneys for Defendant United Planning
                                                           Organization, Inc.

DC:65332.1