IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.<br><br>    Defendant. | CIVIL ACTION NO. 1:05-cv-01271 (GK/JF) |

**ORDER**

Upon consideration of the Joint Motion to Extend the Filing Deadline for Defendant's Reply to Plaintiff's Opposition to Defendant's Dispositive Motion and to Reschedule the Pretrial Conference and the entire record herein, it is, this ___ day of _____, 2007, hereby:

**ORDERED** that the Joint Motion is **GRANTED**;

**FURTHER**, the pretrial conference is rescheduled to _____.

Date:_____          _____
                                                          United States District Judge

DC:65335.1

-2-

Copies to:

Omar Vincent Melehy, Esq.
Andrew J. Perlmutter, Esq.
MELEHY & ASSOCIATES, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

Alison N. Davis, Esq.
Kevin M. Kraham, Esq.
David A. Rosenberg, Esq.
FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036