# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Amin Kakeh,<br><br>Plaintiff,<br><br>v.<br><br>United Planning Organization, Inc.,<br><br>Defendant. | Civil Action No. 05-1271 (GK/JMF)<br><br>Next Event:  Settlement Conference<br>March 14, 2006 |

**DEFENDANT UNITED PLANNING ORGANIZATION, INC.'S
RESPONSES & OBJECTIONS TO PLAINTIFF'S FIRST &
SECOND SETS OF INTERROGATORIES**

COMES NOW Defendant United Planning Organization, Inc. ("Defendant"), by and through its counsel, and, pursuant to Rule 33 of the Federal Rules of Civil Procedure and the Local Civil Rules, responds and objects to Plaintiff's First and Second Sets of Interrogatories as follows:

**PRELIMINARY STATEMENT**

1. The subject matter of this litigation is not yet complete and is continuing. Therefore, the information supplied in response to Plaintiff's Interrogatories may not be exhaustive. If and when additional discoverable information becomes available, Defendant will supplement and amend these responses in a timely fashion in accordance with the applicable Federal Rules of Civil Procedure and Local Civil Rules.

2. The defenses which Defendant raised in its Answer to Plaintiff's Amended Complaint were asserted before discovery in this case had commenced and were asserted in order to preserve Defendant's rights and defenses under the law. Hence, given the fact that discovery has not closed and is ongoing, Defendant's responses to Plaintiff's

-1-

## SPECIFIC OBJECTIONS & ANSWERS TO INTERROGATORIES

Each of Plaintiff's Interrogatories is subject to the foregoing General Objections, to the extent applicable, and the following indicated Specific Objections:

### INTERROGATORY NO. 1

Identify each person – other than counsel – who supplied information utilized in answering these Interrogatories and, for each person, summarize the information provided.

### RESPONSE:

Defendant objects to this Interrogatory to the extent it seeks the provision of information protected from disclosure by the attorney-client and/or work product privileges. Subject to and without waiver of the foregoing General and Specific Objections, Defendant states that Dana Jones, Chief Executive Officer, United Planning Organization, Inc., provided information regarding Plaintiff's employment with Defendant and Defendant's operations; Gladys Mack, Chief Operating Officer, United Planning Organization, Inc., provided information regarding Plaintiff's employment with Defendant and Defendant's operations; and Sheila Shears, former Chief Financial Officer, United Planning Organization, Inc., provided information regarding Plaintiff's employment with Defendant and Defendant's operations.

### INTERROGATORY NO. 2

Identify each person with personal knowledge of any fact or facts related to any issue raised in the Complaint or any defense raised by the Defendant.

**RESPONSE:**

Defendant objects to this Interrogatory on the basis that it seeks information and/or documents which are equally available to Plaintiff and Defendant and which can be obtained readily by Plaintiff himself, thus requiring Defendant to incur unnecessary expense and burden in responding. Defendant further objects to this Interrogatory to the extent that it seeks information and/or documents which are already known to and/or possessed by Plaintiff. Defendant further objects to this Interrogatory on the basis that it is overly broad, unduly burdensome, seeks to obtain information that is not relevant to this action, and is not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Interrogatory to the extent that it seeks information which may be derived or ascertained from the business records of Defendant and for which the burden of deriving or ascertaining a response from said documents is substantially the same for Plaintiff as for Defendant.

Subject to and without waiver of the foregoing General and Specific Objections, Defendant states that the following individuals may have personal knowledge of facts related to issues raised in Plaintiff's Complaint or any defense raised by Defendant: Plaintiff; Dana Jones; Gladys Mack; Sheila Shears; Robert Richardson, former Director, Office of Human Resources, United Planning Organization, Inc.; Henry Kanagbou, Payroll Accountant, United Planning Organization, Inc.; David Quashie, former Acting Deputy Controller, United Planning Organization, Inc.; Benjamin Jennings, former Executive Director, United Planning Organization, Inc.; and all individuals identified by Plaintiff in response to Defendant's Interrogatory No. 1.

-6-