# Exhibit 2

COPY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------------x

MOHAMMED AMIN KAKEH,                 x

        Plaintiff,              x Civil Case No.

        v.                      x 1:05-CV-1271

UNITED PLANNING ORGANIZATION, INC., x

        Defendant.              x

------------------------------------ x

                         Monday, February 27, 2006

                         Silver Spring, Maryland

The deposition of DANA JONES called for examination by counsel for Plaintiff in the above-titled matter, pursuant to notice, in the Offices of Zipin & Melehy, 8403 Colesville Road, Silver Spring, Maryland, before Jonell Easton, Notary public, at 10 a.m., when were present on behalf of respective parties:



Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

DEPOSITION OF DANA JONES
CONDUCTED ON MONDAY, FEBRUARY 27, 2006

18

1       Darlene Booker, Monica Beckham.

2       The human resources director, his name is
3  Robert Richardson.

4       Q.   When you came on in April, were you
5  briefed about the audit that was taking place or
6  had taken place on the CSBG money, the Community
7  Services Block Grant money from DHS?

8       A.   There wasn't an audit.

9            There was a review.

10      Q.   No audit had taken place?

11      A.   Not an audit, they have never audited.

12      Q.   There was a review.  Were you briefed
13  about what happened during the review?

14      A.   As I indicated earlier, it was emailed to
15  me in this preliminary draft report.

16      Q.   Did Gladys Mack or Sheila Shears discuss
17  it with you in April of 2004?

18      A.   Yes, they did.

19      Q.   What did they tell you about the
20  situation?

21      A.   They told me that the team had come in

PRECISE REPORTING SERVICES
(301) 210-5092 (877) 4 A STENO

DEPOSITION OF DANA JONES
CONDUCTED ON MONDAY, FEBRUARY 27, 2006

79

1   A.   I don't have knowledge as to what the
2   policy says.
3   Q.   Who decided that Mr. Kakeh should be in
4   group six?
5   A.   General counsel's office and human
6   resources office.
7   Q.   Who in the general counsel office decided
8   that?
9   A.   Monica Beckman.
10  Q.   Who in human resources decided that?
11  A.   Richardson, he was the director.
12  Q.   What is his first name?
13  A.   Robert Richardson.
14  Q.   It was not your doing to put Mr. Kakeh in
15  category four?
16  A.   No, I produced none of the documents or
17  provided none of the interpretation for them.
18      MR. MELEHY:  Excuse me.  I left me
19  documents in the other room.  I will be right back.
20      (Pause in the proceedings.)
21      MR. MELEHY:  Let's have these marked as