# Exhibit 3

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - X

MOHAMMED AMIN KAKEH,                  :

        Plaintiff,          :

  v.                                  :

UNITED PLANNING ORGANIZATION,         :

INC.,                                 :

        Defendant.          :

- - - - - - - - - - X

          Silver Spring, Maryland

          Monday, June 19, 2006

Deposition of:

        MONICA BECKHAM, ESQUIRE,

a witness herein, called for examination by Counsel for the Plaintiff in the above-entitled matter, pursuant to notice, taken at Melehy & Associates, 8403 Colesville Road, Suite 610, Silver Spring, Maryland, beginning at 10:10 a.m., before Joan D. Carino, a court reporter and notary public in and for the State of Maryland.



Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

DEPOSITION OF MONICA BECKHAM, ESQUIRE
Conducted on June 19, 2006

41

shows you the different things that need to go in the letter. So one of the revisions is that it's office by office, grant by grant, those types of things, and so it is a form. Now, the letters come from HR, Human Resources, and they put together the letters as well as the job family groupings, retentions and things, because they have all of that information related to that particular individual.

Q. Who did that?

A. That would have been done by Human Resources, Mr. Robert Richardson and maybe, I can't say, he would have to speak to who assisted him with that.

Q. Who in Human Resources?

A. But his assistant. And they would send it to me and I would mark it up. Say, for instance, for an example, the references to the various provisions might be incorrect. You would have some staff persons who are union and some are non-union so the references to the memorandums and different things would have to be different in the notices. Sometimes despite the

DEPOSITION OF MONICA BECKHAM, ESQUIRE
Conducted on June 19, 2006

56

1   Question, "Who in the human resources
2   decided that?"
3   Answer, "Richardson, he was the director."
4   Do you agree with what he just testified to
5   or do you agree with that testimony, I should say?
6   A.   I would agree that the placement of Mr.
7   Kakeh in group six is done by the human resources
8   office.
9   Q.   You don't agree that you made the decision?
10  A.   I don't make decisions regarding the job
11  family grouping.  If there was discussion with say for
12  instance a grouping of positions where a, if you put
13  an accountant and a secretary in the same job family
14  grouping, I would have questions with regards to why
15  there was such a group grouping.  There could have
16  been discussions about groupings, but I would not make
17  the decision about a grouping.
18  Q.   Okay.  Do you remember receiving any notice
19  that Mr. Kakeh, following his termination in June of
20  2004, filed a charge of discrimination or an amended
21  charge of discrimination in the D.C. Office of Human