# Exhibit 4

COPY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------x

MOHAMMED AMIN KAKEH,               :

    Plaintiff,                     :

vs.                                :   Civil Action No.

UNITED PLANNING ORGANIZATION,      :   1:05-cv-1271(GK/JF)

INC.,                              :

    Defendant.                     :

------------------------------x

                      Silver Spring, Maryland

                      Tuesday, August 8, 2006

30(b)(6) Deposition of

DANA JONES

called for examination by counsel for the Plaintiff, pursuant to notice, held at the law offices of Melehy & Associates, LLC, 8403 Colesville Road, Suite 610, Silver Spring, Maryland, beginning at 10 a.m., before Lynell C.S. Abbott, Shorthand Reporter and Notary Public in and for the State of Maryland, when were present on behalf of the respective parties:



*Precise Reporting Services*
(301) 210-5092
*Serving MD, D.C. & VA*

37

1  basically is to proof the letters and make sure
2  they're consistent with the policy. So we gave the
3  information to HR and HR followed through with the
4  policies and procedures, created the job groupings,
5  did all the rest of that stuff. But in terms of
6  actual decisions beyond that, no.
7       Q.   Who at HR drafted the four RIF letters in
8  question?
9       A.   Robert Richardson, the former HR Director.
10      Q.   Is he gone now?
11      A.   Yeah. He retired that year.
12      Q.   Did you at some point communicate with
13 Robert Richardson or anybody else at HR and tell them
14 that you wanted to eliminate Mr. Kakeh's position and
15 not reassign him or take any of the other four RIF
16 actions that we've discussed earlier with regard to
17 Nona McLean, Mr. Isaac and Mr. Quashie?
18      A.   Yes.
19      Q.   When did you have that conversation with him
20 or those conversations with him, if there were more
21 than one?

30(b)(6) DEPOSITION OF DANA JONES
Conducted on August 8, 2006

38

```
 1        A.    It would have been post-5/27, which is the
 2   date that the board approved the action.
 3        Q.    Who specifically did the groupings?
 4        A.    My understanding is Mr. Richardson.
 5        Q.    And he did the groupings after speaking with
 6   you.
 7        A.    Yes.
 8        Q.    And when he did the groupings you had
 9   already communicated to him which people would be
10   reassigned and which people would have their jobs
11   eliminated all together.  Is that right?
12              MS. DAVIS:  Objection as to form.  You can
13   answer.
14              THE WITNESS:  I do not believe that when we
15   had our initial conversation all of that had been
16   finalized.  I explained to him what positions would be
17   eliminated.  When, the dates and times, and who was
18   reassigned and the rest, that wouldn't have been in
19   the first conversation.
20              BY MR. MELEHY:
21        Q.    What I'm asking you is as of May 27th did
```

30(b)(6) DEPOSITION OF DANA JONES
Conducted on August 8, 2006

39

1  you talk to Mr. Richardson or anyone else at HR and
2  communicate to them that you had made decisions on
3  whether or not to retain Mr. Quashie, Ms. McLean,
4  Mr. Kakeh, Mr. Isaac?
5       A.   No.  After May 27th I had that conversation.
6       Q.   Do you remember when after May 27th you had
7  that conversation?
8       A.   No.  I would think -- and if someone could
9  provide me with a calendar, I could tell you.  The
10 board normally met on Thursday nights.  So it probably
11 would have been Friday, the next day.
12      Q.   You said there was a meeting on May 24th.
13      A.   27th.
14      Q.   I'm sorry, you're right, 27th, okay.  And
15 you are saying that there was a meeting after that?
16      A.   No.  I am saying that the board met on May
17 27th and approved the final action and sometime after
18 May 27th I met with Mr. Richardson and shared with him
19 what they had approved.
20      Q.   Okay.  And after May 27th in that meeting
21 you told Mr. Richardson, did you not, that you were

30(b)(6) DEPOSITION OF DANA JONES
Conducted on August 8, 2006

40

1  RIF'ing Mr. Quashie, Ms. McLean, Mr. Kakeh and
2  Mr. Isaac but that you were reassigning Mr. Isaac and
3  Mr. Quashie?
4     A.  I am not certain that the latter is true.  I
5  know that I shared with him that we were RIF'ing those
6  persons.  I am not certain that at that point we knew
7  who was reassigned or not.  But, you know.
8     Q.  And at that point did you direct
9  Mr. Richardson to prepare the groupings?
10    A.  I was not even familiar with the process.  I
11 directed Mr. Richardson to follow the policy.
12    Q.  If you look at Corporate Designee No. 2 and
13 you look at Attachment A, it indicates that Attachment
14 A was prepared on May 27th, 2004.
15    A.  Mmm-hmm.
16    Q.  Do you have any reason to disagree that it
17 was prepared on that date?
18    A.  No, I don't, given the fact that the
19 previous action had been taken place, which was a 4/27
20 action to eliminate all the positions.  My assumptions
21 would have been based upon the conversations then that