# Exhibit 5

COPY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------------x

MOHAMMED AMIN KAKEH,                x

        Plaintiff,                x  Civil Case No.

        v.                        x  1:05-CV-1271

UNITED PLANNING ORGANIZATION, INC., x

        Defendant.                x

------------------------------------ x

                      Thursday, February 23, 2006

                      Silver Spring, Maryland

The deposition of TUNDE EBODA called for examination by counsel for Plaintiff in the above-titled matter, pursuant to notice, in the Offices of Zipin & Melehy, 8403 Colesville Road, Silver Spring, Maryland, before Jonell Easton, Notary public, at 10:00 a.m., when were present on behalf of respective parties:



Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

92

1   when the new management team was formed.
2       Q.   When did you indicate to new management,
3   what month or year, that Mr. Kakeh had been
4   cooperating with you?
5       A.   The new management team came in, the board
6   first created a management ad hoc management team.
7   This was composed of about five members of the
8   board that assumed from March 11, when they
9   suspended Mr. Jennings, they formed an ad hoc
10  management team that was managing the day-to-day
11  operations of the agency.
12           I believe I disclosed to at least one
13  member of that team, the co chair of the ad hoc
14  management team, Ms. Alexis Robertson, that Mr.
15  Kakeh had been a highly valuable resource to us and
16  I encouraged her to have a meeting with him and get
17  more cooperation or information from him.
18      Q.   Did she do that?
19      A.   I believe the meeting happened.  I don't
20  recall if it was one that I sat in on because there
21  was a meeting with Ms. Robertson, Mr. Kakeh and

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

97

1    MR. MELEHY: At some point in time,
2    strike.
3        I will need a quick break.
4        (Discussion off the record.)
5    BY MR. MELEHY:
6        Q. Mr. Eboda, you indicated that the fact Mr.
7    Kakeh had communicated or cooperated in your
8    investigation was known at UPO.
9        Was it known at UPO, at any time, that he
10   met with you in early February and/or provided
11   documents and other information to you, at that
12   time?
13       A. I did not disclose that. I don't know if
14   anybody else was aware of that.
15       Q. So the record is clear, is it clear that
16   UPO knew or should have known Mr. Kakeh provided
17   you with some financial documents?
18       A. Yes.
19       Q. Specific members of the management team
20   knew that?
21       A. Either by their observations or by us

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

98

1  following protocol, which is to ask Ms. Shears
2  first, she would say, I can get it from Amin or you
3  can get it from Amin, something to that effect.
4     Q.   They were aware of the fact you had gotten
5  some documents from Mr. Amin?
6     A.   Prior to my visit?
7     Q.   Yes.
8     A.   I did not disclose that, but I did
9  disclose that I had talked to him, the initial
10 status, I think the time I may have been completely
11 open about Mr. Amin was first when the old
12 management was no longer at the helm of the
13 organization.  The ad hoc management was there and
14 when the interim executive director was hired at
15 the beginning of April, I also disclosed it.
16    Q.   You mean Dana Jones?
17    A.   Yes.
18    Q.   What did you say to Dana Jones about Mr.
19 Kakeh's cooperation with you?
20    A.   I said that we appreciated it and that it
21 was--we found it highly relevant.

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

99

1   Q.   Did you disclose to him Mr. Kakeh had
2   cooperated with you in early February by providing
3   you information?
4   A.   Nothing specific other than he was
5   somebody we talked to and I encouraged him to talk
6   to Mr. Kakeh.
7        I believe he set up meetings.  I know I
8   was part of at least one meeting Mr. Kakeh was at,
9   was in with Mr. Jones.
10       Whether they had other meetings outside of
11  the one I participated in, I don't know, but I did
12  encourage Mr. Jones, I identified Mr. Kakeh as
13  someone I believed was knowledgeable about
14  financial operations of this agency and he could
15  also be useful to him.
16  Q.   Did you tell Mr. Jones you had
17  communications--oral, in person or in writing with
18  Mr. Kakeh before February 18?
19  A.   I don't know if I did specifically.  I
20  don't recall, but I don't think, at that point,
21  that I was terribly cagey, so if I didn't, it was

PRECISE REPORTING SERVICES
(301) 210-5092 (877) 4 A STENO