# Exhibit 6

COPY

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MOHAMMED AMIN KAKEH,                        )
        Plaintiff,                    ) No. 1:05-cv-1271
        vs.                           )
UNITED PLANNING ORGANIZATION, INC.,         )
                                      )
        Defendant.                    )
_____ )

Silver Spring, Maryland

Wednesday, May 10, 2006

Deposition of:

ROY LAYNE,

called for examination by counsel for the Plaintiff, pursuant to Notice, taken at the law offices of Melehy & Associates, 8403 Colesville Road, Suite 610, Silver Spring, Maryland, before Debbie Razavi, CSR, Registered Professional Reporter, Notary Public in and for the State of Maryland, commencing at 2:00 p.m., when were present on behalf of the respective parties:



Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

DEPOSITION OF ROY LAYNE
Conducted on May 10, 2006

40

1  to do this in designing the structure and based on my
2  understanding of the organization this is what we came up
3  with.
4     Q.   So you understood that there was a controller
5  position previously?
6     A.   I knew that UPO had different positions.  I
7  really didn't know at various levels.
8     Q.   You're telling me on May 19, 2004 you did not
9  know that UPO had a controller position?
10    A.   I may have known that.  I may have known
11 that.
12    Q.   If you did know it, you effectively
13 eliminated the position?
14    A.   No.
15    Q.   But there is no controller position in your
16 structure; correct?
17    A.   There isn't a deputy controller either.
18    Q.   Right.
19    A.   All I'm saying is --
20    Q.   There's no function here that's analogous to
21 a controller function in your structure here on your