IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.,<br><br>Defendant. | CIVIL ACTION NO. 1:05-cv-1271 (GK/JMF)<br><br><br>NEXT SCHEDULED EVENT:<br>PRETRIAL CONFERENCE MAY 15, 2007 @ 4:00 P.M. |

## JOINT MOTION TO RESCHEDULE THE PRETRIAL CONFERENCE

Plaintiff Mohammed Amin Kakeh ("Plaintiff" or "Kakeh") and Defendant United Planning Organization, Inc. ("Defendant" or "UPO"), by and through their attorneys, respectfully move that the Court reschedule the pre-trial conference in this matter, on the following grounds:

1.  The pretrial conference is currently set for May 15, 2007.

2.  On March 27, 2007, the parties jointly requested that the Court enlarge the time for Defendant to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and to reschedule the pre-trial conference. The parties requested that the Court reset the pretrial conference to June 13, 2007, or an alternate date of the Court's choosing.

3.  On March 29, 2007, the Court granted the parties' Motion, in part, by enlarging the time for Defendant to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment to April 19, 2007, and deferred a ruling on the request to reset the pretrial conference.

4.  On April 26, 2007, the Court directed the parties to file a second motion to reschedule the pretrial conference. Accordingly, the parties hereby jointly renew their request to reschedule the

pretrial conference to June 13, 27, 28, 2007 or an alternate date of the Court's choosing so as to allow the Court sufficient time to consider the pending Motion for Summary Judgment.

5.     A proposed order granting the relief sought herein is provided herewith.


Dated: April 30, 2007                                           Respectfully submitted,


| By: /s/ Omar Vincent Melehy | By: /s/ Alison N. Davis |
|---|---|
| Omar Vincent Melehy<br>DC Bar No. 415849<br>Andrew J. Perlmutter<br>DC Bar No. 489601<br><br>MELEHY & ASSOCIATES, LLC<br>8403 Colesville Road, Suite 610<br>Silver Spring, MD 20910<br>Tel (301) 587-6364<br>Fax (301) 587-6308<br>ovmelehy@zmdlaw.com<br><br>Attorneys for Plaintiff Mohammed Amin Kakeh | Alison N. Davis<br>DC Bar No. 429700<br>Kevin M. Kraham<br>DC Bar No. 459077<br>David A. Rosenberg<br>DC Bar No. 433405<br><br>FORD & HARRISON LLP<br>1300 19th Street, N.W., Suite 700<br>Washington, D.C. 20036<br>Tel (202) 719-2000<br>Fax (202) 719-2077<br>adavis@fordharrison.com<br>kkraham@fordharrison.com<br>drosenberg@fordharrison.com<br><br>Attorneys for Defendant United Planning Organization, Inc. |

DC:65812.1