IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.,<br><br>Defendant. | CIVIL ACTION NO. 1:05-cv-1271 (GK/JMF)<br><br><br>NEXT SCHEDULED EVENT: PRETRIAL CONFERENCE MAY 15, 2007 @ 4:00 P.M. |

## **ORDER**

Upon consideration of the Joint Motion to Reschedule the Pretrial Conference and the entire record herein, it is, this ___ day of _____, 2007, hereby:

**ORDERED** that the Joint Motion is **GRANTED**;

**FURTHER**, the pretrial conference is rescheduled to _____.

Date:_____         _____
                                               United States District Judge

- 2 -

Copies to:

Omar Vincent Melehy, Esq.
Andrew J. Perlmutter, Esq.
MELEHY & ASSOCIATES, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910
ovmelehy@zmdlaw.com

Alison N. Davis, Esq.
Kevin M. Kraham, Esq.
David A. Rosenberg, Esq.
FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036
adavis@fordharrison.com
kkraham@fordharrison.com

DC:65813.1