IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Amin Kakeh,<br><br>*Plaintiff,*<br><br>v.<br><br>United Planning Organization, Inc.,<br><br>*Defendant.* | Civil Case No. 1:05-cv-1271 (GK/JMF)<br><br>Next Scheduled Event:<br>Pretrial Conference<br>June 13, 2007, 4:15 P.M. |

**PLAINTIFF'S PROPOSED VOIR DIRE**

Plaintiff, Mohammed Amin Kakeh, by his undersigned counsel and pursuant to the Court's scheduling order, hereby submits proposed voir dire:

1. Is any prospective juror or any member of his or her immediate family personally acquainted with the Plaintiff in this case or any member of his immediate family?

2. Is any prospective juror or any member of his or her immediate family personally acquainted with the firm of Melehy & Associates LLC or any attorney of that firm, including Omar Vincent Melehy, Suvita Melehy, Shelley C. Borchert or Andrew J. Perlmutter?

3. Is any prospective juror or any member of his or her immediate family personally acquainted with any person currently or previously employed by Defendant, the United Planning Organization?

4. Is any prospective juror or any member of his or her immediate family personally acquainted with the firm of Ford & Harrison LLP or any attorney of that firm, including Alison N. Davis, Kevin M. Kraham, David A. Rosenberg or Jeffrey J. Sun?

5. Is any prospective juror or any member of his or her immediate family

personally acquainted with any of the following witnesses in this case: Dana M. Jones, Gladys W. Mack, Monica Scott Beckham, Esq., F. Alexis H. Roberson, Sheila Shears, Robert L. Richardson, Doris Stashenko, Roy G. Layne, Tunde Eboda, William Isaac, Shirley G. Fisher, Davidson S. Quashie, Stuart Moore, Richard Edelman, Ph.D, Dr. Lanning "Lenny" Moldauer, Thomas Goldman, M.D., Toni M. L. Kakeh, Nabeelah Kakeh, or Aminah Kakeh?

6. Is any prospective juror or any member of his or her immediate family personally acquainted with any employee or principal of the accounting firm of Walker & Company?

7. Is any prospective juror or any member of his or her immediate family personally acquainted with any employee or shareholder of M&T Bank?

8. Is any prospective juror or any member of his or her immediate family personally acquainted with any past or present member of Defendant, United Planning Organization's Board of Directors?

9. Does any prospective juror or any member of his or her immediate family have any bias toward persons of the Muslim faith that will prevent him or her from rendering a fair and impartial verdict in this case?

10. Does any prospective juror or any member of his or her immediate family have any bias toward or strong personal feelings toward Arabs that will prevent him or her from rendering a fair and impartial verdict in this case?

11. Has any prospective juror or any member of his or her immediate family ever been employed by, or volunteered on a continuing basis with, a community service organization?

12. Has any prospective juror or any member of his or her immediate family ever been employed by, or volunteered on a continuing basis with, an anti-poverty organization?

13. Has any prospective juror or any member of his or her immediate family ever been employed by a contractor of an anti-poverty organization?

14. Has any prospective juror or any member of his or her immediate family ever been employed by a contractor of a community service organization?

15. Has any prospective juror or any member of his or her immediate family ever been employed in the field of education?

16. Has any prospective juror or any member of his or her immediate family ever been employed by a contractor of or any person or entity that has performed services for the Defendant, United Planning Organization.

17. Has any prospective juror or any member of his or her immediate family personally ever been employed by any entity which receives grant moneys or other funding from Defendant, the United Planning Organization?

18. Has any prospective juror or any member of his or her immediate family ever been employed by a contractor of the District of Columbia government?

19. Has any prospective juror or any member of his or her immediate family ever been employed by a contractor of the federal government?

20. Has any prospective juror or any member of his or her immediate family ever been employed by any agency of the District of Columbia government?

21. Has any prospective juror or any member of his or her immediate family ever been employed by any agency of the federal government?

22. Does any prospective juror or any member of his or her immediate family own or operate his or her own business?

23. Does any prospective juror or any member of his or her immediate family believe that it is unfair to bring a lawsuit against a non-profit corporation?

24. Does any prospective juror or any member of his or her immediate family have any specialized training or any degree in accounting or finance?

25. Does any prospective juror or any member of his or her immediate family have any specialized training or experience in government contracting?

26. Does any prospective juror or any member of his or her immediate family have any specialized training or experience in the areas of grantmaking and/or application for grant funding?

27. Does any prospective juror or any member of his or her immediate family have any specialized training or experience in the law?

28. Has any prospective juror or any member of his or her immediate family ever been a defendant in a civil law suit?

29. Has any prospective juror or any member of his or her immediate family ever filed a complaint of discrimination?

30. Has any prospective juror or any member of his or her immediate family ever been exposed to, or have been a victim of, a fraud?

31. Has any prospective juror or any member of his or her immediate family ever been charged with a crime?

32. Is any prospective juror or any member of his or her immediate family personally acquainted with any person who has engaged in whistleblowing activity?

33.    Is there any reason why you cannot render a fair and impartial verdict in this case?

Respectfully Submitted,

/s/
Omar Vincent Melehy, Esq.
D.C. Bar No. 415849
Andrew J. Perlmutter, Esq.
D.C. Bar No. 489601
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:    (301) 587-6308
Email: ovmelehy@melehylaw.com
          aperlmutter@melehylaw.com

*Attorneys for Plaintiff*