## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Amin Kakeh, | |
| *Plaintiff*, | Civil Action No. 05-1271 (GK/JMF) |
| v. | Next Scheduled Event: |
| United Planning Organization, Inc., | Pretrial Conference |
| *Defendant*. | June 13, 2007, 4:15 p.m. |

### DEFENDANT'S PROPOSED VOIR DIRE

Defendant United Planning Organization, Inc. hereby submits its proposed voir dire questions:

The term "you" in the following questions means you, your close friends and family.

**VOIR DIRE NO. 1**

The attorneys representing the plaintiff in this case are Omar V. Melehy and Andrew Perlmutter of the law firm of Melehy & Associates. The attorneys representing the defendant are Alison Nadine Davis, David Rosenberg and Kevin M. Kraham of the law firm of Ford & Harrison, LLP.

Do you know any of these attorneys?

**VOIR DIRE NO. 2**

Are you acquainted with or do you know the plaintiff in this case, Mohammed Amin Kakeh?

**VOIR DIRE NO. 3**

The defendant in this case is United Planning Organization, Inc., sometimes referred to as UPO.

Have you had any connections with the defendant?  If so, please explain.

**VOIR DIRE NO. 4**

Are you acquainted with or do you know the witnesses in this case, namely, [read the witnesses' names from the parties Joint Pretrial Statement].

**VOIR DIRE NO. 5**

Do you have any knowledge or information from any source about the facts in this case, or the contentions being made by either party in this case?  (If so, please explain what that knowledge or information is, and please identify the source.).

**VOIR DIRE NO. 6**

Have you ever had a problem or a dispute with a government agency?

**VOIR DIRE NO. 7**

Do you dislike corporations?  (If so, please explain.)

**VOIR DIRE NO. 8**

Would you have a tendency to rule against Defendant UPO just because it is a corporation?

**VOIR DIRE NO. 9**

Do you believe that a corporation such as UPO is entitled to the same fair and impartial treatment as any other party in a civil action?

**VOIR DIRE NO. 10**

Do you believe that the Defendant UPO is entitled to the same fair and impartial treatment by you as a juror as the Plaintiff, Mr. Kakeh, is entitled to in this trial?

**VOIR DIRE NO. 11**

Would you have a tendency to award the Plaintiff damages just because you think UPO can pay them?

**VOIR DIRE NO. 12**

Has anyone attempted to discuss this case with you?  (If so, please explain.)

**VOIR DIRE NO. 13**

Do you feel that a person is entitled to receive money damages from an employer because that person feels that he or she was treated unfairly, or because he or she has less money than the company?

**VOIR DIRE NO. 14**

When someone feels they were treated unfairly at their job, do you believe that he or she should be compensated regardless of what the evidence shows?

**VOIR DIRE NO. 15**

Many people are sympathetic to others who have had bad experiences in their jobs.  Is such sympathy important in the way you would weigh the evidence and decide this case as a juror?  Or is your level of sympathy meaningless?

**VOIR DIRE NO. 16**

At the end of this case, you will be instructed that the Defendant, UPO, needs to prove nothing and that the Plaintiff, Mr. Kakeh, must convince you, by a preponderance of the

evidence, that the Defendant retaliated against him because he complained about discrimination and harassment and cooperated with representatives of the federal and D.C. governments. If the Plaintiff fails to prove his case, then your verdict must be for the Defendant, and the Plaintiff will receive no monetary award. Do you feel that, due to that fact, your emotions could become involved to the extent that you could not reach a fair verdict based upon the facts and the evidence? (If so, please explain.)

**VOIR DIRE NO. 17**

Have you heard, seen or read anything about a jury verdict reached in an employment discrimination or whistleblower lawsuit. (If so, please explain.)

**VOIR DIRE NO. 18**

Would you be willing to change your mind if you were convinced to do so as a result of discussions with your fellow jurors? (If so, please explain.)

**VOIR DIRE NO. 19**

Would you be willing to stick to your views if you were not convinced to change them after a discussion with your fellow jurors? (If so, please explain.)

**VOIR DIRE NO. 20**

In any lawsuit, there are two sides to every story. The Plaintiff, Mr. Kakeh, will present evidence to show you his side of the story first. Then, the Defendant, UPO, will present evidence to show you its side of the story. It is important that you keep an open mind and not decide this case until all of the evidence has been presented by each side. Do any of you feel that you will not be able to wait until the end of the case before deciding the issues that are left to you? (If so, please explain.)

