UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

*Plaintiff,*

v.

United Planning Organization, Inc.,

*Defendant.*

Civil Action No. 05-1271 (GK/JMF)

Next Scheduled Event:
Pretrial Conference
June 13, 2007, 4:15 p.m.

## DEFENDANT'S EXHIBIT LIST

| Exhibit Number | Date of Exhibit, if applicable | Exhibit Description |
|---|---|---|
| 1 | 15-Apr-04 | Memorandum from Robert Richardson re: Family Grouping List and Retention List (MAK 8301-8304) |
| 2 | 26-Apr-04 | Letter from David Lett to Russell Simmons re: High Risk Grantee Designation (MAK 0178-79) |
| 3 | 20-Apr-04 | Minutes of Ad Hoc Management Committee (MAK 5898-5907) |
| 4 | 27-Apr-04 | Ad Hoc Management Committee Report (MAK 5908-10) |
| 5 | 27-Apr-04 | Minutes of Board of Trustees Special Meeting (MAK 5911-19) |
| 6 | 3-Jun-04 | Letter from Mohammed Kakeh to Dana Jones re: Appeal to RIF Notice (MAK 5480) |
| 7 | 17-Jan-04 | Letter from Dennis Ramprashad to Benjamin Jennings (MAK 7924-27) |
| 8 | 27-May-04 | E-mail from Sonia Smith re: Budget for Outsourcing to Walker & Co. (MAK 7985-86) |
| 9 | 25-Mar-04 | E-mail from Gladys Mack to Mohammed Amin Kakeh re: UPO Financials (00164) |
| 10 | 29-Apr-04 | Memo from Finance Office Staff to Russell Simmons et al re: Outsourcing Finance Department (00172-73) |

DC:66488.1

| Exhibit Number | Date of Exhibit, if applicable | Exhibit Description |
|---|---|---|
| 11 | 11-Mar-04 | Memo from Mohammed Amin Kakeh to Benjamin Jennings re: Financial Statements of FY 2003 (00131-32) |
| 12 | 30-Mar-04 | E-mail from Gladys Mack to Mohammed Amin Kakeh re: UPO Financials (00124) |
| 13 | | Refinance Evaluation List (00145) |
| 14 | | Organization Chart (00146) |
| 15 | 2-Jun-04 | Letter from Dana Jones to Mohammed Amin Kakeh re: Specific Notice of Reduction in Force (00165-67) |
| 16 | 18-May-04 | Letter from Alexis Roberson to Tunde Eboda re: IG Investigation (MAK 4738) |
| 17 | 17-Oct-02 | Controller's Office Organizational Chart (00016) |
| 18 | | Mohammed Amin Kakeh's resume (00019-20) |
| 19 | Jul-00 | UPO Organization Chart (00136) |
| 20 | Apr-02 | UPO Organizational Chart (00139) |
| 21 | Apr-04 | UPO Office of Finance (00141) |
| 22 | Nov-03 | UPO Organizational Chart (00146) |
| 23 | 20-Oct-03 | Memorandum from Mohammed Amin Kakeh to Gladys Mack (00147-48) |
| 24 | 3-Oct-03 | Memorandum from Mohammed Amin Kakeh to Benjamin Jennings re: Controller's Office Status Alert (00149-52) |
| 25 | 20-Apr-04 | Letter from Zunetta Penn to Russell Simmons re: Grantee with Deficiencies (00182-85) |
| 26 | 6-May-04 | Minutes of Ad Hoc Management Committee (MAK 5920-25) |
| 27 | 26-May-04 | Minutes of Ad Hoc Management Committee (MAK 5926-32) |
| 28 | 27-May-04 | Minutes of Board of Trustees Special Meeting (MAK 8278-8300) |
| 29 | 2-Jun-04 | Mohammed Amin Kakeh RIF Notice and Attachments (MAK 0126-62) |
| 30 | 20-Oct-03 | Memorandum from Gladys Mack re: October 15, 2003 Meeting with Mohammed Amin Kakeh (MAK 0107-08) |

