UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff,*

v.

United Planning Organization, Inc.,

    *Defendant.*

Civil Case No. 1:05-cv-1271 (GK/JMF)

Next Scheduled Event:
Pre-Trial Conference
June 12, 2007, 3:30 P.M.

## JOINT MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE

Plaintiff, Mohammed Kakeh, and Defendant, United Planning Organization, Inc., by and through counsel, hereby move for a continuance of the Pre-Trial Conference currently scheduled for June 12, 2007 at 3:30 p.m. In support of this motion, the parties state as follows:

1. On June 11, 2007, the Court rescheduled the Pre-Trial Conference originally set for June 13, 2007 at 4:15 p.m. to June 12, 2007 at 3:30 p.m.

2. On June 12, 2007, beginning at 2:00 p.m., counsel for Plaintiff, Mr. Melehy is scheduled to attend a mediation involving a terminated employee-client who is in economic hardship, in the Montgomery County Office of Human Rights in Rockville, Maryland. Thus, Mr. Melehy will not be able to attend the re-scheduled Pre-Trial Conference on June 12, 2007 at 3:30 p.m. Postponing the mediation would result in a significant delay which may financially impact the client in a significant manner.

3. Counsel for the parties have agreed that they are available for the entire day on both June 26, 2007 and July 18, 2007 for the Pre-Trial Conference in the above-captioned case.

THEREFORE, the parties respectfully request that this Court continue the Pre-Trial Conference currently scheduled for June 12, 2007 at 3:30 p.m.

Respectfully Submitted,

_____/s/_____                _____/s/_____

Alison Davis, Esquire                    Omar Vincent Melehy, Esquire
Kevin M. Kraham, Esquire                 D.C. Bar No. 415849
Ford & Harrison LLP                      Melehy & Associates LLC
1300 19th Street, NW                     8403 Colesville Road, Suite 610
Washington, D.C. 20036                   Silver Spring, MD 20910
Telephone: (202)719-2017                 Telephone: (301) 587-6364
Facsimile:  (202)719-2077                Facsimile:   (301) 587-6308

*Attorneys for Defendant*                *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Amin Kakeh,<br><br>*Plaintiff*,<br><br>v.<br><br>United Planning Organization, Inc.,<br><br>*Defendant*. | Civil Case No. 1:05-cv-1271 (GK/JMF)<br><br>Next Scheduled Event:<br>Pre-Trial Conference<br>June 12, 2007, 3:30 P.M. |

### PROPOSED ORDER

**UPON CONSIDERATION** of the Joint Motion for a Continuance of the Pre-Trial Conference, it is this _____ day of June, 2007, by the United States District Court for the District of Columbia,

**ORDERED**, that Joint Motion is hereby **GRANTED**; and it is further,

**ORDERED**, that the Pre-Trial Conference will be re-scheduled for _____ day of _____, 2007 at _____ a.m./p.m.

_____
JUDGE