UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**MOHAMMED AMIN KAKEH,**            )
                                   )
            Plaintiff,             )
                                   )
      v.                           )   Civil Action No. 05-1271 (GK)
                                   )
**UNITED PLANNING**                 )
**ORGANIZATION, INC.,**             )
                                   )
            Defendant.             )
_____)

### ORDER

A Pretrial Conference was held in this matter on June 26, 2007.  Upon consideration of the parties' joint Pretrial Statement, the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that this case is referred back to Magistrate Judge Facciola for settlement purposes only; it is further

**ORDERED** that an additional Pretrial Conference shall be held on **April 8, 2008** at **4:15 p.m.**; it is further

**ORDERED** that trial shall commence on **May 5, 2008** at **9:30 a.m.**; Plaintiff shall have thirty-five hours (seven days) to present its case-in-chief; Defendant shall have twenty-five hours (five days) to present its case-in-chief; and Plaintiff shall have seven and a half hours (one and a half days) for rebuttal; it is further

**ORDERED** that motions <u>in limine</u> and objections to exhibits are due **forty-five days** prior to trial; it is further

**ORDERED** that demonstrative exhibits are due **ten days** prior to trial; it is further

**ORDERED** that the parties shall provide three binders of trial exhibits for the jury; one binder for the Court; one binder for the clerk; and one binder for the witness stand; it is further

**ORDERED** that the following proposed voir dire questions are approved and will be posed in substantially similar form to the jury venire: Plaintiff's Questions 1-5, 6, 8, 9, 16, 17, 24, 27, 29, 30, 32, and 33.  The Court shall combine Questions 9 and 10 and Questions 24, 25, and 26.  The Court shall pose Question 32 by defining "whistle blowing" as an employee complaint about the propriety of his or her employer's action or actions.

A separate Order Setting Forth Trial Procedures shall also issue.

June 26, 2007

/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**