**IN THE DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                            |     |                              |
|--------------------------------------------|-----|------------------------------|
| MOHAMMAD AMIN KAKEH                         | :   |                              |
|                                            | :   |                              |
|     Plaintiff,          | :   |                              |
|                                            | :   |                              |
|   v.                              | :   | **CIVIL ACTION NO. 05-1271** |
|                                            | :   |                              |
| UNITED PLANNING ORGANIZATION, INC.:         |     | **JUDGE: Kessler, J.**       |
|                                            | :   |                              |
|     Defendant.          |     |                              |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**MOTION TO ENTER APPEARANCE *PRO HAC VICE***

The plaintiff, by his counsel, hereby requests that the Court enter an appearance *pro hac vice* of Regan Rush, of the law office of Melehy & Associates, LLC, as counsel for Plaintiff, Mohammad Amin Kakeh, in the above-captioned case pursuant to Local Court Rules 83.2(c)(1) and 83.2(d). In support of this motion, the plaintiff incorporates the attached declaration of Regan Rush.

WHEREFORE, the plaintiff respectfully requests that the Court permit Regan Rush to enter an appearance *pro hac vice* in the above-captioned case. A proposed order is attached.

_____s/_____
Omar Vincent Melehy
Melehy & Associates LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Phone: (301) 587-6364
Fax: (301) 587-6308
Counsel for Plaintiff

**DECLARATION**

I, Regan Rush, hereby declare that the following statements are true and correct to the best of my knowledge:

1.    My full name is Regan Lindsay Rush,

2.    My office address is 8403 Colesville Road, Suite 610, Silver Spring, MD 20910, and my office telephone number is (301) 587-6364,

3.    Presently, I have been admitted to the State Bar of California and the Federal Bar for the Northern District of California.

I hereby certify that I have never been disciplined by any bar, have not been admitted *pro hac vice* in this Court at any time within the last two years, and that I do not engage in the practice of law from an office located in the District of Columbia.

_____/s/_____
Regan Rush

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of November, 2007, a copy of the

foregoing Motion to Enter Appearance *Pro Hac Vice* was sent by facsimile to:

Alison Davis, Esquire
Ford & Harrison LLP
1300 19th Street NW
Washington, D.C. 20036

Attorney for Defendant

\_\_/s/_____
Omar Vincent Melehy