IN THE DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD AMIN KAKEH : | |
| Plaintiff, : | |
| v. : | CIVIL CASE NO. 1:05-cv-1271 |
| UNITED PLANNING ORGANIZATION, INC.: | JUDGE: Kessler, J. |
| Defendant. : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

After consideration of the plaintiff's Motion to Enter Appearance *Pro Hac Vice* and any Opposition, it is this _____ day of _____, 2007,

ORDERED that the Motion is hereby granted.

_____
Gladys Kessler
United States District Court Judge