IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.,<br><br>Defendant. | CIVIL ACTION NO. 05-1271<br>(GK/JMF)<br><br><br>NEXT SCHEDULED EVENT:<br>PRETRIAL CONFERENCE<br>APRIL 8, 2008 @ 4:15 P.M. |

## DECLARATION OF ALISON N. DAVIS

I, Alison N. Davis, declare as follows:

1. I am one of the attorneys for Defendant United Planning Organization, Inc. in this action. My statements in this Declaration are based on personal knowledge.

2. Attached hereto as **Exhibit A** is a copy of *Johnson v. District of Columbia*, 935 A.2d 1113, 1116 (D.C. November 21, 2007) (*McDonnell Douglas* burden-shifting standard appropriately applied on claim for relief pursuant to the District of Columbia Whistleblower Protection Act, D.C. Code § 1-615.51 *et seq.*). UPO respectfully submits *Johnson* as an additional authority for this Court's consideration in support of UPO's Motion for Summary Judgment.

3. Plaintiff's counsel does not object to the filing of this Declaration.

I declare under the penalty of perjury that the contents of the foregoing Declaration are true and correct.

Executed this 27th day of February, 2008.

_____
Alison N. Davis