UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
**MOHAMMED AMIN KAKEH,**          )
                              )
       Plaintiff,         )
                              )
  v.                          )   Civil Action No. 05-1271 (GK)
                              )
**UNITED PLANNING**               )
**ORGANIZATION, INC.,**           )
                              )
       Defendant.         )
_____)

## ORDER

    Plaintiff Mohammed Amin Kakeh brings this whistle-blowing case against his former employer, the United Planning Organization, Inc. ("UPO"). Plaintiff alleges violations of the District of Columbia Whistleblower Protection Act ("WPA"), D.C. Code §§ 2-223.01 et seq. (Count I); wrongful discharge under District of Columbia common law (Count II); retaliation in violation of the District of Columbia Human Rights Act ("DCHRA"), D.C. Code § 2-1402.61 (Count III); retaliation in violation of the False Claims Act ("FCA"), 31 U.S.C. § 3730(h) (Count IV); and retaliation in violation of the District of Columbia False Claims Act ("DCFCA"), D.C. Code § 2-308.16 (Count V). This matter is before the Court on Defendants Motion for Summary Judgment [**Dkt. No. 73**]. Upon consideration of the Motion, Opposition, Reply, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment [**Dkt. No. 73**] is **granted** as to Count II and **denied** as to Counts I, III, IV, and V.

February 27, 2008                     /s/_____
                                      Gladys Kessler
                                      United States District Judge

**Copies to: Attorneys of record via ECF**