IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.,<br><br>  Defendant. | CIVIL ACTION NO. 05-1271 (GK/JMF)<br><br>Next Scheduled Event:<br>Pretrial Conference on 4/8/08 at 4:15 pm |

## UNITED PLANNING ORGANIZATION, INC.'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY FROM AMINAH KAKEH

Defendant United Planning Organization, Inc. ("UPO"), by and through its undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 7, files this motion *in limine* to enter an order excluding testimony, argument and evidence from Plaintiff's daughter, Aminah Kakeh, as grounds therefore, states as follows:

UPO is concurrently filing a memorandum of points and authorities in support of this motion *in limine* to exclude testimony, argument and evidence from Plaintiff's daughter because such evidence and testimony cumulative and will unnecessarily delay these proceedings. The basis for UPO's motion is more fully set forth in the memorandum of points and authorities in support of the motion.

A proposed order granting the relief sought herein is provided herewith. Opposing counsel does not consent to the relief sought herein.

Dated: March 21, 2008

Respectfully submitted,

By: _____
Alison Nadine Davis
D.C. Bar No. 429700
adavis@fordharrison.com
David A. Rosenberg
D.C. Bar No. 433405
drosenberg@fordharrison.com
Kevin M. Kraham
D.C. Bar No. 459077
kkraham@fordharrison.com

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC  20036
(202) 719-2000
(202) 719-2077 (Facsimile)

Attorneys for Defendant United Planning Organization, Inc.

DC:73191.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.,<br><br>Defendant. | CIVIL ACTION NO. 05-1271 (GK/JMF)<br><br>Next Scheduled Event:<br>Pretrial Conference on 4/8/08 at 4:15 pm |

**UNITED PLANNING ORGANIZATION, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION *IN LIMINE*
TO EXCLUDE TESTIMONY FROM AMINAH KAKEH**

Defendant United Planning Organization, Inc. ("UPO"), by and through its undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 7, files this motion *in limine* to exclude from the jury testimony or evidence from Plaintiff Mohammed Amin Kakeh's ("Plaintiff's") daughter, Aminah Kakeh, and, as grounds therefore, states as follows:

Plaintiff, a former Controller for UPO, brings claims of retaliation pursuant to the District of Columbia Whistleblower Protection Act, the District of Columbia Human Rights Act, the District of Columbia False Claims Act and the federal False Claims Act against his former employer UPO following his termination in conjunction with the outsourcing of the management of UPO's Finance Office. The Court has allotted 13.5 days for the parties' cases in chief and rebuttal. Based on Plaintiff's witness list, UPO anticipates that Plaintiff will seek to introduce evidence regarding his emotional condition at trial that is cumulative. Specifically, UPO expects Plaintiff to attempt to elicit testimony from his daughter, Aminah Kakeh, regarding her observations of alleged changes in his emotional condition to corroborate his testimony

regarding the emotional distress that he allegedly suffered. Dkt. No. 84(Joint Pretrial Statement at 11)

Plaintiff already seeks to introduce evidence at trial from other family members. Specifically, Plaintiff has identified as witnesses his wife, Toni Kakeh, and his other daughter, Nabeelah Kakeh. *Id.* at 10-11. UPO anticipates that Plaintiff also will rely on their testimony to corroborate his testimony regarding emotional distress. *See e.g., id.*; Exhibit A (Deposition of Toni Kakeh at 119:2 – 124:17). While the testimony of Aminah Kakeh may be relevant to Plaintiff's claim for emotional distress damages, its probative value is far outweighed by consideration of the needless presentation of cumulative evidence regarding Plaintiff's emotional condition in a proceeding that is scheduled to last 13.5 days. For that reason, UPO requests that this Court exclude testimony and evidence from Aminah Kakeh from opening statements, witness testimony, or other introduction at trial. Fed. R. Evid. 403.

WHEREFORE, Defendant, UPO, respectfully requests that this Court enter an Order *in limine* excluding any evidence and testimony from Aminah Kakeh.

Dated: March 21, 2008                Respectfully submitted,

By: /s/ Alison Nadine Davis
Alison Nadine Davis
D.C. Bar No. 429700
David A. Rosenberg
D.C. Bar No. 433405
Kevin M. Kraham
D.C. Bar No. 459077

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
(202) 719-2000
(202) 719-2077 (Facsimile)

Attorneys for Defendant United Planning Organization, Inc.

DC:73192.1