A

```
 1            UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
 2

 3   - - - - - - - - - - - - - - - - - -x
                                        :
 4   MOHAMMED AMIN KAKEH,                :
                                        :
 5                    Plaintiff,         :
                                        :
 6      - vs -                           :  Civil Action
                                        :  1:05-CV-1271
 7   UNITED PLANNING ORGANIZATION, INC.  :
                                        :
 8                    Defendant.         :
                                        :
 9   - - - - - - - - - - - - - - - - - -x

10

11                                         Washington, D.C.

12                                         July 26, 2006

13   Deposition of:

14                   TONI KAKEH

15   a witness, was called for oral examination by counsel

16   for the Defendant, in the offices of Ford & Harrison,

17   1300 19th Street, Suite 700, Washington, D.C. 20036,

18   commencing at approximately 10:15 a.m., on Wednesday,

19   July 26, 2006, before Deborah L. Spear, a Notary

20   Public in and for the District of Columbia, when were

21   present on behalf of the respective parties:

22                                              COPY
```

DEBORAH L. SPEAR
(301) 843-9370

1   A   Okay.

2   Q   How do you believe that UPO's termination of
3   your husband has impacted him with his relationship
4   with his family?

5   A   It's caused immense stress for Amin.  He
6   has -- in terms of the family his relationship is more
7   difficult because the preoccupation with the stress
8   over losing his job and the wrongfulness of losing his
9   job.  On a personal level it's impacted us intimately.
10  His relation with the kids, I mean even though he has
11  made every effort to be the same as before, it's
12  impossible to be the same as before.

13  Q   How has it impacted you intimately?

14  A   Well, our intimate relations for a period of
15  almost a year almost ceased because of his
16  preoccupation and concern and the stress level.  For
17  me personally when he received his reduction in force
18  I was pregnant at the time, and within a couple weeks
19  I lost that child.  So we were both just preoccupied
20  with that situation, and he more so than I.

21  Q   Do you believe that you miscarried your
22  child because he lost his job?

| | | |
|---|---|---|
| 1 | A | I believe that definitely was a contributing |
| 2 | factor. | |
| 3 | Q | Had you been having complications with your |
| 4 | pregnancy prior to his termination? | |
| 5 | A | No.  But I was over-stressed and on my feet |
| 6 | a lot after that.  So I think it definitely | |
| 7 | contributed to it. | |
| 8 | Q | How were you on your feet more after June of |
| 9 | 2004? | |
| 10 | A | Well, in a situation like that you are more |
| 11 | stressed.  You just -- it's difficult to rest or to | |
| 12 | just act like nothing is going on.  So when I say on | |
| 13 | my feet, I was more preoccupied and thinking, and the | |
| 14 | stress level, and how it affects your blood pressure, | |
| 15 | and how your heart rate is increased, and you have, | |
| 16 | you know, you are just more -- all in all more anxious | |
| 17 | is how I felt. | |
| 18 | Q | Had you had any complications with prior |
| 19 | pregnancies? | |
| 20 | A | No. |
| 21 | Q | Had you had any previous miscarriages? |
| 22 | A | My first, when I was pregnant for the very |

1  first time I did miscarry, and that was back before my
2  first child was born.
3     Q    And you said that losing his job impacted on
4  his relations with the children?
5     A    Yes.
6     Q    How has that occurred?
7     A    Even though he made every effort to be, you
8  know, inclusive into their -- what is going on with
9  them and what they are doing, the preoccupation with
10 his own situation, his job, because he never tried to
11 make his job their problem, so it's not something he
12 was sharing with them on a day-to-day basis, and it
13 would just -- you know, it was there preventing him
14 from being as if it wasn't there.
15    Q    How did it change the way in which he
16 interacted with them on a day-to-day basis?
17    A    Well, from a financial standpoint he had to
18 set more limits, you know, we can't afford to do this.
19 We can't afford to get your season tickets this year.
20 We can't afford for you to involve in this activity,
21 or like if you want to take basketball or something,
22 it is just not something we can do right now, from

