IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.,<br><br>Defendant. | CIVIL ACTION NO. 05-1271 (GK/JMF) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF AMINAH KAKEH**

UPON CONSIDERATION of Defendant United Planning Organization, Inc's Motion *in Limine* to Exclude Evidence or Testimony from Aminah Kakeh, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2008 hereby:

**ORDERED** that Defendant's Motion is **GRANTED**.

**FURTHER ORDERED** that Plaintiff may not present at trial any evidence, argument, or testimony from Aminah Kakeh.

_____
U.S. District Judge Gladys Kessler

Copies to:

Omar Vincent Melehy, Esq.
Regan Rush, Esq.
MELEHY & ASSOCIATES, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

Alison N. Davis, Esq.
Kevin M. Kraham, Esq.
David A. Rosenberg, Esq.
FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036