A

COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - -x

MOHAMMED AMIN KAKEH,                  :

        Plaintiff,             :

      vs.                            : Civil Case No.

UNITED PLANNING ORGANIZATION,    : 1:05-CV-1271

INC.,                                          :

        Defendant.             :

- - - - - - - - - - - - - - - -x


    Pursuant to notice, the deposition of DORIS STASHENKO was taken on Tuesday, February 28, 2006, commencing at 1:04 p.m., at the offices of Zipin & Melehy, LLC, 8403 Colesville Road, Suite 610, Silver Spring, Maryland 20910, before Judith D. Van Vliet, CSR and Notary Public.



Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

19

1   know, if -- I don't want to speculate, but I mean,
2   they would have a working relationship also because
3   Mr. Kakeh was also the controller or the finance
4   officer.  And so I don't know if they worked with
5   the monthly invoices or the quarterly invoices that
6   we would have to get our money somehow, and
7   somebody would have to prepare documents and
8   finance.  So I'm sure we discussed some things.
9   You know, something must have come up but I don't
10  know -- you know, I don't know what.
11       Q    Just to clarify.  You don't have any --
12  you don't recall any conversations between Mr.
13  Kakeh and Mr. Eboda, say in January or February of
14  2004, any specifics about any conversation?
15       A    No.  Not that I can remember.
16       Q    Do you remember giving Mr. Kakeh Mr.
17  Eboda's contact information at any time?
18       A    His contact information.  Mr. Kakeh
19  called me one time and just said to ask Dr. Eboda
20  to call him.  He said "Tunde."  Well, everybody
21  says Tunde.  We don't call him Dr. Eboda because he

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

20

1   didn't have his Ph.D. when we first met him.

2       Q    Do you remember when that was?

3       A    No, no.

4       Q    Can you give me a month?

5       A    I can't give you a month.

6       Q    Can you give me a year?

7       A    Probably in '04. But I can't -- there's
8   no way I can give you a month.

9       Q    Early of 2004, towards the end of 2004?

10      A    Was Amin still there at the end of 2004?
11  Was he still with UPO?

12      Q    He left UPO in June of 2004.

13      A    Okay. So he couldn't have been there at
14  the end. So I guess I will say in the beginning.
15  No, I'm not going to speculate.

16      Q    Okay.

17      A    But I know, if he left in June, it
18  couldn't have been at the end of 2004.

19      Q    Do you remember if it would have been
20  before DHS started the on-site monitoring?

21      A    You know, I don't know when the DHS -- I

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

21

1  can't recall when the DHS on-site monitoring. And
2  I just would like the record to show that I'm a
3  recent widow and I cannot remember too much
4  anymore. I've gone through a real stressful time
5  with my husband for the last two years being very
6  ill, and now his passing away. So, you know, a lot
7  of things are not clear to me yet.
8        I can tell you one thing that I
9  remember, and I'll tell you it must have -- I don't
10 know when it would have been but -- I don't know
11 when Tunde came, but I do remember what I wanted to
12 mention previously was that I was part of Mr.
13 Jennings' CSBG team that met quarterly with the DHS
14 people. And I remember in a meeting on January
15 30th, and the reason I know that is because I have
16 it in my medical appointment book as "can't make
17 medical appointments" that day because we have the
18 quarterly CSBG meeting. And that was January 30th
19 of 2004. That Tunde Eboda told us in the meeting,
20 he told Mr. Jennings, that he would be doing a
21 monitoring visit, and that it would be both

22

1   programmatic and fiscal. And if I'm not mistaken,

2   this was from my experience with CSBG, that this

3   was the first time they'd ever done a fiscal audit.

4   Or planning to do a fiscal audit.

5       Q    Do you remember Mr. Eboda indicating why

6   they were going to do a fiscal audit at this time?

7       A    Because he had never done one, and he

8   was the new director now. He was not just the

9   monitor. He was the person responsible for this 9

10  million-dollar grant.

