# B

COPY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------------x

MOHAMMED AMIN KAKEH,                 x

       Plaintiff,              x Civil Case No.

       v.                      x 1:05-CV-1271

UNITED PLANNING ORGANIZATION, INC., x

       Defendant.              x

------------------------------------ x

                          Thursday, February 23, 2006

                          Silver Spring, Maryland

The deposition of TUNDE EBODA called for examination by counsel for Plaintiff in the above-titled matter, pursuant to notice, in the Offices of Zipin & Melehy, 8403 Colesville Road, Silver Spring, Maryland, before Jonell Easton, Notary public, at 10:00 a.m., when were present on behalf of respective parties:



Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

21

1    Q.   Stanshenko?

2    A.   Doris.

3    Q.   Doris not Delores, okay.

4         Did you receive a phone call from her in
5    February of 2004 regarding the finances at UPO?

6    A.   I don't recall that date.

7    Q.   Did you talk to Amin Kakeh in February of
8    2004 about UPO finances?

9    A.   I did.

10   Q.   Do you remember when you talked to him?

11   A.   Precise date, I don't, but it was in
12   advance, prior to the site visit of February 18,
13   2004.

14   Q.   The site visit of February 18, 2004, when
15   was that planned?

16   A.   Actually, the site visit I recall was
17   talked about at our July of 2003 quarterly meeting.
18   We began to discuss the interest that the
19   department has to come out, to come and do a
20   monitoring exercise based on key staff at UPO not
21   being available to participate, it was--the

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

22

1  schedule did not hold.

2         And I know we tried at least two other

3  times prior to that, after, I mean after that to

4  have, to conduct the monitoring exercise, and that

5  always, for one reason or the other, it did not

6  happen.

7         We pressed specifically that plans for the

8  monitoring exercise of February hold because there

9  were two things going on at that time.

10        We were up for a council hearing slated

11 for June, July of 2004 and my office determined we

12 would like to act, to have concluded the monitoring

13 exercise of the sub grantee organization before we

14 went to that hearing.

15        And if we were to conduct the exercise and

16 develop a report and give ourselves time to do any

17 follow up before we go before the council hearing

18 in June or July, it was the latest time we can

19 possibly do the monitoring exercise, so we pressed

20 for that.

21        There would be instances where we would

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

23

1  insist we come and do something, perform training,
2  a site visit.
3          If my office determines that there is a
4  strong reason, we will pick.
5          But generally speaking, we try to make it
6  a collaborative cooperative effort in terms of
7  scheduling.
8      Q.   As of when was the February 18 date
9  scheduled?
10     A.   It would have to be, I believe, the
11 quarterly meeting we conducted in December.
12     Q.   It wasn't--the quarterly meeting wasn't in
13 January?
14     A.   I could check on that.  It could be
15 January.  I am not sure.
16     Q.   At the quarterly meeting, you made it
17 clear that there would be an audit, a monitoring
18 exercise that went on, began on February 18?
19     A.   Correct, we are careful not to call the
20 exercise an audit.  It is a monitoring exercise,
21 correct.

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

24

1  Q.  What had you planned to do, as of the
2  quarterly meeting, during that monitoring exercise?
3  A.  It was set up as a routine exercise where
4  we would go in, have an interview with the
5  executive, usually the executive director and
6  whatever the executive director includes in that
7  entrance interview, mostly, it would include the
8  deputy director and perhaps one or two other senior
9  management staff.
10     We would do the entrance interview and we
11 would have developed a list of significant program
12 managers that we would like--not only program
13 managers, but line staff we would like to interview
14 and in advance, documents of interest--we would
15 make that clear so they can have those documents
16 available for us.
17     So it was set out to be a routine program
18 monitoring exercise.
19  Q.  You had planned to do the monitoring
20 exercise with your own DHS staff?
21  A.  Correct.

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

185

CERTIFICATE OF NOTARY PUBLIC

I, JONELL EASTON, the officer before whom the foregoing deposition was taken, do hereby testify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me stenographically and thereafter reduced to typewriting under my direction; that said deposition is a true and accurate record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto nor financially or otherwise interested in the outcome of the action.

JONELL EASTON
Notary Public