UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AMIN KAKEH,

    Plaintiff,

v.

UNITED PLANNING ORGANIZATION, INC.,

    Defendant.

Civil Action No. 05-1271 (GK)

Next Scheduled Event:
Pretrial Conference on 4/8/08 at 4:15 pm

## ORDER

Upon consideration of Defendant's Motion for Reconsideration, any opposition thereto, the entire record herein, and for good cause shown, it is hereby:

**ORDERED** that Defendant's Motion for Reconsideration is **GRANTED**; and it is further

**ORDERED** that Defendant's Motion for Summary Judgment as to Counts I, IV, and V is **GRANTED**.

Dated this the _____ day of _____, 2008.

_____
GLADYS KESSLER
United States District Judge

Copies to:

Attorneys of record via ECF