UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

v.

United Planning Organization, Inc.,

    *Defendant*.

Civil Case No. 1:05-cv-1271 (GK/JF)

## PLAINTIFF'S FIRST MOTION IN LIMINE

Pursuant to Federal Rules of Civil Procedure, Rule 7 and Paragraph 5 of the Court's Order of June 26, 2007, Plaintiff hereby moves this Court to exclude from evidence the following:

1. Any evidence concerning an incident of alleged child abuse by Plaintiff on October 23, 2004.  This includes any evidence related to the circumstances of the October 23, 2004 incident and that Plaintiff spent approximately 12 days in jail followed by probation as a result of the incident.

2. Nabeelah Kakeh as a witness at trial for either party.

3. Any evidence concerning the circumstances surrounding the termination of Plaintiff's employment at Manna, Inc., including any evidence related to Plaintiff's work performance at Manna, Inc.

4. Any evidence concerning the Plaintiff's work for the People's Committee, an organization funded by the Libyan government.

5. Any evidence concerning the Plaintiff's work for a member of the Saudi Royal family.

6. The following opinions by Defendant's expert, Dr. Henderson:  (1) his opinion on whether Plaintiff is a credible witness; (2) his opinion on whether Plaintiff was a trouble-

maker at UPO or his past employment; (3) his opinion that Plaintiff did not respect his boss because she was a woman; (4) his tacit opinion that Plaintiff has trouble working with women; (5) his opinion that Plaintiff created chaos at UPO or Manna, Inc.; (6) the prudency of the Plaintiff's decision to pursue this litigation; (7) speculation about Plaintiff's extra marital activities; (8) his opinion that the Plaintiff is an authoritarian, angry and heavy handed individual and behaves so with those who do not do things exactly as the Plaintiff feels they should be done; (9) his opinion that the Plaintiff has little patience and little capacity to work out problems through reasonable solutions in social situations; (10) his opinion that the Plaintiff's insight and judgment is impaired because of his cultural bias; (11) any opinion by Dr. Henderson that is not related to the issue of Plaintiff's emotional distress damages in this case.

7. Any reference by Defendant's expert, Dr. Henderson, to the following facts: (1) Plaintiff's previous employment at Manna, Inc; (2) the October 23, 2004 incident involving Nabeelah Kakeh; (3) Plaintiff's employment with the People's Committee, an organization funded by the Libyan government; (4) Plaintiff's alleged employment by a member of the Saudi Royal family.

Plaintiff requests that to ensure that the prejudicial effect of the above evidence is minimized completely, that the Court include in its order a requirement that all parties and witnesses, as well as the attorneys, are forbidden to raise these sensitive matters before the jury, and that all direct and indirect forms of communication, including questions, testimony, remarks, and arguments, are within the scope of the Court's order. In support of Plaintiff's Motion, Plaintiff relies on the attached Memorandum in Support of Plaintiff's First Motion in Limine and Exhibits.

WHEREFORE, Plaintiff respectfully requests this Court exclude the evidence described in paragraphs 1-7 from presentation at trial.  A proposed Order is attached.

**DUTY TO CONFER**

Undersigned counsel spoke with Alison Davis, counsel for the Defendant on March 18, 2008 and March 21, 2008 to confer regarding the matters of Plaintiff's First Motion in Limine. Counsel for the Defendant indicated that the Defendant opposes this Motion, including each and every request listed in 1-7 above. Therefore, Plaintiff and Defendant's counsel were not able to reach an agreement limiting the scope of this Motion.

Respectfully Submitted,

 /s/
Omar Vincent Melehy, Esq.
D.C. Bar No. 415849
Regan Rush, *pro hac vice*
California Bar No. 222837
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:    (301) 587-6308
Email: ovmelehy@melehylaw.com
          rrush@melehylaw.com

*Attorneys for Plaintiff*