# WARRANT OF ARREST–MISDEMEANOR (STATE)

VA. CODE §§ 19.2-71,-72

Fairfax County
CITY OR COUNTY

General District Court ☐ Criminal ☐ Traffic
☒ Juvenile and Domestic Relations District Court

TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 10/23/2004 (DATE) did unlawfully in violation of Section 18.2-57.2, Code of Virginia:

**assault and batter his daughter, Nabeelah Kakeh who is a family or household member.**

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Ofc. Jackson, J.D. #2539 FxCo, Complainant

Execution by summons ☐ permitted at officer's discretion. ☒ not permitted.

10/24/2004 03:52 PM
DATE AND TIME ISSUED

☐ CLERK ☐ MAGISTRATE ☐ JUDGE
Vanna Lan[illegible], #005, Magistrate

SUMMONS (If authorized above and by serving officer)
You are hereby commanded to appear before this court located at

on ............ at ............ [handwritten, illegible] AM/PM

I promise to appear in accordance with this Summons and certify that my mailing address as shown at right is correct. **CCRE May be Required**

ACCUSED

WARNING TO ACCUSED: You may be tried and convicted in your absence if you fail to appear in response to this Summons. Willful failure to appear is a separate offense.
SIGNING THIS NOTICE DOES NOT CONSTITUTE AN ADMISSION OF GUILT.

FORM DC-314 [illegible]

CASE NO. JA 333584-01-01

ACCUSED:
KAKEH, MOHAMMAD AMIN
LAST NAME, FIRST NAME, MIDDLE NAME
7050 LEESTONE STREET
ADDRESS/LOCATION
SPRINGIFELD, VA

To be completed upon service as Summons
Mailing address ☐ Same as above

☐

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. | BORN DAY | BORN YR. | HT FT. | HT IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| W | M | 06 | 28 | 44 | 5 | 07 | | BR | BR |

SSN 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

Commonwealth of Virginia
WARRANT OF ARREST
CLASS I MISDEMEANOR

☒ EXECUTED by arresting the Accused named above on this day:
☐ EXECUTED by summoning the Accused named above on this day:
☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

10-24-04 1555
DATE AND TIME OF SERVICE

J.D. JACKSON, ARRESTING OFFICER

2539 FFX COUNTY POLICE
BADGE NO., AGENCY AND JURISDICTION

for ............ SHERIFF

Attorney for the Accused: [handwritten, illegible]

EXHIBIT A

AND TIME

10/25/04 – waived couns
Hr: 12/9/04 ~~11:00 am~~ CRM
No Bond only
[illegible]

11-5-2004 Bond Motion $[illegible] P.R. Not to have contact w/ child
[illegible]

VA Crime Code:
ASL-1315-M1

War/Sum
059JA-FF20435790

12-12-05 Dismiss [illegible]

The Accused was this day:
[ ] tried in absence
[ ] present

[✓] PROSECUTING ATTORNEY PRESENT (NAME)

[✓] DEFENDANT'S ATTORNEY PRESENT (NAME)

[ ] NO ATTORNEY
[ ] ATTORNEY WAIVED
[ ] If convicted, no jail sentence will be imposed

[ ] Translator/Interpreter present:

NAME

Plea of Accused:
[ ] not guilty [ ] witnesses sworn
[ ] nolo contendere
[ ] guilty
[ ] Plea Bargain [ ] Plea and Recommendation

And was TRIED and FOUND by me:
[ ] not guilty
[ ] guilty as charged
[✓] guilty of
[✓] facts sufficient to find guilt but defer adjudication /disposition and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2. Costs imposed upon defendant.

And was FOUND by me to be:
[ ] driving a commercial motor vehicle
[ ] carrying hazardous materials

[ ] I ORDER a nolle prosequi on prosecution's motion

[ ] I ORDER the charge dismissed
[ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
[ ] conditioned upon payment of costs and successful completion of traffic school § 16.1-69.48:1
[ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2

12/9/04
DATE

I impose the following Sentence:
[ ] FINE [ ] CIVIL PENALTY of $ ______
with $ ______ suspended
[ ] JAIL sentence of ______ imposed
with ______ suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs. Pursuant to § 53.1-187, credit is granted for pre-trial detention.
[ ] Serve jail sentence beginning ______
[ ] on weekends only
[ ] Work release [ ] authorized if eligible [ ] required
[ ] not authorized
[ ] Public Workforce authorized
[ ] on PROBATION for ______
[ ] VASAP [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended ______
[ ] Restricted Driver's License per attached order
[ ] Ignition Interlock for ______
[ ] RESTITUTION of $ ______
due by ______ payable to ______
with interest thereon from ______
[ ] as condition of suspended sentence
[ ] ______ hours of community service to be performed for ______
[ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[✓] Other: Contd 12 mos for dism. 7-7 9-9-05
[ ] Remanded for CCRE Report
[ ] Bail on Appeal $ ______

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTION ARE NOT PAID. Va. Code § 46.2-395

