# EXHIBIT A

[COPY]

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------------x

MOHAMMED AMIN KAKEH,                 x

       Plaintiff,             x Civil Case No.

       v.                     x 1:05-CV-1271

UNITED PLANNING ORGANIZATION, INC., x

       Defendant.             x

------------------------------------ x

                            Thursday, February 23, 2006

                            Silver Spring, Maryland

The deposition of TUNDE EBODA called for examination by counsel for Plaintiff in the above-titled matter, pursuant to notice, in the Offices of Zipin & Melehy, 8403 Colesville Road, Silver Spring, Maryland, before Jonell Easton, Notary public, at 10:00 a.m., when were present on behalf of respective parties:



Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

142

1  after that version, I don't remember now.

2    Q.   Look at the March 4, 2005 report, that is

3  Exhibit 6, pages 3 and 4.

4       You did remove from that any reference to

5  Mr. Kakeh's termination?

6    A.   My judgment, at the time, was to keep my

7  acknowledgement page, to take out some of the

8  editorial comments that I put in there.

9       The further away from--this is three

10 months now since the last draft, the final report

11 that I produced, but this was something I did on my

12 own was to seek to remove that editorial portion I

13 had interjected into the acknowledgement page.

14   Q.   Did your opinion change?

15   A.   I still believed that Mr. Amin was

16 credible at time he dealt with us, he was knowledge

17 at the time he dealt with us.

18       I could not definitely prove that he was

19 targeted as a result of cooperating with me and my

20 office and since I had no definite reason to hang

21 my hat on that, I chose to not insert that.

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

185

CERTIFICATE OF NOTARY PUBLIC

I, JONELL EASTON, the officer before whom the foregoing deposition was taken, do hereby testify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me stenographically and thereafter reduced to typewriting under my direction; that said deposition is a true and accurate record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto nor financially or otherwise interested in the outcome of the action.

JONELL EASTON

*Jonell Easton* 
Notary Public

PRECISE REPORTING SERVICES
(301) 210-5092 (877) 4 A STENO