# AMIN KAKEH



7050 Leestone Street
Springfield, VA  22151
703-642-8921

**EDUCATION:**

- M.A. Economics and Finance, University of Detroit, Detroit, Michigan
- B.A. Accounting and Business Administration, University of Damascus, Damascus, Syria

**EXPERIENCE:**

**MANNA, Inc. & Subsidiaries**     Washington D.C.                               March 1996 - March 1998
Non-Profit Organization

  **CONTROLLER**

  - Initiated the process of implementing the Timberline Accounting System and created the related chart of accounts, the cost codes and the interfaces between the construction software and the accounting system
  - Managed the accounting functions in the areas of accounts payable, job costing, payroll, accounts receivable, revenues, expenses and maintained internal controls
  - Administered the financial aspects of the grants and contracts to assure compliance with government guidelines
  - Managed the construction loans, the Capstone Fund and monitored the bank accounts and the investments
  - Established accounting policies and procedures, created/revised financial reports, and supervised accounting staff
  - Administered the computer system (Microsoft NT Network) and automated the financial reporting system
  - Prepared the overhead allocation plan and indirect cost rate proposals
  - Prepared for the Quarterly Compilation and the year-end financial statements for the company and its subsidiaries
  - Prepared the financial schedules for external auditors and facilitated the external audit
  - Prepared and/or assisted with the tax form filing (941, 1120, 5500 and others)
  - Assisted with the preparation of the operating budget, monitored the expenses, and analyzed the results of operations
  - Reviewed the cash flow projection and monitored the income from the settlements and the cash donations
  - Coordinated with project development department the budget and financing for the projects
  - Collaborated with the department of property management on the financial matters to the condos and co-ops associations and prepared the financial results of their operations

**Jeraisy Group**   Jeddah, Saudi Arabia                                                    1993 - 1996
Office Furniture and Computer Equipment Company

  **CONTROLLER**

  - Managed the financial operations for the western region and supervised the department heads for accounting, maintenance, inventory stock control, payroll, collections, the computer system, as well as, the stores' managers in the region

1



CONFIDENTIAL
MAK 0049

EXHIBIT
E

# AMIN KAKEH

- Developed the financial reporting system, upgraded the computer reporting system and established the daily sales report
- Conducted effective budget planning, preparation and control over expenses, analyzed the financial conditions, and established guidelines for cash management
- Improved the coordination and communication among the stores regarding prices, sales, and stock availability
- Prepared the financial statement for the region and facilitated the external audit

**Bowie State University**   Bowie, MD                                                              1992 - 1993

**Federal Grants And Contracts Manager**

- Managed grants department in the areas of grants accounting, budgeting, federal financial aids and coordinated Title III budgeting and financial management/reporting
- Monitored cash flow on grants, financial aids and students' loans
- Prepared financial reports and monitored expenditures and revenues
- Planned, organized and coordinated the submissions of the grants proposal, indirect cost recovery rate, budgets, and the related analysis
- Prepared the federal forms (SF269, SF 270, SF 272, 1034, and 1035)

**St. Mary's College of Maryland**                                                              1985 - 1990

**Director of General Accounting**

- Analyzed the college programs and policies to determine fiscal implications, as well as, offered recommendations for management actions to maintain consistent college fiscal policies and objectives
- Formulated and implemented policies and procedures to meet the college financial needs
- Managed the daily functions of the business office, and supervised the staff of the following areas: Student Accounts, Accounts Receivable, Cashiering, Revenue Accounting, Purchasing, Accounts Payable and Expenditure Accounting
- Trained staff and developed job descriptions
- Ensured compliance with state regulations regarding college funds expenditures
- Prepared annual financial statements and the related year-end reports for the independent and the legislative auditors
- Oversaw endowment fund, loan fund, plant fund, cash collections, student financial aid disbursements, and federal/state grants and contracts
- Implemented Student Information Software System on line
- Financial Record System and Student Information System coordinator and representative for the college at the state level
- Prepared revenue projections, expenditures estimate and coordinated budget preparation

CONFIDENTIAL
MAK 0050

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammad Amin Kakeh,

    *Plaintiff*,

v.                         Civil Case No. 1:05-cv-1271 (GK/JF)

United Planning Organization, Inc.,

    *Defendant*.

### AFFIDAVIT OF PLAINITFF MOHAMMED AMIN KAKEH

1. I, Mohammad Amin Kakeh, am over the age of 18 years and competent to testify about the matters contained in this Affidavit, about which I have personal knowledge.

2. For approximately three years, I worked as a Regional Finance Manager in Saudi Arabia for a company called Jeraisy Group, a large corporation that manufactures and distributes office furniture and office supplies.

3. I have never worked for a member of the Saudi Royal family.

I affirm, under penalty of perjury, that the foregoing is true and correct.

Signed this 21st day of March, 2008,

_____
Mohammad Amin Kakeh



EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION,<br><br>Defendant. | CIVIL ACTION NO. 1:05-cv-1271<br>(GK/JF) |

### DEFENDANT UNITED PLANNING ORGANIZATION, INC.'S RULE 26(a)(2)(B) DISCLOSURE FOR JOHN HENDERSON, M.D.

Pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, Defendant United Planning Organization, Inc., by and through its counsel, hereby identifies the following expert witness for use in the above-captioned matter:

John Henderson, MD
304 East Pennsylvania Avenue
First Floor
Towson, MD 21286-5313
Telephone: (410) 296-1161

Dr. Henderson is a forensic psychiatrist and has been retained by Defendant. A copy of Dr. Henderson's curriculum vitae is attached at Tab A. At Tab B is a listing of the cases in which he has provided trial testimony in the past four (4) years. Based upon his review of Plaintiff's medical records and other documents which the parties have exchanged in discovery[1], and his examination of Plaintiff, Dr. Henderson will testify regarding his opinion on Plaintiff's emotional distress damages. A copy of Dr. Henderson's written report is attached at Tab C. Dr. Henderson is being compensated at the rate of $500 per hour for his time.

---

[1] Police Report relating to Plaintiff's arrest for assault and battery of his daughter; Bates Nos. 00120-00123, 00125-00126, 00131-00132, and 00160-00163.

EXHIBIT G

Dated: May 12, 2006

Respectfully submitted,

By: /s/ Kevin M. Kraham

Alison N. Davis, DC Bar No. 429700
Kevin M. Kraham, DC Bar No. 459077
David A. Rosenberg, DC Bar No. 433405

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
(202) 719-2000

Attorneys for Defendant United Planning Organization, Inc.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing Defendant United Planning Organization, Inc.'s Rule 26(a)(2)(B) Disclosure for John Henderson, M.D. to be served upon the following counsel of record via U.S. Mail, postage prepaid on May 12, 2006:

Omar V. Melehy
MELEHY & ASSOCIATES
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

/s/ Kevin M. Kraham

Kevin M. Kraham

DC:60293.1

- 2 -