UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

    v.

United Planning Organization, Inc.,

    *Defendant*.

Civil Case No. 1:05-cv-1271 (GK/JF)

### PLAINTIFF'S SECOND MOTION IN LIMINE

Pursuant to Federal Rules of Civil Procedure, Rule 7 and Paragraph 5 of the Court's Order of June 26, 2007, Plaintiff hereby moves this Court to exclude from evidence the following witnesses at trial:

1. Rev. William H. Bennett, II
2. Allen S. Kathryn
3. Dorothy M. Brown
4. Carol Caldwell
5. Judge Rafael Diaz
6. Janice Eichhorn
7. Ruth Ellerbe
8. Judge Henry Greene
9. Nathaniel Howard
10. Clyde E. Howard, Jr.
11. Doris V. Johnson
12. Brenda Kelly
13. Carrolena Kay

14. Chief Judge Annice Wagner

15. Emma Ward

16. Daria Winger

17. Elva Worthington

To guard against prejudice associated with excluding these witnesses, Plaintiff also requests that the Court order counsel for both parties to refrain from referring to the fact that these witnesses were excluded and from asking questions of witnesses that call for the same.

In support of Plaintiff's Motion, Plaintiff relies on the attached Memorandum in Support of Plaintiff's Second Motion in Limine and Exhibits.

WHEREFORE, Plaintiff respectfully requests this Court exclude the above 17 witnesses from testifying at trial. A proposed Order is attached.

**DUTY TO CONFER**

Undersigned counsel spoke with Alison Davis, counsel for the Defendant on March 18, 2008 to confer regarding the matters of Plaintiff's Second Motion in Limine.  Counsel for the Defendant indicated that the Defendant opposes this Motion.  Plaintiff and Defendant's counsel were not able to reach an agreement limiting the scope of this Motion.

Respectfully Submitted,

_/s/_____
Omar Vincent Melehy, Esq.
D.C. Bar No. 415849
Regan Rush, *pro hac vice*
California Bar No. 222837
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:    (301) 587-6308
Email: ovmelehy@melehylaw.com
         rrush@melehylaw.com

*Attorneys for Plaintiff*