DEPOSITION OF ALEXIS ROBERSON
Conducted on June 15, 2006

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------------x

MOHAMMED AMIN KAKEH,                 x

       Plaintiff,            x Civil Case No.

       v.                    x 1:05-CV-1271

UNITED PLANNING ORGANIZATION, INC., x

       Defendant.            x

------------------------------------ x

Thursday, June 15, 2006

Silver Spring, Maryland

The deposition of ALEXIS ROBERSON called for examination by counsel for Plaintiff in the above-titled matter, pursuant to notice, in the Offices of Melehy & Associates, 8403 Colesville Road, Silver Spring, Maryland, before Jonell Easton, notary public, at 12:18 p.m., when were present on behalf of respective parties:

PRECISE REPORTING SERVICES
(301) 210-5092 (877) 4 A STENO

EXHIBIT A

DEPOSITION OF ALEXIS ROBERSON
Conducted on June 15, 2006

Page 2

1    On behalf of the Plaintiff:

2         OMAR VINCENT MELEHY, ESQUIRE

3         Melehy & Asociates

4         8403 Colesville Road

5         Silver Spring, Maryland 20910

6         301.587.6364

7

8    On behalf of the Defendant:

9         ALISON DAVIS, ESQUIRE

10        Ford & Harrison

11        1300 19th Street, Northwest

12        Suite 700

13        Washington, D.C. 20036

14        202.719.2017

15

16                  - - -

17

18

19

20

21

DEPOSITION OF ALEXIS ROBERSON
Conducted on June 15, 2006

Page 37

1   Q.  Did you have any conversations with Dana
2   Jones about letting Mr. Kakeh go?
3   A.  No.
4   Q.  Did you have any conversations with
5   anybody about letting Mr. Kakeh go?
6   A.  No.
7   Q.  Did you have any conversations with
8   anybody about letting there be a reduction in force
9   in the finance office?
10  A.  We talked about revamping the finance
11  office and we asked the CEO to come up with a
12  strategy to get it fixed as fast as possible.
13  Q.  Did you have any conversations with
14  anybody about Mr. Kakeh's job performance?
15  A.  No.
16  Q.  Did you have any conversations with
17  anybody about, well, strike.
18      Did Mr. Jones come up with a strategy for
19  the finance office, for revamping the finance
20  office?
21  A.  Yes, he presented it to the board.

1   Q.   When?

2   A.   I don't know the date.

3   Q.   What did he present?

4   A.   A plan for outsourcing some of the duties

5   and outsourcing--

6   Q.   Which duties did he propose to outsource

7   in the finance office?

8   A.   I would have to look to see because that

9   was presented to the board for the board to vote

10  on, so it is a part of the record.

11  Q.   Which record?

12  A.   The board meetings, I am sure it is in

13  there.

14  Q.   Board meeting minutes?

15  A.   Minutes, would be in there.

16  Q.   Did the board agree with that plan?

17  A.   The board agreed with the plan, yes.

18  Otherwise, it wouldn't have happened.

19  Q.   Did anybody tell you, at any time, that in

20  this revamping process Mr. Kakeh's employment was

21  going to be terminated?

DEPOSITION OF ALEXIS ROBERSON
Conducted on June 15, 2006

Page 39

1    A.   I am sure that did come up with the team
2  that would be effecting it.
3       He was not singled out.  It was part of
4  the whole plan, people who would have to be
5  downsized or RIF'd.
6    Q.   Was it your understanding that employees
7  in the finance department besides Mr. Kakeh were
8  also going to have their employment terminated as
9  part of a reduction in force?
10   A.   I don't remember specifically.  We
11  accepted the plan and the plan was to outsource and
12  outsourcing some of those entailed taking over some
13  duties and responsibilities that were there,
14  whatever that plan was is what we agreed to do.
15   Q.   What plan?  Did you look at a written
16  plan?
17   A.   Walker & Company proposals.
18       I am not sure of the name, I am not sure
19  of the name.  I have see board minutes, but the
20  plan that went into place is the plan we agreed
21  upon and voted on and put into place, outsourcing,