DEPOSITION OF DANA JONES
Conducted on August 8, 2006

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------x

MOHAMMED AMIN KAKEH,              :

    Plaintiff,                    :

vs.                               :   Civil Action No.

UNITED PLANNING ORGANIZATION,     :   1:05-cv-1271(GK/JF)

INC.,                             :

    Defendant.                    :

------------------------------x

                      Silver Spring, Maryland

                      Tuesday, August 8, 2006

Deposition of

            DANA JONES

called for examination by counsel for the Plaintiff,

pursuant to notice, held at the law offices of Melehy

& Associates, LLC, 8403 Colesville Road, Suite 610,

Silver Spring, Maryland, beginning at 10 a.m.,

before Lynell C.S. Abbott, Shorthand Reporter and

Notary Public in and for the State of Maryland, when

were present on behalf of the respective parties:

PRECISE REPORTING SERVICES
(301) 210-5092 (877) 4 A STENO

EXHIBIT B

DEPOSITION OF DANA JONES
Conducted on August 8, 2006

Page 2

1

2         A P P E A R A N C E S

3    On Behalf of Plaintiff:

4    Melehy & Associates, LLC

5    By:  Omar Vincent Melehy, Esquire

6    8403 Colesville Road, Suite 610

7    Silver Spring, Maryland  20910

8    (301) 587-6364

9

10   On Behalf of Defendant:

11   Ford & Harrison

12   By:  Alison N. Davis, Esquire

13   1300 19th Street, N.W., Suite 700

14   Washington, D.C.  20036

15   (202) 719-2017

16

17

18

19

20

21

1   an entirely new firm.

2       Q.    But Tunde Eboda expressed no opinion on
3   whether or not you should be out-sourcing the entire
4   finance department.

5       A.    No, no. He had an opinion about that.

6       Q.    He did or he didn't?

7       A.    He did.

8       Q.    And what did he say?

9       A.    He said, "You guys have to make the
10  decision, but I don't know what kind of training or
11  guidance these people have been provided."

12      Q.    Is it fair to say he expressed some
13  disapproval of the decision to out-source the entire
14  finance department?

15      A.    He recognized that it was a decision we had
16  to make internally. And he indicated that, you know,
17  we should look and decide whether or not these people
18  have been provided the appropriate training.

19      Q.    So when you made the decision to recommend
20  to the board a RIF, what precisely -- I'm sorry. Let
21  me go back.

1    Your first recommendation would have been to
2    the Ad Hoc Management Committee. Correct?
3        A.    Mmm-hmm.
4        Q.    And did you make the recommendation to the
5    board on May 27th, '04 or to the Ad Hoc Management
6    Committee?
7        A.    Board of Directors.
8        Q.    Did you go to the Ad Hoc Management
9    Committee prior to that?
10       A.    I can't recall.
11       Q.    Do you think you did?
12       A.    I would have had discussions with them. I
13   don't know that we would have met. I can't remember,
14   because basically the sequence of meetings were
15   inconsistent with the schedule. We were in crisis
16   mode. So we met when we had to meet. And also at the
17   same time they were trying to rewrite the bylaws. So,
18   you know, the agenda items weren't always the standard
19   agenda items.
20       Q.    When you went to the full board on May 27th,
21   2004, what precisely did you recommend?

1    A.    I recommended the out-sourcing of the
2  management of the finance office to Walker & Company
3  and a rescission of the action to accept the proposal
4  of F.S. Taylor.
5    Q.    Anything else?
6    A.    Not that I recall, but I'm sure the minutes
7  will reflect that.
8    Q.    Did you indicate to the board what you meant
9  by out-sourcing the management?  In other words, did
10 you indicate to the board how many positions you
11 planned to eliminate and which positions?
12   A.    We shared with the board the proposal which
13 had the organizational chart in it, and we shared that
14 with the board with the positions that Walker would
15 have the opportunity to determine who filled those
16 positions.
17   Q.    Which positions were those?
18   A.    I don't have the chart in front of me, but
19 memory says it was like an accounting director, a CFO,
20 a financial operations officer, and a grants manager.
21   Q.    Acting director of the finance office?