# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

v.

United Planning Organization, Inc.,

    *Defendant*.

Civil Action No.
1:05-CV-1271

## ORDER

UPON CONSIDERATION of Plaintiff's Second Motion in Limine, and any opposition thereto, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia,

**ORDERED**, that Plaintiff's Motion is hereby GRANTED; and it is further,

**ORDERED**, that the following witnesses are EXCLUDED from providing testimony at trial:

    a. Rev. William H. Bennett, II

    b. Allen S. Kathryn

    c. Dorothy M. Brown

    d. Carol Caldwell

    e. Judge Rafael Diaz

    f. Janice Eichhorn

    g. Ruth Ellerbe

    h. Judge Henry Greene

    i. Nathaniel Howard

2

      j. Clyde E. Howard, Jr.

      k. Doris V. Johnson

      l. Brenda Kelly

      m. Carrolena Kay

      n. Chief Judge Annice Wagner

      o. Emma Ward

      p. Daria Winger

      q. Elva Worthington;

And it is further,

**ORDERED**, that counsel for both parties may not make any arguments, remarks or references in the presence of the jury regarding the fact that these witnesses are excluded; and it is further,

**ORDERED,** that counsel for both parties may not ask any witness questions that logically call for an answer excluded by this Order.

**It is so ORDERED**.

_____
JUDGE