UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

v.

United Planning Organization, Inc.,

    *Defendant*.

Civil Case No. 1:05-cv-1271 (GK/JF)

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S PROFFERED TRIAL EXHIBITS

Pursuant to Federal Rules of Civil Procedure, Rule 26(a)(3) and the Court's Order of June 26, 2007, the Plaintiff, by and through undersigned counsel, hereby submits his objections to the Defendant's Exhibit List filed by the Defendant on June 1, 2007.

| Exhibit No. | Date | Description | Objection(s) |
|---|---|---|---|
| 7 | 17 Jan 04 | Letter from Dennis Ramprashad to Benjamin Jennings (MAK 7924-27) | Hearsay; relevance |
| 12 | 30 Mar 04 | E-mail from Gladys Mack to Mohammed Amin Kakeh re: UPO Financials (000124) | Hearsay; relevance; undue prejudice; |
| 13 | | Refinance Evaluation List (000145) | Relevance |
| 30 | 20 Oct 03 | Memorandum from Gladys Mack re: October 15, 2003 Meeting with Mohammed Amin Kakeh (MAK 0107-08) | Relevance; materiality; prejudice |
| 44 | 22 Jul 03 | Summary of Staff Meeting (MAK 0235-37) | Authenticity; relevance; hearsay |
| 46 | 30 Mar 04 | Memorandum from Gladys Mack to Mohammed Amin Kakeh re: Audit (MAK-0255) | Relevance; materiality; prejudice |
| 57 | | Mohammed Amin Kakeh's Journal | Relevance; materiality; prejudice |
| 58 | 23 Mar 04 | Actions Taken by Board of Trustees and Management (MAK 7989-90) | Confusion; authenticity (unclear as to who drafted documents and when – additional pages may cure the objections) |

Respectfully Submitted,

 /s/_____
Vincent Melehy, Esq.
D.C. Bar No. 415849
Regan Rush, *pro hac vice*
California Bar. No. 222837
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:    (301) 587-6308
Email: ovmelehy@melehylaw.com
       rrush@melehylaw.com

*Attorneys for Plaintiff*