# EXHIBIT A

COPY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------------x

MOHAMMED AMIN KAKEH,                 x

       Plaintiff,             x Civil Case No.

       v.                     x 1:05-CV-1271

UNITED PLANNING ORGANIZATION, INC., x

       Defendant.             x

------------------------------------ x

                  Thursday, February 23, 2006

                  Silver Spring, Maryland

The deposition of TUNDE EBODA called for examination by counsel for Plaintiff in the above-titled matter, pursuant to notice, in the Offices of Zipin & Melehy, 8403 Colesville Road, Silver Spring, Maryland, before Jonell Easton, Notary public, at 10:00 a.m., when were present on behalf of respective parties:



Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

142

1   after that version, I don't remember now.

2   Q.   Look at the March 4, 2005 report, that is

3   Exhibit 6, pages 3 and 4.

4        You did remove from that any reference to

5   Mr. Kakeh's termination?

6   A.   My judgment, at the time, was to keep my

7   acknowledgement page, to take out some of the

8   editorial comments that I put in there.

9        The further away from--this is three

10  months now since the last draft, the final report

11  that I produced, but this was something I did on my

12  own was to seek to remove that editorial portion I

13  had interjected into the acknowledgement page.

14  Q.   Did your opinion change?

15  A.   I still believed that Mr. Amin was

16  credible at time he dealt with us, he was knowledge

17  at the time he dealt with us.

18       I could not definitely prove that he was

19  targeted as a result of cooperating with me and my

20  office and since I had no definite reason to hang

21  my hat on that, I chose to not insert that.

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

185

1   CERTIFICATE OF NOTARY PUBLIC

2   I, JONELL EASTON, the officer before whom the

3   foregoing deposition was taken, do hereby testify

4   that the witness whose testimony appears in the

5   foregoing deposition was duly sworn by me; that the

6   testimony of said witness was taken by me

7   stenographically and thereafter reduced to

8   typewriting under my direction; that said

9   deposition is a true and accurate record of the

10  testimony given by said witness; that I am neither

11  counsel for, related to, nor employed by any of the

12  parties to the action in which this deposition was

13  taken; and further, that I am not a relative or

14  employee of any attorney or counsel employed by the

15  parties hereto nor financially or otherwise

16  interested in the outcome of the action.

                           JONELL EASTON
17
                           *Jonell Easton* (signature)
18
                           Notary Public
19

20

21

PRECISE REPORTING SERVICES
(301) 210-5092 (877) 4 A STENO