UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

v.

United Planning Organization, Inc.,

    *Defendant*.

Civil Case No. 1:05-cv-1271

**ERRATA TO PLAINTIFF'S FIRST MOTION IN LIMINE**

Plaintiff, Mohammad Amin Kakeh, by and through his undersigned counsel, Melehy & Associates, LLC hereby submits this Errata to Plaintiff's First Motion in Limine.

The attached filings are Exhibits to Plaintiff's First Motion in Limine that are too large to attach to the original pleading via the electronic filing system.

The attached Exhibits are: Exhibit D-Part 1, Exhibit D-Part 2, Exhibit D-Part 3, Exhibit E, Exhibit F and Exhibit G.

    Respectfully Submitted,

    /s/   Vincent Melehy
    Vincent Melehy, Esq.
    D.C. Bar No. 415849
    Melehy & Associates, LLC
    8403 Colesville Rd., Suite 610
    Silver Spring, MD 20910
    Phone: (301) 587-6364
    Fax:    (301) 587-6308
    Email: ovmelehy@melehylaw.com

*Attorneys for Plaintiff*