RE: Mohammed Amin K.    h    *Page 27*

**Sensitive Medical Information. Should Not Be Shown to Patient or Family!**
*This material must be considered extremely confidential under the HIPPA regulations and utilized only by personnel authorized under the law. This material must be destroyed or returned to the authorizing agency for proper handling.*

> On his Validity Scales he shows no variable response in consistency, but an elevation in his false response in consistency which is difficult to interpret. He does not embellish complaints, either in the initiation of the test or toward the end, but he does elevate the L Scale significantly to a T Score of 83 indicating a "Pollyannaish" attitude, which he wishes to portray. His K Scale is not outside the normal range, but is nevertheless elevated and indicates significant defensiveness and unwillingness to explore psychiatric or psychological problems on his behalf. His S Scale is also within the upper levels of the normal range, indicating that he believes in human goodness, is serene, content with his daily life, is patient, and is not overly concerned with denial of moral flaws, a set of attitudes at odds with his clinical presentation, which was one of projective blaming of others, and a pervasive sense that he has been treated unfairly.

> The MMPI-2 Clinical and Supplementary Scales Profile reveal that he has a 3, 1, 2 elevation with Scale 1 being at 81, Scale 2 being at 70, and Scale 3 being at 84. This indicates a profile which is defensive, and in which there is significant hypochondriacal concern, longstanding depression, and much use of denial.

> Interestingly enough, even with the anguish which he describes in his home life during this eleven month layoff period after his work with UPO, his Marital Distress Score is low. There is also no elevation on the Post-Traumatic Stress Disorder Scale.

> On the Contents Scale Profile of the MMPI-2 his highest Contents Scale is on the Health Scale, and if we go to the

RE: Mohammed Amin K.    a

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations*
*and utilized only by personnel authorized under the law. This material must be destroyed*
*or returned to the authorizing agency for proper handling.*

extended scores we see the same elevation on RC1, which is somatic complaints. Everything else is in or below the normal range including demoralization, low/position emotions, cynicism, antisocial behavior, ideas of persecution, dysfunctional negative emotions, aberrant experiences, and hypomanic activation.

➢ Interestingly enough, on the Supplementary Scales Profile his T Score on social dominance is at the very outer limits (high) and in fact just into the abnormal range as is his social responsibility T Score. His Repression Scale T Score is at 74 which is the highest of the Supplementary Scales, followed by the Dominance and Repression Scales, followed by over controlled hostility (emphasis mine) .

➢ His Raw Scores on the PSY-5 Scales are below normal for aggression, psychoticism, disconstraint, negativism, and slightly elevated to 69 for introversion and low/positive emotionality.

➢ The validity of the MMPI-2 is weakened by the patient's tendency to claim unrealistic virtue. This shows basic defensiveness and an unwillingness or inability on the part of the patient to disclose personal information and represents, in this examiner's opinion to a reasonable degree of medical certainty, a conscious distortion to present himself in a favorable light.

➢ This patient presents a picture of multiple physical issues and a reduced level of psychological functioning on the surface. The physical problems that he presents may be vague, and may have appeared after stress and are likely not traceable to actual

RE: Mohammed Amin K.    ı

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations
and utilized only by personnel authorized under the law. This material must be destroyed
or returned to the authorizing agency for proper handling.*

organic changes. He is likely to have what is known as a "hysteroid" adjustment to life and will likely experience periods of exacerbated symptom development when stressed. These patients not infrequently develop a life style of "invalidism" in which they become incapacitated and dependent on others.

➢ The relative frequency of his profile on the Clinical Scales is informative. This is one of the most frequent MMPI-2 High Point Clinical Scale Scores (Scale 1-Hy) occurring in 20.7% of men. Additionally, 16.3% of men have the Hy Scale spike at or above a T Score of 65 and 9.3% of a well defined Hy point in that range. This is a very common profile configuration in samples of medical patients (the 1/3, 3/1 configuration). The stability of his Personality Profile on the MMPI-2 reflects high profile definition and high stability. Short term retest studies have shown a correlation of .72 for these high point scores and a stability index of .65 for a large study of normals after a 5 year test – retest. These patients likely receive an AXIS II diagnosis of dependent personality, or longstanding somatization disorder. Factitious disorder versus malingering in the context of litigation must also be taken into consideration.

