*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations and utilized only by personnel authorized under the law. This material must be destroyed or returned to the authorizing agency for proper handling.*

and battering his daughter, Nabeelah Kakeh. He was tried and found guilty by a Fairfax County Judge, name illegible, and adjudication/disposition was deferred and accused placed on probation. From other history available to me it appears that he spent approximately 13 nights in jail and had to reimburse the Commonwealth of Virginia for investigatory medical fees. His bond was for $10,000 and he was not to have contact with the child/victim, Nabeelah Kakeh. The case number is JA333589-01-01.

85. In the KPPN dated 11/09/2004, Mary Langford, psychiatric nurse, notes that there was a "recent severe family crisis."

She went on to say that the patient has resumed all medications since his incarceration and is fasting for Ramadan holiday. He is noted to be in no acute distress.

86. KPPN event date 12/08/2004. In this case management note, Stewart Moore, psychotherapist states, in part: "Amin is here with his wife. They report that their daughter has been running away and lying and staying out all night. After several of these incidents they report that Amin cut her hair off and hit her on the foot with a stick. She called the police and he was arrested for assault and battery (spent 13 nights in prison) and goes to court tomorrow...I discussed Kaiser's policy on court mandated treatment and predicted that he would likely have to go to anger management and parenting classes. Amin feels like he is in control of everything else."

87. In a KPPN dated 02/10/2005 the patient is examined for his cardiac complaints, and it is noted that his wife handles the

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
This material must be considered extremely confidential under the HIPPA regulations and utilized only by personnel authorized under the law. This material must be destroyed or returned to the authorizing agency for proper handling.

medications. It is noted that a significant factor is recent family related stress, and he is under counseling for this.

88. In a continuing KPPN he is noted as continually depressed as he apparently was, based on their findings for ten years prior to the interruption of his employment.

89. He also filed a count for wrongful discharge, a count for retaliation for discrimination, a count for violation of Federal False Claims Act and the Whistleblower Protection Provision, and violations of the District of Columbia False Claims Act, all of which was certified as delivered by Omar Vincent Melehy, Esquire on the 9th day of December, 2005.

90. A KKPN dated 03/09/2005 in which the patient is stated, in part, as saying: "I want to sleep all the time. I'm crying inside and I've been on Paxil for the past 10 years but I do not feel that it is working."[23]

91. He is seen on 03/09/2005 by Derwin Harris in adult psychotherapy on a phone encounter, and his wife reported that he needs to see a psychiatrist. The quotation is "I have heart disease and they recommend that I need to see a psychiatrist, Dr. Price. My primary care provider referred me to see Dr. Price..." He reports that he has lost his job eight months ago and reported that he has seven children and he has not been able to find anything and adds "I want to sleep all the time."[24]

---

[23] Any history of either depression or anxiety was denied by the patient during my clinical interview. However, the Depression Scale did elevate moderately on the MMPI-2.
[24] This is in contradistinction to what he told this examiner which is that he could only sleep two hours per twenty four.

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations and utilized only by personnel authorized under the law. This material must be destroyed or returned to the authorizing agency for proper handling.*

92. She has another visit with him on 03/29/2005 in which she notes that the patient with history of depression with more anxious symptoms at this time including anxiety attacks and generalized anxiety that is starting to limit his ability to make phone calls to look for jobs. She continues with a diagnosis of panic disorder. She is tapering him off Paxil while starting Prozac up to 20 mg.

93. On 03/29/2005 she also starts him on Ativan .5 mg as needed for anxiety attacks. She further states that his anticipated achievement date for reduction in the above-mentioned target symptoms will be significant in two months.

94. At another point in the provider note she states that he has a past psychiatric long history of depression but has dealt with it. She further noted that his daughter did not do well on Paxil, but improved on Prozac.

95. A KPPN dated 04/05/2005 in which it was noted that he had no diabetic retinopathy after the eye examination.

96. 04/09/2004, KPPN summary of medical problems for the patient dictated by Christopher Ryan, M.D. and labeled as health assessment. Dr. Ryan lists the following conditions as pertinent to the patient's care:

    - Allergic rhinitis – Flonase. Nasarel caused epistaxis. Antihistamines caused urinary symptoms.

