UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammad Amin Kakeh,

    *Plaintiff,*

v.                                                      Civil Case No. 1:05-cv-1271 (GK/JF)

United Planning Organization, Inc.,

    *Defendant.*

### AFFIDAVIT OF PLAINITFF MOHAMMED AMIN KAKEH

1. I, Mohammad Amin Kakeh, am over the age of 18 years and competent to testify about the matters contained in this Affidavit, about which I have personal knowledge.

2. For approximately three years, I worked as a Regional Finance Manager in Saudi Arabia for a company called Jeraisy Group, a large corporation that manufactures and distributes office furniture and office supplies.

3. I have never worked for a member of the Saudi Royal family.

I affirm, under penalty of perjury, that the foregoing is true and correct.

Signed this 21st day of March, 2008,

_____
Mohammad Amin Kakeh


EXHIBIT F