IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION,<br><br>Defendant. | CIVIL ACTION NO. 1:05-cv-1271 (GK/JF) |

## DEFENDANT UNITED PLANNING ORGANIZATION, INC.'S RULE 26(a)(2)(B) DISCLOSURE FOR JOHN HENDERSON, M.D.

Pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, Defendant United Planning Organization, Inc., by and through its counsel, hereby identifies the following expert witness for use in the above-captioned matter:

John Henderson, MD
304 East Pennsylvania Avenue
First Floor
Towson, MD 21286-5313
Telephone: (410) 296-1161

Dr. Henderson is a forensic psychiatrist and has been retained by Defendant. A copy of Dr. Henderson's curriculum vitae is attached at Tab A. At Tab B is a listing of the cases in which he has provided trial testimony in the past four (4) years. Based upon his review of Plaintiff's medical records and other documents which the parties have exchanged in discovery[1], and his examination of Plaintiff, Dr. Henderson will testify regarding his opinion on Plaintiff's emotional distress damages. A copy of Dr. Henderson's written report is attached at Tab C. Dr. Henderson is being compensated at the rate of $500 per hour for his time.

---

[1] Police Report relating to Plaintiff's arrest for assault and battery of his daughter; Bates Nos. 00120-00123, 00125-00126, 00131-00132, and 00160-00163.

EXHIBIT G

Dated: May 12, 2006

Respectfully submitted,

By: /s/ Kevin M. Kraham
Alison N. Davis, DC Bar No. 429700
Kevin M. Kraham, DC Bar No. 459077
David A. Rosenberg, DC Bar No. 433405

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
(202) 719-2000

Attorneys for Defendant United Planning Organization, Inc.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing Defendant United Planning Organization, Inc.'s Rule 26(a)(2)(B) Disclosure for John Henderson, M.D. to be served upon the following counsel of record via U.S. Mail, postage prepaid on May 12, 2006:

Omar V. Melehy
MELEHY & ASSOCIATES
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

/s/ Kevin M. Kraham
Kevin M. Kraham

DC:60293.1