[ORIGINAL]

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------------x

MOHAMMED AMIN KAKEH,                 x

        Plaintiff,               x Civil Case No.

        v.                        x 1:05-CV-1271

UNITED PLANNING ORGANIZATION, INC., x

        Defendant.               x

------------------------------------ x

                      Thursday, February 23, 2006

                      Silver Spring, Maryland

The deposition of TUNDE EBODA called for examination by counsel for Plaintiff in the above-titled matter, pursuant to notice, in the Offices of Zipin & Melehy, 8403 Colesville Road, Silver Spring, Maryland, before Jonell Easton, Notary public, at 10:00 a.m., when were present on behalf of respective parties:



*Precise Reporting Services*
(301) 210-5092
*Serving MD, D.C. & VA*



EXHIBIT A

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

91

1    We convened together, it was announced
2    that Mr. Jennings was being suspended effective
3    immediately.
4        Q.   How did he react to that?
5        A.   I wasn't very focused on him, on trying to
6    read what his reaction was.
7        Q.   Was it fair to say your report indicated
8    Mr. Jennings may have committed serious wrongdoing?
9        A.   To the extent we could determine there was
10   at the very least mismanagement of CSBG funds, yes.
11       Q.   Misappropriations of those funds as well?
12       A.   I would surmise so, yes.
13       Q.   At that time, is it fair to say, at that
14   time, based on your conversations with the board,
15   Mr. Jennings, Ms. Mack, and Ms. Shears, that they
16   understood that the source of your information, in
17   part, at least, was Mr. Kakeh?
18       A.   I think it--everything pointed to him.  I
19   know, at some point later, I disclosed the fact he
20   was cooperating and being helpful to us.
21           I think I may have done that months later

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

92

1   when the new management team was formed.
2       Q.   When did you indicate to new management,
3   what month or year, that Mr. Kakeh had been
4   cooperating with you?
5       A.   The new management team came in, the board
6   first created a management ad hoc management team.
7   This was composed of about five members of the
8   board that assumed from March 11, when they
9   suspended Mr. Jennings, they formed an ad hoc
10  management team that was managing the day-to-day
11  operations of the agency.
12           I believe I disclosed to at least one
13  member of that team, the co chair of the ad hoc
14  management team, Ms. Alexis Robertson, that Mr.
15  Kakeh had been a highly valuable resource to us and
16  I encouraged her to have a meeting with him and get
17  more cooperation or information from him.
18      Q.   Did she do that?
19      A.   I believe the meeting happened.  I don't
20  recall if it was one that I sat in on because there
21  was a meeting with Ms. Robertson, Mr. Kakeh and

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

93

1  myself that took place.
2      I don't know, outside of the one that I
3  recall, I don't know if any other meetings took
4  place outside of the one I recall.
5      Q.  When did you disclose this to Alexis
6  Robertson?
7      A.  Shortly after the budget.
8      Q.  That would be March? April.
9      A.  It would be March.
10     Q.  March of 2004?
11     A.  Correct.
12     Q.  Did you indicate this to anybody else, at
13 any time, that Mr. Kakeh had been cooperating with
14 you?
15     A.  By the time we were substantially into the
16 exercise I no longer, it was clear to me it was out
17 there, I no longer took extra precautions to
18 conceal that it may have happened.
19     As a matter of routine, if any document we
20 were looking at came up, I think I would identify
21 it, if I got it from Mr. Kakeh, I would say I got

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

94

1  it from him.

2  Q.  Do you recall specifically saying to
3  anybody at UPO that you got particular documents,
4  financial documents, from Mr. Kakeh other than what
5  you indicated earlier?

6  A.  I don't recall specifically, but, again,
7  it is all flowing at this time and mostly I think
8  Mr. Kakeh himself, on occasion, referred us to,
9  directed our requests through Ms. Shears, who was
10 CFO.

11      And formally, I think we continued to deal
12 with Ms. Shears and it was only for cultural
13 reasons and almost very quickly we went to
14 Mr. Amin.

15 Q.  You indicated earlier, maybe a minute ago,
16 when I asked you about whether people at UPO not
17 about the board, but whether management knew Mr.
18 Kakeh was the source of a lot of information, and
19 you indicated that, at that time, I guess you were
20 referring to March or April, it was clear to you
21 this was out there.

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

95

1  Do you mean it was clear to you in March
2  or April that members of management knew that Mr.
3  Kakeh had been the source of your information?
4      A.  That is my belief.  The majority of the
5  documents we were looking at came from the finance
6  unit.  Ms. Shears was not the author of many of
7  those documents.
8      Mrs. Amin, by responsibility, had produced
9  those documents and we had a number of those
10 documents.
11     Q.  What documents, in particular, are we
12 talking about?
13     A.  Financial statements, balance sheets,
14 other financial-related documents, bank statements,
15 reconciliation documents.
16     Q.  Those documents, did any of those
17 documents show, to any degree that money, non
18 program funds were being charged to the CSBG grant?
19     A.  As far as the CSBG budget originally
20 submitted by UPO was concerned, yes, there was a
21 number of items out of line, not included in the

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

185

CERTIFICATE OF NOTARY PUBLIC

1  I, JONELL EASTON, the officer before whom the
2  foregoing deposition was taken, do hereby testify
3  that the witness whose testimony appears in the
4  foregoing deposition was duly sworn by me; that the
5  testimony of said witness was taken by me
6  stenographically and thereafter reduced to
7  typewriting under my direction; that said
8  deposition is a true and accurate record of the
9  testimony given by said witness; that I am neither
10 counsel for, related to, nor employed by any of the
11 parties to the action in which this deposition was
12 taken; and further, that I am not a relative or
13 employee of any attorney or counsel employed by the
14 parties hereto nor financially or otherwise
15 interested in the outcome of the action.

JONELL EASTON

*[signature: Jonell Easton]*

Notary Public

PRECISE REPORTING SERVICES
(301) 210-5092 (877) 4 A STENO