# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Amin Kakeh, *Plaintiff*, v. United Planning Organization, Inc., *Defendant*. | Civil Case No. 1:05-cv-1271 (GK/JMF)<br><br>Next Scheduled Event:<br>Pretrial Conference<br>April 8, 2008, 4:15 P.M. |

## PROPOSED ORDER

After due consideration of the Defendant's Motion for Partial Reconsideration of the Court's February 28, 2008 Memorandum Opinion, Plaintiff's Opposition Memorandum and Defendant's Reply Memorandum, it is this _____ day of _____, 2008, hereby

ORDERED that the Motion is DENIED.

_____
JUDGE

Copies to:

Vincent Melehy
Regan Rush
Melehy & Associates, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

Alison Davis
Kevin Kraham
David Rosenberg
Ford & Harrison LLP
1300 19th Street, N.W. Suite 700
Washington, DC 20036