1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

1

2

3      - - - - - - - - - - - - - - - - - - x
                                          :
4   MOHAMMED AMIN KAKEH,                   :
                                          :
5                    Plaintiff,            :
                                          :
6      - vs -                              :    Civil Action
                                          :    1:05-CV-1271
7   UNITED PLANNING ORGANIZATION, INC.    :
                                          :
8                    Defendant.           :
                                          :
9      - - - - - - - - - - - - - - - - - - x

10

11                                      Washington, D.C.

12                                      July 26, 2006

13   Deposition of:

14                    TONI KAKEH

15   a witness, was called for oral examination by counsel

16   for the Defendant, in the offices of Ford & Harrison,

17   1300 19th Street, Suite 700, Washington, D.C. 20036,

18   commencing at approximately 10:15 a.m., on Wednesday,

19   July 26, 2006, before Deborah L. Spear, a Notary

20   Public in and for the District of Columbia, when were

21   present on behalf of the respective parties:

22

COPY

DEBORAH L. SPEAR
(301) 843-9370

EXHIBIT
A

1    relationship with Aminah?

2         A    Aminah is so -- they are like connected.

3    They are very close.  Aminah is -- she feels that she

4    needs to be -- to see her father every day.

5         Q    Now, who is the next child in birth order?

6         A    Nabeelah.

7         Q    And could you spell Nabeelah's name, please?

8         A    It's N-A-B-E-E-L-A-H.

9         Q    And how old is she?

10         A    She is 16.

11         Q    Does she still live at home?

12         A    Yes.

13         Q    Does she still attend school?

14         A    Yes.

15         Q    Where does she go to school?

16         A    She goes to Al-Qalam School of Virginia.

17         Q    Could you spell that, please?

18         A    A-L-Q-A-L-A-M.

19         Q    How long has she been attending Al-Qalam

20    School?

21         A    Two years.

22         Q    Is that a private school or public school?

1    DISTRICT OF COLUMBIA

2              I, Deborah L. Spear, a Notary Public for

3    the District of Columbia, do hereby certify that the

4    foregoing was reported by stenographic means, which

5    matter was held on the date and at the time and place

6    set out on the title page hereof, and that the

7    foregoing transcript constitutes a true and accurate

8    transcript of same to the best of my ability.

9              I further certify that I am not related

10   to any of the parties, nor am I an employee of or

11   related to any of the attorneys representing the

12   parties, and I have no financial interest in the

13   outcome of this matter.

14             GIVEN under my hand and seal this 30th

15   day of July 2006.

16

17

18   _____
                      Deborah L. Spear
                      Notary Public
19

20

21   My commission expires:

22   January 14, 2011

DEBORAH L. SPEAR
(301) 843-9370