UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

v.

United Planning Organization, Inc.,

    *Defendant.*

Civil Case No. 1:05-cv-1271 (GK/JF)

## AFFIDAVIT OF AMINAH KAKEH

1. I, Aminah Kakeh, am over the age of 18 years and competent to testify about the matters contained in this Affidavit, about which I have personal knowledge.

2. I am 24 years old and the oldest child of Plaintiff Amin Mohammed Kakeh. I am a graduate student at American University. I have always lived at home with my four siblings and parents. I have always had a close relationship with my father and see him on a daily basis.

3. From 2003 to the present, I have been in a position to observe the changes in my father's mood, behavior and daily actions.

I affirm, under penalty of perjury; that the foregoing is true and correct.

Signed this 31st day of March, 2008,

_Aminah Kakeh_
Aminah Kakeh

1

EXHIBIT B