UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

v.

United Planning Organization, Inc.,

    *Defendant*.

Civil Case No. 1:05-cv-1271 (GK/JF)

## ORDER

Upon consideration of Defendant's Motion *In Limine* to Exclude Testimony, Argument and Evidence From Shirley Fisher, Plaintiff's Response in Opposition thereto, and any hearing thereon, it is this _____ day of _____, 2008, by the U.S. District Court for the District of Columbia,

**ORDERED**, that Defendant UPO's Motion *In Limine* is hereby **DENIED**.

                                                                                                 The Hon. Gladys Kessler, U.S. District Court for the District of Columbia

Copies to:

Vincent Melehy, Esq.
Regan Rush, Esq.
Melehy & Associates, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

Alison Davis, Esq.
Kevin M. Kraham, Esq.
David A. Rosenberg, Esq.
Ford & Harrison, LLP
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036