DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - -x
                                :
MOHAMMED AMIN KAKEH,            :
                                :
            Plaintiff,          :
                                :
        vs.                     : Civil Case No.
                                : 1:05-CV-1271
UNITED PLANNING ORGANIZATION,   :
INC.,                           :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - -x

Pursuant to notice, the deposition of DORIS STASHENKO was taken on Tuesday, February 28, 2006, commencing at 1:04 p.m., at the offices of Zipin & Melehy, LLC, 8403 Colesville Road, Suite 610, Silver Spring, Maryland 20910, before Judith D. Van Vliet, CSR and Notary Public.

PRECISE REPORTING SERVICES
(301) 210-5092 (877) 4 A STENO

EXHIBIT A

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

Page 4

1          DORIS STASHENKO,
2    having been duly sworn, testified as follows:
3              EXAMINATION
4    BY MS. McFARLAND:
5        Q    Ms. Stashenko, where do you work?
6        A    United Planning Organization.
7        Q    How long have you worked there?
8        A    Thirty-nine years this July.
9        Q    What's your current title?
10       A    Manager, evaluation and monitoring unit.
11       Q    And have you held any other positions at
12   United Planning Organization?
13       A    Many.
14       Q    What was your previous one?
15       A    That was like 17 years ago. Let's see,
16   where was I. I was a branch chief in the manpower
17   development program.
18       Q    Can you describe for me your job duties,
19   what it is you do at UPO?
20       A    I'm responsible, basically I work with
21   Community Services Block Grant, and I have one

1   what her title is, I can't get this organizational

2   name straight.  It's not asset development but

3   it's -- it's a new office under our reorganization.

4        Q    Who did you report to in February, March

5   and April of 2004?

6        A    Ben Jennings, the executive director.

7   He had a special group set aside.  I think there

8   were seven of us in the group.

9        Q    Who did you report to after Ben Jennings

10  departed UPO?

11       A    Probably Gladys Mack, but it was --

12  everything was in turmoil, I guess, at that time.

13  I don't know how -- I have no idea what the space

14  was in between his departure and the new interim

15  director that came in.  But we would have reported

16  to the interim director after.  We were still in

17  this little group assigned to the executive

18  director.

19       Q    So when the interim director, Dana

20  Jones, came on you reported to him?

21       A    Right.  But basically our time and

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

Page 17

1   A   I did when he was the program monitor.
2   He's now the -- prior to being the state director,
3   he was the program monitor.  And there was very
4   little staff at DHS, so all the reports that were
5   required we would -- he would -- we would work
6   together.  Or I'd get assignments, you know, what
7   he needed, maybe some kind of statistics that the
8   state needed on the number of jobs, our job
9   retention.  There was a back and forth all the
10  time, basically on assignments.
11  Q   Okay.  You said you worked with him when
12  he was the program monitor.  So you --
13  A   He was in charge of also this IS survey,
14  you know, so he would -- he would get his
15  assignments from his state administrator.
16  Q   Okay.
17  A   The one who is -- yeah, I forgot.
18  Q   What he then became?
19  A   Then when he became, then he started
20  getting a staff.  And right now I work with his --
21  maybe for the past year I've been working -- or two

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

Page 19

1   know, if -- I don't want to speculate, but I mean,
2   they would have a working relationship also because
3   Mr. Kakeh was also the controller or the finance
4   officer.  And so I don't know if they worked with
5   the monthly invoices or the quarterly invoices that
6   we would have to get our money somehow, and
7   somebody would have to prepare documents and
8   finance.  So I'm sure we discussed some things.
9   You know, something must have come up but I don't
10  know -- you know, I don't know what.
11       Q    Just to clarify.  You don't have any --
12  you don't recall any conversations between Mr.
13  Kakeh and Mr. Eboda, say in January or February of
14  2004, any specifics about any conversation?
15       A    No.  Not that I can remember.
16       Q    Do you remember giving Mr. Kakeh Mr.
17  Eboda's contact information at any time?
18       A    His contact information.  Mr. Kakeh
19  called me one time and just said to ask Dr. Eboda
20  to call him.  He said "Tunde."  Well, everybody
21  says Tunde.  We don't call him Dr. Eboda because he

1  didn't have his Ph.D. when we first met him.

