UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

  v.

United Planning Organization, Inc.,

    *Defendant*.

Civil Case No. 1:05-cv-1271 (GK/JMF)

Next Scheduled Event:
Pretrial Conference
April 8, 2008

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL RECONSIDERATION**

    Plaintiff moves this Court to allow him to extend the page limit of 10 pages for his Memorandum of Points and Authorities in Opposition to Defendant's Motion for Reconsideration by 4 pages.  In support of this Motion, Plaintiff states as follows:

    1.    The Court's Scheduling Order of August 25, 2005 limits oppositions to Motions for Reconsideration to 10 pages. (Dkt. No. 12 at 4.)  Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion for Reconsideration, filed on March 25, 2008, is 14 pages, including one page for counsel's signature block. (Dkt. No. 105.)

    2.    Plaintiff inadvertently exceeded the page limit on its opposition and in no way deliberately "flouted" the Court's order as suggested by Defendant in its Reply. (Dkt. No. 109 at 1.)

    3.    Plaintiff thoroughly briefed its Opposition to Defendant's Motion for Reconsideration to ensure the Court had adequate information to decide the Motion, especially considering the dispositive nature of the Defendant's Motion for Reconsideration.

1

5. Undersigned counsel contacted Alison Davis, counsel for the Defendant to gain Defendant's consent to this present motion, however, Ms. Davis indicated that the Defendant does not consent to this Motion.

6. In light of the above, Plaintiff believes that good cause exists for this Court to grant Plaintiff leave to file his Memorandum of Points and Authorities in Opposition to Defendant's Motion for Reconsideration notwithstanding the page limit specified in the Court's Scheduling Order of August 25, 2005. Plaintiff also believes that the Defendant will not be materially prejudiced if this Motion is granted.

7. Based on the above, Plaintiff respectfully requests that this Court issue an Order granting Plaintiff leave to file his Memorandum of Points and Authorities in Opposition to Defendant's Motion for Reconsideration notwithstanding the page limit specified in the Court's Scheduling Order. A proposed Order is attached.

Respectfully Submitted,

/s/ Regan Rush & Vincent Melehy
Regan Rush, *pro hac vice*
California Bar No. 222837
Omar Vincent Melehy, Esq.
D.C. Bar No. 415849
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:    (301) 587-6308
Email: ovmelehy@zmdlaw.com

*Attorneys for Plaintiff*