## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Amin Kakeh,<br><br>*Plaintiff*,<br><br>v.<br><br>United Planning Organization, Inc.,<br><br>*Defendant*. | Civil Case No. 1:05-cv-1271 (GK/JF) |

### ORDER

UPON CONSIDERATION of Plaintiff's Motion to Exceed the Page Limit for Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion for Partial Reconsideration, and any opposition thereto, it is this _____ day of April, 2008, by the United States District Court for the District of Columbia,

ORDERED, that Plaintiff's Motion is hereby GRANTED; and it is further,

ORDERED, that Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion for Partial Reconsideration will be considered by the Court in its entirety.

                                                                                              _____
                                                                                              The Hon. Gladys Kessler, U.S. District
                                                                                                        Court for the District of Columbia

Copies to:

Vincent Melehy, Esq.
Regan Rush, Esq.
Melehy & Associates, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

Alison Davis, Esq.
Kevin M. Kraham, Esq.
David A. Rosenberg, Esq.
Ford & Harrison, LLP
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036