**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MOHAMMED AMIN KAKEH,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 05-1271 (GK)** |
| | : | |
| **UNITED PLANNING ORGANIZATION, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Because of the press of a lengthy civil trial, and a subsequent criminal trial, it is hereby

**ORDERED**, that the Pretrial Conference scheduled for April 8, 2008, is continued until

**April 28, 2008 at 10:15 a.m.**; and it is further

**ORDERED**, that the trial scheduled for May 5, 2008 is **cancelled**.

April 3, 2008

                              /s/
                              Gladys Kessler
                              United States District Judge

**Copies via ECF to all counsel of record**