# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.,<br><br>Defendant. | CIVIL ACTION NO. 05-1271 (GK/JMF)<br><br>Next Scheduled Event:<br>Pretrial Conference on 4/28/08 at 10:15 a.m. |

## ORDER

Upon consideration of Plaintiff's First Motion *in Limine*, Defendant's Opposition thereto, and the entire record herein, it is this _____ day of _____ , 2008, hereby

**ORDERED** that Plaintiff's First Motion *in Limine* is **DENIED**.


Date:_____                                 _____
                                                   United States District Judge


Copies to:

Omar Vincent Melehy, Esq.
Regan Rush, Esq.
MELEHY & ASSOCIATES, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

Alison N. Davis, Esq.
Kevin M. Kraham, Esq.
David A. Rosenberg, Esq.
FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036

DC:73396.1