# EXHIBIT 1

COPY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
------------------------------------x
MOHAMMED AMIN KAKEH,                 x
           Plaintiff,                x Civil Case No.
      v.                             x 1:05-CV-1271
UNITED PLANNING ORGANIZATION, INC.,  x
           Defendant.                x
------------------------------------ x
```

Thursday, February 23, 2006

Silver Spring, Maryland

The deposition of TUNDE EBODA called for examination by counsel for Plaintiff in the above-titled matter, pursuant to notice, in the Offices of Zipin & Melehy, 8403 Colesville Road, Silver Spring, Maryland, before Jonell Easton, Notary public, at 10:00 a.m., when were present on behalf of respective parties:



Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

166

1   being reported in their financial statement

2   reports.

3       Q.   To your knowledge, did UPO ever request

4   more funds beyond what was budgeted for fiscal year

5   2004?

6       A.   To my knowledge, they did not.

7       Q.   You testified that, on February 18, when

8   you came in for the entrance interview, you met

9   with Gladys Mack, Ben Jennings and Sheila Shears.

10           Did you also met with members of the board

11  of trustees?

12      A.   I know we met with them at some point in

13  our process.  I don't recall if it was during the

14  entrance interview.  I know specifically we met

15  with the board chair, the board president with the

16  treasurer, vice chair, those three officers we met

17  with.  I don't remember if they were part of the

18  entrance interview.

19      Q.   Do you recall who was board chair?

20      A.   Russell Simmons.

21      Q.   Who was treasurer?

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

167

1   A.   I don't remember his name, I don't
2   remember his name.
3   Q.   Do you recall who was vice chair?
4   A.   Vice chair was Anise Wagner.
5   Q.   Is that chief judge?
6   A.   Correct.
7   Q.   To your knowledge, are there any other
8   judges who sit on the UPO board?
9   A.   There are two others, Judge Green, I don't
10  remember his first name--Henry Green, and Judge
11  Diaz.
12  Q.   You mentioned after March 11, the board
13  met and an ad hoc management committee was formed
14  to manage day-to-day operation of UPO?
15  A.   Yes.
16  Q.   Do you remember who the members of the UPO
17  ad hoc management committee were?
18  A.   It would be in the records, Judge Green
19  Judge Wagner, Judge Dias, Ms. Robertson, a couple
20  of other people.  I don't remember their names.  It
21  was five or six people.

DEPOSITION OF TUNDE EBODA
CONDUCTED ON THURSDAY, FEBRUARY 23, 2006

185

CERTIFICATE OF NOTARY PUBLIC

I, JONELL EASTON, the officer before whom the foregoing deposition was taken, do hereby testify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me stenographically and thereafter reduced to typewriting under my direction; that said deposition is a true and accurate record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto nor financially or otherwise interested in the outcome of the action.

JONELL EASTON
Notary Public