EXHIBIT 2

Case 1:05-cv-01271-GK    Document 113-3    Filed 04/04/2008    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.,<br><br>Defendant. | CIVIL ACTION NO. 05-1271 (GK/JMF)<br><br>Next Scheduled Event:<br>Pretrial Conference on 4/28/08 at 10:15 a.m. |

### DECLARATION OF DANA M. JONES

I, Dana M. Jones, make the following declaration under penalty of perjury pursuant to 28 U.S.C § 1746 and declare that the following is true and correct:

1. I am over the age of 18, am under no legal disability, and make this declaration based upon my personal knowledge.

2. I am employed with the United Planning Organization, Inc. ("UPO") as the Chief Executive Officer.

3. Before becoming the Chief Executive Officer, I was initially hired as UPO's Interim Executive Director on April 5, 2004.

4. The Chief Executive Officer is responsible to the Board of Trustees for the day-to-day management of UPO. The Board is comprised of judges, lawyers, District of Columbia mayoral appointees and other representative of the community in the District of Columbia.

5. In March 2004, UPO received the District of Columbia Department of Human Services Community Services Block Grant ("CSBG") Office's preliminary report of the findings of the monitoring review, which took place in March 2004. UPO had an Ad Hoc Management Committee, which was a subcommittee of the Board of Trustees. The Ad Hoc Management

Committee was formed by the Board of Trustees after UPO received the District's preliminary report. The purpose of the Ad Hoc Management Committee was to oversee the management of UPO prior to and during my tenure as the Interim Executive Director. In that capacity, the Ad Hoc Management Committee and I were tasked with taking corrective action in response to the District's CSBG preliminary report and the federal Department of Health and Human Services' designation of UPO as a "high-risk grantee" following the Head Start program on-site monitoring review.

6. I met with the Ad Hoc Management Committee on at least a weekly basis, if not more often. I expressed to the Ad Hoc Management Committee the urgency of addressing the weaknesses in the Finance Office immediately and proposed outsourcing the management of that Office. In addition, the Ad Hoc Management Committee and I discussed UPO requesting a review by an Inspector General's Office. The Ad Hoc Management Committee discussed both of these proposals with the Board of Trustees which approved both actions.

7. The members of the Ad Hoc Management Committee were: Alexis Roberson, The Honorable Annice Wagner, The Honorable Rafael Diaz, Brenda Kelly, The Honorable Henry Greene, Carol Caldwell, Nathaniel Howard, Carolena Key, and Kathryn Allen.

I declare under the penalty of perjury that the contents of the foregoing Declaration are true and correct.

Executed this 4th day of April, 2008.

_____
Dana M. Jones

DC:73481.1