IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PLANNING ORGANIZATION, INC.,<br><br>Defendant. | CIVIL ACTION NO. 05-1271 (GK/JMF)<br><br>NEXT SCHEDULED EVENT: PRETRIAL CONFERENCE APRIL 28, 2008 @ 10:15 AM |

**UNITED PLANNING ORGANIZATION, INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY FROM AMINAH KAKEH**

Defendant United Planning Organization, Inc. ("UPO") replies in support of its motion *in limine* to exclude testimony and evidence from Aminah Kakeh as follows:

Contrary to Plaintiff Mohammed Amin Kakeh's assertions, the exclusion of testimony from Aminah Kakeh will not prejudice his efforts to prove his emotional distress damages and avoid remittitur of any award of compensatory damages. Unlike the plaintiff in *Liberatore v. CVS New York, Inc.*, 160 F. Supp.2d 114 (D.D.C. 2001), if this Court excluded testimony from Aminah Kakeh, Plaintiff would not be forced to his detriment to rely on his own testimony to establish his emotional distress damages. In the parties' Joint Pretrial Statement, he stated that he expected Toni Kakeh and Nabeelah Kakeh to testify to the "extent to which Plaintiff suffered emotionally and psychologically as a result of the actions of the Defendant." Dkt. No. 84 at 10-11. In addition, Plaintiff has identified three expert witnesses, including his therapist Stuart Moore, who also will testify regarding his purported emotional distress. *Id.* at 10.

If as Plaintiff anticipates he prevails and the jury awards him an excessive amount for his emotional distress damages, he need not worry that the award would be subject to reduction

solely on the basis that he did not have enough witnesses. Remittitur is required when (1) the award is beyond all reason, so as to shock the conscience, or (2) the award is so inordinately large as to obviously exceed the maximum limit of a reasonable range within which the jury may properly operate. *Peyton v. Dimario*, 287 F.3d 1121, 1126-27 (D.C. Cir. 2002) (citations omitted). If UPO establishes one or both of those prongs of the test for remittitur, Plaintiff will not be able to avoid a reduction in his compensatory damages because he had one more witness testify about his alleged emotional distress.

    Plaintiff has failed to proffer any evidence that the testimony which Aminah Kakeh will present is not cumulative of the testimony of Plaintiff's two lay witnesses and three experts. There is no evidence of the extent to which her perspective will differ from that of her mother and/or her sister or what she will add to the picture that Plaintiff will attempt to paint about the impact of UPO's decision to outsource the Office of Finance and the resulting reduction-in-force on his relationship with his family and himself. For these reasons and those set forth in UPO's motion, this Court should exclude Aminah Kakeh from testifying in this case because her testimony is cumulative, and Plaintiff will not be hamstrung in his presentation relating to his emotional distress as he has other witnesses who may corroborate his own testimony.

Dated: April 7, 2008                              Respectfully submitted,


                                                  By:/s/ Alison N. Davis
                                                  _____
                                                     Alison Nadine Davis
                                                     D.C. Bar No. 429700
                                                     adavis@fordharrison.com
                                                     David A. Rosenberg
                                                     D.C. Bar No. 433405
                                                     drosenberg@fordharrison.com
                                                     Kevin M. Kraham
                                                     D.C. Bar No. 459077
                                                     kkraham@fordharrison.com

                                                  FORD & HARRISON LLP
                                                  1300 19th Street, N.W., Suite 700
                                                  Washington, DC  20036
                                                  (202) 719-2000
                                                  (202) 719-2077 (Facsimile)

                                                  Attorneys for Defendant United Planning
                                                  Organization, Inc.


DC:73525.1