UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Amin Kakeh,<br><br>　　　*Plaintiff*,<br><br>　v.<br><br>United Planning Organization, Inc.,<br><br>　　　*Defendant*. | Civil Case No. 1:05-cv-1271 (GK/JF)<br><br>Next Scheduled Event:<br>Pretrial Conference on 4/28/08 at 10:15am |

**NOTICE OF EXHIBITS**
**TO PLAINTIFF'S REPLY IN SUPPORT OF FIRST MOTION IN LIMINE**

Plaintiff, by and through undersigned counsel, inadvertently electronically filed his Reply in Support of First Motion in Limine without attaching the Exhibits. Plaintiff now attaches to this Notice the following Exhibits and requests the Court consider the exhibits in connection with Plaintiff's Reply in Support of its First Motion in Limine:

　Exhibit A: Excerpts from Deposition of Nabeelah Kakeh

　Exhibit B: Experts from Deposition of Toni Kakeh

　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　 /s/Regan Rush & /s/Vincent Melehy
　　　　　　　　　　　　　　　　　　Vincent Melehy, Esq.
　　　　　　　　　　　　　　　　　　D.C. Bar No. 415849
　　　　　　　　　　　　　　　　　　Regan Rush, *pro hac vice*
　　　　　　　　　　　　　　　　　　California Bar. No. 222837
　　　　　　　　　　　　　　　　　　Melehy & Associates, LLC
　　　　　　　　　　　　　　　　　　8403 Colesville Rd., Suite 610
　　　　　　　　　　　　　　　　　　Silver Spring, MD 20910
　　　　　　　　　　　　　　　　　　Phone: (301) 587-6364
　　　　　　　　　　　　　　　　　　Fax:　 (301) 587-6308
　　　　　　　　　　　　　　　　　　Email: ovmelehy@melehylaw.com
　　　　　　　　　　　　　　　　　　　　　rrush@melehylaw.com
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

1