UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**ORIGINAL**

- - - - - - - - - - - - - -x

MOHAMMED AMIN KAKEH,            :

      Plaintiff,            :    Civil Action Number

                           :    1:05-cv-1271 (GK/JMF)

   vs.                           :

UNITED PLANNING              :

ORGANIZATION, INC.           :

      Defendant.              :

- - - - - - - - - - - - - -x

DEPOSITION OF NABEELAH KAKEH

Washington, DC

July 27, 2006

REPORTED BY:

   DONALD R. THACKER

ACE-FEDERAL REPORTERS, INC.
Nationwide Coverage
202-347-3700    800-336-6646    410-684-2[...]

EXHIBIT A

```
 1   Can you go back to that time with me?
 2         Do you remember having any issues with
 3   your parents in June 2004?
 4         A    Yes.
 5         Q    What happened in June 2004?
 6         A    They were involved in writing employment
 7   letters and didn't have time for me at all.  So I
 8   separated from them in May.  They didn't notice.
 9         Q    Did this start in June of 2004?
10         A    Yes.
11         Q    Or did it start prior to that?
12         A    June.
13         Q    So, prior to June 2004 you were going to
14   school every day?
15         A    Yes.
16         Q    And when you were going out with your
17   friends you were telling your parents truthfully
18   where you were?
19         A    I didn't go out with them.  I was at
20   school and then I left school.
21         Q    But when you were -- when you were at
22   school, you really were at school.  You weren't
```

20

1  using marijuana?
2      A   No.
3      Q   How would you describe your relationship
4  with your father today?
5      A   It is average.
6      Q   When you say "average," what do you mean?
7      A   It is not good and it is not bad.
8      Q   Has it ever been good?
9      A   Yes.
10     Q   When was it good?
11     A   From 1990 up until 2003, up until 2004.
12     Q   When in 2004 did it stop being good?
13     A   June.
14     Q   Why did it stop being good in June?
15     A   He neglected me in a way that I wasn't
16 used to.
17     Q   How did he neglect you?
18     A   He didn't have time for me.
19     Q   What was he doing when he wasn't spending
20 time with you?
21     A   Searching for a job.
22     Q   Before he started spending time searching

1  for a job, what would he do with you?
2     A    We would talk, he would be -- when he was
3  in the room he would be more mentally there instead
4  of just being in the room and not being in his -- in
5  the room.
6     Q    Did you do anything else together before
7  it became bad?
8     A    We would go places together.
9     Q    Where would you go?
10    A    Like shopping.
11    Q    Anything else?
12    A    General stuff like you do every day; run
13 errands, that kind of stuff.
14    Q    Why did you start using marijuana in
15 January of 2004?
16    A    I don't know why.
17    Q    You just woke up one day and decided that
18 you would start using it?
19    A    No.  But I don't know a reason why I did
20 it.
21    Q    Were your friends using it?
22    A    Yes, my friends were, but that's not why I

44

# CERTIFICATE OF NOTARY PUBLIC & REPORTER

I, DONALD R. THACKER, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn; that the testimony of said witness was taken in shorthand and thereafter reduced to typewriting by me or under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

_____
Notary Public in and for the
District of Columbia

My Commission Expires:        MAY 14, 2011