```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - x
                                    :
MOHAMMED AMIN KAKEH,                :
                                    :
              Plaintiff,            :
                                    :   Civil Action
    - vs -                          :   1:05-CV-1271
                                    :
UNITED PLANNING ORGANIZATION, INC.  :
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - - x
```

Washington, D.C.

July 26, 2006

Deposition of:

TONI KAKEH

a witness, was called for oral examination by counsel for the Defendant, in the offices of Ford & Harrison, 1300 19th Street, Suite 700, Washington, D.C. 20036, commencing at approximately 10:15 a.m., on Wednesday, July 26, 2006, before Deborah L. Spear, a Notary Public in and for the District of Columbia, when were present on behalf of the respective parties:

DEBORAH L. SPEAR
(301) 843-9370

EXHIBIT B

1  A   Okay. And like I said, she wasn't there at
2  the school, that was Friday. I finally was able to
3  find out where she was Saturday night. I picked her
4  up at her friend's grandmother's house. Prior to this
5  Amin and I had talked about it, we were frantic about
6  she continued to do this, and it seemed to us futile
7  to go through the court system and have the police try
8  to bring my daughter home. And within our culture and
9  our religion it was totally inappropriate for her to
10 be behaving this way, and we wanted to take measures
11 which would assure that she would stay at home, and we
12 agreed that we would cut her hair so that she would
13 stop. She didn't listen. We told her the potential
14 about the harm that she could suffer, and we felt
15 overwhelmed. At that point, I myself I just wanted to
16 die, it was a terrible situation, and Amin was
17 distraught as well. He was very concerned. And we
18 weren't willing to wait however long it took the
19 courts to do something to help us about the situation.
20 So we took the matter in our own hands to try to
21 prevent any further hurt to Nabeelah.
22     Q   So your husband was distraught about the

```
 1  DISTRICT OF COLUMBIA
 2              I, Deborah L. Spear, a Notary Public for
 3  the District of Columbia, do hereby certify that the
 4  foregoing was reported by stenographic means, which
 5  matter was held on the date and at the time and place
 6  set out on the title page hereof, and that the
 7  foregoing transcript constitutes a true and accurate
 8  transcript of same to the best of my ability.
 9              I further certify that I am not related
10  to any of the parties, nor am I an employee of or
11  related to any of the attorneys representing the
12  parties, and I have no financial interest in the
13  outcome of this matter.
14              GIVEN under my hand and seal this 30th
15  day of July 2006.
16
17
                                    _____
18                                       Deborah L. Spear
                                           Notary Public
19
20
21  My commission expires:
22  January 14, 2011
```

DEBORAH L. SPEAR
(301) 843-9370