# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

  v.

United Planning Organization, Inc.,

    *Defendant*.

Civil Case No. 1:05-cv-1271

Next Scheduled Event:
Pretrial Conference April 29, 2008 at 10:00am

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED EXHIBIT LIST

Plaintiff, Mohammad Amin Kakeh, by and through his undersigned counsel, Melehy & Associates, LLC hereby moves this Court for leave to file his Amended Exhibit List pursuant to LCvR 16.5(a)(2). In support of this motion, Plaintiff states as follows:

1. On June 1, 2007, Plaintiff filed his Exhibit List as part of the Joint-Pre-Trial Statement.

2. In preparation for trial previously scheduled to begin on May 5, 2008, Plaintiff identified additional exhibits that were inadvertently excluded from Plaintiff's original Exhibit List.

3. Plaintiff seeks to add the following 15 new exhibits (which are attached to this Motion) to its Exhibit List numbered 73-87:

> 73. Memorandum from Amin Kakeh to David Quashie and the Finance Office Re: Procedure for Posting Occupancy Cost for FY 2003, dated June 2, 2003 and attachment dated April 23, 2004. (MAK 7948-7952)
>
> 74. Memorandums dated May 22, 2003 and June 13, 2003 regarding meetings of the finance office. (MAK 7961-7962)
>
> 75. FY2003 Draft Financial Statements (MAK 7953-7967)

76. FY2003 Draft Financial Statements

77. E-mail from Shears regarding delay of her resignation, dated May 10, 2004. (MAK 8153)

78. Walker and Company proposed Financial Organization Chart with notes.

79. Memorandum from Mack to Shears regarding 2003 Deficit, dated March 18, 2004.

80. E-mail from Shears regarding FY 2003 financial statements, dated March 21, 2004. (MAK 7992)

81. Memorandum from Jones to Kakeh regarding Financial Management Issues at UPO, dated April 7, 2004.

82. Letter from Jones to Kakeh regarding the audit questionnaire, dated March 29, 2004 with attachment.

83. Letter from Jones to Kakeh regarding the audit questionnaire, dated April 9, 2004.

84. Closing Memorandum from U.S. Department of Health and Human Services regarding Grant Fraud/Embezzlement with reference No. 3-04-00141-2.

85. Memorandum from Mack to Kakeh regarding staff evaluations, dated (incorrectly) March 12, 2004 and attachment.

86. Memorandum from Kakeh to Mack regarding staff evaluations, dated April 2, 2004.

87. E-mail from Firas Hamoui to Amin Kakeh dated May 26, 2004 and from Ganna Grinshpun to Lucille Pileggi dated May 21, 2004 regarding access to Sysadmin.

4. Plaintiff also requests consent from the Court to use exhibits identified on Defendant's Exhibit List for use at trial and has thus listed this request as Exhibit No. 88.

5. The May 2008 trial date has since been canceled by the Court and a new trial has not yet been scheduled. Therefore, there is ample time for Defendant to raise objections to Plaintiff's new exhibits and otherwise prepare for trial considering the new exhibits.

6. Plaintiff's co-counsel, Andrew Perlmutter, had significant knowledge of the case and the documents, but left the firm in the Summer 2007. This caused a delay in undersigned counsel's ability to carefully review the Exhibit List to identify any omissions.

7. Plaintiff believes that these additional exhibits are critical to his case, that permitting an Amended Exhibit List will not cause prejudice to the Defendant, and that the circumstances surrounding the need to Amend the Exhibit List constitute excusable neglect pursuant to LCvR 16.5(a)(2).

8. Undersigned counsel contacted counsel for the Defendant, who indicated that the Defendant <u>does not oppose</u> this Motion; however, the Defendant reserves its right to object to the exhibits in the manner envisioned by the Court's June 26, 2007 order.

## CONCLUSION

For the reasons stated above, Plaintiff hereby respectfully requests that this Court enter an order granting Plaintiff leave to file his Amended Exhibit List. A proposed Order is attached.

Respectfully Submitted,


  /s/Regan Rush & /s/Vincent Melehy  
Vincent Melehy, Esq.
D.C. Bar No. 415849
Regan Rush, *pro hac vice*
California Bar. No. 222837
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:    (301) 587-6308
Email: ovmelehy@melehylaw.com
          rrush@melehylaw.com

*Attorneys for Plaintiff*