IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammed Amin Kakeh,<br><br>   *Plaintiff*,<br><br>  v.<br><br>United Planning Organization, Inc.,<br><br>   *Defendant*. | Civil Case No. 1:05-cv-1271 (GK/JMF)<br><br>Next Scheduled Event:<br>Pretrial Conference<br>April 29, 2008 at 10:00am |

**PLAINTIFF'S PROPOSED AMENDED EXHIBIT LIST**

1. United Planning Organization (UPO) Corporate and Mission Statement

2. UPO Information Booklet dated January 2007

3. UPO Preschool and Day Care Program

4. Office of Community Services – CSBG Program Terms and Conditions FY 2005

5. Letter from Robert Sullivan, Grants Officer, Department of Health and Human Services (DHHS), Administration for Children and Families (ACF) to Grantee dated October 9, 2003 re: Financial Assistant Award (FAA) dated October 10, 2003 including its attachment and Standard Terms and Conditions – Discretionary Grants dated February 2003

6. Memorandum from Benjamin Jennings, Executive Director to William Hughey and Delores Lawrence dated September 22, 2003 re: FY 2003/04 One Time T & TA Grant for Early Head Start with Letter from Edward L. Vreeswyk, Head Start/Developmental Disabilities Branch Chief, DHHS, ACF to Benjamin Jennings, Executive Director, UPO dated September 15, 2003 re: FAA FY 2003 with FAA attachment with Letter from Edward L. Vreeswyk, Head Start/Developmental Disabilities Branch Chief, DHHS, ACF to Benjamin Jennings, Executive Director, UPO dated September 12, 2003 re: FAA FY 2003 with FAA attachment and Standard Terms and Conditions – Discretionary Grants dated February 2003

7. Memorandum from Benjamin Jennings, Executive Director to William Hughey and Delores Lawrence dated September 8, 2003 re: FY 03/04 Head Start/Early Head Start Program Grant Award with Letter from Edward L. Vreeswyk, Head Start/Developmental Disabilities Branch, DHHS, ACF to Benjamin Jennings, Executive Director, UPO dated August 7, 2003 re: FAA FY 2003 with FAA

attachment and Standard Terms and Conditions – Discretionary Grants dated February 2003

8. Plaintiff Charge of Discrimination dated March 31, 2004 w/ D.C. Office of Human Rights

9. Plaintiff Resume - Amin Kakeh

10. Personnel Action Form dated June 29, 1998 for Plaintiff employment w/ Defendant

11. Position Description for Plaintiff as Controller of Defendant

12. Letter from Tunde Eboda, Ph.D., Program Director to F. Alexis H. Roberson dated June 1, 2004

13. DHHS Program Support Center, Financial Management Service, Division of Payment Management Grant Recipient Information dated February 26, 2007

14. DHHS Program Support Center, Financial Management Service, Division of Payment Management Frequently Asked Questions dated February 26, 2007

15. DHHS Program Support Center, Financial Management Service, Division of Payment Management PSC 272 Reports DPM Reporting Overview dated February 26.2007

16. DHHS Program Support Center, Financial Management Service, Division of Payment Management PSC 272 General Instructions and Things to Remember for Completing the Report dated February 26, 2007

17. Meeting Minutes of UPO Board of Trustees dated March 11, 2004

18. Meeting Minutes of UPO Board of Trustees dated March 18, 2004

19. Resume of Sheila B. Shears

20. Memorandum dated October 3, 2003 from Plaintiff to Benjamin Jennings re: Controller's Office Status Alert

21. Memorandum dated October 16, 2003 from Plaintiff to Benjamin Jennings re: Harassment and Discrimination

22. Memorandum dated October 20, 2003 from Plaintiff to Gladys Mack re: Urgent Request for Budget and Financial Information

23. Plaintiff notes of contacts w/ Defendant's Management and Regulatory Officials dated May 27, 2005

24. Plaintiff notes dated February 10, 2004 re: Meeting with Tunde Eboda

25. Plaintiff notes dated March 3, 2004 re: Budget Amendments

26. Plaintiff notes dated February 16, 2004 re: Telephone Conversation with Tunde Eboda

27. Plaintiff notes dated February 19, 2004 re: Meeting Between Tunde and Sheila

28. Plaintiff notes dated February 25, 2004 re: Conversation with Tunde

29. Plaintiff notes dated March 1, 2004 re: Investigation for CSBG

30. Undated Letter to Benjamin Jennings, Executive Director from Sheila Shears re: Plaintiff's Position

31. Plaintiff notes dated March 11, 2004 re: Sheila's resignation

32. Plaintiff notes dated March 12, 2004 re: Managers' Meeting

33. Plaintiff notes dated March 17, 2004 re: Conversation with Monica

34. Letter dated March 24, 2004 from Russell Simmons, President to Benjamin Jennings re: Termination of Employment Contract

35. Memorandum from Gladys Mack to Plaintiff dated March 25, 2004 re: Financial Information

36. Plaintiff notes dated March 25, 2004 re: Meeting with Gladys, Monica, Sheila and Rachel

37. Two e-mails dated March 25, 2004 from Tunde Eboda to Dana Jones re: Preliminary Report on Monitoring Exercises; and April 4, 2004 from Tunde Eboda to Gladys Mack re: Attaching Draft Preliminary Report

