# Plaintiff's Proposed Exhibit 73

**MEMORANDUM**

2-Jun-03

FROM: AMIN KAKEH

TO: DAVID QUASHIE & THE FINANCE OFFICE

SUBJECT: **PROCEDURE FOR POSTING OCCUPANCY COST FOR FISCAL YEAR 2003**

THE OCCUPANCY COST EXPENSE ACCOUNT IS: 731700

THE COST CENTER TO BE USED WITH IT IS: 00-00-00-0000-00-000

THE MONTHLY ENTRY IS:
DR. 731700-00-00-00-0000-00-000          CR.731302...731319-55-09-75-0301-00-000

ALLOCATION TO ACCOUNTS:
DR.
    511301-XX-XX-XX-XXXX-XX-XXX
    731301-ZZ-ZZ-ZZ-ZZZZ-ZZ-ZZZ
                                          CR.731700-00-00-00-0000-00-000

NOTE: FOR THE FIRST TIME APPLICATION TO THIS ACCOUNT, WE SHOULD ADD ALL OCCUPANCY COST INCURRED BETWEEN OCTOBER 2002 TO APRIL 2003 AND COMPARE THEM TO WHAT WE ALREADY CHARGED TO THE PROGRAMS ACCORDING TO THE OLD RATE. THEN CALCULATE THE NEW RATE AND ADD OR SUBTRACT TO EACH ACCOUNT THE DIFFERENCES WHEN THEY EXIST.
WE SHOULD CONTINUE TO USE THE NEW RATE THROUGH FISCAL YEAR 2003.

IF THERE WILL BE ANY CHANGES IN THE FUTURE YOU WILL BE NOTIFIED IMMEDIATELY.

MAK 7948

**UNITED PLANNING ORGANIZATION**
CONTROLLER: M. AMIN KAKEH
Identification of Unallowable Costs
301 Rhode Island Avenue, NW
APRIL 23, 2004

