# Plaintiff's Proposed Exhibit 74

SPECIAL MEETING
FOR THE FINANCE OFFICE

DATE: MAY 22, 2003

FROM: THE CONTROLLER

Cc: SHEILA SHEARS

SUBJECT: MONTHLY CLOSING AND FUNCTIONAL STRUCTURE

PLACE: T.B.A.

ON WEDNESDAY MAY 28, 2003 @ 3pm to 4pm WE ALL GOING TO MEET TO DISCUSS AND EXPLAIN THE FOLLOWING MATTERS:

ONE:   THE MONTHLY CLOSING SCHEDULE FOR THE NEXT SIX MONTHS.

TWO:   THE FUNCTIONAL STRUCTURE TO THE FINANCE OFFICE

THREE: SOLOMON & FRx SYSTEMS CLOSING EVERY FRIDAY EVENING FOR MAINTENANCE.

FOUR:  REGULAR MEETING WITH SHEILA, AMIN, DAVIDSON & ALICE THE NEXT DAY AFTER THE FIRST CLOSING AND THE FINAL CLOSING DATES.

FIVE:  THE OCCUPANCY CHARGES " CONCEPT."

P.S.   EVERYONE MUST ATTEND THIS VERY IMPORTANT MEETING....NO EXCEPTIONS.

MONTHLY CLOSING.xls

3

MAK 7961

**MEMORANDUM**

DATE: JUNE 13, 2003

**FROM: THE CONTROLLER**

Cc: SHEILA SHEARS

**TO: THE FINANCE OFFICE**

SUBJECT: REGULAR MEETING FOR THE EXPENDITURE AND THE REVENUE DIVISIONS.

IN ORDER FOR THIS OFFICE TO BE ABLE TO CLOSE THE FINANCIAL RECORDS ON TIME EVERY MONTH, A LOT OF PREPARATION IS NEEDED BEFORE THE FINAL CLOSING TAKE PLACE.

EACH DIVISION NEEDS TO MEET AND DISCUSS ISSUES RELATED TO THEM AND OTHER ISSUES RELATED TO THE OTHER DIVISION, FOR THIS REASON, THE DEPUTY CONTROLLER SHOULD PRESIDE OVER BOTH DIVISION MEETING. THIS MUST START NEXT WEEK IN ORDER FOR US TO BE ABLE TO CLOSE THE MONTH OF MAY, 2003, BY THE DEAD LINE.

I THANK ALL OF YOU FOR YOUR COOPERATION.

MONTHLY CLOSING.xls

4

MAK 7962