# Plaintiff's Proposed Exhibit 75

11:11 AM11:11 AM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| CASH | $ 914,746 | $ 1,793,827 | $ (879,081) | $ 914,746 | | | $ (879,081) |
| CDS' | $ 1,075,716 | $ 925,662 | $ 150,054 | $ 1,075,716 | | | |
| RESTRICTED CASH | $ 2,032,711 | $ 3,304,063 | $ (1,271,352) | | | | |
| ACCOUNTS RECEIVABLE | $ 3,678,819 | $ 4,487,542 | $ (808,723) | $ 3,678,819 | | | $ (808,723) |
| ADVANCES | $ 307,422 | $ 163,794 | $ 143,628 | $ 307,422 | | | |
| EMPLOYEES ADVANCES | $ 148,234 | $ 114,920 | $ 33,314 | $ 148,234 | | | |
| PREPAID | $ 180,862 | $ 113,519 | $ 67,343 | $ - | | | |
| FIXED ASSETS | $ 13,013,285 | $ 11,008,505 | $ 2,004,780 | $ - | | | |
| | **$ 21,351,795** | **$ 21,911,832** | **$ (560,037)** | **$ 6,124,937** | | | **$ (1,687,804)** |
| **LIABILITIES** | | | | | | | |
| A/P & ACCRUED EXPENSES | $ 2,459,693 | $ 1,755,636 | $ 704,057 | $ 2,459,693 | | | |
| DELEGATE AGENCIES | $ 1,212,409 | $ 2,227,886 | $ (1,015,477) | $ 1,212,409 | | | |
| REFUND | $ - | $ 364,141 | $ (364,141) | | | | |
| One time refund. | | | | | | | |
| DEFERRED REVENUE | $ 1,984,822 | $ 1,507,531 | $ 477,291 | $ 1,984,822 | | $ 1,581,560 | $ 3,566,382 |
| Reclass 438,757.62 & 292,006 & 152,957.96 to credit & revenue | | | | | | | |
| LINE OF CREDIT | $ 1,916,115 | $ 1,260,000 | $ 656,115 | $ 1,916,115 | | | |
| Cash flow needs. | | | | | | | |
| OTHERS | $ 81,412 | $ 365,532 | $ (284,120) | $ 81,412 | | | |
| | **$ 7,654,451** | **$ 7,480,726** | **$ 173,725** | **$ 7,654,451** | | **$ (1,529,514)** | **$ 3,868,382** |
| | | | | | | **$ (3,111,074)** | **$ (3,413,074)** |

F.STATEMENTS FY2003 2ND & 3RD DRAFT.xls

MAK 7953

UNITED PLANNING ORGANIZATION
STATEMENT OF ACTIVITIES
AS OF SEPTEMBER 30, 2003
FOR FISCAL YEAR 2003
PRE-AUDIT

|  | FY 2003 | FY 2002 | VARIANCES | % |
|---|---:|---:|---:|---:|
| **REVENUE** | | | | |
| Government contracts and grants | $ 33,796,268 | $ 34,585,852 | $ (789,584) | -0.02 |
| Other Government Contracts | 1,599,354 | 246,506 | $ 1,352,848 | 5.49 |
| Program Fees & Contribution | 525,991 | 133,665 | $ 392,326 | 2.94 |
| Income from Deferred Revenue | 522,009 | 44,044 | $ 477,965 | 10.85 |
| Interest, Rental & Other Income | 158,710 | 214,556 | $ (55,846) | -0.26 |
| **Total Revenue** | $ 36,602,332 | $ 35,224,623 | $ 1,377,709 | 0.04 |
| **EXPENSES** | | | | |
| Program Services: | | | | |
| Community services | $ 7,454,756 | $ 7,697,791 | $ (243,035) | -0.03 |
| Head start | 14,285,755 | 14,001,481 | $ 284,274 | 0.02 |
| Preschool Programs | 2,273,972 | 2,060,763 | $ 213,209 | 0.10 |
| Elderly-OoA | 3,929,848 | 3,290,661 | $ 639,187 | 0.19 |
| Homeless | 559,526 | 591,113 | $ (31,587) | -0.05 |
| Special Emphasis | 3,430,967 | 2,974,958 | $ 456,009 | 0.15 |
| Other Grants Program | 606,734 | 419,122 | $ 187,612 | 0.45 |
| General Programs | 190,463 | 357,340 | $ (166,877) | -0.47 |
| **Total program services** | $ 32,732,021 | $ 31,393,229 | $ 1,338,792 | 0.04 |
| Management & General | $ 3,440,791 | $ 3,200,868 | $ 239,923 | 0.07 |
| Construction Cost | 298,599 | 0 | | |
| Adjustments needed for | (97,287) | 0 | | |
| UPO Specials, & Others | 556,615 | 498,493 | $ 58,122 | 0.12 |
| **Total expenses** | $ 36,930,739 | $ 35,092,590 | $ 1,838,149 | 0.05 |
| Change in net assets from operations | -328,407 | 131,533 | $ (459,940) | -3.50 |
| Capital addition | 0 | 1,876,048 | $ (1,876,048) | -1.00 |
| Change in net assets | 0 | 2,007,581 | $ (2,007,581) | -1.00 |
| Net assets, Beginning of the year | 3,361,592 | 1,354,011 | $ 2,007,581 | 1.48 |

11:12 AM   4/4/2006    FINANCIAL STATEMENTS FOR ALL FY 2003.xls    1

MAK 7954

| | | | | |
|---|---:|---:|---:|---:|
| Net assets, as of SEPTEMBER 30, 2003 | $ 3,033,185 | $ 3,361,592 | $ (328,407) | -0.10 |

MAK 7955

UNITED PLANNING ORGANIZATION
STATEMENT OF FUNCTIONAL EXPENSES
AS OF SEPTEMBER 30, 2003
FOR FISCAL YEAR 2003
PRE AUDIT

| DESCRIPTIONS EXPENSES | CSBG Community Services | HS & E.-HS Head start | DAYCARE Preschool | OoA Elderly-OoA | HMLS Homeless | S.E.P. Special Emphasis | O.GRT. Other Grants | G.P. General Program | SB SUB TOTAL | G & A GENERAL & ADMINISTRATIVE | UPO Special | BLDNG. CONSTRUCTION COST | T-2003 TOTAL | 2002 TOTAL | VARIANCES | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Personnel | $4,134,301 | $8,350,925 | $1,158,521 | $2,192,610 | $372,643 | $1,439,966 | $198,844 | $ - | $17,847,810 | $1,917,327 | $ - | $ - | $19,765,137 | $18,876,854 | $888,283 | 5% |
| Fringe Benefits | 898,715 | 1,808,730 | 245,063 | 490,176 | 81,391 | 320,156 | 47,726 | $ - | 3,891,957 | 450,947 | $ - | $ - | 4,342,904 | 3,949,984 | 392,920 | 10% |
| Purchase Of Services | 1,197,288 | 2,527,537 | 335,339 | 200,572 | 13,329 | 799,163 | 241,666 | 3,963 | 5,318,857 | 795,175 | $ - | 152,297 | 6,266,329 | 4,878,767 | 1,387,562 | 28% |
| Occupancy Cost | 394,790 | 351,534 | 190,610 | 96,978 | 32,150 | 155,488 | 31,342 | $ - | 1,252,892 | $ - | $ - | $ - | 1,252,892 | 1,820,411 | (567,519) | -31% |
| Travel / Transportation | 302,886 | 246,107 | 9,345 | 696,700 | 53,147 | 26,071 | 10,167 | $ - | 1,344,423 | 67,329 | $ - | $ - | 1,411,752 | 1,063,427 | 348,325 | 33% |
| Supplies &/or Construction Cost | 142,348 | 276,020 | 326,084 | 76,881 | 3,152 | 44,660 | 31,103 | 5,005 | 905,253 | 134,537 | $ - | 146,302 | 1,186,092 | 1,237,952 | (51,860) | -4% |
| Equipments, Machines, Vehicles & Lease | 84,821 | 193,775 | 253 | 42,438 | 647 | 57,459 | 20,677 | $ - | 400,070 | 51,952 | $ - | $ - | 452,022 | 939,794 | (487,772) | -52% |
| Client Related Charges | 155,919 | 48,011 | $ - | 8,757 | 132,638 | 540,630 | 16,931 | 114,424 | 1,018,872 | $ - | $ - | $ - | 1,018,872 | 847,082 | 171,790 | 20% |
| Accrued & Other Expenses | 143,688 | 483,116 | $ - | $ - | 855 | 47,374 | 8,278 | 67,070 | 751,887 | 23,524 | $ - | $ - | 775,411 | 979,826 | (204,415) | -21% |
| TOTAL DIRECT EXPENSES 2003 | $7,454,756 | $14,285,755 | $2,273,972 | $3,929,848 | $559,526 | $3,430,967 | 606,734 | $190,462 | $32,732,021 | $3,440,791 | $ - | 298,599 | $36,471,411 | $34,594,097 | $1,877,314 | 5% |
| Allocation Of Indirect Cost | 626,207 | 1,051,659 | 266,493 | 458,910 | 65,329 | 309,332 | 72,092 | 13,390 | 2,863,412 | (3,440,791) | $ - | $ - | (577,379) | $ - | (577,379) | 0% |
| Over / Under Indirect Cost | 577,379 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 577,379 | $ - | $ - | $ - | 577,379 | $ - | 577,379 | 0% |
| Adjustments needed | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | (97,288) | $ - | (97,288) | $ - | 27,766 | 0% |
| UPO Special, Interest, and Others | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 556,615 | $ - | 556,615 | $ - | 471,227 | 0% |
| TOTAL EXPENSES 2003 | $8,658,342 | $15,337,414 | $2,540,465 | $4,388,758 | $624,855 | $3,740,299 | 678,826 | $203,852 | $36,172,812 | $ - | 459,327 | 298,599 | $36,930,738 | $35,093,090 | $1,837,648 | 5% |
| TOTAL EXPENSES 2002 | $8,481,471 | $15,194,531 | $2,333,868 | $3,722,578 | $670,331 | $3,312,654 | 468,487 | $753,959 | $34,937,879 | $3,200,868 | 155,211 | | | | | |

