# Plaintiff's Proposed Exhibit 76

# UNITED PLANNING ORGANIZATION
## STATEMENT OF ACTIVITIES
### AS OF SEPTEMBER 30, 2003
### FOR FISCAL YEAR 2003

| | FY 2003 | FY 2001 FY 2002 | VARIANCE VARIANCES | % |
|---|---:|---:|---:|---:|
| **REVENUE** | | | | |
| Government contracts and grants | $ 33,796,268 | $ 34,585,852 | $ (789,584) | -0.02 |
| Other Government Contracts | 1,005,354 | 246,506 | $ 758,848 | 3.08 |
| Program Fees & Contribution | 525,991 | 133,665 | $ 392,326 | 2.94 |
| Income from Deferred Revenue | 522,009 | 44,044 | $ 477,965 | 10.85 |
| Total Revenue | $ 35,849,622 | $ 35,010,067 | $ 839,555 | 0.02 |
| | | | | |
| **EXPENSES** | | | | |
| Program Services: | | | | |
| Community services | $ 7,454,756 | $ 7,697,791 | $ (243,035) | -0.03 |
| Head start | 14,285,755 | 14,001,481 | $ 284,274 | 0.02 |
| Preschool Programs | 2,273,972 | 2,060,763 | $ 213,209 | 0.10 |
| Elderly-OoA | 3,929,848 | 3,290,661 | $ 639,187 | 0.19 |
| Homeless | 559,526 | 591,113 | $ (31,587) | -0.05 |
| Special Emphasis | 3,430,967 | 2,974,958 | $ 456,009 | 0.15 |
| Other Grants Program | 606,734 | 419,122 | $ 187,612 | 0.45 |
| General Programs | 190,463 | 357,340 | $ (166,877) | -0.47 |
| Total program services | $ 32,732,021 | $ 31,393,229 | $ 1,338,792 | 0.04 |
| Indirect Cost Earned | $ 2,293,751 | | | |
| | $ 35,025,772 | | | |
| | | | | |
| Management & General(unallocated) | $ 1,147,040 | $ 3,200,868 | $ (2,053,828) | -0.64 |
| UPO Specials, & Others | $ 556,615 | 498,493 | $ 58,122 | 0.12 |
| | $ 1,703,655 | | | |
| Total expenses | $ 36,729,427 | $ 35,092,590 | $ 1,636,837 | 0.05 |
| | | | | |
| Change in net assets from operations | -1,703,655 | 131,533 | $ (1,835,188) | -13.95 |
| Capital addition | 0 | 1,876,048 | $ (1,876,048) | -1.00 |
| Change in net assets | -1,703,655 | 2,007,581 | $ 303,926 | 0.15 |
| Net assets, Beginning of the year | 3,361,592 | 1,354,011 | $ 2,007,581 | 1.48 |
| Net assets, as of SEPTEMBER 30, 2003 | $ (45,718) | $ 3,361,592 | $ (3,407,310) | -1.01 |

April 20, 2004

**Outstanding issues**

1. Line of Credit confirm
2. Bonds Payable confirm
3. Debt Service liability of $350,000
4. CSBG government payable of $438,767.52
5. TANF government payable of $292,006
6. CSBG approval letter to cover deficits of other programs
7. Transfer confirms from M&T bank for Petey Greene Bank
8. Transfer confirms from Industrial Bank
9. Where was $13,745 recorded as a receivable? An allowance has been set up for it.
10. Boat was a direct write-off. Allowance should be set up for it

