# Plaintiff's Proposed Exhibit 77

## Alison Davis

**From:** Sheila Shears
**Sent:** Monday, May 10, 2004 4:00 PM
**To:** William Isaac; Amin Kakeh; Arthur Gray; Badri Simlote; Christine Lattimore; Daisy Bellamy; David Quashie; Elahe Madani; Francis Odu Thomas; Henry Kanagbou; Sharon Smith; Sylvia Hogue; Nona McLean; Margo Reed
**Cc:** Dana Jones
**Subject:** Resignation

Dear Team Members,

As most of you have heard, I resigned from my position here at UPO effective May 16, 2004. However, because of the many financial issues outstanding, Mr. Jones has asked and I have agreed delay my resignation until a future date.

Sheila D. Shears
Chief Financial Officer
United Planning Organization
202-238-4648

MAK 8153
CONFIDENTIAL

3/27/2006