# Plaintiff's Proposed Exhibit 78



United Planning Organization
Financial Organization Chart