# Plaintiff's Proposed Exhibit 79

# United Planning Organization

## Memorandum

**Date:** March 18, 2004

**To: Gladys Mack**

**From:** Sheila D. Shears
Chief Financial Officer

**Re: 2003 Deficit**

UPO's projected deficit for Fiscal Year 2003 is between $1.1 and $1.5 million. The make up of that deficit is the result of increases in the following operating expenses:

| | |
|---|---:|
| Depreciation | $220,000 |
| Occupancy costs | 500,000 |
| Liability Insurance | 144,000 |
| Indirect Costs (G&A) | 253,000 |
| Unallowable Expenditures | 331,000 |
|     Credit Cards | |
|     Charity Events | |
|     Goodwill Committee | |
|     Fundraising | |