# Plaintiff's Proposed Exhibit 80

## Alison Davis

**From:** Sheila Shears
**Sent:** Sunday, March 21, 2004 5:36 PM
**To:** Amin Kakeh; 'Rachel Locus'; Latonja Thompson (latonja_thompson@hotmail.com)
**Cc:** Gladys Mack; Sharon Smith

Let's meet in my office on Monday afternoon at 3:00 following the the UPO staff meeting to identify what revenues have been booked and what revenues have not for all programs. Of particular interest is the fact that the booked revenue for CSBG and Headstart are lower than budgeted even though there appears to be more than enough related expenses .   Additionally, Dennis' outstanding list includes two receivable amounts that we need to determine the status of.
Amin,
Please bring whatever analysis you have that would shed some light on these issues. We also need details regarding what deferred revenues have been booked and what deferred revenues are on the balance sheet that should be reversed.

Rachel/Latonja,
Please bring your Headstart anaylsis.


Thanks,

CONFIDENTIAL

MAK 7992