# Plaintiff's Proposed Exhibit 81

# MEMORANDUM

**To:** Amin Kakeh
Controller, Office of Finance

**From:** Dana M. Jones
Interim Executive Director

**Date:** April 7, 2004

**Re:** Financial Management Issues at UPO

Thank you for bringing to my attention, in a meeting on Monday, April 5, 2004, with Dr. Eboda, CSBG Program Manager, and Ms. Roberson, Co-Chair of the UPO Board Management Committee, your concerns regarding certain financial practices at UPO. In particular, you provided your interpretation of the financial position of UPO at the end of FY 2003, based on spreadsheets provided by you; and questioned a FY 2003 trial balance provided to UPO's auditors on March 29, 2004. I am aware that you have previously met with Ms. Roberson and Dr. Eboda regarding these issues.

To follow-up, you and I met again on Tuesday, April 6, 2004, with other staff to address the above mentioned concerns. During discussions, valid adjustments were presented and explained fully, to which you did not disagree, that provided another interpretation of the financial position of UPO at the end of FY 2003.

I have been made aware that you may have differences in interpretations and opinions as to how certain transactions should be reflected in the financial statement. However, I will rely on our internal and external certified public accountants to resolve those differences.

Also, during yesterday's meeting, I asked Ms. Mack to lead the effort to complete the audit by the April 22, 2004 deadline, and you indicated to me that you would give her your full cooperation. I am counting on the UPO team to meet this important objective.

You further discussed specific practices that you believe were inconsistent with UPO rules and regulations, and suggested that financial improprieties could have occurred. The Board of Trustees, the Board Management Committee, and I are fully committed to maintaining the integrity of this valuable community organization, and we want you to assist us in any way you believe you can.

Mr. Amin Kakeh
April 7, 2004
Page 2

    If you are aware of any specific financial improprieties, you have a responsibility to document them and provide that information to me. You can be assured that any documented matters that you bring to my attention will be taken seriously and will be responded to immediately.

    I encourage you to continue to speak freely with me about your concerns and I will remain available to speak to you, as necessary.


DMJ/yil