# Plaintiff's Proposed Exhibit 82

**UNITED PLANNING ORGANIZATION**
DC COMMUNITY ACTION
301 Rhode Island Avenue, NW ■ Washington, DC 20001-1826

Amin Kakeh
United Planning Organization
301 Rhode Island Ave., N. W.
Washington, D. C. 20001

Dear Amin Kakeh,

In connection with an audit of our financial statements, please furnish answers to the following questions, sign your name, and return the questionnaire in the enclosed envelope directly to our auditors, Thompson, Cobb, Bazilio & Associates, P.C. 1101 15th Street NW, Washington DC, 20005. The questionnaire is designed to obtain information about transactions between United Planning Organization and any related parties.

Related parties may include members of the governing board (such as the board of directors, trustees, or president) and management and their immediate families; significant contributors; fund-raising organizations; employee benefit trusts; companies owned or controlled by related parties and certain separate entities (such as sister organizations or national and local affiliates).

Please answer all questions. If the answer to any question is "YES," please explain in the space provided.

Very truly yours,

*[signature]*

Dana M. Jones
Interim Executive Director

HELPING PEOPLE—CHANGING LIVES
Telephone: (202) 238-4600 ■ FAX (202) 588-0270 ■ E-Mail: info@upo.org ■ UPO Website: www.upo.org

1. Have you or any related party of yours had any material interest, direct or indirect, in any of the following transactions since October 1, 2002 to September 30, 2003 to which the United Planning Organization was, or is to be, a party?

|  | YES | NO |
|---|---|---|
| – Sale, purchase, exchange, or leasing of property? | — | — |
| – Receiving or furnishing of goods, services, or facilities? | — | — |
| – Transfer or receipt of income or assets? | — | — |
| – Maintenance of bank balances as compensating balances for the benefit of another? | — | — |

2. Have you or any related party of yours been indebted to or loaned funds to the United Planning Organization at any time since October 1, 2002? Please exclude amounts due for ordinary travel and expense advances.

YES ___   NO ___

3. Do you know of any related party that has misappropriated assets or committed other forms of fraud against the organization?

YES ___   NO ___

4. Do you know of any person or organization that should be receiving this questionnaire?

YES ___   NO ___

5.  Have you or any related party of yours had any material interest, direct or indirect, in any transactions since October 1, 2002, or in any pending or incomplete transactions, to which any pension, retirement, savings, or similar plan provided by United Planning Organization was, or is to be, a party? Do not include payments to a plan or payments by the plan made pursuant to the terms of the plan.

YES ___    NO ___

The answers to the foregoing questions are correctly stated to the best of my knowledge and belief.

_____        _____
Date                                                                Signature

                                                                            _____
                                                                            Title