# Plaintiff's Proposed Exhibit 83



# UNITED PLANNING ORGANIZATION
### DC COMMUNITY ACTION
301 Rhode Island Avenue, NW ■ Washington, DC 20001-1826

April 9, 2004

Amin Kakeh
United Planning Oranization
301 Rhode Island Avenue, N.W.
Washington, D. C. 20001

Dear Amin Kakeh,

This letter rescinds my letter to you, dated March 29, 2004 requesting that you answer a questionnaire from UPO's auditors, Thompson, Cobb, Bazilio & Associates, PC. UPO is seeking further clarification of the questionnaire and you will be notified as to when a questionnaire has to be answered.

If you have answered the questionnaire and not forwarded it, please do not do so. If you have answered and forwarded the questionnaire, please advise me.

Sincerely,

Dana M. Jones
Interim Executive Director