# Plaintiff's Proposed Exhibit 85

# United Planning Organization
### 301 Rhode Island Avenue, N.W., Washington, D.C. 20001-1826

## MEMORANDUM

TO:        Amin Kakeh

FROM:      *Gladys Mack*
           Gladys Mack
           Acting Executive Director



DATE:      March 12, 2004

SUBJECT:   Performance Evaluations

I am returning the performance evaluation forms for six of the employees that you sent to me on April 2, 2004. The other six are being forwarded to Mrs. Sheila Shears. The attached organizational chart for the Office of Finance shows that you supervise Gene Gray, Badri Simlote, and Davidson Quashie. It further shows the employees supervised by Mr. Quashie included Elahe Malani, Henry Kanagbou, and Daisy Bellamy.

Please assure that these employees receive the evaluations pursuant to UPO's policies and procedures

In the event that you have questions, please call me on extension 690.

# UNITED PLANNING ORGANIZATION

# Office of Finance



RECEIVED
2008 APR -4 A 11: 8
UNITED PLANNING
ORGANIZATION