# Plaintiff's Proposed Exhibit 86

MEMORANDUM

TO: Gladys Mack
Acting Executive Director

FROM: Amin Kakeh
Controller

RE: Employee Performance Evaluation for the Controller's Office

DATE: April 2, 2004

I would be happy to complete the employee performance evaluation forms if I managed the controller's office. However, since I have not been given this opportunity, it is unfair to the staff and to me for me to assess their performance.

Previously, Ben Jennings was running the office, dealing with each individual employee personally and you were involved as such. When Sheila came, she and Ben were running the office. You made it very clear that Sheila is the Office Director. She is dealing with the staff directly. After Ben left, you and Sheila have jointly managed the office. I would suggest that for the year before 2003, you complete the evaluations and after 2003 till now, Sheila can complete the employee performance evaluations.

When I am managing the controller's office totally, I would be happy to complete the evaluations six months from that date.

cc: Robert Richardson,
Director of Human Resources
Monica Scott Beckham,
General Counsel
Sheila Shears,
Chief Financial Officer