# Plaintiff's Proposed Exhibit 87

# Amin Kakeh

**From:** Firas Hamoui [fhamoui@intellitecsolutions.com]
**Sent:** Wednesday, May 26, 2004 4:22 PM
**To:** Amin Kakeh
**Subject:** FW: Technical Assistance

Amin,

Here is the e-mail sent to Intellitec authorizing the change of the Sysadmin password.

Thanks,
Firas

> -----Original Message-----
> **From:** Ganna Grinshpun [mailto:mis@upo.org]
> **Sent:** Friday, May 21, 2004 2:44 PM
> **To:** Lucille R. Pileggi
> **Cc:** mbufano@intellecsolutions.com
> **Subject:** Technical Assistance
>
> Lucille,
>
> This is to advise you that I have been given a directive by UPO's Executive Management to change the password for "SYSADMIN" in UPO's Solomon software.
>
> I am requesting your assistance in helping me to carry out this directive. Additionally, I will need your help in assigning the access rights to our users.
>
> Regards,
>
> Ganna Grinshpun
> Director, Office of Technology
>
> United Planning Organization
> 301 Rhode Island Ave., NW
> Suite 2303
> Washington, DC 20001
>
> Business: (202) 238-4660
> Mobil: (202) 497-6223
> Fax: (202) 588-7392

\*\*