# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

    *Plaintiff*,

  v.

United Planning Organization, Inc.,

    *Defendant*.

Civil Action No.
004101-05  (GK/JF)

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Leave to File his Amended Exhibit List, and any opposition thereto, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia,

    **ORDERED**, that Plaintiff's Motion is hereby GRANTED; and it is further,

    **ORDERED**, that Plaintiff is hereby granted leave to file his Amended Exhibit List.

_____
JUDGE

Copies to:

Vincent Melehy, Esq.
Regan Rush, Esq.
Via the Court's Electronic Filing System

Alison Davis, Esq.
Kevin M. Kraham, Esq.
David A. Rosenberg, Esq.
Via the Court's Electronic Filing System