UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMIN KAKEH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1271 (GK) |
| ) | |
| UNITED PLANNING ) | |
| ORGANIZATION, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

A second pretrial conference was held in this case on April 29, 2008. Upon consideration of the revised joint pretrial statement, the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that trial shall commence in this case on **December 1, 2008** at **10:00 a.m.**; it is further

**ORDERED** that Defendant shall file any objections to Plaintiff's amended exhibit list within **ten days**; it is further

**ORDERED** that the parties shall submit their trial exhibit binders **five days** prior to trial.

April 29, 2008

/s/
Gladys Kessler
United States District Court

**Copies to: Attorneys of record via ECF**