UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Amin Kakeh,

*Plaintiff,*

v.

United Planning Organization, Inc.,

*Defendant.*

Civil Action No. 05-1271 (GK/JMF)

Next Scheduled Event:
Trial on 12/1/08 at 10:00 a.m.

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S AMENDED EXHIBIT LIST

Defendant United Planning Organization, Inc. ("UPO"), by and through its undersigned counsel, files its objections to Plaintiff Mohammed Amin Kakeh's ("Kakeh's") Amended Exhibit List in accordance with Rule 26(a)(3) and this Court's April 29, 2008 Order.

| Number | Description | Objections |
|---|---|---|
| 73 | Memorandum from Plaintiff to David Quashie Re Procedure for Posting Occupancy Cost for Fiscal Year 2003 dated June 2, 2003 with attachment (Identification of Unallowable Costs dated April 23, 2004) | Irrelevant because there is no temporal proximity between the memorandum and the issues in this case. FED. R. EVID. 401 and 402. The record was created more than six months prior to the alleged commencement of Kakeh's alleged whistleblowing. Further, the record does not relate to either the monitoring reviews or investigations, or any of the individuals involved in the decision to terminate Kakeh's employment. Probative value is substantially outweighed by the danger of unfair prejudice because the exhibit appears to be comprised of two unrelated records, FED. R. EVID. 403. |
| 79 | Memorandum from Sheila Shears to Gladys Mack Re 2003 Deficit dated March 18, 2004 | Hearsay, FED. R. EVID. 802. |

| Number | Description | Objections |
|--------|-------------|------------|
| 82 | Undated Letter from Dana Jones to Plaintiff re conflict of interest questionnaire | Irrelevant because it does not relate to the D.C. Department of Human Services' or U.S. Department of Health and Human Services' monitoring reviews, Plaintiff's complaint of discrimination or the decision to outsource the management of the Finance Office. FED. R. EVID. 401 and 402.  Hearsay, FED. R. EVID. 802. |
| 83 | April 9, 2004 letter from Dana Jones to Plaintiff rescinding March 29, 2004 request for answer to questionnaire. | Irrelevant because it does not relate to the D.C. Department of Human Services' or U.S. Department of Health and Human Services' monitoring reviews, Plaintiff's complaint of discrimination or the decision to outsource the management of the Finance Office.  FED. R. EVID. 401 and 402.  Hearsay, FED. R. EVID. 802. |

To the extent that Kakeh cannot lay a foundation for any of his exhibits, whether or not UPO has objected to such exhibits, UPO reserves the right to object at trial to the admissibility of any such exhibits.

Dated:  May 13, 2008

Respectfully submitted,

By:   /s/Alison N. Davis
Alison N. Davis, DC Bar No. 429700
David Rosenberg, DC Bar No. 433405
Kevin M. Kraham, DC Bar No. 459077
Ford & Harrison LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
Tel  (202) 719-2000
Fax  (202) 719-2077
adavis@fordharrison.com
drosenberg@fordharrison.com
kkraham@fordharrison.com

Counsel for Defendant United Planning Organization, Inc.

DC:74028.1