**VOIR DIRE NO. 21**

Do you understand that merely because the Plaintiff has filed suit against the Defendant that it does not mean that the Defendant has done something wrong and violated any legal rights the Plaintiff may have had?

**VOIR DIRE NO. 22**

This case involves claims of discrimination and whistleblowing. The Plaintiff, Mohammed Amin Kakeh, alleges that he was terminated because he provided information of fraud, waste and abuse to the federal and D.C. government and complained about discrimination. Have you ever been accused of discrimination or retaliation? (If so, please explain.)

**VOIR DIRE NO. 23**

Have you ever been involved in a discrimination or retaliation complaint? (If so, please explain.)

**VOIR DIRE NO. 24**

Do you think that your feelings or experiences regarding discrimination or retaliation that would influence your ability to render an impartial decision in this case? (If so, please explain.)

**VOIR DIRE NO. 25**

Have you or your spouse ever been under stress because of problems at work? (If so, please explain.)

**VOIR DIRE NO. 26**

Have you been mistreated or offended by a co-worker? (If so, please explain.)

**VOIR DIRE NO. 27**

Have you ever had someone retaliate against you for filing a complaint of discrimination?

**VOIR DIRE NO. 28**

Have you ever been to court before, other than for jury service?  (If so, please explain.)

**VOIR DIRE NO. 29**

Have you or any member of your household or family, or any close friends, ever sued or been sued?  (If so, please explain.)

**VOIR DIRE NO. 30**

Have you ever served as a juror before?

If yes, please list the court (s), the type of case(s), and the approximate date(s).

| Court (state/federal) | Criminal or Civil | Type of Case | Date |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**VOIR DIRE NO. 31**

Were you ever a jury foreperson?  (If so, please explain.)

**VOIR DIRE NO. 32**

During trial, it may become necessary for the attorneys to approach the bench or discuss a point of law outside the hearing of the jury.  Will it bother you that the law sometimes does not allow jurors to hear discussion of legal points?  (If so, please explain.)

**VOIR DIRE NO. 33**

Did you enjoy your previous experience(s) as a juror?

**VOIR DIRE NO. 34**

Have you ever thought you might have a reason to file a lawsuit but decided not to?  (If so, please explain.)

**VOIR DIRE NO. 35**

Please rate how much you agree or disagree with the following statement:

There are too many lawsuits today.

( ) Strongly Agree

( ) Somewhat Agree

( ) Somewhat Disagree

( ) Strongly Disagree

**VOIR DIRE  NO. 36**

Have you ever had any dealing with an attorney?  (If so, please explain.)

**VOIR DIRE  NO. 37**

Do you have a supervisor who has harassed you? (If so, please explain.)

**VOIR DIRE NO. 38**

How do you feel about the size of money award given in trials today?

( ) Too large

( )  OK

( ) Too small

Please explain.

**VOIR DIRE NO. 39**

Have you or anyone close to you ever worked for :

|     |     | Yes | No | Who was the worker? |
| --- | --- | --- | --- | --- |
| (a) | court system? | \_\_\_\_ | \_\_\_\_ | _____ |
| (b) | lawyer or law firm? | \_\_\_\_ | \_\_\_\_ | _____ |
| (c) | a government agency? | \_\_\_ | \_\_\_\_ | _____ |

(d)    a nonprofit organization?    ___    ____    _____

**VOIR DIRE NO. 40**

Have you ever been fired from a job?  (If so, please explain.)

**VOIR DIRE NO. 41**

Have you ever fired anyone from a job?  (If so, please explain.)

**VOIR DIRE NO. 42**

How frequently do you go to the movie theater?

**VOIR DIRE NO. 43**

What kinds of movies do you like to watch?

**VOIR DIRE NO. 44**

Are there any matters that you would like to bring to the attention of the judge and

lawyers that you do not want to discuss in the presence of other potential jurors? (If so, please

explain.)

Respectfully submitted,

By:    /s/   _____

Alison N. Davis, DC Bar No. 429700
Kevin M. Kraham, DC Bar No. 459077
Ford & Harrison LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
Tel  (202) 719-2000
Fax  (202) 719-2077
adavis@fordharrison.com
kkraham@fordharrison.com

Counsel for Defendant United Planning
Organization, Inc.

DC:66308.1