DC:66488.1

| Exhibit Number | Date of Exhibit, if applicable | Exhibit Description |
|---|---|---|
| 31 | 1-Apr-04 | Memorandum from Mohammed Amin Kakeh to Alexis Roberson re: Concerns about Finance Office (MAK 0116-18) |
| 32 | 13-Apr-04 | Draft Memorandum from Dana Jones to Mohammed Amin Kakeh re: Clarification and Future Approaches (MAK 0123-24) |
| 33 | 3-Jun-04 | Letter from Mohammed Amin Kakeh to Dana Jones re: Appeal (MAK 0125) |
| 34 | 2-Jun-04 | Nona McLean's RIF Notice (MAK 0163-65) |
| 35 | 9-Jun-04 | William Isaacs RIF Notice (MAK 0166-68) |
| 36 | 2-Jun-04 | Davidson Quashie's RIF Notice (MAK 0169-71) |
| 37 |  | Organizational Chart (MAK 0180) |
| 38 |  | Organizational Chart (MAK 0182) |
| 39 |  | Organizational Chart (MAK 0183) |
| 40 |  | Request for Proposal (MAK 0184-88) |
| 41 | 19-May-04 | Walker & Company Proposal (MAK 0196-219) |
| 42 | 1-Jun-04 | Consulting Agreement (MAK 0220-32) |
| 43 | 28-Nov-03 | Memorandum from Sheila Shears to Benjamin Jennings re: Resignation (MAK 0235-37) |
| 44 | 22-Jul-03 | Summary of Staff Meeting (MAK 0238-9) |
| 45 | 29-Mar-04 | E-mail from Mohammed Amin Kakeh to Gladys Mack re: UPO Financials (MAK 0254) |
| 46 | 30-Mar-04 | Memorandum from Gladys Mack to Mohammed Amin Kakeh re: Audit (MAK 0255) |
| 47 | 30-Mar-04 | E-mail from Gladys Mack to Mohammed Amin Kakeh re: UPO Financials (MAK 0256) |
| 48 | 16-Jul-04 | Letter from Dana Jones to Mohammed Amin Kakeh re: Response to Appeal (MAK 1722-23) |
| 49 | 25-Nov-03 | Grantee: UPO CSBG 2004 Monitoring Check List (MAK 4617-24) |
| 50 | 25-Feb-04 | Letter from Ricardo Lyles to Benjamin Jennings re: CSBG Review (MAK 4652-53) |
| 51 | 18-May-04 | Letter from Alexis Roberson to Tunde Eboda re: IG (MAK 4738) |
| 52 |  | FY 02 OMB Circular (MAK 4784-800) |
| 53 | 11-Mar-04 | Minutes of Special Meeting (MAK 5477-79) |

DC:66488.1

| Exhibit Number | Date of Exhibit, if applicable | Exhibit Description |
|---|---|---|
| 54 | 12-May-04 | Letter from Alexis Roberson to Tunde Eboda (MAK 5678-81) |
| 55 | 1-Jun-04 | Letter from Dana Jones to Tunde Eboda re: Reprogramming (MAK 5682-715) |
| 56 | 11-Mar-04 | Preliminary Finding of the CSBG Review Team (MAK 5724) |
| 57 | | Mohammed Amin Kakeh's Journal (MAK 5825-90) |
| 58 | 23-May-04 | Actions Taken by Board of Trustees and Management (MAK 7989-90) |
| 59 | 22-Mar-04 | E-mail from Sheila Shears to Gladys Mack re: Use of CSBG Funds (MAK 7993) |
| 60 | 28-Mar-04 | E-mail from Sheila Shears to Gladys Mack re: Financial Statement (MAK 7995-8000) |
| 61 | 4-Mar-04 | Letter from Benjamin Jennings to Tunde Eboda re: Use of CSBG Funds (MAK 8001) |
| 62 | 10-May-04 | E-mail from Sheila Shears to FO Staff (MAK 8153) |
| 63 | | Retention Register Nonbargaining Unit (MAK 8162-3) |
| 64 | | Financial Statements (MAK 8169-71) |
| 65 | | Financial Statement (MAK 8178-80) |
| 66 | | Mohammed Amin Kakeh's Mental Health Records (MAK 8251-77) |
| 67 | 7-Apr-04 | Memo from Robert Richardson to Dana Jones (MAK 8305-6) |
| 68 | 6-Apr-04 | Statement of Financial Position (MAK 4656-58) |
| 69 | 18-Mar-04 | Statement of Financial Position (MAK 4659-61) |
| 70 | 30-Sep-03 | Statement of Financial Position (MAK 4663-85) |
| 71 | 31-Dec-02 | Statement of Financial Position (MAK 4686-4701) |
| 72 | 31-Dec-01 | Statement of Financial Position (MAK 4702-11) |

DC:66488.1

| Exhibit Number | Date of Exhibit, if applicable | Exhibit Description |
|---|---|---|
| 73 | 31-May-00 | Statement of Financial Position (MAK 4712-15) |
| 74 | 30-Sept-99 | Statement of Financial Position (MAK 4720-24) |
| 75 | June-92 | Manual of Accounting Policies (MAK 0259-355) |

Respectfully submitted,

By: \_\_\_/s/_____
Alison N. Davis, DC Bar No. 429700
Kevin M. Kraham, DC Bar No. 459077
Ford & Harrison LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
Tel (202) 719-2000
Fax (202) 719-2077
adavis@fordharrison.com
kkraham@fordharrison.com

Counsel for Defendant United Planning Organization, Inc.

-5-

DC:66488.1