1  that point, but, you know, he did everything else.  It
2  affected him more monetarily, not being able to say no
3  to these things, but he would be more -- he wasn't
4  able to act as if it wasn't going on because he was
5  busy taking care of the details that that stress
6  involved, looking for a job, trying to take care of
7  his health, and all those limits that that set upon
8  him.
9      Q    How did the children react when they were
10 told that they couldn't have season tickets or
11 participate in certain activities?
12     A    Well, they were willing to -- they weren't
13 like upset or anything because they realized the
14 situation, they were conscious, and we tried to find,
15 you know, cheap alternatives, I will take you to the
16 park, we can go look in the mall, just try to find
17 something that doesn't cost, those kind of things,
18 but, you know, kids feel pressure.  When they go to
19 school they want to -- almost the first thing they ask
20 them to do is to write about your summer, and so and
21 so went on a great vacation to wherever and you didn't
22 have a vacation to write about.  So, you know, that

1  way it impacted them negatively.
2      Q    Prior to your husband being terminated from
3  UPO do you recall if he took time off because he was
4  sick?
5      A    To my knowledge he had -- you know, he was
6  sick from -- he was there six years.  So there were
7  times that he was ill, you know, but not for -- the
8  only long period of time is when he suffered his heart
9  attack early on.
10     Q    Do you recall him feeling ill in May of 2004
11 and not going to work?
12     A    That's possible.  I don't recall exactly.  I
13 know he was under, you know, tremendous stress then.
14     Q    I would like you to take a look at the page
15 on T. Kakeh Exhibit Number 5 which is MAK 5885.  Does
16 that refresh your recollection about him taking time
17 off from work because he was sick?
18     A    This could have been sick.  I mean Amin
19 routinely has to get a blood test to check his INR for
20 his Coumadin.  So I don't remember the specific date.
21 I'm just looking at his entry here.
22     Q    Do you recall if he was having a problem

```
 1  with insomnia prior to June of 2004?
 2      A    I don't believe his -- he could sleep almost
 3  any time before the stress got so bad, but it was
 4  really extreme after he lost his job because he
 5  couldn't rest for more than a couple hours at a time.
 6      Q    But he didn't suffer from insomnia prior to
 7  June of 2004?
 8      A    I don't recall -- only if he had situations
 9  in his life where he had like a small prob -- not a
10  small problem, he might have had -- because insomnia,
11  it depends on how you define it.  Insomnia means what,
12  inability to sleep?
13      Q    Correct.
14      A    For long periods of time or just -- he felt
15  exhausted.  So I'm -- I know he suffered it after the
16  problem in June, but before that to the degree, no,
17  not like after.
18      Q    I would like you to take a look at T. Kakeh
19  Exhibit Number 5, the page that's Bates stamped MAK
20  5884.
21          MR. MELEHY:  One more time?
22          MS. DAVIS:  5884.
```

DEBORAH L. SPEAR
(301) 843-9370

```
 1  DISTRICT OF COLUMBIA

 2          I, Deborah L. Spear, a Notary Public for

 3  the District of Columbia, do hereby certify that the

 4  foregoing was reported by stenographic means, which

 5  matter was held on the date and at the time and place

 6  set out on the title page hereof, and that the

 7  foregoing transcript constitutes a true and accurate

 8  transcript of same to the best of my ability.

 9          I further certify that I am not related

10  to any of the parties, nor am I an employee of or

11  related to any of the attorneys representing the

12  parties, and I have no financial interest in the

13  outcome of this matter.

14          GIVEN under my hand and seal this 30th

15  day of July 2006.

16

17

18                          _____
                                Deborah L. Spear
19                              Notary Public

20

21  My commission expires:

22  January 14, 2011
```

DEBORAH L. SPEAR
(301) 843-9370