11      Q    Did he indicate how this -- just how the

12  fiscal audit would be different than the

13  programming review?

14      A    No. He never went in to that.

15      Q    Can you tell me what other UPO employees

16  are present at this quarterly meeting?

17      A    Usually it's the office director at that

18  time, who's now my supervisor in a different

19  capacity, and that was Vanessa Rawls, R-a-w-l-s,

20  Gladys Mack, Ben Jennings, sometimes Ganna

21  Grinshpun if we had a technology, if technology was

23

1    on the agenda. I think that's about what I can
2    remember. Because we don't have them anymore. Or
3    they have them but we're not included anymore. I'm
4    no longer included.
5         Q    Do you happen to recall if any type of
6    minutes are taken at these meetings, anybody
7    records what goes on at the meeting?
8         A    Not really. I remember that Tunde
9    always had an agenda.
10        Q    You mentioned that Amin Kakeh called and
11   asked you to tell Tunde to call him.
12        A    To relay a message, mm-hmm.
13        Q    And did you?
14        A    Yeah. That's not unusual for me.
15   People ask me for that man's telephone number or a
16   label or something all the time.
17        Q    Did you think it was strange that he was
18   asking you to tell Tunde to call him as opposed to
19   just asking for his phone number?
20        A    No. Hmh-mm. Not at UPO. And I believe
21   he was busy.

24

1  Q   He, being?

2  A   Amin.

3  Q   Do you remember calling Tunde and asking

4  him to call Amin?

5  A   Just relayed the message and that was

6  it.

7  Q   You don't remember Tunde asking why?

8  A   No.

9  Q   Anything?

10 A   Hmh-mm.

11 Q   This gossip rumor mill you were talking

12 about earlier, do you remember anything coming out

13 of that about towards the end of the DHS monitoring

14 review?  Did you ever have a conversation with any

15 other employees about the results of that review?

16 A   No.  I never saw the results of the

17 review.  That's why I'm saying it was just in draft

18 form.

19 Q   So you never -- did you ever become

20 aware of whether the review turned out well for UPO

21 or --

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

33

1  he would -- maybe he was asked to leave. I don't
2  know.
3      Q   Did you ever talk to him about it?
4      A   He would never. He would never be -- he
5  was just a quiet man, and sort of would do
6  whatever, you know. So maybe he thought that if
7  they wanted him to go, he would go and he would
8  just go quietly.
9      Q   Do you remember when Amin Kakeh left
10 UPO?
11     A   No. It had to be in -- again, you said
12 he wasn't there at the end of '04, so he must have
13 been -- you said June maybe. But I don't remember.
14 Dates, I don't remember when he left.
15     Q   So you don't remember it being around
16 the same time as when William Isaac left?
17     A   No, I can't say. I don't know.
18     Q   You said that management told you
19 William Isaac left because he wanted to retire?
20     A   Right.
21     Q   Do you remember them giving any reason

34

1  why Amin Kakeh left?

2       A    I think the reason that they said was a

3  reorganization.  But they kept telling us all the

4  time they were going to reorganize, so it took them

5  a long time to get their reorganization together.

6       Q    Have they finished the reorganization as

7  of now at this point?  Did you think they

8  accomplished the reorganization?

9       A    Yeah, they have it pretty much on the

10 chart and people in the right boxes.

11      Q    Do you remember an outside company ever

12 coming in to handle the finances of UPO?

13      A    I do, I think.

14      Q    Do you remember the name of that

15 company?

16      A    No.

17      Q    Do you remember about when this company

18 came on?

19      A    No.

20      Q    Do you remember about how long they were

21 there or if they still are?