[signature]
JUDGE

| | |
|---|---|
| FINE | $ ______ |
| COSTS | |
| 461 FIXED MISD FEE | ______ |
| 462 FIXED DRUG MISD FEE | ______ |
| 113 WITNESS FEE | ______ |
| 113 IGNITION INTERLOCK | ______ |
| 113 DUI FEE | ______ |
| 113 ______ | ______ |
| 113 ______ | ______ |
| 120 CT. APPT. ATTY | ______ |
| 121 TRIAL IN ABSENCE FEE | ______ |
| 125 WEIGHING FEE | ______ |
| 133 BLOOD TEST FEE | ______ |
| 137 TIME TO PAY | ______ |
| 234 JAIL ADMISSION FEE | ______ |
| 243 LOCAL TRAINING ACADEMY FEE | ______ |
| 244 COURTHOUSE SECURITY FEE | ______ |
| OTHER (SPECIFY) | ______ |
| TOTAL | $ ______ |

FAIRFAX COUNTY JUVENILE & DOMESTIC RELATIONS DISTRICT COURT
I, the undersigned ... of the above-named court ... Code 8.01-391(C) ... to which this authentication is affixed is a true copy of a record in the ... in the performance of my official duties.
1/4/05
DATE
[signature]
CLERK/DEPUTY CLERK

ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

-------------------------------x

MOHAMMED AMIN KAKEH, :

Plaintiff, :

vs. : Civil Action No.

UNITED PLANNING ORGANIZATION, : 1:05-cv-1271(GK/JF)

INC., :

Defendant. :

-------------------------------x

Silver Spring, Maryland

Tuesday, August 8, 2006

30(b)(6) Deposition of

DANA JONES

called for examination by counsel for the Plaintiff, pursuant to notice, held at the law offices of Melehy & Associates, LLC, 8403 Colesville Road, Suite 610, Silver Spring, Maryland, beginning at 10 a.m., before Lynell C.S. Abbott, Shorthand Reporter and Notary Public in and for the State of Maryland, when were present on behalf of the respective parties:

EXHIBIT

tabbies

B

A P P E A R A N C E S

On Behalf of Plaintiff:

Melehy & Associates, LLC
By: Omar Vincent Melehy, Esquire
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
(301) 587-6364

On Behalf of Defendant:

Ford & Harrison
By: Alison N. Davis, Esquire
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036
(202) 719-2017

basically is to proof the letters and make sure they're consistent with the policy. So we gave the information to HR and HR followed through with the policies and procedures, created the job groupings, did all the rest of that stuff. But in terms of actual decisions beyond that, no.

Q. Who at HR drafted the four RIF letters in question?

A. Robert Richardson, the former HR Director.

Q. Is he gone now?

A. Yeah. He retired that year.

Q. Did you at some point communicate with Robert Richardson or anybody else at HR and tell them that you wanted to eliminate Mr. Kakeh's position and not reassign him or take any of the other four RIF actions that we've discussed earlier with regard to Nona McLean, Mr. Isaac and Mr. Quashie?

A. Yes.

Q. When did you have that conversation with him or those conversations with him, if there were more than one?

DEPOSITION OF DANA JONES
Conducted on August 8, 2006

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

-------------------------------x

MOHAMMED AMIN KAKEH, :

Plaintiff, :

vs. : Civil Action No.

UNITED PLANNING ORGANIZATION, : 1:05-cv-1271(GK/JF)

INC., :

Defendant. :

-------------------------------x

Silver Spring, Maryland

Tuesday, August 8, 2006

Deposition of

DANA JONES

called for examination by counsel for the Plaintiff, pursuant to notice, held at the law offices of Melehy & Associates, LLC, 8403 Colesville Road, Suite 610, Silver Spring, Maryland, beginning at 10 a.m., before Lynell C.S. Abbott, Shorthand Reporter and Notary Public in and for the State of Maryland, when were present on behalf of the respective parties:

PRECISE REPORTING SERVICES
(301) 210-5092 (877) 4 A STENO

EXHIBIT C

DEPOSITION OF DANA JONES
Conducted on August 8, 2006

Page 2

A P P E A R A N C E S

On Behalf of Plaintiff:

Melehy & Associates, LLC
By: Omar Vincent Melehy, Esquire
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
(301) 587-6364

On Behalf of Defendant:

Ford & Harrison
By: Alison N. Davis, Esquire
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036
(202) 719-2017

PRECISE REPORTING SERVICES
(301) 210-5092 (877) 4 A STENO

Q. And are you prepared to testify about all the areas of inquiry listed in the notice of deposition?
A. I am.
Q. Okay, very good. Have you reviewed any documents after receiving this notice of deposition?
A. I have.
Q. What documents have you reviewed?
A. This document and my testimony.
Q. Have you reviewed any other documents?
A. No.
Q. Have you spoken with any people?
A. General Counsel and defense counsel.
Q. Okay. Now, what was the reason why the Plaintiff's employment at UPO ended? Or reasons.
A. Reduction-In-Force.
Q. And the reason he was terminated had nothing to do with his job performance. Correct?
A. Nothing to do with his job performance.
Q. Okay. In the Reduction-In-Force, some of the people who were subject to the Reduction-In-Force