➢ Regarding treatment, this patient will appear to be extremely difficult if not impossible to approach with long term treatment goals or insight oriented approaches to psychotherapy and many patients with this profile type persist in pursuing medical treatment for problems that have no real organic basis. However, he was too defensive to engage in productive self-reflection, and these patients tend to lose interest in psychiatric treatment and prefer to utilize somatic explanations for problems and for attention.

*RE: Mohammed Amin K.*   1    *Page 30*

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations*
*and utilized only by personnel authorized under the law. This material must be destroyed*
*or returned to the authorizing agency for proper handling.*

## APPENDIX III

## SYNOPSIS OF DOCUMENT REVIEW:

1. Another contradiction in the history given to me by Mr. Kakeh as represented by his naturalization and citizenship certificate which he stated was in 1981, but on the original appears to be 08/1984 in the U.S. District Court for the Eastern District of Virginia.

2. The resume of the patient (see Appendix IV) detailing his education at the University of Damascus and the University of Detroit with experience being at A & M. E. Services from 1993 to present, preceded by Federal Grants and Contracts Officer from 1992 to 1993, preceded by International Economics and Research Incorporated from 1990 to 1991 followed by Director of General Accounting at St. Mary's College of Maryland from 1985 to 1990 followed by Accounting Manager at the National Institute of Technology from 1980 to 1985, all of which job citations except St. Mary's College **were omitted** from his history to me even when specifically asked.

3. A diagnostic report of an MRI performed at the Dr. Erfan and Bagedo General Hospital in Jeddah, Saudi Arabia on 12/13/1993 by Dr. N. Mohammed which showed minimal decrease in the intensity with minimal circumferential bulging more significant on the left at

4. L-5/S1. The rest of the study was entirely normal.

*RE: Mohammed Amin K*

**Sensitive Medical Information. Should Not Be Shown to Patient or Family!**
*This material must be considered extremely confidential under the HIPPA regulations and utilized only by personnel authorized under the law. This material must be destroyed or returned to the authorizing agency for proper handling.*

5. A Kaiser Permanente Provider Note (hereinafter referred to as "KPPN") dated 01/19/1996 filled out by Dr. Ryan who after almost a year of treatment noted that the patient got continuing dysuria and uses extremely powerful antibiotics including Cipro 500 mg twice a day.[11]

6. A KPPN dated 02/28/1996 (see Appendix VIII) dictated by Dr. Ryan who states that he has Major Depressive Disorder, DSM-III R Code 296.23 and he once again enumerates all the same symptoms mentioned in the preceding note.

7. A KPPN dated 05/07/1996 dictated Dr. Ryan whose first diagnosis is major depressive disorder. He states, in part: "follow up depression. Taking Paxil, 20 mg orally each day. Previously instructed to increase to 30 mg orally each day but 'forgot to break pills.' **New job, first employment in eighteen months**[12] (emphasis mine). Symptoms noted were anhedonia – diminished interest/pleasure in all or most activities. Sleep with insomnia or hypersomina. Guilt (inappropriate worthlessness or hopelessness; concentration; poor/indecisiveness; psychomotor agitation; or retardation). **Dr. Ryan raised his Paxil to 30 mg orally each day to 'increase compliance.'** (emphasis mine).

8. The report of an esophagoscopy performed by Bradley J. Winston, M.D. on 11/14/1996 which was done with an Olympus video upper endoscope and revealed a normal upper endoscopy.

---

[11] One of the obvious reasons for such a problem and a refractory one in terms of treatment would be that he is having extra marital involvements of some kind.

[12] Note that his resume (see Appendix IV) reveals no period of unemployment until his discharge by UPO in 06.2004.

RE: Mohammed Amin K.    a

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations*
*and utilized only by personnel authorized under the law. This material must be destroyed*
*or returned to the authorizing agency for proper handling.*

9. A KPPN dated 05/15/1997 dictated by Dr. Ryan which reads, in part: "also follow up depression, on Paxil, 30 mg orally each day. Tried to decrease Paxil on own two months ago and had recurrence of depressed mood on 20 mg orally each day. On 30 mg orally each day has no depressed mood, anhedonia, or suicidal ideation. Began Paxil 04/29/1996."

10. A KPPN dated 08/01/1997 authored by Dr. Ryan which notes the patient's chronic medical problems to include depression, and one of his medications to be Paxil, 30 mg orally each morning.