    - Back pain – use Tylenol ES given congestive heart failure. MRI Saudi Arabia, 12/1993: minimal herniation L-5/S-1.

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations and utilized only by personnel authorized under the law. This material must be destroyed or returned to the authorizing agency for proper handling.*

Prior relief with traction; home traction no relief. No non-steroidal anti-inflammatory drugs given. Ergonomic chair at work. Prior Kaiser Permanente back class.

- Colon cancer screening – average risk: greater than 50, asymptomatic, no family history. NEXT with scope 2012. Colonoscopy 09/2002 Dr. Winston: normal to the cecum. Flexible sigmoidoscopy 09/1997 normal to 60 centimeter upper endoscope/anal stenosis/now status post anoplasty. Report rectal bleeding, black stools, unanticipated weight loss.

- Coronary artery disease/anterior septal myocardial infarction 1998 – left anterior decending/D-1 PTCA/stent. Effective to 35%. Catheterization 04/2001: chronically collateralized left anterior descending occluded, otherwise non-critical coronary atherosclerotic disease. Left ventricular thrombus/anticoagulation. Toperal XL 50 mg tab., 0.5 tab each day. Low density lipoproteins lower than 100 with Lovastatin 80 mg each evening. Increase exercise. Low fat diet.

- Depression – denies depressed mood/anhedonic on current medications. Denied suicidal ideation. Lifetime treatment given greater than three episodes of depression.

- Degenerative joint disease bilateral knees – use Tylenol ES given gastro esophageal reflux disease.

- Eczema – Lidex cream.

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations and utilized only by personnel authorized under the law. This material must be destroyed or returned to the authorizing agency for proper handling.*

- Family history – father – hypertension, diabetes mellitus, lipids, myocardial infarction late 50's, CABG 72, died in his 70's from complications status-post hip fracture. Mother – hypertension, diabetes mellitus, lipids, congestive heart failure. Brother – Maumoon – hypertension, cholesterol.

- Gastro esophageal reflux disease – normal esophageal gastric diagnosis 11/1996. Complete relief on Prilosec. Drinks two cups of tea. Discussed conservative measures extensively.

- Hemorrhoids – increase daily dietary fiber and water intake to avoid constipation.

- History of anal stenosis – resolved status post anoplasty by Dr. Colvin (colorectal surgeon, external).

- History dizziness – experienced during February 1999 admission for chest pain. CT scan of the brain 03/1999 negative.

- History of nicotine abuse – patient quit nicotine 02/1999 after substantial counseling[25].

- Hyperlipidemia – described NCEP goals, cardioathrosclerotic disease attained on Lovastatin 80 mg each evening. Goal - low density lipoprotein under 100, target 70. Positive risk factors: hypertension, diabetes mellitus, history of tobacco, cardiac atherosclerotic disease, family history, obesity, lipids, male older than 45

---

[25] In this office he alleged he had stopped smoking in 1998.

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations and utilized only by personnel authorized under the law. This material must be destroyed or returned to the authorizing agency for proper handling.*

years. Increase aerobic exercise to 30 minutes per day. Low fat diet.

- Hypertension – stage 0 – Toperal XL 50 mg tab, 0.5 mg tab each morning, Prinivil, 10 mg each morning, Lasix 20 mg each morning. Increase aerobic exercise. Weight Watchers for weight loss. Low sodium diet.

- Left ventricular mural thrombus.

- Prostate cancer screening – direct examination 04 a nodular prostate.

- Right shoulder calcific tendonitis – prior steroid injection, physical therapy and orthopedic consult (Dr. Kasmin). X-ray 03/1998 documents calcifications. Social history – married – finance controller for non-profit organization. Tobacco: quit 1998. Smoked ½ pack per day for greater than 30 years. Alcohol – none. Drugs – none. Seatbelt wearer – yes.

- Testicular cancer screening – testicular examination 04 negative. Demonstrated testicular exam. Advised to perform monthly.