2      Q     Do you remember when that was?

3      A     No, no.

4      Q     Can you give me a month?

5      A     I can't give you a month.

6      Q     Can you give me a year?

7      A     Probably in '04. But I can't -- there's
8  no way I can give you a month.

9      Q     Early of 2004, towards the end of 2004?

10     A     Was Amin still there at the end of 2004?
11  Was he still with UPO?

12     Q     He left UPO in June of 2004.

13     A     Okay. So he couldn't have been there at
14  the end. So I guess I will say in the beginning.
15  No, I'm not going to speculate.

16     Q     Okay.

17     A     But I know, if he left in June, it
18  couldn't have been at the end of 2004.

19     Q     Do you remember if it would have been
20  before DHS started the on-site monitoring?

21     A     You know, I don't know when the DHS -- I

1   can't recall when the DHS on-site monitoring.  And
2   I just would like the record to show that I'm a
3   recent widow and I cannot remember too much
4   anymore.  I've gone through a real stressful time
5   with my husband for the last two years being very
6   ill, and now his passing away.  So, you know, a lot
7   of things are not clear to me yet.
8           I can tell you one thing that I
9   remember, and I'll tell you it must have -- I don't
10  know when it would have been but -- I don't know
11  when Tunde came, but I do remember what I wanted to
12  mention previously was that I was part of Mr.
13  Jennings' CSBG team that met quarterly with the DHS
14  people.  And I remember in a meeting on January
15  30th, and the reason I know that is because I have
16  it in my medical appointment book as "can't make
17  medical appointments" that day because we have the
18  quarterly CSBG meeting.  And that was January 30th
19  of 2004.  That Tunde Eboda told us in the meeting,
20  he told Mr. Jennings, that he would be doing a
21  monitoring visit, and that it would be both

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

Page 22

1   programmatic and fiscal. And if I'm not mistaken,
2   this was from my experience with CSBG, that this
3   was the first time they'd ever done a fiscal audit.
4   Or planning to do a fiscal audit.
5       Q   Do you remember Mr. Eboda indicating why
6   they were going to do a fiscal audit at this time?
7       A   Because he had never done one, and he
8   was the new director now. He was not just the
9   monitor. He was the person responsible for this 9
10  million-dollar grant.
11      Q   Did he indicate how this -- just how the
12  fiscal audit would be different than the
13  programming review?
14      A   No. He never went in to that.
15      Q   Can you tell me what other UPO employees
16  are present at this quarterly meeting?
17      A   Usually it's the office director at that
18  time, who's now my supervisor in a different
19  capacity, and that was Vanessa Rawls, R-a-w-l-s,
20  Gladys Mack, Ben Jennings, sometimes Ganna
21  Grinshpun if we had a technology, if technology was

1   on the agenda.  I think that's about what I can
2   remember.  Because we don't have them anymore.  Or
3   they have them but we're not included anymore.  I'm
4   no longer included.
5       Q    Do you happen to recall if any type of
6   minutes are taken at these meetings, anybody
7   records what goes on at the meeting?
8       A    Not really.  I remember that Tunde
9   always had an agenda.
10      Q    You mentioned that Amin Kakeh called and
11  asked you to tell Tunde to call him.
12      A    To relay a message, mm-hmm.
13      Q    And did you?
14      A    Yeah.  That's not unusual for me.
15  People ask me for that man's telephone number or a
16  label or something all the time.
17      Q    Did you think it was strange that he was
18  asking you to tell Tunde to call him as opposed to
19  just asking for his phone number?
20      A    No.  Hmh-mm.  Not at UPO.  And I believe
21  he was busy.