38. Ad Hoc Management Committee Report dated April 1, 2004 to Defendant Board of Trustees

39. Meeting Minutes of Defendant Board of Trustees dated April 1, 2004

40. Defendant Position Statement re: Charge of Discrimination filed by Plaintiff dated June 15, 2004

41. Memorandum from Plaintiff to Dana M. Jones dated April 11, 2004 re: Financial Issues

42. Letter from Dana Jones to Nona McLean dated June 2, 2004 re: Terminating Employment

43. Plaintiff notes dated March 31, 2004 re: Meeting with OHR Representative

44. Memorandum from Plaintiff to Alexis Roberson dated April 5, 2004 re: Financial Issues

45. Plaintiff notes dated April 5, 2004 re: meeting with Dena, Alexis and Tunde

46. Plaintfiff notes dated April 6, 2004 re: meeting with Dena, Gladys, Sheila, Rachel, Latania and Tanis

47. Defendant's policies re: Head Start Program

48. Letter from David Lett to Russell Simmons dated April 26, 2004 re: Designating Defendant as High Risk Grantee

49. Editing notes re: UPO Schedule of Expenditures of Federal Awards dated February 22, 2007

50. Plaintiff notes dated May 3, 2004 re: Investigation

51. Memorandum from The Finance Department Staff to Russell Simmons dated April 29, 2004 re: outsourcing of the finance department

52. Additional Persons Plaintiff Spoke With

53. Plaintiff notes dated May 4, 2004 re: Meeting with Unnamed Persons

54. Fax from Plaintiff to Ken Marty to Provide Documentation dated May 7, 2004, May 10, 2004, May 19, 2004, and May 25, 2004

55. Plaintiff notes dated May 19, 2004 re: Sick Leave

56. Plaintiff notes dated May 28, 2004 re: Sick Leave

57. Meeting Minutes of Ad Hoc Management Committee Meeting dated May 26, 2004

58. Plaintiff notes dated June 1, 2004 re: Ken and Tunde

59. Fax from Monica Beckham to Shelley J. Ellion, Senior Special Agent, Office of the Inspector General, DC dated January 11, 2005 re: Draft Letter from Jones to Gilcrest dated December 16, 2004 Requesting Retraction of Tunde Eboda Conclusion that Defendant Retaliated Against Plaintiff for Whistleblowing; second attachment – List of Comments on DHHS Final Report re: Monitor Review of Defendant

60. Plaintiff notes dated June 2, 2004 re: General Meeting

61. Meeting Minutes Ad Hoc Management Committee dated April 20, 2004

62. Letter from Dana Jones to Plaintiff dated June 2, 2004 re: Terminating Employment; and UPO Written Instructions on Reduction In Force

63. Letter from Dana Jones to Davidson Quashie dated June 2, 2004 re: Reassignment of Plaintiff from Position of Deputy Controller to Position of Accounting Director

64. Letter to William Isaac dated June 9, 2004 re: Reassignment of Position from Senior Auditor to Procurement Manager

65. Proposal of Walker & Company to Mange Accounting and Finance Functions of Defendant

66. Personnel Action Documenting Separation of Plaintiff from Position of Controller

67. Final Report by DHR re: 2004 Monitoring Review of Defendant dated August 6, 2004

68. Final Report by DHR re: 2004 Monitoring Review of Defendant dated December 1, 2004

69. Final Report by DHR re: 2004 Monitoring Review of Defendant dated March 4, 2005

70. Letter from DC Office of Human Rights to Plaintiff Counsel Documenting Charge of Discrimination dated April 4, 2005

71. Memorandum to Kakeh from Shears re: Official Reprimand, dated January 7, 2004

72. Report by Richard Edelman, Ph.D. re: Valuation of Lost Income and Benefits— Mr. Mohammed Kakeh, dated December 4, 2005.

73. Memorandum from Amin Kakeh to David Quashie and the Finance Office Re: Procedure for Posting Occupancy Cost for FY 2003, dated June 2, 2003 and attachment dated April 23, 2004. (MAK 7948-7952)

5

74. Memorandums dated May 22, 2003 and June 13, 2003 regarding meetings of the finance office. (MAK 7961-7962)

75. FY2003 Draft Financial Statements (MAK 7953-7967)

76. FY2003 Draft Financial Statements

77. E-mail from Shears regarding delay of her resignation, dated May 10, 2004. (MAK 8153)

78. Walker and Company proposed Financial Organization Chart with notes.

79. Memorandum from Mack to Shears regarding 2003 Deficit, dated March 18, 2004.

80. E-mail from Shears regarding FY 2003 financial statements, dated March 21, 2004. (MAK 7992)

81. Memorandum from Jones to Kakeh regarding Financial Management Issues at UPO, dated April 7, 2004.

82. Letter from Jones to Kakeh regarding the audit questionnaire, dated March 29, 2004 with attachment.

83. Letter from Jones to Kakeh regarding the audit questionnaire, dated April 9, 2004.

84. Closing Memorandum from U.S. Department of Health and Human Services regarding Grant Fraud/Embezzlement with reference No. 3-04-00141-2.

85. Memorandum from Mack to Kakeh regarding staff evaluations, dated (incorrectly) March 12, 2004 and attachment.

86. Memorandum from Kakeh to Mack regarding staff evaluations, dated April 2, 2004.

87. E-mail from Firas Hamoui to Amin Kakeh dated May 26, 2004 and from Ganna Grinshpun to Lucille Pileggi dated May 21, 2004 regarding access to Sysadmin.

88. All Exhibits identified by Defendant in Defendant's Exhibit List.

Respectfully Submitted,

/s/Regan Rush & /s/Vincent Melehy
Vincent Melehy, Esq.
D.C. Bar No. 415849
Regan Rush, *pro hac vice*
California Bar. No. 222837
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:    (301) 587-6308
Email: ovmelehy@melehylaw.com
       rrush@melehylaw.com

*Attorneys for Plaintiff*