FOR FISCAL YEAR 2003

| Function/Program | Functional Square Footage | Percentage Allocation | Five Months Allocated Occupancy Costs | Monthly Occupancy Cost | Unallowable Occupancy Cost | Unrecoverable Occupancy Cost | Allocable Monthly Occupancy Cost From:May2002 To:September 02 | Total Charges Allocated in Fy=2002 | Charges Portion From 10/1/2001 To:04/30/2002 | Total New Charges To Fy=2002 | REDUCING OCCUPANCY BY$350,000 RESERVES ADJUSTMENT TO PROGRAMS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chores | 621 | 2.63% | $ 12,124.82 | $ 2,425 | $ - | $ - | $ 2,425 | | | | $ 9,217 |
| Community Resources | 535 | 2.27% | $ 10,451.26 | $ 2,090 | $ - | $ - | $ 2,090 | | | | $ 7,945 |
| Executive Office | 4011 | 17.01% | $ 78,315.40 | $ 15,663 | $ - | $ - | $ 15,663 | | | | $ 59,535 |
| Controller's Office | 2777 | 11.78% | $ 54,236.06 | $ 10,847 | $ - | $ - | $ 10,847 | | | | $ 41,246 |
| General Counsel | 560 | 2.38% | $ 10,957.71 | $ 2,192 | $ - | $ - | $ 2,192 | | | | $ 8,330 |
| Human Resources | 1185 | 5.03% | $ 23,158.52 | $ 4,632 | $ - | $ - | $ 4,632 | | | | $ 17,605 |
| In-School | 255 | 1.08% | $ 4,972.41 | $ 994 | $ - | $ - | $ 994 | | | | $ 3,780 |
| Institutional Services | 1575 | 6.68% | $ 30,764.46 | $ 6,153 | $ - | $ - | $ 6,153 | | | | $ 23,387 |
| Jolly Program | 196 | 0.83% | $ 3,821.39 | $ 764 | $ - | $ - | $ 764 | | | | $ 2,905 |
| Office of Community Programs | 618 | 2.62% | $ 12,062.69 | $ 2,413 | $ - | $ - | $ 2,413 | | | | $ 9,170 |
| Office of Operations | 548 | 2.32% | $ 10,681.47 | $ 2,136 | $ - | $ - | $ 2,136 | | | | $ 8,120 |
| Office of Technology | 1330 | 5.64% | $ 25,967.01 | $ 5,193 | $ - | $ - | $ 5,193 | | | | $ 19,740 |
| Office of the President | 360 | 1.53% | $ 7,044.24 | $ 1,409 | $ - | $ - | $ 1,409 | | | | $ 5,355 |
| Preschool & Daycare | 4318 | 18.31% | $ 84,321.71 | $ 16,864 | $ 1,961 | $ - | $ 14,903 | | | | $ 64,085 |
| Public Information | 300 | 1.27% | $ 5,847.18 | $ 1,169 | $ - | $ - | $ 1,169 | | | | $ 4,445 |
| Public Policy | 160 | 0.68% | $ 3,130.77 | $ 626 | $ - | $ - | $ 626 | | | | $ 2,380 |
| Research & Development | 825 | 3.50% | $ 16,114.28 | $ 3,223 | $ - | $ - | $ 3,223 | | | | $ 12,250 |
| Research & Evaluation | 360 | 1.53% | $ 7,044.24 | $ 1,409 | $ - | $ - | $ 1,409 | | | | $ 5,355 |
| Shelter Care Plus | 345 | 1.46% | $ 6,721.96 | $ 1,344 | $ - | $ - | $ 1,344 | | | | $ 5,110 |
| TANF | 1229 | 5.21% | $ 23,987.26 | $ 4,797 | $ - | $ - | $ 4,797 | | | | $ 18,235 |
| Weekend Nutrition | 297 | 1.26% | $ 5,801.14 | $ 1,160 | $ - | $ - | $ 1,160 | | | | $ 4,410 |
| Yo-Quantum | 982 | 4.16% | $ 19,152.97 | $ 3,831 | $ - | $ - | $ 3,831 | | | | $ 14,560 |
| Youth Programs | 191 | 0.81% | $ 3,729.30 | $ 746 | $ - | $ - | $ 746 | | | | $ 2,835 |
| Totals | 23,578 | 100.00% | $ 460,408.28 | $ 92,082 | $ 1,961 | $ - | $ 90,120 | $ - | $ - | $ - | $ 350,000 |

MAK 7949

| Occupancy Costs | Five Months Cost | DHHS Allowable Occupancy Costs | Head Start & Early Head Start Allowable Costs | Other Preschool & Daycare Allowable Costs |
|---|---|---|---|---|
| Communication | $ - | $ - | | |
| Depreciation | 108,127.00 | 108,127.00 | | |
| Insurance | 10,686.45 | 10,686.45 | | |
| Interest on Debt Service | **67,680.00** | - | | |
| Janitorial Services | 47,635.00 | 47,635.00 | | |
| Maintenance & Repair | 38,988.85 | 38,988.85 | | |
| Management Services | 18,000.00 | 18,000.00 | | |
| Other Occupancy Costs | - | - | | |
| Permit Fees | 169.00 | 169.00 | | |
| Pest Control | 908.12 | 908.12 | | |
| Security Services | 122,372.27 | 122,372.27 | | |
| Trash Removal | 3,290.00 | 3,290.00 | | |
| Utilities | 42,551.33 | 42,551.33 | | |
| Total Occupancy Costs for Five Months | $ 460,408.02 | $ 392,728.02 | | |
| Monthly Occupancy Cost | $ 92,081.60 | $ 78,545.60 | $ 11,361.54 | $ 3,541.51 |
| Annual Occupancy Cost | $ 1,104,979.25 | $ 942,547.25 | | 14,903.05 |