UNITED PLANNING ORGANIZATION
STATEMENT OF FUNCTIONAL EXPENSES
AS OF SEPTEMBER 30, 2003
FOR FISCAL YEAR 2003
DURING THE 2003 AUDIT-001

| DESCRIPTIONS EXPENSES | CSBG Community Services | HS & E-HS Head start | DAYCARE Preschool | OoA Elderly-OoA | HMLS Homeless | S.E.P. Special Emphasis | O.GRT. Other Grants | G.P. General Program | SB SUB TOTAL | G & A GENERAL & ADMINISTRATIVE | UPO Special | UPO BLDNG. CONSTRUCTION COST | T=2003 2003 TOTAL | 2002 TOTAL | VARIANCES | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Personnel | $ 4,134,301 | $ 8,350,925 | $ 1,158,521 | $ 2,192,610 | $ 372,643 | $ 1,439,966 | $ 198,844 | $ - | $ 17,847,810 | $ 1,917,327 | $ - | $ - | $ 19,765,137 | $ 18,876,854 | $ 888,283 | 5% |
| Fringe Benefits | 898,715 | 1,808,730 | 245,063 | 490,176 | 81,391 | 320,156 | 47,726 | - | 3,891,957 | 450,947 | - | - | 4,342,904 | 3,949,984 | 392,920 | 10% |
| Purchase Of Services | 1,197,288 | 2,527,537 | 335,339 | 200,572 | 13,329 | 799,163 | 241,666 | 3,963 | 5,318,857 | 795,175 | - | 152,297 | 6,266,329 | 4,878,767 | 1,387,562 | 28% |
| Occupancy Cost | 394,790 | 351,534 | 190,610 | 96,978 | 32,150 | 155,488 | 31,342 | - | 1,252,892 | - | - | - | 1,252,892 | 1,820,411 | (567,519) | -31% |
| Travel / Transportation | 302,886 | 246,107 | 9,345 | 696,700 | 53,147 | 26,071 | 10,167 | - | 1,344,423 | 67,329 | - | - | 1,411,752 | 1,063,427 | 348,325 | 33% |
| Supplies &/or Construction Cost | 142,348 | 276,020 | 326,084 | 76,881 | 3,152 | 44,660 | 31,103 | 5,005 | 905,253 | 134,537 | - | 146,302 | 1,186,092 | 1,237,952 | (51,860) | -4% |
| Equipments, Machines, Vehicles & Lease | 84,821 | 193,775 | 253 | 42,438 | 647 | 57,459 | 20,677 | - | 400,070 | 51,952 | - | - | 452,022 | 939,794 | (487,772) | -52% |
| Client Related Charges | 155,919 | 48,011 | 8,757 | 132,638 | 1,562 | 540,630 | 16,931 | 114,424 | 1,018,872 | - | - | - | 1,018,872 | 847,082 | 171,790 | 20% |
| Accrued & Other Expenses | 143,688 | 483,116 | - | 855 | 1,505 | 47,374 | 8,278 | 67,070 | 751,887 | 23,524 | - | - | 775,411 | 979,826 | (204,415) | -21% |
| *TOTAL DIRECT EXPENSES-2003* | $ 7,454,756 | $ 14,285,755 | $ 2,273,972 | $ 3,929,848 | $ 559,526 | $ 3,430,967 | $ 606,734 | $ 190,462 | $ 32,732,021 | $ 3,440,791 | $ - | $ 298,599 | $ 36,471,411 | $ 34,594,097 | $ 1,877,314 | 5% |
| Allocation Of Indirect Cost | 626,207 | 570,476 | 263,006 | 326,533 | 52,311 | 305,896 | 15,738 | 13,390 | 2,173,557 | (3,440,791) | 1,267,234 | - | - | - | $ - | 0% |
| *Total Direct & Indirect Expenses 2003* | $ 8,080,963 | $ 14,856,231 | $ 2,536,978 | $ 4,256,381 | $ 611,837 | $ 3,736,863 | $ 622,472 | $ 203,852 | $ 34,906,577 | $ - | $ 556,615 | $ 298,599 | $ 37,028,026 | $ 498,993 | $ 57,622 | 0% |
| UPO Special, Interest, and Others | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,823,849 | $ - | $ - | $ - | $ - | 0% |
| *TOTAL UPO EXPENSES- 2003* | $ 8,080,963 | $ 14,856,231 | $ 2,536,978 | $ 4,256,381 | $ 611,837 | $ 3,736,863 | $ 622,472 | $ 203,852 | $ 34,906,577 | - | $ 1,823,849 | $ 298,599 | $ 37,028,026 | $ 35,093,090 | $ 1,934,936 | 0% |
| Over Charges of Indirect Cost | $ - | $ 481,183 | $ 3,487 | $ 132,377 | $ 13,018 | $ 3,436 | $ 56,354 | $ - | $ 689,855 | $ - | $ 1,267,234 | - | - | - | $ - | 0% |
| *TOTAL EXPENSES-2003* | $ 8,080,963 | $ 14,856,231 | $ 2,536,978 | $ 4,256,381 | $ 611,837 | $ 3,736,863 | $ 622,472 | $ 203,852 | $ 34,905,577 | - | $ 1,823,849 | $ 298,599 | $ 37,028,026 | $ 35,093,090 | $ 1,934,936 | 0% |
| *TOTAL ORIGINAL INDIRECT COST* | $ 626,207 | $ 1,051,659 | $ 266,493 | $ 458,910 | $ 65,329 | $ 309,332 | $ 72,092 | $ 13,390 | $ 2,863,412 | $ (3,440,791) | $ 2,534,468 | - | - | - | $ - | 0% |

MAK 7957

FINANCIAL STATEMENTS FOR ALL FY 2003 (version 1).xls

## ANALYSES OF INDIRECT COST & EXPENSES AFTER CALCULATING THE CORRECT AMOUNTS FOR FISCAL YEAR 2003 AS OF SEPTEMBER 30, 2003