# UNITED PLANNING ORGANIZATION
## STATEMENT OF FINANCIAL POSITION
### AS OF SEPTEMBER 30, 2003
### FOR FISCAL YEAR 2003

SECOND FINAL

MAY 05, 2004

| ASSETS | FY 2003 | FY 2002 | VARIANCE | % |
|---|---|---|---|---|
| **CURRENT ASSETS** | | | | |
| Cash | $ 914,746 | $ 1,793,827 | $ (879,081) | -49% |
| Certificates of Deposit | 1,075,716 | 925,662 | $ 150,054 | 16% |
| Restricted Cash - Allfirst Trust | 2,032,711 | 3,304,063 | $ (1,271,352) | -38% |
| Contracts and grants receivable, net | 3,678,819 | 4,487,542 | $ (808,723) | -18% |
| Advances to delegate agencies | 307,422 | 163,794 | $ 143,628 | 88% |
| Employee loans and advances | 148,234 | 114,920 | $ 33,314 | 29% |
| Prepaid and other assets | 180,862 | 113,519 | $ 67,343 | 59% |
| Total Current Assets | $ 8,338,510 | $ 10,903,327 | $ (2,564,817) | -24% |
| **FIXED ASSETS** | | | | |
| Properties & Equipment, net | $ 13,013,285 | $ 11,008,505 | $ 2,004,780 | 18% |
| Total Fixed Assets | $ 13,013,285 | $ 11,008,505 | $ 2,004,780 | 18% |
| **TOTAL ASSETS** | $ 21,351,795 | $ 21,911,832 | $ (560,037) | -3% |
| **LIABILITIES AND NET ASSETS** | | | | |
| **CURRENT LIABILITIES** | | | | |
| Accounts payable and accrued expenses | $ 2,459,693 | $ 1,755,636 | $ 704,057 | 40% |
| Accrued delegate agency expenses | 1,212,409 | 2,227,886 | $ (1,015,477) | -46% |
| Due to US -DHHS | - | 364,141 | $ (364,141) | -100% |
| Deferred contracts and grants revenue | 1,984,822 | 1,507,531 | $ 477,291 | 32% |
| Line of credit | 1,916,115 | 1,260,000 | $ 656,115 | 52% |
| Other liabilities | 81,412 | 365,532 | $ (284,120) | -78% |
| Total current liabilities | $ 7,654,451 | $ 7,480,726 | $ 173,725 | 2% |
| **NON-CURRENT LIABILITIES** | | | | |
| Accrued annual leave | 587,110 | 589,514 | $ (2,404) | 0% |
| Bonds Payable | $ 10,480,000 | $ 10,480,000 | $ - | 0% |
| | 11,067,110 | 11,069,514 | $ (2,404) | 0% |
| Total liabilities | $ 18,721,561 | $ 18,550,240 | $ 171,321 | 1% |
| **NET ASSETS** | | | | |
| Restricted Fund | $ 702,182 | $ 108,182 | $ 594,000 | 549% |
| Board designated Fund | $ 147,289 | $ 145,751 | $ 1,538 | 1% |
| Undesignated Fund | $ 1,780,763 | $ 3,107,659 | $ (1,326,896) | -43% |
| Total net assets | $ 2,630,234 | $ 3,361,592 | $ (731,358) | -22% |
| **TOTAL LIABILITIES AND NET ASSETS** | $ 21,351,795 | $ 21,911,832 | $ (560,037) | -3% |

CONFIDENTIAL

THESE STATEMENTS REFLECT THE APPLICATION OF ALL CSBG REVENUE PER MS. GLADYS MACK REQUEST

# UNITED PLANNING ORGANIZATION
## STATEMENT OF ACTIVITIES
## AS OF SEPTEMBER 30, 2003
## FOR FISCAL YEAR 2003

ON 03/03/2004

| | FY 2003 | FY 2002 | VARIANCES | % |
|---|---:|---:|---:|---:|
| **REVENUE** | | | | |
| Government contracts and grants | $ 31,461,284 | $ 34,585,852 | $ (3,124,568) | -0.09 |
| Other Government Contracts | 884,051 | 246,506 | $ 637,545 | 2.59 |
| Program Fees & Contribution | 508,243 | 133,665 | $ 374,578 | 2.80 |
| Income from Deferred Revenue | 344,514 | 44,044 | $ 300,470 | 6.82 |
| Interest, Rental, & other Income | 158,710 | - | $ 158,710 | |
| Total Revenue | $ 33,356,802 | $ 35,010,067 | $ (1,653,265) | -0.05 |
| | | | | |
| **EXPENSES** | | | | |
| Program Services: | | | | |
| Community services | $ 7,126,530 | $ 7,697,791 | $ (571,261) | -0.07 |
| Head start | 14,545,528 | 14,001,481 | $ 544,047 | 0.04 |
| Preschool Programs | 2,240,579 | 2,060,763 | $ 179,816 | 0.09 |
| Elderly-OoA | 3,850,669 | 3,290,661 | $ 560,008 | 0.17 |
| Homeless | 546,493 | 591,113 | $ (44,620) | -0.08 |
| Special Emphasis | 3,384,551 | 2,974,958 | $ 409,593 | 0.14 |
| Other Grants Program | 604,371 | 419,122 | $ 185,249 | 0.44 |
| General Programs | 190,725 | 357,340 | $ (166,615) | -0.47 |
| Total program services | $ 32,489,446 | $ 31,393,229 | $ 1,096,217 | 0.03 |
| (G & A) from Indirect Cost | $ 2,173,557 | | $ 2,173,557 | |
| | $ 34,663,003 | | $ 34,663,003 | |
| (G & A) Charged to UPO | $ 1,280,511 | $ 3,200,868 | $ (1,920,357) | -0.60 |
| UPO Specials & OTHERS | $ 1,194,899 | 498,493 | $ 696,406 | 1.40 |
| | $ 2,475,410 | | $ 2,475,410 | |
| Total expenses | $ 37,138,413 | $ 35,092,590 | $ (3,124,568) | -0.09 |
| | | | $ - | |
| Change in net assets from operations | -3,781,611 | 131,533 | $ (3,913,144) | -29.75 |
| Capital addition | 0 | 1,876,048 | $ (1,876,048) | -1.00 |
| Change in net assets | -3,781,611 | 2,007,581 | $ (5,789,192) | -2.88 |
| Net assets, Beginning of the year | 3,361,592 | 1,354,011 | $ 2,007,581 | 1.48 |
| Net assets, as of SEPTEMBER 30, 2003 | $ (420,019) | $ 3,361,592 | $ (3,781,611) | -1.12 |