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

37

1  he had, I just saw him and took the opportunity to
2  ask him.
3      Q    On that point with this rumor mill, what
4  employees at UPO were you hearing these rumors
5  from?
6      A    A lot.
7      Q    Did you hear any rumors from Amin Kakeh?
8      A    No. I mean -- no. I don't know. I
9  don't think so. Because I didn't talk to him that
10 much. So they might have come -- no, I don't think
11 so. He'd never call me and say I have a rumor or
12 something like that. No. We talked so little, so.
13     Q    Okay. Again, so you said there were
14 rumors about a boat --
15     A    Right.
16     Q    -- is that right?
17     A    Mm-hmm.
18     Q    And you said that it was the UPO
19 purchased a boat?
20     A    No, I didn't say that they purchased a
21 boat. I said there were rumors about a boat

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

38

1  because management went fishing at least once a
2  week.
3      Q   So what was said about the boat?  What
4  was the content of these rumors?
5      A   Oh, I stand corrected.  They would say
6  that UPO is buying a boat, but we never saw a boat,
7  so.  Or we're invited to go on a boat.
8      Q   You said that they said UPO is buying a
9  boat.  Do you remember who these people are they
10 were talking --
11     A   Just general.  I mean the regular work
12 crew, the people who work there, everyone knew
13 about a boat.  No one knew where it was.
14     Q   Well, you said that you didn't hear
15 about it from -- did you hear about it from Gladys
16 Mack?
17     A   No.
18     Q   Did you hear it about it from Ben
19 Jennings?
20     A   No.
21     Q   Did you hear about it from Sheila

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

41

1   Q   Other than Mack and Jennings, are you
2   aware of anybody else that had access to credit
3   cards?
4   A   No.
5   Q   Again the rumor mill, they talked about
6   a boat and they talked about credit cards. What
7   other type of mismanagement issues were coming out
8   of this rumor mill?
9   A   Hmm. I think that's it that I can
10  remember.
11  Q   You mentioned that Tunde Eboda said they
12  were coming to do a financial audit; is that right?
13  A   No. They were coming for a monitoring
14  visit and that it would be both programmatic and
15  financial.
16  Q   And you said the reason he did that was
17  because they had never done one; is that right?
18  A   I don't know if that's his -- I don't
19  know if that's his exact reason. That was my
20  recall of why I remember it because they had never
21  done a financial audit before.

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

44

1  again it was a programmatic and a financial audit.
2      Q    Do you recall Tunde Eboda ever coming to
3  your office at UPO during that financial audit for
4  any reason?
5      A    Might have stopped by to say hi on his
6  way to the men's room or going down the elevator.
7  My office sits directly across from the elevator so
8  a lot of people stop in all day long while they're
9  waiting.
10     Q    Do you remember having any meeting in
11 your office at UPO with Tunde Eboda and Amin Kakeh
12 during that financial audit?
13     A    No.
14     Q    Were you aware Amin Kakeh was meeting
15 with Tunde Eboda during the course of this audit?
16     A    No.
17     Q    Were you aware that Amin Kakeh was
18 meeting with Tunde Eboda before the financial audit
19 started?
20     A    No.
21     Q    Were you aware that Amin Kakeh was

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

45

1   having conversations with Tunde Eboda?

2   A    Well, I assumed -- well, I can't say I
3   assumed because I did pass on the telephone
4   message, so I don't know what they wanted to
5   discuss.

6   Q    Did Amin Kakeh ever come back to you and
7   discuss his phone calls with Tunde Eboda?

8   A    No.

9   Q    You said you recall one conversation in
10  which Amin Kakeh asked you to have Mr. Eboda call
11  him.  Is that the only conversation you remember
12  having with Amin Kakeh about Tunde Eboda?

13  A    Yes.  And it was a telephone call that
14  he -- it wasn't a conversation.  It was a telephone
15  call.  He called me and asked me to relay to Tunde
16  that he wanted to talk to him.

17  Q    And Mr. Kakeh never called you back or
18  had a face-to-face conversation about his
19  interactions with Tunde Eboda?