11. A KPPN dated 11/14/1997 refers to the MRI in Saudi Arabia in 12/1993 which demonstrated the mild pathology at L-5/S-1, and is during the time when he told me he was working in Saudi Arabia as a financial controller.

12. Another memorandum from David Dorsey to the patient regarding job performance, dated 02/09/1998 which reads, in part: "the purpose of this memo is to share with you some concerns that George and I have with your supervision of the accounting staff. I have noted below the specifics of these concerns with some suggestions for improvement... 1) your **authoritarian style** (emphasis mine) of supervision does not work well at Manna. Your communication with your staff often is dictatorial. I have heard you make derogatory remarks about your staff in front of them with others present – particularly when they did not do something the way you wanted. This sets up an adversarial relationship and makes

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations*
*and utilized only by personnel authorized under the law. This material must be destroyed*
*or returned to the authorizing agency for proper handling.*

effective teamwork impossible.  What is needed is a coach or teacher...for example; last Friday you told me that Bunny was volunteering too much information to the auditors.  You felt that the correct approach was to give the auditors only what they asked for.  I agree with you.  But when you told me this you showed a lot of anger toward Bunny and made a gesture that you would like to punch her for it.  If Bunny shares too much, your job is to decide how you can educate Bunny so she will understand how you want her to work with the auditors and thereby improve her ability to work with auditors, not get mad at her... 2) I know that you feel that your staff does not always tell you of important events in your department that you feel you need to know.  I also believe that you know that your department would completely bog down if you insisted on knowing every detail... 3) I want to raise the language issue. I often have a difficult time understanding what you are saying. I believe others have the same experience.  This, in itself, does not have to be a problem.  I feel the problem is that when subordinate staff do not understand you or misunderstand you, you take it as a sign of insubordination and get angry at them..."  Mr. Dorsey ends the memorandum by stating that he is ordering audio cassettes on "how to supervise people" and "coaching skills for mangers and supervisors."  He reports that Manna will be happy to pay for them.

13. A memorandum to the patient from David Dorsey regarding the termination of his employment dated 03/19/1998 in which he states, in part: "it is with great regret that I am informing you that your employment with Manna[13] terminates 03/20/1998 (emphasis mine).

---

[13] The company for whom he had worked immediately previous to his employment with UPO.

RE: Mohammed Amin K      h

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations
and utilized only by personnel authorized under the law. This material must be destroyed
or returned to the authorizing agency for proper handling.*

The reason for this termination is the fact that a real working team is not developed in the accounting department during the two years that you have been controller. The department is now in crisis. Shanita is leaving and Bunny is considering leaving.

I need to immediately rebuild the department and eliminate the tension and mistrust that has developed. I have decided that I need a new controller to do this…"

14. A District of Columbia Government Office of Unemployment Compensation letter dated 04/17/1998 stating that the patient has been determined eligible for unemployment benefits. No disqualification has been imposed based on separation from employment. The patient's address is given as 7050 Leestone Street, Springfield, Virginia and the employer from whom he was attempting to obtain unemployment was apparently Manna Incorporated in Washington, D.C.[14]

15. The admission and discharge summaries when he was seen at Inova Fairfax Hospital between 12/15/1998 and 12/20/1998 and was treated there for his acute anterior wall myocardial infarction, left ventricular thrombus and gastro esophageal reflux disease.

16. The report of a cardiac catheterization of the patient on December 15, 1998 by a cardiologist John Golden, M.D. at Inova Fairfax Hospital.

---

[14] This is curious, in that the address which he gave me during the history taking was 750 instead of 7050 Leestone Street.

RE: Mohammed Amin K____a

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations*
*and utilized only by personnel authorized under the law. This material must be destroyed*
*or returned to the authorizing agency for proper handling.*

17. Records from Fairfax Colon and Rectal Surgery concerning the anorectal operation and the follow up in 03/1998.

18. A KPPN dated 12/23/1998 by Dr. Ryan notes that patient is positive cardiac arthrosclerotic disease with nicotine abuse.[15]

19. Another contact with Dr. Ryan and his team dated 01/25/1999 in which he is complaining of vomiting and hyperemesis.

20. A KPPN dated 02/09/1999 by Dr. Ryan which states, in part: "54 year old male with history of rationed hospitalization Fairfax for acute anteroseptal myocardial infarction...review of systems reveals patient has had difficulty adjusting to the fact he has had a serious coronary event and has increased depressed mood and anhedonia. Wife and family have noted withdrawal."