- Type II diabetes mellitus – diagnosed 1999. A1C. Actos. Optometric annually. Aspirin each day. Low density lipoproteins to be maintained at less than 100 with Lovastatin 80 mg each evening. Microalbumin/creatnine normal, Prinivil 10 mg each morning. Monofilter normal. Prior to evaluation diabetes mellitus clinic.

-

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations and utilized only by personnel authorized under the law. This material must be destroyed or returned to the authorizing agency for proper handling.*

- ✓ Medications – no non-steroidal anti-inflammatory drugs: congestive heart failure – –

- ✓ Alert – anticoagulation – this alert was initially created by a KP-IT auto load process.

- ✓ Cardiac atherosclerotic disease registry – this alert was initially created by KP-IT auto load process.

- ✓ Diabetes registry – this alert was initially created by KP-IT auto load process.

- Allergies – denies Latex/ Zylocaine/Iodine/No known drug allergies.

- Past Surgeries

    - ✓ Anoplasty with house advancement flap – 1998.

    - ✓ Cardiac stent – 1998.

    - ✓ Extraction of wisdom teeth – 1972.

    - ✓ Hemorrhoidectomy – 1970.

97. Approximately 80 pages of lab results over a period of years when he was being treated at Kaiser Permanente.

98. On 04/19/2005, she sees the patient again, and her primary diagnosis is panic disorder though she continues to carry the

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations and utilized only by personnel authorized under the law. This material must be destroyed or returned to the authorizing agency for proper handling.*

generalized anxiety disorder and depressive order not otherwise specified diagnosis. She notes that he is tapering off of Paxil and will remain on 20 mg of Prozac.

99. In the KPPN dated 05/31/2005 Susan L. Price, M.D. (psychiatrist) saw the patient and stated, among other things, that he has seven children, something which confuses this examiner as he relates only five. She further reports that he is currently unemployed but actively looking for work and has not lost hope that he will find a job. Most importantly, she states he is taking Paxil, 40 mg per day for about **10 years** (emphasis mine) for depression.

    Regarding his mental status she states that he is alert, neat, calm, oriented in three spheres, fluent speech, realistically hopeful, expressive affect, thoughts goal directed, good judgment and insight and intact memory. Her diagnoses are panic disorder 300.02, generalized anxiety disorder, and depressive disorder not otherwise specified, 311.

    On AXIS III she notes that he has ischemic cardiomyopathy. On AXIS IV she notes he has been unemployed for many months and has problems with children and legal problems. On AXIS V she stated his current level of function is 75 and that is the same for the prior year.

100. A KPPN from Dr. Ryan dated 06/17/2005 in which he noted that the patient had NAD (no acute distress) but was suffering from bronchitis.

*Sensitive Medical Information. Should Not Be Shown to Patient or Family!*
*This material must be considered extremely confidential under the HIPPA regulations and utilized only by personnel authorized under the law. This material must be destroyed or returned to the authorizing agency for proper handling.*

101. In a KPPN dated 09/19/2005, he consulted with Susan Price, M.D., psychiatrist, with a diagnosis of panic disorder and she described the patient as having had a history of depression with more anxious symptoms at this time including anxiety attacks and generalized anxiety that is starting to limit his ability to make phone calls to look for jobs.

102. In a KPPN dated 09/19/2005, the examiner reports (patient) "states not doing very well: constant chest heaviness lasting all day, not affected by exertion, seems better when sleeping. However, does have insomnia and feels he is having some panic. Decreased appetite, has increased fatigue, lack of sleep. Symptoms do seem worse with emotional upset.

Nevertheless he is described as being in no acute distress, and the findings of the examination include no chest pain, no arrhythmia, heart rate blunted due to blood pressure treatment, no ischemic ECG changes, below average exercise capacity."

103. Another KPPN note from Dr. Christopher P. Ryan dated 01/06/2006 at which time he treated the patient for epistaxis (nosebleed).

104. Another KPPN by Dr. Ryan also on 01/06/2006 concerning the patient's symptoms of gastro esophageal reflux disorder and chest pain.