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

Page 24

```
 1    Q    He, being?
 2    A    Amin.
 3    Q    Do you remember calling Tunde and asking
 4  him to call Amin?
 5    A    Just relayed the message and that was
 6  it.
 7    Q    You don't remember Tunde asking why?
 8    A    No.
 9    Q    Anything?
10    A    Hmh-mm.
11    Q    This gossip rumor mill you were talking
12  about earlier, do you remember anything coming out
13  of that about towards the end of the DHS monitoring
14  review?  Did you ever have a conversation with any
15  other employees about the results of that review?
16    A    No.  I never saw the results of the
17  review.  That's why I'm saying it was just in draft
18  form.
19    Q    So you never -- did you ever become
20  aware of whether the review turned out well for UPO
21  or --
```

1    A    I'm getting ready for retirement and
2    I'll tell the truth, I didn't even care.  I don't.
3    At one point you just get tired, you know?  Yeah,
4    that's fine.  If they did a review, fine.  It
5    wasn't going to impact me.  The only thing we ever
6    heard I think was in a meeting, Mr. Jones said it
7    wasn't programmatic.  I mean there were no
8    programmatic problems cited, so.
9    Q    Do you remember when Mr. Jennings left
10   UPO?
11   A    No.  I know that he left, and they just
12   packed him up after a board meeting or something.
13   Again, that was just like somebody said he's gone.
14   You come to work the next day and they said he's
15   gone.
16   Q    Were you ever given a reason why?
17   A    No, not really.  I mean the words that
18   the manage -- the words that people used were like
19   mismanagement.
20   Q    Were you at all surprised that he was
21   let go for things like mismanagement?

1    A    No, not really.

2    Q    Why didn't it surprise you?

3    A    Well, maybe because of all the rumors.
4  By that time the rumors got, you know, heavier.  It
5  was more than the boat; then people were talking
6  about credit cards and travel and -- you know,
7  there were rumors all the time about his travel and
8  the number of people that went on travel with him.

9    Q    Did you ever find in this time, in 2004,
10 February, March 2004, that -- did you see evidence
11 of these types of --

12   A    No --

13   Q    -- rumors in the CSBG?

14   A    -- absolutely.  There would be no way
15 that I would see any, see anything.

16   Q    So you didn't feel that your
17 responsibilities for evaluating a program,
18 evaluating CSBG, were affected by this
19 mismanagement?

20   A    No.

21   Q    Did you at any point become aware of any

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

Page 27

1   plans to outsource the finance department?
2        A    Yeah, that was one time, I don't know,
3   when we were still at, what is it, M Street, prior
4   to moving to our new headquarters, there was
5   discussion.  Jennings would lay it on the table in
6   the managers' meetings, but, you know, staff didn't
7   have any input.  I mean he would lay it out and ask
8   for comments, but it didn't mean anything, you
9   know.  People could stay stuff.  He still had the
10  ultimate decision.  And I don't know.  Did they?  I
11  don't even remember.  Did they finally outsource?
12  There were so many people that were, you know, in
13  and out of finance, that were -- and one day, you
14  know, this person is here and the next day somebody
15  else is here and this person is gone.
16       Q    You said that they were talking about
17  outsourcing --
18       A    Mm-hmm.
19       Q    -- when they were still at the M Street
20  location?
21       A    Mm-hmm.

```
1    was under her.  I'm not sure.  I think his name was
2    Larry, Larry something.  I don't know.
3         Q    Do you know Amin Kakeh started in the
4    controller position?
5         A    No.  I think he came when we were at 401
6    M Street.
7         Q    So that would have been at least three
8    years according -- because you said you'd be in the
9    new position three years this spring; is that
10   right?
11        A    Say it again?  I'd been in my new --
12        Q    You've been in the new location three
13   years?
14        A    Mm-hmm.
15        Q    Do you know how long David Kwashi
16   (phonetic) worked in the finance department?
17        A    A long time, I think.  He's an old-timer
18   like me.
19        Q    Do you remember a Nona McLean working in
20   the finance department?
21        A    She wasn't in finance.  She was -- I
```