MAK 7950

UNITED PLANNING ORGANIZATION
CONTROLLER'S OFFICE
MONTHLY OCCUPANCY COST ALLOCATION
FROM 10/01/2002 TO 04/30/2003
YEAR TO DATE

| ACTUAL OCCUPANCY COST P.O.S.-2 | AMOUNT FOR SEVEN MONTHS | EXPENSE ACCOUNT | DHHS Allowable Occupancy Costs | Head Start & Early Head Start Allowable Costs | Other Preschool & Daycare Allowable Costs |
|---|---|---|---|---|---|
| BUILDING DEPRECIATION | $ - | 731302 | $ | | |
| INTEREST ON DEBT SERVICE | $ - | 731303 | $ | | |
| OTHER OCCUPANCY COSTS | $ - | 731304 | $ | | |
| BUILDING SECURITY | $ - | 731305 | $ | | |
| UTILITY-ELECTRICITY | $ - | 731306 | $ | | |
| UTILITY-WATER & SEWAGE | $ - | 731307 | $ | | |
| UTILITY-GAS | $ - | 731308 | $ | | |
| JANITORIAL SERVICES | $ - | 731309 | $ | | |
| MAINTENANCE & REPAIRS | $ - | 731310 | $ | | |
| PEST CONTROL | $ - | 731311 | $ | | |
| TRASH REMOVAL | $ - | 731312 | $ | | |
| MOVING COST | $ - | 731313 | $ | | |
| BUILDING INSURANCE | $ - | 731314 | $ | | |
| LIABILITY INSURANCE | $ - | 731315 | $ | | |
| REAL ESTATE TAXES | $ - | 731316 | $ | | |
| OTHER TAXES | $ - | 731317 | $ | | |
| MANAGEMENT SERVICES | $ - | 731318 | $ | | |
| PERMIT FEES | $ - | 731319 | $ | | |
| TOTAL COST | $ - | | $ | | |
| OCCUPANCY COST | $ - | | $ | | |
| ESTIMATED ANNUAL COST | $ - | | $ | | |

MAK 7951

## UNITED PLANNING ORGANIZATION
### CONTROLLER'S OFFICE
### MONTHLY OCCUPANCY COST ALLOCATION
### FOR THE MONTH OF MAY 2003

| ACTUAL OCCUPANCY COST- P.O.S.-2 | AMOUNT FOR SEVEN MONTHS | EXPENSE ACCOUNT | DHHS Allowable Occupancy Costs | Head Start & Early Head Start Allowable Costs | Other Preschool & Daycare Allowable Costs |
|---|---|---|---|---|---|
| BUILDING DEPRECIATION | - | 731302 | $ | | |
| INTEREST ON DEBT SERVICE | $ | 731303 | $ | | |
| OTHER OCCUPANCY COSTS | $ | 731304 | $ | | |
| BUILDING SECURITY | $ | 731305 | $ | | |
| UTILITY-ELECTRICITY | $ | 731306 | $ | | |
| UTILITY-WATER & SEWAGE | $ | 731307 | $ | | |
| UTILITY-GAS | $ | 731308 | $ | | |
| JANITORIAL SERVICES | $ | 731309 | $ | | |
| MAINTENANCE & REPAIRS | $ | 731310 | $ | | |
| PEST CONTROL | $ | 731311 | $ | | |
| TRASH REMOVAL | $ | 731312 | $ | | |
| MOVING COST | $ | 731313 | $ | | |
| BUILDING INSURANCE | $ | 731314 | $ | | |
| LIABILITY INSURANCE | $ | 731315 | $ | | |
| REAL ESTATE TAXES | $ | 731316 | $ | | |
| OTHER TAXES | $ | 731317 | $ | | |
| MANAGEMENT SERVICES | $ | 731318 | $ | | |
| PERMIT FEES | - | 731319 | $ | | |
| TOTAL COST | $ | | $ | $ | $ |
| OCCUPANCY COST | $ | | | $ | $ |
| ESTIMATED ANNUAL COST | $ | | | $ | $ |

MAK 7952