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL EXPENSES 2002 | $ 8,461,471 | $ 15,194,531 | $ 2,333,868 | $ 3,722,578 | $ 670,331 | $ 3,312,654 | $ 468,487 | $ 753,959 | $ 34,937,879 | $ 3,200,868 | $ 155,211 |
| Adjustments needed | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 27,766 |
| | | | | | | | | | | 0% | 0% |
| Maximum Indirect Cost Allowed & Awarded | $ 807,544 | $ 570,476 | $ 263,006 | $ 326,533 | $ 52,311 | $ 305,896 | $ 15,738 | $ 14,695 | $ 2,356,199 | $ 3,440,791 | $ (1,084,592) |
| MINUS = Indirect Cost Earned | $ 626,207 | $ 570,476 | $ 263,006 | $ 326,533 | $ 52,311 | $ 305,896 | $ 15,738 | $ 13,390 | $ 2,173,557 | $ 3,440,791 | $ (1,267,234) |
| minus=Indirect Cost Deferred to FY 2004 | $ 62,448 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,305 | $ 63,753 | | $ (62,448) |
| Indirect Cost Available | $ 118,889 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 118,889 | | |
| Surplus/Deficit in I/C (charged-earned) | | $ 481,183 | $ 3,487 | $ 132,377 | $ 13,018 | $ - | $ - | $ 56,354 | $ 689,855 | $ 577,379 | $ (118,889) |
| Deficit of (I/C) to CSBG from Grants A/C | | | | | | | | $ 3,436 | N/A | $ 1,267,234 | $ 1,148,345 |
| Actual Direct Expenses | $ 7,454,756 | $ 14,285,755 | $ 2,273,972 | $ 3,929,848 | $ 559,526 | $ 3,430,967 | $ 606,734 | $ 190,462 | $ 32,732,021 | | |
| Indirect Cost should be Charged | $ 626,207 | $ 570,476 | $ 263,006 | $ 326,533 | $ 52,311 | $ 305,896 | $ 15,738 | $ 13,390 | $ 2,173,557 | | |
| TOTAL EXPENSES (after adjustments) | $ 8,080,963 | $ 14,856,231 | $ 2,536,978 | $ 4,256,381 | $ 611,837 | $ 3,736,863 | $ 622,472 | $ 203,852 | $ 34,905,578 | $ 1,147,040 | $ 36,052,618 |

### U.P.O.
### BUDGET-VS- ACTUAL EXPENSES, REVENUE, TRANSFER & SURPLUS / DEFICIT
### FISCAL YEAR 2003
### AS OF SEPTEMBER 30, 2003

| DESCRIPTIONS | ANNUAL DIRECT COST BUDGET | Y.T.D. ACTUAL EXPENSES | REMAINING BUDGET BALANCE | NEXT YEAR ACCRUED EXPENSES | TRANSF TO OTHER GRANTS | NEXT YEAR DEFERRED REVENUE | |
|---|---|---|---|---|---|---|---|
| COMMUNITY SERVICES BLOCK GRANT 21-04-05-2850-70-392 | $ 200,000.00 | $ 2,731.47 | $ 197,268.53 | $ - | $ - | $ 197,268.53 | TECHNOLOGY GRANT |
| 23-06-07-0000-00-000 | $ 152,957.96 | $ - | $ 152,957.96 | $ - | $ - | $ 152,957.96 | DEFERRED PREVIOUS YEARS. |
| DELEGATE AGENCIES | $ 259,970.00 | $ - | $ 259,970.00 | $ - | $ - | $ 259,970.00 | D.A. DEFERRED TO FY = 2004 |

MAK 7958

MEMORANDUM
FROM
THE CONTROLLER
TO THE
FINANCE OFFICE
**TITLE**
MONTHLY CLOSING SCHEDULE AND PROCEDURE

FISCAL YEAR: 2003 AND FIRST QUARTER OF FY=2004

DATE:   MAY 22, 2003

IN GENERAL, THE MONTHLY PROCESS TO CLOSE THE FINANCIAL SYSTEM WILL START TAKING PLACE IN JUNE 2003. BEGINNING WITH THE MONTH OF MAY 2003 CLOSING, THE FOLLOWING STEPS WILL BE TAKEN TO COMPLETE THE MONTHLY CLOSING:

A: ONE:   THE FIRST CLOSING WILL BE ON THE 10TH OF THE FOLLOWING MONTH.

THERE ARE ACTIONS WILL BE TAKEN BEFORE THE FIRST CLOSING, OTHER ACTIONS WILL BE TAKEN AFTER THE FIRST CLOSING AND CONTINUOUS ACTIONS THROUGH OUT THE DAYS WHICH WILL FINISH AT THE FINAL CLOSING. A DETAILED LIST OF THESE ACTIONS IS ATTACHED TO THIS MEMO.

B:   FROM THE 1ST OF THE MONTH THROUGH THE 9TH, BEFORE CLOSING ACTIONS WILL TAKE PLACE.

C:   BETWEEN THE 10TH & THE 17TH OF THE MONTH THE BILLING PROCESS WILL TAKE PLACE.

D:   BETWEEN THE 11TH THROUGH THE 25TH AFTER CLOSING ACTIONS WILL TAKE PLACE.

E:   THE FINAL CLOSING OF THE PREVIOUS MONTH WILL TAKE PLACE ON THE 26TH OF THE CURRENT MONTH.

F:   ON THE 27TH OF THE FOLLOWING MONTH THE FINANCIAL REPORTS FOR THE PREVIOUS MONTH WILL BE AVAILABLE FOR DISTRIBUTION.

TWO:   SCHEDULE FOR CLOSING THE NEXT SIX MONTHS OF FISCAL YEAR 2003

| MONTH OF 2003 | BEFORE CLOSING | FIRST CLOSING | BILLING PERIOD | AFTER CLOSING | FINAL CLOSING | |
|---|---|---|---|---|---|---|
| APRIL | MAY 01-T-08 | 9-May | MAY12-T-16 | MAY 19-T-26 | 27-May | |
| MAY | JUNE 02-T-09 | 10-Jun | JUNE 11-T-18 | JUNE-11T-26 | 27-Jun | |
| JUNE | JULY 01-T-09 | 10-Jul | JULY11-T-18 | JULY11-T-25 | 28-Jul | |
| JULY | AUG.01-T-08 | 11-Aug | AUG.12-T-19 | AUG.12-T-26 | 27-Aug | |
| AUGUST | SEP.01-T-09 | 10-Sep | SEP.11-T-19 | SEP.11-T-25 | 26-Sep | |
| SEPTEMBER | OCT.01-T-09 | 10-Oct | OCT.13-T-24 | OCT.13-T-24 | 31-Oct | *** OCT.27-31 FINAL ADJUSTMENT. |

THREE:   FIRST QUARTER OF FISCAL YEAR 2004

| | | | | | | |
|---|---|---|---|---|---|---|
| Oct-03 | NOV.03-T-07 | 10-Nov | NOV.11-T-21 | NOV.11-T-26 | 27-Nov | |
| Nov-03 | DEC.01-T-09 | 10-Dec | DEC.11-T-19 | DEC.11-T-26 | 29-Dec | |
| Dec-03 | JAN.02-T-08 | 9-Jan | JAN.13-T-23 | DEC.11-T-26 | 27-Jan | |

FOUR:   SHEILA, AMIN, DAVID & ALICE WILL MEET ON THE NEXT DAY OF THE FIRST AND THE FINAL CLOSING TO VERIFY THE EXECUTION OF THE ABOVE MENTIONED DATES.

FIVE:   ANY QUESTIONS OR CONCERNS OVER EXPENDITURES SHOULD BE DIRECTED TO DAVID QUASHIE, AND ANY QUESTIONS OR CONCERNS OVER REVENUE SHOULD BE DIRECTED TO ALICE WILLIAMS.

IF ANY OF THEM IS ABSENT AND YOU HAVE QUESTION OR CONCERN WHICH HAS AN URGENT NEED AND YOU CAN NOT WAIT FOR THEIR RETURN; I WILL BE GLAD TO HELP YOU IN THAT MATTER.

MONTHLY CLOSING.xls                    1

MAK 7959

## FUNCTIONAL STRUCTURE OF THE FINANCE OFFICE

SECTIONS
　　DIVISIONS
　　　　RESPONSIBILITIES
　　　　　　AND AREAS

**THE DEPUTY CONTROLLER**

ALICE WILLIAMS=COORDINATOR TO
**REVENUE DIVISION**
| B. ISAAC, CHIEF |
| B. SIMLOTE, CHIEF |
| E. MADANI |
| S. HOGUE |

**THE OFFICERS**

DAVIDSON QUASHIE=COORDINATOR TO
**EXPENDITURES DIVISION**
| F.O. THOMAS, CHIEF |
| H. KANAGBOU |
| D. BELLAMY |
| G. GRAY |

AND THE PROCUREMENT OFFICER.