## UNITED PLANNING ORGANIZATION
## STATEMENT OF FINANCIAL POSITION
### AS OF SEPTEMBER 30, 2003
### FOR FISCAL YEAR 2003
### D[REDACTED]T
### ON 03/03/2004

41

| ASSETS | FY 2003 | FY 2002 | VARIANCE | |
|---|---|---|---|---|
| **CURRENT ASSETS** | | | | |
| Cash | $ 888,950 | $ 1,793,827 | $ (904,877) | -50% |
| Certificates of Deposit | 1,075,716 | 925,662 | $ 150,054 | 16% |
| Restricted Cash - Allfirst Trust | 2,032,711 | 3,304,063 | $ (1,271,352) | -38% |
| Contracts and grants receivable, net | 3,334,544 | 4,487,542 | $ (1,152,998) | -26% |
| Advances to delegate agencies | 381,535 | 163,794 | $ 217,741 | 133% |
| Employee loans and advances | 148,234 | 114,920 | $ 33,314 | 29% |
| Prepaid and other assets | 198,974 | 113,519 | $ 85,455 | 75% |
| Total Current Assets | $ 8,060,664 | $ 10,903,327 | $ (2,842,663) | -26% |
| **FIXED ASSETS** | | | | |
| Properties & Equipment, net | $ 13,014,763 | $ 11,008,505 | $ 2,006,258 | 18% |
| Total Fixed Assets | $ 13,014,763 | $ 11,008,505 | $ 2,006,258 | 18% |
| **TOTAL ASSETS** | $ 21,075,427 | $ 21,911,832 | $ (836,405) | -4% |
| **LIABILITIES AND NET ASSETS** | | | | |
| **CURRENT LIABILITIES** | | | | |
| Accounts payable and accrued expenses | $ 2,474,797 | $ 1,755,636 | $ 719,161 | 41% |
| Accrued delegate agency expenses | 1,921,396 | 2,227,886 | $ (306,490) | -14% |
| Due to US -DHHS | - | 364,141 | $ (364,141) | -100% |
| Deferred contracts and grants revenue | 3,073,675 | 1,507,531 | $ 1,566,144 | 104% |
| Line of credit | 2,266,115 | 1,260,000 | $ 1,006,115 | 80% |
| Other liabilities | 98,353 | 365,532 | $ (267,179) | -73% |
| Total current liabilities | $ 9,834,336 | $ 7,480,726 | $ 2,353,610 | 31% |
| **NON-CURRENT LIABILITIES** | | | | |
| Accrued annual leave | 587,110 | 589,514 | $ (2,404) | 0% |
| Equity on Petey Green Bldg. | 594,000 | - | $ 594,000 | |
| Bonds Payable | $ 10,480,000 | $ 10,480,000 | $ - | 0% |
| | 11,661,110 | 11,069,514 | $ 591,596 | 5% |
| Total liabilities | $ 21,495,446 | $ 18,550,240 | $ 2,945,206 | 16% |
| **NET ASSETS** | | | | |
| Temporarily Restricted | $ 108,182 | $ 108,182 | $ - | 0% |
| Board designated | $ 147,289 | $ 145,751 | $ 1,538 | 1% |
| Undesignated | $ (675,490) | $ 3,107,659 | $ (3,783,149) | -122% |
| Total net assets | $ (420,019) | $ 3,361,692 | $ (3,781,611) | -112% |
| **TOTAL LIABILITIES AND NET ASSETS** | $ 21,075,427 | $ 21,911,832 | $ (836,405) | -4% |

4:04 PM   3/3/2004       F.STATEMENTS FY2003 2ND DRAFT