20  A    Not that I can recall.

21  Q    Going back again, you said you went to

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

46

```
 1   Dana Jones and asked why William Isaac was leaving
 2   UPO.  And he was the one that told you it was
 3   because he was retiring?
 4        A    That he wanted to retire.  He had things
 5   to do and he wanted to retire.
 6        Q    You said the reason you were told by
 7   management that Amin Kakeh was leaving was for a
 8   reorganization.  Do you remember who told you that?
 9        A    No, I don't.
10        Q    Do you remember if it was in a private
11   conversation or in a large group?
12        A    No, I don't recall which one it was.
13        Q    Are you sure it was done by management
14   or it went through the rumor mill?
15        A    No, I'm not sure.
16        Q    And again do you remember -- I actually
17   don't remember your testimony.  Did you say you
18   recall when Nona McLean left?
19        A    No, I don't.  I think I said -- I
20   wouldn't know.  I don't remember when she left.
21        Q    Do you know why she left?
```

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

47

```
 1      A     No, I can't remember the reason that she
 2   left.
 3      Q     Do you remember having any discussions
 4   with other employees in this rumor mill about Nona
 5   McLean leaving?
 6      A     No.  She was old-hat.  No one gossiped
 7   about her anymore, she had been around so long.
 8      Q     Do you remember having any conversations
 9   with other UPO employees in this rumor mill about
10   William Isaac leaving?
11      A     No.
12      Q     What about Amin Kakeh leaving?
13      A     No.
14      Q     Did you ever have any interactions with
15   Amin Kakeh after he left UPO?
16      A     I did call him a couple of times at the
17   request of other employees that say, why don't you
18   call him?  You know, he's really down, and that
19   kind of stuff.  And that's normally what I would
20   do, you know, if somebody is down.  Not very many.
21   I don't think I've talked to him in over a year or
```

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

48

1  two years. They were never -- I never initiated
2  any. Everybody just said, just call him, you know.
3    Q    Do you remember what you talked about
4  during any of those conversations?
5    A    Just how he was doing, how the family
6  was, did he find a job.
7    Q    Did you ever talk to him about why he
8  left UPO?
9    A    No.
10    Q    Amin Kakeh never gave you any reason why
11  he left?
12    A    No, we didn't -- we didn't discuss his
13  departure or anything. It was just, you know, how
14  are you, that kind of stuff, just --
15    Q    Well, you said that people were telling
16  you that he was really down and you wanted to see
17  how he was doing. Did you understand the terms of
18  his departure to be not voluntary?
19    A    Well, I knew he didn't resign. I mean I
20  don't think he resigned. He was reorganized. I
21  don't know how they severed him.

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

49

1    Q    Did Mr. Kakeh ever --

2    A    I don't know if it was a reduction in
3  force. I don't know how they severed him.

4    Q    Mr. Kakeh never shared with you his
5  thoughts on why he might have been let go from UPO;
6  is that right?

7    A    No.

8    Q    You mentioned earlier that Ben Jennings
9  had mentioned reorganizing and outsourcing the
10 financial department as early as when you were at M
11 Street?

12   A    Mm-hmm.

13   Q    Why do you think they decided to do it
14 when they did, given they had been thinking about
15 it for so long?

16   A    I can't speak for management. I don't
17 know.

18   Q    Did you speak to any other employees
19 about why they were trying to do it at that time?

20   A    No.

21   Q    Did you ever speak to Tunde Eboda about

REPORTER'S CERTIFICATE

I, JUDITH D. VAN VLIET, Certified Shorthand Reporter and Notary Public, do hereby certify that the foregoing is a true and accurate transcript of my stenographic notes of the deposition of *Doris Stashenko*, who was first duly sworn, taken at the place and on the date hereinbefore set forth.

I further certify that I am neither attorney nor counsel for, nor related to or employed by any of the parties to the action in which this deposition was taken, nor financially interested in this action.

THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR DIRECTION OF THE CERTIFYING REPORTER.

_____
JUDITH D. VAN VLIET, C.S.R.
CA License No. 1924
NJ License No. X00409 (inactive)
NH License No. 121
My Commission Expires 10/1/07

DATED: *March 9, 2006*