21. A KPPN dated 02/09/1999 by Dr. Ryan which reads in part: "extensively discussed behavioral modification for permanent nicotine cessation."[16]

22. A KPPN dated 03/08/1999 and dictated by Dr. Ryan whose diagnosis is depression, moderately controlled. The subjective findings are follow up depression with medications being Paxil, 40 mg orally at bedtime. Observation is that the patient is euthymic; assessment is that he has moderately controlled depression, and the plan is to elevate his Paxil to 60 mg orally at bedtime.

---

[15] This is three days after his discharge from Inova Fairfax for his cardiac catheterization and his severe myocardial infarction and is at the end of the first half year or so that he worked for UPO. He was also on Paxil as early as December 23, 1998 for depression.

[16] The patient advised me and has advised other doctors that he stopped smoking in 1998.

RE: *Mohammed Amin K____ a*

***Sensitive Medical Information. Should Not Be Shown to Patient or Family!***
*This material must be considered extremely confidential under the HIPPA regulations and utilized only by personnel authorized under the law. This material must be destroyed or returned to the authorizing agency for proper handling.*

23. Another KPPN dated 05/14/1999 when the patient is seen by Christopher Ryan, M.D. and is diagnosed as having multiple chronic medical problems one of which is depression.

24. A KPPN dated 05/14/1999 by Dr. Ryan in which he states, among other things, that "several episodes of depression warrant a lifelong pharmacologic intervention."

25. Another contact dated 10/15/1999 by telephone from the patient's wife in which he stated that her husband is complaining of red itchy burning eyes.

26. A KPPN dated 11/19/1999 for an urgent care appointment in which the patient told Susan L. Price, M.D.[17] that he had several years' history of depression with increasing doses of Paxil no longer helping. He also had a heart attack a year ago and has recent onset diabetes mellitus.

27. In a KPPN dated 11/19/1999 when he was still employed at UPO, he saw Dr. Price, a psychiatrist, and was diagnosed with an AXIS I depressive disorder not otherwise specified.[18] Dr. Price's plan was to add Wellbutrin 150 mg sustained release each day.

28. A number of communications with Dr. Ryan all in 2000 when he discusses at length various issues concerning the patient's health, and his care of him. All notes appear to continue to

---

[17] Refer to Footnote No. 4.
[18] This is the time at which he had been fired from Manna by Dana Jones as can be seen in prior notes.

*RE: Mohammed Amin Ka. .t*

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations*
*and utilized only by personnel authorized under the law. This material must be destroyed*
*or returned to the authorizing agency for proper handling.*

come from the patient's wife, and she relays information to him.

29. Hand written note apparently from Kaiser Permanente dated 05/15/2000 in which he is seen complaining for headaches complaining that they cross his entire head and have been present for five days. Denied fever, chills, nausea, vomiting, blurred vision. Past medical history – depression.

30. A contact with Dr. Ryan and his team concerning a headache which the patient (or his wife) apparently stated began approximately five days ago. The date of this contact was 05/16/2000.

31. Another note from Dr. Ryan dated 12/08/2000 in which the patient is seeking further explanation of his recent cholesterol and diabetes test results, and past medical history reveals diabetes managed by diet; heart attack in 1998, and reiterates many of the medications, some of which he is still taking including Lopressor, Coumadin, Paxil, Toperal, baby aspirin and Flonase.[19]

32. Another KPPN dated 12/08/2000 in which it is noted that emails to Dr. Ryan and KPPNs were written in the third person, not the first person and a call was made to the patient who stated that he did not write the email but the emails are written by his wife. This stimulated an explanation of the privacy/confidentiality issues to the patient.

---

[19] It should be noted that this contact with Dr. Ryan was in December of 2000, and the patient was even then on an antidepressant four years before his claimed depressive episode at his place of employment.

RE: Mohammed Amin Ka.... a

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations*
*and utilized only by personnel authorized under the law. This material must be destroyed*
*or returned to the authorizing agency for proper handling.*

33. Another KPPN from Dr. Golden on 01/04/2001 reiterating "significance of symptoms unclear. No obvious volume overload and recent workup would argue against coronary artery disease progression."

34. Another note from Dr. Ryan dated 01/06/2001 in which the triage nurse notes that she spoke with the patient and he stated that he prefers that this wife answer all questions regarding medications.