AMIN KAKEH<br>
7050 LEESTONE STREET<br>
SPRINGFIELD, VA 22151<br>
TELEPHONE: (703) 642-8921

**EDUCATION:**

University of Detroit, Detroit, Michigan
M.A. Economics and Finance.
University of Damascus, Damascus, Syria
B.A. Accounting and Business Administration.

**EXPERIENCE:**

1993 to present

A & M. E. Services
3610 Forest Drive, Alexandria, VA 22301
CONTROLLER
* Manage the accounting functions A/P, A/R, P/R, G/L, and purchasing.
* Conduct effective budget planning, preparation, and control over expenditures.
* Supervise and train accounting staff and established financial procedures and policies.
* Developing the accounting and the financial reporting system.
* Oversee the closing of the company's financial statements, analyzing the financial conditions, and facilitate the external audit.

1992-1993

Bowie State University
14000 Jericho Park Road, Bowie, MD 20715
FEDERAL GRANTS AND CONTRACTS OFFICER
* Managed the grants department in the areas of grants accounting, budgeting, federal financial aids, and coordinated Title III budgeting and financial management/reporting.
* Monitored the cash flow on grants, financial aids, and student loans.
* Prepared financial reports and monitored expenditures and revenues.
* Planned, organized and coordinated the submissions of the grants proposal, indirect cost recovery rate, the budgets and the related analysis.
* Liaison to federal and state agencies.

1990-1991

International Economics & Research, Inc.
1629 K Street, N.W., Washington, D.C. 20006
Assistant Director
* Responsible for feasibility studies, contract proposals and negotiations, publications and independent research, system analysis, marketing, training and communications for the government.

1985-1990

St. Mary's College of Maryland
Business Office, St. Mary's City, MD 20686
DIRECTOR OF GENERAL ACCOUNTING
* Analyzed the college programs and policies to determine fiscal implications, as well as, offered recommendations for management actions to maintain consistent college fiscal policies and objectives.
* Formulated and implemented policies and procedures to meet the financial needs of the college.

APPENDIX IV<br>
Page 59

Page-2
Amin Kakeh

* Managed the daily functions of the Business Office and supervised the staff of the following areas: Student Accounts, A/R, Cashiering, Revenue Accounting, Purchasing, A/P, and Expenditure Accounting.
* Trained staff and developed job descriptions.
* Ensured compliance with state regulations regarding the expenditures of the college funds.
* Prepared the annual financial statements and the related year-end reports for the independent and the legislative auditors.
* Oversaw the endowment funds, the loan funds, the plant funds, the student financial aid disbursements, the federal/state grants and contracts, and the cash collections.
* Implemented the Student Information Software System on line.
* FRS and SIS Coordinator and representative for the college at the federal and state levels.
* Prepared the revenue projections, expenditure estimates, and coordinated the budget preparation.

**NATIONAL Institute of Technology**          1980-1985
18000 Newburgh Road, Livonia, MI 48151
**ACCOUNTING MANAGER**
* Managed, coordinated, and supervised the fiscal operations of the institution.
* Monitored budget expenditures and managed the computerized financial reporting systems.
* Oversaw the contracts and grants accounting, collections, financial aids, and student loans.
* Provided general supervision over accounts payable, accounts receivable, and payroll.
* Evaluated, devised, and/or revised the fiscal policies and procedures of the institution.

\* \* \* \* \* \* \* \* \* \*

KAKEH, AMIN
151008512

Kaiser Permanente progress note
05/07/1996    RYAN, CHRISTOPHER MD
Major Depressive Disorder; mild dysuria of unclear etiology; lipoma

S: Follow up depression. Taking Paxil 20 mg po QD. Previously instructed to increase to 30 mg po QD but "forget to break pills". New job; first employment in 18 months.

| | |
|---|---|
| No | Depressed/feeling sad, blue (most of the day, almost daily). |
| Yes | Anhedonia- diminished interest/pleasure in all or most activities. |
| Yes | Sleep: insomnia or hypersomnia |
| No | Irritability |
| Yes | Guilt (inappropriate), worthlessness, or hopelessness |
| No | Energy, decreased. Fatigue |
| Yes | Concentration, poor/ indecisiveness |
| No | Appetite, weight; significant change in abscence of intentional efforts to alter weight |
| Yes | Psychomotor agitation or retardation |
| No | Suicidal ideation or thoughts of death |

O:   Euthymic

A:   Major Depressive Disorder

P:   Paxil 30 mg po QD  (given 30 mg po tabs to increase compliance )
     Medication instructions: Take SSRI in AM; may cause insomnia or anorgasmia

   Follow up:  2 months

S: Follow up mild dysuria of unclear etiology. Had some relief after markedly increasing daily water intake. States symptoms do not currently bother him enough to pursue cystoscopy.