1  think she was supervised by the finance, but she
2  was like administrative services.
3     Q    I realize it's not your position but can
4  you tell me what administrative services is, what
5  she did there?
6     A    In charge of the building.  Xerox room,
7  the telephone, inventory, I guess.  The parking,
8  like general services type things for like General
9  Services Administration, whatever.
10    Q    Now, back to that, do you remember how
11 long she was there in that position?
12    A    No.  I think she showed up when we were
13 at 401, too.  I can't even remember how long we
14 were at 401.  We've moved so many times.
15    Q    Did you ever hear any rumors that she
16 had a relationship with Ben Jennings outside of a
17 professional one?
18    A    Everybody at UPO would tell you yes.
19    Q    Were you aware if they ever lived
20 together?
21    A    (Shakes head.)  No.

1   why Amin Kakeh left?

2       A      I think the reason that they said was a

3   reorganization. But they kept telling us all the

4   time they were going to reorganize, so it took them

5   a long time to get their reorganization together.

6       Q      Have they finished the reorganization as

7   of now at this point? Did you think they

8   accomplished the reorganization?

9       A      Yeah, they have it pretty much on the

10  chart and people in the right boxes.

11      Q      Do you remember an outside company ever

12  coming in to handle the finances of UPO?

13      A      I do, I think.

14      Q      Do you remember the name of that

15  company?

16      A      No.

17      Q      Do you remember about when this company

18  came on?

19      A      No.

20      Q      Do you remember about how long they were

21  there or if they still are?

1   he had, I just saw him and took the opportunity to
2   ask him.
3       Q    On that point with this rumor mill, what
4   employees at UPO were you hearing these rumors
5   from?
6       A    A lot.
7       Q    Did you hear any rumors from Amin Kakeh?
8       A    No. I mean -- no. I don't know. I
9   don't think so. Because I didn't talk to him that
10  much. So they might have come -- no, I don't think
11  so. He'd never call me and say I have a rumor or
12  something like that. No. We talked so little, so.
13      Q    Okay. Again, so you said there were
14  rumors about a boat --
15      A    Right.
16      Q    -- is that right?
17      A    Mm-hmm.
18      Q    And you said that it was the UPO
19  purchased a boat?
20      A    No, I didn't say that they purchased a
21  boat. I said there were rumors about a boat

DEPOSITION OF DORIS STASHENKO
CONDUCTED ON TUESDAY, FEBRUARY 28, 2006

Page 38

1   because management went fishing at least once a
2   week.
3       Q    So what was said about the boat?  What
4   was the content of these rumors?
5       A    Oh, I stand corrected.  They would say
6   that UPO is buying a boat, but we never saw a boat,
7   so.  Or we're invited to go on a boat.
8       Q    You said that they said UPO is buying a
9   boat.  Do you remember who these people are they
10  were talking --
11      A    Just general.  I mean the regular work
12  crew, the people who work there, everyone knew
13  about a boat.  No one knew where it was.
14      Q    Well, you said that you didn't hear
15  about it from -- did you hear about it from Gladys
16  Mack?
17      A    No.
18      Q    Did you hear it about it from Ben
19  Jennings?
20      A    No.
21      Q    Did you hear about it from Sheila

REPORTER'S CERTIFICATE

1    I, JUDITH D. VAN VLIET, Certified Shorthand
2    Reporter and Notary Public, do hereby certify that
3    the foregoing is a true and accurate transcript of
4    my stenographic notes of the deposition of
5    Doria Atakora, who was first
6    duly sworn, taken at the place and on the date
7    hereinbefore set forth.
8    
9    I further certify that I am neither attorney
10   nor counsel for, nor related to or employed by any
11   of the parties to the action in which this
12   deposition was taken, nor financially interested in
13   this action.
14   
15   THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT
16   DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY
17   ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR
18   DIRECTION OF THE CERTIFYING REPORTER.

                    _____
                    JUDITH D. VAN VLIET, C.S.R.
                    CA License No. 1924
                    NJ License No. X00409 (inactive)
                    NH License No. 121
                    My Commission Expires 10/1/07

19   
20   
21   DATED: March 9, 2006