**OFFICE UNIT**
| G. GRAY |
| S. SMITH |
| C. LATTIMORE |

**SHARED AREAS**
DAILY CASH
OFFICE UNIT
BOND TRANSACTIONS
PMS-SYSTEM:
　　CASH
　　ADVANCES
　　REPORTS

**JOINT AREAS**
SHEILA, AMIN, DAVID, ALICE
CHART OF ACCOUNTS
SUB ACCOUNTS
COST ALLOCATION
ACCOUNTING SYSTEM
FINANCIAL REPORTS
JOB DESCRIPTIONS

MONTHLY CLOSING.xls

2

MAK 7960

**CONTROLLER: AMIN KAKEH**
**FISCAL YEAR: 2003**
**UPDATED ON: 12-31-2003**

**SECOND DRAFT — PREAUDIT**

**UNITED PLANNING ORGANIZATION**

| Contract/Grant Number | TOTAL GRANTS BUDGET AWARDED | Contract/Grants Amount Available | Period | Federal/DC Agency/Contractor | Beginning Bal. Accounts Receivable 10/01/2002 | Adjustments to last years Accounts Receivable | ADJUSTED BEGINNING BALANCE A/R | Deferred Revenue from FY=2002 | DEFERRED REVENUE EARNED FY=2003 | TOTAL REVENUE AVAILABLE FY=2003 | ACTUAL AND ACCRUED EXPENSES | CASH FROM 2002 A/R | CASH ACCOUNTS RECEIVED DURING FY=2003 | TOTAL CASH COLLECTED IN FY=2003 | A/R Outstanding from Prev. Yr. | A/R BALANCE 09/30/2003 | CHANGE IN NET ASSETS | Revenue Deferred FY 2003 | DEFERRED AFTER CLOSING FY 2003 | TOTAL DEFERRED TO FY=2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROGRAM 10** | | | | **DHHS** | | | | | | | | | | | | | | | | |
| 03CH038059 | $13,148,824 | $2,149,413 | 08/03-07/04 | Head Start - PY2004 | $0 | | $0 | $0 | | $2,149,413 | $13,796,950 | $0 | $12,435,940 | $14,231,169 | $0 | 65,738 | $2,149,413 | | | |
| 00CH038058 | | $10,882,515 | 08/02-07/03 | Head Start - PY2003 | $2,266,309 | | $2,266,309 | $10,574 | | $11,081,841 | | $1,795,229 | | | $471,080 | 833,690 | -$2,715,109 | | | |
| 00CH038057 | | $471,080 | 08/01-07/02 | Head Start - PY2002 | | | $0 | $0 | | | | | $0 | $0 | | 471,080 | $0 | | | |
| 03CH038017 | $0 | $68,777 | 08/01-07/02 | Early Headstart - PY2002 | $0 | | $0 | $0 | | $187,134 | | | | | | 68,777 | $187,134 | | | |
| 03CH038059 | $1,616,349 | $187,134 | 08/02-07/03 | Early Headstart - PY2003 | | | $0 | $0 | | $890,172 | $1,540,465 | $213,000 | $1,077,306 | $1,290,306 | $68,777 | | -$650,293 | | | |
| 03CH038038 | | $890,172 | 08/02-07/03 | Early Headstart - PY2003 | $281,777 | | $281,777 | $0 | | | | | | | $539,857 | 1,439,285 | $(1,028,855) | | | |
| | 14,765,173 | 14,649,091 | | sub-total | $ 2,548,086 | $ - | $ 2,548,086 | $ - | | 14,308,560 | $ 15,337,414 | $ 2,008,229 | $ 13,513,246 | $ 15,521,475 | | | | | | |
| | | | | **DC DHS** | | | | | | | | | | | | | | | | |
| | $1,429,258 | $1,429,258 | 08/02-07/03 | PRESCHOOL/DAY CARE | $157,931 | | $157,931 | $10,574 | 2,777 | $1,435,555 | $1,826,763 | $157,931 | $1,093,961 | $1,251,892 | $0 | 365,793 | $391,208 | | | |
| | $94,692 | $94,692 | 08/02-07/03 | ECDC-8 (H Street) | | | $0 | $0 | | | $334 | $0 | $0 | $0 | $0 | | $334 | | | |
| | $135,082 | $135,082 | 08/02-07/03 | INFANTS & TODDLER | | | $0 | $0 | 30,364 | 147,961 | $94,880 | $0 | $43,899 | $43,899 | $0 | | $53,081 | | | |
| | $117,238 | $117,238 | 08/02-07/03 | 825 North Capitol Street | | | $0 | $0 | | | $0 | | | | $0 | | | | | |
| | 1,776,270 | 1,776,270 | | sub-total | $ 157,931 | $ - | $ 157,931 | $ - | 33,141 | $ 1,583,516 | $ 1,921,977 | $ 157,931 | $ 1,137,860 | $ 1,295,791 | | 365,793 | $ (338,461) | | | |
| | | | | **DC DHS** | | | | | | | | | | | | | | | | |
| | $28,842 | $28,842 | 07/02-06/03 | DHS Fees | | | $0 | $0 | | 104,410 | $162,015 | $0 | $94,365 | $94,365 | $0 | 24,103 | -$57,605 | | | |
| | $157,749 | $157,749 | 07/02-06/03 | RFP Fees | | | $0 | $0 | | 194,029 | $19,055 | $0 | $182,397 | $182,397 | $0 | 44,261 | $174,974 | | | |
| | $20,000 | $20,000 | 07/02-06/03 | Private Fees | | | $0 | $0 | | 20,000 | $7,104 | $0 | $82,891 | $82,891 | $83 | $68,364 | $12,896 | | | |
| | $0 | $0 | 07/02-06/03 | Miscellaneous Income | | | $0 | $0 | | 1,100 | $0 | | $359,652 | $359,652 | $0 | | $1,100 | | | |
| | 206,591 | 206,591 | | sub-total | $ - | $ - | $ - | $ - | | 319,539 | $ 188,174 | $ - | | | | | $131,365 | | | |
| | | | | **DC DHS** | | | | | | | | | | | | | | | | |
| | $88,822 | $88,822 | 10/02-09/03 | Child Care Food-Homes | $27,386 | | $27,386 | $0 | | 79,194 | $98,820 | $27,303 | $55,174 | $82,477 | $83 | 24,103 | -$19,626 | | | |
| | $159,592 | $159,592 | 10/02-09/03 | Child Care Food-Centers | $52,218 | | $52,218 | $0 | | 162,275 | $331,494 | $52,218 | $118,015 | $170,233 | | 44,261 | -$169,219 | | | |
| | 248,414 | 248,414 | | sub-total | $79,604 | | $79,604 | $0 | | $241,469 | $430,315 | $79,521 | $173,189 | $252,709 | $83 | $68,364 | -$188,846 | | | |
| | | | | **HSTART & RELT'D - GROUP** | $2,785,621 | | $ 2,785,621 | 40,938 | 33,141 | $ 16,453,084 | $17,877,880 | $ 2,245,681 | $ 15,183,947 | $ 17,429,628 | | 1,873,442 | $ (1,424,796) | | | |
| **PROGRAM 20** | | | | **DHS-CSBG** | | | | | | | | | | | | | | | | |
| 1AFSA00001C-03 | $9,503,003 | $9,503,003 | 10/02-9/03 | DCDHS - CSBG ... UPO | $0 | | $0 | $0 | | 9,243,030 | $8,078,232 | $0 | $9,723,003 | $9,723,003 | $0 | | $1,164,798 | $259,970 | | $259,970 |
| | $0 | $0 | 10/02-9/03 | Over-Under Indirect Cost | $0 | | $0 | $0 | | 577,378 | $577,378 | $0 | $0 | $0 | $0 | | $577,378 | | | |
| | $0 | $0 | 10/02-9/03 | Deferred Revenue for Delegates | $0 | | $0 | $369,609 | 161,320 | 369,609 | $0 | $0 | $0 | $0 | $0 | | $369,609 | | | |
| 1AFSA00001C-03 | $200,000 | $200,000 | 10/02-9/03 | Technology Assistance & Food & Nutrition | $0 | | $0 | $0 | | 220,000 | $2,733 | $0 | $0 | $0 | $0 | | $217,269 | | | |
| | $0 | $0 | 10/02-9/03 | General Income | $0 | | $0 | $0 | | 10,678 | | $0 | $9,531 | $9,531 | $0 | | $10,678 | | | |
| | $0 | $0 | 10/02-9/03 | Deferred Revenue for CSBG | $0 | | $0 | $438,758 | 152,958 | | | $0 | $0 | $0 | $0 | | | | | |
| | $9,703,003 | $9,703,003 | | **TOTAL CSBG** | $0 | | $0 | $808,367 | $314,278 | $9,843,317 | $8,658,342 | $0 | $9,732,534 | $9,732,534 | $0 | | $1,184,975 | $259,970 | | $259,970 |
| | | | | **HOMELESS SUPPORT SERVICES** | | | | | | | | | | | | | | | | |
| | | | | **DHUD:** | | | | | | | | | | | | | | | | |
| 72SPC00253 | $90,751 | $90,751 | 10/02-9/03 | Shelter Plus Care | $17,073 | | $17,073 | $0 | | 92,060 | $110,271 | $17,073 | $72,846 | $89,919 | $0 | 19,214 | -$18,211 | | | |
| 84DES00243 | $459,766 | $459,766 | 10/02-9/03 | Shelter Hotline | $87,641 | | $87,641 | $0 | | 490,503 | $514,584 | $85,382 | $413,926 | $499,308 | $2,259 | 78,836 | -$24,081 | | | |
| | $550,517 | $550,517 | | sub-total | $104,714 | | $104,714 | $0 | $0 | $582,563 | $624,855 | $102,455 | $486,772 | $589,227 | $2,259 | $98,050 | -$42,292 | | | |