35. He returned to Kaiser Permanente on 03/16/2001 and was seen by Dr. Golden who noted that he had an "old anterior myocardial infarction" and Dr. Golden's impression was "etiology of symptoms remains unclear. We'll treat him spherically for heart failure with the addition of Lasix 20 mg each day."

36. A visit to the Inova Health System yielded a radiology report dated 04/08/2001 which read, in essence, that the lungs are normally inflated and essentially clear while the heart is upper limits of normal size. Stents are seen in the region of the left coronary artery. There is no evidence of overt heart failure at this time. No acute cardiopulmonary process demonstrated.

37. He visited Charles E. Brennt, M.D. at Inova Fairfax Hospital on 04/08/2001 and was discharged 04/13/2001; he underwent a coronary artery catheterization. He was diagnosed by Dr. Brennt has having coronary artery disease,

*RE: Mohammed Amin Kakeh*

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations*
*and utilized only by personnel authorized under the law. This material must be destroyed*
*or returned to the authorizing agency for proper handling.*

hypercholesterolemia, depression[20], and gastro esophageal reflux disease.

38. A KPPN dated 04/30/2001 in which it is noted that, in part: "Mr. Kakeh had been doing well but in recent months has noted exertional dyspnea. Serial evaluation revealed no obvious cardiac precipitant. He ultimately was admitted to Fairfax Hospital after a sustained episode of chest pain. Cath. (catheterization) revealed a chronic mid left anterior descending artery occlusion (within the stented segment) with right to left collaterals, and mild moderate left coronary disease."

39. A visit with Dr. Ryan dated 06/26/2001 when the patient called in and was advised to take a diabetes sick day.

40. Another note from Dr. Ryan dated 07/01/2001 when the patient was seen for back pain.

41. A KPPN dated 07/12/2001 when the patient went to John Golden, M.D. and was noted to have a "fixed anterior wall perfusion defect on thallium imaging last year…generally doing well. Father died suddenly and Mr. Kakeh traveled to Syria for the funeral. Experienced two episodes of angina there. None since, however, and he is now bicycling 30 to 40 minutes per day without symptoms or difficulty."

---

[20] Note that he has been diagnosed as having depression and anxiety for a number of years before the confrontation with his employers came up.

*RE: Mohammed Amin Ka...h*

**Sensitive Medical Information. Should Not Be Shown to Patient or Family!**
*This material must be considered extremely confidential under the HIPPA regulations and utilized only by personnel authorized under the law. This material must be destroyed or returned to the authorizing agency for proper handling.*

42. A KPPN dated 07/12/2001 which reads in part that: "generally doing well. Father died suddenly and Mr. Kakeh traveled to Syria for the funeral. Experienced two episodes of angina there. None since. However, and he is now bicycling 30 to 40 minutes per day without symptoms or difficulty."

43. Another note from Dr. Ryan dated 07/20/2001 for a foreign body abrasion of the eye.

44. The patient's history of adding physical symptoms constantly continues with KPPN dated July 26, 2001 when he was noted to have a myocardial infarction in approximately 1998, and "frozen shoulder" medications. He further reported lower back pain for years, but approximately one month ago in June noted radiating symptoms down right lower extremity to the lateral foot. Patient also noted that MRI was taken that shows nerve "problems" at L-5/S-1. Patient describes symptoms as intermittent numbness with mild tingling in right quadrant area to right hip and down lower extremity to right lateral foot S-1 dermatome. Patient notes intermittent aching and lower back pain with occasional sharp pain and waking with stiffness and pain around pubic bone and around waist (L-1/S-1 height). Patient also complains of both knees "giving out" with ascending and descending stairs.

45. There are various notes in the office material indicating that a woman named Shears was appointed as being in charge of the patient, and, given his cultural background as a Syrian, much of the trouble seems to have begun at this point when a woman was appointed as his boss.

RE: Mohammed Amin K_____ a

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations*
*and utilized only by personnel authorized under the law. This material must be destroyed*
*or returned to the authorizing agency for proper handling.*

46. A KPPN dated 12/14/2002 at which time he apparently had a routine physical by M. Langford.

47. KPPN dated 09/30/2002 at which time the note by Stephen Bower, registered pharmacist, states that the patient had a colonoscopy and it was okay to restart his Coumadin this evening.

48. A group of notes generally written by nurse practitioners at Kaiser Permanente concerning follow up on his anterior myocardial infarction which occurred approximately 3 ½ years prior to this note which is dated 07/09/2002.