O: deferred

A: Mild dysuria, etiology unclear

P: Observation. Report increased sx - would then proceed with cystoscopy.

S: Concerned re: mass near right scapular area.

*Ryan*

APPENDIX V
Page 61

KAKEH, AMIN
151008512

*Kaiser Permanente progress note*
*05/07/1996   RYAN, CHRISTOPHER MD*
*(Continued)*

O:  2 cm diameter soft tissue mass subcutaneous

A:  Lipoma

P:  Observation

*Ryan*

MEDICATIONS FOR MOHAMMAD AMIN KAKEH, MARCH, 2006
DOB: 06/28/1944

1. Prilosec 40 mg capsules, Take one capsule twice a day ½ hour before meals, **NO GENERIC PLEASE IS NOT EFFECTIVE LIKE THE NAME BRAND**
2. Generic Coumadin, Warfarin, 4 mg M, W, F; 6 mg all other days.
3. Klor-Con (Potassium Chloride) 10 mg Take one tablet once a day
4. Furosemide (Generic Lasix) 40 mg tab, Take one daily
5. Nitrostat 0.4 MG (1/150 GR) Place one tablet under the tongue at onset of chest pain, repeat every 5 min. for up to 3 tabs max
6. Actos 15 mg tab, Take one every day
7. Lisinopril (Generic for Prinvil) 10 mg tab, Take 1 daily by mouth
8. Generic Prosac, Fluoxetine Hcl, 20 mg tab, Take 2 capsules daily
9. Zocor 80 mg tab, Take one tablet by mouth
10. Coreg 12.5 mg tab, Take ½ tablet in the a.m. and 1 tablet at bedtime
11. Inspra 25 mg tablet, Take one every morning
12. Generic Spectazole NF, Econozole Nitrate 1% cream, 85 gm, Apply between affected toes to treat Athlete's foot, twice a day
13. Flonase 0.05% Nasal Spray, Two sprays each nostril once a day
14. Metrogel Topical Gel (Metronidazole 0.75%/45 GM) Apply to face twice daily
15. Generic Cleocin T 1& Gel (clindamycin phosphate) 1%/ 60 G, Apply to face once daily
16. Omega – 3 Fish Oil Capsules 1200 mg, Take one capsule with food twice a day
17. Baby Aspirin, 81 mg safety coated, Take one with am meal
18. Amlactin 12 % Moisturizing Lotion 225g (Apply to hands twice a day)

APPENDIX VI
Page 63

KAKEH, M AMIN
*151008512*

## Kaiser Permanente History Provider Note

EVENT DATE: 03/09/2005
MEMBER'S HOME CENTER: BURKE
AUTHOR: HARRIS, DERWIN D AC
SPECIALTY: PSYCHOTHERAPY (ADULT)
NOTE TYPE: PHONE ENCOUNTER
DIAGNOSIS: ACCESS BH

CLT'S WIFE CALLED INDICATING THAT SHE WAS CALLING FOR HUSBAND BUT HE IS HOME. EXPLAINED THAT CLT HAS TO SCHED BH APPT FOR SELF UNLESS HE HAS A ROI ON FILE OR GIVE HIS VERBAL APPROVAL.