AUDIT-COGRA PREAUDIT 2003.xls

MAK 7963

| UPO Subject/Subelement Codes | Contract/ Grant Number | TOTAL GRANTS BUDGET AWARDED | Period | Contract/ Grants Amount Available | Federal/ DC Agency/ Contractor | Beginning Bal. Accounts Receivable 10/01/2002 | Adjustment to last years Accounts Receivable | ADJUSTED BEGINNING BALANCE A/R | Deferred Revenue from FY=2002 | DEFERRED REVENUE EARNED FY=2003 | TOTAL REVENUE AVAILABLE FY=2003 | ACTUAL AND ACCRUED EXPENSES | CASH FROM 2002 A/R | ACCOUNTS RECEIVED DURING FY=2003 | TOTAL CASH COLLECTED IN FY=2003 | A/R Outstanding from Prev. Yr. | A/R RECEIVABLES BALANCE 09/30/2003 | CHANGE IN NET ASSETS | Revenue Deferred To FY 2004 | DEFERRED AFTER CLOSING FY 2003 | TOTAL DEFERRED FROM FY 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROGRAM 35** | | | | | **DC DHS:** | | | | | | | | | | | | | | | | |
| 35-21-75-4010-20-344 | UPO-22E | $0 | 1002-903 | $0 | DC Govt. - OoA: | | | | | | | | | | | | | | | | |
| | | | | | WHETS-ESCORT | | | | | $0 | | $0 | $0 | $864,987 | $929,790 | $0 | 108,705 | $0 | $0 | $0 | |
| 35-21-75-4010-20-344 | UPO-22E | $1,041,467 | 1002-903 | $1,041,467 | WHETS | $64,803 | | $64,803 | | $0 | 973,692 | $1,308,300 | $64,803 | $434,987 | $462,216 | $0 | 90,942 | -$334,608 | $0 | $0 | |
| 35-21-75-4011-20-343 | UPO-22E | $624,353 | 1002-903 | $624,353 | Home Delivered Meals | $27,469 | | $27,469 | | $0 | 525,689 | $633,678 | $27,469 | $434,747 | | $0 | 91,872 | -$107,990 | $0 | $0 | |
| 35-21-75-4012-20-342 | UPO-22E | $216,940 | 1002-903 | $216,940 | Call-N-Ride | $14,834 | | $14,834 | | $0 | 225,801 | $227,874 | $14,834 | $133,928 | $148,762 | $0 | 18,009 | -$2,073 | $0 | $0 | |
| 35-21-75-4013-40-348 | UPO-22D | $50,000 | 1002-903 | $50,000 | Weekend Nutrition | $3,148 | | $3,148 | | $0 | 59,067 | $59,430 | $3,148 | $41,058 | $44,206 | $0 | | -$363 | $0 | $0 | |
| 35-21-75-4014-16-341 | UPO-22F | $0 | 1002-903 | $0 | Senior Citizens Home Rep. | $29,500 | | $29,500 | | $0 | | $112 | $29,500 | $0 | $29,500 | $0 | | -$112 | $0 | $0 | |
| 35-21-75-4015-46-341 | UPO-22E | $0 | 1002-903 | $0 | WHETS-(N/U) | $0 | | $0 | | $0 | 264,114 | $0 | $0 | $82,033 | $82,033 | $0 | | $264,114 | $0 | $0 | |
| 35-17-75-4015-20-333 | UPO-2A | $0 | 1002-903 | $0 | GAS &OIL | $0 | | $0 | | $0 | 82,679 | $99,633 | $0 | $281,012 | $281,012 | $0 | | -$16,955 | $0 | $0 | |
| 35-17-75-4015-20-331 | UPO-22E | $81,000 | 1002-903 | $81,000 | Medicaid | $0 | | $0 | | $0 | 15,982 | $16,575 | $0 | $57,266 | $57,266 | $0 | | -$593 | $0 | $0 | |
| 35-16-75-4016-20-328 | UPO-22D | $19,972 | 1002-903 | $19,972 | Call-N-Ride PC=Fees | $629 | | $629 | | $0 | 45,735 | $43,813 | $629 | $9,189 | $9,189 | $0 | | $1,921 | $0 | $0 | |
| 35-17-75-4011-39-326 | UPO-22E | $30,912 | 1002-903 | $30,912 | WHETS Fees | $0 | | $0 | | $0 | 18,279 | $10,873 | $0 | $24,095 | $24,724 | $0 | | $7,406 | $0 | $0 | |
| 35-17-75-4404-28-50 | | | | | PRIVATE : REBATE & REFUND | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| **PROGRAM 36** | | | | | | | | | | | | | | | | | | | | | |
| 36-15-75-4447-47-549 | UPO-22G | 492,500 | 1002-903 | 492,500 | ACSC Seniors Network OoA | $9,616 | | $9,616 | | $0 | 466,611 | $458,215 | $9,616 | $401,910 | $411,526 | $0 | 73,940 | $8,395 | $0 | $0 | |
| 36-15-75-4447-47-549 | | | | | | $6,340 | | $6,340 | | $0 | 15,456 | | $6,340 | $12,556 | $18,896 | $0 | | $15,456 | $0 | $0 | |
| 36-21-75-4071-00-977 | UPO-22G | 25,000 | 1002-903 | 25,000 | ACSC Seniors Network-Fees | $15,809 | | $15,809 | | $0 | 44,458 | $58,802 | $15,809 | $38,578 | $54,387 | $0 | 5,880 | -$14,345 | $0 | $0 | |
| 36-22-75-4076-00-410 | | | | | OMBUDSMAN | | | | | | | | | | | | | | | | |
| | | 45,821 | | 45,821 | | | | | | | | | | | | | | | | | |
| **PROGRAM 37** | | | | | | | | | | | | | | | | | | | | | |
| 37-15-75-4408-13-244 | UPO-22C | $963,000 | 1002-903 | $963,000 | Project Keen | $75,098 | | $75,098 | | $0 | 988,092 | $1,101,506 | $75,098 | $831,922 | $907,020 | $0 | 162,346 | -$113,414 | $0 | $0 | |
| 37-21-75-4072-13-971 | | $57,600 | | $57,600 | Project Keen-Fees | $0 | | $0 | | $0 | 35,947 | $0 | $0 | $30,526 | $30,526 | $0 | | $35,947 | $0 | $0 | |
| **PROGRAM 38** | | | | | | | | | | | | | | | | | | | | | |
| 38-17-75-4408-13-249 | UPO-22D | $358,666 | 1002-903 | $358,666 | Wellness Center | $0 | | $0 | | $0 | 345,575 | $363,385 | $0 | $272,253 | $272,253 | $0 | 80,387 | -$17,810 | $0 | $0 | |
| 38-21-75-4013-13-971 | | $21,826 | | $21,826 | Wellness Center-Fees | $0 | | $0 | | $0 | 20,132 | $6,560 | $0 | $20,133 | $20,133 | $0 | | $13,572 | $0 | $0 | |
| | | $4,029,057 | | $4,029,057 | sub-total | $247,246 | | $247,246 | | $0 | $4,172,208 | $4,388,758 | $247,246 | $3,536,193 | $3,783,439 | $0 | $632,081 | -$261,450 | $0 | $0 | |