49. Another KPPN 06/08/2002 in which Dr. Bradley Winston states, in part: "Mr. Kakeh is a 57 year old gentleman who I have actually seen before for flexible sigmoidoscopy. He does have a history of anal stenosis which has apparently been repaired. He is here for a flexible sigmoidoscopy for screening. He has no history of colon cancer; however he does really strongly desire colonoscopy (emphasis mine)."

50. On 12/19/2003 there is a KPPN dealing with the regulation of his Warfarin by the pharmacy, and as it continues there are notes indicating that his medications at that time are Lipitor, Prilosec, Paxil, Aspirin, Aldactone, Fish Oil, Lasix, Actos, Coumadin, Toperal, Mevacor and Prinivil.

He is noted to be married with five children and to have a very happy home with good psychosocial support and no litigation, but an MRI was made with the radiograph of a lumbar spine and there was some desiccation of the L-5/S-1 with narrowing

*RE: Mohammed Amin K.*    1                                      *Page 42*

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations*
*and utilized only by personnel authorized under the law. This material must be destroyed*
*or returned to the authorizing agency for proper handling.*

of the disk space in the posterior aspect without evidence of cord compression.

51. A KPPN dated 01/06/2004 for an initial acupuncture evaluation which enunciates the past medical history of the patient as diabetes, congestive heart failure, hypercholesterolemia, gastro esophageal reflux disorder, hypertension, depression.

52. A variety of KPPN indicating his use of Coumadin as a blood thinner after his myocardial infarction which in fact occurred in 1998. He also has a past surgical history of an anal sphincterotomy and an angioplasty with stents twice.

53. These same KPPN continue with MRI findings that there is no evidence of low spinal cord compression and the thecal sac is well preserved in spite of his multiple back and lower extremity complaints. The rest of the disk spaces show no abnormality. The intra thecal structures show normal outline of the conus medullaris and cauda equine.

54. A series of KPPNs reflecting that the patient makes multiple visits for tinea between his toes, otherwise known as Athlete's Foot, and then a number of visits for acne. Interspersed with this are many visits for adjustment of his Coumadin level.

55. Mr. Kakeh's diary with multiple short pages, multiple entries of approximately a paragraph per page, set entries ranging in date almost entirely in the year 2004 in March, April and May.

56. In the KPPN dated 01/13/2004 his past medical history was noted to be diabetes mellitus, hypertension with myocardial

*RE: Mohammed Amin K___a*    *Page 43*

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations*
*and utilized only by personnel authorized under the law. This material must be destroyed*
*or returned to the authorizing agency for proper handling.*

infarction, left ventricular thrombus, cardiac arterial disease, gastro esophageal reflux disease, **depression** (emphasis mine), and allergies.

Shortly after he was noted to have a conjunctiva hemorrhage and was sent to the eye clinic where he was told not to rub his eye.

57. This is followed by a series of notes concerning acne rosacea and tenia of the feet also from Kaiser Permanente.

58. Another KPPN which the assessment was normal colonoscopy to the cecum.

59. Another lengthy series of notes from Kaiser Permanente concerning a variety of visits and consultations by the patient including Coumadin regulation, cardiology and diabetes follow ups, low back and right lower extremity pain, physical therapy treatments and continued complaints of back and lower extremity pain.

60. Multiple other notes for various illnesses which have been described in prior entries.

61. Varieties of notes concerning chest pain and angina and gastro esophageal reflux disease.

62. A number of other contacts with Dr. Ryan and his team concerning vomiting, nausea, chest pain, bursitis, and various other illnesses.

63. A variety of telephone calls and email exchanges between Dr. Ryan and the patient and his wife, none apparently serious.

*RE: Mohammed Amin K...    ...1*    *Page 44*

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations*
*and utilized only by personnel authorized under the law. This material must be destroyed*
*or returned to the authorizing agency for proper handling.*

64. Call to KPPN from the patient's wife dated 01/13/2004 in which she stated that the patient had a broken blood vessel in his right eye, and a headache for three days.

65. On 02/02/2004 he came in to Kaiser Permanente complaining of myofacial lower back pain and came for treatments with new symptoms.

66. On 02/03/2004, the patient wrote a letter to Dana M. Jones who was the Interim Executive Director of UPO stating that he has been an experienced, talented, dedicated, hardworking, loyal, competent, honest and knowledgeable controller for UPO. He tried to make the point that to place him on administrative leave from June 2, 2004 through June 30, 2004 leading to termination as controller is "incomprehensible and improper."