CLT REPORTS THAT HE NEEDS TO SEE A PSYCHIATRIST. "I HAVE HEART DISEASE AND THEY RECOMMENDED THAT I NEED TO SEE A PSYCHIATRIST DR PRICE . MY PCP REFERRED ME TO SEE DR PRICE. CLT REPORTS THAT HE LOST HIS JOB 8 MONTHS AGO. CLT REPORTS THAT HE HAS 7 CHILDREN AND HE HAS NOT BEEN ABLE TO FIND ANYTHING. "I WANT TO SLEEP ALL THE TIME. "I AM CRYING INSIDE AND I HAVE BEEN ON PAXIL FOR PAST TEN YEARS BUT I DO NOT FEEL THAT IT IS WORKING". DENIES THAT HE IS HOMICIDAL OR SUICIDAL.. CLT INFORMNED THAT NO APPTS ARE AVAILABLE FOR DR PRICE WITHIN GUIDELINES. CLT DECLINED TO LEAVE DR PRICE A MESSAGE. HE AGREED TO CALL BACK.

==================================================

KAKEH, AMIN
151008512

**Kaiser Permanente progress note**
**02/28/1996   RYAN, CHRISTOPHER MD**
*Irritative voiding symptoms; unable to perform DRE secondary to rectal surgery;*

S:  51 yo with persistent irritative voiding symptoms after 2 courses of abx for presumed hx of prostatitis. Due to rectal surgery which tightened the anal sphincter, the examining finger on DRE could not be admitted, even with the patient prepped with Librax prior to the appt. Patient notes that prior rectal exam was performed after local block.
    Mr. Kakeh was rx'd with Doxy 100 mg po BID x 4 weeks after c/o burning at the end of urination in 11/95. Cipro 500 mg po BID x 4 weeks was initiated on 12/27/95 after the symptoms failed to resolve. Urine culture returned negative. Given the persistence of symptoms on 1/19/96 a ureaplasma culture was obtained and returned negative. Cipro was empirically extended 2 weeks.

O:  deferred

A:  Irritative voiding symptoms; unable to perform DRE secondary to rectal surgery

P:  Urologic consult
    Check PSA

*/Ryan/*

KAKEH, AMIN
151008512

**Kaiser Permanente progress note**
**02/28/1996   RYAN, CHRISTOPHER MD**
   **Major Depressive Disorder, 296.23; Coding explanation: First three digits are**

S:
   Yes     Depressed/feeling sad, blue (most of the day, almost daily).
   Yes     Anhedonia- diminished interest/pleasure in all or most activities.
   Yes     Sleep: insomnia or hypersomnia
   Yes     Irritability
   Yes     Guilt (inappropriate), worthlessness, or hopelessness
   Yes     Energy, decreased. Fatigue
   Yes     Concentration, poor/ indecisiveness
   Yes     Appetite, weight; significant change in abscence of intentional efforts to alter weight
   Yes     Psychomotor agitation or retardation
   No      Suicidal ideation or thoughts of death

   Yes     Five or more of the above symptoms have been present during the same two-week period and represent a change from the previous level of functioning; at least one of the symptoms is depressed mood or anhedonia.
   No      Substance abuse.
   No      Preceeding significant emotional loss or psychotic disorder
   Yes     Significant situational stress
           Specific stress: work related ; unemployed 18 months
   Yes     Temporal relation to oral contraceptives or antihypertensives
   No      Hx of mania

   No      Prior history of depression, treated with not applicable
   No      Prior suicide attempts
   No      Present plan for suicide
   No      Family history of depression

O:   Flat affect
     Thyroid not enlarged
     Deferred Zung scale: raw score——— index score ——— consistent with not applicable

A:   Major Depressive Disorder, 296.23
        Coding explanation: First three digits are always 296 for depressive disorder
            Fourth digit (type in for rate of occurrence): 2 = single

*Ryan*

APPENDIX VIII
Page 66

KAKEH, AMIN
151008512

**Kaiser Permanente progress note**
**02/28/1996   RYAN, CHRISTOPHER MD**
**(Continued)**
episode

Fifth digit (type in for severity) : 3 = severe without psychosis

P:   Paxil 20 mg po QD, one half tab for first week
     Medication instructions: Take SSRI in AM; may cause insomnia or anorgasmia
     Discussed need for medication for at least 6 months to decrease possibility of recurrence.
     TSH, CBC if not performed within past two months.

     Follow up:  6 weeks with primary MD; sooner adverse med effect

     Also given business card with emergency phone #1-800-677-1112.

*Ryan* (signature)