AUDIT-COGRA-PREAUDIT2003.xls

MAK 7964

| U.P.O. Solomon System Subaccount Code | Contract/ Grant Number | TOTAL GRANTS BUDGET AWARDED | Contract/ Grants Amount Available | Period | Federal/ DC Agency/ Contractor | Begging Bal. Accounts Receivable 10/01/2002 | Adjustment to last years Accounts Receivable | ADJUSTED BEGINNING BALANCE A/R | Deferred Revenue from FY=2002 | DEFERRED REVENUE EARNED FY=2003 | REVENUE DETAILS Grant Amt. Earned | ACTUAL AND ACCRUED EXPENSES | CASH FROM 2002 A/R | ACCOUNTS RECEIVED DURING FY=2003 | TOTAL CASH COLLECTED IN FY=2003 | A/R Outstanding from Prev. Yr. | RECEIVABLES BALANCE 09/30/2003 | CHANGE IN NET ASSETS | Revenue Deferred To FY 2004 | DEFERRED AFTER CLOSING FY 2003 | TOTAL DEFERRED FROM FY 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROGRAM 40 (30-80)** | | | | | **SPECIAL EMPHASIS PROGRAMS** | | | | | | | | | | | | | | | |
| | | | | | **TANF: OM** | $0 | | $0 | $292,006 | | $564,675 | $483,035 | $246,682 | $535,771 | $782,453 | $0 | 115,417 | $81,639 | $0 | | n/z |
| 40-36-80-4101-10-4101 | AGREEMENT | $573,029 | $573,029 | 10/02-9/0 | ACS-New TANF - L.H.M. | $246,682 | | $246,682 | $0 | | | $0 | $0 | $0 | $0 | $0 | | $0 | $0 | | |
| 40-36-80-4102-40-311 | S92007 | $0 | $0 | 10/02-9/0 | Quantum Opportunity...D.C. DOES | $0 | | $0 | $0 | | 30,516 | $76,642 | $35,167 | $14,527 | $49,694 | $0 | 15,988 | -$46,126 | $0 | | |
| 40-36-80-4103-40-332 | AAG193 | $75,000 | $75,000 | 10/02-9/0 | Summer Youth (In School Year Round)=DC D | $35,167 | | $35,167 | $0 | | | $0 | $0 | $0 | $0 | $0 | | $0 | $0 | | |
| | N/A | N/A | N/A | N/A | C.T.P. (closed) | $0 | | $0 | $0 | | 185,370 | $182,850 | $0 | $184,026 | $184,026 | $0 | | $2,520 | $0 | | |
| 40-36-80-4104-40-393 | N/A | $166,667 | $166,667 | 10/02-9/0 | J.O.L.I.I. | $0 | | $0 | $0 | | 761,641 | $805,160 | $0 | $729,425 | $729,425 | $0 | | -$43,520 | $0 | | |
| 40-36-80-4105-40-115 | 90ED01051I | $776,500 | $776,500 | 10/02-9/0 | Foster Grandparents | $0 | | $0 | $7,616 | 7,616 | | $0 | $0 | $0 | $0 | $19,975 | 19,975 | $26,147 | $0 | | |
| 40-36-80-4106-40-117 | HHS-334-S026/12 | N/A | N/A | 10/02-9/0 | Columbia Heights-Shaw | $19,975 | | $19,975 | $19,052 | 19,052 | 26,989 | $842 | $0 | $0 | $0 | $0 | | $19,975 | $0 | | |
| 40-36-80-4107-59-442 | N/A | N/A | N/A | 10/02-9/0 | Foster Grandparents-Fees | $0 | | $0 | $0 | | | $4,127 | $0 | $0 | $0 | $0 | 165,364 | $19,975 | $0 | | |
| 40-36-80-4108-00-959 | N/A | $14,346 | $14,346 | N/A | Medicaie. (closed) | $461,463 | | $461,463 | $87,763 | 87,763 | 1,361,389 | $1,265,447 | $461,463 | $1,108,262 | $1,569,725 | $0 | 93,510 | $95,943 | $0 | | |
| 40-36-80-4110-40-311 | N/A | $1,152,027 | $1,152,027 | 10/02-9/0 | Methadone | $0 | | $0 | $0 | | 187,019 | $182,319 | $0 | $93,510 | $93,510 | $0 | 332,388 | $4,700 | $0 | | |
| 40-36-80-4111-40-311 | SC-2001-C | $198,020 | $198,020 | 10/02-9/0 | Progressive Partners Program | $170,998 | | $170,998 | -$3 | | 777,926 | $736,337 | $168,657 | $558,101 | $726,758 | $2,341 | 85,500 | $41,589 | $0 | | |
| 40-36-80-4112-40-315 | S00IPOY1 | $676,009 | $676,009 | 10/02-9/0 | Youth Opportunities...D.C. DOES | $195,722 | | $195,722 | $0 | | | $3,539 | $110,222 | $62,954 | $173,176 | $85,500 | | -$3,539 | $0 | | |
| 40-36-80-4110-40-380 | N/A | N/A | N/A | N/A | DCPS Student Internship | $0 | | $0 | | | | | | | | | | | | | |
| | | | | | sub-total | $1,130,007 | | $1,130,007 | $406,435 | 114,432 | $1,895,525 | $1,740,299 | $1,022,191 | $3,286,576 | $4,308,766 | $107,816 | $28,142 | $155,226 | $0 | | |
| **PROGRAM 40 (30-81)** | | | | | **OTHER GRANT PROGRAMS** | | | | | | | | | | | | | | | |
| | | | | | **DC DHS** | | | | | | | | | | | | | | | |
| 40-36-81-4200-40-351 | JFCB9802 | 86,900 | $86,900 | 10/02-9/0 | LIHEAP-Residential Conservation-DC-ENERGY | $0 | | $0 | $0 | | 131,822 | $93,167 | $0 | $131,822 | $131,822 | $0 | | $38,655 | $0 | | |
| 40-36-81-4201-40-351 | | $0 | $0 | 10/02-9/0 | PEPCO Weatherization | $0 | | $0 | $0 | | | $75,587 | $0 | $0 | $0 | $0 | | -$75,587 | $0 | | |
| 40-36-81-4202-40-351 | JFCB9802 | 305,000 | $305,000 | 10/02-9/0 | R.E.T.F. Residential Conservation-DC ENERGY | $0 | | $0 | $0 | | 129,127 | $33,193 | $0 | $17,122 | $17,122 | $0 | 79,129 | $95,934 | $0 | | |
| 40-36-81-4203-40-351 | JFCB9802 | 48,492 | $48,492 | 10/02-9/0 | W.A.P. Residential Conservation-DC ENERGY | $0 | | $0 | $32,876 | 32,876 | 10,833 | $14,624 | $0 | $8,793 | $8,793 | $0 | | -$3,791 | $0 | | |
| 40-36-81-4204-40-351 | | 36,614 | $36,614 | 10/02-9/0 | S.C.I.T.A Evening | $0 | | $0 | $0 | | 195,049 | $249,637 | $0 | $0 | $0 | $0 | | -$54,587 | $0 | | |
| 40-36-81-4205-40-351 | JFCB9802 | 342,874 | $342,874 | 10/02-9/0 | D.C. Beach (LHP) DC ENERGY | $0 | | $0 | $0 | | | $13,920 | $0 | $0 | $0 | $0 | | -$13,920 | $0 | | |
| 40-36-81-4219-50-391 | | 12,284 | $12,284 | 10/02-9/0 | D.C. Community Food & Nutrition-NDCOI | $0 | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | | $0 | $0 | | |
| 40-36-81-4220-50-391 | | $0 | $0 | | D.C. Community Food & Nutrition Petey Green | $0 | | $0 | $0 | | 111,912 | $30,647 | $0 | $0 | $0 | $0 | 81,265 | $81,265 | $0 | | |
| 40-36-81-4221-50-391 | | | | | D.C. Community Food & Nutrition Anacostia | $0 | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | | $0 | $0 | | |
| 40-36-81-4222-50-391 | 97-373 | 50,000 | $50,000 | 10/02-9/0 | Sisters in Service | $0 | | $0 | $0 | | 103,009 | $134,459 | $0 | $92,152 | $167,374 | $0 | | -$31,450 | $0 | | |
| 40-36-81-4223-55-148 | 90EQ0044/03 | | $0 | 10/02-9/0 | CCA Capacity | $0 | | $0 | $0 | | | $519 | $0 | $3,444 | $44,235 | $0 | 7,413 | $519 | $0 | | |
| 40-36-81-4224-55-148 | | | $0 | 10/02-9/0 | CCA Capacity | $75,222 | | $75,222 | $0 | | | $75,222 | $75,222 | $92,152 | | | | | | | |
| 40-36-81-4225-55-148 | | | $0 | 10/02-9/0 | CCA Capacity | $40,791 | | $40,791 | $0 | | | $40,791 | $40,791 | $3,444 | | | | | | | |
| 40-36-81-4226-55-148 | | 89,378 | $89,378 | 10/02-9/0 | CHORES | $0 | | $0 | $0 | | | $0 | $0 | $0 | | $0 | | $21,949 | $0 | | |
| 40-36-81-4227-50-148 | | | | 10/02-9/0 | KAISER-CHI | $0 | | $0 | $0 | | 55,022 | $33,073 | $0 | $0 | | | | | | | |
| 40-36-81-4228-50-148 | | | | 10/02-9/0 | DC-Com-Pro-Justice | $0 | | $0 | $17,522 | 17,522 | | | $0 | $0 | | | | | | | |
| 40-36-81-4229-15-444 | | 66,736 | $66,736 | 10/02-9/0 | Home Prevn & Ins Prshp. | $0 | | $0 | $0 | 50,398 | 536,774 | $678,826 | $116,013 | $253,334 | $369,347 | $0 | 86,542 | $57,948 | $0 | | |
| | | $1,038,278 | $1,038,278 | | sub-total | $116,013 | | $116,013 | $50,398 | | | | | | | 650,015 | 3,518,257 | ($330,388) | $259,970 | | $259,970 |
| | | | | | Grants/Contracts-subtotal | $4,383,601 | | $4,383,601 | $1,306,137 | 512,248 | $35,638,571 | $35,968,959 | $3,733,586 | $32,479,356 | $36,212,942 | | | | | | |
| **PROGRAM 40 (30-82)** | | $35,948,901 | 35,832,819 | | | | | | | | | | | | | | | | | |
| 40-36-82-4230-10-610 | | | $0 | 10/02-9/0 | MLK Breakfast | $0 | | $0 | $0 | | 80,133 | $60,290 | $0 | $75,596 | $75,596 | $0 | | $19,843 | $0 | | |
| | | | $0 | 10/02-9/0 | MLK Scholarship | $0 | | $0 | $0 | | 8,286 | $18,707 | $0 | $0 | $0 | $0 | | $10,421 | $0 | | |
| | | $0 | $0 | | sub-total | $0 | | $0 | $0 | | $88,419 | $78,997 | $0 | $75,596 | $75,596 | $0 | | $9,422 | $0 | | |