67. The patient tends to continue with his treatment at Kaiser Permanente, but there are multiple KPPNs well before the job termination such as the note of 02/11/2004 when he came in complaining of right knee pain without an effusion, and had an MRI of the right knee.

68. A memorandum from Dana M. Jones to Amin Kakeh dated 04/13/2004 in which he states, in part: "I want you to understand that I have nothing to hide or gain for correcting UPO fiscal nightmare. As you indicated in your memo of 04/11, 'the controller is responsible for the accounting system, information and documents.' You and others who have been paid well to perform the many tasks (that have not been done) must stop pointing fingers and produce the work that is

*RE: Mohammed Amin K    h*                                      *Page 45*

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations*
*and utilized only by personnel authorized under the law. This material must be destroyed*
*or returned to the authorizing agency for proper handling.*

absence (sic) from the ongoing memos…everyone in management and the board knows that FY (fiscal year) 2003 ended in a deficit. We only want to know why and how much. Until the audit is complete we have estimates that vary. You have produced numbers that have changed."

69. A note from Stewart C. Moore, psychotherapist who states on 06/14/2004 that the patient has been under some significant job related stress for about the last four months. He adds that the patient has been taking Paxil for about five years, but denies any past psychiatric history including medication.

70. The plaintiff's Second Amended Complaint in Civil Case No. 1:05-CV-1271 in the United States District Court for the District of Columbia in which the plaintiff brings suit against defendant for retaliating in violation of the Federal False Claims Act Whistleblower Protection Provision, 31 U.S.C. Art. 37, 29 (h). In this far-reaching complaint by <u>Mohammed Amin Kakeh v. UPO Incorporated</u>, he charges, among other things, that various officials at UPO had met and provided results of an audit which demonstrated that UPO had engaged in fraud, waste and abuse on 03/18/2004. He notes, under heading 26, that on or about 03/25/2004 Mr. Jennings was terminated from his position with the defendant and Dana Jones was appointed interim executive director. Subsequently in 27, on 03/31/2004 the plaintiff filed a charge of discrimination against the defendant for discrimination on the basis of his race, color, gender, national origin and religion with the District of Columbia Office of Human Rights. He alleged a pattern of harassment and discriminatory treatment. Continuing, under Article 42 of this Second Amended Complaint, it is noted that on 03/30/2005 the plaintiff withdrew his charge of

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations*
*and utilized only by personnel authorized under the law. This material must be destroyed*
*or returned to the authorizing agency for proper handling.*

discrimination with the District of Columbia Office of Human Rights.

71. However, in Count I of the violations of the D.C. Whistleblower Statute, violation of D.C. Code 2-223.02 plaintiff alleged that he had made protected disclosures to supervisors and public bodies and that by terminating his employment on 06/02/2004 the defendant took a prohibited personnel action against plaintiff and/or retaliated against him as a result of his protected disclosures...the plaintiff further claimed that he had been damaged economically by the defendant's actions as he lost income and benefits of position, and stated that he also suffered humiliation, embarrassment and loss of self-esteem and has otherwise been damaged psychologically and emotionally by defendant's action.

72. In the KPPN dated 05/19/2004, approximately 2½ weeks before he received his termination letter, Nurse Langford reports as follows, in part: "patient calls with malaise, states extreme fatigue, head feels very heavy, unable to hold head up for any length of time. Denies fever. No sign of strainage. No cough, no orthopnea or paroxysmal noctural dyspnea. No swelling. No chest pain. Reports he has been sleeping a lot this week but having difficulty sleeping at night, off work all week. Cites significant work related stress. "

73. On 05/20/2004 he sees Dr. Chin in Internal Medicine, has a normal blood pressure, and his weight is taken as 190 pounds. Dr. Chin writes, in part, "59 year old male patient of Dr. Ryan who complains of fatigue and head 'feels heavy' and 'hard to stay up' at times. Symptoms for three days. No chest pain, no

RE: Mohammed Amin *k     h*

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations*
*and utilized only by personnel authorized under the law. This material must be destroyed*
*or returned to the authorizing agency for proper handling.*

dyspnea, no fever, no chills.  Working long hours and getting little sleep.   No depression/anxiety symptoms worse than before. "

74. In the KPPN dated 05/26/2004, he is noted as fatigued with work stress, and observations included "stressed" assessment includes "stress" and the plan is "therapy referral" and "follow up PRN."