MAK 7965

AUDIT-COGRA-PREAUDIT2003.xls

| U.P.O. Salomon System Subaccount Code | Contract/ Grant Number | TOTAL GRANTS BUDGET AWARDED | Contract/ Grants Amount Available | Period | Federal/ DC Agency/ Contractor | Begging Bal. Accounts Receivable 10/01/2002 | Adjustments to last years Accounts Receivable | ADJUSTED BEGINNING BALANCE A/R | Deferred Revenue from FY=2002 | DEFERRED REVENUE EARNED FY=2003 | REVENUE DETAILS Grant Amt. Earned | ACTUAL AND ACCRUED EXPENSES | CASH FROM 2002 A/R | ACCOUNTS RECEIVED DURING FY=2003 | TOTAL CASH COLLECTED IN FY=2003 | A/R Outstanding from Prev.Yr. | RECEIVABLES BALANCE 09/30/2003 | CHANGE IN NET ASSETS | Revenue Deferred To FY=2004 | DEFERRED AFTER CLOSING FY 2003 | TOTAL DEFERRED FROM FY 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GENERAL PROGRAMS** | | | | | | | | | | | | | | | | | | | | |
| 48-36-44-4318-56-179 | | $6,851 | $6,851 | 10/02/03 | DHS-Dvlprmt Dsablty Coast. | $0 | | $0 | $0 | | 4,040 | $4,525 | $0 | $0 | $0 | $0 | $0 | -$485 | $0 | $0 | |
| 48-36-44-4318-58 | | | $0 | 10/02/03 | FEMA - General Anacostia | | | | $3,706 | 3,706 | 23,706 | -$119 | $40,000 | $40,000 | | $23,825 | $0 | | | |
| 48-36-44-4317-76-148 | | 3,000 | $3,000 | 10/02/03 | Discretionary Fund-Anacostia | | | | $5,785 | 5,785 | 5,849 | $1,983 | | | | $3,866 | | | | |
| 48-36-44-4318-10-148 | CFNA | 41,800 | $41,800 | 10/02/03 | D.C.-E.A. Fund-HPP-Anacostia | | | | $0 | | 34,500 | $65,433 | | | | -$30,933 | | | | |
| 48-36-44-4318-10-148 | CFNA | 106,000 | $106,000 | 10/02/03 | D.C.-E.A. Fund-HPP-Petey Greene | | | | $270 | 270 | 54,537 | $53,033 | $20,000 | $20,000 | | $1,504 | | | | |
| | | **157,651** | | | Subtotal | $0 | | $0 | $9,761 | 9,761 | 122,632 | $124,855 | $60,000 | $60,000 | $0 | -$2,223 | | | | |
| | | **157,651** | | | Division Subtotal | | | | 9,761 | | | 200,852 | | 135,596 | 135,596 | | | 7,199 | | | |
| | | | | | **THE ORGANIZATION SPECIAL ACCOUNTS** | | | | | | | | | | | | | | | | |
| PROGRAM = 50 | | $2,356,199.00 | $0 | 10/02/03 | INDIRECT COST POOL | $0 | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $11 | | | |
| PROGRAM = 55 | | | $0 | 10/02/03 | UPO- HEADQUARTERS @ 301 RHODE ISLAND AVE. | $0 | | $0 | $0 | | 11 | $0 | $0 | $0 | $0 | $0 | | | | |
| PROGRAM = 60 | | | | | UPO -SPECIAL OPERATIONS | | | | | | | | | | | | | | | | |
| 60-01-82-6010-03-960 | | | $0 | 10/02/03 | Special Operations | $0 | | $0 | $0 | | 20,352 | $386,010 | $0 | $0 | $0 | $0 | -$365,658 | | | |
| 60-01-82-6020-03-960 | | | $0 | 10/02/03 | Financial Services | $0 | | $0 | $16,633 | 16,633 | 16,633 | $3,300 | $0 | $0 | $0 | $0 | $13,333 | | | |
| 60-01-82-6030-03-960 | | | $0 | 10/02/03 | Parking a/c | $0 | | $0 | $0 | | 38,140 | $0 | $0 | $800 | $800 | $0 | $38,140 | | | |
| 60-01-82-6040-03-960 | | | $0 | 10/02/03 | Refund...Replacement | $0 | | $0 | $0 | | 1,154 | $14,340 | $0 | $0 | $0 | $0 | -$13,186 | | | |
| 60-01-82-6050-03-960 | | | $0 | 10/02/03 | Rental a/c | $0 | | $0 | $0 | | 2,256 | $92,997 | $0 | $0 | $0 | $0 | -$64,861 | | | |
| 60-01-82-6060-03-960 | | | $0 | 10/02/03 | Interest a/c | $0 | | $0 | $0 | | 28,136 | $17,452 | $0 | $0 | $0 | $0 | -$15,905 | | | |
| 60-01-82-6070-03-960 | | | $0 | 10/02/03 | Goodwill Committee | $0 | | $0 | $0 | | 1,548 | $25,981 | $0 | $0 | $0 | $0 | -$3,333 | | | |
| 60-01-82-6080-03-960 | | | $0 | 10/02/03 | Arts Work | $0 | | $0 | $0 | | | $3,333 | $0 | $0 | $0 | $0 | -$25,881 | | | |
| 60-01-82-6097-03-960 | | | $0 | 10/02/03 | Capital Resources | $0 | | $0 | $0 | | 100 | $13,202 | $0 | $0 | $0 | $0 | -$13,202 | | | |
| IN = 972???-FOR PROG =65 | | | $0 | 10/02/03 | Disallowable Charges | $0 | | $0 | $0 | | | | | | | | $0 | | | |
| IN =97????-60-01-82-6010-03-960 | | | $0 | 10/02/03 | Special Operations | | | | | | | | | | | | | | | |
| PROGRAM = 65 | | | | | **CONSTRUCTIONS PROGRAM** | | | | | | | | | | | | | | | | |
| 65-09-75-1642-00-965 | | | $0 | 10/02/03 | Montello Ave. | $2,585 | | $2,585 | $0 | | 15,101 | $6,259 | $2,585 | $14,067 | $16,652 | $0 | $8,842 | | | |
| 65-09-75-1647-00-965 | | 175,000 | $175,000 | 10/02/03 | Good Hope Rd. | $0 | | $0 | $175,000 | | 4,013 | $121,630 | $0 | $0 | $0 | $0 | -$117,617 | $175,000 | | $175,000 |
| 65-09-75-1649-00-965 | | | $0 | 10/02/03 | Good Hope Rd....Town House | $0 | | $0 | $0 | | 616,218 | $15,112 | $0 | $0 | $0 | $0 | -$15,112 | | | |
| 65-09-75-2907-00-965 | | 594,000 | $594,000 | 10/02/03 | M.L.K. Ave. | $0 | | $0 | $0 | | | $155,598 | $0 | $603,333 | $603,333 | $0 | $460,620 | | | |
| 65-09-75-4939-00-965 | | | $0 | 10/02/03 | Sherif Rd. | $957 | | $957 | $0 | | 9,048 | $0 | $957 | $4,997 | $5,954 | $0 | $9,048 | | | |
| **PROGRAM ZERO** | | | | | | | | | | | | | | | | | | | | | |
| 47????-00-00-0000-00-000 | | | $0 | 10/02/03 | NO NAME PROGRAM | $100,399 | | $100,399 | $0 | | | $0 | $100,399 | $0 | $100,399 | 180,428 | 180,428 | $0 | | | |
| 48CCD-00-00-00-0000-00-000 | | | $0 | 10/02/03 | NO NAME PROGRAM | $0 | | $0 | $0 | | | $100,399 | $0 | $391,481 | $391,481 | | $0 | $117,617 | | | |
| QUSTN4-00-00-00-0000-00-000 | | | $0 | 10/02/03 | NO NAME PROGRAM | $0 | | $0 | $0 | | | $121,630 | $0 | $156,426 | $156,426 | | $0 | $106,869 | | | |
| 57????-00-00-00-0000-00-000 | | | $0 | 10/02/03 | NO NAME PROGRAM | $0 | | $0 | $0 | | | -$106,869 | $0 | $128,466 | $128,466 | | $0 | -$3,591 | | | |
| 57????-00-00-00-0000-00-000 | | | $0 | 10/02/03 | NO NAME PROGRAM | $0 | | $0 | $0 | | | $3,591 | $0 | $0 | $0 | | $0 | -$31,120 | | | |
| 67????-00-00-00-0000-00-000 | | | $0 | 10/02/03 | NO NAME PROGRAM | $0 | | $0 | $0 | | | $31,120 | $0 | $0 | $0 | | $0 | $29,118 | | | |
| 77????-00-00-00-0000-00-000 | | | $0 | 10/02/03 | NO NAME PROGRAM | $0 | | $0 | $0 | | | -$29,118 | $0 | $0 | $0 | | $0 | -$119 | | | |
| 87????-00-00-00-0000-00-000 | | | $0 | 10/02/03 | NO NAME PROGRAM | $0 | | $0 | $0 | | | $119 | $0 | $0 | $0 | | $0 | -$3,869 | | | |
| 97????-00-00-00-0000-00-000 | | | $0 | 10/02/03 | NO NAME PROGRAM | $0 | | $0 | $0 | | | $3,869 | $0 | $0 | $0 | | $0 | | | | |
| | | **769,000** | **769,000** | | SUBTOTAL | $100,399 | | $100,399 | $191,633 | 16,633 | 752,710 | 757,926 | $100,399 | 676,373 | 776,772 | $0 | 180,428 | 97,288 | $175,000 | | $175,000 |
| | | $116,983 | | | TOTAL OF G & A | 103,941 | | $103,941 | $191,633 | 16,633 | | $ 1,083,941 | $ 1,299,571 | $ 1,403,512 | $650,013 | (5,217) | $128,466 | | | | |
| | | $4,475,550 | $ 1,592,520 | | **GRAND TOTAL** | | | | $ 497,545 | | $36,602,332 | $36,930,738 | | $33,817,532 | | $3,598,685 | $328,406 | | $434,970 | | |