75. A KPPN dated 06/07/2004 which states, in part, that Amin says that Friday (two weeks ago) he met with the U.S. Attorney, an FBI Agent, and the D.C. Inspector General…he states the following Tuesday (last week) he was informed that he has been "Riffed."  He states that he is a very proud man so he hasn't reached out to any of his friends.  He went home and told his family after dinner that he has an attorney.  There is a pending action (EEO Complaint) that will be mediated on 06/17.  He understands that in the middle of such a complaint that an employee cannot be terminated.  He plans to continue to fight this…he wants to make sure (and have it documented) that he is of sound mind.[21]

76. A KPPN from Mary Langford, nurse practitioner noting that she had received a phone call from the patient's wife asking that the patient's medications be sent to the Fairfax County Jail Infirmary.[22]

---

[21] Note from the psychiatrist whom he stated he was refusing to see in 2004 and 2005, that he had several years' history of depression with increasing doses of Paxil no longer helping. He also had a heart attack a year ago and has recent onset diabetes mellitus.

[22] This was right after he had assaulted and battered his daughter and cut off her hair and beat her feet with sticks.

*RE: Mohammed Amin K    1*

**Sensitive Medical Information. Should Not Be Shown to Patient or Family!**
*This material must be considered extremely confidential under the HIPPA regulations and utilized only by personnel authorized under the law. This material must be destroyed or returned to the authorizing agency for proper handling.*

77. A note from Dr. Ryan at Kaiser Permanente in which he notes various ailments which the patient complains of a physical nature, but also notes depression – denies depressed mood/anhedonic on current medications. Denies suicidal ideations. Lifetime treatment given greater than three episodes of depression.

   It is also noted in this same note that he had an MRI in Saudi Arabia in December of 1993 which showed a minimal herniation at L-5/S-1. (The problem is that he left that off of his resume when he applied to Manna and to UPO.)

78. Medications: Paxil, a popular selective serotonin reuptake inhibitor antidepressant. Note that this was approximately four years before he was terminated by UPO.

79. A KPPN dictated by Dr. Ryan which states that he is following up the depression. That the patient is feeling depressed, sad, blue most of the day and almost daily; that he has anhedonia with diminished interest/pleasure in all or most activities; that he has disturbed insomnia or hypersomnia; irritability; guilt; decreased energy; poor concentration, indecisiveness; significant change in absence of internal efforts to alter weight; psychomotor agitation or retardation.

   Dr. Ryan also notes that he is experiencing specific stress which is work related because he began a new job and feels overwhelmed. He further notes that the patient has a flat affect, and uses the diagnostic code of 296 for major depressive disorder.

*RE: Mohammed Amin K    1*

**Sensitive Medical Information. Should Not Be Shown to Patient or Family!**
*This material must be considered extremely confidential under the HIPPA regulations and utilized only by personnel authorized under the law. This material must be destroyed or returned to the authorizing agency for proper handling.*

80. The resume of Richard Bruce Edelman, Professor Emeritus of Finance at American University in Washington who is expected to testify for the plaintiff. The report prepared by Dr. Edelman, and the "lost income questions for wrongful termination/wage dispute cases Professor Richard B. Edelman which contains large number of financial documents, tax documents, fiscal reports, evidently concerning UPO and subsequently Equal Justice Works where the patient is currently employed."

81. In the KPPN dated 07/27/2004 the patient is described as being in no acute distress but looking tired.

82. 09/22/2004 in speaking with Dr. Moore, the patient states that "he exercises daily (walks). He is not smoking though he is having urges to return to his former habit. His wife notes that Amin's family in Syria look to him as the leader so he cannot tell them about his misfortunes ("they would be devastated"); she goes on to note that his brother recently died and he, Amin, was unable to return home to be there for his family. He has no close friends that he can share this with either...We discussed the thinking of putting his limited resources into a court case versus putting all of his energy into getting another job. There seems to be a bit of a trauma bond that he is experiencing at this time."

83. A KPPN stating, in part, the patient takes Paxil for the last five years or so. He began taking this when he had lost a job, was under some financial stress, and was responding by agitation and **irritability** (emphasis mine).

84. A warrant of arrest for misdemeanor dated 10/23/2004 in which Mohammed Amin Kakeh was arrested for assaulting