MAK 7966

AUDIT-COGRA-PREAUDIT2003.xls

CONTROLLER: AMIN KAKEH
FISCAL YEAR: 2003
STARTING DATE ON: 12-01-2003
FIRST DRAFT

**UNITED PLANNING ORGANIZATION**
**SCHEDULE OF GRANTS & CONTRACTS REVENUE ACTIVITY**
**FOR FISCAL YEAR ENDED SEPTEMBER 30, 2002**

| UPO Subaccount Code | Contract/ Grant Number | TOTAL GRANTS BUDGET AWARDED | Period | Federal/ DC Agency/ Contractor | Begging Bal Accounts Receivable @ 10/1/2001 | Adjustments to last years Accounts Receivable | ADJUSTED BEGINNING BALANCE A/R | Deferred Revenue from FY=2001 | REVENUE DETAILS EARNED FY=2002 | REVENUE DETAILS Grant Amt. Earned | TOTAL REVENUE EARNED FY=2002 | ACTUAL AND ACCRUED EXPENSES | FROM 2001 A/R | RECEIVED DURING FY=2002 | TOTAL FOR FY=2002 | Outstanding from Prev. Yr. | RECEIVABLE BALANCE PER A/R | Transfer from/to Among Programs | Change in Net Assets (-) + | Revenue Deferred To FY 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROGRAM 10** | | | | | | | | | | | | | | | | | | | | |
| HEADSTART & EARLY | 03CH0380/37 | $14,149,582 | | DHHS | $809,461 | -$326,473 | $1,135,934 | $0 | $14,834,822 | | 14,834,822 | $14,725,439 | $1,135,934 | $12,279,563 | $13,415,497 | $0 | 2,672,713 | $0 | $109,383 | $0 |
| PRESCHOOL | JA/C1020 | $1,998,688 | | DC-DHS | $61,879 | $0 | $61,879 | $0 | 2,021,829 | | 2,021,829 | $1,967,460 | $61,879 | $2,021,829 | $2,083,708 | $0 | 157,931 | $0 | $54,369 | $0 |
| DHS FEES | | $260,374 | | DC-DHS | $0 | $0 | $0 | $0 | 112,365 | | 112,365 | $159,014 | $0 | $112,365 | $112,365 | $0 | - | $0 | -$46,649 | $30,364 |
| CHILD FOOD | V44-1 | $234,445 | | DC-DHS | $101,531 | $44,563 | $56,968 | $0 | 210,250 | | 210,250 | $207,395 | $56,968 | $130,646 | $187,614 | $0 | 79,604 | $0 | $2,855 | $0 |
| HEADSTART & PRESCHOOL | | $16,643,089 | | | $972,971 | $(281,910) | $1,254,781 | $0 | 17,179,266 | | 17,179,266 | $17,059,308 | $1,254,781 | $14,544,403 | $15,799,184 | $0 | 2,910,248 | | $119,958 | $30,364 |
| **PROGRAM 20** | | $3,566,045 | | DHS-CSBG | $0 | $0 | $0 | $(63,563) | 9,599,693 | | $8,830,697 | $8,470,960 | $0 | $9,599,693 | $9,599,693 | $0 | | $231,004 | $1,128,713 | $216,651 |
| **PROGRAM 30** | | $694,854 | | DHUD:HOMELESS PROG. | $149,603 | $0 | $149,603 | $0 | 625,360 | | 625,360 | $714,895 | $149,603 | $520,646 | $670,249 | $0 | 104,714 | $0 | -$89,535 | $0 |
| **PROGRAMS 35, 36, 37, 38** | | $3,789,532 | | DC=OFFICE ON AGING | $510,316 | $279,640 | $230,676 | $0 | 3,617,388 | | 3,617,388 | $4,002,219 | $230,676 | $3,370,142 | $3,600,818 | $0 | 247,246 | $204,695 | -$384,831 | $0 |
| **PROGRAM 40 (30-80)** | | $3,633,726 | | SPECIAL EMPHASIS PROGRAMS | $1,181,412 | $15,338 | $1,166,074 | $(86,698) | 3,735,384 | | 3,935,384 | $3,327,992 | $1,166,074 | $2,652,267 | $3,828,098 | $0 | $40,243 | | 1,089,764 | $445,412 | $403,197 | $29,208 |
| **PROGRAM 40 (30-81)** | | 703,928 | | OTHER GRANT PROGRAMS | $32,420 | $0 | $32,420 | $(45,312) | 500,846 | | 545,258 | $468,489 | $32,420 | $384,833 | $417,253 | $0 | 116,013 | $101,173 | $32,357 | $26,379 |
| **PROGRAM 40 (30-82+83+84)** | | 150,000 | | GENERAL PROGRAMS | $0 | $0 | $0 | $(36,397) | 430,654 | | 440,827 | $555,001 | $0 | $430,654 | $430,654 | $0 | | | $125,347 | $0 |
| **PROGRAMS=00,94,55** | | 1,159,956 | | CONSTRUCTION & PRIVATE | $0 | $0 | $0 | $(907,068) | 1,933,410 | | 1,933,410 | $12,812 | $0 | $1,929,872 | $1,929,872 | $0 | 103,641 | $0 | $1,920,598 | $175,000 |
| **TOTALS** | | $30,202,003 | | GRAND TOTAL | $3,146,622 | $13,068 | $3,133,554 | $(2,163,318) | $37,617,806 | | $38,109,090 | $34,612,676 | $3,093,311 | $33,432,510 | $36,525,821 | $40,243 | $4,571,926 | $491,284 | $3,065,130 | $740,412 |

MAK 7967

AUDIT-COGRA-PREAUDIT2003.xls